UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER R. CRANE, JR,

                        Plaintiff,         **JURY DEMAND**

    - vs -

POETIC PRODUCTS LIMITED,

                                  CIVIL NO.: 07 CV 7063 (BSJ)

                        Defendant.

Pursuant to Fed. R. Civ. P. 38, Roger R. Crane, Jr., Plaintiff in the above-referenced case, hereby demands a trial by jury on all issues and causes of action in the Complaint that are so triable.

Dated: August 9, 2007
       New York, New York

                            NIXON PEABODY LLP
                            Attorneys for Plaintiffs

              By:     /s/ Frank Penski
                        Frank H. Penski (FP 9221)
                        Tamar Y. Duvdevani (TD 7603)
                        437 Madison Avenue
                        New York, New York 10022
                        Telephone: (212) 940-3000
                        Facsimile: (212) 940-3111

                        Attorneys for Plaintiff
                        Roger R. Crane, Jr.

10685946.1