UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
ROGER R. CRANE, JR.,                                      :
                Plaintiff,                :    07 CV 7063 (BSJ)
                                                          :
      -against-                                          :
                                                          :
POETIC PRODUCTS LIMITED,                                  :
                                                          :
                Defendant.                :
                                                          :
----------------------------------------------------------X

## AFFIDAVIT OF ADAM PAUL BRICKELL

## EXHIBIT APB 3

Plaintiff
A. P. Brickell
Affidavit: First
Exhibits: "APB 1" - "APB 3"
Date: 20 August 2007

**Claim No: 07 CIV 7063**

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BETWEEN:

**ROGER R. CRANE, JR**

Claimant

- and -

**POETIC PRODUCTS LIMITED**

Defendant

---

**EXHIBIT "APB 3" REFERRED
TO IN THE AFFIDAVIT OF
ADAM PAUL BRICKELL**

---

**SWORN** by Adam Paul Brickell    )

This 20th day of August 2007    )

Before me: JESSICA STRETCH    )

A Solicitor/~~Commissioner for Oaths~~    )
at   Osborne Clarke    )
     One London Wall
     EC2Y 5EB

Royal Mail information and services portal

Page 1 of 1



# Your electronic Proof of Delivery

Your item with reference ZJ276772773GB was delivered from our WEST LONDON Delivery Office on 14/08/07

**Electronic Proof of Delivery for your item**

ZJ 2767 7277 3GB    SD 1pm

Print Name: Sarah

Time: 10.56

Check time & sign

Close window

© Royal Mail Group Ltd 2005. All rights reserved.

Plaintiff
A. P. Brickell
Affidavit: First
Exhibits: "APB 1" - "APB 3"
Date: 20 August 2007

**Claim No: 07 CIV 7063**

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BETWEEN:

**ROGER R. CRANE, JR**

Plaintiff

- and -

**POETIC PRODUCTS LIMITED**

Defendant

---

**EXHIBIT "APB 3" REFERRED TO IN THE AFFIDAVIT OF ADAM PAUL BRICKELL**

---

DLA Piper UK LLP
3 Noble Street
London
EC2V 7EE
United Kingdom

Tel: +44 (0)20 7796 6059