

Tamara F. Carmichael (TC 0697)
Christelette A. Hoey (CH 6772)
Ralph T. Lepore (*pro hac vice pending*)
Joshua Krumholz (*pro hac vice pending*)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ROGER R. CRANE, JR.,  :   07 CV 7063 Judge Jones

            Plaintiff,  :

                                               :   **STIPULATION AND ORDER**
                                                                            **EXTENDING TIME TO ANSWER,**
          -against-  :  **MOVE, OR OTHERWISE RESPOND**
                                               :   **TO THE COMPLAINT**

                                               :

POETIC PRODUCTS LIMITED,

            Defendant.  :

------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the undersigned parties, that the time for Defendant Poetic Products Limited to answer, move, or otherwise respond to the Complaint, presently due on September 4, 2007, is hereby extended through and including September 25, 2007, and that Defendant Poetic Products Limited reserves any and all defenses, including but not limited to any and all jurisdictional, service, or process defenses. No previous requests for an extension have been made in this case.

| | |
|---|---|
| HOLLAND & KNIGHT LLP<br>Attorneys for Defendant<br>POETIC PRODUCTS LIMITED<br><br>By: _____<br>Christelette A. Hoey<br><br>Dated: August 31, 2007 | NIXON PEABODY LLP<br>Attorneys for Plaintiff<br>ROGER R. CRANE, JR.<br><br>By: _____<br>Tamar Duvdevani<br><br>Dated: ~~August 31, 2007~~ September 4, 2007 |

IT IS SO ORDERED ON this __5th__ day of __Sept__, 2007.

_____
Hon. Barbara S. Jones, U.S.D.J.

# 4767040_v1