Sep-25-07  12:28pm  From-HOLLAND AND KNIGHT  +  T-478  P.003/004  F-622

Tamara Carmichael (TC 0697)
Christelette A. Hoey (CH 6772)
Ralph T. Lepore (*pro hac vice pending*)
Joshua Krumholz (*pro hac vice pending*)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ROGER R. CRANE, JR.,                    :    07 CV 7063 Judge Jones

         Plaintiff,              :
                                              **STIPULATION AND ORDER**
                                       :    **EXTENDING TIME TO ANSWER**
-against-                                             **THE COMPLAINT**
                                       :

                                       :

POETIC PRODUCTS LIMITED,

         Defendant.              :

------------------------------------------------------x



      **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the undersigned parties, that the time for Defendant Poetic Products Limited ("Defendant") to answer the Complaint, presently due on September 25, 2007, is hereby extended through and including October 16, 2007, subject to Defendant's agreement not to challenge service of process or move to dismiss the action. Defendant reserves its rights to all other defenses and to assert counterclaims. One previous request for an extension has been made in this case on September 4, 2007, and granted by this Court on September 5, 2007.

HOLLAND & KNIGHT LLP  
Attorneys for Defendant  
POETIC PRODUCTS LIMITED

By: _____  
Tamara Carmichael

Dated: September 25, 2007

NIXON PEABODY LLP  
Attorneys for Plaintiff  
ROGER R. CRANE, JR.

By: _____  
Tamar Duvdevani (TD 7603)

Dated: September 25, 2007

IT IS SO ORDERED ON this __26th__ day of __Sept__, 2007.

_____  
Hon. Barbara S. Jones, U.S.D.J.

# 4813156_v1