Tamara Carmichael
Christelette A. Hoey
Joshua Krumholz (*Pro Hac Papers to be Submitted*)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | | |
|---|---|---|
| ROGER R. CRANE, JR., | : | 07 CV 7063 Judge Jones |
| Plaintiff, : | | |
| | : | **RULE 7.1 STATEMENT** |
| -against- | : | |
| | : | |
| POETIC PRODUCTS LIMITED, | : | |
| Defendant. | : | |

-----------------------------------------------------x

I, Tamara Carmichael, attorney of record for Defendant POETIC PRODUCTS LIMITED ("POETIC PRODUCTS"), having filed an initial pleading in the captioned action, state the following pursuant to Federal Rule of Civil Procedure 7.1:

1.  POETIC PRODUCTS is a private company incorporated under the laws of England and Wales with its registered office at 58-60 Berners Street, London, England. POETIC PRODUCTS is not a publicly-held corporation.

Dated: New York, New York.
October _16_, 2007

                                              HOLLAND & KNIGHT LLP

                                              By: _____
                                              Tamara Carmichael
                                              Christelette Hoey
                                              Joshua Krumholz (*Pro Hac Papers to be Submitted*)
                                              195 Broadway, 24th Floor
                                              New York, New York 10007
                                              (212) 513-3200 (telephone)
                                              (212) 385-9010 (fax)

TO:    Tamar Duvdevani, Esq.
           NIXON PEABODY LLP
           437 Madison Avenue
           New York, NY 10022
           Attorneys for Plaintiff

# 4862856_v1