

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER R. CRANE, JR,

                            Plaintiff,

- vs -

POETIC PRODUCTS LIMITED,

                            Defendant.

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER COUNTERCLAIMS**

CIVIL NO.: 07 CV 7063 (BSJ)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, that the time for Plaintiff to answer the Defendant's Counterclaims in this action be and the same hereby is extended to and includes the 21st day of November, 2007. The original date to answer Defendant's Counterclaims is November 8, 2007. No previous requests for an extension of the time to answer the Counterclaims have been made.

DATED:     New York, New York
              November 2, 2007

HOLLAND & KNIGHT LLP
Attorneys for Defendant
POETIC PRODUCTS LIMITED

By: _____
Tamara Carmichael
Christelette A. Hoey
195 Broadway, 24th Fl.
New York, N.Y. 10007
(212) 513-3200

NIXON PEABODY LLP
Attorneys for Plaintiff
ROGER R. CRANE, JR.

By: _____
Tamar Y. Duvdevani
437 Madison Avenue
New York, N.Y. 100022
(212) 940-3000

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
11/6/07

10789198.1