----------------------------------------X

**07 CV 7063**   ECF

Crane, Jr. V. Poetic Products Ltd.

USDC SONY
...NT
...ALLY FILED

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 7063 (BSJ)(FM)

----------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ |
| | | | All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         11/6/07

_____
United States District Judge