UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER R. CRANE, JR,

                                                   Plaintiff,

- vs -

POETIC PRODUCTS LIMITED,

                                                 Defendant.

------------------------------------------------------------

POETIC PRODUCTS LIMITED,

                                               Counterclaimant,

- vs -

ROGER R. CRANE, JR,

                                               Counterclaim Defendant.

**Case No. 07 Civ. 7063 (BSJ) (FM)**

**RULE 56.1 STATEMENT**

Plaintiff-Counterclaim Defendant Roger R. Crane Jr. ("Crane"), pursuant to Local Rule 56.1, submits this statement of undisputed material facts as to which there is no genuine issue to be tried:

1.     Plaintiff Crane is the author of the play *The Last Confession*. (Compl. ¶ 1; Crane Decl. ¶ 1; Answer ¶ 1.).

2.     Crane holds the copyright to *The Last Confession*. (Compl. Exs. A & B.)

3.     Defendant Poetic Products Limited ("Poetic Products") owns the copyright to the book *In God's Name, An Investigation Into The Murder Of Pope John Paul I* ("*In God's Name*"). (Compl. ¶ 2; Answer ¶ 2.)

4.  Poetic Products registered *In God's Name* with the United States Copyright Office. (Answer at Exhibit A.)

5.  *In God's Name* was written by David Yallop. (Answer Ex. A.)

6.  Crane received a letter dated June 22, 2007 from Hextalls, an English law firm representing Poetic Products alleging that *The Last Confession* infringed *In God's Name*. (Crane Decl. Ex. A.)

7.  Several more letters went back and forth between Crane and Poetic Products or their counsel. (*See, e.g.*, Crane Decl. Exs. B, C; Compl. ¶ 3; Answer ¶ 3.)

8.  Crane filed the instant action on August 8, 2007. (*See generally* Compl.).

9.  The quotations in Exhibit 3 to the Duvdevani Declaration are accurate quotations from the cited works.


Dated: New York, New York
       November 13, 2007

                              **NIXON PEABODY LLP**


                              By:  /s/ Frank H. Penski
                                   Frank H. Penski (FP-9221)
                                   Tamar Y. Duvdevani (TD-7603)

                              437 Madison Avenue
                              New York, NY 10022
                              (212) 940-3000

                              *Attorneys for Plaintiff-Counterclaim Defendant
                              Roger R. Crane, Jr.*