the tables of the moneychangers, and the seats of them that sold doves,

And said unto them, It is written. My house shall be called the house of prayer; but ye have made it a den of thieves.

Matthew 21:12/13


IGN 303 Continued

Albino Luciani had a dream. He dreamt of a Roman Catholic Church which would truly respond to the needs of its people on vital issues such as birth control. He dreamt of a Church which would dispense with the wealth, power and prestige that it had acquired through Vatican Incorporated; of a Church which would get out of the market place and reject the moneylenders where the message of Christ had become tainted; of a Church that would once again rely upon what has always been its greatest asset, its source of true power, its greatest claim to a unique prestige: the Gospel.

*****************************

*LC 35.*

SUENENS: *Luciani has twenty votes, Siri has twenty five, and Pignedoli has dropped to fifteen. Baggio has nine. You [BENELLI] have twenty...... If you can get Pignedoli to release his supporters and swing the South Americans from Lorscheider to you...*


IGN 66
███████████. Luciani 23 votes. Pignedoli 18 votes.
███████████ 12 votes Baggio 9 votes.

IGN 67
Unaware of the identities of his supporters Luciani concluded that this aberration would correct itself at the second vote, and reaching for another voting card wrote the name of Alois Lorscheider upon it[6].

************************

*LC 36*

---

[6] See LC 36 below, where Bennelli states that Luciani was supporting Lorscheider.

███████: *Cardinal Lorscheider, I am glad to see you. Cardinal Luciani thinks it may be time for a non-Italian Pope.*

LORSCHEIDER: *The Papacy has been Italian for five hundred years. One might think it is time for a change.*

███████ *He is telling the cardinals that you should be Pope.*

LORSCHEIDER: *I know.*

███████: *What do you think of Luciani?*

LC 37

LORSCHEIDER: *He visited me in Rio last year. He is a charming and gentle man, more knowledgeable than some people believe. But, he is no administrator*[7].

███████ *You have said the next Pope should be a holy man, a good pastor, a man of hope. You have described* ███████

LORSCHEIDER: ██ *would* ███████████████████[8]

███████: *Yes*

IGN68

The third ballot would be crucial. Siri and Luciani were
finely balanced. While a very troubled Patriarch of
Venice picked at his food,
others were busy. Giovanni ███████ talked quietly to the
cardinals from Latin America[9]. They had made their point,
he assured them, but
clearly a Pope from the Third World was not going to
emerge during this Conclave. Did they want a man like
Siri with his reactionary views on the throne? Why not a
man who, if not from the Third World, clearly loved it?
It was no secret, Benelli told them, that Luciani was

---

[7] Similar to words attributed in IGN (page 68) to Father Sorge.
[8] Words attributed in IGN (page 68) to Father Sorge.
[9] Lorscheider was a Brazilian Cardinal. The scene at LC 36/37 can be seen as derived from this account in IGN.

22

voting for their own Aloisio Lorscheider.

IGN 68 CONT.

In fact Benelli was in danger of gilding the lily. The cardinals from Latin America had done their homework to a far greater degree than
any other geographical group. Aware that their chances of electing Lorscheider were not great they had, before the Conclave, prepared a
short list of non-Curial Italians. One of the men with whom they discussed the list was Father Bartolomeo Sorge, a Jesuit priest based
in Rome. During a two-hour discussion Sorge pointed out the various aspects for and against each of the possibles. The name that had
emerged was Albino Luciani. Father Sorge recalled for me his final words of advice to the group of cardinals:

"If you want to elect a Pope who will help to build up the Church in the world, then you should vote for ▓▓▓▓▓. But remember he is not a man who is accustomed to governing, consequently ▓▓ will ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓."

