not speak at the Congress and that further he would not
attend. Among those who did attend and speak in glowing
terms about Humanae
Vitae was the Polish Cardinal Karol Wojtyla.

Now in September, while the world's Press unquestioningly
repeated the lies of L'Osservatore Romano, Albino Luciani
was heard
in the Papal Apartments talking to his Secretary of
State, Cardinal ███ [26]: 'I will be happy to talk to
this United States delegation on the issue. To my mind we
cannot leave the situation as it currently stands.'

The issue was ███████████. The 'situation' was
Humanae Vitae. As the conversation progressed ██████
heard Pope John Paul I express a view that many others,
including his private secretary Father Diego Lorenzi, had
heard many times before. Father Lorenzi is only one of a
number of people who have been able to quote to me
Luciani's exact words[27]:

I am aware of the ovulation period in a woman with its
range of fertility from twenty-four to thirty-six hours.
Even if one allows a sperm life of forty-eight hours the
maximum time of possible conception is less than four
days. In a regular cycle this means four days of
fertility and twenty-four days of infertility. How on
earth can it be a sin to say instead of twenty-four days,
twenty-eight days?

What had prompted this truly historic conversation had
been a tentative approach to the Vatican from the
American Embassy in Rome. The American Embassy had been
contacted by the State
Department in Washington and also by US Congressman James
Scheuer. The Congressman headed a House Select ███████
███████████ and was also Vice-Chairman of the UN fund
for population activities, inter-parliamentary working
group. The story of the Luciani document to Pope Paul VI
on birth control had alerted Scheuer and his Committee to
the possibility of change in the
Church's position on birth control. It seemed to Scheuer
that it was unlikely that his group would obtain ██
████████ with Luciani so soon in his Papacy but he still
considered it worth the effort of putting pressure on the
State Department and also, through the Embassy in

---

[26] This would seem to be the basis for the scene on LC 44/45, consisting of the discussion/argument
between Pope John Paul and Villot as to birth control and the proposed audience for the US
Committee.

[27] The source for David Yallop's account of the words used by Pope John n Paul was conversations
between Yallop and Lorenzi, as well as between Yallop and others.

Rome, on the Vatican. Scheuer was destined to hear some good news.

Now that Albino Luciani was wearing the shoes of the fisherman he determined to follow John's example of a revolutionary 100 days. At the top of his list of priorities of reform and change were the need to alter radically the Vatican's relationship with capitalism and the desire to alleviate the very real suffering he had personally witnessed that had stemmed directly from Humanae Vitae.

According to Cardinal Benelli, Cardinal ███ and other Vatican sources[28], the austere ███ listened askance as the new Pope elaborated on the problems the encyclical had caused. It was clear from his attitude during my interviews[29] with him that on this issue ███ was heavily in sympathy with ███.

Only a few weeks earlier Villot had been extolling the encyclical on the tenth anniversary of its publication. In a letter to Archbishop John Quinn of San Francisco, ███ reaffirmed Paul's opposition to artificial contraception. The Secretary of State had stressed how important Paul had considered this teaching to be, that it was 'according to God's Law'.

There was much more in a similar vein. Now, less than two months later, he was obliged to listen to Paul's successor taking a reverse position. The coffee grew cold as Luciani, rising from ███, began to pace his study and quietly talk of some of the effects that Humanae Vitae had produced over the past decade.[30]

The encyclical which had been designed to strengthen Papal authority by denying that there could be any change in the traditional teaching on birth control, had had precisely the opposite effect. The evidence was irrefutable. In Belgium, Holland, Germany, Britain, the

[28] Sources found and relied upon by David Yallop for his account of the meeting between Villot and Pope John Paul. IGN sets the scene of Villot's general reaction to John Paul's views on the effects of the encyclical on birth control: copied in LC.

[29] David Yallop interviewed Felici, who was the source for this comment. In the scene on LC 44/45, it is clear that Felici was of the same view as Villot on the subject of birth control.

[30] LC adopts this "scene setting" from IGN on pages LC 44/45: LC has John Paul standing up (from his desk) and uses the device of opening a map of the world to dramatise Luciani's references in IGN to the effects of the birth control encyclical across the world.

United States and in many other countries there had not
only been
marked opposition to the encyclical, there had also been
marked disobedience. The maxim had rapidly become that if
one priest did not take a tolerant attitude within the
confessional the sinner shopped around for a more
liberated priest. Luciani cited examples of that
contradiction he knew of personally in the Veneto region.

The theory of Humanae Vitae might well look like an ideal
moral viewpoint when proclaimed from within the all-male
preserve of the Vatican. The reality Luciani had observed
in northern Italy and abroad clearly demonstrated the
inhumanity of the edict. In that decade ███████████████
had increased by over three-quarters of a billion people.

When Villot demurred to point out that Pope Paul had
stressed the virtues of the natural method of
contraception Luciani merely smiled at him, not the full
beaming smile that the public knew; it was more of a sad
smile. 'Eminence, what can we old celibates really know
of the sexual desires of the married?'

