

28 Leman Street
London E1 8ER

**Telephone** +44 (0) 20 7488 1424
**Facsimile** +44 (0) 20 7481 0232
DX 562 City
**Website** www.hextalls.com

Direct Dial: 020 7265 4440

**BY COURIER**
DLA Piper UK LLP
3 Noble Street
London
EC2V 7EE

Your Ref: DCC/HG/TM&C/LON/2211091.1

Our Ref: JHW/VE/T3981                                          26 June 2007

Dear Sirs

**Our client: Poetic Products Limited**
**Your client: Roger Crane**
**"In God's Name" and "The Last Confession"**

Further to our recent letters we enclose an initial comparison between Act 2 of TLC and IGN. This is a draft and subject to revision. We have not yet prepared a colour highlighted version of this document, but it is clear from perusing it that copying from IGN has occurred in Act 2 of TLC of similar kind and extent to that identified in respect of Act 1.

Yours faithfully

**HEXTALLS LLP**

# 1750029 V1



INVESTOR IN PEOPLE

Hextalls is a Limited Liability Partnership registered in England & Wales
A list of Member Solicitors is open for inspection at this office
any reference to a Partner denotes a Member of Hextalls LLP
Regulated by the Law Society
Registered Office: Hextalls LLP, 28 Leman Street, London E1 8ER · Registered No: OC311837

<u>DRAFT</u>

<u>COMPARISON BETWEEN "THE LAST CONFESSION" ("LC")
ACT 2 AND "IN GOD'S NAME" ("IGN")</u>

NOTE: This comparison follows the same approach as
the draft comparison between LC Act 1 and IGN, save
that the coloured highlighting has not yet been
added.

<u>LC Act Two.</u>

*VINCENZA: Did you remember to take you pill last
night.*
*JOHN PAUL Yes,Sister.*

*VINCENZA: The doctor says it will give you more
energy.*

*JOHNPAUL: It will not make these papers disappear
any faster.*

*VINCENZA Would you like another of coffee ?*

*JOHNPAUL: Thank you, the coffee is  much better
this morning.*

*VINCENZA: I bought a proper coffee-maker yesterday.*

*JOHNPAUL (Smiling) Perhaps the Vatican can
change…….*

*……. VINCENZA(Looking at tray on desk)*

*You ate all your sweets last night.*

*JOHNPAUL (Guilty) Yes, Sister.*

IGN 168

Vincenza had worked for Luciani since his Vittorio Veneto days
and she knew his ways, his habits. She had accompanied him to
Venice and had been the Mother Superior of the Community of four
nuns who looked after the Patriarch. In 1977 she suffered a heart
attack and had been hospitalised. The doctors told her she must never
work again, that she should sit and merely give instructions to the
other nuns. She had ignored the advice and continued to supervise
Sister Celestina's cooking and had fussed over the Patriarch,
reminding him to take his medicine for his low blood pressure…..


…………A lunch of minestrone or pasta, followed by whatever Vincenza had
created for a second course, was served at 12.30 p.m.

IGN200
Totally unruffled by the long session with Villot he chatted amiably
while Sisters Vincenza and Assunta served a dinner of clear soup,
veal, fresh beans and salad. Luciani sipped a little from a glass of
water while Lorenzi and Magee drank red wine.
IGN 204
The only other medicines the Pope was taking were vitamin pills
three times a day with his meals and a course of injections for the

2

adrenal cortex, drugs to stimulate the gland that
secretes adrenalin.
Again these were taken to assist the low blood
pressure. Courses of
these injections were given twice yearly, in the
spring and in the
autumn. The proprietary drugs varied. One of them
frequently used
was Cortiplex. These injections were administered
by Sister Vincenza.
Luciani was taking a course of them during his
Papacy, hence the need
for Vincenza in the Papal Apartments. The drugs
used for the injections, like the Effortil by the
bedside, could have been tampered with
easily.

IGN 167
Though his bedside alarm clock was habitually set
for 4.45 a.m. in
case he overslept, the Pope would be awakened by a
knock on his
bedroom door at 4.30 a.m. The knock informed him
that Sister
Vincenza had left a flask of coffee outside. Even
this simple act had
been subjected to Curial interference. In Venice
the nun had been
accustomed to knock on the door, call out a 'Good
morning' and bring
the coffee directly into Luciani's bedroom. The
busy monsignors in
the Vatican considered this innocent gesture to be
a breach of some
imaginary protocol. They remonstrated with a
baffled Luciani, who
agreed that the coffee could be left in his
adjoining study. The habit of
a coffee consumed immediately upon waking derived
from a sinus

3

operation performed many years previously. The operation had left
Luciani with an unpleasant taste in his mouth when he awoke. When
travelling, if coffee was not available, he would suck a sweet.

