were the opening acts in what was to prove a long
day for the
Signoracci brothers. For them to have been
contacted so early clearly
establishes that the Vatican had spoken to the
Institute of Medicine,
who employ the brothers, and given instructions
between 4.45 a.m.
and 5.00 a.m.

At 7.00 a.m., more than two hours after the death
had been
discovered by Sister Vincenza, the world at large
remained ignorant of
the fact that Pope John Paul I was no more. The
Vatican village,
meanwhile, was totally ignoring Villot's edict.
Cardinal Benelli in
Florence heard the news by telephone at 6.30 a.m.
Grief-stricken and
openly crying, he immediately retired to his room
and began to pray.
All the hopes dreams, aspirations were shattered.
The plans Luciani
had made, the changes, the new direction, all had
come to nothing.
When a Pope dies, all decisions yet to be publicly
announced, die with
him. Unless his successor decides to carry them
through.

By 7.20 a.m. the bells in the parish church in
Albino Luciani's birthplace, Canale D'Agordo, were
tolling. Vatican Radio remained silent
on the death. Finally at 7.27 a.m., some two-and-
three-quarter hours
after the death had been discovered by Sister
Vincenza, Cardinal
Villot felt sufficiently in control of events:

"This morning, September 29th, 1978, about 5.30, the private
Secretary of the Pope, contrary to custom not having found the
Holy Father in the chapel of his private apartment, looked for him
in his room and found him dead in bed with the light on, like one
who was intent on reading. The physician, Dr Renato Buzzonetti,
who hastened at once, verified the death, which took place presumably towards eleven o'clock
yesterday evening, as 'Sudden death that could be related to acute myocardial infarction.'"

Later bulletins stated that the secretary in question was Father Magee
who, according to the Vatican, usually said Mass with the Pope at 5.30
IGN 209
a.m., and that the Pope had been reading The Imitation of Christ, the
fifteenth-century work usually attributed to Thomas à Kempis.

Along with the medicine, the Papal notes, the Will, the glasses and
the slippers, Sister Vincenza and her discovery of the body at 4.45 a.m.
had vanished. Even with two-and-three-quarter hours in which to
concoct a story, Villot and those who advised him made a botch of it.
While every newspaper and radio and television station in the free
world was carrying stories based on the Vatican bulletins, Villot was
having difficulties keeping his ship watertight.

35

The idea of placing a book that Luciani revered into his dead hands
might have seemed inspired thinking to Villot. The problem was that
there was not a copy in the Pope's bedroom. Further there was not a copy
in the entire Papal Apartment. Luciani's copy was still in Venice and
when a few days earlier he had wished to quote accurately from the book,
Lorenzi was sent to borrow a copy from his Vatican confessor. Don
Diego had returned the copy before the Pope's death. His complaints
about an obvious fabrication could not be stilled. The Vatican continued
to maintain that particular lie until October 2nd – for four days. Within
those first four days the false information given out by the Vatican had
become in the minds of the people, the reality, the truth.
IGN 210

When Cardinal Benelli finally emerged from his room at 9.00 a.m. he was immediately surrounded by reporters. With
tears still running down his face he said: 'The Church has lost the right
man for the right moment. We are very distressed. We are left frightened. Man cannot explain such a thing. It is a moment which limits
and conditions us.'

Back in the Vatican Villot's plans for an immediate embalming had
run into trouble. Cardinals Felici in Padua and Benelli in Florence,
who knew very precisely the nature of the changes Luciani had been

36

about to make were particularly disturbed and
indicated so in
telephone conversations with Villot. Already there
were murmurs in
Italy that an autopsy should be performed. It was a
view that in the
circumstances Benelli and Felici were inclined at
least to consider. If
the body were embalmed then a subsequent autopsy
would be useless
if the cause of death was poison.

