has frequently been castigated for bringing Sindona
inside Vatican
City. He bears no responsibility for that act. The
decision was taken by
Pope Paul, Monsignor Macchi, Umberto Ortolani and
the gentlemen
of the APSA, including, naturally, its head,
Cardinal Villot. If Luciani
had lived, then Villot's removal from the
Secretariat of State would
also have meant his automatic removal from the
APSA. It is this
organization with its immense portfolio of
investments, not
Marcinkus's Vatican Bank, that is recognized as a
central bank by the
World Bank, the International Monetary Fund and the
Bank of
International Settlement in Basle. It is a section
that has much to hide,
dating back to its deep involvement with Sindona.

At the time of Luciani's election, Villot had only
a short while to

In God's Name-pages 18/1/07 10:55 am Page 285
By Benefit of Murder – Business as Usual

285

live. He was a sick, tired man who by September
1978 knew he was
seriously ill. He died less than six months after
Luciani on March 9th,
1979. His death, according to the Vatican, was due
to 'bilateral
bronchial pneumonia attacks with complications,
circulatory collapse,

renal and hepatic insufficiency'. It was known that he had wanted to
retire but it was also known he wished to determine his successor, and
the man he had in mind was not Benelli. If Benelli discovered the
scandal of the APSA section he would undoubtedly alert the new
Pope. This, combined with the other changes that Villot knew Luciani
was about to make, created a powerful motive.* If he was at the heart
of any conspiracy to murder Luciani the motive would have been the
future direction of the Church. On the testimony of three Vatican
witnesses, Villot considered the changes that were about to be
implemented 'a betrayal of Paul's will. A triumph for the restoration'.
He feared that they would take the Church back to pre-Vatican
Council II.* That his fear was invalid is not relevant. Villot felt it and
felt it profoundly.* He was also bitterly opposed to Luciani's plan to
modify the Roman Catholic Church's position on birth control, which
would have permitted Catholics throughout the world to use the
contraceptive pill. With Paul VI, the creator of Humanae Vitae, barely
dead, Villot was watching at close range the destruction of an edict he
had many times publicly supported.* *Did Villot conclude that the
greater good of the Church would be served with Luciani's death?*

His behaviour after the Pope's death was either that of a man who
was responsible for or deeply involved in that death, or of a man
suffering a severe moral crisis. He destroyed evidence. He lied. He
imposed a vow of silence on members of the Papal household. He
rushed through an embalming before a majority of the cardinals were
in Rome, let alone consulted. If Villot is blameless with regard to
Luciani's death, then he most certainly materially assisted whoever
was responsible. His actions and statements ensured that someone got
away with murder. He himself clearly had a motive; it is also clear he
had opportunity. In addition, by dint of his position as Camerlengo, he
had virtually total control over immediate subsequent events or, as in
the refusal to perform an official autopsy, non-events.

It may well be that the various illegal actions perpetrated by Villot
after the discovery of Albino Luciani's body were motivated by what
Villot considered the paramount factor, the greater good of the
Catholic Church, if he saw clear evidence of murder, clear proof that
Albino Luciani did not die a natural death. Many would contend that
his subsequent actions were to protect the Church. Even given that

68

In God's Name-pages 18/1/07 10:55 am Page 286
286

In God's Name

rationale, I would still contend that morally he
would appear to have
been in need of help.

IGN204
The Pope kept beside
his bed, on the small table with his battered alarm
clock, a bottle of
Effortil, a liquid medicine that he had been taking
for some years to
alleviate low blood pressure. A fatal dose of
digitalis, half a
teaspoonful, would be undetectable if added to the
medicine.

The only other medicines the Pope was taking were
vitamin pills
three times a day with his meals and a course of
injections for the
adrenal cortex, drugs to stimulate the gland that
secretes adrenalin.
Again these were taken to assist the low blood
pressure. Courses of
these injections were given twice yearly, in the
spring and in the
autumn. The proprietary drugs varied. One of them
frequently used
was Cortiplex. These injections were administered
by Sister Vincenza.
Luciani was taking a course of them during his
Papacy, hence the need
for Vincenza in the Papal Apartments. The drugs
used for the injections, like the Effortil by the
bedside, could have been tampered with

easily. No special precautions were made about the
storage of these
drugs. Access to them would not have presented any
problem to a
person with murder in mind. Indeed, as will be
demonstrated, access
to any part of the Papal Apartments presented no
problem to anyone
determined to end the life of Albino Luciani.
.

