**DLA Piper UK LLP**
3 Noble Street
London
EC2V 7EE
**DX** 33866 Finsbury Square
**T** +44 (0)20 7796 6047
**F** +44 (0)20  7796 6586
**W** www.dlapiper.com

Hextalls LLP
DX 562 City

**Your reference**

JHW/VE/T3981

**Our reference**

NC/APB/98605/120001/
16494263.1

9 November 2007

**By DX and Fax  020 7481 0232
(enclosures by DX only)**

Dear Sirs

**YOUR CLIENT: POETIC PRODUCTS LIMITED
OUR CLIENTS: THEATRE ROYAL HAYMARKET LIMITED; TRIUMPH
ENTERTAINMENT LIMITED; DUNCAN WELDON; PAUL ELLIOTT; AND
OBERON BOOKS LIMITED**

Thank you for your letters of 19 October 2007 and 26 June 2007.  We respond on
behalf of our clients as follows:-

1.    **Subsistence of Copyright**

    1.1    We accept that copyright subsists in the book "In God's Name"
("IGN").  IGN is an original literary work protected by copyright in
the UK.

2.    **Ownership of Copyright**

    2.1    We note your assertion that Poetic Products Limited ("PPL") is the
owner of copyright in IGN.  Please confirm the basis upon which
PPL claims to be owner of copyright.  If this is pursuant to an
assignment of copyright, please provide a copy of the assignment.

3.    **The creation of the "The Last Confession" ("TLC")**

    3.1    In writing TLC, Roger Crane created a play in which he *"tried to put
in the play facts and the possibility of murder that no-one could
really dispute. [He] just lay out those facts and ... when you look at
those facts there is ... a very strong case that it could have been
murder"* (as Roger Crane stated during the interview broadcast on
Radio 4 on Wednesday 30 May 2007).  Roger Crane created a play
based around the death of Pope John Paul I based on historical facts.

    3.2    As one would expect of a playwright writing a play about historical
facts, Roger Crane read all of the source material he could find,
which included the following books:

Regulated by the Solicitors Regulation
Authority.

A limited liability partnership registered in
England and Wales (number OC307847)
which is a law firm and part of DLA Piper,
a global organisation.

A list of members is open for inspection
at its registered office and principal place
of business, 3 Noble Street, London,
EC2V 7EE and at the address at the top
of this letter.  Partner denotes member of
a limited liability partnership.

**UK switchboard**
+44 (0)8700 111 111

3.2.1    The Making of the Popes - 1978, by Andrew Greeley, copyright 1979

3.2.2    The Year of the Three Popes, by Peter Hebblethwaite, copyright 1979

3.2.3    The Papacy Today, by Francis X. Murphy, copyright 1981

3.2.4    Pontiff, by Gordon Thomas and Max Morgan-Witts, copyright 1983

3.2.5    A Thief in the Night, by John Cornwell, copyright 1989

3.2.6    Inside the Vatican, by George Bull, copyright 1982

3.2.7    The Decline and Fall of the Roman Church, by Malachi Martin, copyright 1981

3.2.8    The Final Conclave, by Malachi Martin, copyright 1977

3.2.9    The Inner Elite, by Gary MacEin, copyright 1978

3.2.10    Illustrissimi, by Cardinal Luciani, copyright 1978

3.2.11    His Holiness, by Carl Bernstein and Marco Politi, copyright 1996

Mr Crane also read everything he could find on the internet and in newspaper articles about the events referred to in the play.

3.3    It is true that Mr Crane also read IGN as part of his research. However, it is the central theme of IGN that "*Behind the Pope's death lay a dark and complex web of corruption within the church which involved the Freemasons, Opus Dei and the Mafia and the murder of the Pope's banker, Roberto Calvi*" (as quoted on the back cover of IGN). This central theme does not appear in TLC.

## 4.    Allegation of Copyright Infringement

4.1    To the extent that there are similarities between the text of TLC and the text of IGN, these are largely due to both works dealing with the same historical facts and events. Further, we are instructed by Roger Crane that it is clear from reading IGN that David Yallop must have used the same books which were published prior to IGN as source material for his book, in the same way that Roger Crane has in writing his play. We have listed these earlier published works above.

4.2    As regards the Evening Standard article of 19 June 2007, the statement that "*The Last Confession is based on David Yallop's book "In God's Name"*" is a speculative comment made by the journalist, Fiona Maddocks. We are instructed that your speculation that this

statement emanated from David Suchet is incorrect. David Suchet would not have made that comment, because it is not true.

4.3    The above is not to say that no use was made of IGN in creating TLC, but that the use made was limited in the extreme. Basically, Roger Crane used IGN to derive a few facts and quotes which he used in TLC. We have used your comparison document as a basis for explaining the source of all the text of TLC which your client alleges to have been copied from IGN. We enclose this document, which also deals with Act II of TLC despite the fact that you have not provided our clients with a colour document detailing your allegations of copying in respect of Act II.

4.4    In the enclosed document, Roger Crane has indicated where he derived a fact or some text used in TLC from IGN. To this limited extent, we agree that there has been copying from IGN. However, that copying is of an insignificant amount of the copyright work, IGN, and as such does not amount to a substantial part of the copyright work.

4.5    In support of the fact that the amount copied does not constitute a substantial part of IGN, we rely upon, inter alia, the following matters:

   4.5.1    As regards the instances where a fact has been derived from IGN, such facts are not protected by copyright, which protects the expression of the work and not facts which can be deduced from the work. We know that your client agrees with this, because he is quoted as saying "*You cannot claim copyright on facts*" in the Independent on Sunday published on 1 July 2007.

   4.5.2    There are a few instances where text in TLC has been derived from IGN, as set out in the enclosed document. In more than half such instances, the text used from IGN was a quotation, either attributed to a person or from a document, in which case Roger Crane has kept the wording largely the same. In the other cases, Roger Crane has re-written the text.

   4.5.3    To the extent that a quote has been derived from IGN, we rely upon the decision in *Warwick Film Productions Limited -v- Eisinger* [1969] 1 Ch 508, in which it was held that parts of the book "The Trials of Oscar Wilde" which were verbatim accounts of three trials of Oscar Wilde had no originality in themselves so far as the claimant was concerned. They attracted copyright as part of the whole book by reason of their collocation only; and they did not represent a substantial part of the claimant's work.

   4.5.4    As regards the text which did not consist of quotations, this amounts to altered copying. We refer you to paragraph 3.136

of Laddie Prescott & Vitoria on the "Modern Law of Copyright and Designs" where it states that *"It is often the case that a mere change of language will avoid infringement; ... because, on the facts, the originality of the copyright work rests in the choice and arrangement of words; therefore, to refrain from taking the language arrangement is to refrain from taking the author's work"*.

4.5.5   IGN is an historical work, not a work of fiction.  Greater latitude is given to use of text contained in a historical work rather than a novel, so that knowledge can be built upon knowledge.  We refer you to the decision in *Ravenscroft -v- Herbert* [1980] RPC193 at 205-206.

