# Brandman
# Productions, Inc.

2062 NORTH VINE STREET, HOLLYWOOD, CALIFORNIA 90068
TELEPHONE: (323) 463-3224    ■    FAX: (323) 463-0852

October 16, 2007

Mr. Roger Crane
c/o Nixon Peabody
437 Madison Ave.
New York, NY  10022-7001

Dear Roger:

This letter will serve as confirmation of my interest in optioning and further developing your play, "The Last Confession," as a feature motion picture.

However, at the advice of Counsel, I am unable to proceed with my offer until such time as you have resolved your legal issues with David Yallop.

Also, as you know, I have secured a commitment of interest in both the scripting and the directing of the proposed movie by Michael Radford.    Radford's availability is somewhat in flux and without a timely offer to him, I run the risk of losing him.    Therefore, I am extremely hopeful for a quick resolution of your legal issues.

Please advise.

All best regards.

Cordially,

Michael Brandman