UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER R. CRANE, JR,

                Plaintiff,

- vs -

POETIC PRODUCTS LIMITED,

                Defendant.

POETIC PRODUCTS LIMITED,

                Counterclaimant,

- vs -

ROGER R. CRANE, JR,

                Counterclaim Defendant.

Case No. 07 Civ. 7063 (BSJ) (FM)

**DECLARATION OF TAMAR Y. DUVDEVANI**

I, TAMAR Y. DUVDEVANI, declare under penalty of perjury that the following is true and correct:

1.    I am an attorney admitted to practice in the state of New York and before the United States District Court for the Southern District of New York. I am an associate of Nixon Peabody LLP, counsel to Plaintiff-Counterclaim Defendant Roger R. Crane, Jr. ("Crane"). I submit this Declaration in support of Crane's Motion for Summary Judgment.

2.    A true and correct copy of *The Last Confession*, a play written by Crane, is annexed hereto as <u>Exhibit 1</u>.

3.    A true and correct copy of *In God's Name: An Investigation Into The Murder Of Pope John Paul I*, a book written by David A. Yallop, is annexed hereto as <u>Exhibit 2</u>.

4. A chart containing (1) passages from *The Last Confession* that allegedly infringe *In God's Name* as per Poetic Products' June 22, 2007 letter to Crane; (2) cites to other books and articles in the public domain that contain the same factual and historical information or quotations; and (3) the "corresponding" passages from *In God's Name* that were allegedly infringed is annexed hereto as <u>Exhibit 3</u>.

5. True and complete copies of published articles concerning Pope John Paul I are annexed hereto and <u>Exhibit 4</u>.

6. A true and complete copy of the cover and inside flaps of the 1984 edition of *In God's Name* is annexed hereto as <u>Exhibit 5</u>.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the forgoing is true and correct.

Executed on this 13th day of November, 2007

/s/ Tamar Duvdevani
Tamar Y. Duvdevani (TD 7603)