

# IN GOD'S NAME

WORLDWIDE BESTSELLER, OVER 6,000,000 COPIES SOLD

DAVID YALLOP

Only thirty-three days after his election, Pope John Paul I, Albino Luciani, died in strange circumstances. Almost immediately rumors of a cover-up began to circulate around the Vatican. In his researches David Yallop uncovered an extraordinary story: behind the Pope's death lay a dark and complex web of corruption within the Church that involved the Freemasons, Opus Dei and the Mafia and the murder of the "Pope's Banker" Roberto Calvi.

When first published in 1984 *In God's Name* was denounced by the Vatican yet became an award-winning international bestseller. In this new edition, Yallop brings the story up to date and reveals new evidence that has been long buried concerning the truth behind the Vatican cover-up. This is a classic work of investigative writing whose revelations will continue to reverberate around the world.



CARROLL & GRAF
An imprint of Avalon Publishing Group
www.carrollandgraf.com
Distributed by Publishers Group West

$16.95  TRUE CRIME/HISTORY

ISBN-13: 978-0-78671-984-6
ISBN-10: 0-7867-1984-2

9 780786 719846