**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Page 32*<br><br>SUENENS:  The press asked Luciani yesterday.  He told them, 'You can't make gnocchi out of this dough.' | Source: *In God's Name.*<br><br>A quote which is historical fact. | *Page 69*<br><br>'You can't make gnocchi out of this dough,' Luciani had remarked to several well-wishers before the Conclave.  It now appeared that a significant number of his fellow cardinals disagreed with this self-evaluation. |

## SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
## IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Page 33*<br><br>GANTIN: (*To BENELLI.*) They asked me to come and see you. (*Pause.*) Baggio met recently with Marcinkus. He told Marcinkus that if he becomes Pope he will keep him in charge of the Vatican Bank. | Source: ***In God's Name***.<br><br>A historical fact. | *Page 55*<br><br>In a curious maoeuvre to assist his own candidature, Baggio contacted Paul Marcinkus and assured him that he would be confirmed in his post as Head of the Vatican Bank if Baggio were elected. Bishop Marcinkus, unlike the cardinals who had been dispossessed by the late Pope's rules, was still running the Bank. There was no public indication that he would not continue to do so. The gesture by Baggio mystified Italian observers. If they had been able to persuade any of the cardinals present during the private General Congregations to talk, the move by Baggio would have taken on a deeper significance. |

10787994.4

### SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
### IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Page 33.*<br><br>GANTIN. In the Vatican everything is confidential and nothing is secret. | This is Mr. Crane's original language. The concept behind the language came from Mr. Crane's own view of the Vatican. | *Preface xvii*<br><br>Within the Vatican there is no such thing as a private audience that remains completely private |

10787994.4

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Page 34*<br><br>GANTIN: What we need is a Christ to drive the money-lenders from the temple. | Referred material is in every bible and mentioned often during Crane's 16 years of Catholic education.<br><br>*See, e.g.,* New American Standard Bible (©1995):<br><br>Mark 11:15<br><br>Then they came to Jerusalem. And He entered the temple and began to drive out those who were buying and selling in the temple, and overturned the tables of the money changers and the seats of those who were selling doves.<br><br>John 2:15<br><br>And He made a scourge of cords, and drove them all out of the temple, with the sheep and the oxen; and He poured out the coins of the money changers and overturned their tables.<br><br>Matthew 21:12, New International Version:<br><br>Jesus entered the temple area and drove out all who were buying and selling there. He overturned the tables of the money changers and the benches of those selling doves. | *Page 303*<br><br>And Jesus went into the temple of God, and cast out all them that sold and bought in the temple, and overthrew the tables of the moneychangers, and the seats of them that sold doves,<br><br>And said unto them, It is written, My house shall be called the house of prayer; but ye have made it a den of thieves.<br><br>Matthew 21:12/13<br><br>Albino Luciani had a dream. He dreamt of a Roman Catholic Church which would truly respond to the needs of its people on vital issues such as birth control. He dreamt of a Church which would dispense with the wealth, power and prestige that it had acquired through Vatican Incorporated; of a Church which would get out of the market place and reject the moneylenders where the message of Christ had become tainted; of a Church that would once again rely upon what has always been its greatest asset, its source of true power, its greatest claim to a unique prestige: the Gospel. |

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF**
**IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Page 35*<br><br>SUENENS: Luciani has twenty votes, Siri has twenty-five and Pignedoli has dropped to fifteen. Baggio has nine. You have twenty. They are still voting for you – despite what you said. If you can get Pignedoli to release his supporters and swing the South Americans from Lorscheider to you… | **Three Popes**, pp. 82-83.<br><br>"According to these sources, the ballots in the conclave went as follows:<br><br>| 1st ballot | 2nd ballot | 3rd ballot |<br><br>| Siri 25 | Luciani 56 | Luciani 'over 90' |<br>| Luciani 23 | Pignedoli 15 | Pignedoli 17 |<br>| Pignedoli 18 | Lorscheider 12 | Lorscheider |<br>| Baggio 9 | Baggio 10 | ' at least 1' |<br>| König 8 | Felici 8 | |<br>| Bertoli 5 or 6 | Cordeiro 4 | |<br>| Pironio 4 | plus 6 single votes | |<br>| Felici 2 | | |<br>| Lorscheider 2 | | |<br>| plus 24 single votes | | |<br><br>"Election is secured at the third ballot, but a fourth confirming ballot is not excluded by these figures. (Cardinal Hoffner has said that the name of Luciani was the only one read out)." . . . .<br><br>But why did this happen? The curial mistrust of Pignedoli was no secret. He was said to be naïve and light-weight intellectually. Ossobuco's remarks reflected their views accurately. Given, therefore, the outcome of the first ballot, and determined to stop Pignedoli, they immediately switched to Luciana whom they would not have chosen but whom they had nothing against. He might even be more manageable. This was confirmed by their enthusiasm for the eventual result. Luciani was not their candidate but he rapidly became their candidate. . . .<br><br>*    *    *<br><br>**Pope 1978**, pp. 151-152. (Emphasis added.)<br><br>"As the names are read, there is visible relaxation among the Luciani supporters. Nothing unexpected is happening. Siri and Luciani are getting about the same number of votes. The others are spread out: Pignedoli, | *Page 66*<br><br>Siri 25 votes. Luciani 23 votes. Pignedoli 18 votes. Lorscheider 12 votes. Baggio 9 votes.<br><br>*Page 67*<br><br>Unaware of the identities of his supporters Luciani concluded that this aberration would correct itself at the second vote, and reaching for another voting card wrote the name of Alois Luscheider upon it |

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

Baggio, Koenig, Bertoli, Pironio, a couple for Lorscheider and Felici.

After the names have been read out from each ballot, the ends of the thread are tied in a knot and the scrutineers count up the votes on their tally sheets. Siri has the most votes, twenty-five.[1] Luciani is behind him, but only by a few votes; Pignedoli has less than twenty votes; the others are widely distributed, with Baggio, Koenig, Bertoli, Pironio, Lorscheider, and Felici all having less than ten votes. The coalition leaders relax. No surprises, everything according to plan. Pignedoli and Baggio hide their emotions. Luciani frowns. How could it be possible that he got so many votes?"

He shakes his head, mutters something under his voice which a cardinal near him thinks sounds like the word "Absurd."

