**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

|  |  | 19th. They discussed the subject for nearly forty-five minutes. When the meeting ended and Villot was about to leave, Luciani walked to the door with him and said: <br><br>Eminence: We have been discussing birth control for about forty-five minutes. If the information I have been given, the various statistics, if that information is accurate, then during the period of time we have been talking over one thousand children under the age of five have died of malnutrition. During the next forty-five minutes while you and I look forward with anticipation to our next meal a further thousand children will die of malnutrition. By this time tomorrow thirty thousand children who at this moment are alive, will be dead – of malnutrition. God does not always provide. <br><br>The Secretary of State for the Vatican was apparently unable to find an adequate exit line. <br><br>All details of the possible audience with a United States delegation, on the subject of population, were kept a carefully guarded secret both by the Vatican and the State Department. Such a meeting coming so early in Luciani's Papacy would rightly be seen as highly significant if it became known publicly. <br><br>NOTE. There are a great many pages within IGN dealing with the issue of birth control including On pages 15 through to page 24 details of the events leading to Pope Paul's edict Humane Vitae. Pages 18 and 19 are particularly relevant when considering JOHN PAUL's second speech on LC 45. |
|---|---|---|

## SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
## IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Page 46*<br><br>JOHN PAUL:  Certainly I am too small for great things. But I can repeat the truth and the call of the Gospel as I did when I was a priest in my little church at home. Men need that. | *In God's Name.* A quote of John Paul I. | *Page 185.*<br><br>On September 7th, during a private audience with Vittore Branca at 8.00 a.m., an hour that caused Curial eyebrows to shoot even higher, his friend Branca expressed concern about the weight of the Papacy. Luciani responded: Yes, certainly I am too small for great things. I can only repeat the truth and the call of the Gospel as I did in my little church at home. Basically all men need this, and I am the keeper of souls above all. Between the parish priest at Canale and me there is a difference only in the number of faithful but the task is the same, to remember Christ and his word. |

## SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
## IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Page 49*<br><br>JOHN PAUL: The Vatican press has changed my speech again. 'We' this, 'we' that; I never us 'we'. This isn't my speech. This is just official statements drafted by the Curia. They even have me celebrating the tenth anniversary of Paul's encyclical against birth control. Villot and Felici know I intend to reexamine the issue.<br><br>LORENZI: There is also an article condemning the birth of the recent test-tube baby.<br><br>JOHN PAUL: They know about the letter I wrote congratulating the baby. (*Angry.*) Damn them. | **Popes 1978** p. 163. See Popes 1978 (supra) p. 171 (disagreed with Church's position on birth control)<br><br>"The Curia was bitter and tried to censor [Luciani's] speeches, reinserting the majestic 'we' where he had used the simple familiar 'I'. It ignored him, harassed him, tried to freeze him out …"<br><br>\* \* \*<br><br>**Three Popes**, p. 121.<br><br>See Three Popes, supra p. 112 discussing letter to the test tube baby; see also Popes 1978, p. 138.<br><br>"The official texts put out by the Vatican press office and Oservatore Romano ignored all [of Luciani's] off-the-cuff remarks and restored the pontifical we. Already Romans began to talk about 'the censored pope.'"<br><br>\* \* \*<br><br>**Pontiff**, p. 248.<br><br>See letter to test tube baby at *The Last Confession* 37, found in Three Popes, p. 112; Popes 1978, p. 138.<br><br>"And his [John Paul I] speeches are being edited; all those enchanting 'I's are being changed in L'Osservatore Romano to the deadening 'we'. The editors are also rationing the number of papal jokes and asides they will publish, and often ignore Gianpaolo's carefully rehearsed departures from his script."<br><br>\* \* \*<br><br>\* \* \*<br><br>**The Papacy Today**, p. 169.<br><br>"Instead of this informal talk, L'Osservatore Romano published only the official text, and complained that the pontiff's actual remarks had been pirated by a private station. In this and several other minor matters – for | *Pages 185/186/190/191/192*<br><br>On September 26th, Luciani could look back with satisfaction on his first month in the new job. It had been a month full of powerful impact. His investigations into corrupt and dishonest practices had thrown the perpetrators into deep fear. His impatience with Curial pomposity had caused outrage. Again and again he had abandoned officially written speeches, publicly complaining: 'This is too Curial in style.' Or, 'This is far too unctuous.'<br><br>His verbatim words were rarely recorded by Vatican Radio or L'Osservatore Romano, but the public heard them and so did the other news media.<br><br>The Vatican recorded his speeches in the General Audiences when on successive Wednesdays he spoke on Faith, Hope and Charity. Luciani's pleas that these virtues be shown towards, for example, drug addicts went unrecorded by the Curia who controlled the Vatican media.<br><br>When on September 20th he uttered the memorable phrase that it is wrong to believe 'Ubi Lenin ibi Jerusalem' (where Lenin is, there is Jerusalem), the Curia announced that the Pope was rejecting 'liberation theology'. He was not. Further, Vatican Radio and L'Osservatore Romano neglected to record Luciani's important qualification, that between the Church and religious salvation, and the world and human salvation, 'There is some coincidence but we cannot make a perfect equation.'<br><br>*Page 190*<br><br>The first problem he tackled was L'Osservatore Romano. In the previous month, he had been given cause to complain about the paper on numerous occasions. After the battle had been won about the regal use of 'we' and 'our', which the paper had initially insisted on substituting for the Pope's use of the humbler first person, each day's edition had produced further irritations for the Pope. The paper has adhered rigidly to the Curial-written speeches and ignored his own personal comments. It even complained when Italian journalists had accurately reported what the Pope had said rather than what L'Osservatore Romano deemed he should have said. Now there were fresh problems of a far more serious nature.<br><br>A number of Curial cardinals had discovered to their horror that shortly before the Conclave Albino Luciani had been asked for his opinion on the birth of Louise Brown, known as 'the first test tube baby', an English girl recently born with the aid of artificial fertilization. Luciani had been interviewed on the subject three days before the death of |

