Copyright 1984 Associated Press
All Rights Reserved

The Associated Press

**June** 9, 1984, Saturday, AM cycle

**SECTION:** International News

**LENGTH:** 349 words

**HEADLINE:** Author Alleges **Pope John Paul I** Was Murdered

**DATELINE:** LONDON

**BODY:**

**Pope John Paul I,** who reigned for 33 days in 1978, was murdered because he intended to crack down on corruption in the Vatican, according to a Sunday newspaper report here.

The weekly Observer said that British author David Yallop makes the allegation in a book to be published Thursday and he believes that the pontiff was poisoned.

Yallop writes that members of the secret Italian Masonic lodge P2, which purportedly had links with the Vatican bank and also the Banco Ambrosiano, were involved in the pope's death. Banco Ambosiano, Italy's largest private bank, was liquidated by the government in August 1982 following a financial scandal that touched on investments by the Vatican bank.

Yallop's book, "In God's Name," is being issued by Jonathan Cape, a long-established publishing house. Neither the author nor the publishers could be reached for comment early Sunday.

The Vatican report on the death of John Paul I on Sept. 29, 1978, said he was found dead in his bed by his private secretary at 5:30 a.m. and had suffered a heart attack around 11 p.m. the previous evening.

The Observer said Yallop began a three-year investigation of the pontiff's death after being approached by a person, who he did not name, and that contact led him to "highly placed sources within the Vatican whose allegations he checked elsewhere."

Yallop writes that John Paul I "swiftly confounded those who had dismissed him as a likeable lightweight who would be easily manipulated by the conservative Vatican bureaucracy."

He alleges the pontiff was killed because he was preparing to take decisive actions in several areas including liberalizing the Roman Catholic church's rules on birth control, an inquiry into the Vatican's finances and the removal of several high officials.

Page 84

Author Alleges Pope John Paul I Was Murdered The Associated Press June 9, 1984,
Saturday, AM cycle

The Observer, seeking a comment on the allegations, said it contacted the
Rev. Anthony Churchill, a spokesman for Cardinal Hume, the archbishop of
Westminster, and he said, "I do not imagine the cardinal would wish to comment
on a book of this kind without having read it. It all sounds rather
far-fetched."

223 of 492 DOCUMENTS

Copyright 1983 The British Broadcasting Corporation
BBC Summary of World Broadcasts

**February** 16, 1983, Wednesday

**SECTION:** Part 2 Eastern Europe; EE/7259/i;

**LENGTH:** 75 words

**HEADLINE:** The death of **Pope John Paul I**

**BODY:**

An article in the Bulgarian weekly 'Pogled', quoted by BTA on 14th February, referred to the mystery surrounding the death of **Pope John Paul I** five years ago. The article began with the question ''Infarct or Poison?'' and said that although the 65-year-old Pontiff had left no lasting trace in the politics of the Vatican, ''he had hinted firmly of his intentions and qualities, and probably this had cost him his life''.* For details see Sections

224 of 492 DOCUMENTS

Copyright 1982 Facts on File, Inc.
Facts on File World News Digest

**November 5, 1982**

**SECTION:** MISCELLANEOUS; October Obituaries

**PAGE:** Pg. 832 A1

**LENGTH:** 70 words

**HEADLINE:** BENELLI, Giovanni Cardinal

**BODY:**

BENELLI, Giovanni Cardinal, 61, archbishop of Florence and a close adviser to Pope Paul VI, he was considered a likely candidate for the papacy following the deaths of Pope Paul VI and **Pope John Paul I** in 1978; he was appointed archbishop in 1977 after serving as the Vatican's deputy secretary of state for 10 years; Oct. 26 following a heart attack in Florence. [See 1977, p. 768G2; 1973, p. 278E1; index 1971]

242 of 492 DOCUMENTS

Copyright 1979 Newsweek
Newsweek

**March** 19, 1979, UNITED STATES EDITION

**SECTION:** TRANSITION; pg. 103

**LENGTH:** 94 words

**HEADLINE:** DIED

**BODY:**

French Cardinal Jean Villot, 73, the Vatican's Secretary of State since 1969; of bronchial pneumonia, in Vatican City, March 9. During Vatican Council II, he drew Pope Paul VI's attention with his skill in conciliating conservative and progressive prelates. The tall, bespectacled theologian, the first non-Italian Secretary of State in 55 years, was ultimately eclipsed in the Curia by his Italian deputy, Cardinal Giovanni Benelli. Last year, he briefly handled Vatican affairs in the interregnums following the deaths of **Popes** Paul VI and **John Paul I.**

253 of 492 DOCUMENTS

Copyright 1978 Intelligence Research Ltd
All Rights Reserved
Latin America Political Report

**October** 27, 1978

**SECTION:** NEWS IN BRIEF; LAPR XII, 42; Pg. 336

**LENGTH:** 65 words

**HEADLINE:** Latin America

**BODY:**

   The third meeting of Latin American bishops (Celam), postponed because of the death of **Pope John Paul I,** will now begin in January at Puebla in Mexico (LAPR XII, 34). The president of Celam, Cardinal Lorscheider of Brazil, has said the meeting will be concerned with political changes in Latin America in the last ten years and the Church's relations with the military governments.

