280 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 11, 1978, PM cycle

**LENGTH:** 688 words

**BYLINE:** By GEORGE CORNELL, AP Religion Writer

**DATELINE:** VATICAN CITY

**BODY:**

The Vatican is expected to do nothing about Italian press demands for an investigation into the death of **Pope John Paul I** and suspicions of foul play.

John Paul's doctor said the 65-year-old pontiff died of a heart attack Sept. 28, just 34 days after his election, and one Vatican source said any further official explanation would be an embarrassing "capitualtion to popular pressure."

The press campaign for a probe began Oct. 1 when Milan's Corriers della Sera, widely regarded as Italy's best newspaper, reported that w" doubts and suspicions" about the pope's death and been raised.

"We cannot understand why an autopsy on Pope John Paul's body was not performed," the paper said. "The church had nothing to lose - on the contrary much to gain - if an autopsy had been conducted, especially since the Vatican constitution does not explicitly forbid such an autopsy."

The next day an ultra-conservative Italian Catholic lay organization, Civilta Cristiana, announced it had petitioned the Vatican Courts of Justice to "open a judicial inquiry to ascertain the true causes" of the pope's death. But Cardinal Carlo COnfalonieri, dean of the College of Carinals, said there was no question about the cause of the pope's death and no need for an autopsy, according to Vatican officials.

"I don't see Vatican official circles taking these demands very seriously," said the Rev. John Long, an officer of the Vatican's Secretariat of Christian Unity.

he said he didn't believe press reports that some of the cardinals had asked for a formal Vatican statement on the matter. Others, including an unnamed spokesman for the U.S. cardinals, also disputed the report.

The press clamor has been fueled by the general climate of suspicion in Italy result in from the activities of the Red Brigades and other terrorists. But church experts concede that another major factor has been the Vatican's failure to make public the pope's death certificate or to give the full, official explanations that would have been given after the death of a chief of state or

The Associated Press October 11, 1978, PM cycle

comparable public figure.

The Rev. Donald Campion, a Jesuit expert on Vatican affairs, conceded that a full, official medical report should have been issued as soon as possible after the pope died.

"It would have been easier to squelch these rumors right away if full information had been provided at once, although there was no indication of anything sinister," said Campion.

He added that there "are always people around who like to stir up theories. They want to find some kind of devil, some evil person who did the pope in."

At least 10 popes were killed or died under suspicious circumstances in the Middle Ages, and plots abounded in the 15th century when members of the Borgia and Medici families were popes. But there is no record of an autopsy having been performed on a pope, or of demands for one, since 1830, when Pius VIII died at the age of 69 after a reign of 18 months.

Prince Agostino Chigi, the marshal of the conclave of cardinals that elected Pius VIII's successor, wrote in his diary that the pope died after a day of "frequent convulsions" and an autopsy was performed the next day.

The prince wrote that the doctors found that the pope's organs were "healthy," meaning he had not been poisoned; that there was "some weakness in his lungs, and some said his heart was weak."

Meanwhile, preparations went ahead for the opening Saturday of the conclave of cardinals to elect John Paul's successor and the start of voting Sunday.

Francesco and Annibale Gammarelli, whose family has been dressing popes for almost 200 years, were at work in their small shop on the white cassock the new pope will don for his first appearance on the balcony of the papal palace after his election.

Normally they make six white cassocks, one for housewear and one for dress in three sizes, short and stout, medium, and tall and thin.

This time they are sewing up only medium models to replace the two they made for John Paul. The short-and-stout and thin-and-tall modesl they made before his election two months ago are still fresh in their boxes.

Case 1:07-cv-07063-BSJ-FM    Document 16-10    Filed 11/13/2007    Page 4 of 48

281 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**October** 11, 1978, Wednesday

**SECTION:** Page 77

**LENGTH:** 39 words

**BYLINE:** BY GEORGE W CORNELL

**JOURNAL-CODE:** NYT

**ABSTRACT:**
Vatican officials deny rumors of foul play in death of **Pope John Paul I** but add that an official medical report should have been issued.  Spokesman notes that formal death certificate named cause as acute myocardial infarction (M).

284 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**October** 11, 1978, Wednesday

**SECTION:** Page 4

**LENGTH:** 73 words

**BYLINE:** BY HILMI TOROS

**JOURNAL-CODE:** NYT

**ABSTRACT:**
Italian newspapers report Cardinal Giuseppe Siri of Genoa is emerging as conservative candidate to succeed **Pope John Paul I,** with Vatican-based Pericle Felici mentioned as compromise.  Siri, 72, ran second in conclave that elected Pope Paul VI, and obtained largest number of votes in first balloting of August conclave before electors suddenly swung to Cardinal Albino Luciani.  Details of speculation on papal candidates cited (M).

285 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 10, 1978, AM cycle

**LENGTH:** 539 words

**BYLINE:** By GEORGE CORNELL, AP Religion Writer

**DATELINE:** VATICAN CITY

**BODY:**

Vatican insiders said Tuesday demands for further details on the death of **Pope John Paul I** have no real basis and rumors of foul play are groundless. But they added that an official medical report should have been issued immediately.

"It would have been easier to squelch these rumors, right away if fuller information had been provided at once, although there was no indication of anything sinister about it," said the Rev. Donald Campion, a Jesuit expert on Vatican affairs.

He said there "always are people around who like to stir up theories," he said - particularly in a case such as John Paul's death Sept. 28 only a month after his election.

"They want to find some kind of devil, some evil person who did the pope in," he said.

The fact that no formal death certificate has been made public was keeping alive requests for an autopsy or formal Vatican statement on the matter.

Vatican sources said such a statement nearly two weeks after the death would prove embarassing and show "a capitulation to popular pressure."

"I don't see Vatican official circles taking these demands very seriously," said the Rev. John Long, an officer of the Vatican's Secretariat of Christian Unity.