**************************

*LC37.*

*BENELLI: Have you heard that* ▓▓▓▓▓▓ *was* ▓▓▓▓▓ *in England?*

*LORSCHEIDER: Yes.*

*BENELLI: Many church leaders condemned the birth.*

*LORSCHEIDER I know.*

*BENELLI: I would like to read you a letter from Cardinal ▓▓▓▓. (BENELLI takes out a paper, reading.) "I send the most heartfelt congratulations ▓▓▓▓▓▓▓▓▓▓ whose conception took place ▓▓▓▓ly. ▓ far as ▓▓▓▓▓▓▓ are concerned I have no right to condemn them. If they ▓▓▓▓ with honest intentions and in good faith they may even have given merit before God for what they wanted ▓▓▓ asked the doctor to carry out."He concludes by saying that ▓▓*

23

[REDACTED] However, each [REDACTED]

IGN

A number of Curial cardinals had discovered to their horror that shortly before the Conclave Albino Luciani had been asked for his opinion on the birth of Louise Brown, known as '[REDACTED]', an [REDACTED] with the aid of [REDACTED] fertilization. Luciani had been interviewed on the subject three days before the death of Pope Paul VI but his views were not generally known until the article carried in Prospettive nel Mondo after his election. The hardliners on birth control read with growing dismay the views of the man who was now Pope.

Luciani had begun cautiously, making it clear that what he was expressing were his own personal views, because he, like everyone else, 'waited to hear what the authentic teaching of the Church would be when the experts had been consulted'. His surprise election had produced a situation in which the authentic teaching of the Church on this as on any other subject was now totally within Luciani's province.

In the interview Luciani expressed qualified enthusiasm about the birth. He was concerned about the possibility of 'baby factories', a prophetic concern in view of current events in California where women are queueing to be impregnated with the sperm of Nobel prize winners.

On a more personal note to the parents of Louise Brown, [REDACTED] said:

Following the example of God, who desires and loves human life, [REDACTED] too [REDACTED] my best wishes [REDACTED] for [REDACTED]; subjectively, [REDACTED] good [REDACTED] have decided [REDACTED] do.

He then drew attention to a previous pronouncement by Pius XII which might put the act of artificial fertilization in conflict with the Church. Then, considering the view that every individual has the right to choose for him or herself, he expressed an opinion that lay at the heart of his attitude towards many moral problems. 'As for [REDACTED], I agree, it

24

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, whether it commands or forbids; the ▇▇▇▇▇▇ though ▇▇▇▇▇▇▇▇▇▇

****************************

*LC 38*

*LORSCHEIDER: He is still no match for Felici, Baggio and the rest of the Curia.*

*▇▇▇: You are wrong. ▇, he is ▇▇, ▇ he is ▇▇, and he can take a long ▇▇ to make up his mind, sometimes too long... ▇ he is ▇▇▇▇▇▇▇ he is ▇▇.*

IGN 163

▇▇▇▇ had learned over nearly a decade that one did not influence Luciani by strenuously urging a particular course of action. He told me[10]:

With Pope Luciani, you laid out the facts, made your own recommendation, then gave him ▇▇ and space to consider. Having absorbed all the available information, he would decide and when Pope Luciani decided, nothing, and understand me on this, nothing would move or shift him. ▇▇, ▇. ▇, ▇. ▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇.

NOTE The Play skips the second ballot and proceeds to the third ballot.

****************************

*LC38.*

*VILLOT: (Reading from the paper) The ▇▇s have been tallied. Cardinal ▇▇▇ has received ▇▇▇▇, Cardinal ▇▇ ▇▇▇. No other candidate has received more than two votes. I suggest that we immediately[11] conduct a ▇▇▇▇▇. Do you agree?*

---

[10] Bennelli was David Yallop's personal source for this information.
[11] See IGN 70 (below) where it is stated that the Conclave dispensed with the late Pope's instructions that each cardinal should swear a solemn oath each time before voting and the fourth ballot began. The suggestion from Villot to move immediately to conduct the fourth ballot can be seen to be derived from that.