This conversation, the first of a number the Pope had
with his Secretary of State on the subject, took place in
the Pope's study in the Papal Apartments on Tuesday,
September 19th[31]. They discussed the subject for nearly
forty-five minutes. When the meeting ended and Villot was
about to leave, Luciani walked to the door with him and
said:

Eminence. We have been discussing birth control for about
forty-five minutes. If the information I have been given,
the various statistics, if that information is accurate,
then during the period of time we have been talking[32]
over[33] ███████████████████ have
█d ███████████. During the next forty-five minutes
while you and I look forward with anticipation to our
next meal a further ███████████ will ██████
██████████████ who at this moment are alive, ██████ - of
malnutrition. God does not always provide.

The Secretary of State for the Vatican was apparently
unable to find an adequate exit line.

---

[31] Again, scene setting from IGN is copied in LC.
[32] IGN refers to a period of 45 minutes. LC refers to an hour.
[33] IGN refers to over 1,000 children under the age of 5 dying: LC refers to 1,000.

All details of ███████ ██████ with a ████████ delegation, on the subject of ██████████, were kept a carefully guarded secret both by the Vatican and the State Department. Such a meeting coming so early in Luciani's Papacy would rightly be seen as highly significant if it became known publicly.

NOTE. There are a great many pages within IGN dealing with the issue of birth control including
On pages 15 through to page 24 details of the events leading to Pope Paul's edict Humane Vitae.
Pages 18 and 19 are particularly relevant when considering JOHN PAUL's second speech on LC 45.

****************************

*LC46*



*JOHN PAUL......* ███████████████████████████ *But* ████ ██████████████████████████████ *when I was a* ████ ██ ████████████ *that.*

IGN 185.

On September 7th, during a private audience[34] with Vittore Branca at 8.00 a.m., an hour that caused Curial eyebrows to shoot even higher,
his friend Branca expressed concern about the weight of the Papacy. Luciani responded:
Yes,
only ██████████████████████████████████
████████████████ Basically all ████████ this, and I am the keeper of souls above all. Between the parish ██████ at Canale and me there is a difference only in the number of faithful but the task is the same, to remember Christ and his word.

*****************************

*LC 49.*

*The Pope's study.* *JOHN Paul* *enters* *angrily.* *He is carrying a* *news████.* *There are large piles of paper on his desk. He is followed by LORENZI who is carrying more papers.*

---

[34] The audience was private and the words spoken are not therefore a matter of public record. It seems likely that they can only have been copied from IGN.



*JOHN PAUL: The Vatican press has changed my speech again. ▓▓ this ▓▓ that; I never use ▓▓. This isn't my speech. This is just official statements drafted by the ▓▓. They even have me ▓▓▓▓▓▓▓▓▓▓▓ Paul's encyclical against birth control. and ▓▓ know I want to re-examine the issue.*

*LORENZI There is also an ▓▓▓ ▓▓▓ing ▓▓▓▓▓ ▓ recent ▓▓▓▓▓▓.*

*JOHN PAUL: They know about the letter I wrote congratulating ▓▓ ▓▓. (Angry) Damn them.*

IGN185/186/190/191/192

On September 26th, Luciani could look back with satisfaction on his first month in the new job. It had been a month full of powerful impact. His investigations into corrupt and dishonest practices had thrown the perpetrators into deep fear. His impatience with Curial pomposity had caused outrage. Again and again he had abandoned
officially written speeches, publicly complaining: 'This is too Curial in style.' Or, 'This is far too unctuous.'

His verbatim words were rarely recorded by Vatican Radio or L'Osservatore Romano, but the public heard them and so did the other news media.

The Vatican recorded his speeches in the General Audiences when on successive Wednesdays he spoke on Faith, Hope and Charity. Luciani's pleas that these virtues be shown towards, for example, drug addicts went unrecorded by the Curia who controlled the Vatican media.

When on September 20th he uttered the memorable phrase that it is wrong to believe 'Ubi Lenin ibi Jerusalem' (where Lenin is, there is Jerusalem), the Curia announced that the Pope was rejecting 'liberation theology'. He was not. Further, Vatican Radio and L'Osservatore Romano neglected to record Luciani's important qualification, that
between the Church and religious salvation, and the world and human salvation, 'There is some coincidence but we cannot make a perfect equation.'

IGN190

The first problem he tackled was L'Osservatore Romano. In
the previous month, he had been given cause to complain
about the ███ on numerous occasions. After the battle
had been won about the regal use of ███ and 'our', which
the paper had initially insisted on substituting for the
Pope's use of the humbler first person, each day's
edition had produced further irritations for the Pope.
The paper had adhered rigidly to the █████l-written
speeches and ignored his own
personal comments. It even complained when Italian
journalists had accurately reported what the Pope had
said rather than what L'Osservatore Romano deemed he
should have said. Now there were
fresh problems of a far more serious nature.

A number of Curial cardinals had discovered to their
horror that shortly before the Conclave Albino Luciani
had been asked for his opinion on ███████ Louise
Brown, known as '███ first ████████', an English
girl recently born with the aid of artificial
fertilization. Luciani had been interviewed on the
subject three days before the death of Pope Paul VI but
his views were not generally known until the article
carried in Prospettive nel Mondo after his election. The
hardliners on birth control read with growing dismay the
views of the man who was now Pope.

Luciani had begun cautiously, making it clear that what
he was expressing were his own personal views, because
he, like everyone else, 'waited to hear what the
authentic teaching of the Church would be when the
experts had been consulted'. His surprise election had
produced a situation in which the authentic teaching of
the Church on
this as on any other subject was now totally within
Luciani's province.