IGN 204
At 4.30 a.m. on the morning of Friday September 29th, Sister
Vincenza carried a flask of coffee to the study as usual. A few
moments later she knocked on the Pope's bedroom door and called
out, 'Good morning, Holy Father'. For once there was no reply.
Vincenza waited for a moment then padded away quietly. At 4.45 a.m.
she returned. The tray of coffee in the study was untouched. She had
worked for Luciani since 1959 in Vittorio Veneto. Not once in
nineteen years had he overslept. Anxiously she moved to the bedroom
door and listened. There was no sound. She knocked on the door,

IGN 217
Sister Vincenza had worked with Luciani for nearly twenty years. Far from casting her eyes upon the ground at
his approach she was a source of great comfort to Luciani. Indeed the
man was cut off; but would a bevy of intimates have been able to
prevent a solitary, mysterious death?

LC67/68.
...................JOHNPAUL You realise that the diocese of Venice is vacant.

4

*BAGGIO(Uncertain) Yes.*

*JOHNPAUL; The people of Venice are very dear to me. They need a cardinal to nourish and care for them. I want you to be that Cardinal.*

*BAGGIO (Shocked) Me.*

*JOHNPAUL: Yes.*

*BAGGIO: But there is so much that I still have to do in Rome….my work…the bishops throughout the world..*

*JOHNPAUL: I want you to take care of Venice.*

*BAGGIO: (getting upset) You can't mean it.*

*JOHNPAUL: I do.*

*BAGGIO: (Calmer) Thank you but I must decline.*

*JOHNPAUL You decline ?*

*BAGGIO: I am needed here in Rome.*

*JOHNPAUL: I think it is my job to decide where my cardinals are needed. I want you to go to Venice.*

*BAGGIO: No.*

*JOHNPAUL: Cardinal Baggio, the matter is not open to debate.*

*BAGGIO: I am not leaving Rome.*

*JOHNPAUL(Pause) And your oath of obedience ?*

*BAGGIO: I am a cardinal a prince of the church.*

5

*JOHNPAUL: I am the Pope.*

*BAGGIO: Your Holiness has much to learn.*

*JOHNPAUL: I am learning. I am not asking you to go to Venice, it is an order.*

*BAGGIO(Losing his temper) Not for me.*

*JOHNPAUL (Calm) You would defy the Pope ?*

*BAGGIO: It takes more than new robes to make a Pope. It takes more than patting children on the head and telling funny stories. Thirty days ago you were a nobody in a backwater diocese preaching to empty churches and now you think you can rule the Roman Catholic church. I am staying in Rome.*

*JOHNPAUL: Maybe I am not much of a Pope, but you are going to Venice.*

*BAGGIO(Yelling) I'd sooner go to hell(LORENZI enters the room)*

*JOHNPAUL: (softly) That can be arranged.*
IGN 194/19
Baggio was delighted; finally the situation had been resolved. He
was less than pleased with the next decision at which Luciani had
arrived. Venice was without a Patriarch. Baggio was offered the job.

Many men would have felt honoured at such an offer. Baggio was

6

not; he was angry. He saw his future in the short
term as dominating
the Puebla conference in Mexico. He believed that
the Church's future lay in the Third World. In the
long term he saw his place in Rome, at
the heart of the action. In Venice he would be out
of sight and, more important, out of mind when it
came to formulating future plans.
The manner of his refusal to accept Venice
astonished Luciani.

Obedience to the Pope and to the Papacy had been
instilled into Luciani from his
earliest days in the seminary at Feltre and the
obedience that Luciani had acquired had been of an
unquestioning nature.

Through the years as his career had progressed he
had begun to question, most notably
over the issues of Vatican Incorporated and Humanae
Vitae, but it
would have been unthinkable for Luciani publicly to
lead a call to arms even on issues as important as
these.

This was the man who at Paul's request had written
article after article that supported the Papal
line, whom when writing such an article on divorce,
gave it to his
secretary Father Mario Senegaglia with the wry
comment, 'This will
bring me many headaches I am sure, when it is
published, but the Pope has requested it.'