Officially the Vatican created the impression that
the body of Pope
John Paul I was embalmed before being put on public
display in the
Sala Clementina at noon on Friday. In fact the
mourners that day
gazed upon an unembalmed Luciani in his natural
state. Father Diego
Lorenzi:

The body was taken from the private apartment to
the Clementina
Hall in the Papal Apartment. At that time no
embalming had been
done. Papa Luciani was dressed by Father Magee,
Monsignor
Noè and myself. I stayed with the body as did Magee
until 11.00

In God's Name-pages 18/1/07 10:55 am Page 211
We Are Left Frightened

211

a.m. The Signoracci came at that time and the body was taken to
the Sala Clementina.
Meanwhile the debate about an autopsy was growing among the
minority of Cardinals who were gathering in Rome. If Albino Luciani
had been an ordinary citizen of Rome there would have been no
debate. There would have been an immediate autopsy. Italian law
states that no embalming can be undertaken until at least 24 hours after
death without dispensation from a magistrate. If an Italian citizen had
died in similar circumstances to those of Luciani there would have
been an immediate autopsy. The moral would appear to be that Italian
citizens who wish to ensure that after their death the correct legal steps
are taken, should not become Head of State of the Roman Catholic
Church.

For men with nothing to hide, the actions of Villot and other
members of the Roman Curia continued to be incomprehensible.
When men conspire to cover up it is inexorably because there is
something to cover.
IGN213.

During the course of the day everything else within the Papal
Apartments belonging to Albino Luciani was removed, including his
letters, notes, books, and the small handful of personal mementoes
such as the photograph of his parents with an infant Pia. Villot's
colleagues from the Secretariat of State removed all the confidential
papers. Rapidly all material evidence that Albino Luciani had ever
lived and worked there was boxed and carried away. By 6.00 p.m. the
entire 19 rooms of the Papal Apartments were totally bereft of
anything remotely associated with the Papacy of Luciani. It was as if
he had never been there, never existed. At 6.00 p.m. the Papal
Apartments were sealed by Cardinal Villot. They were to remain
unopened until a successor had been elected.

Unobtrusively the nuns and the two secretaries left. Magee kept as
a memento the cassette tapes used by Luciani to improve his English.
Lorenzi took with him a jumble of images and memories. Carefully
avoiding the waiting reporters, the group took up residence in a house
run by the Sisters of Maria Bambina.

John Magee was destined to be a secretary to a Pope for a third time,
a unique and remarkable achievement. Diego Lorenzi, the intense
young Italian, was totally devastated by the death of a man he loved.

He would return to northern Italy to work at a
small school. Vincenza
would be sent even further north to an obscure
convent. The Vatican
machine would ensure that neither was easy to
locate with this virtual
banishment.

After the doors of the Clementina Hall closed to
the public at 6.00 p.m.
on Friday September 29th, surely the most relieved
man in the Vatican
was Villot. Finally the work of the body
technicians could begin. Once
the body had been embalmed it would be a difficult
task during any
subsequent autopsy to discover and establish poison
within the body. If
the Pope had indeed died because of acute
myocardial infarction the
embalming fluids would not destroy the naturally
damaged blood
vessels.

. Of
greater pertinence perhaps was the statement that
the Italian reporters

In God's Name-pages 18/1/07 10:55 am Page 214
214

In God's Name

had finally managed to extract from Cardinal
Villot: 'When I saw His
Holiness yesterday evening, he was in perfectly
good health, totally
lucid and he had given me full instructions for the
next day.'

Behind closed doors in the Clementina Hall the
lengthy process of
embalming continued for three hours. The care and
preservation of the
body was the responsibility of Professor Cesare
Gerin, but the actual
embalming work was performed by Professor Marracino
and Ernesto
and Renato Signoracci. When the two Signoracci
brothers had
examined the body before it had been moved to the
Clementina, they
had concluded from the lack of rigor mortis and the
temperature of the
body that death had taken place not at 11.00 p.m.
on the 28th but
between 4.00 a.m. and 5.00 a.m. on the 29th. They
were given
independent confirmation of their conclusion by
Monsignor Noè, who
advised the brothers that the Pope had died shortly
before 5.00 a.m. I
have interviewed both brothers at length on three
separate orcasions.
They are adamant that death occurred between 4.00
a.m. and 5.00 a.m.