IGN145
Luciani, the man whose self-description during his
Venice days had
been, 'I am just a poor man accustomed to small
things and silence',
now found himself obliged to confront the Vatican
grandeur and the
Curial babble. The son of a bricklayer was now
Supreme Head of a
religion whose founder was the son of a carpenter.

Many of the Vatican experts who had failed even to
consider the
possibility of Luciani's election hailed him as
'The Unknown Pope'.
He had been well enough known by ninety-nine
cardinals to be
entrusted with the Church's future, this man
without any diplomatic
training or Curial experience. The considerable
number of Curial
cardinals had been rejected. In essence the entire
Curia had been
rejected in favour of a quiet, humble man who
promptly announced
that he wished to be called Pastor rather than
Pontiff. Luciani's
aspirations quickly became clear: total revolution.
He was intent on

taking the Church back to its origins, back to the
simplicity, honesty, ideals and aspirations of
Jesus Christ.
IGN146
His new name was considered a bit of a mouthful by
the Romans
and they quickly abbreviated it to the more
intimate 'Gianpaolo', a
corruption the Pope happily accepted and used to
sign letters, only to
have them returned by Secretary of State Villot for
correction to the formal title.
IGN 147
Earlier, on September 6th, during a General
Audience, members of
the Papal entourage, fussing around the Holy Father
in a manner
reminiscent of irritating flies around a horse,
publicly displayed
embarrassment as Luciani held over 15,000 people
spellbound.

NOTE. Photograph thirty (in latest edition) and its
caption say it all with regard to this aspect.

IGN148/149.
Luciani obviously felt at home with the reporters.
He was a man
who more than once in his life had remarked that if
he had not become
a priest he would have become a journalist. His two
books and
numerous articles indicate a talent that could have
held its own with
many of the listening correspondents. Recalling the
late Cardinal
Mercier's observations that if the Apostle Paul
were alive today he
would have been a journalist, the new Pope showed a
keen awareness

of the importance of the various news media by
enlarging on the

In God's Name-pages 18/1/07 10:55 am Page 149
The Thirty-three Days

149

Apostle's possible modern role: 'Not only a journalist. Possibly Head
of Reuters. Not only Head of Reuters, I think he would have also asked
for airtime on Italian television and NBC.'

The correspondents loved it. The Curia were less amused. All the
above remarks to the reporters were censored out of the official
records of the speech. What remains for posterity is a drab, unctuous,
prepared speech, written by Vatican officials – though in fact the Pope
had continually departed from it – mute, inaccurate testimony to the
wit and personality of Albino Luciani. This Vatican censorship of the
Pope became a constant feature during September 1978.
IGN150
Among the twelve Heads of State and other representatives of their
countries at the ceremony were men whom the Pope had been anxious
to avoid meeting. In particular he had asked his Secretariat of State not
to invite the leaders of Argentina, Chile and Paraguay to his inaugural
Mass, but Cardinal Villot's department had already sent out the
invitations before checking with Albino Luciani. They had assumed

there would be the traditional coronation and the invitation list
reflected that assumption.

Consequently taking part in the Mass in St Peter's Square were
General Videla from Argentina, the Chilean Foreign Minister and the
son of the President of Paraguay — representatives from countries
where human rights were not considered pressing priorities. Italian
protestors demonstrated against their presence and there were nearly
300 arrests. Later Albino Luciani would be criticized for the presence
of such men at the Mass. The experts who criticized were unaware that
the blame should be laid at Cardinal Villot's door. When the critical
comments appeared Luciani was in no position to respond and Villot
remained silent.
IGN152
When the new Pope remarked that he had been leafing through the
Vatican Year Book to find out who did what, many in the Curia
smirked and concluded that he would be a pushover, a man they could
control. There were others who knew better.
IGN152/153.
In the event Luciani appointed Villot as his Secretary of
State and reconfirmed all the Curial heads in their previous positions but
the Curia were made aware that this was merely a temporary measure.
Ever the prudent man of the mountains, the new Pope preferred to bide

his time. 'Deliberation. Decision. Execution.' If
the Curia wanted to
know how their new Pope would act they had merely
to read his letter to
St Bernard. A great many did. They also did much
deeper research on
Pope John Paul I. What they discovered caused
consternation in many
Vatican departments and a deep pleasure of
anticipation in others.