## 5.   Security for Costs

5.1   We have carried out a company search against your client and we enclose a copy of the latest accounts filed by your client.  From these it can be seen that the latest figures available show your client to have net current assets of only £11,252.  It is clear that your client cannot afford to pay our clients' costs of defending what would be very expensive High Court litigation for copyright infringement.  We would anticipate that our clients' costs of defending such an action would run to at least several hundreds of thousands of pounds.  Please therefore provide us with your client's proposals as to the security it must provide in respect of our clients' costs of defending any litigation.  We expect your client to provide us with these proposals before it makes any further threats of litigation.

## 6.   Summary

6.1   As a result of the above, our clients deny that TLC is an infringing copy of IGN, because it is not a substantial reproduction of IGN.  Consequently, our clients also deny that the issuing of copies of TLC to the public and/or its performance on stage constitute primary acts of infringement of your client's copyright in IGN.

6.2   As regards your requests for copies of correspondence and notes of conversations between our clients and Roger Crane and all of our clients' notes and other documents relating to IGN,  we consider there to be no justification for pre-action disclosure of such documents (to the extent that any in fact exist).

6.3   Given that Roger Crane's claim against your client in the US Federal Court of the Southern District of New York is on the same factual and legal issues as those covered by your letters to our clients, it would be inappropriate for you to commence proceedings against our clients in the UK prior to the outcome of those New York proceedings.  If you were to issue proceedings against our clients we would seek a stay of such proceedings pending the outcome of Roger Crane's claim in New York on the basis that the New York court has

already been seized of the matter, and in order to avoid (a) the costs of litigating in two jurisdictions; and (b) the risk of there being an inconsistency between two judgments on the same issues.

Yours faithfully


**DLA PIPER UK LLP**

Enc.

This document responds to each of the allegations of copying made in Hextall's comparison document dated 22 June 2007.  In responding to such allegations, Mr. Crane has tried to provide examples of some of the many sources he used while writing his play, The Last Confession.  Mr. Crane conducted extensive research which included general reading of books, newspaper articles, internet articles and Benelli's obituary. Consequently, The Last Confession is an amalgamation of information from a very large number of sources.  Set out below is a list of some of the books Mr. Crane has read and refers to in this document.

1.    The Making of the Popes – 1978, ("Popes 1978") by Andrew Greeley, copyright 1979

2.    The Year of The Three Popes, ("Three Popes") by Peter Hebblethwaite, copyright 1979

3.    The Papacy Today, by Francis X. Murphy, copyright 1981

4.    Pontiff, by Gordon Thomas and Max Morgan-Witts, copyright 1983

5.    A Thief In the Night, ("Night") by John Cornwell, copyright 1989

6.    Inside the Vatican, by George Bull, copyright 1982

7.    In God's Name, ("IGN") by David Yallop, copyright 1984

8.    The Decline and Fall of the Roman Church, ("Decline and Fall") by Malachi Martin, copyright 1981

9.    The Final Conclave, by Malachi Martin, copyright 1978

10.   The Inner Elite, by Gary MacEin, copyright 1978

11.   Illustrissimi, by Cardinal Luciani, copyright 1978

12.   His Holiness, by Carl Bernstein and Marco Politi, copyright 1996

LC 11

BENELLI:        Albino, it's good to see you.  I enjoyed your book.

LUCIANI:        You did?  Thank you.  It was just some letters.

BENELLI:        Yes (Smiling.) but to Mark Twain, Jules Verne . . . very illustrious.

                What brings you to Rome?

Sources:    Illustrissimi.

Also "It was partly to relieve his frustrations that he began to write Illustrissimi, a series of letters to authors or characters in history or fiction." Three Popes, p. 107.

"He quoted nineteenth – century Roman romantic poetry as well as Jules Verne, Mark Twain, Napoleon and St. Bernard." Popes 1978, p. 162.

"Addressing himself to Charles Dickens and Mark Twain . . . Luciani displayed a grasp of world literature . . ." The Papacy Today, p. 166.


LC 12

LUCIANI:        My parishioners wanted me to have my own boat and gondolier.

                Can you imagine a private boat just waiting for me?

BENELLI:        I've seen your car.  You could do with a boat . . .  What do you do

                when you need one?

LUCIANI:        Call the fire brigade.  They lend me one of theirs.

BENELLI:        And if there is a fire?

LUCIANI:        (Smiling.)  Sometimes even God has to wait.


The fact that Luciani did not have his own boat and the fact that he sometimes borrowed a boat from the fire brigade may have been derived from IGN.

LC 12, 13

LUCIANI:     When the Pope sent me to Venice the churches were empty but the streets were filed with prostitutes, with the mentally ill, with handicapped. The City had shut its doors. I opened mine. <u>Many priests objected to giving communion to the prostitutes and handicapped. These creatures do not understand, they said. So after mass I asked a young girl who was afflicted with a terrible spinal disease if she knew what he had received. She said, 'Yes: Jesus.'</u> I will not abandon them.

Sources:  "In addition to all these difficulties during his time in Venice was the distressing knowledge that there were 107 churches in the city proper, half of which were closed, that those that were open were frequented mostly by tourists and, estimable old ladies . . ." Three Popes, pp. 106-7.

     The text underlined above was based on the text you have identified on pp. 27-28 of IGN (although words quoted as originating elsewhere of course do so).

LC 12-19

LUCIANI:     (Simply.) I need help. Bishop Marcinkus is selling the Catholic Bank of Venice.

BENELLI:     Yes, I know. For far less than it is worth.

LC 14

BENELLI:     He is selling it for far less than it is worth. Why?

VILLOT:     (Dismissively.) He's an American . . . from Chicago. (Turns to leave.)

- 3 -

BENELLI:        Cicero to be precise.  The home of the gangster, Al Capone.

                (VILLOT stops to look at BENELLI.)


LC 16

MARCINKUS:      Calvi  has the complete confidence of myself . . . and of course His

                Holiness.


LC 17

MARCINKUS:      I am accountable only to the Pope and to God.


LC 18

PAUL:           (To BENELLI.)  It seems to be necessary.  Is Luciani upset?

BENELLI:        Yes.


LC 9

PAUL:           He is a good man.  He understands that sometimes it is necessary

                to sacrifice.

PAUL:           (To BENELLI.)  Bishop Marcinkus has our complete

                confidence. . .  In financial matters.


Sources:    "A couple of years before Luciani became Pope, the Banca Ambrosiano was trying to
            take over the Banca Cattolica of the Veneto.  It was funded by the Catholic associations
            in which the Church had great interest.  At a certain point it was transferred to Banca
            Ambrosiano by Marcinkus.  Luciani came to Rome as patriarch of Venice to discuss the
            matter with Paul VI, but he was sent over to Marcinkus to see what could be done to stop
            it.  Marcinkus saw him and told him, quite crudely, that the patriarch of Venice should be
            concerned with his people and not with banking."  Night, pp. 207-208, by John Cornwell.

"The golf-playing prelate from Al Capone's backyard, Cicero near Chicago." Night, page 21.

"You read these books about me [Marcinkus] and you get the impression I was raised by Al Capone in the streets. That's because of Cicero, see." Night, p. 81.