They look at their watches. The whole process only took an hour. It seemed longer. The revisors hastily recount the ballots, check the tallies. The count is accurate. They proceed to a second ballot. Again, the tension increases slightly. The first ballot was exploratory: compliments were being paid, feelings were being protected-though the feelings of Pignedoli and Baggio are beyond protection. But the second ballot is the serious one. Will it be Siri or Luciani who gains the votes? They are now going to drift away from the other candidates. Halfway through the count, it becomes clear what is going to happen and Luciani is visibly upset. It is truly absurd. There is absolutely no reason why he should be pope. He should have stopped Benelli when there was time. <u>Now it is too late. Cardinal Ribeiro, the handsome young patriarch of Lisbon, leans over and whispers to him, "Courage, the Lord gives the burden. He will also give the strength to carry it. And on the other side, tall, thin, bespectacled Johannes Willebrands, one of Luciani's many close friends, whispers to him, "don't worry. All over the world everyone is praying for the new pope."</u> The ballots are counted, the tally sheets are added up, totals are announced, and a sense of relief passes through the Sistine Chapel. The job is virtually over, the task has been done. It turned out to be easy after all. The conclave will be over before the sun goes down. Tonight will be the last night.

Tomorrow they will be out of the purgatory of the Vatican Palance and the Sistine Chapel. Luciani has gained thirty votes and now has fifty-five. Siri supporters remain unmoved with their solid block of approximately twenty-five votes. Pignedoli has slipped back now to fifteen votes, and Lorscheider has risen to twelve. In the afternoon, surely, enough of the Lorscheider and Pignedoli votes will switch to Luciani to guarantee his election. The ballots and the tally sheets are placed in the stove at the back of the chapel and black

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

smoke goes up. The cardinals again look at their watches and smile. It is earlier than most people believe would be possible for them to have finished two ballots. Many are going to be caught unawares over in the piazza. Someone whispers in Luciani's ear, "The next time it will be white." He smiles hollowly. Lunch is now affable and relaxed. Pignedolis is cheerful; Baggio smiles and chuckles; Luciani tries awkwardly to ignore what is happening; Benelli, Suenes, Arns, Lorscheider exchange pleased smiles. Felici decides that he and his less than completely intransigent curial allies have stayed with the Siri ship long enough. Luciani is a happy solution to the problem.

The patriarch of Venice goes back to his room, room 60, and tries to take the brief siesta which is his daily custom, but he does not sleep.

Back in the chapel in the late afternoon, the cardinals are in an almost frolicsome mood. The Holy Spirit is working among them. Particularly happy are the electors from the disorganized middle, who really had no idea of the candidate from whom they ought to vote. Cardinal Carberry will speak later of a feeling of revelation. It was clear on the first ballot that Luciana was most likely going to be the winner, and so many of the uncertain cardinals in the middle promptly jumped on his bandwagon. The coalition leaders expected to pick up fifteen more votes. They got double that number. Perhaps the third ballot will do it, certainly the fourth. It is easier than anyone had expected. The coalition of the left and the moderate right against the far right and the disorganized center had now won over much of the center too, and was about to elect Albino Luciani as pope.

But not quite. Some of Pignedoli's supporters and some of the Siri supporters (including Felici) turned to Luciani on the third ballot, but not quite enough. He still fell five or six votes short. The cardinals are smiling, happy and carefree. The next ballot is a formality. Luciani will certainly win and the conclave will be over. A sense of peace and joy flows through the Sistine Chapel. The Holy Spirit had done his work well. "Now," says Luciani to a colleague smiling warmly, "it begins to get dangerous for me."

The cardinals have now dispensed with taking the oath each time they vote (thus frustrating Paul VI's cautious safeguards against the possibility that a cardinal would on a later ballot not vote for the man he thought was best suited for the job). As the third scrutineer reads off the votes, only Luciani's name is heard. At 6:05, the seventy-fifth Luciani votes is recorded and the cardinals applaud enthusiastically. The Swiss Guard posted outside is startled. A pope so soon? There were some ninety votes for Luciani, one

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| | | |
|---|---|---|
| | dogged ballot for Aloisio Lorscheider (the new pope himself, of course), and twenty blank votes cast by the stubborn Siri supporters, who are sending a message in this election just as they had in the last." | |

10787994.4

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF**
**IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Pages 36, 37*<br><br>LORSCHEIDER: The Papacy has been Italian for five hundred years. One might think it is time for a change.<br><br>BENELLI: He is telling the cardinals that you should be Pope.<br><br>LORSCHEIDER: I know.<br><br>BENELLI: What do you think of Luciani?<br><br>LORSCHEIDER: He visited me in Rio last year. He is a charming and gentle man, more knowledgeable than some people believe. But, he is no administrator.<br><br>BENELLI: You have said the next Pope should be a holy man, a good pastor, a man of hope. You have described Luciani.<br><br>LORSCHEIDER: He would need a strong Secretary of State.<br><br>BENELLI: Yes. | **Three Popes**, p. 80.<br><br>"But there was another factor in the election which made it less surprising for those in the know: the relationship between Cardinal Luciani and Cardinal Lorscheider – and through Lorscheider with the Latin Americans generally. The Patriarch of Venice . . . had been to Brazil two years before to deal with the pastoral problems of Italians working there . . . The esteem was mutual . . . Cardinal Luciani had confided to a Venetian priest that he would be happy to see Lorscheider as pope."<br><br> *   *   * <br>**Three Popes**, p. 132.<br><br>"Pope John Paul I . . . had consistently voted for Cardinal Aloisio Lorscheider in the August Conclave."<br><br> *   *   * <br>**Pontiff, p. 118**, by Gordan Thomas and Max Morgan – Witts.<br><br>"Greeley continues that 'doubtless someone in the papal entourage must be an efficient administrator . . . it is not necessary for the pope . . .'" | *Page 68*<br><br>The third ballot would be crucial. Siri and Luciani were finely balanced. While a very troubled Patriarch of Venice picked at his food, others were busy. Giovanni Benelli talked quietly to the cardinals from Latin America. They had made their point, he assured them, but clearly a Pope from the Third World was not going to emerge during this Conclave. Did they want a man like Siri with his reactionary views on the throne? Why not a man who, if not from the Third World, clearly loved it? It was no secret, Benelli told them, that Luciani was voting for their own Aloisio Lorscheider.<br><br>In fact Benelli was in danger of gilding the lily. The cardinals from Latin America had done their homework to a far greater degree than any other geographical group. Aware that their chances of electing Lorscheider were not great they had, before the Conclave, prepared a short list of non-Curial Italians. One of the men with whom they discussed the list was Father Bartolomeo Sorge, a Jesuit priest based in Rome. During a two-hour discussion Sorge pointed out the various aspects for and against each of the possibles. The name that had emerged was Albino Luciani. Father Sorge recalled for me his final words of advice to the group of cardinals:<br><br>"If you want to elect a Pope who will help to build up the Church in the world, then you should vote for Luciani. But remember he is not a man who is accustomed to governing, consequently he will need a good Secretary of State." |