Case 1:07-cv-07063-BSJ-FM    Document 16-6    Filed 11/13/2007    Page 4 of 19

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| | | |
|---|---|---|
| | example, changing John Paul's use of 'I' to 'We' in reporting informal remarks – the newspaper seemed intent on exercising the traditional curial censorship over the pope's public utterances." | Pope Paul VI but his views were not generally known until the article carried in Prospettive nel Mondo after his election. The hardliners on birth control read with growing dismay the views of the man who was now Pope.<br><br>Luciani had begun cautiously, making it clear that what he was expressing were his own personal views, because he, like everyone else, 'waited to hear what the authentic teaching of the Church would be when the experts had been consulted'. His surprise election had produced a situation in which the authentic teaching of the Church on this as on any other subject was now totally within Luciani's province.<br><br>In the interview Luciani expressed qualified enthusiasm about the birth. He was concerned about the possibility of 'baby factories', a prophetic concern in view of current events in California where women are queueing to be impregnated with the sperm of Nobel prize winners.<br><br>On a more personal note to the parents of Louise Brown, Luciani said:<br><br>*Page 191*<br><br>Following the example of God, who desires and loves human life, I too send my best wishes to the baby. As for her parents, I have no right to condemn them; subjectively, if they acted with good intentions and in good faith, they may even have great merit before God for what they have decided and asked the doctors to do.<br><br>He then drew attention to a previous pronouncement by Pius XII which might put the act of artificial fertilization in conflict with the Church. Then, considering the view that every individual has the right to choose for him or herself, he expressed an opinion that lay at the heart of his attitude towards many moral problems. 'As for the individual conscience, I agree, it must always be followed, whether it commands or forbids; the individual though must seek always to develop a well-formed conscience.'<br><br>The element within the Vatican who believe that the only well-formed conscience is one formed exclusively by them began to mutter. Discreet meetings began to take place. It was clear to those who attended these meetings that Luciani had to be stopped. They talked airily of 'the betrayal of Paul', which to certain refined Roman minds is an elegant way of saying, 'I disagree'.<br><br>When news of the cautious dialogue between the Secretariat of State's office and the US State Department began to leak to this group they determined on action. The subsequent information that a delegation of officials concerned with birth control had been granted an audience with the Pope gave added urgency to those within the Vatican who |

# SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

|  |  | |
|---|---|---|
|  |  | considered Humanae Vitae should remain the last word on this subject.<br><br>On September 27th there appeared on the front page of L'Osservatore Romano a long article entitled 'Humanae Vitae and Catholic morality'. It was written by Cardinal Luigi Ciappi, OP, theologian to the Papal household. Cardinal Ciappi had been personal theologian to Paul VI and Pius XII. Coming from such an authority, the article would appear to carry the personal imprimatur of the new Pope. It had previously been published in Laterano to 'celebrate' the tenth anniversary of Humanae Vitae. Its re-publication was a deliberate attempt to forestall any change on the issue of birth control that Albino Luciani might wish to make. The article is a long eulogy extolling the virtues of Humanae Vitae. There are copious quotations from Paul VI, but from Luciani not a single word affirming he shared either Paul's or Ciappi's views. The reason for that is simple. Ciappi had not discussed the article with Luciani. Indeed as of September 27th, 1978, Cardinal Ciappi was still awaiting a private audience with the new Pope. The first Luciani knew of the article and the views it contained was when he read it in the paper on September 27th. With rising anger he turned to page two to continue reading the article; it was, as previously noted, very long. On page two he was confronted with yet another of the Curia's efforts to undermine his position. Running over three entire columns was another article entitled 'The Risk of Manipulation in the Creation of Life'. This was a blunt, dogmatic condemnation of the birth of test tube baby Louise Brown and of all artificial fertilization.<br><br>Again there had been no reference to Luciani. The Curia knew full well that, for all L'Osservatore Romano claims to be only semiofficial, such an article would be clearly seen by the world as being the views of the new Pope. The battle was well and truly joined.<br><br>On September 28th, therefore, shortly after 8.00 a.m., the Pope telephoned his Secretary of State, Villot. He demanded a full explanation of how the two articles had appeared; then he phoned Cardinal Felicia in Padua where he was about to attend a spiritual retreat.<br><br>He had taken to using Felici more and more as a sounding board for his ideas. Aware that their views differed on a large range of subjects, Luciani was equally aware that Felici would respond with total honesty. The Pope also knew that, as Dean of the Sacred College, few knew their way through the machinations of the Curia better than Felici.<br><br>Luciani expressed his anger at the two articles. 'You recall some days ago advising me that the Curia wished me to restrain my natural exuberance?' |

SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| | | |
|---|---|---|
| | | 'It was merely a suggestion, Holiness.'<br><br>'Perhaps you would be kind enough to return the compliment on my behalf. Tell that little newspaper to restrain its views on such issues.<br><br>Editors are like Popes. Neither is indispensable.' |

## SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Pages 49, 50, 51*<br><br>JOHN PAUL:  Cardinal Gantin, it is a pleasure to see you.  Did Benelli tell you why I wanted to meet?<br><br>GANTIN:  Yes, to talk about running the Church's organization for international aid.<br><br>JOHN PAUL:  Are you interested?<br><br>GANTIN:  No.<br><br>JOHN PAUL:  (Surprised.)  Why not?<br><br>GANTIN:  I will not be a party to a system that generates income through exploitation.<br><br>JOHN PAUL:  (Softly rebuking.)  You are talking about our Church.<br><br>GANTIN:  And the Church should use its resources to help people learn the skills necessary for economic independence, not for investment in corporations whose purposes are incompatible with the teachings of the Church.<br><br>JOHN PAUL:  (Beginning to smile.)  I am not asking you to manage the Church's assets.  I am only asking you to take charge of international aid.<br><br>GANTIN:  As long as Marcinkus runs the Vatican Bank and Villot the Treasury, nothing will change.<br><br>JOHN PAUL:  Things will change.  (To GANTIN.)  But, in the meantime, I need your help.<br><br>BENELLI:  And Marcinkus and… | **Pontiff**, PP. 234-235.  (Emphasis added.)<br><br>"Exactly at nine thirty Martin ushers in Bernandin Gantin … Gianpaolo [John Paul I] comes quickly to point.  He outlines what he has learned and what he wants to do.<br><br>Gantin is frank – and will later make no secret of it.  Paul, possibly partly because of his own financial experience, had, in the closing years of his life, developed an entrenched fear of the Italian left.  This … had decided him to move the Vatican's money beyond the reach of those in Italy he felt might one day grab it… Equally, if the church is to continue to be seen as the church of the poor, especially in the Third World, it must ensure that it does not appear blatantly materialistic and divert some of its still-considerable financial resources to more humane causes.  Gantin urges that the Vatican use its investments whenever possible to help stop socioeconomic injustices and exploration.  Vatican finances should be used to support worthwhile redevelopment schemes in Africa, Asia and South America.  There could still be profits – and said policy might also virtually put an end to the growing criticism from Catholics and non Catholics about how the pope's financial empire functions.<br><br>For the first time Gianpaolo smiles.  There are going to be changes.  For a start he wants Gantin to take charge of Cor Unam, the Church's powerful organization for international aid.  Until now, this important and delicate post belonged to Villot.,<br>Gantin – Accepts." | *Page 161*<br><br>Within his first week the new Pope had given an indication of the shape of things to come.  He 'assented' to the desire of Cardinal Villot to be relieved of one of his many posts, the Office of President of the Pontifical Council, 'Cor Unum'.  The job went to Cardinal Bernard Gantin.  Cor Unum is one of the great funnels through which pass ,monies collected from all over the world to be distributed to the poorest nations.<br><br>To Luciani, Cor Unum was a vital element in his philosophy that Vatican finance, like every other factor, should be inspired by the Gospel.  Villot was gently replaced, but replaced nonetheless, by Gantin, a man of great spirituality and transparent honesty.<br><br>The Vatican village buzzed with speculation.  Some proclaimed that they had never met Sindona or Calvi or any of the Milan Mafia who had infested the Vatican during Pope Paul's reign.  Others in their individual bids for survival began to filter information to the Papal Apartment.<br><br>A few days after the Gantin appointment the new Pope found a copy of an Italian Office of Exchange Control (UIC) circular on his desk.  There was no doubt that the circular was a direct response to Il Mondo's long, open letter to the Pope outlining an untenable situation for a man committed to personal poverty and a poor Church.<br><br>The circular, signed by the Minister of Foreign Trade Rinaldo Ossola, had been sent to all Italian banks.  It reminded them that the IOR, the Vatican Bank, is 'to all effects a non-residential banking institute', in other words foreign.  As such, relationships between the Vatican Bank and Italian credit institutes were governed by precisely the same rules that applied to all other foreign banks.<br><br>The Minister was particularly concerned with currency abuses involving the illegal flight of money from Italy.  His circular was a clear Ministerial admission that these abuses were a reality.  It was seen in Italian financial circles as an attempt to curb at least one of the Vatican bank's many dubious activities.  In the Vatican City it was generally regarded as further confirmation that the death knell for Bishop Paul Marcinkus's presidency of the Bank was ringing loudly.<br><br>*Page 162* |

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| | | |
|---|---|---|
| JOHN PAUL: Marcinkus and Villot are my problem. (To GANTIN.) As a personal favour to me, I would like you to accept.<br><br>GANTIN: Your Holiness… I accept.<br><br>JOHN PAUL: (Smiling.) Good. This afternoon I will tell Cardinal Villot that you are taking over his responsibilities for international aid. | | Members of the Curia organized a lottery. The object was to guess on which day Marcinkus would be formally removed from the Bank. Apart from the investigation being conducted on the Pope's behalf by Cardinal Villot, the smiling Pope, with typical mountain shrewdness, opened up other lines of enquiry. He began to talk to Cardinal Felici about the Vatican Bank. He also telephoned Cardinal Benelli in Florence.<br><br>It was from Giovanni Benelli that the Pope learned of the Bank of Italy investigation into Banco Ambrosiano. It was typical of the way the Roman Catholic Church operated. The Cardinal in Florence told the Pope in Rome what was happening in Milan.<br><br>*Page 193*<br><br>First to be received was a group which included the man whom Luciani had promoted to the Presidency of Cor Unum, Cardinal Bernardin Gantin. The Pope beamed at the strong, youthful figure of Gantin, who for him represented the Church's future. During their conversation, Luciani remarked: 'It is only Jesus Christ whom we must present to the world. Apart from this we would have no reason, no purpose, we would never be listened to.' |

SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| ALLEGEDLY INFRINGING PASSAGES OF THE LAST CONFESSION © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF IN GOD'S NAME © 1984 |
|---|---|---|
| *Pages 51, 52*<br><br>BENELLI: Do you have Villot's report on the bank?<br><br>JOHN PAUL: No. The report is important. But more important is the man. (MARCINKUS enters.)<br><br>MARCINKUS: Your Holiness, thank you for seeing me. (To BENELLI.) How is Florence?<br><br>BENELLI: Beautiful. But is always a pleasure to visit Rome.<br><br>MARCINKUS: I'm sure your diocese misses you.<br><br>JOHN PAUL: Why don't you sit down, Bishop. (They all sit.) Would you like some coffee?<br><br>MARCINKUS: No, thank you.<br><br>JOHN PAUL: I understand you are from Cicero, Illinois.<br><br>MARCINKUS: (Glancing first at BENELLI.) Yes.<br><br>JOHN PAUL: That's near Chicago.<br><br>MARCINKUS: Yes.<br><br>JOHN PAUL: How long have you been in Rome?<br><br>MARCINKUS: Almost twenty years.<br><br>JOHN PAUL: You must miss Chicago. Do you still have family there?<br><br>MARCINKUS: A few relatives…I try to visit them whenever I can. | **Popes** 1978 pp. 163-164<br><br>"John Paul made remarkable progress in understanding and beginning to control the recalcitrant bureaucracy. He began an investigation of Vatican finances a subject on which he already had strong feelings."<br><br>\* \* \*<br><br>**Night**, p. 81.<br><br>"You read these books about me [Marcinkus] and you get the impression I was raised by Al Capone in the streets. That's because of Cicero, see."<br><br>\* \* \*<br><br>**Night**, p. 131<br><br>"if I [Marcinkus] put a deposit in the bank, the banker may say 'you know we have this particular project: if you give that money and I earmark it for that project and we'll get you a higher percentage? And I say, well that's your business. I don't want to know what you are doing."<br><br>\* \* \*<br><br>**Night**, p. 76.<br><br>"When my workers here come to retire they expect a pension; its no use saying to them 'I'll pay you four hundred Hail Marys, now that's been misquoted all over the place . . .' I'm quoted as saying 'You can't run the Church on Hail Marys.'"<br><br>\* \* \*<br><br>**Pontiff**, p. 243.<br><br>"Even before September 6, when Il Mondo . . . published a detailed expose of the Vatican's financial morass almost confirming what Gianpaolo had learned from Benelli and Felice; he had already begun to untangle the | *Pages 162/163*<br><br>It was from Giovanni Benelli that the Pope learned of the Bank of Italy investigation into Banco Ambrosiano. It was typical of the way the Roman Catholic Church operated. The Cardinal in Florence told the Pope in Rome what was happening in Milan.<br><br>The former number two in the Secretary of State's Department had built a strong network of contacts throughout the country. Licio Gelli of P2 would have been suitably impressed at the range and the quality of information to which Benelli had access. It included very well placed sources within the Bank of Italy. These were the sources which had informed the Cardinal of the investigation taking place within Roberto Calvi's empire, an enquiry which was moving to its climax in September 1978. What particularly concerned Benelli, and subsequently Luciani, was the part of the investigation that was probing Calvi's links with the Vatican. The Bank of Italy contact was certain that the investigation would be followed by serious criminal charges against Roberto Calvi and possibly against some of his fellow directors. Equally certain was the fact that the Vatican Bank was deeply implicated in a considerable number of deals that broke a variety of Italian laws. The men at the top of the investigating team's list of potential criminals inside the Vatican Bank were Paul Marcinkus, Luigi Mennelli and Pellegrino De Strobel.<br><br>*Pages 196/197*<br><br>During the late afternoon of September 28th Jean Villot was given an extended demonstration of this ability that had so impressed him during the previous month. The first problem to be discussed was the Istituto per le Opere di Religione, the Vatican Bank. Luciani was by now in possession of a great deal of highly detailed information. Villot himself had already submitted a preliminary report. Luciani had also obtained further information from Villot's deputy Archbishop Giuseppe Caprio, and from Benelli and Felici.<br><br>For Bishop Paul Marcinkus, who had initiated the plan and played such an active helping role for Calvi in the takeover of the Banca Cattolica, that chicken and a great many others were now going to come home to roost. Villot advised the Pope that inevitably word had leaked on the investigation into the Bank. The Italian Press were becoming very curious and one major story had just been published.<br><br>Newsweek magazine clearly had some excellent Vatican sources. It had learned that before the Conclave a considerable number of cardinals had requested a full report on the |

SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| | | |
|---|---|---|
| JOHN PAUL: It is unfortunate that the Church has kept you away from home for so long.<br><br>MARCINKUS: It is in the service of God.<br><br>JOHN PAUL: What do you do at the bank?<br><br>MARCINKUS: (Pause.) I set policy.<br><br>JOHN PAUL: What is the policy?<br><br>MARCINKUS: The policy (he shrugs and smiles.) is to make money.<br><br>BENELLI: Is that why you sold the Catholic Bank of Venice for less than it was worth?<br><br>MARCINKUS: We…the Church received other favours in exchange. If you simply invest with a bank…<br><br>BENELLI: (Interrupting.) Banco Ambrosiano.<br><br>MARCINKUS: For instance, Ambrosiano; if you simply invest, you receive one interest rate, a low interest rate. But if you know people at the bank they will tell you if they have a particular project, they will give you a higher rate.<br><br>JOHN PAUL: But, what about the nature of the project?<br><br>MARCINKUS: I don't ask.<br><br>BENELLI: Don't you think the Church should be concerned about the nature of its investments?<br><br>JOHN PAUL: This is the house of God, not the house of Rothschild.<br><br>MARCINKUS: You can't run the Church on Hail Marys, Your Holiness. JOHN PAUL looks at | machinations of Marcinkus, who had been firmly asked for an accounting".<br><br>\* \* \*<br><br>**Night,** P. 138.<br><br>"But when I [Marcinkus] saw Pope Luciani that time after he became pope… I went up there for a meeting.., He thanked me for giving him all the information… He was most gracious."<br><br>\* \* \*<br><br>**Night,** p. 208.<br><br>"Next thing, Luciani becomes Pope – and Marcinkus is frightened that he is going to be sacked."<br><br>\* \* \*<br><br>**Pontiff** pp. 231-232. See also pages 233-234<br><br>"Rumors of foul play, formed by the lack of an autopsy, were later (1984) blown up into the claim he was poisoned because he planned to clean up the Vatican Bank, demote important curial figures and revise Humanae Vitae . . ." Oxford Dictionary of Popes, by J.H.D. Kelly.<br><br>"one of the files is a slim, buff-colored folder containing his handwritten notes of everything Felici and Benelli have told him about the financial operation of the Vatican…<br><br>First they detailed the tangled financial dealings which have bound the IOR – Vatican Bank – to Sindona even after the Sicilians financial empire collapsed in 1974 in New York…to avoid being extradited back to Italy… he is dropping dark hints that if he is returned, he will detail precisely how far Marcinkus was aware of and condoned his own crooked dealings.<br><br>Felice and Benelli fear Marcinkus might have known more than he ever admitted. . .<br><br>Now… another scandal is brewing. Potentially, even more dangerous than Sindona for the Vatican – for its financial credibility and moral authority – is the astonishing way Marcinkus has blithely allowed the Vatican to become | Vatican Bank from Villot. It had also, through its 'knowledgeable source', picked up the fact that there were moves afoot to oust Marcinkus. The magazine quoted its Curial source: 'There's some movement to get him out of there. He'll probably be made an auxiliary bishop.'<br><br>Luciani smiled. 'Does Newsweek tell me with whom I am replacing Marcinkus?'<br><br>Villot shook his head.<br><br>As their conversation progressed, Luciani made it clear that he had no intention of leaving Marcinkus in Vatican City, let alone the Vatican Bank. Having personally assessed the man during a 45-minute interview earlier in the month Luciani has concluded that Marcinkus might be more gainfully employed as an auxiliary bishop in Chicago. He had not indicated his thinking to Marcinkus but the cool politeness he had shown the man from Cicero had not passed unnoticed.<br><br>Returning to the bank officers after the interview, Marcinkus later confided to a friend, "I may not be around here much longer.'<br><br>To Calvi via the telephone and to his colleagues in the bank he observed: 'You would do well to remember that this Pope has different ideas from the last one. There are going to be changes around here. Big changes.'<br><br>Marcinkus was right. Luciani advised Villot that Marcinkus was to be removed immediately. Not in a week's or a month's time. The following day. He was to take leave of absence. A suitable post in Chicago would be found for him once the problem of Cardinal Cody had been resolved.<br><br>Villot was told that Marcinkus was to be replaced by Monsignor Giovanni Angelo Abbo, secretary of the Prefecture of Economic Affairs of the Holy See. As a key figure in the financial tribunal of the Vatican, Monsignor Abbo would demonstrably be bringing to his new job a great deal of financial expertise. |

## SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| | | |
|---|---|---|
| MARCINKUS for a moment.<br><br>JOHN PAUL: I can try. (He stands up.) It has been a pleasure meeting you, Bishop. Your comments should help me understand the audit.<br><br>MARCINKUS: (Standing.) The audit?<br><br>BENELLI: His Holiness has asked Villot to conduct an audit of the Bank.<br><br>JOHN PAUL: (Putting his arm around MARCINKUS and walking him to the door.) Thank you again, Bishop. It has been a pleasure. (JOHN PAUL stops and holds out his ring. As MARCINKUS kisses it.) Hopefully we will be able to get you home soon.<br><br>MARCINKUS looks at BENELLI and leaves. | entangled with Roberto Calvi." | |

## SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
## IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Pages 56, 57*<br><br>*The POPE moves down stage. He encounters a gardener on his knees working.*<br><br>THOMAS. Your Holiness…<br><br>JOHN PAUL: It is a beautiful garden. It reminds me of my old garden in the Dolomites.<br><br>THOMAS: Thank you, Your Holiness. (*He stands up and takes his hat off.*)<br><br>JOHN PAUL: What is your name?<br><br>THOMAS: Thomas.<br><br>JOHN PAUL: What does religion mean to you, Thomas?<br><br>THOMAS: Mass on Sundays.<br><br>JOHN PAUL: Anything else?<br><br>THOMAS: Things I can't do.<br><br>JOHN PAUL: (*JOHN PAUL crouches down.*) These flowers, Thomas, you take care of them.<br><br>THOMAS:(*Crouching down too.*) Yes, Holy Father.<br><br>JOHN PAUL: You water them, pull out the weeds, spray for insects.<br>THOMAS: Of course.<br><br>JOHN PAUL: Do you think they know it? (*Pause.*) God cares for you whether you know it or not. (*JOHN PAUL stands and gestures with his hand.*) What do you think of all this…the Vatican? | There is nothing remotely comparable in *In God's Name* because this is fiction, however,<br><br>**Pontiff.** P. 230.<br><br>"Citan says one of his guards is trailing the pope through the Vatican gardens… They find Gianpaolo talking animatedly to one of the gardeners. The pope waives cheerfully as the trio bears down on him. The gardener backs away. In all his years of Vatican service, he has never encountered such a distinguished gathering at such an early hour."<br><br>      \*   \*   \*<br><br>**Pontiff**, P. 226.<br><br>"The way [John Paul I] canvasses the widest possible opinions on almost every matter: lowly members of the curia who never spoke to Paul suddenly find themselves encountering Gianpaolo during one of his prowls through the apostole Palace and having their views on a subject earnestly sought." | *Page 11*<br><br>Later he talked to the 400 priests who were now answerable to him. A number of them had offered him gifts, food, money. He declined these. When they were all gathered he attempted to explain the reason: 'I come without five lire. I want to leave without five lire.'<br><br>He continued:<br><br>My dear priests. My dear faithful. I would be a very unfortunate bishop if I didn't love you. I assure you that I do, and that I want to be at your service and put at your disposal all of my poor energies, the little that I have and the little that I am.<br><br>He had the choice of living in a luxurious apartment in the city or a more spartan life in the Castle of San Martino. He chose the Castle.<br><br>For many bishops their life is a relatively remote one. There is an automatic gulf between them and their flock, accepted by both. The bishop is an elusive figure, seen only on special occasions. Albino Luciani took a different view of his role in Vittorio Veneto. He dressed as a simple priest and took the gospel to his people. With his priests he practised a form of democracy that was at that time extremely rare within the Church. His Presbyterial Council for example was elected entirely without nominations from the bishop.<br><br>*Page 24.*<br><br>Vittorio Veneto, Luciani was presented with a donation of one million lire. He quietly declined the gift and after suggesting that the people should donate it to their own personal charities reminded them what he had told his priests Before leaving when he had arrived in the diocese eleven years earlier: 'I came without five lire. I want to leave without five lire.' Albino Luciani took with him to Venice a small pile of linen, a few sticks of furniture and his books.<br><br>On February 8th, 1970, the new Patriarch, now Archbishop Luciani, entered Venice. Tradition decreed that the entry of a new Patriarch be a splendid excuse for a gaily bedecked procession of gondolas, brass bands, parades and countless speeches. Luciani had always had an intense dislike of such pomp and ceremony. He cancelled the ritual welcome and confined himself to a speech during which he referred not only to the historic aspects of the city but acknowledged that his diocese also contained industrial areas such as Mestre and Marghera. 'This was the other Venice,' Luciani observed, 'with few |

## SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
## IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| | | |
|---|---|---|
| THOMAS: (*Stands and looks around.*) A palace your Holiness.<br><br>JOHN PAUL: A palace?<br><br>THOMAS: (*No uncertain.*) A palace…for the Pope…for you to live in.<br><br>JOHN PAUL: (*Looking around.*) It does look like a palace…but it is a church.<br><br>THOMAS: It has guards Your Holiness, a church doesn't have guards.<br><br>JOHN PAUL: You are right… Do you think this where the Pope should live? (*Silence.*) Where should the Bishop of Rome live?<br><br>THOMAS: (*Confused.*) …With his people.<br><br>JOHN PAUL: Yes, with his people. (*VILLOT and FELICI enter. JOHN PAUL sees them.*) Thank you Thomas. | | monuments but so many factories, houses, spiritual problems, souls. And it is to this many-faceted city that Providence now sends me. Signor Mayor, the first Venetian coins, minted as long ago as A.D. 850, had the motto "Christ, save Venice". I make this my own with all my heart and turn it into a prayer, "Christ, bless Venice".'<br><br>*Page 60*<br><br>Remaining aloof from the wheeling and dealing, Luciani walked in the gardens of the Augustinian residence which overlook St Peter's, where he engaged Brother Clemente in conversation. Clemente was perspiring as he laboured among the flower beds. Luciani recalled that when he was a boy he had worked in the fields. 'Then I had callouses on my hands. Now I have callouses in my brain.' |

SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Pages 58, 59*<br><br>VILLOT: You shouldn't talk to people like that.<br><br>*JOHN PAUL looks inquisitively at Villot.* (*Defensively.*) Popes don't speak to gardeners.<br><br>JOHN PAUL: My father was a bricklayer. (*Pause as VILLOT digests this unpleasant fact.*) It is time for me to visit Rome. I want to see every section, on foot.<br><br>VILLOT: Impossible.<br><br>JOHN PAUL: That word again.<br><br>FELICI: Thousands of people would flock to see you. The city would come to a halt.<br><br>JOHN PAUL: (*Thinking.*) Rome has hospitals?<br><br>VILLOT: Of course.<br><br>JOHN PAUL: It is the duty of a pastor to visit the sick and, as Bishop of Rome, to visit my churches. You will organise visits to every hospital, every church, every orphanage… (*VILLOT starts to speak.*) And do not tell me it is impossible. | **First Portion of Dialogue:**<br><br>**Inside The Vatican**, p. 68.<br><br>"His father [Luciani's] was a bricklayer…"<br><br>\* \* \*<br><br>**Three Popes**, P. 89.<br><br>"Where he [John Paul I's father] took seasonal jobs as a bricklayer or electrician."<br><br>\* \* \*<br><br>**Second Portion of Dialogue:**<br><br>*In God's Name*, p. 183.<br><br>"He told the Vatican officials that he wished to visit every hospital, church and refuge center in Rome…" | *Pages 183/184*<br><br>Luciani wished to treat Rome as his new parish, to wander through the streets as he had in Venice and his other dioceses. For a Head of State to behave in such a manner presented problems. The Curia flatly declared the idea not only unthinkable, but unworkable. The city would be thrown into constant chaos if the Holy Father went on walkabouts. Luciani abandoned the idea but only for a modified version. He told the Vatican officials that he wished to visit every hospital, church and refuge centre in Rome and gradually work his way round what he regarded as his parish. For a man bent on being a pastoral Pope the reality on his own doorstep presented a powerful challenge.<br><br>Rome has a Catholic population of two-and-a-half million. It should have been producing at least seventy new priests per year. When Luciani became Pope it was producing six. The religious life of Rome.<br><br>*Page 184*<br><br>was being maintained by enormous importations of clergy from outside. Many parts of the city were, in reality, pagan, with Church attendances of less than 3 per cent of the population. Here, in the heart of the Faith, cynicism abounded.<br><br>The city that was now home to Luciani was also home to the Communist Mayor Carlo Argan - a Communist Mayor in a city whose major industry, religion, is rivalled only by the crime rate. One of the new titles Luciani had acquired was Bishop of Rome, a city that had been without a bishop, in the sense that Milan, Venice, Florence and Naples had a bishop, for over a century. It showed.<br><br>As Pia lunched with the Pope, Don Diego was involved in a loud, lengthy argument with a Curial official who refused even to consider the Papal wish to visit various parts of Rome. Luciani interrupted his conversation with Pia.<br><br>'Don Diego. Tell him it must be done. Tell him the Pope wishes it.'<br><br>Lorenzi conveyed the Papal instruction, only to be met with a refusal. He turned to the Pope. 'They say it can't be done, Holy Father, because it's never been done before.'<br><br>Pia sat, fascinated, as the game of Vatican tennis continued. Eventually Luciani apologized to his niece for the interruption and told his secretary he would instruct Villot. Smiling at Pia, he observed: 'If the Roman Curia permits, your Uncle hopes to visit the |