256 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 18, 1978, AM cycle

**LENGTH:** 651 words

**BYLINE:** By HILMI TOROS, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

German cardinals sponsored Karol Wojtyla's papal candidacy after the Italians could not agree on a compromise candidate in a "dramatic" and "very tough" conclave, according to newspaper accounts and interviews.

The difference between the conclave that "overwhelmingly" elected **Pope John Paul I** on Aug. 26 and the one that elected Pope John Paul II on Monday was etched in the strained faces of the cardinals emerging from the secret gathering Tuesday morning.

The Italians newspaper Il Giorno called Wojtyla's victory margin "this over the two-thirds majority plus one vote needed."

Cardinal Giuseppe Siri of Genoa, who headed a list of Italian "papabili," or possible popes, replied, "I don't know anything" when asked about the conclave. Prodded for comment on the new pope's program outlined minutes before, he replied curtly, "I don't remember."

The cardinals left the sealed voting complex by different exits; some ducked reporters; others said nothing substantive. Though bound not to reveal details, some hinted at what happened in one of the most secret elections in the world.

Brazilian Cardinal Avelar Brandao Vilela claimed the Polish cardinal won because "convergence was not possible" on Italian candidates. His comment was supported by most newspaper accounts.

Brazilian Cardinal Avelar Brandao Vilela claimed the Polish cardinal won because "convergance was not possible" on Italian candidates. Cardinal Giovanni Benelli, the influential archbishop of Florence, said in a newspaper interview the conclave was "tense and courageous."

"We did not succeed to make the necessary votes converge on an Italian," he said. "But this does not matter because there are no foreigners in the church."

Their comments were supported by most newspaper accounts.

Milans Il Giorno, in a report by its Vatican expert, said backers of Siri, the 72-year-old conservative and a contender in 1963 and in August, blocked other Italians. The newspaper said Siri received the most votes - 25 of the

The Associated Press October 18, 1978, AM cycle

needed 75 - in the August election that went to Cardinal Albino Luciani of Venice.

Turin's La Stampa said Siri probably received from 25 to 30 votes in the first ballot Sunday and drew opposition from cardinals favoring Cardinal Giovanni Benelli of Florence.

With Siri and Benelli dropping out, the cardinals tried Vatican-based Cardinal pericle Felici, Cardinal Ugo Poletti of Rome, Cardinal Currado Ursi of Naples and Giovanni Colombo of Milan - all to no avail, La Stampa said.

"There are those who say that some foreign cardinals told the Italians, 'With your division, you don't deserve the papacy,'" the newspaper added.

Most newspapers said that at this point German cardinals proposed Wojtyla, who had impressed the Germans four years ago with a Mass at the Hazi concentration camp at Dacham and who attended a meeting of German bishops a month earlier.

Rome's La repubblica said Whjtyla's candidacy drew support from Third World cardinals, particularly South Americans, as well as the French, Italians Michele Pellegrino and Antonio Poma, Austrian Franz Koenig, Spaniard Arnau Narciso Jubany and Johannes Willebrands of the Netherlands.

Even some Siri backers eventually joined the Wojtyla handwagon, La Repubblica said.

The accounts differed in emphasis from Koenig's assessment of the conclave in an interview with Austrian radio on Tuesday, Koenig said Italian cardinals favored a non-Italian and added it was the "'foreigners' who believed they would rather have to maintain the line of tradition" by chosing an Italian pope.

Carlo Confalonieri, the dean of the College of Cardinals who was barred from voting because he is ever 80, has said the Polish archbishop's name was first among the non-Italians.

Vatican observers said if the election hadbeen a landslide, it would have been announced on Vatican radio as an "overwhelming" victory - as Pope John Paul I's was.

258 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 17, 1978, PM cycle

**LENGTH:** 541 words

**DATELINE:** VIENNA, Austria

**BODY:**

Austria's Cardinal Franz Koenig described the new pope, John Paul II, today as "the right man in the right place," and said the former Cardinal Karol Wojtyla was more favored by Italian cardinals in the voting than by non-Italians electors.

Koenig's comments were the first indication of what occurred in the conclave's two days of balloting for a successor to the late **pope, John Paul I.**

Koenig, who was reached by Austrian radio in Rome, said he did not believe the new Polish pope would face problems in the Vatican's strictly organized and heavily Italian administractive organization, the Curia.

"For one thing, he speaks good Italian, and he has good contacts with the Curia.  In fact, the Italian cardinals have, for a good part, favored a foreigner and it was the 'foreigners' who believed they would rather have to maintain the line of tradition" of an Italian pope, said Koenig.

"For the cardinals, the result of the election in the end was still surprising," the Austrian said, adding he was elated by what he heard in the pope's first two public appearances.

He said Pope John Paul II was "the right man in the right place for a very difficult task, but endowed with special talents and gifts."