He discounted published reports that cardinals had asked for a formal Vatican statement on the matter. Others, including a spokesman for U.S. cardinals, also disputed the claim.

Cardinal Carlo Confalonieri, dean of the College of Cardinals, was quoted by Vatican autorities as saying there was no question about the causes of the pope's death and no need for an autopsy.

The pope's death at age 65 was attributed by his doctor to a heart attack. The doctor also said he had warned the pope to slow down shortly before his death, but the John Paul had said he could not do so.

The Associated Press October 10, 1978, AM cycle

The Rev. James Roach of Chicago, an official Vatican spokesman, said doctors had signed a formal death certificate attributing the pope's death to "accute myocardial infarction" but the certificate had not been made public.

Vatican specialists agreed fuller details should have been provided at once.

It was about two hours after John Paul's death was discovered before word of it was released, and then there were conflicting statements about details.

The Rev. Vincent O'Keefe, assistant to the superior general of the Jesuit order, suggested that the doctor and the papal secretary, the Rev. john Magee, who found the pope dead, could have given news conferences on the details.

Even if they had, Vatican experts said, rumors were inevitable in view of Vatican history and secretive Vatican operations.

In the 15the century, when the wealthy Borgia and Medici families had powerful influence on the Vatican, there were conspiratorial intrigues and plots.  In the Middle Ages at least 10 popes were killed or died under suspicious circumstances, authorities said.

The Rev. Paul Boyle, head of the Passionist Fathers, said the calls for inquiries into John Paul's death were fed by imagination and conjectures about communist for anticommunist plots.

Rumor is common in the Vatican, he said.

Vatican experts said two additional doctors were involved in embalming the pope's body, and would have called attention to anything questionable.

286 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 10, 1978, AM cycle

**LENGTH:** 481 words

**BYLINE:** By HILMI TOROS, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

Roman Catholic cardinals strove Tuesday to focus on a consensus candidate to succeed **Pope John Paul I** and press reports said Cardinal Giuseppe Siri of Genoa was emerging as a conservative candidate, with Vatican-based Pericle Felici mentioned as a compromise.

With five days to go for the first voting in the Sistine Chapel, the 72 year old Siri was said by Milan's II Giorno and La Republica of Rome to be a major contender on the basis of his firm anti-communist stance and his reputation as a disciplinarian.

Siri, a cardinal for 25 years, ran second in the conclave that elected Pope Paul VI in 1963 and obtained the largest number of votes, reportedly 25, in the first balloting of the August conclave before the electors suddenly swung to Cardinal Albino Luciani.

Speculation about papal candidates that appeared in the Italian press during the preconclave period before Pope John Paul I was elected, however, prove far off the mark.  Cardinal LUciani, the patriarch of Venice, was hardly mentioned as a serious papal contender.

Luciani regined only 34 days as Pope John Paul I, admired for his cheerfulness and rapport with the public.  He died of a heart attack Sept. 28 at age 65.

Siri also carries a reputation as being opposed to the reforms of Vatican Council II.  Il Giorno said Siri can count on about 50 of 111 votes, 25 short of the required ballots.

But Siri fits the characteristics that Cardinal Bernardin Gantin, president of the Justice and Peace Commission and black Africa's highest ranking Vatican prelate, said were required of the 264th pontiff of Roman Catholicism: an Italian, neither too young nor too old and "with good human contact."

Gantin, in an interview with the weekly Panorama, also said he thought the next pope need not necessarily be a pastor, but could be someone from the Curia, the central administration of the church.

The Associated Press October 10, 1978, AM cycle

A host of "papabili" - or possible popes - from the Curia may fit this description, among them Cardinals Sergio Pignedoli, Sebastiano Baggio and Pericle Felici.

Cardinal Felici, the 67 year old prefect of the Vatican Tribunals and secretary of the Vatican Council 1962-1965, was being pushed by the Curia as a compromise between a conservative pastor like Siri and a liberal like Pignedoli, according to Vatican sources familiar with Curia thinking.

The sources also said the Curia anticipated a brief conclave, with the candidates narrowed down as the voting draws near.

Vatican sources said cardinals spent the entire weekend in "prayer and meditation," rather than gathering in formal meetings as the congregation that rules the 700-million-member church in the interim between popes.

On Tuesday, 99 cardinals met formally in the ornate Apostolic Balace and, according to the Vatican, went over the electoral process in the secret conclave.  Informal gatherings, however, still continue every day.

293 of 492 DOCUMENTS

Copyright 1978 Newsweek
Newsweek

**October** 9, 1978, UNITED STATES EDITION

**SECTION:** TOP OF THE WEEK; Pg. 5

**LENGTH:** 133 words

**HEADLINE:** John Paul's 34 Days Page 70

**BODY:**

   Only five weeks after the conclave that named a successor to Pope Paul VI, the bells of Rome tolled again - this time for the unexpected death of **Pope John Paul I.** His short, sunny reign had already stamped his church with his unaffected simplicity and warmth, but he hadn't had time for substantive issues. What he had brought to his flock, said a grieving colleague, was "the smile of God"-but now the College of Cardinals had to gather again to choose another Pope. With reporting on the scene from Loren Jenkins, Paul Martin and Elaine Sciolino, Senior Editor Russell Watson chronicles the shock of John Paul's death and its meaning for his church.  Religion editor Kenneth L. Woodward writes of the Pope and his 34 days in office.  (Cover photo by Gianni Giansanti-Gamma-Liaison.)