25

*The cardinals all nod their heads. One or two say "agreed."*

████████: *(He bows his head and says softly*[12]*)* ████████

LORSCHEIDER[13] *(He* ████ *s* ████ *'s arm)* ████████

GANTIN[14] *(He* ████ *s* ████ *'s other arm)* ████████

IGN 69 70

Emerging from his cell at 4.00 p.m. Luciani was warmly embraced by Cardinal Joseph Malula from Zaire. Full of joy Malula offered his congratulations.

Luciani shook his head sadly. 'A great storm is troubling me,' he said as the two men made their way back for the third ████.

████████ ████████



████████ ████████

Pignedoli 10 votes

The remaining 18 votes on the ██████ were scattered. Albino ██████ was now within seven votes of the Papacy. With a hand to his forehead he was heard to murmur, ████████

It was Cardinals Willebrands and Riberio, seated either side of Luciani, who heard the entreaty. Both men instinctively reached out and ██████ ████████ Willebrands spoke quietly. 'Courage. ████████████████████████,

Riberio nodded and then added, ████████████ the ██████

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

[12] This direction to Luciani is very similar to the description in IGN of Lucinai's behaviour "With a hand to his forehead he was heard to murmur".
[13] IGN had these identical words spoken by Lorscheider, with the same account of the speaker gripping Luciani.
[14] IGN attributes these words to Riberio. Note the same action in gripping Luciani as described in IGN.

*LC 39.*

▓▓▓ ......... *tally is:* ▓▓▓ *for Cardinal* ▓▓▓, ▓▓▓ *for Cardinal* ▓▓▓, ▓▓▓ *abstentions. (The spotlight around LUCIANI expands slightly*[15] ▓▓▓ *steps into it in front of* ▓▓▓*. In a commanding voice.)* ▓▓▓

*There is a long moment of silence*[16] *as LUCIANI slowly raises his head and looks at VILLOT.*

▓▓▓*: (With a soft voice)*[17] ▓▓▓

▓▓▓*:* ▓▓▓

▓▓▓*: (A short pause.* ▓▓▓*).* ▓▓▓

*... FELICI and VILLOT walk up to LUCIANI and dress him in* ▓▓▓ *of the Pope. They hand him a white cap. He takes off his red cap and replaces it with*

*LC 40.*

*the white one but puts it at a rakish angle.* ▓▓▓ *papal* ▓▓▓ *are noticeably too big for him. FELICI and VILLOT step back.*

*...*

CONFESSOR: *Why* ▓▓▓ *? Even the robes didn't* ▓▓▓

BENELLI: *They made the papal garments in every size....except his. Nobody had his measure.*

---

[15] IGN describes the scene as "All eyes were upon Lucinani".
[16] IGN describes the hesitation on the part of Luciani.
[17] Compare with the description in IGN of Luciani's humility and meekness.
[18] Further hesitation, as per IGN.
[19] IGN describes the scene as "Then he added, 'I accept.' ".
[20] IGN (see below) not only sets out the exact words used by Luciani, but describes Luciani's behaviour in the same way as copied by the stage direction in LC. IGN: "Luciani hesitated again. Then for the first time he smiled: 'John Paul the First'."

27

████:*(Approaching JOHN PAUL)* ████████████

████: ████████████

*VILLOT and FELICI walk with LUCIANI to the front of the stage. FELICI steps forward.*

*FELICI: (To the audience.) I bring you news of great ████. We have a Pope, Cardinal Albino Luciani, who has chosen the name John Paul the First.*

*LUCIANI steps forward with a humble but radiating smile ...*

IGN70

```
There was great excitement in the Conclave. Many were now
convinced that they were acting by Divine inspiration.
Dispensing with the late Pope's instructions that each
cardinal should swear a solemn oath each time before
voting, the ████████████ began.
```

████████████

```
Siri ████████
```

████████████ (that of Albino Luciani)

```
As ████████ vote was announced²² there was a tremendous
burst of applause from the gathering. The time was 6.05
p.m. A clique of Siri
supporters, members of the intransigent right, had held
out to the end. The doors of the Chapel opened and
various Masters of Ceremonies came, accompanying the
Camerlengo Villot, to where Albino Luciani sat. ████
spoke.
```

████████████ canonical ████████████

All eyes were upon Luciani. Cardinal Ciappi described for me that moment²³ 'He was sitting three rows behind me. Even at the moment of

---

[21] LC 38

[22] IGN sets the scene that is dramatised in LC. As in many other instances, IGN contains what is in effect dramatic direction that creates a picture in the eye of the reader – that dramatic direction is copied in LC.