In the interview Luciani expressed qualified enthusiasm
about the birth. He was concerned about the possibility
of 'baby factories', a
prophetic concern in view of current events in California
where women are queueing to be impregnated with the sperm
of Nobel prize winners.

On a more personal note to the parents of Louise Brown,
Luciani said:

IGN 191

Following the example of God, who desires and loves human
life, I too send my best wishes to ████████. As for her

44

parents, I have no right to condemn them; subjectively,
if they acted with good intentions and in good faith,
they may even have great merit before God for what they
have decided and asked the doctors to do.

He then drew attention to a previous pronouncement by
Pius XII which might put the act of artificial
fertilization in conflict with the
Church. Then, considering the view that every individual
has the right to choose for him or herself, he expressed
an opinion that lay at the
heart of his attitude towards many moral problems. 'As
for the individual conscience, I agree, it must always be
followed, whether it
commands or forbids; the individual though must seek
always to develop a well-formed conscience.'

The element within the Vatican who believe that the only
well-formed conscience is one formed exclusively by them
began to mutter. Discreet meetings began to take place.
It was clear to those who attended these meetings that
Luciani had to be stopped. They talked airily of 'the
betrayal of Paul', which to certain refined Roman minds
is an elegant way of saying, 'I disagree'.

When news of the cautious dialogue between the
Secretariat of State's office and the US State Department
began to leak to this group they determined on action.
The subsequent information that a delegation of officials
concerned with birth control had been granted an audience
with the Pope gave added urgency to those within the
Vatican who considered Humanae Vitae should remain the
last word on this subject.

On September 27th there appeared on the front page of
L'Osservatore Romano a long article entitled 'Humanae
Vitae and Catholic morality'. It was written by Cardinal
Luigi Ciappi, OP,
theologian to the Papal household. Cardinal Ciappi had
been personal theologian to Paul VI and Pius XII. Coming
from such an authority,
the article would appear to carry the personal imprimatur
of the new Pope. It had previously been published in
Laterano to
Humanae Vitae. Its re-publication
was a deliberate attempt to forestall any change on the
issue of birth control
that Albino Luciani might wish to make. The article is a
long eulogy extolling the virtues of Humanae Vitae. There
are copious quotations

45

from Paul VI, but from Luciani not a single word
affirming he shared either Paul's or Ciappi's views. The
reason for that is simple. Ciappi had not discussed the
article with Luciani. Indeed as of September 27th, 1978,
Cardinal Ciappi was still awaiting a private audience
with
the new Pope. The first Luciani knew of the article and
the views it contained was when he read it in the paper
on September 27th. With
rising anger he turned to page two to continue reading
the article; it was, as previously noted, very long. On
page two he was confronted with yet another of the
Curia's efforts to undermine his position. Running over
three entire columns was another ██████ entitled 'The
Risk of Manipulation in the Creation of Life'. This was a
blunt, dogmatic ██████████ation of ██████████
██████ Louise Brown and of all artificial fertilization.

Again there had been no reference to Luciani. The Curia
knew full well that, for all L'Osservatore Romano claims
to be only semiofficial, such an article would be clearly
seen by the world as being the views of the new Pope. The
battle was well and truly joined.

On September 28th, therefore, shortly after 8.00 a.m.,
the Pope telephoned his Secretary of State, ██████. He
demanded a full explanation of how the two articles had
appeared; then he phoned Cardinal ██████ in Padua where
he was about to attend a spiritual retreat.

He had taken to using Felici more and more as a sounding
board for his ideas. Aware that their views differed on a
large range of subjects,
Luciani was equally aware that Felici would respond with
total honesty. The Pope also knew that, as Dean of the
Sacred College, few
knew their way through the machinations of the Curia
better than Felici.

Luciani expressed his anger at the two articles. 'You
recall some days ago advising me that the Curia wished me
to restrain my natural exuberance?'

'It was merely a suggestion, Holiness.'
'Perhaps you would be kind enough to return the
compliment on my behalf. Tell that little newspaper to
restrain its views on such issues.
Editors are like Popes. Neither is indispensable.'

*****************************

LC. *49/50/51.*

*JOHN PAUL: ....... ███████████ it is a pleasure to see you. Did Benelli tell you why I wanted to meet ?*

*████████: Yes, to talk about running the Church's organisation for international aid.*

*JOHN PAUL: Are you interested?*

*██████████: No.*

*JOHN PAUL: (Surprised) Why not?*

*█████████: I will not be a party to a system that generates income through exploitation.*

*JOHN PAUL (Softly rebuking) You are talking about our Church.*

*█████████: And the Church should use its resources to help people learn the skills necessary for economic independence, not for investment in corporations whose purposes are incompatible with the teachings of the Church.*

*JOHN PAUL: (.Beginning to smile) I am not asking you to manage the Church's assets. I am only asking you to take charge of international aid.*

*████████: As long as ████████ runs ██ Vatican ████ and Villot the Treasury, nothing will change.*

*JOHN PAUL: Things will change (To ████████) But,in the meantime, I need your help.*

*BENELLI And Marcinkus and....*

*JOHN PAUL: ████████ and Villot are my problem. (To ████████)As a personal favour to me, I would like you to accept.*

*████████: Your holiness..I accept.*

JOHN PAUL: *(Smiling) Good. This afternoon I will tell* ▓▓▓▓▓▓ *that you are taking over his responsibilities for* international aid.