To refuse a direct request from the Pope in the
arrogant way Baggio was now doing was beyond
belief.

The two men were functioning with two quite
different sets of values. Luciani was
considering what was best for the Roman Catholic
Church.

7

Baggio was considering what was best for Baggio.

There were several reasons why the Pope had concluded that
Baggio should move from Rome to Venice. Not least of these was one particular name on the list of Masons which Luciani had received –
Baggio, Masonic name Seba, Lodge number 85/2640. Enrolled on
August 14th, 1957.

Luciani had made further enquiries after his conversation with
Cardinal Felici. A remark of Felici's had nagged away at him. 'Some
on the list are Masons. Others are not.' Luciani's problem was to
resolve the genuine from the false. The enquiries had helped by
producing some clarifications.

The meeting between Baggio and Luciani has been described to me
as 'a very violent argument with the violence and anger entirely
deriving from His Eminence. The Holy Father remained calm.'

Calm or otherwise, Luciani had an unresolved problem at lunch
time. Venice was still without a leader and Baggio was insisting his
place was in Rome. A thoughtful Luciani began his soup.

LC.69

……………..*JOHNPAUL: Thank you for waiting. Would you
like some coffee ? (He hesitates) Sister Vincenza's
new improved coffee.*

8

VILLOT: *Thank you, yes (JOHNPAUL pours each of them a cup) Cardinal Bagggio looked upset.*

JOHNPAUL: *Yes. Tell me, is it usual for a cardinal to refuse to obey a Pope ?*

VILLOT: *I don't understand.*

JOHNPAUL *I just told Cardinal Baggio that I wanted him to replace me in Venice. He said no.*

VILLOT *He said no?!*

JOHNPAUL: *Yes.*

VILLOT: *You agreed to reconsider ?*

JOHNPAUL *I want you to arrange for Cardinal Baggio's transfer.*

VILLOT: *If your Holiness insists.*

JOHNPAUL: *I do. Please remind him that I did not want to come to Rome. Sometimes we have to sacrifice for the good of the Church.*

VILLOT: *I do not believe that Cardinal Baggio considers becoming Pope a sacrifice, but I will remind him.*

IGN 198
Luciani discussed Baggio's refusal to accept the See of Venice and
his continued determination that Baggio should go where he was told
to go. 'Venice is not a tranquil bed of roses. It needs a man of Baggio's

9

strength. I wish you to talk with him. Tell him
that we all have to make
some sacrifice at this time. Perhaps you should
remind him that I had
no desire for this job.' The argument would have
limited value for
Baggio, who himself had earnestly desired to be
Paul's successor but
Villot diplomatically neglected to make this point.


*LC69/70/71*
*JOHNPAUL: I've read your report on the Vatican*
*Bank. I've also read Cardinal Benelli's report.*

*VILLOT: Benelli submitted a report ?*


*JOHNPAUL: I have decided to remove Bishop*
*Marcinkus.*

*VILLOT: When ?*

*JOHNPAUL: Tomorrow.*

*VILLOT: Do you have another job for him in the*
*Vatican ?*

*JOHNPAUL: No, he is to be transferred to Chicago.*

*VILLOT As your Holiness wishes. (Pause)*

*JOHNPAUL: How long have you been Secretary of State*
*?*

*VILLOT: Ten years.*

*JOHNPAUL: It is a demanding job.*

*VILLOT: I have done my best.*

JOHNPAUL: I know. You have earned the right to rest.

VILLOT(Pause) Does Your Holiness want me to retire ?

JOHNPAUL: Yes.

VILLOT: (There is a long pause) Cardinal Casaroli is a good man.

JOHNPAUL A brilliant diplomat….but he is to willing to compromise with the communists.

VILLOT: Who is to be my replacement. ?

JOHNPAUL: Cardinal Benelli. (There is a long pause)


VILLOT: You are the Pope.

JOHNPAUL: What do you think ?

VILLOT Your way is not :Pope Paul's way.

JOHN PAUL: (Wearily) I am not Pope Paul.

VILLOT: I fear for the Church.

JOHNPAUL Why ?

VILLOT: Because you are wrong.

JOHNPAUL: How am I wrong.

VILLOT Everything about you is wrong.