41

and that the Pope's body was discovered within one hour of his death.
If they are accurate then either the Pope was still alive when Sister
Vincenza entered his bedroom or he was barely dead. Only a full
autopsy would have resolved these conflicting opinions.

At the Vatican's insistence, no blood was drained from the body,
neither were any organs removed. Injections of formalin and other
preserving chemicals were made into the body through the femoral
arterial and vein passages. The entire process took over three hours.
The reason the process took so long was because, contrary to normal
practice when the blood is drained or cleared with a solution of salt
water that is circulated around the body, the Vatican was adamant that
no blood should be drawn off. A small quantity of blood would of
course have been more than sufficient for a forensic scientist to
establish the presence of any poisonous substances.

The cosmetic treatment given to the body eliminated the expression
of anguish upon the face. The hands that had gripped the now missing
sheets of paper were clasped around a rosary. Cardinal Villot finally
retired to bed shortly before midnight.

Pope Paul VI, in keeping with Italian law, had not been embalmed

until twenty-four hours after his death. Although there had been
allegations of medical incompetence after Paul had died, there had not
been a single suggestion of foul play. Now with not only the general
public but radio and television stations and the press urging an
autopsy, the body of Albino Luciani had been embalmed some twelve
hours after it had been discovered.

In God's Name-pages 18/1/07 10:55 am Page 215
We Are Left Frightened

215

By Saturday September 30th, one particular question was being
asked with increasing urgency. 'Why no autopsy?' The news media
began to seek an explanation for such a sudden unheralded death. The
Curia had been very quick to remind enquiring reporters of an off-thecuff remark Albino Luciani had made during his last General
Audience on Wednesday, September 27th. Turning to a group of sick
and handicapped people in the Nervi Hall, Luciani had said,
'Remember your Pope has been in hospital eight times and had four
operations'.

The Vatican Press Office began to respond to requests for details of
Luciani's health by repeating the late Pope's phrase. They used it so

43

excessively it began to take on the quality of a telephone answering
machine, with a comparable lack of satisfaction to callers.

The various media recalled that – Luciani had not appeared to be in
ill health during his brief Papacy. On the contrary, they observed, he
appeared to be the picture of health, full of life and zest. Others, who
had known Luciani for considerably longer, began to be contacted for
their views.

When Monsignor Senigaglia, Luciani's secretary in Venice for over
six years, revealed that the late Pope had undergone a full medical
check up shortly before leaving Venice for the Conclave and the
medical examination had 'been favourable in all respects' the
demands for an autopsy grew louder.

When a variety of Italian medical experts began to state
categorically the need for an autopsy to ascertain the precise cause of
death the panic within the Vatican reached new heights. It was clear
that while doctors were prepared to put forward a variety of reasons
that could have been contributory factors (the sudden stress of
becoming Pope was a particular favourite), none was prepared to
accept without an autopsy the Vatican's assertion that Albino Luciani
died of myocardial infarction.

The Vatican countered by stating that it was against Vatican rules for
an autopsy to be performed. This was yet another lie passed out to the
world's Press. Further questioning by Italian journalists established that
the Vatican was referring to the Apostolic Constitution announced by
Pope Paul VI in 1975. This was the document which laid down the
procedures for electing his successor, with its search for bugs in the
Conclave area and its instructions on the size of voting cards. Careful
reading of the document establishes that Paul had failed to cover the
possibility of any controversy over the cause of his death. An autopsy
was neither banned nor approved. It was simply not referred to.

LC79

OTTAVIANI: Dr Buzzonetti,you are the director of the Vatican Health service.

BUZZONETTI: That is correct Your Eminence.

OTTAVIANI: (Smiling benignly at him) We would like to ask you a few questions about the morning you examined the body.

FELICI: Everything that is said here is completely confidential. Even the fact that we've had this meeting.