In God's Name-pages 18/1/07 10:55 am Page 153
The Thirty-three Days

153

The death of Pope Paul VI brought bubbling to the surface many
animosities that existed in the Vatican village. The Roman Curia, the
central administrative body of the Church, had been engaging in
internecine warfare for many years; only Paul's expertise had kept the
majority of the battles from public view. Now after the rebuff within
the Conclave the Curial warfare reached the Papal Apartments. Albino
Luciani complained bitterly about the situation to a number of friends
who came to see him. 'I want to learn quickly the trade of Pope but
almost no one explains problems and situations in a thorough and
detached manner. Most of the time I hear nothing but bad spoken
about everything and everyone.' To another friend from the north he
observed: 'I have noticed two things that appear to be in very short
supply in the Vatican. Honesty and a good cup of coffee.'

There were as many Roman Curial factions as choirboys in the
Sistine Chapel Choir. There was the Curia of Pope Paul VI committed
to ensuring that the memory of the late Pope was constantly and

continually honoured and also that there would be no deviation from
the late Pope's views, opinions and pronouncements.

There was the Curia which favoured Cardinal Giovanni Benelli and
the Curia which wished he was in Hell. Pope Paul VI had made Benelli
his Under-Secretary of State, number two to Cardinal Villot. He
rapidly became the Pope's muscle, ensuring that policy was adhered
to. Paul had moved him to Florence and promoted him in order to
protect him during Paul's last years. Now his protector was dead but
the long knives remained sheathed. Luciani was Pope because of men
like Benelli.

There were Curial factions which favoured or opposed Cardinals
Baggio, Felici, and Bertoli. There were Curia factions wanting more
central power and control, others wanting less.

Throughout his life Albino Luciani had avoided visits to the
Vatican. He had kept his contact with the Roman Curia to a minimum.
As a result, before his election, he probably had fewer Curial enemies
than any other cardinal. It was a situation which quickly changed. Here
was a Pope who considered 'mere execution' as the basic function of
the Curia. He believed in greater power-sharing with the bishops
throughout the world and planned to decentralize the Vatican

structure.

IGN154/155/156
Obviously there were many within the 3,000 or so members of the
Curia who would loyally serve and love the new Pope; but the way of
the world is to ensure that negative forces often predominate. As soon
as the result of the election was known the Curia, or certain sections
of it swung into action. Within hours a special edition of
L'Osservatore Romano was available with a full biography of the new
Pope. Vatican Radio was already broadcasting similar details.

As an example of how to influence the world's thinking about a
hitherto unknown leader, L'Osservatore Romano's treatment of
Albino Luciani is definitive. Because it deliberately portrayed a person
who existed only in the reactionary, oppressive mind of whoever
wrote the biographical details, this particular edition of L'Osservatore
Romano is also an excellent example of why the
Vatican's semiofficial newspaper has been compared
unfavourably with Pravda.
Using the 'official facts', many journalists fighting deadlines filed
copy which portrayed a man who did not exist. The Economist, to take
one of several hundred examples, said of the new Pope, 'He would not
be much at home in the company of Dr Hans Kung.'
Research would

have revealed that Luciani and Hans Kung had exchanged very
friendly letters as well as sending one another books. Further research
would have shown that Luciani had several times quoted Kung
favourably in his sermons. Virtually every newspaper and periodical
in the world that carried profiles of the new Pope made similar totally
erroneous assertions.

To read the special edition of L'Osservatore Romano is to read of a
new Pope who was even more conservative than Pope Paul VI. The
distortion covered a wide range of Luciani's views but one in
particular is highly relevant when considering the life and death of
Albino Luciani: birth control.

The Vatican newspaper described a man who was an intrepid and
unquestioning supporter of Humanae Vitae.