"One year into his [Marcinkus] presidency of the bank, he was allegedly embodied in a billion – dollar counterfeit bond fraud." Night, p. 18, see also, pages 168-176 discussion of FBI visit to and meeting with Marcinkus about bond fraud.

"In a class and faction of his own was Chicago-born Archbishop Marcinkus, the powerful head of the Vatican Bank who had managed to outflank Benelli and establish a direct reporting line to Paul VI." Night, pp. 17-18.

"Cardinal Benelli . . . disliked Marcinkus. <u>Marcinkus you see, had a lot of independence as director of the Vatican Bank and had direct access to the Pope.</u> Cardinal Benelli was vicious, he was tough, he was ambitious; he wanted to be pope, he wanted control of the Vatican. He was like the chief executive officer, the shaker and the mover, and <u>this Marcinkus . . . had a straight reporting line to the Pope.</u>" Night p.170. Emphasis supplied.

"Paul Marcinkus, the prelate his staff calls "il gorilla". Pontiff, p. 139.

"The first concerns the possibility that the U.S. Justice Department might make public its far highly secret report on investigations in 1973 into organized crime. The Justice Department agents have uncovered a plot by the mafia to use European businessmen to borrow vast sums of money against counterfeit stocks and bonds of American corporations. The investigators privately interviewed Marcinkus in his office in the Vatican . . . Marcinkus's answers had so far remained a secret of the Justice Department. Pontiff, p. 233.

"In 1972, in the first major scandal which came to be known as the counterfeit bonds case [Marcinkus], was accused of having placed many millions of dollars worth of stolen and counterfeit securities in the Vatican vaults in a mafia conspiracy that stretched from New York to Zurich. <u>It was in the course of this imbroglio that Marcinkus first crossed swords with Benelli.</u>" Night, p. 66. Emphasis supplied.

The fact that the bank was sold at an undervalue may have been derived from IGN but Mr. Crane cannot confirm whether that was the case at this stage. Every book on the subject described Luciani as a good man.


LC 19

PAUL:              (*To BENELLI.*)  We have been discussing the status of the new

                   Code of Church Law with Cardinal Felici. The ever-changing,

|           |                                                                      |
|-----------|----------------------------------------------------------------------|
|           | never-finished Church Law.  (*To FELICI.*)  It is a canon of law, not |
|           | the Sistine Chapel.  When will you be done?                          |
| FELICI:   | These things take time.                                              |
| BENELLI:  | Ten years!                                                           |

Sources:  "In the light of his education and life experience, it is not surprising that Felici should be a legalist.  What is surprising to some is that his commitment to his own notion of what the law should be overrides the clearly expressed instructions of Vatican II and of the first Synod of Bishops of 1967.  On the need for reform of the canon law, there had emerged a clear consensus at the Council.  Collections of church laws had been made at various times in the past, the most famous being the sixteenth century *Corpus Iuris Canonici,* but the only attempt at scientific codification in the church's history was the Code of Canon Law ordered by Pius X in 1904 and promulgated by Benedict IV in May 1917, to come into effect a year later.  Drafted by a small group of canonists working in a legalistic atmosphere and within the emotional pressures for centralization that followed Vatican Council I and the self-imposed prison of the popes within the walls of the Vatican, it sought to realize the ideal of nineteenth-century jurisprudence, the formulation—in an apparently complete and perfect system—of interlocking, abstract rules.  It would reduce the judge's function to selecting the right rule to apply to any problem presented to him.  The signs of the times had no meaning for these jurists.  They thought of the worldwide church as still European, of the increasingly urban, industrialized and mobile society as still static, of the laity—often more informed than their priests—as still unlettered.  Still worse, its spirit tended to subordinate theology and even the Scriptures to law, so that the Code became the primary rule of Christian belief and practice."

"Pope John, in the same 1959 speech in which he announced he was going to convene an ecumenical council, said he also intended to reform the Code.  But, he added, the Council would have to come first, so that revision of the Code could take account of the Council's decisions.  In March 1963, shortly before he died, John named a commission of cardinals to undertake the task, but action was slow until Felici was named head of an expanded commission in early 1967.  In a few months, several hundred of the Code's 2,414 canons were rewritten.  The result, however, was to make clear that the issues could not be dealt with by cosmetic approaches.  <u>An interim report submitted by Felici to the Synod of Bishops held in October 1967 showed a substantial majority of the prelates opposed to Felici's concept of a strictly legal formulation of ironclad rules, seeking instead to reduce law in the church to a rule of faith and morals based on the person and teachings of Christ.</u>"

"What they did approve was Felici's proposal to distinguish clearly the legislative, administrative, and judicial functions of church power, and also the organs charged with administering each of these functions.  This principle, established in civil society by

American and French revolutions, is unknown to the church. It continues to combine the three powers at all levels from the Vatican to the rural parish, clinging to medieval practice in which the king both made the laws and administered justice."

"The Synod lacked not only decision-making powers but even established rules of procedure. Although it indicated clearly the thinking of the bishops from around the world, all it could do was return the report to Felici and hope he would act to implement their expressed wishes. But Felici resists the advice of bishops. While he must formally accept the concept of collegial rule of the church by the bishops, headed by the pope, he expressed very clearly his minimalist view of collegiality in an article he published in the *Osservatore Romano* in July 1969, an article designed to influence the discussion of that subject scheduled for the second Synod of Bishops some months later. Also in the *Osservatore* and during that same year, he criticized Cardinal Leo Jozef Suenens harshly for urging the practical implementation in church structures of the collegiality affirmed by Vatican II. 'Invoking a logic presumed to be conciliar and in virtue of a collegiality that the Council had never understood in that sense,' he wrote, 'some—not content to criticize the pope's work—seem to wish to submit his activity as primate and supreme master of the church to the control or the approval of the bishops.'"

"In the years that followed, Felici continued to redraft and try to persuade the bishops to accept what he now calls a *lex fundamentalis*, a fundamental law that would b the church's constitution, with maximum stability, superior to all other positive church laws, and valid for all Catholic churches, not just the Latin church. He told the 1974 Synod of Bishops that a poll taken among Catholic bishops had shown a slight margin in favor of this project, without revealing that fewer than half of all bishops had been polled. One analyst of the document has said that it implies that cardinals are part of the 'divine constitution' of the church; that its concept of church-world relations reflects that contained in the fascist concordat between Italy and the Holy See; and that if it comes into effect, Vatican II will have died and the Sacred Scripture will have been exiled." The Inner Elite, pp. 200-202. (Emphasis supplied)

LC 21

OTTAVIANI:        Is he going to resign when he turns eighty? Of course not. How

                  dare he decree that cardinals over eighty cannot vote at the next

                  conclave!

Source:    "The successive measures by which Pope Paul has recommended diocesan bishops and curial cardinals to retire at 75, and excluded cardinals over eighty from the conclave were taken at a time when he might reasonably have thought that he would not reach the fatal age. And when he lived on, he was forced with a dilemma which some of the over-

eighties did not hesitate to put to him. Cardinal Alfredo Ottaviani, for instance . . . who was still alive at 89, had inquired why if Cardinals over eighty were thought incapable of electing a pope, a pope over eighty was considered capable of the daunting tasks of the pontificate." Three Popes, p. 43, see also, p. 75.