10787994.4

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| ALLEGEDLY INFRINGING PASSAGES OF THE LAST CONFESSION © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF IN GOD'S NAME © 1984 |
|---|---|---|
| *Page 37*<br><br>BENELLI:  Have you heard that the first test-tube baby was recently born in England?<br><br>LORSCHEIDER:  Yes.<br><br>BENELLI:  Many church leaders condemned the birth.<br><br>LORSCHEIDER:  I know.<br><br>BENELLI:  I would like to read you a letter from Cardinal Luciani.  (*BENELLI takes out a paper, reading.*)  'I send the most heartfelt congratulations to the English baby girl whose conception took place artificially.  As far as her parents are concerned I have no right to condemn them.  If they acted with honest intentions and in good faith, they may even have great merit before God for what they wanted and asked the doctors to carry out.'  He concludes by saying that the individual conscience must always be followed.  However, each individual must seek to develop a well-formed conscience. (*There is a moment's silence.*) | **Three Popes,** p. 112.<br><br>"[Luciani] addressed himself to the problem of Louise Brown, Oldhom's test-tube baby . . .  He congratulated the child and her parents . . . 'As for the parents, I have no right to condemn them, subjectively if they acted in good faith and with a right intention, and they may have great merit before the Lord . . .  As for the individual conscience, it must always be followed, but the individual is obligated to have a well-formed conscience.'"<br><br>* * *<br><br>**Popes 1978,** p. 138.<br><br>"I send the most heartfelt congratulations to the English baby girl whose conception took place artificially.  As far as her parents are concerned I have no right to condemn them.  If they acted with honest intentions and in good faith, they could even be deserving of merit before God for what they wanted and asked the doctors to carry out." | *Pages 190-191*<br><br>A number of Curial cardinals had discovered to their horror that shortly before the Conclave Albino Luciani had been asked for his opinion on the birth of Louise Brown, known as 'the first test tube baby', an English girl recently born with the aid of artificial fertilization.  Luciani had been interviewed on the subject three days before the death of Pope Paul VI but his views were not generally known until the article carried in Prospettive nel Mondo after his election.  The hardliners on birth control read with growing dismay the views of the man who was now Pope.<br><br>Luciani had begun cautiously, making it clear that what he was expressing were his own personal views, because he, like everyone else, 'waited to hear what the authentic teaching of the Church would be when the experts had been consulted'.  His surprise election had produced a situation in which the authentic teaching of the Church on this as on any other subject was now totally within Luciani's province.<br><br>In the interview Luciani expressed qualified enthusiasm about the birth.  He was concerned about the possibility of 'baby factories', a prophetic concern in view of current events in California where women are queueing to be impregnated with the sperm of Nobel prize winners.<br><br>On a more personal note to the parents of Louise Brown, Luciani said:<br><br>Following the example of God, who desires and loves human life, I too send my best wishes to the baby.  As for the her parents, I have no right to condemn them; subjectively, if they acted with good intentions and in good faith, they may even have great merit before God for what they have decided and asked the doctors to do.<br><br>He then drew attention to a previous pronouncement by Pius XII which might put the act of artificial fertilization in conflict with the Church.  Then, considering the view that every individual has the right to choose for him or herself, he expressed an opinion that lay at the heart of his attitude towards many moral problems.  'As for the individual conscience, I agree, it must always be followed, whether it commands or forbids; the individual though must seek always to develop a well-formed conscience. |

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF**
**IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Page 38* <br><br> BENELLI: You are wrong. Yes he is gentle, yes he is humble, and he can take a long time to make up his mind, sometimes, too long…but when he is committed to a course of action he is like a rock. | *In God's Name.* <br><br> ". . . when he is committed to a course of action he is like a rock." A quote from Cardinal Benelli. | *Page 163* <br><br> Benelli had learned over nearly a decade that one did not influence Luciani by strenuously urging a particular course of action. He told me: <br><br> With Pope Luciani, you laid out the facts, made your own recommendation, then gave him time and space to consider. Having absorbed all the available information, he would decide and when Pope Luciani decided, nothing, and understand me on this, nothing would move or shift him. Gentle, yes. Humble, yes. But when committed to a course of action, like a rock. <br><br> NOTE The Play skips the second ballot and proceeds to the third ballot. |

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Page 38*<br><br>LORSCHEIDER: (*He grips LUCIANI's arm.*) If the Lord gives the burden, he also gives the strength to carry it.<br><br>GANTIN: (*He grips LUCIANI's other arm.*) The whole world prays for a new Pope. | **Popes 1978**, p. 158.  See also Popes 1978, pp. 151-152 supra.<br><br>"One said to me 'Courage, if the Lord gives a burden he also gives the strength to carry it' and another said "Don't be afraid.  The whole world prays for a new pope."<br><br>\*   \*   \*<br><br>**Three Popes**, p. 76.<br><br>"One of [my colleagues] said "Courage, if the Lord gives a burden, he also gives the strength to carry it!  And the other said: Don't be afraid the whole world is praying for a new pope." | *Pages 69, 70*<br><br>Emerging from his cell at 4.00 p.m.  Luciani was warmly embraced by Cardinal Joseph Malula from Zaire.  Full of joy Malula offered his congratulations.<br><br>Luciani shook his head sadly.  'A great storm is troubling me,' he said as the two men made their way back for the third ballot.<br><br>Luciani 68 votes<br><br>Siri 15 votes<br><br>Pignedoli 10 votes<br><br>The remaining 18 votes on the ballot were scattered.  Albino Luciani was now within seven votes of the Papacy.  With a hand to his forehead he was heard to murmur, 'No. Please no.'<br><br>It was Cardinals Willebrands and Riberio, seated either side of Luciani, who heard the entreaty.  Both men instinctively reached out and gripped Luciani.  Willebrands spoke quietly.  'Courage.  If the Lord gives the burden, he also gives the strength to carry it.'<br><br>Riberio nodded and then added, 'The whole world prays for the new Pope. |

## SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
## IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Pages 39, 40*<br><br>VILLOT: Do you accept your election as Supreme Pontiff?<br>*There is a long moment of silence as LUCIANI slowly raises his head and looks at VILLOT.*<br><br>LUCIANI: (*With a soft voice.*) May God forgive you for what you have done. (*Another pause. Then in a slightly louder voice.*) I accept.<br><br>VILLOT: By what name do you wish to be called?<br><br>LUCIANI: (*A short pause. LUCIANI smiles.*) John Paul the First.<br><br>FELICI and VILLOT walk up to LUCIANI and dress him in the robes of the Pope. They had him a white cap. He takes off his red cap and replaces it with the white one but puts it at rakish angle. The papal robes are noticeably too big for him. FELICI and VILLOT step back.<br><br>CONFESSOR: Why Luciani? Even the robes didn't fit.<br><br>BENELLI: They made the papal garments in every size...except his. Nobody had his measure.<br><br>SUENENS: (*Approaching JOHN PAUL*) Holy Father, thank you for saying yes.<br><br>LUCIANI: Perhaps it would have been better if I had said no.<br><br>VILLOT and FELICI walk with LUCIANI to the front of the stage. FELICI steps forward.<br><br>FELICI: (*To the audience.*) I bring you news of great joy. We have a Pope, Cardinal Albino Luciani, who has chosen the name John Paul the First. | **Popes 1978**, pp. 151-154. (Emphasis added.)<br><br>"His face beaming with joy, Villot says the words required by Paul VI's constitution. '<u>Do you accept your canonical election as Supreme Pontiff</u>?' Luciani replies, "<u>May God forgive you for what you have done</u> in my regard." . . . the now smiling Luciani. The cardinals are delighted; the name is marvelously appropriate.<br><br>Luciani is led out to done the temporary white papal robes, grinning happily now – never in his life could he repress the grin – he takes the chair in front of the alter, and the joyful cardinals approach one by one to embrace him and kiss the papal ring. He has a kind and friendly word to say to every one of them.<br><br>"<u>Holy Father, thank you for saying yes</u>," said Leo Suenens, who had perhaps more to do with electing him than anyone else.<br><br>The new pope, who knew that he had Suenens to blame for his plight, responded with his broadest grin, "<u>Perhaps it would have been better if I had said no</u>."<br><br> *   *   * <br><br>**Pontiff**, pp. 198-199. (Emphasis added.)<br><br>"The tailor goes to the rack, now in command. He selects the smallest of the cassocks and turns to Gianpaolo.<br><br>"'If it pleases Your Eminence.' He quickly corrects his mistake. 'Pardon, *Santissimo Padre*.'<br><br>"Gianpaolo smiles. 'It will take me time as well to become used to this.<br><br>"Gammarelli helps Gianpaolo remove his cardinal's robe. He hands it to Noè, who takes it away. . . . "He helps Gianpaolo to don the cassock. <u>The tailor stands back, appraising. It is a poor fits. The hem trails the ground, the sleeves reach below Gianpaolo's fingertips, and the garment hangs loosely on his slight frame.</u> | *Page 70*<br><br>There was great excitement in the Conclave. Many were now convinced that they were acting by Divine inspiration. Dispensing with the late Pope's instructions that each cardinal should swear a solemn oath each time before voting, the fourth ballot began.<br><br>Luciani 99 votes<br><br>Siri 11 votes<br><br>Lorscheider 1 vote (that of Albino Luciani)<br><br>As the final vote was announced there was a tremendous burst of applause from the gathering. The time was 6.05 p.m. A clique of Siri supporters, members of the intransigent right, had held out to the end. The doors of the Chapel opened and various Masters of Ceremonies came, accompanying the Camerlengo Villot, to where Albino Luciani sat. Villot spoke.<br><br>'Do you accept your cardinal election as Supreme Pontiff?'<br><br>All eyes were upon Luciani. Cardinal Ciappi described for me that moment. 'He was sitting three rows behind me. Even at the moment of his election he was hesitating, Cardinal Villot put the question to him and he continued to hesitate. Carindals Willebrands and Ribeno were clearly encouraging him.'<br><br>Luciani eventually responded. 'May God forgive you for what you have done in my regard.' The he added, 'I accept.'<br><br>'By what name do you wish to be called?' asked Villot.<br><br>Luciani hesitated again. Then for the first time he smiled: 'John Paul the First'.<br><br>*Pages 71/72*<br><br>There is also the vital element of Luciani's personal humility. Describing the acceptance of the Papacy as an act of humility may appear to be contradictory. To equate the taking of supreme power with meekness is, in fact, entirely consistent if the last thing you want on earth is supreme power. |

SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| | | |
|---|---|---|
| LUCIANI steps forward with a humble but radiating smile. . . . | "The pope smiles in sympathy. 'You could not have known.'<br><br>"'*Grazie, Santissimo Padre.*"<br><br>       \*   \*   \*<br><br>**Popes 1978**, p. 158. (Emphasis added.)<br><br>"Felici . . . appearing on the balcony . . . and saying '<u>Annuncio robi gaudeum magnum: hatemus popem Albinum Luciani, qui sibi imposuit nomen Ioannem Pauliem primum.</u>" Three Popes, p. 85. (<u>Translated: I bring you news of great joy. We have a Pope, Albino Luciani, who has chosen the name John Paul I.</u>) (Emphasis added.).<br><br>"The talk [the speech below at *The Last Confession* 40] was dazzling. <u>It was delivered with simplicity, humility, and that incredibly contagious smile.</u>"<br><br>       \*   \*   \*<br><br>**Three Popes**, p. 114.<br><br>"John Paul waived cheerfullly back at the crowd. His white skullcap was perched uncertainly on the back of his head, and his unruly quip emerged. As Cardinal Basil Howe later remarked: 'It is always a winner if you can have your skullcap slightly asquiff . . .'" . | Inside the Conclave, as the new Pope was led to the Sacristy, all was joy. Outside all was confusion. While the Gammarelli brothers, tailors to the Vatican, tried to find a Papal white cassock that fitted, the cardinals were merrily burning their voting papers with the special chemical that was designed to ensure white smoke for the watching world. The watching world saw first white smoke, then a short while later, puffs of black (indicating that the Church was still without a Pope) emerge from the small chimney. The smoke had begun to emerge at 6.24 p.m. As it continued to belch out in a variety of hues, the Gammarelli brothers inside were not having any better luck with the white cassocks. Normally before a Conclave they made three: small, medium and large. This time, working from a list of twelve *papabili,* they had produced four, including an extra large one. The 'slightly-built Luciani had obviously not featured on their short-list of fancied cardinals. Eventually, nearly drowning in his new cassock, he emerged from the Sacristy and, sitting on a chair in front of the altar, received each cardinal who, having kissed Luciani's hand, was then warmly embraced by the new Pope.<br><br>Suenens, one of the cardinals largely responsible for this election, observed 'Holy Father, thank you for saying "yes".<br><br>Luciani smiled broadly at him. 'Perhaps it would have been better if I has said"no".' |

## SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
## IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Page 40*<br><br>LUCIANI:  This morning I went to the Sistine to vote peacefully.  I never imagined what was to take place.  Realize this:  I do not have the wisdom or heart of Pope John.  Nor do I have the preparation and culture of Pope Paul.  However I stand now in their place.  I will seek to serve the Church and I hope that you will help me with your prayers. | **Popes 1978**, pp. 158-159.<br><br>"Yesterday morning I went to the Sistine to vote peacefully.  I never would have imagined what was to take place . . .  Realize this I do not have the wisdom of heart of Pope Paul.  Nor do I have the preparation and culture of Pope Paul.  However I stand now in their place.  I will seek to serve the church and I hope that you will help me with your prayers."<br><br>*   *   *<br><br>**Three Popes**, pp. 114-115.  See pages for whole speech.<br><br>"Yesterday morning I [Luciani] went to the Sistine Chapel to vote peacefully.  I never would have imagined what was to take place . . .  Be sure of this.  I do not have the wisdom of heart of Pope John.  I do not have the preparation and culture of Pope Paul.  However I now stand in their place.  I will seek to serve the Church and hope you help me with your prayers.'" | *Pages 74/75*<br><br>'Yesterday morning I went to the Sistine Chapel to vote peacefully.  Never could I have imagined what was about to take place…<br><br>….Be sure of this.  I do not have the wisdom of heart of Pope John, nor do I have the preparation and culture of Pope Paul.  However, I now stand in their place.  I will seek to serve the Church and I hope that you will help me with your prayers. |

10787994.4

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF**
**IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Pages 41, 42*<br><br>VILLOT:  Where is His Holiness?<br><br>LORENZI  He said he wanted to go for a  walk around the Vatican and perhaps into Rome.<br><br>VILLOT:  (*Disbelief.*) He went for a walk.<br><br>VINCENZA:  Father Albino always goes for a walk after his siesta in the afternoon.<br><br>VILLOT:  (*To FELICI.*) This is impossible.<br><br>FELICI:  (*To LORENZI.*) We need to find the Holy Father.  The Pope is not supposed to wander about by himself.<br><br>*Page 42*<br><br>FELICI:  'On Being a Christian, by Dr. Hans Kung'<br><br>VILLOT:  Kung?!<br><br>FELICI:  (*Mildly.*) Yes.  (*He opens the cover of the book.*)  It is an autographed copy…with a note congratulating Cardinal Luciani on the publication of his book, "Illustrissimi", and thanks Luciani for sending him a copy.<br><br>VILLOT:  The Pope is missing and now you tell me he is corresponding with heretics!<br><br>JOHN PAUL enters.  He is dressed simply in an old cassock.  His skullcap is more on the side of his head than the top.  It is generally in this position even when he if formally dressed.  FELICI puts the book his is holding back in the box.  Your Holiness, where have you been: | **Night,** p. 79.<br><br>Up in Venice he [John Paul I} would take his nice little siesta in the afternoon.  If he decided he wanted to take a little walk out in the square he'd just get up and walk out . . .  Then he comes in here he's closed in . . ."<br><br> *    * <br> *    *    * <br>**Pontiff** p. 229.<br><br>"One of the Vigliance men had called security chief with the news that shortly after daybreak the pope had walked past a dumbfounded Swiss Guard on duty at the Porta Saint Anna and stood for some minutes on Italian soil looking up and down a thankfully deserted street.  Then he had just as casually strolled back through the gates wishing the guard a cordial good morning before going on his way . . .  Cibans immediate concern is security . . .  Moe and Martin are concerned with another aspect:  the diplomatic gaffe the pope caused by walking into Italian territory.  As head of state, says Noe crossly Gianpaolo should know he is simply not permitted to stroll into another country unannounced and especially unescorted.  This sort of behavior must stop."<br><br> *    *    * <br>**Popes 1978,** p. 162.<br><br>"He [shook hands with the Communist mayor of Rome . . .  He walked unannounced in the Vatican gardens with Cardinal Villot (throwing the Vatican security forces into confusion and disorder).  He wandered around the offices of Secretariat of State to see who was doing what.  He grinned, he smiled, he laughed, he quoted . . . Jules Vern, Mark Twain, Napoleon and St. Bernard."<br><br> *    *    * <br>**Pontiff,** p. 230.<br><br>"He's [John Paul I] vanished . . . | *Page 169*<br><br>This was a daily routine of Pope John Paul I - -a routine that he took delight in occasionally disturbing.  Without reference, he would go for walks in the Vatican gardens.  A simple diversion, one might think, but an impromptu stroll threw Vatical protocol and the Swiss Guards into total confusion.  He has already caused consternation within the ranks of the senior officers of the Guards by talking to men on sentry duty and also requesting that they should refrain from kneeling at his every approach.  As he observed to Father Magee: 'Who am I that they should kneel to me?'<br><br>Monsignor Virgilio Noe, the Master of Ceremonies, begged him not to talk to the Guards and to content himself with a mute nod.  The Pope asked why.  Noe spread his hands wide in amazement.  'Holy Father, it is not done.  No Pope has ever spoken to them.'<br><br>Albino Luciani smiled and continued to talk to the Guards.  It was a far cry from the early days of Paul's reign when priests and nuns would still drop to their knees to converse with the Pope even when they were carrying on a telephone conversation with him.<br><br>Luciani's attitude towards telephones also provoked alarm among many of the Curial traditionalists.  They now had to contend with a Pope who considered he was capable of dialling numbers and answering phones.  He phoned friends in Venice.  He phoned several Mothers Superior, just for a chat.  When he advised his friend Father Bartolomeo Sorges that he would like the Jesuit priest Father Dezza to hear his confession, Father Dezza phoned within the hour to arrange his visit.  The voice on the telephone informed him, 'I'm sorry the Pope's secretary isn't here at the moment.  Can I help?'<br><br>'Well, to whom am I speaking?'<br><br>'The Pope.'<br><br>It simply was not done this way.  It never had been and perhaps never will be again.  Both of the men who functioned as Luciani's secretaries strenuously deny it ever happened.  It was unthinkable.  Yet it definitely happened.<br><br>Luciani began to explore the Vatican with its 10,000 rooms and halls, with its 997 stairways, 30 of them secret.  He would suddenly take off from the Papal Apartments, either alone, or with Father Lorenzi for company.  Equally suddenly he would appear in one of the Curial offices.  'Just finding my way about the place', he explained on one occasion to a startled Archbishop Caprio, the Deputy Head of the Secretariat of State. |

10787994.4

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

JOHN PAUL:  About.