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

|  |  | Lebanon before Christmas.' |
|---|---|---|
| **ALLEGEDLY INFRINGING PASSAGES OF** *THE LAST CONFESSION* © 1997 | **PUBLIC DOMAIN SOURCES** | **ALLEGEDLY INFRINGED PASSAGES OF** *IN GOD'S NAME* © 1984 |
| *Pages 59, 60*<br><br>JOHN PAUL: (*Starts to leave and then stops.*) And another thing: the article in the Vatican press about birth control.<br><br>VILLOT: An excellent article.<br><br>JOHN PAUL: People who read the article will assume that the opinions in it are mine.<br><br>FELICI: The opinions in the article are consistent with the position of the Church.<br><br>JOHN PAUL: (*Becoming angry.*) They are not consistent with my position and you know it… (*Calmer.*) Before Paul's encyclical I submitted a report recommending that some form of artificial birth control be permitted in marriage. Last week the Vatican press denied my report ever existed.<br><br>VILLOT: We have located every copy. They are now locked in the Vatican archives.<br><br>JOHN PAUL: That denial was a lie.<br><br>FELICI: It is the function of the Curia to protect a Pope from possible mistakes that he made earlier in his life.<br><br>JOHN PAUL: I will decide if there were mistakes, not the Curia. I did not want to become Pope. The Cardinals in their infinite wisdom elected me, and I foolishly accepted. But now I am the Pope.<br><br>VILLOT: No Pope can function without the assistance of the Curia. | **Popes 1978**, P. 171; see also The Papacy Today, p. 171.<br><br>"After the recommendation of the birth control commission had been rejected and it looked as though there could be an encyclical Luciani sent the report of his own small commission to the pope, arguing that now was not the proper time for a decision and that any action should be delayed until more study had been undertaken – which was very wise advice…<br><br>In both the above cases, his own personal opinion represented a change from the churches previous positions – certainly in birth control and probably divorce."<br><br>\* \* \*<br><br>**The Papacy Today**, p. 171.<br><br>"Father Henri de Riedmatten, the dominican priest who was secretary of Pope Pauls' ad hoc commission on the issue, categorically denied that such a document [Luciani's report on birth control] ever existed."<br><br>\* \* \*<br><br>**The Papacy Today**, p. 167.<br><br>"To the cardinals of the curia, he [Luciani] made it clear that their function was to administer. He not they would govern and determine church policy and its implementation."<br><br>\* \* \*<br><br>*In God's Name*, p. 192. Quotes from John Paul I and Cardinal Felici.<br><br>"You recall some days ago advising me the Curia wanted me to restrain my natural exuberance?" "It was merely a suggestion Your Holiness" … "Perhaps you would be kind enough to return the compliment on my behalf. Tell that little newspaper to restrain its views on such issues. Editors are like | *Page 190*<br><br>The first problem he tackled was L'Osservatore Romano. In the previous month, he had been given cause to complain about the paper on numerous occasions. After the battle had been won about the regal use of 'we' and 'our', which the paper had initially insisted on substituting for the Pope's use of the humbler first person, each day's edition had produced further irritations for the Pope. The paper had adhered rigidly to the Curial-written speeches and ignored his own personal comments. It even complained when Italian journalists had accurately reported what the Pope had said rather than what L'Osservatore Romano deemed he should have said. Now there were fresh problems of a far more serious nature.<br><br>A number of Curial cardinals had discovered to their horror that shortly before the Conclave Albino Luciani had been asked for his opinion on the birth of Louise Brown, known as 'the first test tube baby', an English girl recently born with the aid of artificial fertilization. Luciani had been interviewed on the subject three days before the death of Pope Paul VI but his views were not generally known until the article carried in Prospettive nel Mondo after his election. The hardliners on birth control read with growing dismay the views of the man who was now Pope.<br><br>Luciani had begun cautiously, making it clear that what he was expressing were his own personal views, because he, like everyone else, 'waited to hear what the authentic teaching of the Church would be when the experts had been consulted'. His surprise election had produced a situation in which the authentic teaching of the Church on this as on any other subject was now totally within Luciani's province.<br><br>In the interview Luciani expressed qualified enthusiasm about the birth. He was concerned about the possibility of 'baby factories', a prophetic concern in view of current events in California where women are queueing to be impregnated with the sperm of Nobel prize winners.<br><br>On a more personal note to the parents of Louise Brown, Luciani said:<br><br>*Page 191*<br><br>Following the example of God, who desires and loves human life, I too send my best wishes to the baby. As for her parents, I have no right to condemn them; subjectively, if they acted with good intentions and in good faith, they may even have great merit before |

### SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
### IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| | | |
|---|---|---|
| JOHN PAUL: (*Coldly*.) It appears that no Pope can function with its assistance. It is the function of the Pope to set policy, to govern, not the Curia and not the Vatican press.<br><br>VILLOT: The press was merely following the policy set out by Pope Paul.<br><br>JOHN PAUL: By attacking a newborn baby, a baby I had just congratulated in a letter. (*Furious*.) My church will not make war on babies.<br><br>FELICI: The article condemned artificial conception, not the child.<br><br>JOHN PAUL: The article condemned both. (*Pause. Calmly and icily*.) Cardinal Felici, last week you told me that the Curia wanted me to restrain what it called my 'natural exuberance'.<br><br>FELICI: It was merely a suggestion, Your Holiness.<br><br>JOHN PAUL: I want you to return the compliment on my behalf. Tell that little newspaper to restrain its views. Editors are not indispensable. (*Turns and exits*.)<br><br>VILLOT: I will bury him in enough paper and reports to keep him busy twenty-four hours a day. He won't have time to do anything else.<br><br>FELICI: He will find the time.<br><br>VILLOT: He will destroy everything Pope Paul did.<br><br>FELICI: He will destroy the Church.<br><br>VILLOT: We made him Pope.<br><br>FELICI: Benelli made him Pope.<br><br>VILLOT: As long as he is Pope we have to obey. | Popes. Neither is indispendible." | God for what they have decided and asked the doctors to do.<br><br>He then drew attention to a previous pronouncement by Pius XII which might put the act of artificial fertilization in conflict with the Church. Then, considering the view that every individual has the right to choose for him or herself, he expressed an opinion that lay at the heart of his attitude towards many moral problems. 'As for the individual conscience, I agree, it must always be followed, whether it commands or forbids; the individual though must seek always to develop a well-formed conscience.'<br><br>The element within the Vatican who believe that the only well-formed conscience is one formed exclusively by them began to mutter. Discreet meetings began to take place. It was clear to those who attended these meetings that Luciani had to be stopped. They talked airily of 'the betrayal of Paul', which to certain refined Roman minds is an elegant way of saying, 'I disagree'.<br><br>When news of the cautious dialogue between the Secretariat of State's office and the US State Department began to leak to this group they determined on action. The subsequent information that a delegation of officials concerned with birth control had been granted an audience with the Pope gave added urgency to those within the Vatican who considered Humanae Vitae should remain the last word on this subject.<br><br>On September 27th there appeared on the front page of L'Osservatore Romano a long article entitled 'Humanae Vitae and Catholic morality'. It was written by Cardinal Luigi Ciappi, OP, theologian to the Papal household. Cardinal Ciappi had been personal theologian to Paul VI and Pius XII. Coming from such an authority, the article would appear to carry the personal imprimatur of the new Pope. It had previously been published in Laterano to 'celebrate' the tenth anniversary of Humanae Vitae. Its re-publication was a deliberate attempt to forestall any change on the issue of birth control that Albino Luciani might wish to make. The article is a long eulogy extolling the virtues of Humanae Vitae. There are copious quotations from Paul VI, but from Luciani not a single word affirming he shared either Paul's or Ciappi's views. The reason for that is simple. Ciappi had not discussed the article with Luciani. Indeed as of September 27th, 1978, Cardinal Ciappi was still awaiting a private audience with the new Pope. The first Luciani knew of the article and the views it contained was when he read it in the paper on September 27th. With rising anger he turned to page two to continue reading; it was, as previously noted, very long. On page two he was confronted with yet another of the Curia's efforts to undermine his position. Running over three entire columns was another article entitled 'The Risk of Manipulation in the Creation of Life'. This was a blunt, dogmatic condemnation of the birth of test tube baby Louise Brown and of all artificial fertilization.<br><br>Again there had been no reference to Luciani. The Curia knew full well that, for all |