Koenig, who heads the Vatican Secretariat for Non-believers, has for a long time been regarded as one of the Vatican's troubleshooters in relations with communist government in Eastern Europe.

Prior to the election of Pope John Paul I, the 73-year-old Viennese archbishop was for sometime mentioned as a possible papal candidate, but he always said he would not feel capable of assuming the highest office in the Roman Catholic Church.

Koenig, who said he has had "friendly relationship" with the new pope, described him as "a pastor, who, in matters of theology and other areas of human culture, is a highly educated man.  He said John Paul II is "open-minded to the problems of these times."

The Austrian prelate said it was too early to say what reaction the election of Cardinal Wojtyla would have in communist nations, but that "the new pope will

The Associated Press October 17, 1978, PM cycle

continue the dialogue with communist governments in his own way.

"I am convinced that it will prompt extraordinary enthusiasm in Poland from which the government cannot turn away."

Judging by his conduct in Italy in the days before the conclave Cardinal Wojtyla apparently did not expect his own elevation.

"Why are you taking so many pictures, you don't think I can be the new pope?" photographer Franco de Leo quoted Wojtyla as asking when he photographed the cardinal's arrival at the Rome airport last week.

Officials of the Milan Friends of Poland, organizing a ceremony to celebrate a Polish martyr, reported that Cardinal Wojtyla had called them before entering the conclave and suggested that the celebration be postponed until after the election.

Wojtyla, a frequent visitor to Milan, was scheduled to attend a commemoration ceremony for Father Maximilian Kolbe, a Polish friar who was incarcerated and died in a Nazi concentration camp.

The Milan papers devoted pages under banner headlines to Pope John Paul II's election.  Editorial comments used such expressions as "universal choice" and "historical turnings point" to describe Wojtyla's election.

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 17, 1978, PM cycle

**LENGTH:** 1189 words

**BYLINE:** By VICTOR L. SIMPSON, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

   Polish Pope John Paul II told the world today his primary duty will be to carry out reforms introduced by the Second Vatican Council along the guidelines laid down by Pope Paul VI and **Pope John Paul I.**

   The church's first non-Italian pontiff in 455 years thus indicated in his first sermon of his reign that he would maintain the church's bans on artificial contraception, divorce and married priests.

   The Second Vatican Council, which called together all bishops of the church in 1962-65, examined the status of Catholicism in the modern world and instituted some reforms.

   Meanwhile, the Vatican announced John Paul II would preside over a Mass marking his formal installation as pontiff next Sunday.  The announcement made no mention of a coronation, implying that the new pope would follow the trend of his predecessor by refusing the crown of temporal ruler of the Vatican.

   Heads of states and of governments were expected to attend.  The Vatican would not say whether it would be held in St. Peter's Square or inside the basilica, nor did it give a time for the Mass.

   In his sermon, John Paul warned that the "general criteria of loyalty to the Vatican Council" must not affect loyalty to the basic doctrinal truths of the church.

   "Loyalty is the respect of the liturgical rules . . ., Loyalty also means the cult for the great discipline of the church" which must be "protected from the threats which are carried to certain truths," he said at a Mass celebrated jointly in the Sistine Chapel with the 110 cardinals who elected him the church's 264th ruler on Monday.

   He said his two immediate predecessors set guidelines for the application of the council's resolutions "and we intend to continue on the road they have indicated.

   The new pontiff said the church must take its example from the top.

   "Called to the supreme responsibility of the church," he said, "an imposition

The Associated Press October 17, 1978, PM cycle

which forces us to be exemplary in our wishes and actions, it is we in the first place who have to show our loyalty with all our energies, preserving intact the heritage of faith and corresponding in full to the peculiar commitments by Christ."

The pope stressed he would try to promote ecumenical relations with other churches and faiths and a "collegial spirit" between him and his bishops.

"The special cohesion or collegiality that 'with Peter and under Peter' unites among themselves the sacred pastors is an element on which we can never concentrate lot enough," he said..

Collegiality, he continued, implies "adequate development of bodies, some new and some renewed, that can guarantee the best spiritual union," such as the synod of bishops promoted by Pope Paul VI.

John Paul said he would take a stand in political controversies only "for religious and moral purposes." His only reference to a specific political issue was to the Syrian-Christian fighting in "the beloved land of Lebanon . . . for which we all ardently wish peace in freedom."

The second John Paul until his election was Csrdinal Karol Woltyla, the archbishop of Krakow, Poland, and at 58 he is the youngest Roman Catholic pontiff of the century.

His adoption of the name of the "pastoral" pope whose reign lasted only 34 days was taken as in indication he intends to stress the pastoral side of the papacy and the pope's role as the shepherd of the church and to look to all the bishops of the church for advices, not just to the Italia cardinals of the Vatican Curia.

He was expected to continue the moderate reforms of the church, the dialogue with other Christian religions and the efforts to improve relations with Communist governments launched by Popes John XXIII and Paul VI. But he also was a supporter of Pope Paul's reaffirmation of the bans on artificial methods of birth control and married priests, and he was expected to make no changes in those prohibitions.