**GRAPHIC:** Cover photo ( UNITED STATES & INTERNATIONAL EDITIONS ), The 34 Day of John Paul I, Gianni Giansanti - Gamma-Liaison; Picture, no caption

Copyright 1978 Newsweek
Newsweek

**October** 9, 1978, UNITED STATES EDITION

**SECTION:** RELIGION; Pg. 72

**LENGTH:** 1231 words

**HEADLINE:** The 34 Days of John Paul I

**BYLINE:** KENNETH L. WOODWARD with ELAINE SCIOLINO and CHRISTOPHER MATTHEWS in Rome

**BODY:**

His reign lasted only 34 days. He wrote no encyclicals, gave no major speeches, made no important appointments - not even to fill his own former post as Patriarch of Venice. But in the short month that Albina Luciani warmed the chair of Saint Peter as **Pope John Paul I,** he demonstrated to all the world that the head of the Roman Catholic Church was meant to be a pastor, not a prince. The gifts he brought to the papacy were simple human talents: a ready smile, an irrepressible tendency to laugh and joke and an almost compulsive need to hug everyone he met. There was no time for matters of substance. But after the wintry resignation that chilled the last years of his predecessor's reign, Pope John Paul's compelling personal style gave the church a brief, Indian summer of renewed hope and promise.

From the very outset, John Paul used his month of Sunday sermons and Wednesday public audiences to speak intimately to his flock like a father and friend. His first stylistic innovation was to drop the impersonal papal "we" in favor of bubbling direct expression. "Yesterday morning I came to the Sistina to vote quietly," he said after his election-and the crowd below in St. Peter's Square burst into appreciative papacy of John XXIII, and his flock responded in kind. His death, after only a month in office, prompted genuine grief around the world.

For his regular Wednesday audiences, which were always filled to capacity, John Paul chose to walk to his throne, beaming broadly and stopping to kiss babies and pump hands as he pushed through the delighted throngs. When visiting U.S. Congressman Silvio O. Conte introduced himself and mentioned that his family came from the Pope's own region of Vincenza, John Paul grabbed both his hands and said, "I can't tell you how proud I am that a family from my province went to America and elected their son to the Congress." Recalls the Massachusetts Republican: "It was such a thrill I got goose pimples in my hair."

To the delight of his audiences, the Pope disdained prepared texts and freely peppered his impromptu homilies with homely metaphors. He compared God to "an automobile salesman" and likened the sinner to a driver who puts "champagne and jam" in his engine instead of gasoline and oil. "He should not complain if his car ends up in a ditch," the Pope concluded. In his last public audience, he summoned 10-year-old Daniele Bravo to his side and talked to him about

shcool."We children often don't understand what grownups say," recalls the youngster. "But the way he spoke to me, I understood it all."

If children readily got John Paul's message, adults were sometimes startled by his direct manner. When the Pope invited a group of U.S. bishops to fire questions at him, the prelates were so stunned that no one could speak up for several embarrassing minutes. But the most discomfited prelates in Rome were those in charge of Vatican Radio and L'Ossevatore Romano, the Vatican's official daily newspaper, who periodically censored the new Pontiff's off-the-cuff remarks. In a speech to the Sacred College of Cardinals, John Paul admitted that he was "so ignorant" of the mechanisms of the Holy See that he would have to study the Vatican's official handbook. But this personal confession of ignorance was not recorded by either of the Vatican's official organs of information.

Similarly, the Vatican media ignored the Pope's stunned protest to the cardinals who had elected him: "What you have done to me, may God forgive you"-even when he recalled it himself and explained that he meant no offense. His simplicity seemed too complex for doctrinal orthodoxy; thus the editors of L'Osservatore Romano carefully reprinted the Pope's criticism of Marxism, but failed to include his comment that there are areas of "coincidence" between Communism and Christianity.

Despite his breezy style, John Paul remained a theological conservative all his life, and all indications were that he would not venture beyond the limits set by Pope Paul VI. Thus, his early promise as Pope "to preserve the great discipline of the church in the life of priests and the faithful" was interpreted as meaning he would follow Paul's stand on birth control, priestly celibacy and the ordination of women. On divorce, John Paul upheld the "indissolubility of Christian marriage." But in a typically sympathetic aside, he made the words of Montaigne his own: "Marriage is like a cage," he observed. "The birds that are outside do everything they van to get in. Those inside are trying to get out."

Through these and other folksy aphorisms, John Paul tried to say that he understood the problems of ordinary parishioners-especially the poor. His own father and been a glass worker who raised his family in a tiny shack around a woodburning stove. After World War I, the Luciani children wore wooden clogs and had only grass and nettles to eat."Once Albino brought me a piece of white bread that someone had given him," recalls his younger brother, Eduardo. "Neither of us had seen white bread before, but Albino gave it to me. I can still remember the taste." As Patriarch of Venice, Luciani once urged his pastors to sell the church jewels in their possession and distribute the proceeds to the poor.

But despite this concern for the poor, whom he called "the true treasure of the church," he seemed to shy away from radical social movements within the church for fear they would lead to Communism. He got along on a day-by-day basis with Communists, once saying "If you have a suitcase and a Communist offers to help you carry it, you let him." And last month, he had a brief but cordial meeting with Carlo Julio Argan, the Communist mayor of Rome. But in a previous public audience, he had pointedly condemned any notion that "political, economic and social freedom coincides with salvation in Jesus Christ . . . that *'ubi Lenin, ibi Jerusalem'"* -literally, "where Lenin is, there is Jerusalem."

The 34 Days of John Paul I Newsweek October 9, 1978, UNITED STATES EDITION

His remarks were directed especially against the emerging "theology of
liberation" which was to have been discussed by the bishops of Latin America at
their important October meeting, now postponed, in Mexico.  Since Luciani had
been elected Pope with the considerable support of progressive cardinals in
Latin America, his remarks were widely seen as a rejection of Third World
efforts to liberate the poor through church-based social action.