[23] David Yallop obtained the description of the scene from his named source.

his election he was hesitating, Cardinal Villot put the question to him and he continued to hesitate. Cardinals Willebrands and Ribeno were
clearly encouraging him.'

eventually responded.  in my regard.' Then he added,

asked

hesitated again. Then for the first time he
d:

IGN71/72

There is also the vital element of Luciani's personal humility. Describing the acceptance of the Papacy as an act of humility may appear to be contradictory. To equate the taking of supreme power with meekness[24] is, in fact, entirely consistent if the last thing you want on earth is supreme power.

Inside the Conclave, as the new Pope was led to the Sacristy, all was ▓. Outside all was confusion. While the Gammarelli brothers, tailors
to the Vatican, tried to find a Papal white cassock that
ted, the cardinals were merrily burning their voting papers with the special
chemical that was designed to ensure white smoke for the watching world. The watching world saw first white smoke, then a short while later, puffs of black (indicating that the Church was still without a Pope) emerge from the small chimney. The smoke had begun to emerge at 6.24 p.m. As it continued to belch out in a variety of hues, the Gammarelli brothers inside were not having any better luck with the white cassocks. Normally before a Conclave they made three:
small, medium and large. This time, working from a list of twelve *papabili*, they had produced four, including an extra large one. The slightly-built Luciani had obviously not featured on their short-list of fancied cardinals. Eventually, nearly drowning in his new cassock, he emerged from the Sacristy and, sitting on a chair in front of the altar, received each cardinal who, having kissed Luciani's hand, was then warmly embraced by the new Pope.

---

[24] LC 39 has a direction to Luciani of "(With a soft voice)" for the lines in which he accepts his election as Supreme Pontiff. LC 40 has a direction to Luciani of "with a humble but radiating smile".

29

███ one of the cardinals largely responsible for this election, observed ███

███ smiled broadly at him. ███

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*LC 40*

*LUCIANI:* 

IGN74/75



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*LC41/42*

*VILLOT: Where is his Holiness ?*

*LORENZI:* *He said he wanted to go for a* ███ *around the Vatican and perhaps into Rome.*

*VILLOT: (Disbelief)* *He went for a* ███.

*VINCENZA:* *Father Albino always* ███ *es* ███ *a* ███ *after his siesta in the afternoon.*

---

[25] "stand now" in LC: "now stand" in IGN.

*VILLOT: (TO FELICI) This is impossible.*

*FELICI: (TO LORENZI) We need to find the Holy Father. The Pope is not supposed to wander about by himself………………………….*

*………………….FELICI: (Picking up a ▮▮▮ from the Pope's desk) 'On Being A Christian…'*

*VILLOT: (Looking up strangely) What?*

*FELICI: 'On Being a Christian, by Dr ▮▮▮▮▮▮.'*

*VILLOT: ▮▮▮▮!*

*FELICI: ( Mildly) Yes. (He opens the cover of the ▮▮▮) It is an autographed copy…..with a note congratulating Cardinal Luciani on the publication of his ▮▮▮ 'Illustrissimi', and thanks Luciani for sending him a copy.*

*VILLOT: The Pope is missing and now you tell me he is corresponding with heretics!*


LC42 CONT
*JOHN PAUL enters. He is dressed simply in an old cassock. His skull-cap is more on the side of his head than the top. It is generally in this postion even when he is formally dressed. FELICI puts ▮▮▮▮▮ he is holding back in the box.*