*IGN 161*

Within his first week the new Pope had given an indication of the shape of things to come. He 'assented' to the desire of ▓▓▓▓▓▓▓▓ to be relieved of one of his many posts, the Office of President of the Pontifical Council, 'Cor Unum'. The job went to ▓▓▓▓▓▓ Bernard ▓▓▓▓▓▓ Cor Unum is one of the great funnels through which pass monies collected from all over the world to be distributed to the poorest nations[35].

To Luciani, Cor Unum was a vital element in his philosophy that Vatican finance, like every other factor, should be inspired by the Gospel[36]. ▓▓▓▓▓ was gently replaced, but replaced nonetheless, by ▓▓▓▓▓, a man of great spirituality and transparent honesty[37].

The Vatican village buzzed with speculation. Some proclaimed that they had never met Sindona or Calvi or any of the Milan Mafia who had infested the Vatican during Pope Paul's reign. Others in their individual bids for survival began to filter information to the Papal Apartment.

A few days after the ▓▓▓▓▓ appointment the new Pope found a copy of an Italian Office of Exchange Control (UIC) circular on his desk. There was no doubt that the circular was a direct response to Il Mondo's long, open letter to the Pope outlining an untenable situation for a man committed to personal poverty and a poor Church.

The circular, signed by the Minister of Foreign Trade Rinaldo Ossola, had been sent to all Italian banks. It reminded them that the IOR, the Vatican Bank, is 'to all effects a non-residential banking institute', in other words foreign. As such, relationships between the

---

[35] I.e. "international aid".
[36] Although the dialogue is given to Gantin (see footnote below) the fact that John Paul wanted Gantin to take on the post indicates within the play that John Paul considered finance should be governed by moral and religious imperatives.
[37] These character qualities are demonstrated through the dialogue for Gantin on LC 49/50/51.

Vatican Bank and Italian credit institutes were governed
by precisely the same rules that applied to all other
foreign banks.

The Minister was particularly concerned with currency
abuses involving the illegal flight of money from Italy.
His circular was a clear Ministerial admission that these
abuses were a reality. It was seen in Italian financial
circles as an attempt to curb at least one of the
Vatican Bank's many dubious activities. In the Vatican
City it was generally regarded as further confirmation
that the death knell for Bishop Paul ███████'s
presidency of ████████ was ringing loudly.

IGN162

Members of the Curia organized a lottery. The object was
to guess on which day ████████ would be formally removed
from ████████. Apart from the investigation being
conducted on the Pope's behalf by Cardinal Villot, the
smiling Pope, with typical mountain shrewdness, opened up
other lines of enquiry. He began to talk to Cardinal
Felici about the Vatican Bank. He also telephoned
Cardinal Benelli in Florence.

It was from Giovanni Benelli that the Pope learned of the
Bank of Italy investigation into Banco Ambrosiano. It was
typical of the way
the Roman Catholic Church operated. The Cardinal in
Florence told the Pope in Rome what was happening in
Milan.

IGN193

First to be received was a group which included the man
whom Luciani had promoted to the Presidency of Cor Unum,
████████ Bernardin ██████. The Pope beamed at the strong,
youthful figure of ██████, who for him represented the
Church's future. During their conversation, Luciani
remarked: 'It is only Jesus Christ whom we must present
to the world. Apart from this we would have no reason, no
purpose, we would never be listened to.'

*****************************************

*LC51/52*

██████: *Do you have* ████*'s* ██████ *on* ██ ██████?



*JOHN PAUL: No. The* ███████ *is important. But more important is* ███ ███. *(*███████*enters)*

███████*: Your Holiness, thank you for seeing me (To* ███████*) How is* ███████ *?*

███████*: Beautiful but it is always a pleasure to visit* ███████*.*

███████*: I am sure your diocese misses you.......*

*.....JOHN PAUL I understand you are from* ███████*, Illinois.*

███████ *(Glancing first at* ███████*.) Yes.*

*JOHN PAUL: That's near* ███████*.*

███████*: Yes.*

*JOHN PAUL: How long have you been in Rome ?*

███████*: Almost twenty years.*

*JOHN PAUL You must miss Chicago. Do you still have family there ?*

███████*: A relatives...I try to visit them whenever I can.*

*JOHN PAUL: It is unfortunate that the Church has kept you away from home for so long.*

███████ *It is in the service of God.*

*JOHN PAUL What do you do at* ███████ *?*

███████*(Pause) I set policy.*

*JOHN PAUL: What is the policy.*

███████*: The policy (He shrugs and smiles) is* ███████████*.*

---

[38] See IGN 30.

█████████: *Is that why* *you sold the Catholic Bank of Venice* *for less than it was worth ?*

█████████: *We....the Church received other favours in exchange. If you simple invest with a bank.....*[39]

████████ *(Interrupting)* ██████████.