JOHNPAUL: I am what I am(Pause)

11

*VILLOT: Yes.*

IGN196/197/198
Luciani and Villot sat sipping their camomile tea.
In an attempt to
get closer to his Secretary of State, the Pope had
from time to time
during their numerous meetings spoken to Villot in
his native French.
It was a gesture the Cardinal from St Amande-
Tallende appreciated.
He had been deeply impressed at how quickly Luciani
had settled into
the Papacy. The word had gone out from the
Secretariat of State's
office to a number of Luciani's friends and former
colleagues.
Monsignor Da Rif, still working at Vittorio Veneto,
was one of many
to be given a progress report.

From Cardinal Villot down they all admired Papa
Luciani's way
of working. His ability to get to the root of
problems, to make
decisions quickly and firmly. They were very struck
with his
ability to carry out his tasks. It was clear that
he was a man who
took decisions and stuck to them. He did not give
way to
pressure. In my own personal experience this
ability to stick to
his own line was a very remarkable feature of
Albino Luciani.

During the late afternoon of September 28th Jean
Villot was given

an extended demonstration of this ability that had
so impressed him
during the previous month. The first problem to be
discussed was the
Instituto per le Opere di Religione, the Vatican
Bank. Luciani was by
now in possession of a great deal of highly
detailed information. Villot
himself had already submitted a preliminary report.
Luciani had also
obtained further information from Villot's deputy
Archbishop
Giuseppe Caprio, and from Benelli and Felici.

For Bishop Paul Marcinkus, who had initiated the
plan and played
such an active helping role for Calvi in the
takeover of the Banca
Cattolica, that chicken and a great many others
were now going to
come home to roost.
IGN197
As their conversation progressed, Luciani made it
clear that he had
no intention of leaving Marcinkus in Vatican City,
let alone the
Vatican Bank. Having personally assessed the man
during a 45-minute
interview earlier in the month Luciani had
concluded that Marcinkus
might be more gainfully employed as an auxiliary
bishop in Chicago.
He had not indicated his thinking to Marcinkus but
the cool politeness
he had shown to the man from Cicero had not passed
unnoticed.

Returning to his bank offices after the interview,
Marcinkus later

confided to a friend, 'I may not be around here
much longer.'

To Calvi via the telephone and to his colleagues in
the bank he
observed: 'You would do well to remember that this
Pope has different
ideas from the last one. There are going to be
changes around here. Big
changes.'

Marcinkus was right. Luciani advised Villot that
Marcinkus was to
be removed immediately. Not in a week's or a
month's time. The
following day. He was to take leave of absence. A
suitable post in
Chicago would be found for him once the problem of
Cardinal Cody
had been resolved.

Villot was told that Marcinkus was to be replaced
by Monsignor
Giovanni Angelo Abbo, secretary of the Prefecture
of Economic
Affairs of the Holy See. As a key figure in the
financial tribunal of the
Vatican, Monsignor Abbo would demonstrably be
bringing to his new
job a great deal of financial expertise.

The inspiration of Pope John's first 100 days had
certainly
galvanized Albino Luciani. The claws of the lion
which his intimates
had waited to see revealed, were on full display to
Villot on the
evening of September 28th. Luciani, a man so
unassuming and gentle,

14

had, before his Papacy, seemed much smaller than
his 5 ft 9 ins. To
many observers over the years he had seemed to melt
into the
wallpaper. His manner was so quiet and calm that
after a large
gathering many were unaware that he had been
present. Villot was left
in no doubt of his presence on this evening.
Luciani told him:

IGN 198

There are other changes within the Istituto per le
Opere di
Religione that I wish to be implemented
immediately. Mennini,
De Strobel and Monsignor De Bonis are to be
removed. At once.
De Bonis is to be replaced by Monsignor Antonetti.
The other
two vacancies I will discuss with Monsignor Abbo. I
wish all of
our links with the Banco Ambrosiano Group to be cut
and the cut
must happen in the very near future. It will be
impossible, in my
view, to effect this step with the present people
holding the reins.

Father Magee remarked to me, in terms of a general
observation,
'He knew what he wanted. He was very clear indeed
about what he
wanted. The manner in which he went about his aims
was very
delicate.'

The 'delicacy' lay in his explanation to Villot.
Both men knew that

15

Marcinkus, Mennini, De Strobel and De Bonis were all men with
inextricable links not only with Calvi but also with Sindona. What was
not said could not be misquoted at a later date.

Cardinal Villot noted these changes without much comment. He had
been aware of a great deal over the years. Many within the Vatican
considered him ineffectual but for Villot it had often been a case of
deliberately looking the other way. In the Vatican village it was called
survival technique.