BUZONETTI: I understand.

OTTAVIANI: You determined the cause of death.

BUZONETTI: An acute myocardial infarction...that is heart failure. Your Eminence.

OTTAVIANI: (Nodding, and looking at a paper)And you estimated his death occurred at approximately p.m. ?

BUZONETTI: Probably while his Holiness was still awake.

OTTAVIANI: Why do you say that ?

BUZONETTI: The state of rigor of the body...also his glasses were still on and the light by his bed was on.

OTTAVIANI (Pause) I see....

FELICI: Was there any evidence of some other cause of death ?

BUZONNETTI: Such as ?

*FELICI: Anything unusual ?*

*BUZZONETTI: No.*

*OTTIAVIANI: Did you see any evidence that the Pope had been murdered ?*

*BUZZONETTI: Of course not.*

*OTTAVIANI: No, of course not.*

*BENELLI: (To the CONFESSOR) So simple,isn't it ?*
*(BENELLI moves towards the others*

*OTTAVIANI: (He looks at FELICI) Thank you very much doctor. (BUZZONETTI starts to leave).*

*BENELLI: Before determining that the Pope died of a heart attack how often had you examined him?*

*BUZZINETTI: His doctor was Dr Da Ros in Venics. I had never examined him.*

*OTTAVIANI Never ?*

*BUZZONETTI Not until he died.*

*BENELLI: Have you ever spoken to Dr Da Ros ?*

*BUZZONETTI: Last week. He told the Pope was in excellent health.*

*OTTAVINI He's dead.*

*BUZZONETTI: Before his death, he was in excellent health.*

*BENELLI Did you speak to Dr Da Ros after he*

died ?

BUZZONETTI: No.

BENELLI: Did you ask anyone if he had any symptoms ,chest pains, shortness of breath ?

BUZZONETTI: (Becoming uncomfortable.) No…I assume that if someone had noticed anything they would have told me.

OTTAVIANI: No one told you about any symptoms?

BUZZONETTI: That is correct.

BENELLI: Then doctor, what was the basis for your diagnosis ?

BUZZONETTI: Of course a confident diagnosis can only be made after an autopsy and pathological examination.

BENELLI I am aware of that. What was the basis for your diagnosis?

BUZZONETTI: (A pause) He died suddenly, while reading in his bed. His complexion was slightly pale. These facts are consistent with a heart attack.

BENELLI: I have spoken to a number of heart specialists. They tell that when people die of a heart attack, they are not found sitting up in bed with their glasses on. There is usually a tightness in the chest, often accompanied by severe pain along the left side. The Pope would have reacted to the pain He would have made some effort to get help, to stay alive.

BUZZONETTI: (Reluctantly) Perhaps.

*BENELLI There were alarm buttons on either side of the Pope's bed, centimetres from his hands. Would a heart attack have prevented him from pushing one of the buttons?*

*BUZZONETTI: (Reluctantly) Not usually.*

*BENELLI: If, somehow, it did, wouldn't there*

*still be some evidence of an attempt to reach them ?(Pause) Did you see any evidence of such an effort ?*

*BUZZONETTI: No*

*BENELLI: So how can you say that the Pope died of a heart attack?*

*BUZZONETTI: I…..He was the Pope. It must have been a heart attack.*

*BENELLI: Did you see any evidence of poison?*

*BUZZONETTI: (Shocked) No. Who would want to murder the Pope?*

*OTTAVIANI: No one. Are you finished Cardinal Benelli?*

*BENELLI: Yes. (BUZZONETTI exits)*

*OTTAVIANI: God help us if we're ever sick. (To FELICI) Where did we get him ?*

IGN207/208

Dr Buzzonetti made a brief examination of the body. He advised

Villot that the cause of death was acute myocardial infarction, a heart
attack. The doctor put the time of death at about 11.00 p.m. on the
previous evening.

To determine the time of death as 11.00 p.m. and the cause as myocardial infarction after such a brief external examination is a
medical impossibility.