He made a meticulous study of the subject of responsible parenthood and engaged in consultations and talks with medical
specialists and theologians. He warned of the grave responsibility
of the Church (the ecclesiastical Magisterium) in pronouncing on
such a delicate and controversial question.

That was entirely accurate and truthful. What followed was
completely inaccurate.

In God's Name-pages 18/1/07 10:55 am Page 155
The Thirty-three Days

155

With the publication of the Encyclical Humanae
Vitae there
could be no room for doubt, and the Bishop of
Vittorio Veneto
was among the first to circulate it, and to insist
with those who
were perplexed by the document, that its teaching
was beyond
question.

When the Curia moves it is a formidable machine.
Its efficiency and
speed would make other Civil Services breathless.
Men from the
Roman Curia appeared at the Gregorian College and
removed all notes
and papers that referred to Luciani's period of
study for his degree.
Other members of the Curia went to Venice, Vittorio
Veneto, Belluno.
Wherever Luciani had been the Curia went. All
copies of the Luciani
document on birth control were seized and
immediately placed in the
Vatican's Secret Archives along with his thesis on
Rosmini and a large
quantity of other writings. It could be said that
the beatification
process for Albino Luciani began the day he was
elected Pope. It
would be equally accurate to observe that the
Curial cover-up of the
real Albino Luciani began the same day.

What certain sections of the Curia had realized
with a profound
shock was that in electing Albino Luciani, the
cardinals had given
them a man who would not let the issue of birth
control rest with
Humanae Vitae. Careful study by members of the
Curia of what
Luciani had actually said, not only to his
parishioners in public but
to his friends and colleagues in private, quickly
established that the
new Pope favoured artificial birth control. The
inaccurate and false
picture L'Osservatore Romano painted of a man who
rigorously
applied the principles of Humanae Vitae was the
opening shot in a
counter-attack designed to hem Albino Luciani
inside the strictures
of his predecessor's encyclical. It was quickly
followed by another
blast.

The Press Agency UPI discovered that Luciani had
been in favour
of a Vatican ruling which would allow artificial
birth control. Italian
newspapers also carried stories referring to the
Luciani document
sent to Pope Paul by Cardinal Urbani of Venice in
which the strong
recommendation in favour of the contraceptive pill
had been made.
The Curia speedily located Father Henri de
Riedmatten who had been
secretary to the Papal Birth Control Commission. He
described the
reports that Luciani had been opposed to an
encyclical that

condemned artificial birth control as 'a fantasy'.
Riedmatten also
asserted that Luciani had never been a member of
the Commission,
which was accurate. He then went on to deny that
Luciani had ever

In God's Name-pages 18/1/07 10:55 am Page 156
156

In God's Name

written a letter or a report on the subject that
had been sent to Pope
Paul.

This denial and the manner of it is an example of
the duplicity that
abounds in the Curia. The Luciani document went to
Rome via
Cardinal Urbani and therefore had the Cardinal's
imprimatur upon it.
To deny that a document existed, actually signed by
Luciani, was
technically correct. To deny that Luciani on behalf
of his fellow
bishops in the Veneto region had not forwarded such
a document to
the Pope via the then Patriarch of Venice was an
iniquitous lie.
IGN161
Luciani moved with an urgency that had been
noticeably lacking in
his immediate predecessor's last years. The new
broom was not
minded to sweep right through the Vatican in his
first 100 days but he
was anxious that within that time the Church should
begin to change
direction, particularly with regard to Vatican
Incorporated.

IGN165.
While Luciani
considered this unforeseen problem, several members
of the Roman

Curia who were strongly sympathetic to Licio
Gelli's right-wing view
of the world were channelling information out of
the Vatican. The
information eventually reached its destination,
Roberto Calvi.
IGN167.
Though his bedside alarm clock was habitually set
for 4.45 a.m. in
case he overslept, the Pope would be awakened by a
knock on his
bedroom door at 4.30 a.m. The knock informed him
that Sister
Vincenza had left a flask of coffee outside. Even
this simple act had
been subjected to Curial interference. In Venice
the nun had been
accustomed to knock on the door, call out a 'Good
morning' and bring
the coffee directly into Luciani's bedroom. The
busy monsignors in
the Vatican considered this innocent gesture to be
a breach of some
imaginary protocol. They remonstrated with a
baffled Luciani, who
agreed that the coffee could be left in his
adjoining study. The habit of
a coffee consumed immediately upon waking derived
from a sinus
operation performed many years previously. The
operation had left
Luciani with an unpleasant taste in his mouth when
he awoke. When
travelling, if coffee was not available, he would
suck a sweet.
IGN168/169
At breakfast, Luciani would read a variety of
Italy's morning
papers. He had the Venice daily II Gazzettino added
to the list.