LC 21-22

FELICI:                I have heard that privately he disagrees with the Pope's willingness

to negotiate with the communists.


Sources:    "One point that doesn't excite him [Benelli] is Paul's policy of promoting better relations with the Eastern European regimes . . . ." The Inner Elite, p. 188.

*    *    *

"It could be seen as an international matter, a contribution towards peace and détente . . . in the thinking of Pope Paul and Mgr. Casaroli. But international détente was simultaneously thought of as the best framework within which the lot of Catholics living in communist regimes could be informed." Three Popes, pp. 34-35.

"In telephone calls from Florence to conservative electors, Benelli stressed Luciani's resolute opposition to communism in Italy." Three Popes, p. 65.


LC 23

FELICI:                Pope John and the Second Vatican Council said they wanted to

open the windows of the Church for a dialogue with the world.


Source:    "So John [the XXIII] spoke amiably about opening the windows in his church while, actually and unwittingly he was leveling the walls." Decline and Fall, p. 272.


LC 24

FELICI:                Our Hamlet Pope.

Sources: "But when he encounted the rule shocks from the new world to which he exposed himself, his initiatives slowed down to a stop; and in panic he fell into an ambiguity and equivocation that nettled his friends and angered his enemies.  They called him Hamletic.  "Decline and Fall", p. 277.

    "Even the popular John XXIII, his predecessor, had described Montini (later became Paul VI) as 'a little like Hamlet'."  Night, p. 17.


LC 25, 29

VILLOT:   Which brings us to the last item:  Benelli.  At our last meeting you

        agreed to consider the idea of a transfer.

PAUL:    Today we will announce that we have appointed you cardinal and

        assigned you to Florence.  Will you go?

BENELLI:   Yes.


Sources: "Benelli soon raised Villot's hackles.  The pair were simply incompatible.  Then, with a swiftness which left even hardened curialists dumbfounded, Benelli was gone—raised to the cardinalate and sent off to be archbishop of Florence, not exactly the wilderness but also not a place for a restless, ambitious prince of the Church, Villot led the coup which ousted him.  He had found a ready ally in the pope's troubleshooter, Sebastiano, Baggio, and a surprising one in Macchi, who had grown tired of Benelli's abrupt Tuscan manners and high-minded attitudes.  The clincher came when Father Romeo Panciroli, who runs a tight-lipped Vatican Press Office, and Bishop Paul Marcinkus, president of the Vatican Bank, supported Villot.  Paul had little alternative.  Benelli went.

But nobody now thinks sending him to Florence has ended his ambitions.  Vatican scuttlebutt openly predicts there is one certain papal candidate for the next conclave, the cardinal in Florence.  And rumor adds that it the archbishop is successful in becoming the two hundred and sixty-first successor to the Throne of St. Peter the Apostle, one of his first actions will be to ensure that Villot, Baggio, Machi, Panciroli and Marcinkus end their days in some of the Church's loneliest outposts.  Unless, of course, they resign."  Pontiff, pp. 38-39, emphasis supplied.

"One major thing had happened in the previous year.  Giovanni Benelli had been given the ax and sent to Florence as archbishop.  However, Benelli was promptly raised to the cardinalate, so the pope could reassure himself that he had not done the same thing to his second-in-command that had been done to him (Paul) when he was Pius XII's second-in-command.  (He was shipped off to Milan without the cardinal's hat.)  Apparently, the

- 9 -

curial officials (this time the Curia of Paul VI) had had it with Benelli's highhanded supervision. Jean Villot and Sebastiano Baggio were among those responsible for sending him off." Popes 1978, p. 68, emphasis supplied. See also, "The Final Conclave", p. 100. (Emphasis added)


LC 27

PAUL:                    The newspapers write about us in the past tense. It is strange to

                        read about ourselves as if we were already dead. We have

                        accomplished so little.


Sources:    "The son of a newspaperman, Paul now wonders what journalism has come to. He finds it difficult to accept the finite judgments which are beginning to appear; people are already starting to write and speak as though his long pontificate were over. It is a curious feeling, he has more than once told Marchi and Magee to read of himself in the past tense." Pontiff, p. 30, emphasis supplied.

"But not untypically, Pope Paul launched an idea and then did not pursue it." Three Popes, p. 4.

"Pope Paul himself in the 1950's had remarked on the danger of a long pontificate: the pope runs out of steam and has exhausted his imaginative capacity; routine sets in; the pontificate becomes a holding action . . . 'They treat him as though he were already dead' was the cruel comment of one Vatican official in 1975." Three Popes, p. 23, emphasis supplied.


LC 31

SUENENS:                You should have stayed in Rome after the funeral. You missed all

                        the fun.

BENELLI:                I accomplished more, Cardinal Suenens, in Florence using the

                        telephone.

Source:   "Cardinal Benelli left Rome for Florence on the evening of 16 August and stayed there until shortly before the conclave . . . In telephone calls from Florence to consecutive electors, Benelli stressed Luciani's resolute opposition to Communism." Three Popes, pp. 64-65.

LC 31

SUENENS:        But it couldn't have been nearly as interesting. Every night

Pignedoli has a different group of cardinals over to dinner. His

thinking may be light weight but his wine cellar is outstanding and

he has one of the best chefs in Rome.

Sources:  "Pignidoli made all the receptions, but his reputation as a lightweight has been growing . . ." Popes 1978, p. 49.

"The curial mistrust of Pignidoli was no secret. He was said to be naïve and light-weight intellectually." Three Popes, p. 83.

The fact that the receptions Pignidoli hosted were dinner parties may have come from IGN.

LC 31, 32

SUENENS:        The London bookmakers have published odds on a number of

candidates. Pignedoli is the favorite, so perhaps they don't share

your views on his chef. Siri is second, Felici is third – he claims

he supports Siri – and you are listed fourth at four to one.

BENELLI:        And Luciani?

SUENENS:        Who?

BENELLI:        Luciani – Patriarch of Venice.

SUENENS:        Not listed, of course.

Sources:    The play goes on to state that the odds on Suenens are 33 to 1. LC p. 32. This is not in IGN. Crane obtained the odds from Pontiff. See below.

"Ladbroke's, the London bookmakers, tried to make it easier to spot the winner by opening a book on who would be the next pope. A Roman Catholic member of Parliament complained the Church was 'electing a successor to Jesus Christ and that is not a matter for Ladbroke's.' In reply the bookmakers claimed to have 'a lot of clergymen laying bets.' The current odds placed Pignedoli, at 5-2, favorite; Baggio and Poletti, 7-2; Benelli, 4-1; Willebrands, 8-1; Pironio, 12-1; König, 16-1; Hume, 25-1; Cordeiro, Lorscheider and Suenens, 33-1." Pontiff, p. 129.

See also.

"The London bookies are giving odds on the election, with Sergio Pignidoli as a front-runner." Popes 1978, p. 106.

"Two names that were difficult to place on the spectrum and which rarely appeared in lists of papabili were those of Cardinal Albino Luciani; Patriarch of Venice and Cardinal Karol Wojtyla . . . Three Popes, p. 54.