FELICI:  It might not be safe.

JOHN PAUL:  Who would want to harm the Pope?

FELICI:  Many people, I am afraid, Your Holiness,

VILLOT:  At the very least you should have the Swiss guard with you.

JOHN PAUL:  Please tell the Commander of the guards that they are not to kneel when I talk to them.

VILLOT:  You spoke to the guards?

JOHN PAUL:  I wanted to know what they thought of the Vatican.

---

'What do you mean vanished?'
'He was here.  Now he is gone . . .  You must find him'"

\*   \*   \*

**Popes 1978**, p. 163.

"None of them seemed to notice [Luciani's] personal correspondence with Hans Kung, congratulating that controversial theologian on the publication of his best-selling book, On Being a Christian . . ."

\*   \*   \*

\*   \*   \*

**Pontiff** pp. 212-213.

"Gianpaolo was stunned to learn how many threats to his life there have already been during the eight days he has held office.  Villot sent him a file detailing the terrorist outcries against the Church.

\*   \*   \*

**Pontiff** p. 229.

"One of the Vigliance men had called security chief with the news that shortly after daybreak the pope had walked past a dumbfounded Swiss Guard on duty at the Porta Saint Anna and stood for some minutes on Italian soil looking up and down a thankfully deserted street.  Then he had just as casually strolled back through the gates wishing the guard a cordial good morning before going on his way . . .  Cibans immediate concern is security . . . Moe and Martin are concerned with another aspect:  the diplomatic gaffe the pope caused by walking into Italian territory.  As head of state, says Noe crossly Gianpaolo should know he is simply not permitted to stroll into another country unannounced and especially unescorted.  This sort of behavior must stop."

\*   \*   \*

**Pontiff**, p.226.

---

They did not like it.  They did not like it at all.  The Curia were accustomed to a Pope who knew his place, one who worked through the bureaucratic channels.  This one was everywhere, into everything, and worse he wanted to make changes.

*Page 59*

A few days later Professor Hans Kung indicated in an interview with the Italian news magazine Panorama that in his view the entire Roman Catholic Church had and would continue to have sexual problems until something was done about Humanae Vitae.  He put birth control at the head of the problems facing the new Pope.  'It is a fundamental question for Europe and the United States but above all, for the Third World . . .  A revision of Humanae Vitae is necessary.  Many theologians and also bishops would have no consenting to birth control, even by artificial means, if the idea could be accepted that rules established in the past by Popes could be corrected.'

*Page 65*

He had formed friendships with many non-Catholics.  The black Phillip Potter, Secretary of the World Council of Churches, had been his house guest.  Others included Jews, Anglicans, and Pentecostal Christians.  He had exchanges books and letters with Hans Kung.  If the Roman Curia had known that, alarm bells would have rung all over Vatican City.

*Page 154.*

Using the 'official facts', many journalists fighting deadlines filed copy which portrayed a man who did not exist.  The Economist, to take one of several hundred examples, said of the new Pope, 'He would not be much at home in the company of Dr. Hans Kung.'  Research would have revealed that Luciani and Hans Kung had exchanged very friendly letters as well as sending one another books.  Further research would have shown that Luciani had several times quoted Kung favourably in his sermons.  Virtually every newspaper and periodical in the world that carried profiles of the new Pope made similar totally erroneous assertions.

10787994.4

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| | [John Paul] canvassed the widest possible opinions on almost every subject matter.<br><br>*************** | |
|---|---|---|

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF**
**IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Pages 43, 47*<br><br>FELICI:  Your Holiness, we came to discuss the details of your coronation.<br><br>JOHN PAUL:  I have been thinking about that, too.  The coronation ceremony needs to be rewritten.<br><br>VILLOT:  It has not changed for hundreds of years.<br><br>JOHN PAUL:  (*Softly.*)  There will be no crowning.<br><br>VILLOT:  Impossible...the Pope is always crowned.<br><br>JOHN PAUL:  I am a priest, not a king.  There will be no crown... And I will walk into Saint Peter's.<br><br>FELICI:  The Pope is always carried by eight men in a throne on a platform...<br><br>JOHN PAUL:  (*Gently.*)  I will not be carried on the backs of men.<br><br>VINCENZA enters with a try of coffee.  She is helped by MONSIGNOR MAGEE.<br><br>VICENZA:  The kitchen sent up some coffee.  I tasted it Father, it's terrible.  Shall I send it back?<br><br>VILLOT:  Sister Vicenza should really refer to you as Your Holiness or Holy Father.<br><br>JOHN PAUL:  Sister Vincenza has very fixed views.  I would not change them for the world.<br><br>VILLOT:  Holy Father, you should use the royal "we" when you speak.<br><br>JOHN PAUL:  (*Slightly irritated*) I am a priest.  I will speak as a priest. | **Popes 1978**, p. 162.<br><br>"John Paul's September was a revolution.  He swept away the throne, the crowning, the majestic "we" the word "pontificate" the formal and aloof monarchial style of the papacy – even the 'seda gestatoria' (chair on which the pope is carried.)"<br><br>\*   \*   \*<br><br>**Three Popes**, p. 125.<br><br>"Since [Luciani] refused to be 'crowned' there could be no question of 'crownation . . . the tiara, the waving ostrich plumes, even the sedia gestatoria – all were to be relegated to the Vatican lumber room . . .  All the titles that theologians had criticized as unscriptural or even pagan – Vicar of Christ, Supreme Pontiff, Head of the Church – were abandoned in favor of pope, bishop of Rome, supreme pastor. . .   Pope John Paul received the pallium from Cardinal Felici.  The trappings of temporal power had to been replaced by this eminently Christian symbol."<br><br>\*   \*   \*<br><br>**Pontiff** pp. 228 – 229.<br><br>"There was [John Paul I] instance on having the coronation mass re-written: the mass which had bound each pope to the Church since the Treaty of Westphalia in 1648 . . . the mass which had remained virtually unchanged since the papal crown was placed on the head of Leo X . . .  Gianpaolo dispensed with such terminology – because he also refused to wear the crown pontiffs wore . . .  Furthermore, Gianpaolo had virtually dispensed with the plural magistrates "we" . . ."<br><br>\*   \*   \*<br><br>**Pontiff**, p. 221.<br><br>"She [Vincenza] knows some people around the Apostolic Palace find her sharply discouraging about any personal questions about herself or the man she now finds it strange, after all their years together to call Holy Father. | *Pages 149/150*<br><br>On August 28th the beginning of his Papal revolution was announced.  It took the form of a Vatican statement that there was to be no coronation, that the new Pope refused to be crowned.  There would be no sedia gestatoria, the chair used to carry the Pope, no tiara encrusted with emeralds, rubies, sapphires and diamonds.  No ostrich feathers, no six-hour ceremony.  In short the ritual with which the Church demonstrated temporal power was abolished.  Albino Luciani had been long, tedious argument with the Vatican before his wishes prevailed.  Luciani, who never once used the royal "we", the monarchial first person plural, was determined that the royal Papacy with its appurtenances of worldly grandeur should be replaced by a Church which resembled the concepts of its founder.  The 'coronation' became a simple Mass.  The absurdity of a swaying Pontiff reminiscent of a Caliph from the Arabian Nights was supplanted by a supreme Pastor quietly walking up the steps of the altar.  With that gesture Luciani abolished a thousand years of history and moved the Church a little farther back down the road towards Jesus Christ.<br><br>The triple-decked, bee-hived shaped tiara was superseded by the pallium, a white woolen stoel around the Pope's shoulders.  The monarch had made way for the shepherd.  The era of the poor Church had officially begun. |