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

| | | |
|---|---|---|
| FELICI: Popes are like editors, neither is indispensable. | | L'Osservatore Romano claims to be only semiofficial, such an article would be clearly seen by the world as being the views of the new Pope. The battle was well and truly joined.<br><br>On September 28th, therefore, shortly after 8.00 a.m., the Pope telephoned his Secretary of State, Villot. He demanded a full explanation of how the two articles had appeared; then he phoned Cardinal Felici in Padua where he was about to attend a spiritual retreat.<br><br>He had taken to using Felici more and more as a sounding board for his ideas. Aware that their views differed on a large range of subjects, Luciani was equally aware that Felici would respond with total honesty. The Pope also knew that, as Dean of the Sacred College, few knew their way through the machinations of the Curia better than Felici.<br><br>Luciani expressed his anger at the two articles. 'You recall some days ago advising me that the Curia wished me to restrain my natural exuberance?'<br><br>"It was merely a suggestion, Holiness."<br><br>'Perhaps you would be kind enough to return the compliment on my behalf. Tell that little newspaper to restrain its views on such issues. Editors are like Popes. Neither is indispensable.' |

## SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF
## IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS

| ALLEGEDLY INFRINGING PASSAGES OF *THE LAST CONFESSION* © 1997 | PUBLIC DOMAIN SOURCES | ALLEGEDLY INFRINGED PASSAGES OF *IN GOD'S NAME* © 1984 |
|---|---|---|
| *Page 62*<br><br>BENELLI: He called me in Florence. His voice was quiet, calm. I could feel his resolve.<br><br>CONFESSOR: What did he say?<br><br>BENELLI: (*Smiling.*) That the truth is as hard to find in the Vatican as a good cup of coffee. He asked me to come back to Rome, to come back as Secretary of State. He was going to remove them all, Villot, Marcinkus, Baggio. He said it was to send people home. | **Night** P. 308.<br><br>"He [John Paul I] was certainingly a fiendish coffee drinker all day long as far as I can tell."<br><br>* * *<br><br>**Popes 1978**, P. 172<br><br>Ergo the constant mention of coffee in the play punctuated by the line "the truth is as hard to find in the Vatican as a good cup of coffee"<br><br>"Apparently he tried to persuade someone to accept the diocese of Venice as his replacement and was rudely rejected. The Curia was freezing him out. He huddled with Cardinal Baggio about some critical appointments and replacements in the world hierarchy."<br><br>* * *<br><br>**Night**, p. 310.<br><br>"'Now the rest is based on excellent sources inside the Vatican, I know for a fact that certain things happened the evening Pope Luciani died. He had it in mind to change things at the top of the Curia and make certain new appointments. He wanted to substitute Cardinal Villot with Cardinal Benelli. Cosaroli would have gone to Milan, taking Cardinal Colombo's place. This sort of thing. Papa Luciani talked with Villot about these plans on the last evening of his life and received a very straight reply. Villot told him it, would be a tremendous change from Paul VI's policies . . .')<br><br>* * *<br><br>**Night**, P. 319<br><br>"Villot enters the Pope's study and they talk for one hour and fifteen minutes. Various Vatican sources will later claim that the interview was acrimonious, charged with emotion." | *Page 153.*<br><br>.......To another friend in the north he (LUCIANI) observed. I have noticed two things that appear in very short supply in the Vatican. Honesty and a good cup of coffee.<br><br>*Pages 196 to 200*<br><br>These which recount in full a meeting between Luciani and Villot that took place on the afternoon and early evening of September 28th 1978 detail the changes that JOHN PAUL proposed to make they included removing Marcinkus, Villot and Baggio.<br><br>NOTE. That concludes the text analysis of the first act of The Last Confession and the extracts from In God's name that have been plagiarised. |

**SECTIONS OF THE LAST CONFESSION ALLEGED TO INFRINGE SECTIONS OF IN GOD'S NAME, AND PUBLIC DOMAIN SOURCES FOR FACTS CONTAINED IN BOTH WORKS**

|  | | |
|---|---|---|
|  | \* \* \*<br><br>**His Holiness**, pp. 151-52. (Emphasis added.)<br><br>"Another widely disseminated pious lie was that the pope [John Paul I] had been holding in his hand the rough draft of a homily he was preparing. <u>But soon enough, word got out that the pope had been involved in a harsh discussion with his secretary of state [Cardinal Villot] about forthcoming personnel changes in the curia</u> and the Italian Church and that on the night of his death, he had phoned Cardinal Giovanni Colombo, archbishop of Milan to ask his advice.<br><br>This lead some monsignors in the Curia to whisper that the sheet of papers found in Lucianis' hand dealt with appointments and transfers – notes for reshaping the balance of power within he church. Pope John Paul I's notes were never published. In keeping with the usual practice, Secretary of State Villot ordered the removal of every personal item belonging to the Pontiff, including his glasses, his slippers, and above all the medicines on his night table."<br><br>\* \* \*<br><br>**Pontiff**, p. 244<br><br>"He quickly demonstrated, too – which may explain much of the opposition – that the Curia held no fear for him. He would build from where Paul had left off, internationalizing the Curia still more. He planned to introduce foreigners in increasing numbers into middle management posts; eventually there might even be non-Italian nuncios. And he wanted younger people in the Curia; the age of his civil servants was currently 60.2 years." |  |