"He's pretty strict doctrinally but open to mutually shared insights as manifested in the Second Vatican Council," said the Rev. John Long of the Vatican's Secretariat for Christian Unity.

The stocky, fair-haired Polish prelate was elected Monday on the seventh or eighth ballot cast since the secret conclave began Saturday evening. White smoke signalling the election poured from the chimney atop the Sistine Chapel at 6:18 p.m. - 1:18 p.m. EDT - and about an hour later the new pope appeared on the balcony of St. Peter's Basilica.

The new pontiff charmed the 150,000 persons packed into St. Peter's Square and millions more watching on television. With an informality reminiscent of Pope John I and Pope John XXIII, he ignored the formal papal "we," addressed himself to "brothers and sisters" and asked the crowd's forgiveness for his accented Italian.

"Even if I cannot explain myself well in your . . . our Italian language, if I make a mistake you will correct me," he said.

The Associated Press October 17, 1978, PM cycle

"I was afraid to receive this nomination but I did it in the spirit of obedience to our Lord," he told the crowd.  Then he crossed his arms three times over his gold-trimmed stole as if to embrace the throng cheering him in the square.

As archbishop of Krakow since 1964 and a cardinal since 1967, Cardinal Wojtyla spoke out strongly in defense of religious freedom and the rights of workers.  But he dealt with Poland's Communist government in a businesslike manner to avoid confrontation, in contrast to the fiery antagonism of Cardinal Stefan Wyszynski, the 77-year-old primate of Poland.

"It is not the church's place to teach unbelievers . . ..  Let us avoid any spirit of monopolizing and moralizing," Wojtyld said in a statement in the name of the Polish bishops for the 1962-65 Second Vatican Council.

A Polish government spokesman in Warsaw said Wojtyla's election was "significant especially because he is a Pole, a citizen of a country that has lived the inferno of war, which completed deep changes in its homeland and which follows a different development pattern as is universally noted."

In moving to the Vatican, the new pope will still find himself surrounded by Communists, with a Communist-led municipal administration in Rome and Italy's ruling Catholic party, the Christian Democrats, dependent on the support of the Italian Communist Party for the parliamentary majority necessary to govern.  But the Communist-line Rome newspaper Paese Sera commented that the election of a Polish pope "broke the umbilical cord" between the Vatican and the Italian government.

The new pope is the youngest since 54-year-old Pius IX was elected in 1845 to begin a 32-year reign.  He appears robust and in good health, factors the cardinals presumably took into account as a result of the sudden death of John Paul I of a heart attack on Sept. 28.  John Paul I would have been 66 today.

The new pope is a skiier and mountain climber, two pastimes he will presumably have little or no time for in the future.  He also loves to play pingpong, writes poetry, and is said to have a good singing voice.

He speaks Italians, French, English, German and Latin in addition to Polish, visited the United States in 1969 and 1976 and has toured Canada, Western Europe and Australia.

261 of 492 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**October** 16, 1978, Monday, Final Edition

**SECTION:** First Section; A1

**LENGTH:** 690 words

**HEADLINE:** No New Pope in First Day's Vote;
First Four Ballots Fail To Produce a New Pope

**BYLINE:** By Ronald Koven, Washington Post Foreign Service

**DATELINE:** VATICAN CITY

**BODY:**

Black smoke poured from the chimney of the Sistine Chapel twice yesterday, signaling to the world that the college of Cardinals of the Roman Catholic Church had failed to elect a pope in its first day of voting for a successor to John Paul I.

The rules for eelcting a pope call for two votes in the morning session and two more in the afternoon. Ballots are burned twice a day to produce the smoke that tells the world whether a new **pope** has been chosen.

**John Paul I,** who became **pope** in August, was elected on the fourth ballot at the end of the first day of the shortest conclave since 1939. He died Sept. 28 after a reign of only 34 days.

The failure to name John Paul's successor in the first day's voting may be a bad sign for the chances of the two presumed front runners, Cardinal Giovanni Benelli of Florence and Cardinal Giuseppe Siri of Genoa. Cardinals who are strong in early voting but do not immediately gain additional strength traditionally wind up being counted out as it becomes obvious that they cannot rally a majority.

On a bright and sunny autumn Sunday, thousands of Roman family groups in the Vatican. Fathers carried small children piggyback, and balloon salesmen sold out their wares. Large numbers escaped the grasp of children and sailed colorfully into the blue sky over the Basilica of Saint Peter's. Hundreds of nuns in white, gray, blue, beige and black habits were in the square.

Several times, both at midday and in the floodlit late evening, the Sistine Chapel chimney put out puffs of white smoke along with the black. There was similar confusion in August when it was not clear whether the chimney was emitting white smoke to announce election of a pope or black to signal failure.

The Vatican had promised to do better this time by putting improved chemical mixtures into the stove in which the cardinals' ballots are burned.