That interpretation was probably correct.  In retrospect, Pope John Paul
seemed to be a man of sharply divided consciousness-one side preoccupied with
doctrine and abstract ideologies, the other absorbed with individuals in need.
Nonetheless, it was to Luciani that his brother cardinals turned late last
August when they wanted a Pope who could reconcile opposing factions in the
church and project an image of a caring father.  In response, John Paul created
a papacy of endearing pastoral gestures, and through them built a beguiling
bridge between the 263rd successor of St. Peter and te ordinary people he loved.
"The Pope had a message to give our world," said Cardinal Francois Marty of
Paris.  "He gave us the smile of God.  In the grayness of these days, this smile
will remain like a beam of light." Perhaps, Marty concluded, "it was this
message of universal love which . . . exhausted him.  That was enough.  His work
was accomplished."

**GRAPHIC:** Picture 1, Warming the chair of Saint Peter: A pastor, not a prince,
Fabian - Sygma; Picture 2, Public audiences: Impromptu homilies, homely
metaphors, Marc Riboud - Magnum; Picture 3, Newly elected: An infectious smile
and a non-regal 'I', Mike Norcia - Photoreporters; Picture 4, At Mass, Oliver
Rebbot; Picture 5, with Rome's mayor, Fabian - Sygma; At bottom, a conservative

Copyright 1978 U.S. News & World Report
U.S. News & World Report

October 9, 1978

**SECTION:** Pg. 43

**LENGTH:** 430 words

**HEADLINE: Pope John Paul I:** "He Seemed to Offer So Much to the World"

**BODY:**

The emotional chords struck by John Paul I during his brief reign will be difficult for the new Pope to equal.

That is the consensus of Christians worldwide who expressed grief at losing the inspirational power generated by the "smiling Pope."

"Rrely has any world leader made such an enormous impact in such a short time," said Archbishop John Roach of Minneapolis-St. Paul. "His warmth, openness and obvious holiness seemed to offer so much to a world in need of hope."

Those qualities were displayed from the start of his reign on August 26, when papal electors surprised the world by choosing little-known Cardinal Albino Luciani, 65, of Venice, on only the fourth ballot. Greeting the throngs outside the papal palace, the new Pontiff smiled broadly, then frankly admitted his trepidation at assuming the highest office in the Roman Catholic Church.

In becoming the first Pope to choose a double name, John Paul signaled not only his individuality, but his goal of combining the most admired traits of his two immediate predecessors: Popes John XXIII and Paul VI.

Strong echoes of Pope John's simplicity were sounded when John Paul, son of a migrant bricklayer, became the first new Pontiff in at least 1,000 years to refuse to use both the papacy's portable throne and lavish triple crown when he was installed September 3.

The moral staunches of Pope Paul was seen by many Catholics in the Pontiff's earlier condemnation of divorce as a "sword of Damocles hanging over marital love."

Admitting inexperience in Vatican politics, John Paul reappointed all the top ministers of the Curia and said he wanted to learn from them. Recently, the Pope, whose father was a socialist, surprised many Catholic foes of Marxism when he stressed his lifelong concern for the poor by saying: "No one is authorized to reserve for his exclusive use that which surpasses his needs when others lack the necessities."

Pope John Paul I: "He Seemed to Offer So Much to the World" U.S. News & World
Report October 9, 1978

Above all, John Paul made it clear that he intended to make the most of his training as a pastor who spent many years ministering directly to the faithful in local Italian parishes.

Even in the hard world of international politics, he told a delegation of foreign officials, the main duty of the church is "the forming of consciences, chiefly the consciences of Christians, but also those of [other] men and women of good will."

It is this pastoral spirit, Roman Catholics agree, that will be foremost in the minds of prelates and parishioners when they evaluate whoever will succeed Pope John Paul I.

**GRAPHIC:** Picture, Crowds in Rome mourn the sudden death of Pope John Paul I. UPI

298 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

October 7, 1978, Saturday

**SECTION:** Page 40

**LENGTH:** 72 words

**BYLINE:** BY PAUL HOFMANN

**JOURNAL-CODE:** NYT

**ABSTRACT:**
Discussion of circumstances surrounding death of **Pope John Paul I.** Some major Italian newspapers are discounting gossip of possible foul play in Pope's death, while criticizing Vatican authorities for decision not to permit autopsy. Some cardinals and other prelates have suggested publicly that **Pope John Paul I** collapsed under stress of overwork, since he had never held post in Vatican administration or foreign service (L).

301 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 6, 1978, PM cycle

**LENGTH:** 477 words

**BYLINE:** By JOSE TORRES, Associated Press Writer

**DATELINE:** ROME

**BODY:**

A Spanish rightist politician today joined an ultra-conservative Italian organisation in calling for the Vatican to conduct an inquiry into the cause of **Pope John Paul I's** death.

Blas Pinar, president of Fuerza Nueva, a Francoist political organization, told a news conference that the lack of an autopsy on the pope's body has led to suspicion that the pontiff's death Sept. 28 may not have been from natural causes.

"An investigation or an autopsy could establish the cause of his death and would pacify many Roman Catholics about the issue," Pinar said. "In Spain we never knew that Pope John Paul had a heart condition. That is the reason why his death, officially attributed to a heart attack, has raised so much suspicion."

Pinar was here to take part in the general assembly of Civilta Cristiana, a small, ultra-conservative Roman Catholic organization with branches in several countries, including France, West Germany, Spain and Ireland.

Civilta Cristiana filed a formal petition with the Vatican courts of justice Tuesday asking for a judicial inquiry to "ascertain the true causes" of the Pope's death.

"However, Cardinal Silvio Oddi, a member of the Vatican curia, said the same day the Sacred College of Cardinals "will not even discuss the issue."

"We know for certain that John Paul's death was because his heart ceased to beat due to natural causes," Oddi told reporters.

The Rev. Diego Lorenzi, one of Pope John Paul's secretaries, when approached by a journalist for an interview on Tuesday, snapped, "Don't you too tell me the tale about the pope being poisoned."