*Your Holiness, where have you been?*

*JOHN PAUL: ▮▮▮▮.*

*FELICI: It might not be safe.*

*JOHN PAUL: Who would want to harm the Pope?*

*FELICI: Many people, I am afraid, Your Holiness,*

*VILLOT: At the very least you should have ▮▮▮▮▮▮▮▮ with you.*

31

*JOHN PAUL: Please tell the Commander*  *are not to ▓▓ when I ▓▓ them.*

*VILLOT: You spoke to the guards?*

*JOHN PAUL: I wanted to know what they thought of the Vatican. (To Vicenza) Can you find us some coffee?*

IGN 169

This was the daily routine of Pope John Paul I — a routine that he took delight in occasionally disturbing. Without reference, he would ▓▓▓▓ ▓▓▓▓s in the Vatican gardens. A simple diversion, one might think, but an impromptu stroll threw Vatican protocol and ▓▓▓▓▓▓▓ ▓▓▓▓s into total confusion. He had already caused consternation ▓▓▓▓▓▓▓ within the ranks of the senior officers ▓▓▓▓▓▓▓ by ▓▓▓ing ▓ men on sentry duty and also requesting that they should refrain from ▓▓▓▓▓▓▓ ▓▓▓ing at his every approach. As he observed to Father Magee: 'Who am I that they should ▓▓▓▓ to me?'

Monsignor Virgilio Noe, the Master of Ceremonies, begged him not to ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ and to content himself with a mute nod. The Pope asked why. Noe spread his hands wide in amazement. 'Holy Father, it is not done. No Pope has ever ▓▓▓▓n ▓ them.'

Albino Luciani smiled and continued to talk to the Guards. It was a far cry from the early days of Paul's reign when priests and nuns would still drop to their knees to converse with the Pope even when they were carrying on a telephone conversation with him.

Luciani's attitude towards telephones also provoked alarm among many of the Curial traditionalists. They now had to contend with a
Pope who considered he was capable of dialling numbers and answering phones. He phoned friends in Venice. He phoned several Mothers Superior, just for a chat. When he advised his friend Father Bartolomeo Sorges that he would like the Jesuit priest Father Dezza to hear his confession, Father Dezza phoned within the hour to arrange his visit. The voice on the telephone informed him, 'I'm sorry the
Pope's secretary isn't here at the moment. Can I help?'

32

'Well, to whom am I speaking?'

'The Pope.'

It simply was not done this way. It never had been and perhaps never will be again. Both of the men who functioned as Luciani's secretaries strenuously deny it ever happened. It was unthinkable. Yet it definitely happened.

Luciani began to explore the Vatican with its 10,000 rooms and halls, with its 997 stairways, 30 of them secret. He would suddenly take off from the Papal Apartments, either alone, or with Father Lorenzi for company. Equally suddenly he would appear in one of the Curial offices. 'Just finding my way ▓▓▓ the place', he explained on
one occasion to a startled Archbishop Caprio, the Deputy Head of the Secretariat of State.

They did not like it. They did not like it at all. The Curia were accustomed to a Pope who knew his place, one who worked through the bureaucratic channels. This one was everywhere, into everything, and worse he wanted to make changes.

IGN 59

A few days later Professor ▓▓▓▓▓▓▓ indicated in an interview with the Italian news magazine Panorama that in his view the entire Roman Catholic Church had and would continue to have sexual problems until something was done about Humanae Vitae. He put birth control at the head of the problems facing the new Pope. 'It is a fundamental question for Europe and the United States but above all, for the Third World . . . A revision of Humanae Vitae is necessary. Many theologians and also bishops would have no consenting to birth control, even by artificial means, if the idea could be accepted that rules established in the past by Popes could be corrected.'

IGN65

He had formed friendships with many non-Catholics. The black Phillip Potter, Secretary of the World Council of Churches, had been his house guest. Others included Jews, Anglicans, and Pentecostal Christians. He had exchanged ▓▓▓s and letters with ▓▓▓▓▓▓ If the Roman Curia had

33

known that, alarm bells would have rung all over Vatican City.