█████████ *For instance,* ██████████; *if you simple invest, you receive one interest rate a low interest rate. But if you know people at the bank they will tell you if they have a particular* *project,* *and if you earmark your money for the* *project* *they will give you a higher rate.*

*JOHN PAUL: But, what about the nature of the* *project ?*

█████████: *I don't ask.*

█████████ *Don't you think the Church should be concerned about the nature of its investment?*

*NOTE PICKING UP JUST OVER HALWAY DOWN LC53*

*JOHNPAUL This is the house of God, not the house of* █████████.

██████████ *You can't run the Church on Hail Marys, Your Holiness*[41].

*JOHN PAUL looks at* █████████ *for a moment.*

*JOHN PAUL: I can try. (He stands up) It has been a pleasure meeting you Bishop*[42]. *Your comments should help me understand* *the audit.*

██████████ *(Standing)* *The audit ?*

█████████ *His Holiness has* *asked* █████ *to conduct an audit of* ████

*LC54*

---

[39] See IGN/ 28-32
[40] See IGN 87, 120, 299 (references to Rothschild).
[41] See IGN 80.
[42] Note references in IGN (post) to Luciani's "cool politeness" to Marcinkus.

*JOHN PAUL; (Putting his arm around ██████████ and walking him to the door.) Thank you again,*
*It has been a pleasure. (JOHN PAUL stops and holds out his ring. As*
██████████ *kisses it) Hopefully we will be able to get you home soon.*

██████████ *looks at* ██████████ *and leaves*


IGN162/163

It was from Giovanni ██████ that the Pope learned of the
Bank of Italy investigation into ██████████. It was
typical of the way the Roman Catholic Church operated.
The Cardinal in ██████████ told the Pope in ████████ what was
happening in Milan[43].

The former number two in the Secretary of State's
Department had built a strong network of contacts
throughout the country. Licio Gelli of P2 would have been
suitably impressed at the range and the quality of
information to which ████████ had access. It included very
well placed sources within the Bank of Italy. These were
the sources which had informed the Cardinal of the
investigation taking place within Roberto Calvi's empire,
an enquiry which was moving to its climax in September
1978. What particularly concerned ████████, and
subsequently Luciani, was the part of the investigation
that was probing Calvi's links with the Vatican. The Bank
of Italy contact was certain that the investigation would
be followed by serious criminal charges against Roberto
Calvi and possibly against some of his fellow directors.
Equally certain was the fact that the Vatican Bank was
deeply implicated in a considerable number of deals that
broke a variety of Italian laws. The men at the top of
the investigating team's list of potential criminals
inside ███ Vatican ████ were Paul ████████, Luigi
Mennelli and Pellegrino De Strobel.

IGN196/197

During the late afternoon of September 28th Jean Villot
was given an extended demonstration of this ability that
had so impressed him during the previous month. The first
problem to be discussed was the Istituto per le Opere di

---

[43] Banco Ambrosiano was located in Milan. Benelli, the Cardinal from Florence, telling the Pope in
Rome what was happening with regard to Banco Ambrosiano is a key aspect of the scene from LC
51/52 above.

Religione, ███ Vatican ███. Luciani was by now in possession of a great deal of highly detailed information. ███ himself had already submitted a preliminary ███. Luciani had also obtained further information from Villot's deputy Archbishop Giuseppe Caprio, and from ███ and Felici.

For ███ Paul ███, who had initiated the plan and played such an active helping role for Calvi in the takeover of the Banca Cattolica, that chicken and a great many others were now going to come home to roost. Villot advised the Pope that inevitably word had leaked on the investigation into ███. The Italian Press were becoming very curious and one major story had just been published.

Newsweek magazine clearly had some excellent Vatican sources. It had learned that before the Conclave a considerable number of cardinals had requested a full report on ██ Vatican ███ from ███. It had also, through its 'knowledgeable source', picked up the fact that there were moves afoot to oust Marcinkus. The magazine quoted its
Curial source: 'There's some movement to get him out of there. He'll probably be made an auxiliary bishop.'

Luciani smiled. 'Does Newsweek tell me with whom I am replacing ███████?'

Villot shook his head.

As their conversation progressed, Luciani made it clear that he had no intention of leaving ███████ in Vatican City, let alone ██ Vatican ███. Having personally assessed ███████ during a 45-minute interview earlier in the month[44] Luciani had concluded that ███████ might be more gainfully employed as an auxiliary bishop in ██ █████. He had not indicated his thinking to ███████ but the cool politeness he had shown to the man ███████ had not passed unnoticed.[45]

Returning to his bank offices after the interview, ███████ later confided to a friend, 'I may not be around here much longer.'

---

[44] An interview with Marcinkus is dramatised on pages LC 51/52/54.

[45] In LC 51/52/54, John Paul does show his thinking through references such as "Hopefully, we will be able to get you home soon", rather than using just "cool politeness" to convey the message to Marcinkus. However, it would be difficult dramatically to use just cool politeness to convey to the audience John Paul's intentions.

To Calvi via the telephone and to his colleagues in the
bank he observed: 'You would do well to remember that
this Pope has different ideas from the last one. There
are going to be changes around here. Big changes.'

██████ was right. Luciani advised Villot that
Marcinkus was to be removed immediately. Not in a week's
or a month's time. The following day. He was to take
leave of absence. A suitable post in
██████ would be found for him once the problem of
Cardinal Cody had been resolved.