Villot considered the proposed changes that included his own
'resignation'. He was old and tired. Further, he was also seriously ill.
An illness not helped by the two packs of cigarettes he smoked daily.
Villot had made it plain in late August that he sought early retirement.
Now it had come somewhat sooner than he had bargained for. There
would be a period of handover of course but to all intents and purposes
his power was now ceasing. The fact that Luciani proposed to replace
him with Benelli must have been particularly vexing to Villot. Benelli
had been his number two in the past and it had not been the happiest
of relationships.

Villot studied the notes he had made of the proposed changes.
Albino Luciani, placing his own handwritten notes to one side, poured

16

out more tea for both of them. Villot said, 'I
thought you were considering Casaroli as my
replacement?'

'I did, for a considerable time. I think much of
his work is brilliant
but I share Giovanni Benelli's reservations about
some of the policy
initiatives that have been made in the recent past
towards Eastern
Europe.'

Luciani waited for some sign or word of
encouragement. The
silence grew longer. Never during their entire
relationship had Villot
dropped his formality; always there was the mask,
always there was
the coldness. Luciani had tried directly and also
via Felici and Benelli
to inject some warmth into his dealings with
Villot, but the cold
professional aloofness that was his hallmark
remained. Eventually it
was Luciani who broke the silence, 'Well,
Eminence?'

'You are the Pope. You are free to decide.'

'Yes, yes, but what do you think?'

Villot shrugged. 'These decisions will please some
and distress
others. There are cardinals within the Roman Curia
who worked hard
to get you elected who will feel betrayed. They
will consider these
changes, these appointments contrary to the late
Holy Father's
wishes.'

Luciani smiled. 'Was the late Holy Father planning to make
appointments in perpetuity? As for the cardinals who claim to have
worked hard to make me Pope – understand this – I have said it many
times, but clearly it needs saying yet again. I did not seek to become
Pope. I did not want to be Pope. You cannot name one single cardinal

IGN200
to whom I proposed anything. Not one whom I persuaded in any form
to vote for me. It was not my wish. It was not my doing. There are men
here within Vatican City who have forgotten their purpose. They have
reduced this to just another market place. That is why I am making
these changes.'

'It will be said that you betrayed Paul.'

'It will also be said that I have betrayed John. Betrayed Pius. Each
will find his own guiding light according to his needs. My concern is
that I do not betray Our Lord Jesus Christ.'

*LC 72.*
..........*BENELLI. Villot called me the next morning,his voice was flat without emotion. He read me the statement he was giving to Vatican Radio. "At five thirty in the morning of September the twenty-ninth,nineteen seventy eight, Monsignor Magee found the Pope dead in his bed. He was sitting up with the light on reading "The Imitation of Christ" Death was due to a heart attack." (No longer quoting from the broadcast) He died on the thirty-third day of his reign. He was the first Pope in a century to die alone.*
IGN202.
Albino Luciani was the first Pope to die alone for over one hundred
years, but then it has been a great deal longer since a Pope was murdered.
IGN208/209
This morning, September 29th, 1978, about 5.30, the private

19

Secretary of the Pope, contrary to custom not having found the
Holy Father in the chapel of his private apartment, looked for him
in his room and found him dead in bed with the light on, like one
who was intent on reading. The physician, Dr Renato Buzzonetti,
who hastened at once, verified the death, which took place presumably towards eleven o'clocck yesterday evening, as 'Sudden death
that could be related to acute myocardial infarction.'

Later bulletins stated that the secretary in question was Father Magee
who, according to the Vatican, usually said Mass with the Pope at 5.30.a.m. and that the Pope had been reading The Imitation of Christ, the fifteenth-century work usually attributed to Thomas à Kempis.
NOTE. Of course the Vatican statement ie the one from the book which is verbatim would with a little research ie Vatican records or newspaper accounts probably have  been available to the "playwright" but the internal evidence ie the marrying of the statement used in the play to
my comments immediately after the original statement plus the lifting of my phrase from page 202 strongly suggest that Crane has not even bothered to carry out his own elementary original research on this passage but has just cobbled together
details obtained from my book.
LC73/74
*The lights come up on the Pope's study. Everything has been removed except the books.*
*BENELLI turns and walks into the study. He walks to the door of the Pope's bedroom. The Pope's body may be visible through the door. VINCENZA enters.*