Villot had already decided before Buzzonetti's examination, which
took place at approximately 6 a.m., that the body of Albino Luciani
should be immediately embalmed. Even before his phone call to
Cardinal Confalonieri at 5.15 a.m. Villot had put into motion the
initial course of action to ensure a rapid embalmment. The Signoracci
brothers Ernesto and Renato had embalmed the last two Popes. Now,
a dawn telephone call and a Vatican car that arrived at 5.00 a.m.
were the opening acts in what was to prove a long day for the
Signoracci brothers. For them to have been contacted so early clearly
establishes that the Vatican had spoken to the Institute of Medicine,
who employ the brothers, and given instructions between 4.45 a.m.
and 5.00 a.m.

IGN 216

It is abundantly clear that Paul's life could have been The subject of prolonged. The
medical treatment he had been given during his last days, had in the

50

opinion of many of the world's experts, left a
great deal to be desired.
From his Cape Town Hospital, Dr Christian Barnard,
when informed
that Pope Paul had not been placed in an intensive
care unit, said: 'If
this was to happen in South Africa, the doctors
responsible would have
been denounced to their Medical Association for
negligence.'

One of the principal doctors in control of Pope
Paul's treatment had
been Dr Renato Buzzonetti, the deputy head of the
Vatican medical
services. Now the same doctor, who in Dr Barnard's
view had acted
negligently in August, had performed a medical
impossibility in determining the cause of Albino
Luciani's lonely death. Without an autopsy
his conclusion was totally without meaning.


*LC89*

*BENELLI: Did you read what Baggio said to the press
when asked about John Paul's death ?*

*GANTIN: No.*

*BENELLI: The Lord uses us,but he does not need us.
Now we will make another one.*


IGN210
Cardinal Baggio, one of the men whom Luciani had
determined to
move out of Rome was less fulsome. 'The Lord uses
us but does not

need us.' He said this early in the morning after
he had seen the dead
body. He continued, 'He was like a parish priest
for the Church.'
Asked what would happen now he responded calmly,
'Now we will
make another one.'

LC91

*SUENENS: I spoke to Luciani the day he died.
(BENELLI stops and looks at SUENENS)  He told me
about his meeting with Baggio. He also told me
about his meeting with Villot and his decision on
Marcinkus.*

*BENELLI: What happened ?*

*SUENENS: He was sending them home.*

*NOTE. The above scene dramatizes the following
conversation and replaces Cardinal Colombo with
Cardinal Suenens.*

IGN201

Shortly after a pleasant, uneventful supper, the
Pope went back to his
study to consider the notes he had used during his
discussions with
Villot. At 8.45 p.m. Lorenzi connected him with
Cardinal Colombo in
Milan. The Cardinal declined to be interviewed but
other sources
indicate that they discussed the changes Luciani
intended to make.
Clearly there was no dissension. Cardinal Colombo
has gone as far as
recalling, 'He spoke to me for a long time in a
completely normal tone

from which no physical illness could be inferred.
He was full of serenity
and hope. His final greeting was "pray".'


IGN 197

Luciani advised Villot that Marcinkus was to
be removed immediately. Not in a week's or a
month's time. The
following day. He was to take leave of absence. A
suitable post in
Chicago would be found for him once the problem of
Cardinal Cody
had been resolved.


IGN199
Cardinal Pericle Felici was to become Vicar of
Rome, replacing
Cardinal Ugo Poletti, who would replace Benelli as
Archbishop of
Florence. Benelli was to become Secretary of State.
He would take over Villot's job.

Villot considered the proposed changes that
included his own
'resignation'. He was old and tired. Further, he
was also seriously ill.
An illness not helped by the two packs of
cigarettes he smoked daily.
Villot had made it plain in late August that he
sought early retirement.
Now it had come somewhat sooner than he had
bargained for. There would be a period of handover
of course but to all intents and purposes his power

was now ceasing. The fact that Luciani proposed to
replace him with Benelli must have been
particularly vexing to Villot. Benelli
had been his number two in the past and it had not
been the happiest of relationships.