Between 8.00 a.m. and 10.00 a.m. the Pope would work quietly in his
study preparing for the first of his audiences. Between 10.00 a.m. and

12.30 p.m., with men such as Monsignor Jacques Martin, the prefect
of the Pontifical Household, attempting to keep people moving in and
out on time, the Pope met visitors and conversed with them on the
Second Floor of the Apostolic Palace. Martin and other members of the Curia soon
discovered that Luciani
had a mind of his own. Despite muttered objections, the Pope's
conversations with his guests had a habit of over-running and throwing
the schedule into confusion. Men like Monsignor Martin epitomize a
very prevalent attitude within the Vatican which runs along the lines
that, if it were not for the Pope, they could all get on with their jobs.

A lunch of minestrone or pasta, followed by whatever Vincenza had
created for a second course, was served at 12.30 p.m. Even this was
cause for comment. Pope Paul had always lunched at 1.30 p.m. That
such a trivial event could inspire excited comment within the Vatican
is indicative of just how much a village the place is. Tongues wagged

In God's Name-pages 18/1/07 10:55 am Page 169
The Thirty-three Days

169

even faster when the word went around that the Pope had introduced
members of the female sex to his dinner table. Pia his niece and his
sister-in-law probably entered the Vatican record books.

Between 1.30 p.m. and 2.00 p.m., Luciani took a short siesta. This
would be followed by walks on the roof garden or in the Vatican
gardens. Occasionally he was accompanied by Cardinal Villot; more
frequently Luciani read. Apart from his Breviary he found light relief
with works by authors as diverse as Mark Twain and Sir Walter Scott.
Shortly after 4.00 p.m. he would be back at his office, studying the
contents of a large envelope received from Monsignor Martin,
containing a list of the following day's visitors with a full briefing.

At 4.30 p.m., while sipping a cup of camomile tea, the Pope
received in his office 'The Tardella', the various cardinals, archbishops, secretaries of
Congregations, his inner cabinet. These were
the key meetings ensuring that the nuts and bolts
of running the Roman Catholic Church were all in place.
IGN169/170

This was the daily routine of Pope John Paul I - a routine that he
took delight in occasionally disturbing. Without reference, he would
go for walks in the Vatican gardens. A simple diversion, one might
think, but an impromptu stroll threw Vatican protocol and the Swiss

In God's Name-pages 18/1/07 10:55 am Page 170
170

In God's Name

Guards into total confusion. He had already caused consternation
within the ranks of the senior officers of the Guards by talking to men
on sentry duty and also requesting that they should refrain from
kneeling at his every approach. As he observed to Father Magee:
'Who am I that they should kneel to me?'

Monsignor Virgilio Noe, the Master of Ceremonies, begged him not
to talk to the Guards and to content himself with a mute nod. The Pope
asked why. Noe spread his hands wide in amazement. 'Holy Father, it
is not done. No Pope has ever spoken to them.'

IGN 170/171

Luciani began to explore the Vatican with its 10,000 rooms and
halls, with its 997 stairways, 30 of them secret. He would suddenly
take off from the Papal Apartments, either alone, or with Father
Lorenzi for company. Equally suddenly he would appear in one of the
Curial offices. 'Just finding my way about the place', he explained on
one occasion to a startled Archbishop Caprio, the Deputy Head of the
Secretariat of State.