LC 32

SUENENS:       And then there is CREEP…

BENELLI:       What is creep?

SUENENS:       Committee for the Responsible Election of the Pope.

BENELLI:       I assume it doesn't include any cardinals.

SUENENS:       Correct… Listen to their criteria. (*SUENENS takes out a piece of*

*paper and reads from it.*) 'Help wanted. A hopeful, holy man who

can smile.' (*Looking up.*) That's the heading. (*Continuing his*

*reading.*) 'Interesting work, guaranteed income, residence comes

with position. Protection by proven security organization. Apply

College of Cardinals, Vatican City.' It goes on: (*Back to paper.*)

'A Pope not for all Catholics but for all peoples.  A man totally

free from the slightest taint of financial wheeling and dealing.'

Sources:     Nothing daunted, CREP organized a press conference . . . to introduce Fr. Andrew Greeley . . ." [Greeley said on behalf of CREP] "The papacy requires a man of holiness, a man of hope, a man of joy.  A sociologically oriented job description of the pope, in other words, must conclude the Catholic Church needs as its leader a man who can smile!"  Three Popes, p. 48-49, see also p. 50.  See also Pontiff, pp. 118-119.

"The Latin American cardinals . . . were said to have written a letter to their fellow cardinals urging an open minded candidates who would continue the work of Vatican II and appreciates the problems of the third word."  Three Popes, p. 65.

The text of the CREP advertisement may have been derived from IGN, p. 59, although it may also have come from a newspaper article.


LC 32

BENELLI:     They have described Luciani.

SUENENS:     You can't be serious?  (Pause)  When I supported Paul at the last

conclave at least I knew he wanted to be Pope.  The Press asked

Luciani yesterday.  He told the, "You can't make gnocchi out of

this dough."

The quote of Cardinal Luciani underlined above was taken from the quote in IGN, p.69.


LC 33

GANTIN:     (To BENELLI.)  They asked me to come and see you.  (Pause.)

Baggio met recently with Marcinkus.  He told Marcinkus that if he

becomes Pope he will keep him in charge of the Vatican Bank.

The text as underlined above was probably based on the passage you have identified in IGN, p. 55.

LC 33

GANTIN:            In the Vatican everything is confidential and nothing is secret.

This is Mr. Crane's original language.  The concept behind the language came from Mr. Crane's own view of the Vatican.

LC 34

GANTIN:            What we need is a Christ to drive the money-lenders from the

                   temple.

This line is original to Mr. Crane and was derived from his knowledge of the Bible and from having been educated by the Jesuits as a Roman Catholic.

LC 35

SUENENS:           Luciani has twenty votes, Siri has twenty-five and Pignedoli has

                   dropped to fifteen.  Baggio has nine.  You have twenty.  They are

                   still voting for you – despite what you said.  If you can get

                   Pignedoli to release his supporters and swing the South Americans

                   from Lorscheider to you…

Sources:    "According to these sources, the ballots in the conclave went as follows:

| 1st ballot | 2nd ballot | 3rd ballot |
|---|---|---|
| Siri 25 | Luciani 56 | Luciani 'over 90' |
| Luciani 23 | Pignedoli 15 | Pignedoli 17 |
| Pignedoli 18 | Lorscheider 12 | Lorscheider |
| Baggio 9 | Baggio 10 | ' at least 1' |

- 14 -

| König 8 | Felici 8 |
|---|---|
| Bertoli 5 or 6 | Cordeiro 4 |
| Pironio 4 | plus 6 single |
| Felici 2 | votes |
| Lorscheider 2 | |
| plus 24 single | |
| votes | |

"Election is secured at the third ballot, but a fourth confirming ballot is not excluded by these figures. (Cardinal Hoffner has said that the name of Luciani was the only one read out).". . . .

But why did this happen? The curial mistrust of Pignedoli was no secret. He was said to be naïve and light-weight intellectually. Ossobuco's remarks reflected their views accurately. Given, therefore, the outcome of the first ballot, and determined to stop Pignedoli, they immediately switched to Luciana whom they would not have chosen but whom they had nothing against. He might even be more manageable. This was confirmed by their enthusiasm for the eventual result. Luciani was not their candidate but he rapidly became their candidate. . . . Three Popes, pp. 82-83.

"As the names are read, there is visible relaxation among the Luciani supporters. Nothing unexpected is happening. Siri and Luciani are getting about the same number of votes. The others are spread out: Pignedoli, Baggio, Koenig, Bertoli, Pironio, a couple for Lorscheider and Felici.

After the names have been read out from each ballot, the ends of the thread are tied in a knot and the scrutineers count up the votes on their tally sheets. Siri has the most votes, twenty-five.[1] Luciani is behind him, but only by a few votes; Pignedoli has less than twenty votes; the others are widely distributed, with Baggio, Koenig, Bertoli, Pironio, Lorscheider, and Felici all having less than ten votes. The coalition leaders relax. No surprises, everything according to plan. Pignedoli and Baggio hide their emotions. Luciani frowns. How could it be possible that he got so many votes?"

He shakes his head, mutters something under his voice which a cardinal near him thinks sounds like the word "Absurd."

They look at their watches. The whole process only took an hour. It seemed longer. The revisors hastily recount the ballots, check the tallies. The count is accurate. They proceed to a second ballot. Again, the tension increases slightly. The first ballot was exploratory: compliments were being paid, feelings were being protected-though the feelings of Pignedoli and Baggio are beyond protection. But the second ballot is the serious one. Will it be Siri or Luciani who gains the votes? They are now going to drift away from the other candidates. Halfway through the count, it becomes clear what is going to happen and Luciani is visibly upset. It is truly absurd. There is absolutely no reason why he should be pope. He should have stopped Benelli when there was time. Now it is too late. Cardinal Ribeiro, the handsome young patriarch of Lisbon, leans over and whispers to him, "Courage, the Lord gives the burden. He will also give the strength

to carry it. And on the other side, tall, thin, bespectacled Johannes Willebrands, one of Luciani's many close friends, whispers to him, "don't worry. All over the world everyone is praying for the new pope." The ballots are counted, the tally sheets are added up, totals are announced, and a sense of relief passes through the Sistine Chapel. The job is virtually over, the task has been done. It turned out to be easy after all. The conclave will be over before the sun goes down. Tonight will be the last night.

Tomorrow they will be out of the purgatory of the Vatican Palance and the Sistine Chapel. Luciani has gained thirty votes and now has fifty-five. Siri supporters remain unmoved with their solid block of approximately twenty-five votes. Pignedoli has slipped back now to fifteen votes, and Lorscheider has risen to twelve. In the afternoon, surely, enough of the Lorscheider and Pignedoli votes will switch to Luciani to guarantee his election. The ballots and the tally sheets are placed in the stove at the back of the chapel and black smoke goes up. The cardinals again look at their watches and smile. It is earlier than most people believe would be possible for them to have finished two ballots. Many are going to be caught unawares over in the piazza. Someone whispers in Luciani's ear, "The next time it will be white." He smiles hollowly. Lunch is now affable and relaxed. Pignedolis is cheerful; Baggio smiles and chuckles; Luciani tries awkwardly to ignore what is happening; Benelli, Suenes, Arns, Lorscheider exchange pleased smiles. Felici decides that he and his less than completely intransigent curial allies have stayed with the Siri ship long enough. Luciani is a happy solution to the problem.