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| | | |
|---|---|---|
| VILLOT: Sister Vincenza should really refer to you as Your Holiness or Holy Father.<br><br>BENELLI: It was as if a thousand years of dust and ceremonies had vanished overnight . . .<br><br>One week later the coronation ceremony took place. Except it was no longer a coronation. The ceremony, over a thousand years old, was completely rewritten. The three-crowned tiara was gone. In its place, he wore a simple cloth miter, the symbol of pastoral authority. For a thousand years, the Pope had been carried on a throne to the sound of trumpets. The throne was gone, the trumpets were silent, instead he came on foot, through his people. | She still lapses back to Padre Albino." | |

41

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF**
**IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Pages 44, 45*<br><br>JOHN PAUL:  What else would you like to discuss?<br><br>VILLOT:  (Consulting an agenda.) There is a request for an audience. The United States Congressional Committee on Population has requested a meeting with Your Holiness.<br><br>JOHN PAUL:  When would they like to meet?<br><br>VILLOT:  That is the problem.  If you meet it will send the wrong message to Catholics around the world.  The Committee supports artificial birth control.<br><br>JOHN PAUL stands and picks up a rolled map and starts to spread it across his desk.<br><br>JOHN PAUL:  This is a map of the world.  (As he puts a book at each end of the map to hold it flat, two cardinals join him.)  There are Catholics in almost every country of the world.  This year the world population reached four point four billion.  Over the next year seventy-three million children will be born, most of them in the Third World.  Every hour one thousand children under the age of five die of malnutrition.  By this time tomorrow thirty-thousand children will be dead.  Yes I will meet with the committee.<br><br>VILLOT:  Is your Holiness suggesting that Pope Paul's encyclical on birth control is wrong?<br><br>JOHN PAUL:  Pope Paul did not invoke the doctrine of papal infallibility when he signed the encyclical. The issue needs further study.<br><br>FELICI:  The issue was studied. | **Popes 1978**, p. 171.  (Emphasis added.)<br><br>"What are the character and personality of John Paul?  After the recommendation of the birth control commission had been rejected and it looked as though there would be an encyclical, Luciani sent the report of his own small commission to the pope, arguing that now was not the proper time for a decision and that any action should be delayed until more study had been undertaken – which was very wise advise. . . .<br><br>In both the above cases, his own personal opinions represented a change from the church's previous positions – certainly in birth control and probably divorce."<br><br> *   *   * <br>**The Papacy Today**, p. 171.  (Emphasis added.)<br><br>"Regarding the issue of birth control, reliable reports indicate that during the early 1960s, Luciani, then Bishop of Vittorio Veneto, commissioned a detailed study of the use of artificial means of contraception.  This study embodying the findings of doctors, sociologists and theologians, was supposedly forwarded to the Holy See by Cardinal Giovanni Urbani, then Patriarch of Venice . . . It advised Pope Paul to refrain from reasserting the traditional ban on contraceptives."<br><br> *   *   * <br>**Pontiff**, p. 214.<br><br>"There is one memo which Gianpaolo repeatedly reads . . . There are two typed sentences.  The first states that at 3:42 p.m. on July 9, 1978 the world's population reached 4.4 billion.  The second predicts that 73 million people will be born this year, most of them in the Third World."<br><br> *   *   * <br>**Pontiff**, p. 215.<br><br>"When Lorenze returns he is startled to be told by Gianpaolo that he wants briefing papers on every Third World nation where there are Catholics.  It | *Pages 155/6/7/8/9*<br><br>What certain sections of the Curia had realized with a profound shock was that in electing Albino Luciani, the cardinals had given them a man who would not let the issue of birth control rest with Humanae Vitae.  Careful study by members of the Curia of what Luciani had actually said, not only to his parishioners in public but to his friends and colleagues in private, quickly established that the new Pope favoured artificial birth control.  The inaccurate and false picture L'Osservatore Romano painted of a man who rigorously applied the principles of Humanae Vitae was the opening shot in a counter-attack designed to hem Albino Luciani inside the strictures of his predecessor's encyclical.  It was quickly followed by another blast.<br><br>The Press Agency UPI discovered that Luciani had been in favour of a Vatican ruling which would allow artificial birth control.  Italian newspapers also carried stories referring to the Luciani document sent to Pope Paul by Cardinal Urbani of Venice in which the strong recommendation in favour of the contraceptive pill had been made.  The Curia speedily located Father Henri de Riedmatten who had been secretary to the Papal Birth Control Commission.  He described the reports that Luciani had been opposed to an encyclical that condemned artificial birth control as 'a fantasy'.  Riedmatten also asserted that Luciani had never been a member of the Commission, which was accurate.  He then went on to deny that Luciani had ever written a letter or a report on the subject that had been sent to Pope Paul.<br><br>This denial and the manner of it is an example of the duplicity that abounds in the Curia. The Luciani document went to Rome via Cardinal Urbani and therefore had the Cardinal's imprimatur upon it.  To deny that a document existed, actually signed by Luciani, was technically correct.  To deny that Luciani on behalf of his fellow bishops in the Veneto region had not forwarded such a document to the Pope via the then Patriarch of Venice was an iniquitous lie.<br><br>Ironically, within the first three weeks of his Papacy, Albino Luciani had already taken the first significant steps towards reversing the Roman Catholic Church's position on artificial birth control.  While those steps were being taken the world's Press, by courtesy of L'Osservatore Romano, Vatican Radio, and off the record briefings by certain members of the Roman Curia, had already firmly established a completely false image of Luciani's views.<br><br>During his Papacy Luciani referred to and quoted from a number of the pronouncements and encyclicals that had come from Pope Paul VI.  Notably absent was any reference to Humanae Vitae.  The defenders of the encyclical had first been alerted to the new Pope's |