No New Pope in First Day's Vote;First Four Ballots Fail To Produce a New Pope
The Washington Post October 16, 1978, Monday, Final Edition

This time, church authorities did make it possible for the Vatican press office to tell reporters within a few minutes what color the smoke was intended to be.The press office refused to say how it was getting its information, but since the conclave is locked away from direct contact with the outside world, it is presumed that a special telephone has been installed.

Never before has a conclave been held in such an atmosphere of prior electioneering.

"The only thing that was missing was campaign poster," said a cynical Roman.

The infighting among factions of the College of Cardinals was in sharp contrast to the appearance of unity seemingly genuine, at the conclave that elected John Paul.

An interview with Siri published by the Turin newspaper Gazzetta del Popolo on the eve of the conclave is making big waves.  He was quoted in effect as criticizing the Curia, the government of the Vatican, for having written a speech for John Paul to deliver to the cardinals right after his election calling for "collegiality" or collective leadership of the church.

Saying he did not understand what the word "collegiality" could possibly mean, Siri clearly seemed to imply that the Curia was trying to turn John Paul into a weak pope whom it could dominate.

Siri spoke of Pope Pius XII, who died in 1958, as "great man and a saint" and said that the concept of continuity from papacy to papacy is nothing but ritualistic rhetoric.  This comment was widely interpreted as a rejection of the liberalizing work of Pius' first two successors, John XXIII and Paul VI.  John Paul, in his choice pledge to continue their work.

Siri denied that the conversation was meant to be a formal interview.  The newspaper said that Siri had asked it to withhold publication until after the conclave was under way.  An aide of Siri reportedly said that its publication a day earlier was clearly intended to torpedo his papal candidacy.

Italian newspapers drew the conclusion that Siri's statements, coupled with theological articles in the Vatican newspaper Osservatore Romano, meant that battle lines had been drawn between those who want to continue the liberalization started by John XXIII at the Vatican II Council and the advocates of turning back the clock.

**GRAPHIC:** Picture 1, Puff of black smoke billows over Sistine Chapel, indicating conclave's failure to elect new pope., AP; Pictures 2, 3, The smoke signals cause confusion in St. Peter's Square, alternately showing white fumes that would indicate election of a pope and black puffs that correctly signify failure to reach a decision on the first day of voting., UPI

262 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 15, 1978

**LENGTH:** 695 words

**BYLINE:** By VICTOR L. SIMPSON, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

Black smoke billowing into the night from the chimney atop the Sistine Chapel signaled to the world Sunday that the Cardinals of the Roman Catholic Church failed to elect a successor to **Pope John Paul I** on the first day of voting in their secret conclave.

The iii cardinal-electors begin a second day of voting Monday, with two ballots scheduled for the morning and, if no pope is elected, two more in the afternoon.

A few seconds after the black smoke began puffing out of the Chimney Sunday evening, it turned Gray, but the Vatican radio said the signal was black. The cardinals also had sent black smoke up the chimney after Sunday's morning session.

Although there was no official explanation for the four inconclusive ballots, it appeares the coalition of conservative and progressive cardinals that during the last conclave found a mutually acceptable candidate in Cardinal Albing Luciani of Venice, the future Pope John Paul, did not form around a single cardinal this time.

Vatican analysts said Luciani attracted both conservative and progressive cardinals because of his pastoral simplicity.

An estimated 150,000 people - pilgrims, tourists and children holding red and orange balloons - gathered in St. Peter's Square during the morning round of voting to watch for the white puff of smoke that indicates the world's 700 million Roman Catholics have a new leader.

"It's better that they take their time and do the job right," said vacationing Bishop Cletus O'Donnell of Madison, Wis. "Picking the right man is so important for the church."

Vatican officials, hoping to avoid confusion about the color of the smoke, had devised a new procedure under which only the first minute of smoke is considered a signal. For that, first minute, the cardinals use Italian army flares to produce black or white smoke. After that, the cardinals revert to tradition and burn their ballots and notes in a small stove in the Sistine

The Associated Press October 15, 1978

Chapel.

The cardinals were locked inside the Afostolic Palace Saturday afternoon and they will remain sequestered until they have chosen the 264th pontiff, Church rules call for two votes each morning and two each afternoon until a new pope is elected.

No conclave of cardinals this century has lasted more than four days. Pope John Paul was elected on the first day of voting Aug. 26 after two inconclusive ballots that morning.

Church historians are still debating whether Pope John Paul, at the time Cardinal Albing Luciani, patriarch of Venice, was elected on the third of fourth ballot. Under oaths of secrecy, the cardinals are forbidden to disclose anything about the voting under threat of excommunication, expulsion from the church.

Vatican conclaves often produce surprises, Luciani entered the last conclave Aug. 25 as a darkhorse, only to appear at the window of St. Peter's Basilica as Pope John Paul I in one of the swiftest papal elections in modern history.

As the conclave began Saturday, the favorite candidates were all Italians, most of them with pastoral backgrounds similar to that of Pope John Paul who died at the age of 65 after a reign of only 34 days.