Without elaborating, Pinar referred to a remark he said Pope Paul VI made in a speech several years ago to the effect that "Satan's fumes have reached the church."

"Every person who dies as Pope John Paul I died must be subjected to a

The Associated Press October 6, 1978, PM cycle

thorough post-mortem examination, and an autopsy must be carried out on his body," Pinar said.

Vatican sources said an autopsy was not conducted on Pope John Paul because doctors agreed it would not reveal anything more than was already known.

Franco Antico, secretary of Civilta Cristiana who took part in the news conference, said Civilta's petition for an inquiry was made after consulting "many leading lay and religious personalities."

"We still are waiting for a reply from the Vatican," Antico said.

He said the organization sent to Cardinal Carlo Confalonieri, dean of the College of Cardinals, a copy of the petition with a note asking him to pass on its contents to the Congregation of Cardinals, which governs the church between popes.

Antico said he would not disclose the reasons Civilta Cristiana gave for the inquiry because such an inquiry could still be under way and that they must remain secret.

"But we reserve our right to make the reasons public if the inquiry is not carried out," Antico said.

302 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 6, 1978, AM cycle

**LENGTH:** 819 words

**BYLINE:** By VICTOR L. SIMPSON, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

One of the major tasks facing the next pope will be how to cut the cost of the Roman Catholic Church's expanding worldwide mission and invest wisely.  But some critics say the Vatican also must reconcile its worldly wealth with its spiritual role.

No sooner had **Pope John Paul I** taken over on Aug. 26 than a leading Italian business magazine appealed to him to impose "order and morality" on the church's secrecy - shrouded financial affairs.  Complaints persist that it still has too much of a secular role through its financial holdings in banks, stock exchanges and real estate.

"The Vatican depends financially on the capitalist system," said Giovanni Cereti, an Italian priest and theologian, in a recent financial study for the international theology review Concilium."It depends on the benefits the big multinationals take out even from developing countries.

"It finds itself on the side of capitalists in certain social conflicts.  All this cannot but raise questions and problems, particularly from younger churches."

Under changes instituted by Pope Paul VI in 1968, three organizations now manage the Holy See's financial affairs.  On top is the Prefecture for Economic Affairs, headed by Cardinal Egidio Vagnozzi.  The prefecture coordinates all adminstrative and financial policies, including the budget of the Holy See.

A second organization, the Administration of the Patrimony of the Holy See, is responsible for the Vatican's payroll and manages investment in securities and real estate.

The third, headed by Bishop Paul Marcinkus, 56, of Cicaro, Ill., is the Vatican bank-officially called the Institute for Religious Works.

With marble-floored offices in the Tower of Sixtus V inside the 108-acre Vatican city-state, the institute was established by Pope Pius XII in 1942 to "care for, protect and administer capital destined for works of the religious."

In practice, it provides a full range of banking services for its clients -

The Associated Press October 6, 1978, AM cycle

religious orders, ambassadors to the Holy See and recommended lay persons.

According to Il Mondo, the business weekly which appealed to Pope John Paul to put the Vatican's finances in order, the bank also helps some of Italy's richest people evade taxes and laws against the transfer of capital abroad.  The magazine estimated the bank holds deposits of $2 billion, and its 7,000 depositors include "some of the biggest Italian industrialists and businessmen."

The Vatican declined comment on the report and has maintained strict secrecy on its institute's assets.

One partial clue was supplied by the Bank for International Settlements in Switzerland, which provides the outside currency positions of banks on a country-by-country basis.  It's annual report said the Vatican had $100 million in deposits with reporting banks at the end of 1977.  At the end of 1975, these deposits totaled $105 million.

Vatican insiders say there have been several changes in investment practice in the past decade.

To avoid moral conflicts, the Vatican divested itself of any stock holdings in companies involved in the manufacture of arms, contraceptives and films.At the name time, Vatican money managers have been careful not to acquire controlling interest in a company to avoid the role of "boss" and possible conflict with labor unions.

The Vatican also has been divesting itself of holdings in Italian companies, shifting to the United States, Switzerland, Germany, Japan, France, Canada and Spain.  "In general, all countries that permit the free export of investment profits," according to Cereti's study.

Sources say the Vatican has shifted its investments into public utilities, such as telephone, electric and gas companies, banks and insurance.

"They have small investments, sometimes peanuts," said the American head of a religious order who has dealings with the Vatican bank.  "I know they have investments in one bank in New Jersey, for instance, and have traded in small-lot things on the bond market." He asked that his name not be used.

The shift from Italy is attributed in park to the intermationalization of the Curia, the Vatican's central administration, under Pope Paul.

But Cereti said it is also based on a political-economic choice, because investments in Italy are "less profitable, less secure, less protected and more heavily taxed."

With the expansion of church activities has come the cost of telecommunications and air fares.  The creation of the Synod of Bishops, a gathering of leading bishops from around the world every three years, also has caused costs to mount.

Meanwhile, wages have been rising.  Most of the Vatican's 3,000 employees are tied in to the inflation-based Italian wage escalator, which went up an average of 21 percent over the past three years.

Vagnozzi said recently tgat because of rising personnel costs the Vatican

Page 142

The Associated Press October 6, 1978, AM cycle

faces a 1981 budget deficit of $38 million dollars at current rates.

304 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**October** 6, 1978, Friday

**SECTION:** Page 66

**LENGTH:** 44 words

**BYLINE:** BY PAUL HOFMANN

**JOURNAL-CODE:** NYT

**ABSTRACT:**
Discussion of brief reign of **Pope John Paul I.** Changes initiated by John Paul I
include his refusal to be crowned with the pontifical triple crown or tiara, his
use of first person singular instead of using the majestic 'we' and his emphasis
on simplicity (M).