IGN 154.

Using the 'official facts', many journalists fighting deadlines filed copy which portrayed a man who did not exist. The Economist, to take
one of several hundred examples, said of the new Pope, 'He would not be much at home in the company of ▮▮▮▮ ▮▮.' Research would
have revealed that Luciani and ▮▮▮▮ had exchanged very friendly letters as well as sending one another ▮▮s. Further research
would have shown that Luciani had several times quoted ▮▮▮ favourably in his sermons. Virtually every newspaper and periodical in the world that carried profiles of the new Pope made similar totally erroneous assertions.

***************************

*LC43*

*FELICI Your Holiness, we came here to discuss the details of your* ▮▮▮▮▮▮.

*JOHN PAUL I have been thinking about that too. The coronation ceremony needs to be rewritten.*

*VILLOT; It has not changed for hundreds of years.*

*JOHN PAUL: (Softly) There will be no crowning.*

*VILLOT Impossible ... the Pope is always crowned.*

*JOHN PAUL: I am a priest, not a king. There will be no crown.....And I* ▮▮▮▮ *into Saint Peter's.*

*FELICI The Pope is always carried by eight men in a throne on a platform....*

*JOHN PAUL: (Gently) I will not be carried on the backs of men*

*VINCENZA enters with a tray of coffee. She is helped by MONSIGNOR MAGEE.*

34

*VICENZA: The kitchen sent up some coffee. I tasted it Father, it's terrible. Shall I send it back?*

*VILLOT Sister Vicenza should really refer to you as Your Holiness or Holy Father.*

*JOHN PAUL Sister Vincenza has very fixed views. I would not change them for the world.*

*VILLOT: Holy Father, you should use ■■■ when you speak.*

*JOHN PAUL (Slightly irritated) I am a priest. I will speak as a priest.*

LC47.

*BENELLI It was as if ■■■ of dust and ceremonies had vanished overnight………………………*

*One week later ■■■ ceremony took place. Except it was no longer a ■■■. The ceremony, over a thousand years old, was completely rewritten. The three-crowned ■■■ was gone.*

*In its place, he wore a simple cloth miter, the symbol of ■■■ al authority. ……..For ■■■ the Pope had been ■■ed on a throne to the sound of trumpets. The throne was gone, the trumpets were silent, instead he came on foot, through his people.*

IGN149/150

On August 28th the beginning of his Papal revolution was announced. It took the form of a Vatican statement that there was to be no ■■■, that the new Pope refused to be crowned. There would be no sedia gestatoria, the chair used to carry the Pope, no tiara encrusted with emeralds, rubies, sapphires and diamonds. No ostrich feathers, no six-hour ceremony. In short the ritual with which the Church demonstrated that it still lusted after temporal power was
abolished. Albino Luciani had been obliged to engage in long, tedious argument with the Vatican traditionalists before his wishes prevailed.
Luciani, who never once used ■■■, the monarchical first person plural, was determined that the

35

royal Papacy with its appurtenances of worldly grandeur should be replaced by a Church
which resembled the concepts of its founder. ▮
▮▮▮ became a simple Mass. The absurdity of a swaying Pontiff reminiscent of a Caliph from the Arabian Nights was supplanted by a supreme ▮ quietly ▮ing up the steps of the altar. With that gesture Luciani abolished ▮▮▮ history and moved the Church a little
farther back down the road towards Jesus Christ.

The triple-decked, bee-hive-shaped ▮ was superseded by the pallium, a white woollen stole around the Pope's shoulders. The monarch had made way for the shepherd. The era of the poor Church had officially begun.