Villot was told that ████████ was to be replaced by
Monsignor Giovanni Angelo Abbo, secretary of the
Prefecture of Economic Affairs of the Holy See. As a key
figure in the financial tribunal of the Vatican,
Monsignor Abbo would demonstrably be bringing to his new
job a great deal of financial expertise.

                ****************************

*Bottom of LC 56 then cont on LC 57*

*The Pope moves down stage. He encounters a gardener on his knees
working.*

*THOMAS: Your Holiness...*

*JOHN PAUL It is a beautiful garden. It reminds me of my old garden in
the Dolomites.*

*THOMAS Thank you. Your Holiness. (He stands up and takes his hat
off)*

*JOHN PAUL: What is your name ?*

*THOMAS: Thomas.*

*JOHN PAUL What does your religion mean to you Thomas ?*

*THOMAS: Mass on Sundays.*

*JOHN PAUL: Anything else ?*

*THOMAS: Things I can't do.*

*JOHN PAUL (JOHN PAUL crouches down) These flowers, Thomas, you take care of them.*

*THOMAS (Crouching down too.) Yes, Holy Father.*

*JOHN PAUL; You water them, pull out the weeds, spray for insects.*

*THOMAS; Of course.*

*JOHN PAUL: Do you think they know it ? (Pause) God cares for you whether you know it or not. (JOHN PAUL stands and gestures with his hand) What do you think of all this..the Vatican ?*

*THOMAS: (Stands and looks around) A palace your Holiness.*

*JOHN PAUL: A palace?*

*THOMAS: (Now uncertain) A palace ..for the Pope..for you to live in.*

*JOHN PAUL (Looking around) It does look like a palace..but it is a church.*

*THOMAS: It has guards Your Holiness, a church doesn't have guards.*

*JOHN PAUL You are right..Do you think this is where the Pope should live ? (Silence) Where should the Bishop of Rome live ?*

*THOMAS (CONFUSED)..With* ███████.

*JOHN PAUL. Yes with* ███████.

```
IGN 11


Later he talked to the 400 priests who were now
answerable to him. A number of them had offered him
gifts, food, money. He declined these. When they were all
gathered he attempted to explain the reason: 'I come
without five lire. I want to leave without five lire.'

He continued:
```

My dear priests. My dear faithful. I would be a very unfortunate bishop if I didn't love you. I assure you that I do, and that I want to be at your service and put at your disposal all of my poor energies, the little that I have and the little that I am.

He had the choice of living in a luxurious apartment in the city or a more spartan life in the Castle of San Martino. He chose the Castle.

For many bishops their life is a relatively remote one. There is an automatic gulf between them and their flock, accepted by both. The bishop is an elusive figure, seen only on special occasions. Albino Luciani took a different view of his role in Vittorio Veneto. He dressed as a simple priest and took the gospel to ████████ With his priests he practised a form of democracy that was at that time extremely rare within the Church. His Presbyterial Council for example was elected entirely without nominations from the bishop.

IGN24.

Vittorio Veneto, Luciani was presented with a donation of one million lire. He quietly declined the gift and after suggesting that the people should donate it to their own personal charities reminded them what he had told his priests Before leaving when he had arrived in the diocese eleven years earlier: 'I came without five lire. I want to leave without five lire.' Albino Luciani took with him to Venice a small pile of linen, a few sticks of furniture and his books.

On February 8th, 1970, the new Patriarch, now Archbishop Luciani, entered Venice. Tradition decreed that the entry of a new Patriarch be a splendid excuse for a gaily bedecked procession of gondolas, brass bands, parades and countless speeches. Luciani had always had an intense dislike of such pomp and ceremony. He cancelled the ritual welcome and confined himself to a speech during which he referred not only to the historic aspects of the city but acknowledged that his diocese also contained industrial areas such as Mestre and Marghera. 'This was the other Venice,' Luciani observed, 'with few monuments but so many factories, houses, spiritualproblems, souls. And it is to this many-faceted city that Providence now sends me. Signor Mayor, the first Venetian coins, minted as long ago as A.D. 850, had the motto "Christ, save

Venice". I make this my own with all my heart and turn it
into a prayer, "Christ, bless Venice".'


IGN60

Remaining aloof from the wheeling and dealing, Luciani
walked in the gardens of the Augustinian residence which
overlook St Peter's, where he engaged Brother Clemente in
conversation. Clemente was perspiring as he laboured
among the flower beds. Luciani recalled that when he was
a boy he had worked in the fields. 'Then I had callouses
on my hands. Now I have callouses in my brain.'