*VICENZA: May I see him ?*

*BENELLI nods and turns away from the door. She goes to the door of JOHNPAUL'S bedroom.*

*He looked so peaceful when I found him.*

*BENELLI( Curious) You found him ?*

*VICENZA (Emotional) He was sitting up in bed,his glasses were still on, he head was slightly to one side,his papers were in his lap.*

*BENELLI;His papers ?*

*VINCENZA:Lists of names. He told me he was sending people home.*

*BENELLI: Villot said he was reading 'Imitation of the Life of Christ'.*

*VINCENZA No,he had his papers.*

*BENELLI:(Looking around) Where are his things ?*

*VINCENZA: Cardinal Villot had everything taken away………everything except his books…………..*

*BENELLI….Sister,did the Pope complain about any physical problem yesterday…chest pains,shortness of breath ?*

*VINCENZA: No.*

*LC75.*

*VILLOT; It is now our responsibility to schedule the funeral and prepare for the conclave. We must…*

*SUENENS What about the rumours ?*

*VILLOT: What rumours?*

*SUENENS: That his body was not discovered at five thirty by Magee, but at four thirty by a nun.*

*GANTIN: And that he died reading secret papers.*

*VILLOT I can't be responsible for rumours……*


*LORSCHEIDER: Responsible newspapers are carrying the story.*

*VILLOT These are lies by people trying to discredit the Vatican.*

*BAGGIO: Probably the communists.*

*BENELLI: Is Sister Vicenza a communist ?*

*VILLOT Vincenza is in Venice.*

*BENELLI I spoke to her (TO VILLOT) Before you sent her away. (To the others) She discovered The Pope's body a little after four thirty. He was holding papers he had been working on all afternoon.*

*OTTAVIANI: Impossible.. Villot what is going on ?*

*VILLOT(Looking around) How could I say that a nun discovered the Pope's body ?*

*OTTAVINI(Shocked) So you lied to the press ?*

*VILLOT Yes.*

*GANTIN: And the story about what he was reading, was that a lie ?*

*VILLOT (Looking at BENELLI then speaking reluctantly) Yes.*

*OTTAVIANI: How could you do this ?*

*BAGGIO: If we tell the truth now it will only be worse.*

*BENELLI: You can't hide the truth.*

*BAGGIO: Why not ?*

*BENELLI: I won't hide the truth.*

*LORSCHEIDER: The newspapers are already saying that he might have been murdered.*

*OTTAVIANI: (Looking at VILLOT ) You are a fool.*

*BAGGIO: We can issue a correction and say it was a mistake.*

*OTTAVIANI gives BAGGIO a look of disdain.*

*OTTAVIANI (To BAGGIO) You are the mistake*

*BENNELLI (Slight pause) We need an autopsy.*

*VILLOT: The body has been embalmed.*

*BENNELLI I sent the embalmers away.*

*VILLOT I sent them back. The body was embalmed last night.*

*BENELLI: Last night!*

*BAGGIO (Loudly)There will not be an autopsy.*

*GANTIN: Why not?*

*BAGGIO: There is no precedent.*

*SUENENS: Cardinal Felici, you are the expert.*

*FELICI: I don't know.*

*OTTAVIANI: If we have lied about the time, about the papers, people will think we have lied about the cause of death.*

*FELICI There will always be rumours.*

*OTTAVINI(Heated) Rumours about murder ?*

*VILLOT: (Trying to switch topics) We need to set a date for his funeral.*

*BENELLI:(Not playing that game) What happened to his things ? His personal effects, his papers?*

*VILLOT: I had them removed. His watch, glasses, pictures ,that sort of thing were sent to his family.*

*BENELLI: And his papers ?*

*VILLOT: They were confidential. They were destroyed.*

*GANTIN: Why ?*

*VILLOT: I am Secretary of State. It was my decision.*

*BENELLI: What about his pills*

VILLOT: Pills ?

BENELLI: His pills, the coffee he drank that night, the tray of sweets he kept on his desk ?

VILLOT: I gave instructions to remove everything.

BENELLI: They were thrown out ?

VILLOT: Yes.

BENELLI: Then we will do an autopsy.

FELICI: An autopsy is ugly.

BENELLI So is the possibility of murder.

BAGGIO:(Abruptly) There will not be an autopsy.

Everyone looks at BAGGIO because of the force of his comment.