LC92

NOTE. They are discussing Pope Paul.

BENELLI: *What was his greatest achievement ?*

VILLOT: *His encyclical on birth control................*

*LC 93.*

BENELLI: *Tell us about John Paul's feelings towards
Paul's encyclical on birth control.*

VILLOT: *(pause) We would have convinced him.*

BENELLI: *Of what ?*

VILLOT: *That Pope Paul was right.*

BENELLI; *How could you if you were no longer here?*

VILLOT: *What do you mean ?*

BENELLI; *You were leaving Rome.*

VILLOT *I had no intention of leaving Rome.*

BENELLI: *On September the twenty eight,the day the
Pope died he told you that he was removing you as
Secretary of State.*

VILLOT: *How dare you say that ?*

*BENELLI: I don't say it Cardinal Suenens does.*

*OTAVIANI: Suenens ?*

*BENELLI: He spoke to John Paul right after the Pope's meeting with Cardinal Villot.*

*OTTAVIANI: And who was to replace Cardinal Villot ?*

*BENELLI: I was (Back to VILLOT) Do you deny it ?*

*VILLOT: (Looks at OTTAVIANI and then FELICI) I don't deny it.*
.

IGN201

Shortly after a pleasant, uneventful supper, the Pope went back to his
study to consider the notes he had used during his discussions with
Villot. At 8.45 p.m. Lorenzi connected him with Cardinal Colombo in
Milan. The Cardinal declined to be interviewed but other sources
indicate that they discussed the changes Luciani intended to make.
Clearly there was no dissension. Cardinal Colombo has gone as far as
recalling, 'He spoke to me for a long time in a completely normal tone
from which no physical illness could be inferred. He was full of serenity
and hope. His final greeting was "pray".'

IGN 197
Luciani advised Villot that Marcinkus was to

55

be removed immediately. Not in a week's or a
month's time. The
following day. He was to take leave of absence. A
suitable post in
Chicago would be found for him once the problem of
Cardinal Cody
had been resolved.


IGN199
Cardinal Pericle Felici was to become Vicar of
Rome, replacing
Cardinal Ugo Poletti, who would replace Benelli as
Archbishop of
Florence. Benelli was to become Secretary of State.
He would take over Villot's job.

Villot considered the proposed changes that
included his own
'resignation'. He was old and tired. Further, he
was also seriously ill.
An illness not helped by the two packs of
cigarettes he smoked daily.
Villot had made it plain in late August that he
sought early retirement.
Now it had come somewhat sooner than he had
bargained for. There would be a period of handover
of course but to all intents and purposes his power
was now ceasing. The fact that Luciani proposed to
replace him with Benelli must have been
particularly vexing to Villot. Benelli
had been his number two in the past and it had not
been the happiest of relationships.

IGN156
Now in September, while the world's Press
unquestioningly
repeated the lies of L'Osservatore Romano, Albino
Luciani was heard

in the Papal Apartments talking to his Secretary of
State, Cardinal
Villot: 'I will be happy to talk to this United
States delegation on the
issue. To my mind we cannot leave the situation as
it currently stands.'

The issue was world population. The 'situation' was
Humanae
Vitae. As the conversation progressed Villot heard
Pope John Paul I
express a view that many others, including his
private secretary Father
Diego Lorenzi, had heard many times before. Father
Lorenzi is only

  IGN157

one of a number of people who have been able to
quote to me
Luciani's exact words:

I am aware of the ovulation period in a woman with
its range of
fertility from twenty-four to thirty-six hours.
Even if one allows
a sperm life of forty-eight hours the maximum time
of possible
conception is less than four days. In a regular
cycle this means
four days of fertility and twenty-four days of
infertility. How on
earth can it be a sin to say instead of twenty-four
days, twenty-
eight days?