They did not like it. They did not like it at all. The Curia were
accustomed to a Pope who knew his place, one who worked through
the bureaucratic channels. This one was everywhere, into everything,
and worse he wanted to make changes. The battle over the wretched
sedia gestatoria, the chair on which previous Popes had always been
carried during public appearances, began to assume extraordinary

In God's Name-pages 18/1/07 10:55 am Page 171
The Thirty-three Days

171

proportions. Luciani had it banished to the lumber
room. The traditionalists began a fight to have it
brought back. That issues so petty should
take up a Pope's time is an illuminating comment on
the perspectives
of certain sections of the Roman Curia.

Luciani attempted to reason with men like Monsignor
Noe as one
does with a child. Their world was not his and he
was clearly not about
to join theirs. He explained to Noe and to others
that he walked in
public because he considered that he was no better
than any other man.
He detested the chair and what it epitomized. 'Ah
but the crowds
cannot see you,' the Curia said. 'They are
demanding its return. All
should be able to see the Holy Father.' Luciani
doggedly pointed out
that he was frequently on television, that he came
to the balcony every
Sunday for the Angelus. He also said how much he
detested the idea
of being carried virtually upon the backs of other
men.

'But Holiness', the Curia said, 'if you seek an
even deeper humility
than you already clearly have, what could be more
humiliating than to
be carried in this chair which you detest so much?'
Faced with this

90

argument the Pope conceded defeat. At his second public audience he
was carried into the Nervi Hall on the sedia gestatoria.

While some of Luciani's time was occupied on Curia trivia, the
majority of his waking hours were given to more serious problems. He
had told the diplomatic corps that the Vatican renounced all claims to
temporal power. Notwithstanding, the new Pope rapidly discovered
that virtually every major world problem passed through his in-tray.
The Roman Catholic Church, with over 18 per cent of the world's
population owing spiritual allegiance to it, represents a potent force; as
such, it was obliged to take a position and have an attitude on a wide
range of problems.

Apart from his attitude towards Argentina's General Videla, what
would be Albino Luciani's response to the plethora of dictators who
presided over large Catholic populations? What would be his response
to the Marcos clique in the Philippines with its 43 million Catholics?
To the self-elected Pinochet in Chile with its over 80 per cent Catholic
population? To General Somoza of Nicaragua, the dictator so much
admired by Vatican financial adviser Michele Sindona? How would
Luciani restore the Roman Catholic Church to a home for the poor and

underprivileged in a country like Uganda where Amin
was arranging
fatal accidents for priests as an almost daily
event? What would be his
response to the Catholics of El Salvador, where
some members of the
ruling junta considered that to be a Catholic was
to be the 'enemy'?
This, in a country with a 96 per cent Catholic
population, promised to

In God's Name-pages 18/1/07 10:55 am Page 172
172

In God's Name

be a recipe for genocide, and a problem slightly more serious than the
Vatican debate about the Pope's chair.

IGN173
On September 15th, one of the men whom Luciani saw during his
morning audiences was Cardinal Gabriel-Marie Garrone, Prefect of
the Sacred Congregation for Catholic Education. This particular
audience is an excellent example of just how remarkable were the
talents of Luciani. Garrone had come to discuss a document called
Sapienta Christiana, which dealt with the apostolic constitution and
with the directives and rules governing all Catholic faculties throughout the world. As long
ago as the early 1960s, Vatican Council II had revised the guidelines for seminarians. After two years of internal
discussion the Roman Curia had sent its proposals to the world's
bishops for their recommendations. All the relevant documents had
then been submitted to two more Curial meetings attended by non-
Curial consultants. The results were then examined by at least six
Curial departments and the final document had been handed to Pope
Paul VI in April 1978, sixteen years after the proposed reforms had

first been discussed. Paul had wanted to issue the document on June
29th, the Feast Day of St Peter and St Paul, but a document with a
gestation period of some sixteen years could not be rushed so quickly
through the Curia's department of translation. By the time they had the
document prepared, Pope Paul was dead. Any initiative unproclaimed
at the time of a Pope's death falls, unless his successor approves it.
Consequently, Cardinal Garrone approached his audience with the
new Pope with considerable trepidation. Sixteen years of long, hard
work could be tossed into the waste-paper basket if Luciani rejected
the document. The former seminary teacher from Belluno told
Garrone that he had spent most of the previous day studying the
document. Then without referring to a copy of it he began to discuss it

In God's Name-pages 18/1/07 10:55 am Page 174
174

In God's Name

at length and in great detail. Garrone sat
astonished at the Pope's grasp
and understanding of such a highly complex
document. At the end of
the audience, Luciani advised him that the document
had his approval
and that it should be published on December 15th.