The patriarch of Venice goes back to his room, room 60, and tries to take the brief siesta which is his daily custom, but he does not sleep.

Back in the chapel in the late afternoon, the cardinals are in an almost frolicsome mood. The Holy Spirit is working among them. Particularly happy are the electors from the disorganized middle, who really had no idea of the candidate from whom they ought to vote. Cardinal Carberry will speak later of a feeling of revelation. It was clear on the first ballot that Luciana was most likely going to be the winner, and so many of the uncertain cardinals in the middle promptly jumped on his bandwagon. The coalition leaders expected to pick up fifteen more votes. They got double that number. Perhaps the third ballot will do it, certainly the fourth. It is easier than anyone had expected. The coalition of the left and the moderate right against the far right and the disorganized center had now won over much of the center too, and was about to elect Albino Luciani as pope.

But not quite. Some of Pignedoli's supporters and some of the Siri supporters (including Felici) turned to Luciani on the third ballot, but not quite enough. He still fell five or six votes short. The cardinals are smiling, happy and carefree. The next ballot is a formality. Luciani will certainly win and the conclave will be over. A sense of peace and joy flows through the Sistine Chapel. The Holy Spirit had done his work well. "Now," says Luciani to a colleague smiling warmly, "it begins to get dangerous for me."

The cardinals have now dispensed with taking the oath each time they vote (thus frustrating Paul VI's cautious safeguards against the possibility that a cardinal would on a later ballot not vote for the man he thought was best suited for the job). As the third

- 16 -

scrutineer reads off the votes, only Luciani's name is heard.  At 6:05, the seventy-fifth Luciani votes is recorded and the cardinals applaud enthusiastically.  The Swiss Guard posted outside is startled.  A pope so soon?  There were some ninety votes for Luciani, one dogged ballot for Aloisio Lorscheider (the new pope himself, of course), and twenty blank votes cast by the stubborn Siri supporters, who are sending a message in this election just as they had in the last."  Pope 1978, pp. 151-152, emphasis supplied.

LC 36, 37

BENELLI:            Cardinal Lorscheider, I am glad to see you.  Cardinal Luciani

                    thinks it may be time for a non-Italina Pope.

LORSCHEIDER:        The Papacy has been Italian for five hundred years.  One might

                    think it is time for a change.

BENELLI:            He is telling the cardinals that you should be Pope.

LORSCHEIDER:        I know.

BENELLI:            What do you think of Luciani?

LORSCHEIDER:        He visited me in Rio last year.  He is a charming and gentle man,

                    more knowledgeable than some people believe.  But, he is no

                    administrator.

BENELLI:            You have said the next Pope should be a holy man, a good pastor,

                    a man of hope.  You have described Luciani.

LORSCHEIDER:        He would need a strong Secretary of State.

BENELLI:            Yes.


Sources:    "But there was another factor in the election which made it less surprising for those in the
            know:  the relationship between Cardinal Luciani and Cardinal Lorscheider – and through
            Lorscheider with the Latin Americans generally.  The Patriarch of Venice . . . had been to
            Brazil two years before to deal with the pastoral problems of Italians working there . . .
            The esteem was mutual . . . Cardinal Luciani had confided to a Venetian priest that he
            would be happy to see Lorscheider as pope."  Three Popes, p. 80.

- 17 -

"Pope John Paul I . . . had consistently voted for Cardinal Aloisio Lorscheider in the August Conclave." Three Popes, p. 132.

"Greeley continues that 'doubtless someone in the papal entourage must be an efficient administrator . . . it is not necessary for the pope . . .'" Pontiff, p. 118, by Gordan Thomas and Max Morgan – Witts.


LC 37

BENELLI:          Have you heard that the first test-tube baby was recently born in

                  England?

LORSCHEIDER:      Yes.

BENELLI:          Many church leaders condemned the birth.

LORSCHEIDER:      I know.

BENELLI:          I would like to read you a letter from Cardinal Luciani. (*BENELLI*

                  *takes out a paper, reading.*) 'I send the most heartfelt

                  congratulations to the English baby girl whose conception took

                  place artificially.  As far as her parents are concerned I have no

                  right to condemn them.  If they acted with honest intentions and in

                  good faith, they may even have great merit before God for what

                  they wanted and asked the doctors to carry out.'  He concludes by

                  saying that the individual conscience must always be followed.

                  However, each individual <u>must seek to develop a well-formed</u>

                  <u>conscience</u>. (*There is a moment's silence.*)


Sources:      "[Luciani] addressed himself to the problem of Louise Brown, Oldhom's test-tube
              baby . . . He congratulated the child and her parents . . . 'As for the parents, I have no
              right to condemn them, subjectively if they acted in good faith and with a right intention,
              and they may have great merit before the Lord . . . As for the individual conscience, it

must always be followed, but the individual is obligated to have a well-formed conscience.'" Three Popes, p. 112.

"I send the most heartfelt congratulations to the English baby girl whose conception took place artificially. As far as her parents are concerned I have no right to condemn them. If they acted with honest intentions and in good faith, they could even be deserving of merit before God for what they wanted and asked the doctors to carry out." Popes 1978, p. 138.

Mr. Crane thinks the part of the quote underlined above may have been taken from the section of IGN you have identified although he believes it more likely came from a newspaper article.

LC 38

LORSCHEIDER:      He is still no match for Felici, Baggio and the rest of the Curia.

BENELLI:          You are wrong.  <u>Yes he is gentle, yes he is humble, and he can take a long time to make up his mind, sometimes, too long…but when he is committed to a course of action he is like a rock.</u>

The quote from Benelli underlined above was based on the quote in IGN, p. 163.

LC 38

LORSCHEIDER:      (*He grips LUCIANI's arm.*)  If the Lord gives the burden, he also gives the strength to carry it.

GANTIN:           (*He grips LUCIANI's other arm.*)  The whole world prays for a new Pope.

Sources:   "One said to me 'Courage, if the Lord gives a burden he also gives the strength to carry it' and another said "Don't be afraid.  The whole world prays for a new pope." Popes 1978, p. 158.  See also Popes 1978, pp. 151-152 supra.

"One of [my colleagues] said "Courage, if the Lord gives a burden, he also gives the strength to carry it! And the other said: Don't be afraid the whole world is praying for a new pope." Three Popes, p. 76.

Also IGN pp. 69-70 as well as numerous newspaper reports.


LC 39, 40

VILLOT:            The final tally is: ninety-nine votes for Cardinal Luciani, one vote

                   for Cardinal Lorscheider, eleven abstentions. (The spotlight

                   around LUCIANI expands slightly. VILLOT steps into it in front

                   of LUCIANI. In a commanding voice.) Do you accept your

                   election as Supreme Pontiff?

*There is a long moment of silence as LUCIANI slowly raises his head and looks at VILLOT.*

LUCIANI:           (*With a soft voice.*) May God forgive you for what you have done.