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

JOHN PAUL:  And the report of ninety per cent of the commission favored permitting some form of artificial birth control. Pope Paul was talked into rejecting the commission's report. I am not bound by his decision. (To VILLOT.)  I want a report on every Third World country that has Catholics and I want it before I meet with congressional committee.

VILLOT:  That will take months.

JOHN PAUL:  I intend to meet with the committee as soon as possible.  There are three thousand employees in Curia.  Use whoever you need.

---

would take months, says the secretary hesitantly.  Gianpaolo nods.  It could, but it mustn't." . .  There are going to be some late nights at the Secretariat of State."

\* \* \*

**Night**, p. 18.

"And the Vatican's three thousand employees were clamoring for new pay deals and pensions."

---

views when they learned with consternation that the draft acceptance speech, which had been prepared for Paul's successor by the Secretariat of State's office, containing glowing references to Humanae Vitae, had had all such references excised by Luciani. The anti birth control element within the Vatican then discovered that in May 1978, Albino Luciani had been invited to attend and speak at an International Congress being held in Milan on June 21st-22nd.  The main purpose of the Congress was to celebrate the 10th Anniversary of the encyclical Humanae Vitae.  Luciani had let it be known that he would not speak at the Congress and that further he would not attend.  Among those who did attend and speak in glowing terms about Humanae Vitae was the Polish Cardinal Karol Wojtyla.

Now in September, while the world's Press unquestioningly repeated the lies of L'Osservatore Romano, Albino Luciani was heard in the Papal Apartments talking to his Secretary of State, Cardinal Villot: "I will be happy to talk to this United States delegation on the issue.  To my mind we cannot leave the situation as it currently stands.'

The issue was world population.  The 'situation' was Humanae Vitae.  As the conversation progressed Villot heard Pope John Paul I express a view that many others, including his private secretary Father Diego Lorenzi, had heard many times before.  Father Lorenzi is only one of a number of people who have been able to quote to me Luciani' s exact words:

I am aware of the ovulation period in a woman with its range of fertility from twenty-four to thirty-six hours.  Even if one allows a sperm life of forty-eight hours the maximum time of possible conception is less than four days.  In a regular cycle this means four days of fertility and twenty-four days of infertility.  How on earth can it be a sin to say instead of twenty-four days, twenty-eight days?

What had prompted this truly historic conversation had been tentative approach to the Vatican from the American Embassy in Rome.  The American Embassy has been contacted by the State Department in Washington and also by the US Congressman James Scheuer.  The Congressman headed a House Select Committee on Population and was also Vice-Chairman of the UN fund for population activities, inter-parliamentary working group.  The story of the Luciani document to Pope Paul VI on birth control had alerted Scheuer and his Committee to the possibility of change in the Church's position on birth control.  It seemed likely that it was unlikely that his group would obtain an audience with Luciani so soon in his Papacy but he still considered it worth the effort of putting pressure on the State Department and also, through the Embassy in Rome, on the Vatican.  Scheuer was destined to hear some good news.

Now that Albino Luciani was wearing the shoes of the fisherman he determined to

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF**
**IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| | | |
|---|---|---|
| | | follow John's example of a revolutionary 100 days. At the top of his list of priorities of reform and change were the need to alter radically the Vatican's relationship with capitalism and the desire to alleviate the very real suffering he had personally witnessed that had stemmed directly from Humanae Vitae.<br><br>According to Cardinal Benelli, Cardinal Felici and other Vatican sources, the austere Villot listened askance as the new Pope elaborated on the problems the encyclical had caused. It was clear from his attitude during my interviews with him that on this issue Felici was heavily in sympathy with Villot.<br><br>Only a few weeks earlier Villot had been extolling the encyclical on the tenth anniversary of its publication. In a letter to Archbishop John Quinn of San Francisco, Villor reaffirmed Paul's opposition to artificial contraception. The Secretary of State had stressed how important Paul had considered this teaching to be, that it was 'according to God's Law'.<br><br>There was much more in a similar vein. Now, less that two months later, he was obliged to listen to Paul's successor taking a reverse position. The coffee grew cold as Luciani, rising from his desk, began to pace his study and quietly talk of some of the effects that Humanae Vitae had produced over the past decade.<br><br>The encyclical which had been designed to strengthen Papal authority by denying that there could be any change in the traditional teaching on birth control, had had precisely the opposite effect. The evidence was irrefutable. In Belgium, Holland, Germany, Britain, the United States and in many other countries there had not only been marked opposition to the encyclical, there had also been marked disobedience. The maxim had rapidly become that if one priest did not take a tolerant attitude within the confessional the sinner shopped around for a more liberated priest. Luciani cited examples of that contradiction he knew of personally in the Veneto region.<br><br>The theory of Humanae Vitae might well look like an ideal moral viewpoint when proclaimed from within the all-male preserve of the Vatican. The reality Luciani had observed in northern Italy and abroad clearly demonstrated the inhumanity of the edict. In that decade world population had increased by over three-quarters of a billion people.<br><br>When Villot demurred to point out that Pope Paul had stressed the virtues of the natural method of contraception Luciani merely smiled at him, not the full beaming smile that the public knew; it was more of a sad smile. 'Eminence, what can we old celibates really know of the sexual desires of the married?'<br><br>This conversation, the first of a number the Pope had with his Secretary of State on the subject, took place in the Pope's study in the Papal Apartments on Tuesday, September |