The "papabili," or possible popes, mentioned most by Vatican experts were Cardinals Corrado Ursi of Naples, Giovanni Colombo of Milan, Salvatore Pappalardo of Palermo, Sicily, Antonio Poma of Bologna, Ugo Poletti of Rome, Giovanni Benelli of Florence and Giuseffe Siri of Genoa.

If cardinals go outside their ranks for the first time in 600 years, observers said a likely candidate was Anastasio Alberto Ballestrero, a Benedictine monk who is archbishop of Turin.

The last non-Italian was Adrian VI, a Dutchman who served more than 450 years ago. Among non-Italians mentioned as candidates before this conclave were Cardianls Eduardo Piromio of Angentina; Johannes Willebrands of the Netherlands and George Basil Hume of England.

A two-thirds majority plus one - or 75 votes - is needed for election. But the cardinals can decide to change that to a simple majority or have a run-off between the two of candiates. A pope also can be named by "acclamation or divine inspiration," but that has not happened in modern times.

263 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**October** 15, 1978, Sunday

**SECTION:** Page 62

**LENGTH:** 87 words

**BYLINE:** BY PAUL HOFMANN

**JOURNAL-CODE:** NYT

**ABSTRACT:**
Paul Hofmann discusses heavy work load of Pope. Suggests that this caused death of **Pope John Paul I**. Notes issues currently facing Vatican. These include birth control, Middle East policy, relations with Communist governments, and other issues likely to be embraced by 1st encyclical. Notes that Vatican II recommendations for strengthening 'collegial' leadership will be 1 of great challenges facing Pope John Paul II. Notes proposal for permanent group of assistants chosen from bishops from all over world (M).

270 of 492 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**October** 14, 1978, Saturday, Final Edition

**SECTION:** First Section; A1

**LENGTH:** 1153 words

**HEADLINE:** Electioneering in the Vatican Style;
Vatican Campaign Casts John Paul as Poor Administrator

**BYLINE:** By Ronald Koven, Washington Post Foreign Service

**DATELINE:** ROME

**BODY:**

As the last participants in the conclave that will elect a new pope arrived this week, they were the target of a continuing campaign to persuade the electors in the College of Cardinals that **Pope John Paul I** had proved to a poor administrator during his 34-day reign.

The purpose of the campaign is apparently not to blacken John Paul's name but to try to overcome the traditional resistance of the cardinals in their far-flung dioceses to electing as pope a fellow cardinal who is part of the church's central government at the Vatican, the Roman Curia.

Of the 126 cardinals, 34 are members of the Curia. Only the 111 cardinals who are under 80 years of age may vote for a new pope in the conclave that opens today.

The highly conservative Cardinal Giuseppe Siri of Genoa, 72, who is understood to have been the front-runner in the first of the four votes taken by the conclave in August, called for a "more thoughtful conclave" this time. Well-informed European publications have credited him with 25 votes in the first round against 23 for Cardinal Albino Luciani of Venice, the eventual winner of the fourth ballot.

Siri's age and conservatism seem to make him an unlikely choice this time also, despite some strong expressions of backing for him.

Cardinal Joseph Hoeffner of Cologne, speaking of John Paul's image as a successful preacher, said. "It is necessary to seek again a shepherd of souls, but with greater managerial experience.

In an interview in the Vatican's Sunday newspaper, Cardinal Carlo Confalonieri, 85, dean of the Sacred College of Cardinals and the deliverer of the eulogies for both John Paul and his predecessor Pope Paul VI, said that the pastoral qualities John Paul displayed are fundamental but that there also must be other considerations. He listed them as:

Electioneering in the Vatican Style;Vatican Campaign Casts John Paul as Poor Administrator The Washington Post October 14, 1978, Saturday, Final Edition

Lively intelligence

Theological knowledge

Culture

Understanding of international problems.

Experience as a diplomat.

In the context of the kind of criticsim heard around Rome of John Paul's brief reign.  Confalonieri's list was clearly not just the criteria for the new pope, but also a listing of the shortcomings perceived in the old one.

That kind of talk used to go on in private whispers around the Vatican.  It is probably a measure of the impact of the openness that John Paul brought to the papacy that at least a fraction of the real debate is being conducted in public.

Such public position-taking by the princes of the church has led inevitably to open debate in the press.  The respected newspaper La Stampa of Turin headlined, "A Pastor Like Luciani Is Sought, But One Who Can Also Administer."

in the hands of papers like La Stampa, such debate is probably not shocking to church traditionalists, but some of the coverage by the nonestablishment press seems likely to cause enough shudders to enable the advocates of ecclesiastical discretion to regain some of their lost ground.

The far leftist satirical weekly Il Male (The Evil), printed a front-page cartoon suggesting both that John Paul was simplistic and that he was murdered. The cartoon showed Cardinal Giovanni Benelli of Florence leering malevolently and pouring a vial of poison into a cup of tea.  In the background, stretched out in bed, was John Paul reading a popular Roman anticlerical poet.  Inside the magazine, he was depicted reading a Mickey Mouse comic book.