.

305 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 5, 1978, AM cycle

**LENGTH:** 476 words

**BYLINE:** By VICTOR L. SIMPSON, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

　　Cardinals of the Roman Catholic Church began formal preparations Thursday for the secret conclave that will elect a successor to **Pope John Paul I.**

　　At the daily business meeting of the Congregation of Cardinals, which is running the affairs of the church in the period between popes, three cardinals were chosen by lot as assistants to the papal chamberlain, French Cardinal Jean Villot, to deal with non-voting matters during the conclave.

　　The cardinals also named two commissions, one to designate the service assistants who will accompany the electors into the conclave and another to deal with accommodations and expenses.  One of the commissions also is charged wtih reading any documents left by the late pontiff.

　　Present for the first time was American Cardinal John Wright, who had missed the last conclave because he was recovering from eye surgery.  Wright, from Boston, is a member of the curia stationed in Rome.

　　Officials announced that Cardinal Boleslaw Filipiak of Poland will miss the conclave because of illness.  That means that ill cardinals are expected to take part in the secret voting.

　　The cardinals are to enter the conclave Oct. 14, and balloting is expected to being the next day.  There has been no announcement, but it is expected to be held again in the Sistine Chapel.

　　At a reception in the Ducal Hall of the papal palace, the cardinals greeted dignitaries bringing condolences from leaders of more than 100 nations.

　　Cardinal Carlo Confalonieri, recalling that many of the same people had gathered in the same room after the death of Pope Paul VI two months ago, said, "Our sorrow is increased by the fact that we weep so soon" after Pope John Paul's election.

　　The 85-year-old dean of the College of Cardinals said those "who bear the political and social responsibilities will be sensitive to his way of looking at the world."

　　Pilgrims began gathering at dawn to visit the grottos beneath St. Peter's

The Associated Press October 5, 1978, AM cycle

Basilica and pray at the tomb of the "smiling pontiff," who died a week ago after a reign of only 34 days.

Iris Rosa, a woman from Venice whose niece had been confirmed five months ago by John Paul when he was Cardinal Albino Luciani, patriarco of Venice, burst into tears when she filed past the stone sarcophagus.

"He spoke to us in such a simple, humble way," she said.

"We always understood him." Many of the pilgrims knelt on the stone floor to pray near the sarcophagus, which is marked only by the pope's name in Latin - Ioannes Paulus PP. I.

Lillian Carter, President Carter's mother, who headed the U.S. delegation to John Paul's funeral, met Thursday morning at the U.S. ambassador's residence with Cardinals Terrence J. Cooke of New York, John J. Carberry of St. Louis, Mo., and Humberto Medeiros of Boston.

After making the call on the College of Cardinals, the delegation left for home.

306 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 5, 1978, AM cycle

**LENGTH:** 203 words

**DATELINE:** VATICAN CITY

**BODY:**

A nun who customarily took a morning cup of coffee to **Pope John Paul I** was the first person to realize something was wrong last Friday morning when he was found dead in his bed.

Edoardo Luciani, the pope's 62-year-old brother, gave this account Thursday in a telephone interview with The Associated Press:

"Mother Vincenza, who has cared for my brother for more than 10 years, told me she went with the coffee around 5:30 a.m. as usual and expected to see him as usual in the chapel praying.

"When she did not see him, for the first time since he became pope, she went to the door of the papal bedroom and knocked.  She got no reply and worried.  Then she went to call the Rev. John Magee, the private secretary, and he entered the bedroom and found him dead, half sitting up, a few sheets of handwritten notes clutched in his hands."

The pope's brother described reports that Mother Vincenza, a nursing nun, was the first to enter the pope's bedroom and find him dead as inaccurate.

He said Mother Vincenza and Father Magee then called Cardinal Jean Villot, the French secretary of state, and the doctors, who said Pope John Paul had died from sudden acute heart seizure at around 11 p.m. Thursday.

309 of 492 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**October** 5, 1978, Thursday, Final Edition

**SECTION:** First Section; A1

**LENGTH:** 1074 words

**HEADLINE:** Pope Buried In Open-Air Ceremony;
Pope Who 'Passed as a Meteor' Is Buried in St. Peter's

**BYLINE:** By Ronald Koven and Sari Gilbert, Washington Post Foreign Service

**DATELINE:** VATICAN CITY

**BODY:**

Tens of thousands of Roman Catholic faithful gathered in Saint Peter's Square yesterday to attend the funeral services for **Pope John Paul I,** who died last Thursday night after the briefest reign as pontiff in more than three centuries.

"He passed as a meteor which unexpectedly lights up the heavens and then disappears, leaving us amazed and astonished," said Cardinal Carlo Confalonieri, dean of the Sacred College of Cardinals, in his sermon to the crowd gathered under umbrellas against the intermittent rain that punctuated the two-hour openair ceremony.

The body of the pope, who died of a heart attack at the age of 65, lay in a simple coffin placed on an oriental rug on the church steps. An open book of gospels was open atop the coffin, and a white candle, signifying enternal life, stood alongside.

The funeral, televised to 31 countries, marked the beginning of nine days of official mourning. On the 10th day, Oct. 14, the 112 cardinals who are younger than 80 will be sequestered in the Sistine Chapel to begin the process of electing John Paul's successor. Thatsuccessor will become the 264th pope.

As twilight settled over the city and bells of St. Peter's tolled, 12 black-suited pallbearers took the coffin to the Basilica of Saint Peter's.

The crowd in St. Peter's Square broke into a long applause as the coffin was carried inside the church.

Walking down the central nave, followed only by the pontiff's immediate family and a half dozen cardinals, the pallbearers moved to the left of the main alter and slipped through the "door of death," sculpted hour glass in his left hand, down to the grottoes beneath the church.