     **************************

LC44/45

*JOHN PAUL What else would you like to discuss ?*

▮ *(Consulting an agenda) There is a request for ▮▮▮. The United States Congressional ▮▮▮ has requested a meeting with Your Holiness*

*JOHN PAUL When would they like to meet ?*

▮ *That is the problem. If you meet it will send the wrong message to Catholics around the world. The Committee supports artificial birth control.*

*JOHN PAUL stands and picks up a rolled map and starts to spread it across ▮.*

*JOHN PAUL This is a map of the ▮▮(As he puts a book at each end of the map to hold it flat, the two cardinals join him)There are Catholics in almost every country of the ▮▮. This year the ▮▮▮ reached four point four billion. Over the next year seventy-three million children will be born, most of them in the Third World. Every hour ▮▮▮.*

▮ *Yes, I will meet with the committee.*

▓▓▓▓ *Is your Holiness suggesting that Pope Paul's encyclical on birth control is wrong?*

JOHN PAUL: Pope Paul did not invoke the doctrine of papal infallibility when he signed the encyclical. *The issue needs further study.*

▓▓▓▓ *The issue was studied.*

JOHN PAUL And the report of ninety per cent of the commission favoured permitting some form of artificial birth control. Pope Paul was talked into rejecting the commission's report. *I am not bound by his decision.* (TO ▓▓▓▓) I want a report on every Third World country that has Catholics and I want it before I meet with the congressional committee.

▓▓▓▓ That will take months.

JOHN PAUL *I intend to meet with the committee as soon as possible.* There are three thousand employees in the Curia. Use whoever you need.


IGN 155/6/7/8/9

What certain sections of the Curia had realized with a profound shock was that in electing Albino Luciani, the cardinals had given them a man who would not let the issue of birth control rest with Humanae Vitae. Careful study by members of the Curia of what Luciani had actually said, not only to his parishioners in public but to his friends and colleagues in private, quickly established that the new Pope favoured artificial birth control. The inaccurate and false picture L'Osservatore Romano painted of a man who rigorously applied the principles of Humanae Vitae was the opening shot in a counter-attack designed to hem Albino Luciani inside the strictures of his predecessor's encyclical. It was quickly followed by another blast.

The Press Agency UPI discovered that Luciani had been in favour of a Vatican ruling which would allow artificial birth control. Italian newspapers also carried stories referring to the Luciani document sent to Pope Paul by Cardinal Urbani of Venice in which the strong

37

recommendation in favour of the contraceptive pill had been made. The Curia speedily located Father Henri de Riedmatten who had been
secretary to the Papal Birth Control Commission. He described the reports that Luciani had been opposed to an encyclical that condemned artificial birth control as 'a fantasy'. Riedmatten also asserted that Luciani had never been a member of the Commission, which was accurate. He then went on to deny that Luciani had ever written a letter or a report on the subject that had been sent to Pope Paul.

This denial and the manner of it is an example of the duplicity that abounds in the Curia. The Luciani document went to Rome via Cardinal Urbani and therefore had the Cardinal's imprimatur upon it. To deny that a document existed, actually signed by Luciani, was technically correct. To deny that Luciani on behalf of his fellow bishops in the Veneto region had not forwarded such a document to the Pope via the then Patriarch of Venice was an iniquitous lie.

Ironically, within the first three weeks of his Papacy, Albino Luciani had already taken the first significant steps towards reversing
the Roman Catholic Church's position on artificial birth control. While those steps were being taken the world's Press, by courtesy of
L'Osservatore Romano, Vatican Radio, and off the record briefings by certain members of the Roman Curia, had already firmly established a
completely false image of Luciani's views.

During his Papacy Luciani referred to and quoted from a number of the pronouncements and encyclicals that had come from Pope Paul VI.
Notably absent was any reference to Humanae Vitae. The defenders of the encyclical had first been alerted to the new Pope's views when
they learned with consternation that the draft acceptance speech, which had been prepared for Paul's successor by the Secretariat of State's office, containing glowing references to Humanae Vitae, had had all such references excised by Luciani. The anti birth control element within the Vatican then discovered that in May 1978, Albino Luciani had been invited to attend and speak at an International Congress being held in Milan on June 21st-22nd. The main purpose
of the Congress was to celebrate the 10th Anniversary of the encyclical Humanae Vitae. Luciani had let it be known that he would

38