*****************************

*LC58/59*

*JOHN PAUL. Thank you Thomas.*

*JOHN PAUL steps forward to meet VILLOT and FELICI. THOMAS
waits for a moment then exits*

*VILLOT You shouldn't talk to people like that.*

*JOHN PAUL looks inquisitively at VILLOT*

*VILLOT (Defensively) Popes don't speak to gardeners.*

*JOHN PAUL My father was a bricklayer. (Pause as VILLOT digest this
unpleasant fact) It is time for me to visit Rome. I want to see every
section, on foot.*

*VILLOT Impossible.*

*JOHN PAUL That word again.*

*FELICI Thousands of people would flock to see you. The city would
come to a halt.*

*JOHN PAUL (Thinking) Rome has hospitals ?*

*Of course.*

57

*JOHN PAUL It is the duty of a pastor to visit the sick and, as Bishop of Rome ,to visit my churches.*
*You will organise visits to ▓▓▓ ▓▓▓▓▓ ,every ▓▓▓▓, every orphanage....And do not tell me it is impossible*

IGN183/184

Luciani wished to treat Rome as his new parish, to wander
through the streets as he had in Venice and his other
dioceses. For a Head of State to behave in such a manner
presented problems. The Curia flatly declared the idea
not only unthinkable, but unworkable. The city would be
thrown into constant chaos if the Holy Father went on
walkabouts. Luciani abandoned the idea but only for a
modified version. He told the Vatican officials that he
wished to visit ▓▓▓▓ ▓▓▓▓▓▓, ▓▓▓▓ and refuge centre
in Rome and gradually work his way round what he regarded
as his parish. For a man bent on being a pastoral Pope
the reality on his own doorstep presented a powerful
challenge.

Rome has a Catholic population of two-and-a-half million.
It should have been producing at least seventy new
priests per year. When Luciani became Pope it was
producing six. The religious life of Rome

IGN184

was being maintained by enormous importations of clergy
from outside. Many parts of the city were, in reality,
pagan, with Church attendances of less than 3 per cent of
the population. Here, in the heart of the Faith, cynicism
abounded.

The city that was now home to Luciani was also home to
the Communist Mayor Carlo Argan - a Communist Mayor in a
city whose major industry, religion, is rivalled only by
the crime rate. One of the new titles Luciani had
acquired was Bishop of Rome, a city that had been without
a bishop, in the sense that Milan, Venice, Florence and
Naples had a bishop, for over a century. It showed.

As Pia lunched with the Pope, Don Diego was involved in a
loud, lengthy argument with a Curial official who refused
even to consider
the Papal wish to visit various parts of Rome. Luciani
interrupted his conversation with Pia.

'Don Diego. Tell him it must be done. Tell him the Pope wishes it.'

Lorenzi conveyed the Papal instruction, only to be met with a refusal. He turned to the Pope. 'They say it can't be done, Holy Father, because it's never been done before.'

Pia sat, fascinated, as the game of Vatican tennis continued. Eventually ██████ apologized to his niece for the interruption and ████ his secretary he would instruct ████. Smiling at Pia, he observed: 'If the Roman Curia permits, your Uncle hopes to visit the Lebanon before Christmas.'

********************************

*LC59/60*

*JOHN PAUL (Starts to leave and then stops)And another thing:* ████ ████ *in the Vatican Press about* ████████

████████: *An excellent* ████.

*JOHN PAUL: People who read this* ████ *will assume the opinions in it are mine.*

████ *The opinions in* ████ *are consistent with the position of the Church.*

*JOHN PAUL: (Becoming* ████*) they are not consistent with my* ████ *and you know it. ...(Calmer) Before Paul's enycyclical I submitted a report recommending that some form of artifical birth control be permitted in marriage.Last week the Vatican press denied my report ever existed.*

*VILLOT: We have located every copy. They are now locked in the Vatican archives.*

*JOHN PAUL That denial was a lie.*

---

[46] Anger was not an emotion for which John Paul 1 was known. The references in IGN to him being angry are therefore unusual.



█████ *It is the function of the Curia to protect a Pope from the possible mistakes that he made earlier in his life.*

*JOHN PAUL I will decide if there were mistakes, not the Curia. I did not want to become Pope. The Cardinals in the infinite wisdom elected me, and I foolishly accepted.But now I am the Pope.*

*VILLOT: No Pope can function without the assistance of the Curia.*

*JOHN PAUL: (Coldly) It appears that no Pope can function with its assistance. It is the function of the Pope to set policy,to govern, not the Curia and not the Vatican press.*

█████ *The press was merely following the policy set out by Pope Paul/*

█████ *: By attacking a newborn baby, a baby I had just congratulated in a letter(Furious) My church will not make war on babies.*

█████ *The article condemned artificial conception,not the child.*

*JOHN PAUL: The article condemned both. (Pause. Calmly and icily.)Cardinal ███, last week you told ███████████ wanted ████ what it called ████████████.'*

████████ *Your ███████*

*JOHN PAUL: I want you ███████████████████████ . Editors are not ████████* (Turns and exits).

.......████ *Popes are like editors",* ██████████████

IGN190

The first problem he tackled was L'Osservatore Romano. In the previous month, he had been given cause to complain about the paper on numerous occasions. After the battle had been won about the regal use of 'we' and 'our', which

---

[47] IGN has the words as those of Luciani (Pope John Paul 1) and the other way around "Editors are like Popes".

the paper had initially insisted on substituting for the
Pope's use of the humbler first person, each day's
edition had produced further irritations for the Pope.
The paper had adhered rigidly to the Curial-written
speeches and ignored his own
personal comments. It even complained when Italian
journalists had accurately reported what the Pope had
said rather than what L'Osservatore Romano deemed he
should have said. Now there were
fresh problems of a far more serious nature.

A number of Curial cardinals had discovered to their
horror that shortly before the Conclave Albino Luciani
had been asked for his opinion on the birth of Louise
Brown, known as 'the first test tube baby', an English
girl recently born with the aid of artificial
fertilization. Luciani had been interviewed on the
subject three days before the death of Pope Paul VI but
his views were not generally known until the article
carried in Prospettive nel Mondo after his election. The
hardliners on birth control read with growing dismay the
views of the man who was now Pope.