BAGGIO(Trying to come up with a reason) How will we look, the Church look ? It will only confirm people's suspicions and they will never believe the results anyway.

OTTAVIANI: I agree with Benelli.

FELICI: (Sarcastically) That the Pope was murdered ?

OTTAVIANI: That we should have an autopsy to prove he wasn't.

*FELICI (Trying to avoid an autopsy) What we need is
an informal investigation to see if there is any
need for an autopsy. A very quiet inquiry.*

*OTTAVIANI: Let's carve the poor bastard up,prove he
wasn't murdered and be done with it.*

*VILLOT I don't know..........*

*FELICI: (Interrupting) As head of the Supreme
Court, I will conduct the investigation*

*OTTAVIANI: No. As Senior Cardinal I will head the
investigation.*

*FELICI: I will assist.*

*BENELLI: And so will I. We will need Lorenzi.*

*VILLOT: I sent him north. I don't think...........*

*BENELLI:We will need to speak to him and Monsignor
Magee*
IGN204
At 4.30 a.m. on the morning of Friday September
29th, Sister
Vincenza carried a flask of coffee to the study as
usual. A few
moments later she knocked on the Pope's bedroom
door and called
out, 'Good morning, Holy Father'. For once there
was no reply.
Vincenza waited for a moment then padded away
quietly. At 4.45 a.m.
she returned. The tray of coffee in the study was
untouched. She had
worked for Luciani since 1959 in Vittorio Veneto.
Not once in
nineteen years had he overslept. Anxiously she
moved to the bedroom

door and listened. There was no sound. She knocked
on the door,

In God's Name-pages 18/1/07 10:55 am Page 205
We Are Left Frightened

205

timidly at first, then with greater force. Still
there was silence. There
was a light shining from under the door of the
bedroom. She knocked
again on the bedroom door. Still there was no
answer. Opening the
door she saw Albino Luciani sitting up in bed. He
was wearing his
glasses and gripped in his hands were some sheets
of paper. His head
was turned to the right and the lips were parted
showing his teeth. It
was not the smiling face that had so impressed the
millions but an
expression of agony. She felt his pulse. Recently
she recounted that
moment to me:

'It was a miracle that I survived. I have a bad
heart. I pushed the bell
to summon the secretaries, then I went out to find
the other Sisters and
to awaken Don Diego.'

The Sisters resided on the far side of the Papal
Apartments. Father
Magee slept upstairs in the attic area. Father
Lorenzi was sleeping on
a temporary basis near to the Pope's bedroom while
his own room in

the attic area previously occupied by Paul's
secretary, Monsignor
Macchi, was being re-decorated. He was shaken out
of his sleep by
Sister Vincenza.
The Sisters resided on the far side of the Papal
Apartments. Father
Magee slept upstairs in the attic area. Father
Lorenzi was sleeping on
a temporary basis near to the Pope's bedroom while
his own room in
the attic area previously occupied by Paul's
secretary, Monsignor
Macchi, was being re-decorated. He was shaken out
of his sleep by
Sister Vincenza.

A number of early rising Romans had already noted
with quiet
satisfaction the light shining from the Pope's
bedroom. It was good to
know you were not the only one up at such an early
hour. The light had
remained unnoticed throughout the night by Vatican
security gnards.

A half-dazed Diego Lorenzi gazed at the lifeless
body of Albino
Luciani. Next to respond was Father Magee. For the
second time
within two months he looked upon a dead Pope, but
in markedly
different circumstances. When Paul VI had died on
August 6th, many
were gathered around the death bed in Castel
Gandolfo, the Papal
summer residence just outside Rome. Medical
bulletins gave a highly
detailed account of the last twenty-four hours of
Paul's life and an

equally detailed account of the sequence of
physical ailments that led
to his death at 9.40 p.m.

Now after a mere 33 days as Pope, Albino Luciani
had died alone.
Cause of death? Time of death?

After one of the shortest Conclaves in history, one
of the shortest
reigns. No Pope had died so quickly after his
election for nearly 400
years. To find a briefer Papacy it is necessary to
go back to 1605, to
the days of the Medici Leo XI who served for 17
days. How had
Albino Luciani died?