What had prompted this truly historic conversation
had been a
tentative approach to the Vatican from the American
Embassy in

Rome. The American Embassy had been contacted by
the State
Department in Washington and also by US Congressman
James
Scheuer. The Congressman headed a House Select
Committee on
Population and was also Vice-Chairman of the UN
fund for population activities, inter-parliamentary
working group. The story of the
Luciani document to Pope Paul VI on birth control
had alerted
Scheuer and his Committee to the possibility of
change in the
Church's position on birth control. It seemed to
Scheuer that it was
unlikely that his group would obtain an audience
with Luciani so
soon in his Papacy but he still considered it worth
the effort of putting
pressure on the State Department and also, through
the Embassy in
Rome, on the Vatican. Scheuer was destined to hear
some good news.
IGN158

Now that Albino Luciani was wearing the shoes of
the fisherman he
determined to follow John's example of a
revolutionary 100 days. At
the top of his list of priorities of reform and
change were the need to
alter radically the Vatican's relationship with
capitalism and the desire
to alleviate the very real suffering he had
personally witnessed that had
stemmed directly from Humanae Vitae.

According to Cardinal Benelli, Cardinal Felici and
other Vatican
sources, the austere Villot listened askance as the
new Pope elaborated

on the problems the encyclical had caused. It was clear from his
attitude during my interviews with him that on this issue Felici was
heavily in sympathy with Villot.

Only a few weeks earlier Villot had been extolling the encyclical on
the tenth anniversary of its publication. In a letter to Archbishop John
Quinn of San Francisco, Villot reaffirmed Paul's opposition to artificial contraception. The Secretary of State had stressed how important Paul had considered this teaching to be, that it was 'according to God's
Law'.

There was much more in a similar vein. Now, less than two months
later, he was obliged to listen to Paul's successor taking a reverse
position. The coffee grew cold as Luciani, rising from his desk, began
to pace his study and quietly talk of some of the effects that Humanae
Vitae had produced over the past decade.

The encyclical which had been designed to strengthen Papal
authority by denying that there could be any change in the traditional
teaching on birth control, had had precisely the opposite effect. The
evidence was irrefutable. In Belgium, Holland, Germany, Britain, the
United States and in many other countries there had not only been
marked opposition to the encyclical, there had also been marked

59

disobedience. The maxim had rapidly become that if
one priest did not
take a tolerant attitude within the confessional
the sinner shopped
around for a more liberated priest. Luciani cited
examples of that
contradiction he knew of personally in the Veneto
region.
IGN159
The theory of Humanae Vitae might well look like an
ideal moral
viewpoint when proclaimed from within the all-male
preserve of the
Vatican. The reality Luciani had observed in
northern Italy and abroad
clearly demonstrated the inhumanity of the edict.
In that decade world
population had increased by over three-quarters of
a billion people.

When Villot demurred to point out that Pope Paul
had stressed the
virtues of the natural method of contraception
Luciani merely smiled
at him, not the full beaming smile that the public
knew; it was more of
a sad smile. 'Eminence, what can we old celibates
really know of the
sexual desires of the married?'

This conversation, the first of a number the Pope
had with his
Secretary of State on the subject, took place in
the Pope's study in the
Papal Apartments on Tuesday, September 19th. They
discussed the
subject for nearly forty-five minutes. When the
meeting ended and
Villot was about to leave, Luciani walked to the
door with him and

said:

Eminence. We have been discussing birth control for about forty-
five minutes. If the information I have been given, the various
statistics, if that information is accurate, then during the period of
time we have been talking over one thousand children under the
age of five have died of malnutrition. During the next forty-five
minutes while you and I look forward with anticipation to our
next meal a further thousand children will die of malnutrition. By
this time tomorrow thirty thousand children who at this moment
are alive, will be dead - of malnutrition. God does not always provide.

The Secretary of State for the Vatican was apparently unable to find an adequate exit line.

All details of the possible audience with a United States delegation,
on the subject of population, were kept a carefully guarded secret both
by the Vatican and the State Department. Such a

meeting coming so
early in Luciani's Papacy would rightly be seen as highly significant
if it became known publicly.