Like Casaroli, Baggio, Lorscheider and a number of
other men,
Garrone left a discussion with Luciani in complete
awe. Returning to
his office he chanced to meet Monsignor Scalzotto
of Propaganda Fide
and remarked: 'I have just met a great Pope.'

The 'great Pope' meanwhile continued to work his
way through the
mountain of problems left by Paul.

IGN178
The Cardinal (Cody) took out further insurance by
spreading Chicago's
wealth around certain sections of the Roman Curia.
When Cody was
in town, and he made over one hundred trips to
Rome, he distributed expensive presents where they
would do him most good.
 A gold cigarette lighter to this monsignor, a
Patek Philippe watch to that bishop.
IGN183/184
Pia saw just how hard the job could be - made
harder by the

95

obduracy of the ever-watchful Curia. Luciani wished
to treat Rome as
his new parish, to wander through the streets as he
had in Venice and
his other dioceses. For a Head of State to behave
in such a manner
presented problems. The Curia flatly declared the
idea not only
unthinkable, but unworkable. The city would be
thrown into constant
chaos if the Holy Father went on walkabouts.
Luciani abandoned the
idea but only for a modified version. He told the
Vatican officials that
he wished to visit every hospital, church and
refuge centre in Rome
and gradually work his way round what he regarded
as his parish. For
a man bent on being a pastoral Pope the reality on
his own doorstep
presented a powerful challenge.

Rome has a Catholic population of two-and-a-half
million. It should
have been producing at least seventy new priests
per year. When
Luciani became Pope it was producing six. The
religious life of Rome



In God's Name-pages 18/1/07 10:55 am Page 184
184

In God's Name

was being maintained by enormous importations of
clergy from
outside. Many parts of the city were, in reality,
pagan, with Church
attendances of less than 3 per cent of the
population. Here, in the heart
of the Faith, cynicism abounded.

The city that was now home to Luciani was also home
to the
Communist Mayor Carlo Argan – a Communist Mayor in
a city whose
major industry, religion, is rivalled only by the
crime rate. One of the
new titles Luciani had acquired was Bishop of Rome,
a city that had
been without a bishop, in the sense that Milan,
Venice, Florence and
Naples had a bishop, for over a century. It showed.

As Pia lunched with the Pope, Don Diego was
involved in a loud,
lengthy argument with a Curial official who refused
even to consider
the Papal wish to visit various parts of Rome.
Luciani interrupted his
conversation with Pia.

'Don Diego. Tell him it must be done. Tell him the
Pope wishes it.'

Lorenzi conveyed the Papal instruction, only to be
met with a

refusal. He turned to the Pope. 'They say it can't
be done, Holy Father,
because it's never been done before.'

Pia sat, fascinated, as the game of Vatican tennis
continued.
Eventually Luciani apologized to his niece for the
interruption and told
his secretary he would instruct Villot. Smiling at
Pia, he observed: 'If
the Roman Curia permits, your Uncle hopes to visit
the Lebanon
before Christmas.'
IGN185
On September 26th, Luciani could look back with
satisfaction on
his first month in the new job. It had been a month
full of powerful
impact. His investigations into corrupt and
dishonest practices had
thrown the perpetrators into deep fear. His
impatience with Curial
pomposity had caused outrage. Again and again he
had abandoned
officially written speeches, publicly complaining:
'This is too Curial
in style.' Or, 'This is far too unctuous.'

His verbatim words were rarely recorded by Vatican
Radio or
L'Osservatore Romano, but the public heard them and
so did the other
news media. Borrowing a phrase from St Gregory, the
Pope observed
that, in electing him, 'The Emperor has wanted a
monkey to become a
lion'. Lips tightened within the Vatican as mouths
parted in smiles
among the public. Here was a 'monkey' who during
the course of his

first month spoke to them in Latin, Italian,
French, English, German
and Spanish. As Winston Churchill might have
remarked, 'some
monkey'.