                   (*Another pause. Then in a slightly louder voice.*) I accept.

VILLOT:            By what name do you wish to be called?

LUCIANI:           (*A short pause. LUCIANI smiles.*) John Paul the First.

FELICI and VILLOT walk up to LUCIANI and dress him in the robes of the Pope. They had him a white cap. He takes off his red cap and replaces it with the white one but puts it at rakish angle. The papal robes are noticeably too big for him. FELICI and VILLOT step back.

CONFESSOR:         Why Luciani? Even the robes didn't fit.

BENELLI:           They made the papal garments in every size…except his. Nobody

                   had his measure.

SUENENS:           (*Approaching JOHN PAUL*) Holy Father, thank you for saying

                   yes.

LUCIANI:            Perhaps it would have been better if I had said no.


VILLOT and FELICI walk with LUCIANI to the front of the stage.  FELICI steps forward.

FELICI:             (*To the audience.*)  I bring you news of great joy.  We have a Pope,

Cardinal Albino Luciani, who has chosen the name John Paul the

First.

LUCIANI steps forward with a humble but radiating smile. . . .


Sources:    "His face beaming with joy, Villot says the words required by Paul VI's constitution. <u>'Do you accept your canonical election as Supreme Pontiff?'</u>  Luciani replies, "<u>May God forgive you for what you have done</u> in my regard." . . . the now smiling Luciani.  The cardinals are delighted; the name is marvelously appropriate.

Luciani is led out to done the temporary white papal robes, grinning happily now – never in his life could he repress the grin – he takes the chair in front of the alter, and the joyful cardinals approach one by one to embrace him and kiss the papal ring.  He has a kind and friendly word to say to every one of them.

"<u>Holy Father, thank you for saying yes,</u>" said Leo Suenens, who had perhaps more to do with electing him than anyone else.

The new pope, who knew that he had Suenens to blame for his plight, responded with his broadest grin, "<u>Perhaps it would have been better if I had said no.</u>"  Popes 1978, pp. 151-154.  Emphasis supplied.

"The tailor goes to the rack, now in command.  He selects the smallest of the cassocks and turns to Gianpaolo.

"'If it pleases Your Eminence.'  He quickly corrects his mistake.  'Pardon, *Santissimo Padre*.'

"Gianpaolo smiles.  'It will take me time as well to become used to this.

"Gammarelli helps Gianpaolo remove his cardinal's robe.  He hands it to Noè, who takes it away. . . . "He helps Gianpaolo to don the cassock.  <u>The tailor stands back, appraising. It is a poor fits.  The hem trails the ground, the sleeves reach below Gianpaolo's fingertips, and the garment hangs loosely on his slight frame.</u>

"The pope smiles in sympathy.  'You could not have known.'

- 21 -

"'*Grazie, Santissimo Padre*." Pontiff, pp. 198-199. Emphasis supplied.

"Felici . . . appearing on the balcony . . . and saying '<u>Annuncio robi gaudeum magnum: hatemus popem Albinum Luciani, qui sibi imposuit nomen Ioannem Pauliem primum.</u>" Three Popes, p. 85. <u>(Translated: I bring you news of great joy. We have a Pope, Albino Luciani, who has chosen the name John Paul I.)</u> Emphasis supplied.

"The talk [the speech below at LC 40] was dazzling. <u>It was delivered with simplicity, humility, and that incredibly contagious smile</u>." Popes 1978, p. 158. Emphasis supplied.

"John Paul waived cheerfully back at the crowd. His white skullcap was perched uncertainly on the back of his head, and his unruly quip emerged. As Cardinal Basil Howe later remarked: 'It is always a winner if you can have your skullcap slightly asquiff . . .'" Three Popes, p. 114.

The fact that Luciani polled 99 votes on the final ballot was reported in the press.


LC 40

LUCIANI:            This morning I went to the Sistine to vote peacefully. I never

imagined what was to take place. Realize this: I do not have the

wisdom or heart of Pope John. Nor do I have the preparation and

culture of Pope Paul. However I stand now in their place. I will

seek to serve the Church and I hope that you will help me with

your prayers.


Sources:      "Yesterday morning I went to the Sistine to vote peacefully. I never would have imagined what was to take place . . . Realize this I do not have the wisdom of heart of Pope John. Nor do I have the preparation and culture of Pope Paul. However I stand now in their place. I will seek to serve the church and I hope that you will help me with your prayers." Popes 1978, pp. 158-159.

"Yesterday morning I [Luciani] went to the Sistine Chapel to vote peacefully. I never would have imagined what was to take place . . . Be sure of this. I do not have the wisdom of heart of Pope John. I do not have the preparation and culture of Pope Paul. However I now stand in their place. I will seek to serve the Church and hope you help me with your prayers.'" Three Popes, pp. 114-115. See pages for whole speech.

LC 41, 42

| | |
|---|---|
| VILLOT: | Where is His Holiness? |
| LORENZI: | He said he wanted to go for a walk around the Vatican and perhaps into Rome. |
| VILLOT: | (*Disbelief.*)  He went for a walk. |
| VINCENZA: | Father Albino always goes for a walk after his siesta in the afternoon. |
| VILLOT: | (*To FELICI.)*  This is impossible. |
| FELICI: | (*To LORENZI.)*  We need to find the Holy Father.  The Pope is not supposed to wander about by himself. |

Sources:    Up in Venice he [John Paul I} would take his nice little siesta in the afternoon.  If he
decided he wanted to take a little walk out in the square he'd just get up and walk out . . .
Then he comes in here he's closed in . . ." Night, p. 79.

"One of the Vigliance men had called security chief with the news that shortly after
daybreak the pope had walked past a dumbfounded Swiss Guard on duty at the Porta
Saint Anna and stood for some minutes on Italian soil looking up and down a thankfully
deserted street.  Then he had just as casually strolled back through the gates wishing the
guard a cordial good morning before going on his way . . . Cibans immediate concern is
security . . . Moe and Martin are concerned with another aspect:  the diplomatic gaffe the
pope caused by walking into Italian territory.  As head of state, says Noe crossly
Gianpaolo should know he is simply not permitted to stroll into another country
unannounced and especially unescorted.  This sort of behavior must stop."  Pontiff p.
229.

"He [shook hands with the Communist mayor of Rome . . . He walked unannounced in
the Vatican gardens with Cardinal Villot (throwing the Vatican security forces into
confusion and disorder).  He wandered around the offices of Secretariat of State to see
who was doing what.  He grinned, he smiled, he laughed, he quoted . . . Jules Vern, Mark
Twain, Napoleon and St. Bernard."  Popes 1978, p. 162.

"He's [John Paul I] vanished . . .

'What do you mean vanished?'

'He was here. Now he is gone . . . You must find him'" Pontiff, p. 230.


LC 42

FELICI:            'On Being a Christian, by Dr. Hans Kung'

VILLOT:           Kung?!

FELICI:            (*Mildly.*) Yes. (*He opens the cover of the book.*) It is an

                  autographed copy…with a note congratulating Cardinal Luciani on

                  the publication of his book, "Illustrissimi", and thanks Luciani for

                  sending him a copy.