There have been a number of articles in serious press organs, even those that called for an autopsy to dispel any doubts about the cause of John Paul's death, denouncing the Italian tendency to see plots everywhere.  It is a propensity that was well-nurtured during the centuries when government, church and civil, really was conducted largely by plot and intrigue.  But hardly anyone who is respected has suggested that he thinks John Paul died anything but a natural death.

It is ironic yet understandable that the lofist publication should have focused on Benelli as John Paul's cartoon murderer.  It was Benelli who engineered Luciani's election, and unlike many of his colleagues, he has had nothing but kind words for the late pope.  But Benelli, who has been out in the field as head of a large diocese for only about a year, is also seen as the acrhetype Curia cardinal.

In his last years, Pope Paul VI was old and feeble and frequently ill.  The daily administration of affairs should have fallen to his secretary of state, the Vatican's equivalent of a prime minister, Cardinal Jean Villot.  But the French cardinal is not generally regarded as an effective manager.  The real administrator of the church was his deputy, Benelli.

Electioneering in the Vatican Style;Vatican Campaign Casts John Paul as Poor
Administrator The Washington Post October 14, 1978, Saturday, Final Edition


The logic of the situation has led many observers to conclude that Benelli
the pope-maker is the front-runner to succeed the man for whom he created a
majority in the Sacred College of Cardinals.  At 57, Benelli is vigorous and
relatively young.  The Cardinals have become sensitized to the question of
health by the briefness of John Paul's rule.  He is also one of the new Italian
cardinal archbishops who have had both major administrative and pastoral
responsibilities.

But, as the effective head of the church, he inevitably created resentments
among some of his fellow cardinals.  And for those cardinals who may indeed
consider that John Paul was, on reflection, not the right choice, Benelli seems
bound to be burdened with a large measure of the responsibility.

For the first time, Curia cardinals are appearing on serious lists of
papabili , the Italian word for possible popes.  Curia men are being quoted to
the effect that, after all, every high churchman has also been a pastor during
his career.

Two Curia names are often mentioned.  One is Cardinal Pericle Felici, 67, a
distinguished theologian who likes to crack jokes in Latin.But, as secretary
general of the Vatican II Council, he made enemies because of his conservatism.
The other is Sebastiano Baggio, 65, former bishop of Cagliari in Sardinia and a
man with broad diplomatic experience in Latin America.

If Benelli nevertheless appears from the outside to be the likeliest
front-runner, the Vaticanologists are being very cautious in their predictions
in line with the newly refurbished Vatican dictum.  "He who goes into the
conclave a pope emerges a cardinal."

Only one Italian newspaper seriously suggested that Luciani might become
pope, and that was only in a list with other papabili .

Luciani's smiling countenance was a refreshing change of pace for many of the
faithful, and the obvious craving of Catholics for a less intellectually distant
pope than Paul Vi is expected to influence the choice.

A Communist spoke of the left-handed compliments he overheard among his
party's leaders after John Paul died.  The Communist said he saw a knot of
leaders nod in agreement when one of them said, "The Holy Spirit was good to our
party.With that populism of his that pope would have caused us a lot of
trouble."

271 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 13, 1978, AM cycle

**LENGTH:** 760 words

**BYLINE:** By SAMUEL KOO, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

The cardinals of the Roman Catholic Church consulted in formal session Friday for the last time before looking themselves into secret conclave to choose a successor to **Pope John Paul I.** five cardinals - all Italians - are being mentioned as leading candidates.

On the eye of the second conclave in two months, the cardinals were described as tranquil, relaxed and in good spirits. "There isn't that sura of excitment and tension that existed the last time around," said Russell Shaw, a spokesman for the U.S. Catholic Conference.

"There are really no big question marks at this point because they not only understand each other better, but also are familiar with the conclave procedures," he said, adding that reports of ideological bickering among the cardinals are "grossly exaggerated."

Other Vatican sources predicted a quick and easy election, saying that the princes of the church expect that the [LINE ILLEGIBLE] of St. Peter and spiritual leader of the world's 700 million Roman Catholics will again be an Italian.

For the first time ever, non-European cardinal-electors will have the edge in numbers - 56-55, the reverse of the August conclave. The 25 Italians are still the largest national bloc.

The Vatican announced that 113 cardinals attended the 10th and final session of the congregation of Cardinals, which has been running the affairs of the church since Pope John Paul died of a heart attack Sept. 28 after a reign of only 34 days.

Cardinal Boleslaw Filipiak of Poland died at his home in western Poland Thursday night at the age of 77, reducing the number of cardinals to 125. But only 111 of them are under 80 and thus eligible to take part in the conclave.

On Saturday morning, the cardinal-electors will jointly celebrate a Mass in St. Peter's Basilica, calling on the Holy Spirit to help them elect a pope.

In the afternoon, the pricnes of the church will form a procession and file

The Associated Press October 13, 1978, AM cycle

into the Sistine Chapel.  The door will be locked behind them and they will begin balloting the following morning.