Inside the grottoes, John Paul's cypress casket was placed in a lead liner weighing 880 pounds. This in turn was placed in a more massive oaken casket.

Pope Buried In Open-Air Ceremony;Pope Who 'Passed as a Meteor' Is Buried in St. Peter's The Washington Post October 5, 1978, Thursday, Final Edition


Both the lead and oak casket bore a bronze plaque with Latin inscriptions detailing the dates of John Paul's life and reign.

Embossed above the inscription was a cross with a skull and crossbones at its foot.  Below that was John Paul's coat of arms-a shield with mountains, the winged lion of Venice's St. Mark's and the word "humilitas."

The coffin was then lowered into a marble sarcophagus and covered with a large stone slab.  The tomb was only a few steps away from those of John XX111 and Paul VI, the two immediate preceding pontiffs from whom he took his name. Buried nearby are 144 other popes.

Most countries were represented by ambassadors accredited to the Holy See. There was a sprinkling of cabinet ministers but Italy was the only country to send its chiefs of state and government.  The U.S. delegation was headed by Lillian Carter, the mother of President Carter.  It also included Sen. Thomas Eagleton (D-Mo), Mayor Edward Koch of New York and Connecticut Gov. Ella Grasso.

For Pope Paul VI's funeral in August, most countries were represented at a higher level, President Carter sent his wife, Rosalynn, and Vice President Walter Mondale.

The funeral mass was concelebrated by 92 of the 127 members of the college of Cardinals.  Earlier, an estimated 750,000 people had filed past the Pope's body as it lay in state of the Vatican.

Colorfully garbed parriariches of the Maronite, Armenian and other Eastern rites of the Catholic Church joined in the funeral ceremony, reciting portions of the liturgy in Greek and Arabic.  The service, Officially characterized as "simple," was made as similar as possible to the one held for Paul VI, who had asked in his will that a normal funeral mass be held instead of the elaborate papal mass that was previously the rule.

Pope Pauls funeral took place only seven weeks ago, when 100,000 persons turned out on a sunny Saturday afternoon to pay him tribute.  Pope Paul died Aug. 6 at the age of 80 after a 15-year reign.  On Sept. 3 the little-known Albino Cardinal Luciani, patriarch of Venice, was installed as supreme pastor of the world's 700 million Roman Catholics.  He took the title of John Paul I.

Two hundred priests went among the faithful to distribute the white communion wafers that represent the body of Christ.  The demand was so great that some of the priests could be seen showing mourners that their ciboriums were empty after they had given out all the wafers they contained.

Along with the representatives of governments were the ecumenical representatives of a number of other faiths, including the main Protestant organization, the World Council of Churches, the Churcnes of England and Scotland and major international Jewish organizations.

Juvenal, the patriarch of Moscow, represented the Russian Orthodox church, recalling perphaps the most dramatic moment in John Paul's 33-day pontificate. It came on Sept. 5, when Juvenal's predecessor as head of the Russian church, Patriarch Nikodim of Leningrad, collapsed and died in Pope John Pauls arms in the middle of an audience at the vatican.

Also prominent among the lay mourners were the brother and sister of the late

Pope Buried In Open-Air Ceremony;Pope Who 'Passed as a Meteor' Is Buried in St. Peter's The Washington Post October 5, 1978, Thursday, Final Edition

pope.  In the audience, 750 place were reserved for natives of Belluno, the northern Italian district where John Paul was born and reared.

There seemed to be a large proportion of young people in their twenties in the crowd.  There were also large numbers of nuns in religious habits, but the large square was not filled entirely.

Halfway through the ceremony, eight Vatican attendants came forward behind the large, simple outdoor alter with a portable canopy to cover Cardinal Confalonieri as the tall, straight-backed 85-year-old prelate led the services.

Behind each cardinal, an attendent opened a black umbrella.  At final, wind turned the pages of the holy gospel placed on top of John Paul's coffin, but the rain soon soaked the pages.

Confalonieri, who also delievered the eulogy for Pope Paul, spoke of John Paul as "the perfect teacher" with his ability to translate complicated theology into everyday language.

"With wonderful jumility and that wisest psychological intuition," said the eulogist, "he spoke directly to children 'in order that they might help the pope," as he so graciously put it.  Everybody understood that he was speaking to the little ones so that the adults would hear and understand."

The cardinal alluded to John Paul's first speech in the Sistine Chapel alter his election, "For him, how unexpected and how painful." The new pope's first words to his colleagues were, "May God forgive you for what you have done to me."

**GRAPHIC:** Picture 1, Some of 95 miter-wearing cardinals who sat outside St. Peter's Basilica during pope's funeral., AP; Picture 2, Msgr. Virgilio Nos, right, in charge of Vatican ceremonies, kneels in prayer beside the Pope's coffin., UPI

311 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 4, 1978, AM cycle

**LENGTH:** 760 words

**BYLINE:** By VICTOR L. SIMPSON, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

**Pope John Paul I,** who reigned only 34 days but won the affection of millions around the world with his smile and humble manner, was buried in the grotto of St. Peter's Basilica on Wednesday after a rain-soaked funeral Mass on the broad marble steps of the church.

Cardinals of the Roman Catholic Church, gathered for the second papal funeral in less than two months, paid final tribute to the "smiling pontiff" in a two-hour service.  They then filed back into the basilica behind 12 pallbearers carrying the simple yellow cypress coffin.

The crowd in St. Peter's Square broke into a long applause as the coffin was carried inside the church.

In a private ceremony in the grotto attended by five cardinals and 30 relatives, the cypress coffin was put inside coffins of lead and oak and placed in a stone sarcophagus bearing only the pope's name in Latin - Ioannes Paulus PP. I.

The grotto is the resting place of 146 other popes, including what are believed to be the remains of the first pope, St. Peter.