Luciani had begun cautiously, making it clear that what
he was expressing were his own personal views, because
he, like everyone else, 'waited to hear what the
authentic teaching of the Church would be when the
experts had been consulted'. His surprise election had
produced a situation in which the authentic teaching of
the Church on this as on any other subject was now
totally within Luciani's province.

In the interview Luciani expressed qualified enthusiasm
about the birth. He was concerned about the possibility
of 'baby factories', a
prophetic concern in view of current events in California
where women are queueing to be impregnated with the sperm
of Nobel prize winners.

On a more personal note to the parents of Louise Brown,
Luciani said:

IGN 191

Following the example of God, who desires and loves human
life, I too send my best wishes to the baby. As for her
parents, I have no right to condemn them; subjectively,
if they acted with good intentions and in good faith,
they may even have great merit before God for what they
have decided and asked the doctors to do.

He then drew attention to a previous pronouncement by Pius XII which might put the act of artificial fertilization in conflict with the Church. Then, considering the view that every individual has the right to choose for him or herself, he expressed an opinion that lay at the heart of his attitude towards many moral problems. 'As for the individual conscience, I agree, it must always be followed, whether it commands or forbids; the individual though must seek always to develop a well-formed conscience.'

The element within the Vatican who believe that the only well-formed conscience is one formed exclusively by them began to mutter. Discreet meetings began to take place. It was clear to those who attended these meetings that Luciani had to be stopped. They talked airily of 'the betrayal of Paul', which to certain refined Roman minds is an elegant way of saying, 'I disagree'.

When news of the cautious dialogue between the Secretariat of State's office and the US State Department began to leak to this group they determined on action. The subsequent information that a delegation of officials concerned with birth control had been granted an audience with the Pope gave added urgency to those within the Vatican who considered Humanae Vitae shouldremain the last word on this subject.

On September 27th there appeared on the front page of L'Osservatore Romano a long ███████ entitled 'Humanae Vitae and Catholic morality'. It was written by Cardinal Luigi Ciappi, OP, theologian to the Papal household. Cardinal Ciappi had been personal theologian to Paul VI and Pius XII. Coming from such an authority, ██████████ would appear to carry the personal imprimatur of the new Pope. It had previously been published in Laterano to 'celebrate' the tenth anniversary of Humanae Vitae. Its re-publication was a deliberate attempt to forestall any change on the issue of ██████████ that Albino Luciani might wish to make. ██████████ is a long eulogy extolling the virtues of Humanae Vitae. There are copious quotations from Paul VI, but from Luciani not a single word affirming he shared either Paul's or Ciappi's views. The reason for that is simple. Ciappi had not discussed the article with Luciani. Indeed as of September 27th, 1978, Cardinal Ciappi was still awaiting a private audience with

the new Pope. The first Luciani knew of the article and
the views it contained was when he read it in the paper
on September 27th. With
rising         he turned to page two to continue reading
         ; it was, as previously noted, very long. On
page two he was confronted with yet another of the
Curia's efforts to undermine his         . Running over
three entire columns was another         entitled 'The
Risk of Manipulation in the Creation of Life'. This was a
blunt, dogmatic condemnation of the birth of test tube
baby Louise Brown and of all artificial fertilization.

Again there had been no reference to Luciani. The Curia
knew full well that, for all L'Osservatore Romano claims
to be only semiofficial, such an         would be clearly
seen by the world as being the views of the new Pope. The
battle was well and truly joined.

On September 28th, therefore, shortly after 8.00 a.m.,
the Pope telephoned his Secretary of State,         . He
demanded a full explanation of how the two articles had
appeared; then he phoned Cardinal         in Padua where
he was about to attend a spiritual retreat.

He had taken to using         more and more as a sounding
board for his ideas. Aware that their views differed on a
large range of subjects,
Luciani was equally aware that         would respond with
total honesty. The Pope also knew that, as Dean of the
Sacred College, few
knew their way through the machinations of the Curia
better than         .

Luciani expressed his anger at the two articles. 'You
recall some days ago advising         wished

'Perhaps you would be kind enough
                    on such issues.
Editors are like Popes[48].

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*LC62.*

---

[48] LC reverses the words, stating "Popes are like editors" and puts them into the mouth of Felici.

*BENELLI: He called me in Florence. His voice was quiet, calm. I could feel his resolve.*

*CONFESSOR: What did he say?*

*BENELLI: That the truth is as hard to find* ████████ *as* ████████ ████████. *He asked me to come back to Rome, to come back as secretary of State. He was going to remove them all,* ████████████████. *He said it was time to send people home.*

IGN. 153.
…..To another friend in the north he (LUCIANI) observed.
I have noticed two things that appear in very short
supply ████████████. Honesty and ████████████████.

Pages 196 to 200
These which recount in full a meeting between Luciani and
Villot that took place on the afternoon and early evening
of September 28th 1978
detail the changes that JOHN PAUL proposed to make they
included removing ████████████████ and ████████.

NOTE. That concludes the text analysis of the first act
of The Last Confession and the extracts from In God's
name that have been plagiarised.