Father Magee's first action was to telephone
Secretary of State
Villot, residing two floors below. Less than twelve
hours earlier
Albino Luciani had told Villot of his impending
replacement by


In God's Name-pages 18/1/07 10:55 am Page 206
206

In God's Name

Benelli. Now, far from being a former Secretary of
State, the Pope's
death not only ensured he would remain in office
until a successor was
elected, he also assumed the role of Camerlengo,
virtually acting head
of the Church. By 5.00 a.m. Villot was in the
Pope's bedroom and had
confirmed for himself that Albino Luciani was dead.

29

If Luciani died naturally, the subsequent actions and instructions
given by Villot are completely inexplicable. His behaviour only
becomes understandable when related to one specific conclusion.
Either Cardinal Jean Villot was part of a conspiracy to murder the
Pope, or he saw clear evidence in the Papal bedroom indicating the
Pope had been murdered, and promptly determined that to protect the
Church the evidence must be destroyed.

Beside the Pope's bed on a small table was the medicine that
Luciani had been taking for low blood pressure. Villot pocketed the
medicine and removed the notes on the Papal transfers and appointments from the dead Pope's
hands. They followed the medicine into Villot's pocket. From his study desk his last Will
was removed. Also to vanish from the bedroom were the Pope's glasses and slippers.
None of these items has ever been seen again. Villot then created for
the shocked members of the Pope's household a totally fictitious
account of the circumstances leading to the finding of Luciani's body.
He imposed a vow of silence concerning Sister Vincenza's discovery
and instructed the household that news of the death was to be
suppressed until he indicated otherwise. Then sitting in the Pope's
study he began to make a series of telephone calls.

Based on the eye-witness accounts of people I have interviewed, the
medicine, the glasses, the slippers and the Pope's last Will were all in
the bedroom and the Papal study before Villot entered the rooms.
After his initial visit and examination all the items had vanished.

News of the death was given to Cardinal Confalonieri, the 86-yearold Dean of the Sacred College. Then to Cardinal Casaroli, head of Vatican diplomacy. Villot instructed the nuns on the switchboard to
locate his deputy and the number three in the Church hierarchy,
Archbishop Giuseppe Caprio, who was on holiday in Montecatini.
Only then did he telephone Doctor Renato Buzzonetti, deputy head of
the Vatican's health service. Next he rang the guard room of the Swiss
Guard. Speaking to Sergeant Hans Roggan, Villot told him to come
immediately to the Papal Apartments.
Father Diego Lorenzi, the only man to have accompanied Luciani
from Venice, wandered shocked and bewildered through the
Apartments. He had lost a man who over the past two years had been

In God's Name-pages 18/1/07 10:55 am Page 207
We Are Left Frightened

207

a second father. In tears he attempted to understand, to find some

31

meaning. When Villot eventually decided that the world could know,
millions would share Lorenzi's grief and bewilderment.

Despite Villot's stricture that the news must not leak out, Diego
Lorenzi telephoned Luciani's doctor, Antonio Da Ros. He had been
Luciani's physician for over twenty years. Lorenzi vividly remembers
the doctor's reaction. 'He was shocked. Stunned. Unable to believe it.
He asked me the cause but I didn't know. Doctor Da Ros was equally
mystified. He said he would drive to Venice immediately and catch a
plane to Rome.'

Lorenzi's next phone call was to Albino's niece Pia, who was
probably closer to her uncle than any other member of the family.
Diego Lorenzi would appear to have been the only member of the
Church to appreciate that even Popes have relatives. Lorenzi naturally
felt that the family warranted a personal phone call rather than hearing
the news on the radio.

'We found him this morning. You need a great faith now.' Many
were going to be in need of a great faith. Many were going to have to
suspend belief to swallow what Villot and his colleagues would say
within the next few days.

32

IGN207
Dr Buzzonetti made a brief examination of the body.
He advised
Villot that the cause of death was acute myocardial
infarction, a heart
attack. The doctor put the time of death at about
11.00 p.m. on the
previous evening.

To determine the time of death as 11.00 p.m. and
the cause as

In God's Name-pages 18/1/07 10:55 am Page 208
208

In God's Name

myocardial infarction after such a brief external
examination is a
medical impossibility.

Villot had already decided before Buzzonetti's
examination, which
took place at approximately 6 a.m., that the body
of Albino Luciani
should be immediately embalmed. Even before his
phone call to
Cardinal Confalonieri at 5.15 a.m. Villot had put
into motion the
initial course of action to ensure a rapid
embalmment. The Signoracci
brothers Ernesto and Renato had embalmed the last
two Popes. Now,
a dawn telephone call and a Vatican car that
arrived at 5.00 a.m.