*LC93*
*BENELLI: And later that evening you returned. You came to see the Pope one final time.*

*VILLOT: I saw the Pope frequently.*

*BENELLI: You had just been removed. Your returned to try to get the Pope to change his mind.*
*LC94*
*VILLOT: He was going to destroy everything that Pope Paul accomplished*

*BENELLI: And you failed.*

*VILLOT: He wouldn't listen.*

*BENELLI And the papers were already drawn up. The papers removing you and others.*

*VILLOT: He had papers.*

*BENELLI And that night he took them to bed with him.*

*VILLOT: He was going to remove the best people in the Curia.*

*BENELLI He was Pope and you had to obey.*

*VILLOT I did not have to obey.*

*BENELLI As long as you live you had to obey. (Pause) What happened that evening of September the twenty eight ? Was it the coffee ? Was it the sweets that he loved ? Was it the bottle of pills ?*

*VILLOT: There is no evidence that he was poisoned.*
*BENELLI: You destroyed the evidence.*

VILLOT No Pope is more important than the Church. The Curia has defeated greater Popes than John Paul.

VILLOT: I buried him in paper.

BENELLI: But he made decisions.

VILLOT: And we told him no.

BENELLI Again and again you told him no.

VILLOT: Yes.
LC95
BENELLI And day after day the piles of paper grew higher.

VILLOT: Yes.

BENELLI: For a year nothing has been decided. Now in one month you poured on his shoulders every problem you could find.

VILLOT; He was the Pope. He had to make decisions.

BENELLI And when he made them you told him no.

VILLOT: He was wrong (BENELLI stares at him) I am the Secretary of State. It is my right to tell the Pope he is wrong.

BENELLI: It is the Pope's right to make the final decisions.

VILLOT Error has no rights.

BENELLI Are you saying the Pope was in error ?

VILLOT: Every word. Every action.

BENELLI: Who are you to judge the Pope ?

VILLOT: He wasn't a Pope. He was a country priest that you pushed into the papacy. He was your Pope, not ours.

BENELLI: And this country priest had ideas of his own. Ideas he was willing to fight for.

VILLOT He would have destroyed the Church.

BENELL: Who made you the final arbiter ?

VILLOT: The Curia is the Church.
BENELLI He would have changed the Curia.

VILLOT: I would have stopped him.

BENELLI: He removed you. There was only one way you could stop him.
LC96
VILLOT: I did not murder the Pope.

BENELLI: You drove him. You couldn't change him. So you isolated him and drove him.

VILLOT: (Stands up) Yes, I drove him. I drove him day and night.

BENELLI: He was in error. He was wrong.


VILLOT: He was in error.

BENELLI: He would have destroyed the Church.
VILLOT: Yes.

BENELLI: He had to die.

64

*VILLOT Yes.*

*BENELLI: He had to die for the Church.*

*VILLOT; Yes, I drove him-I worked him- I drove him
until his body -until he died. Yes. .God help me…I
killed the Pope. (The room is silent.)*

*BENELLI: (Softly.) We all killed him.*
IGN13
This was the generation which had taught Luciani in
the Belluno
seminary that religious 'freedom' was confined to
Roman Catholics.
'Error has no rights.' Luciani in turn had taught
his own pupils this
same appalling doctrine.

IGN284-286
 Villot, Calvi, Marcinkus, Sindona, Gelli,
Cody: one of these men was at the very heart of the
conspiracy that
resulted in the murder of Luciani. Before you, the
reader, consider
your verdict, let us take one final look at these
men.

Cardinal Jean Villot, whom Albino Luciani had
decided to remove
from office, retained his position as Secretary of
State upon the
election of Karol Wojtyla. He also retained his
many other posts
including the control of the vital financial
section, the Administration
of the Patrimony of the Holy See, APSA. It was APSA
that took the
role of bride in the Sindona/Vatican marriage.
Archbishop Marcinkus