On September 7th, during a private audience with
Vittore Branca at

8.00 a.m., an hour that caused Curial eyebrows to
shoot even higher,
his friend Branca expressed concern about the
weight of the Papacy.
Luciani responded:
Yes, certainly I am too small for great things. I
can only repeat
the truth and the call of the Gospel as I did in my
little church at
home. Basically all men need this, and I am the
keeper of souls
above all. Between the parish priest at Canale and
me there is a
difference only in the number of faithful but the
task is the same,
to remember Christ and his word.
IGN186
The Vatican recorded his speeches in the General
Audiences when on
successive Wednesdays he spoke on Faith, Hope and
Charity. Luciani's
pleas that these virtues be shown towards, for
example, drug addicts
went unrecorded by the Curia who controlled the
Vatican media.

When on September 20th he uttered the memorable
phrase that it is
wrong to believe 'Ubi Lenin ibi Jerusalem' (where
Lenin is, there is

99

Jerusalem), the Curia announced that the Pope was
rejecting 'liberation theology'. He was not.
Further, Vatican Radio and L'Osservatore
Romano neglected to record Luciani's important
qualification, that
between the Church and religious salvation, and the
world and human
salvation, 'There is some coincidence but we cannot
make a perfect
equation.

Note. Pages 190 through to page 200 give many
further instances of the resistance of Villot and
other members of the Roman Curia to Pope John Paul
I .

*LC 98*
*FELICI: Which is more important,justice for one
dead man or the life of Christ's Church.Let us
assume you are right. Let us assume someone
murdered the Pope. It might have been someone
outside the Church…but let us assume it ws someone
in the Church. Balance the harm your investigation
will cause the Church against the benefit of
punishing one man or even a group of men. In the
end God will judge.*

*BENELLI: What God chooses to do is his
Business. Luciani's death is mine.*

*FELICI You will establish nothing without an
autopsy and for that you need a precedent.*

*BENELLI: There is a precedent.*

*FELICI: (Slowly nodding) Pius VIII..yes, you can
force an autopsy and the investigation. But what
you really want is Villot, Marcinkus,myseslf and
others out of Rome. You will not accomplish that*

*with an autopsy. The only way you can is if you become Pope.*

 NOTE Three of the following suspects were "within" the Church, three were "outside"

IGN284/ and numerous other references.
The central purpose of my investigation has been the death of
another man, Albino Luciani. Villot, Calvi, Marcinkus, Sindona, Gelli,
Cody: one of these men was at the very heart of the conspiracy that
resulted in the murder of Luciani. Before you, the reader, consider
your verdict, let us take one final look at these men.


IGN224

Having previously been obliged to retract the statement that Papal
autopsies were specifically banned, the Vatican was confronted on
Tuesday October 3rd with the efforts of some tenacious probing by the
Italian Press. Autopsies had been performed on other Popes. For
example, Pius VIII had died on November 30th, 1830. The diary of
Prince Don Agostini Chigi recorded that the following evening an
autopsy was performed on the body. The result of the autopsy is
officially unknown because officially the Vatican has never admitted
that it took place. In fact apart from some weakness in the lungs all the
organs were found to be healthy. It was suspected that the Pope had been poisoned.

*LC 105*

*GANTIN: In the last conclave we left feeling that we had been inspired by the Holy Spirit.*

*BENELLI The Holy Spirit has been notably absent in this conclave.*

IGN54
In theory, the cardinals gather in
secret Conclave and wait for the Holy Spirit to
inspire them.


IGN64
Hence his decision to vote for the
Archbishop of Fortaleza, Brazil, Aloisio
Lorscheider, a man with
glittering intellectual gifts who knew all about
the problems of the
poor. To elect such a man as Pope would be an
inspired choice with or
without the aid of the Holy Spirit.
IGN 70
There was no doubt whatsoever in the minds of many
present that
the Holy Spirit was manifest on that hot afternoon.
Others took a more
cynical view of what was inspiring the Conclave.

And finally.
IGN248
When voting in the Conclave to select a successor
to Albino Luciani
began on Sunday, October 15th, 1978, the Holy Ghost
was noticeably
absent.