VILLOT:           The Pope is missing and now you tell me he is corresponding with

                  heretics!


Source:    "None of them seemed to notice [Luciani's] personal correspondence with Hans Kung,
           congratulating that controversial theologian on the publication of his best-selling book,
           On Being a Christian . . ." Popes 1978, p. 163.

LC 42 Cont.

JOHN PAUL enters.  He is dressed simply in an old cassock.  His skullcap is more on the

                  side of his head than the top.  It is generally in this position even

                  when he if formally dressed.  FELICI puts the book his is holding

                  back in the box.

Your Holiness, where have you been:

JOHN PAUL:        About.

FELICI:           It might not be safe.

JOHN PAUL:        Who would want to harm the Pope?

FELICI:           Many people, I am afraid, Your Holiness,

- 24 -

VILLOT:            At the very least you should have the Swiss guard with you.

JOHN PAUL:         Please tell the Commander of the guards that they are not to kneel

                   when I talk to them.

VILLOT:            You spoke to the guards?

JOHN PAUL:         I wanted to know what they thought of the Vatican.


Sources:    "Gianpaolo was stunned to learn how many threats to his life there have already been during the eight days he has held office. Villot sent him a file detailing the terrorist outcries against the Church. Pontiff pp. 212-213.

"One of the Vigilance men had called security chief with the news that shortly after daybreak the pope had walked past a dumbfounded Swiss Guard on duty at the Porta Saint Anna and stood for some minutes on Italian soil looking up and down a thankfully deserted street. Then he had just as casually strolled back through the gates wishing the guard a cordial good morning before going on his way . . . Cibans immediate concern is security . . . Moe and Martin are concerned with another aspect: the diplomatic gaffe the pope caused by walking into Italian territory. As head of state, says Noe crossly Gianpaolo should know he is simply not permitted to stroll into another country unannounced and especially unescorted. This sort of behavior must stop." Pontiff p. 229.

[John Paul] canvassed the widest possible opinions on almost every subject matter. Pontiff, p.226.

The fact that John Paul requested that the guards not kneel before him came from IGN.


LC 43, 47

FELICI:            Your Holiness, we came to discuss the details of your coronation.

JOHN PAUL:         I have been thinking about that, too. The coronation ceremony

                   needs to be rewritten.

VILLOT:            It has not changed for hundreds of years.

JOHN PAUL:         (Softly.) There will be no crowning.

VILLOT:            Impossible…the Pope is always crowned.

- 25 -

JOHN PAUL:        I am a priest, not a king.  There will be no crown… And I will

                  walk into Saint Peter's.

FELICI:           The Pope is always carried by eight men in a throne on a

                  platform…

JOHN PAUL:        (*Gently.*)  I will not be carried on the backs of men.

VINCENZA enters with a try of coffee.  She is helped by MONSIGNOR MAGEE.

VICENZA:          The kitchen sent up some coffee.  I tasted it Father, it's terrible.

                  Shall I send it back?

VILLOT:           Sister Vicenza should really refer to you as Your Holiness or Holy

                  Father.

JOHN PAUL:        Sister Vincenza has very fixed views.  I would not change them for

                  the world.

VILLOT:           Holy Father, you should use the royal "we" when you speak.

JOHN PAUL:        (Slightly irritated) I am a priest.  I will speak as a priest.

VILLOT:           Sister Vincenza should really refer to you as Your Holiness or

                  Holy Father.

BENELLI:          It was as if a thousand years of dust and ceremonies had vanished

                  overnight . . .

                  One week later the coronation ceremony took place.  Except it was

                  no longer a coronation.  The ceremony, over a thousand years old,

                  was completely rewritten.  The three-crowned tiara was gone.  In

                  its place, he wore a simple cloth miter, the symbol of pastoral

                  authority.  For a thousand years, the Pope had been carried on a

throne to the sound of trumpets.  The throne was gone, the

trumpets were silent, instead he came on foot, through his people.

Sources:     "John Paul's September was a revolution.  He swept away the throne, the crowning, the majestic "we" the word "pontificate" the formal and aloof monarchial style of the popacy – even the 'seda gestatoria' (chair on which the pope is carried.)"  Popes 1978, p. 162.

"Since [Luciani] refused to be 'crowned' there could be no question of 'crownation . . . the tiara, the waving ostrich plumes, even the sedia gestatoria – all were to be relegated to the Vatican lumber room . . .  All the titles that theologians had criticized as unscriptural or even pagan – Vicar of Christ, Supreme Pontiff, Head of the Church – were abandoned in favor of pope, bishop of Rome, supreme pastor. . .   Pope John Paul received the pallium from Cardinal Felici.  The trappings of temporal power had to been replaced by this eminently Christian symbol."  Three Popes, p. 125.

"There was [John Paul I] instance on having the coronation mass re-written:  the mass which had bound each pope to the Church since the Treaty of Westphalia in 1648 . . . the mass which had remained virtually unchanged since the papal crown was placed on the head of Leo X . . .  Gianpaolo dispensed with such terminology – because he also refused to wear the crown pontiffs wore . . .  Furthermore, Gianpaolo had virtually dispensed with the plural magistrates "we" . . ."  Pontiff pp. 228 – 229.

"She [Vincenza] knows some people around the Apostolic Palace find her sharply discouraging about any personal questions about herself or the man she now finds it strange, after all their years together to call Holy Father.  She still lapses back to Padre Albino."  Pontiff, p. 221.

The reference to a thousand years of dust and ceremonies is Mr. Crane's own original line.


LC 44, 45

JOHN PAUL:          What else would you like to discuss?

VILLOT:             (*Consulting an agenda.*)  There is a request for an audience.  The

                    United States Congressional Committee on Population has

                    requested a meeting with Your Holiness.

JOHN PAUL:          When would they like to meet?

VILLOT:           That is the problem.  If you meet it will send the wrong message to

                  Catholics around the world.  The Committee supports artificial

                  birth control.

*JOHN PAUL stands and picks up a rolled map and starts to spread it across his desk.*

JOHN PAUL:        This is a map of the world.  (*As he puts a book at each end of the*

                  *map to hold it flat, two cardinals join him.*)  There are Catholics in

                  almost every country of the world.  This year the world population

                  reached four point four billion.  Over the next year seventy-three

                  million children will be born, most of them in the Third World.

                  Every hour one thousand children under the age of five die of

                  malnutrition.  By this time tomorrow thirty-thousand children will

                  be dead.  Yes I will meet with the committee.

VILLOT:           Is your Holiness suggesting that Pope Paul's encyclical on birth

                  control is wrong?

JOHN PAUL:        Pope Paul did not invoke the doctrine of papal infallibility when he

                  signed the encyclical.  The issue needs further study.

FELICI:           The issue was studied.

JOHN PAUL:        And the report of ninety per cent of the commission favored

                  permitting some form of artificial birth control.  Pope Paul was

                  talked into rejecting the commission's report.  I am not bound by

                  his decision.  (*To VILLOT.*)  I want a report on every Third World

                  country that has Catholics and I want it before I meet with

                  congressional committee.