Church sources acknowledged that five Italian cardinals - two with extensive "pastoral" experience and three linked with the central church administration, the Curia - are being touted as favorites.

They are Giovanni Benelli, Pericle Felici, Salvatore Pappalardo, Ugo Poletti and Giuseppe Siri.

Influential cardinals have stressed that considerations of age and health will be major factors in the choice of the next pope.  Others have said the next pope shoud have both a knowledge of world affairs and diplomacy as well as the fundamental pastoral quality of the late pontiff, Albino Luciani.

As archbishop of Florence, Benelli, 57, presides over one of Italy's most important sees.  An assistant to Monsignor Giovanni Battista Montini, who later became Pope Paul VI, Benelli wielded enormous power in the Vatican as deputy secretary of state.  His forceful administrative style is said to have won him both friends and enemies among top churchmen.

Felici, 63, has devoted nearly all his clerical life to Vatican service.  An expert in church and civil law, Felici is a Latin scholar respected by Popes John XXIII and Paul VI.  His lack of "pastoral" experience at lower levels of th church is cited as a factor that might work against him in the conclave.

Pappalardo, 60-year-old archbishop of Palermo, Sicily, appears to have the best of both worlds - long experience in the Vatican and its diplomatic service, combined with substantial work as a bishop in the field.

Cardinal Poletti, 64, the vicar of Rome, has dedicated his long career to pastoral and evangelical activities.  After years of service in the northern city of Novara, he was named archbishop of Spoleto in central Italy in 1967.  He was vicar of Rome under both Popes Paul and John Paul.

Siri, the 72-year-old archbishop of Genoa, is known as a conservative.  He is a native of Genoe and has devoted most of his life to the city.  He was made a cardinal in 1953.

Voting begins at about 9:30 a.m. Sunday 4:30 a.m. EDT, with two ballots in the morning and two in the afternoon until a pontiff is elected.  No conclave this century has lasted more than four days - Pope John Paul was elected on the first day of voting.

The cardinals will cast ballots on an altar before Michelangelo's great fresco "The Last Judgment" until one person receives the required majority of two-thirds plus one, in this case 75 votes.  If the conclave is deadlocked, the electors can switch to a simple majority or a run-off between the top two candidates.

GRAPHIC: Laserphoto NY26, ROM11

275 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 12, 1978, PM cycle

**LENGTH:** 391 words

**BYLINE:** By EDWARD MAGRI, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

The official mourning period for **Pope John Paul I** ends today as preparations for the election of his successor neared completion.

"Mourning time is over Thursday. The diocese of Rome, in communion with the whole Catholic Church, turns joyfully to waiting for its new bishop and pastor," Cardinal Ugo Poletti, the papal vicar for Rome, said.

Poletti ordered daily prayers for the cardinal electors and for the man who is to become the 264th pope "so that God, overcoming human weakness, may give him confidence and strength."

The Vatican Radio reported workmen had virtually completed preparations for che are a where the cardinals will retreat in seclusion Saturday evening. Voting begins Sunday.

A total of 112 bedrooms were prepared, ranging from spacious frescoed sections of the Vatican museums to narrow and barren rooms in the attic of the Apostolic Palace.

There are 112 cardinals eligible to vote in the conclave, but Boleslaw Filipiak of Poland announced he was still confined to the hospital and culd not attend. Illness also kept him away from the conclave that elected John Paul Aug. 26.

Another ailing absentee from the August conclave, Cardinal John Wright of the United States, is present for this session.

After hearing a report at their daily meeting Wednesday, the cardinals issued a statement saying that "services had [TEXT OMITTED FROM SOURCE] uncomfortable." No specifics were given.

The cardinals rejected a request from the press corps to inform the press room by telephone when the new pope is elected rather than leaving the journalists dependent on the often-confusing smoke signals from the stove in which the ballots are burned.

But Vatican Radio said action was taken to make sure that the color of the first smoke out of the stack atop the Sistine Chapel would be definitely black,

The Associated Press October 12, 1978, PM cycle

for no decision, or white, for a new pope.  The broadcast report said only army flares of the desired color would be burned for the first minute of each incineration, and then the ballots would be added to the fire.

When John Paul was elected, the smoke turned from white to gray to black to gray, leaving the world in doubt for 40 minutes.  The Vatican said this was because the ballots were burned with the flares when the fire was lit.

"The first minute is the one that counts," the Vatican Radio said.

276 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

October 12, 1978, Thursday

**SECTION:** Page 54

**LENGTH:** 86 words

**JOURNAL-CODE:** NYT

**ABSTRACT:**
John Cardinal Krol of Philadelphia, in article written in Rome for Philadelphia
Bulletin, denies rumors that late **Pope John Paul I** was victim of foul play.
Explains that cardinal making death announcement was tired and harried and thus
may not have fully explained his use of word 'mysterium'. Asserts that cardinal
was referring to 'mysterium mortis' in a mystical-religious sense. Blames
rightist group Civilta Cristiana, group linked to dissident French Archbishop
Marcel Lefebvre, for starting rumor (M).