In his homily at John Paul's funeral, Cardinal Carlo Confalonieri, dean of the College of Cardinals, said "He passed as a meteor which unexpectedly lights up the heavens and then disappears, leaving us amazed and astonished."

A crowd, estimated by Vatican officials at 50,000, braved intermittent showers to join 95 red-robed princes of the church and dignitaries from 108 countries in the ceremony.

"We have scarcely had time to see the new pope," Confalonieri said.  "Yet one month was enough for him to have conquered our hearts - and for us, it as a month to love him intensely.

"It is not the length which characterizes a life in a pontificate, but rather the spirit that fills it."

The body of the pope, who died of a heart attack Thursday at the age of 65, lay in a simple coffin placed on an oriented rug on the church steps.  An open

The Associated Press October 4, 1978, AM cycle

book of the Gospels was open atop the coffin and a white candle, signifying
eternal life, stood alongside.

The funeral, revised live to 31 countries, ranked the beginning of nine days
of official mourning.  On the 10th day, Oct. 14, the cardinals will be
sequestered in the Sistine Chapel to begin the process of selecting John Paul's
successor.

Only seven weeks ago, 100,000 persons turned out on a sunny Saturday
afternoon to pay tribute to Pope Paul VI, who died Aug. 6 at the ge of 80 after
a 15-year reign.  And it was here on Sept. 3 that the little-known Cardinal
Albino Luciani, patriarch of Venice, was installed as supreme pastor of the
world's 700 million Roman Catholics.

John Paul issued no encyclicals and made no major pronouncements during his
brief papacy, but with his down-to-earth style in his few addresses "everybody
understood that he was speaking to the little ones in order that adults would
hear and understand," as Canfalonieri put it.

Nearly 5,000 heavily armed policemen and soldiers were deployed to protect
the official delegations, which were seated to the right of the altar.  Lilian
Carter, mother of President Carter, said: "We will miss his warm smile, the ease
with which he communicated with the young and the old, Catholics and
non-Catholics, with men, women and children."

The American delegation also included Sen. Thomas F. Eagleton, D-Mo., Gov.
Ella Grasso of Connecticut, Mayor Edward Koch of New York and Rep. Michael
Blouin, D-Iowa.

Vatican officials estimated that more than 750,000 mourners, undeterred by
heavy rain since Saturday, had trekked through the vast St. Peter's Square to
view the body as it lay in state in the Basilica.  The public viewing continued
until shortly before the funeral.

Foreign tourist and ordinary people from all over Italy took up positions in
the square early in the day.Whole families, some equipped with little stools and
lunch boxes and containers of water, waited for the service to begin.

"He was the perfect teacher," Confalonieri said in the homily.  "His few
weeks of ministry as the supreme pastor were enough to reveal him as such to the
world as it listened both near and afar to the sound of his fatherly lessons.

"Pope John Paul has been himself, personally, a message of goodness."

Pope John Paul's will has not been made public, but the Rev. Diego Lorenzi,
the pope's secretary, said it certainly exists.

Lorenzi said John Paul was sitting up in bed when he was found dead at dawn
Friday.  He said the pope was clutching four or five sheets of paper in his own
handwriting, probably notes for the sermon he planned to make at noon from the
window of his apartment the following Sunday.

GRAPHIC: Laserphotos NY2, ROM1, 6, 7, 8

313 of 492 DOCUMENTS

Copyright 1978 Bell Globemedia Publishing Inc. and its licensors
All Rights Reserved
The Globe and Mail (Canada)

**October 4, 1978 Wednesday**

**LENGTH:** 372 words

**HEADLINE:** Catholic group calls for inquest     into John Paul's sudden death

**BYLINE:** REUT

**DATELINE:** Vatican City Italy

**BODY:**

VATICAN CITY (Reuter) - Preparations went ahead yesterday for today's open-air funeral of **Pope John Paul I** despite heavy rain and a last-minute call from a Catholic group for an inquest into his death.

At least 100,000 people were expected to attend the service in St. Peter's square for the 65-year-old Pope who led the world's 700 million Roman Catholics for only 34 days.

Among the dignataries who arrived yesterday were President Jimmy Carter's mother Lillian, who will head the U.S. delegation at the funeral, and more of the cardinals who will meet in a secret conclave starting on Oct. 14 to choose John Paul's successor.

But as dignitaries arrived from all over the world, a traditionalist Catholic organization called Civilta Cristiana (Christian Civilization) formally asked Vatican City authorities for an inquest into Pope John Paul's sudden death last Thursday night from what the Vatican said was a heart attack.

The group said it wanted to know the true reasons for the Pope's death.'
Italian newspapers have been debating whether an autopsy should have been carried out.

According to the Italian news agency ANSA, this would not be a break with tradition. It said an autopsy was conducted on the body of Pope Pius VIII, who died at the age of 69 in 1830 only a year and a half after he was elected.

Terence Cardinal Cooke of New York, one of the delegates to the conclave to choose a new pope, said at Rome Airport that he wanted a pastoral pope.
'We all certainly want a pastoral pope, but that does not mean that he may not also be a good administrator who knows how to reach the people like John Paul and Paul VI,' he said.

Page 153
Catholic group calls for inquest into John Paul's sudden death The Globe and
Mail (Canada) October 4, 1978 Wednesday


Thousands of mourners meanwhile continued to pour into St Peter's
basilica to say farewell to John Paul, whose red-robed body lay on a
simple catafalque before the high altar flanked by four Swiss guards in
multi-colored medieval uniforms.

More than half a million people already have passed by his body and
thousands more were expected before the basilica's doors closed.

Members of the Pope's family kept a vigil beside the body, and his
brother and sister prayed there this morning as workers completed
preparations for the simple tomb in St Peter's crypt where Pope John Paul
will be buried.

**LOAD-DATE:** January 11, 2007