315 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**October** 4, 1978, Wednesday

**SECTION:** Page 17

**LENGTH:** 60 words

**BYLINE:** BY HILMI TOROS

**JOURNAL-CODE:** NYT

**ABSTRACT:**
**Pope John Paul I's** physician Dr Antonio da Ros asserts he told pontiff a few
days before his death that he could not continue such strenuous pace.
Ultra-conservative Roman Catholic group Civilta Cristiana demands judicial
inquiry into cause of pope's death.  Cardinal Silvio Oddi emphasizes, however,
that Sacred College would not even discuss issue (L).

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 3, 1978, AM cycle

**LENGTH:** 1008 words

**BYLINE:** By HILMI TOROS, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

**Pope John Paul I's** physician said Tuesday he told the pontiff a few days before his death that he could not continue such a strenuous pace. And an ultraconservative Roman Catholic group has demanded "a judicial inquiry" into the cause of the pope's death.

Dr. Antonio da Ros, Pope John Paul's personal physician when he was Cardinal Albino Luciani, patriarch of Venice, told The Associated Press in a telephone interview that the burden of the pontificate and the sensitivity of Luciani possibly were contributing factors in his heart attack.

"I met him at the Vatican a few days before his death," da Ros said. "His health was fairly good, but the stress of his new post was great. He perhaps was not prepared, accustomed to that responsibility.

"I told him he could not continue at that pace and he replied he could not do anything about it.

"In the 34 days of his pontificate, the pace of his activities was very intense. It would be enough to check his schedule since he was elected pope. This, joined to the peculiar sensitiveness of Albino Luciani can have been contributing factors for his death," da Ros said.

Meanwhile, an organization called Civilta Cristiana, said it has filed a formal petition with the Vatican Courts of Justice to "open a judicial inquiry to ascertain the true causes" of the pope's death.

But Cardinal Silvio Oddi said the Sacred College "will not even discuss the issue."

"We know for certain that the death of John Paul I was because his heart ceased to beat due to natural causes," he said.

Italy's largest newspaper, Milan's Corriers della Sera, said the lack of an autopsy raised inevitable "doubts and suspicions." However the paper did not suggest that the death was anything other than a natural one. Vatican sources said an autopsy was not conducted on Pope John Paul because doctors agreed it would not reveal anything more than already known. gest . . . already known.

The Associated Press October 3, 1978, AM cycle

Late Tuesday, a team of doctors and embalming experts examined the pope's body, sparking rumors the Vatican had decided to ascertain again the cause of his death.  But a Vatican official said purpose was merely to determine the condition of the body to see if it could be left on view until noon Wednesday. He said similar checks had been made every day since the body was put on public view last Friday.

Cardinal Terence J. Cooke of New York said on arrival for the pope's funeral Wednesday and the conclave to elect his successor that the next pope should be a pastor, like John Paul I, but he said that does not mean he cannot be "a good administrator who knows how to go forward."

And a Spanish cardinal said the 264th leader of the world's 700 million ROman Catholics should be a non-Italian, putting an end to four centuries of Italian domination of the papacy.

Cooke joined many other cardinals, including Americans Timothy Manning of Los Angeles and Humberto Medeiros of Boston, in giving preference to a pope with the characteristics of John Paul, noted for his simple ways and strong background as pastor to his flock instead of for prominence in the church's central administration.

Eight of nine American cardinals eligible to participate in the conclave are in Rome.  Besides Medeiros, Cooke and Manning, the others are William Baum of Washington, John Krol of Philadelphia, John Deardon of Detroit, John Cody of Chicago and John Carberry of St. Louis.  Cardinal John Wright of Pittsburgh, the only American member of the Curia, is recuperating from eye surgery near Boston and is expected for the conclave but not the funeral.

"Certainly every one of us wants a pastor pope," Cooke said.  "But this does not mean that he cannot also be a good administrator."

Cooke joined tens of thousands of others praying before the body of the 65-year-old pontiff, who died last Thursday after a reign of only 34 days.  The body is lying in state near the main altar of St. Peter's Basilica.  Despite occasional downpour, thousands streamed past the body Tuesday.  The Vatican estimated thta well over 500,000 had seen the body since Friday.

Forty-four of the 127 cardinals, meeting in their daily congregation, announced the pope will by buried in the grotto of the basilica, across from the tomb of Marcellus II, a 16th century pope who reigned only 22 days, and between Paul VI and John XXIII, John Paul's immediate predecessors.  John Paul will be the 147th pope buried under the basilica.  The simple tomb will bear only the inscription "Ioannes Paulus PP I," the way he signed his name in Latin.  The "PP" stands for the supreme pastor.

The Vatican said the pope's body would be buried in three coffins, one inside the other, in the traditional papal burial.  The first coffin will be made of cypress lined with red damask.  It will be placed inside a lead coffin three-sixteenths of an inch thick.  These two will be placed inside a plain oak coffin without handles.

The outdoor funeral Mass will be televised live worldwide, the Vatican said. Preparations for an outdoor service went ahead despite the rainy weather which could force it indoors.

The Associated Press October 3, 1978, AM cycle

The Vatican, wanting to spare smaller countries the heavy expense of sending delegations to Rome again, hinted that accredited ambassadors to the Holy See would do.  A Latin American diplomat called the Vatican's move "a really thoughtful gesture."

The United States will be represented by Lillian Carter, mother of the president, Sen. Thomas F. Eagleton, D-Mo., Gov. Ella Grasso of Connecticut and Rep. Michael Blouin, D-Lowa, among others.  The Duke of Norfolk will represent Queen Elizabeth II.

Despite the feeling of many cardinals that the next pope must have extensive diocesan experience, no one is ruling out the chances of Vatican-based Curia cardinals such as Sergio Pignedoli, Sebastiani Baggio and Pericle Felici at the conclave beginning Oct. 14.  They had been thought to be front-runners before the last electoral gathering, but the cardinals opted for the relatively unknown Cardinal Albino Luciani, patriarch of Venice.

319 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 3, 1978, PM cycle

**LENGTH:** 540 words

**DATELINE:** VATICAN CITY

**BODY:**

Amid controversy over why an auptosy was not performed on the body of **Pope John Paul I,** the Italian news agency ANSA reported today that an old diary disclosed that such an operation was done on a pontiff in 1830 to dispel suspicion on the cause of his death.

According to the diary of Prince Agostino Chigi, at the time marshal of the conclave of cardinals, the autopsy was performed on the body of Pope Pious VIII, who died at the age of 69 after a reign of 18 months.

Pope Pius VIII died after a day of "frequent convulsions," the prince wrote, according to the report by ANSA, Chigi said the autopsy on Pope Pius' body was carried out the day following his death, just after the Congregation of Cardinals held its first meeting.

The official results of the autopsy were never revealed and the Vatican did not admit it was performed.

But Chigi wrote in his diary that the physicians who performed the operation "found the organs healthy.  The only thing noticed was some weakness in his lungs and some said his heart was weak."

The fact that Chigi referred to "healthy organs" ruled out that Pope Pious VIII may have been poisoned, as it apparently was feared.

The Vatican announced that Pope John Paul I died Thursday of "acute myocardial infarction," or heart attack.

Dr. Antonio da Ros, the personal physician of Pope John Paul when he was Cardinal Albino Luciani, patriarch of Venice, said the burden of the pontificate and the sensitive of Luciani possibly were contributing factors to his sudden death.

"I met him at the Vatican a few days before his death," Da Ros said in a telephone interview.  "His health was fair good, but the stress of his new post was great.  He perhaps was not prepared, accustomed to that responsibility.

"I told him he chould not coninue at that pace and he replied he could not do anything about it.

"In the 34 days of his pontifcate, the pace of his activities was very

The Associated Press October 3, 1978, PM cycle

intense.  It would be enough to check his schedule since he was elected pope.
This, joined to the peculiar sensitiveness of Albino Luciani can have been
contributing factors for his death."

Vatican sources said an autopsy was not conducted on the body of John Paul
because physicians agreed it would not reveal anything more than was already
known.  Church rules governing the period between popes do not call for such an
operation.

But Corriere della Sera, the nationally circulated Milan paper, said the
sudden death of the 263rd pontiff after only a 34-day reign has prompted "doubts
and suspicions." It added, however, that there was no reason to believe anything
of that sort and therefore the Vatican should have nothing to fear from
conducting an autopsy.

Meanwhile, Civilta Cristiana, an ultra-conservative Italian Roman Catholic
organization, announced today it had submitted a formal petition to the Vatican
Courts of Justice, to "open a judicial inquiry to ascertain the true causes" of
Pope John Paul's death.

A copy of the petition, Civilta Cristiana said, has been sent to Cardinal
Carlo Confalonieri, dean of the College of Cardinals, for him to to inform the
Congregation of Cardinals.  The congregation rules the 700 million Catholics
around the world during the period between popes.

322 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**October** 3, 1978, Tuesday

**SECTION:** Page 7

**LENGTH:** 70 words

**JOURNAL-CODE:** NYT

**ABSTRACT:**
Controversy is emerging in Italy on why autopsy was not performed on late **Pope John Paul I** to confirm cause of death.  Milan newspaper Corriere della Sera asserts on Oct 1 that death has caused 'doubts and suspicions' because Pope had had no history of heart trouble.  Vatican sources indicate that autopsy had not been performed because Vatican doctors had agreed it would add nothing to what was already known (M).

Case 1:07-cv-07063-BSJ-FM     Document 16-11     Filed 11/13/2007     Page 12 of 42

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 2, 1978, PM cycle

**LENGTH:** 313 words

**BYLINE:** By BONNIE TUCKER, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

   Souvenir vendors are doing a brisk business in postcards, portraits, key chains and other mementos of the late **Pope John Paul I.**

   Despite the rain, pilgrims and tourists milled around three stands set up Sunday in front of the newsstand near the Bernini Colonnade enclosing St. Peter's Square.  Most of the buyers were women.

   "Most of these things were made for the pope's inauguration ceremony," said Giovanni Fortieri, 24, one of the seven vendors at the stands.

   "Fortunately, there was time between his death Thursday night and the public viewing of the body that began Sunday to make extra prints of postcards and photographs."

   The colored postcards of Pope John Paul were the favorite item.  There were four sizes, costing from 3 to 60 cents, and showed a total of nine poses of the pontiff, all of them smiling.  Most buyers took three or four different cards.

   Also for sale were stamped envelopes with a black and white profile photograph of the pope at 60 cents, color portraits in frames of gilt or carved wood at 60 cents to $4.90, and gilt keys and thermometers with the Pope's portrait.

   Poster-size color photos sold for $1.80, medallions and coins for 60 cents to $1.20.  Also available were copies of the Saturday edition of the Vatican newspaper L'Osservatore Romano announcing the pope's death of a heart attack.

   Two blocks away in Via di Porta Angela, just outside the Vatican walls, about 20 men, women and children examined a display of color photographs in the window of a photography studio.

   The pictures showed memorable moments of the pope's brief reign: the pontiff standing on the balcony of the papal palace after his surprise election Aug. 26 and exclaiming to the crowd of 200,000, "I would never have believed it," conversations with children, his country priest's smile and his body lying in state in the basilica a few blocks away.

Case 1:07-cv-07063-BSJ-FM    Document 16-11    Filed 11/13/2007    Page 14 of 42

325 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 2, 1978, AM cycle

**LENGTH:** 333 words

**DATELINE:** VATICAN CITY

**BODY:**

   As the body of **Pope John Paul I** lies in state in St. Peter's Basilica, the
Italian media are questioning why an autopsy was not performed to confirm the
cause of death.

   The Vatican announced that the 65-year-old pontiff died of "acute myocardial
infarction" - in Laymen's terms a heart attack - late Thursday night in his bed
after only 34 days as leader of the world's million Roman Catholics.

   Vatican sources said an autopsy was not conducted because physicians agreed
it would reveal nothing more than was already known.

   But Corriere della Sera, a nationally circulated newspaper published in
Milan; said Sunday the sudden death of the 263rd pontiff, who had no known
history of heart trouble, has prompted "doubts and suspicions." Such questioning
has been echoed by other newspapers and radio commentators.  Some ordinary
Italians have voiced doubts about whether the pope's death was a natural one.

   Carlo Bo of Corriere della Sera wrote that there is no reason to believe such
idle conspiracy theories, but he added, "We cannot understand why an autopsy on
Pope John Paul's body was not performed."

   "The church had nothing to lose - on the contrary much to gain - if an
autopsy had been conducted, especially since the Vatican constitution does not
explicitly forbid such an autopsy."

   None of the 15 doctors who belong to the Vatican's health services would
comment on the desirability of allowing autopsies on dead popes.

   But one of them, who asked not to be identified, pointed out that Article 17
of the apostolic constitution of Pope Paul VI - John Paul's predecessor who died
Aug. 6 at age 80 - implicitly rules out autospsies.

   That article provides only for the pap $1 chamberlain to "officially
ascertain the pontiff's death in the presence of the papal master of ceremonies,
of the cleric prelates . . . who shall draw up the official death certificate."

   The Vatican apparently feels that the cause of John Paul I's death was
adequately determined by his physicians.

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 2, 1978, AM cycle

**LENGTH:** 809 words

**BYLINE:** By HILMI TOROS, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

The cardinals of the Roman Catholic Church will jointly celebrate **Pope John Paul I's** outdoor funeral Mass with the same solemn simplicity that marked the funeral of Pope Paul VI less than two months ago, the Vatican announced Monday.

Forty of the 127 cardinals, those who have arrived in Rome, met in the Apostolic Palace to complete arrangements for Wednesday's funeral.

In a drenching rain outside, meanwhile, tens of thousands huddled under umbrellas and beneath Bernini's tall colonnade on St. Peter's Square as they streamed into the basilica to view the pope's body, lying in state on a catafalque before the main alter.

The cardinals set the time of the funeral Mass, atop the broad marble steps of St. Peter's, at 4 p.m. Wednesday - 11 a.m. EDT. It is expected to be televised worldwide. The concelebrated Mass will be prepsided over by 85-year-old Italian Cardinal Carlo Confalonieri, the dean of the College of Cardinals, who also led the funeral service for Pope Paul.

The Congregation of Cardinals, administering the 700-million-member church in the period between popes, also issued a statement expressing "worry, apprehension and sorrow" over the renewed heavy fighting in Lebanon. John Paul, who died last Thursday of a heart attack after just 34 days as pope, was reported to have been considering a trip to that war-torn country in an attempt to act as a peacemaker.

The outdoor concelebration of a papal requiem Mass was new with Pope Paul's funeral. He had specified repeatedly he wanted a simple service and burial. Previous papal funerals were indoors and involved elaborate services over days.

After Wednesday's Mass, the body of Pope John Paul will be buried opposite the tomb of his immediate predecessor, in the grotto of the basilica.

Because it was the start of a work week, the line of mourners waiting in the downpour for a last glimpse of the pope was smaller than the crowds Sunday, when an estimated 300,000 braved a steady rain to view the body.

Longtime Vatican observers called it the greatest outpouring of affection for

The Associated Press October 2, 1978, AM cycle

a dead pontiff in recent times.  Well over a half-million had viewed the body in four days.

"You see, even though it's raining a lot of people have come," said Giovanni Olieviere, 35, standing on line Monday.

"People loved him.  He was a real pastor of the people.  He's left a personal example of what the people want, which will be difficult for his successor to follow."

The pope's face looked gray and waxen, and the basilica was shut down periodically Monday so morticians could retouch it.  Embalmers said sudden death caused the body to deteriorate faster but that they expected it to remain on public display until the funeral.

The Vatican said the pope died of a massive heart attack Thursday night, but the body did not undergo autopsy.  The major daily newspaper Corriere della sera, echoing the thoughts of many Italians, mentioned inevitable "doubts and suspicions" in the absence of an autopsy.  But autopsies are not called for in provisions of the church constitution applying to periods between popes.

The official Vatican Radio, meanwhile, said it learned that the pontiff was clutching study papers, perhaps involving personal thoughts or speeches, when his body was found in his bed Friday morning.  Earlier it had been reported that a 16th century meditation book, "The Imitation of Christ," was either next to him or in his hands when the body was discovered.

The cardinals arriving in Rome for the funeral and the conclave to elect the next pope, which begins Oct. 14, have indicated they will be looking for a man like Cardinal Albino Luciani, who became Pope John Paul I - meaning a cardinal with substantial "pastoral" experience as a leader of faithful and no connection with the central church administration.

Cardinal William W. Baum of Washington, D.C., flew in Monday and said he hoped the next conclave would provide a "pastor" for the church.  Cardinal Timothy Manning of Los Angeles had also asked for "another great pastor."

Boston's Humberto Medeiros said "action of the Holy Spirit" determines the election

"This is 95 percent of it." He also said health is an important factor for "this demanding position."

Many, including Medeiros, are not ruling out a non-Italian.

"I think it's an open question," said the Boston archbishop.

For the past four centuries all popes have been Italians, their intricate knowledge of the Vatican working in their favor.

Cardinals Johannes Willebrands of the Netherlands and Eduardo Pironio of Argentina, and French Cardinal Jean Villot are considered possible candidates if the conclave looks for a non-Italian.

But the apparent front-runners remain Italian, such as Cardinals Salvatore Pappalardo of Palermo, Corrado Ursi of Naples, Giuseppe Siri of Genoa and

The Associated Press October 2, 1978, AM cycle

Giovanni Benelli of Florence.

**GRAPHIC:** Laserphoto ROM8

329 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**October** 2, 1978, Monday

**SECTION:** Page 52

**LENGTH:** 36 words

**BYLINE:** BY HENRY TANNER

**JOURNAL-CODE:** NYT

**ABSTRACT:**
Thousands of Italians and tourists file silently and swiftly past body of **Pope John Paul I** as it lay in state on a velvet catafalque in St Peter's Basilica. Funeral preparations and comments by visitors noted (S).

332 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**October** 2, 1978, Monday

**SECTION:** Page 3

**LENGTH:** 58 words

**BYLINE:** BY DENNIS REDMONT

**JOURNAL-CODE:**  NYT

**ABSTRACT:**
Profile of Giuseppe Cardinal Siri, reported to be second choice in election of
**Popes John Paul I** and Paul VI.  72-year-old archbishop of Genoa, who is
frequently depicted as arch-conservative and who consistently blocked reforms
during Vatican Council II in '62-'65, rejects labels of conservative or liberal
and asserts he is independent (L).

334 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**October** 1, 1978, AM cycle

**LENGTH:** 808 words

**BYLINE:** By VICTOR L. SIMPSON, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

Hundreds of thousands of mourners braving a driving rain Sunday filed solemnly through St. Peter's Square to view the body of **Pope John Paul I** in a massive outpouring of affection for the "smiling pontiff."

Cardinals arriving from around the world for Wednesday's funeral and the conclave to elect a new pope made clear they will be seeking a man with the same pastoral background and down-to-earth traits that endeared Pope John Paul to millions even though he reigned a more 34 days.

"Everyone wants a pastoral pope like the one who just passed away, a pope who speaks a language everyone understands. I believe there are many who possess such a quality," said Cardinal Timothy Manning upon flying in from Los Angeles.

Cardinal Humberto Medeiros of Boston said Pope John Paul, who died of a heart attack last Thursday at age 65, had qucikly "won the hearts of men and was very valuable to the church."

"Now we put our trust in the Holy Spirit to inspire all of us reunited in the conclave and in the prayers of all the faithful that we may find another great pastor and leader of the church," Medeiros told reporters. The conclave begins Oct. 14.

Long lines of mourners - including many tourists who had come to Rome to hear Pope John Paul give his weekly Sunday blessing - formed at dawn for the opening of St. Peter's Basilica at 7 a.m.

The pope's body, clad in red robes, white miter and red shoes, was transferred from the Clementine Hall in the papal palace Saturday evening to a catafalque placed in front of Bernini's main altar in St. Peter's, Christendom's largest church.

Seven abreast, they stood patiently in line through the day, with upwards of an hour's wait, a river of umbrellas stretching a half-mile under the colonnades of the great piazza.

The rain later gave way to a drizzle, and by 7:15 p.m., when the basilica closed for the night, Vatican officials estimated more than 300,000 persons had

The Associated Press October 1, 1978, AM cycle

filled past.  It took guards 15 minutes to swing the heavy bronze doors closed, and the masses of mourners forced them to reopen them twice until the guards pleaded, "Please let us go home."

Among the first to view the body was the pope's brother, Edoardo Luciani, 62, who had been in Australia on a business trip when the pontiff was stricken.

Many commented that the pope, his face waxen because of heavy makeup, did not look like the smiling man remembered in pictures holding babies and greeting visitors during his public audiences.  "We were so looking forward to being in the square this morning to hear him speak," said Mrs. Lee Campbell of Midland, Texas.

It seems impossible that I'm here instead to mourn him."

Said Margherita Pellegrini, a Rome housewife: "It doesn't seem like the same person.  John Paul was a man of such great vitality and his whole person was in his smile.  To see him just lying there.  It just doesn't seem real."

The Congregation of Cardinals, running the 700-million-member church in the period between popes, took the day off and will meet again Monday.  It has scheduled open-air funeral on the steps of St. Peter's, the site of John Paul's in tallation as 263rd pontiff just four weeks ago and of the funeral of Pope Paul Vi three weeks before.

Workmen have begun preparing a marble sarcophagus opposite Pope Paul VI's tomb in the basilica's grottoes.  Pope Paul was buried "in the simple earth," according to his stated wishes.

It is not known whether John Paul left such instructions, but Vatican Radio reported he may have written a testament, even if only notes scribbled in a book.  It said the pontiff had told his two secretaries his brother had been enthusiastic about Pope Paul's testament, but that he, John Paul, planned to write a shorter one - 14 or 15 lines.

Since the papal apartments are sealed and put under watch by the Swiss Guards immediately upon the death of a pope, the existance of any such testament may not be known until a new pope is elected.

Most widely mentioned "papabili," or possible popes, are those with the basic characteristics that brought an overwhelming vote to Cardinal Albino Luciani of Venice in his election as Pope John Paul - that is, Italian and "pastoral," meaning a prelate with no connection to the Vatican's central administration.

These include Cardinals Corrado Ursi, 70, of Naples, Salvators Pappalardo, 60, of Palermo, and Giuseppe Siri, 72, of Genoa.

Siri, the only cardinal who will have attended four conclaves, predicted the conclave will last two or three days, as opposed to the one day it took to elect John Paul.  "This is a good thing, so we have more time to reflect," he said in a newspaper interview.

Cardinal Giovanni Benelli, 57, the influential Florence archbishop who is considered a pope-maker if not a candidate himself, called the need for a pastoral pope "the priority of priorities."

338 of 492 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**October** 1, 1978, Sunday, Final Edition

**SECTION:** First Section; A1

**LENGTH:** 625 words

**HEADLINE:** Pope's Rites Set;
Pope's Funeral, New Conclave Set;
Thousands View Remains; Conclave to Begin Oct. 14

**BYLINE:** By Ronald Koven and Sari Gilbert, Washington Post Foreign Service

**DATELINE:** VATICAN CITY

**BODY:**

   With cardinals of the Roman Catholic Church converging on Rome, the Vatican
announced yesterday that **Pope John Paul I** would be buried Wednesday after an
outdoor funeral in St. Peter's Square here and that the secret conclave to elect
his successor will begin 10 days later.

   The Oct. 14 date for the conclave is only one day after the earliest date
allowed by Vatican regulations.

   The announcement came as the body of the pope was moved in a simple
procession from the papal apartments into St. Peter's Basilica after being borne
through a crowd of thousands of mourners gathered in the 17th century square.

   The body, which will lie in state there until the funeral, will be buried in
the crypt of the basilica where John Paul's modern predecessors are also
interred.

   Vice President Mondale will head the U.S. deleation to the funeral.

   The 29 members of the Sacred College of Cardinals who were already in Rome
met yesterday to set the date of the funeral.  They also scheduled the secret
conclave to open Oct. 14 amid a new round of speculation about John Paul's
successor.

   The analysts, who failed even to mention Cardinal Albino Lucianai, who became
John Paul, as a possibility, were being extra-cautious this time.  Only one
Italian newspaper had named him, as one of the serious papabila possible popes.

   It was noted, however, that if the cardinals follow the same reasoning that
they used in August and seek in Italian with experience as head of a large
diocese, that would narrow the field to Cardinal Salvatore Pappalarno 60,
archbishop of Palermo, Sicily; Cardinal Giovanni Benelli, 57, archbishop of
Florence; and Cardinal Ugo Poletti, 64, the vicar of Rome.

Pope's Rites Set;Pope's Funeral, New Conclave Set;Thousands View Remains;
Conclave to Begin Oct. 14 The Washington Post October 1, 1978, Sunday, Final
Edition

The other Italian cardinal-archbishops from Bolognia, Naples, Milan and Genoa
are in or near their seventies.  After the experience of John Paul's brief
papancy, the choice of an older man is considered unlikely.

Benelli of Florence may, on the other hand, be too Young.

Another candidate who may be considered too young is Cardinal Eduardo
Pironio, 57, born and reared in Argentina of Italian parents.  Now a member of
the Vatican Curis, he has served as a bishop in Argentina.He could be a logical
choice to bridge the gap between the "Italians" and the "foreigners".

The faithful continued to come to pay their respects to John Paul.  The
Italian news agency estimated that 250,000 persons stood under the warm Roman
sun in the long, snaking line inside the columns of the oval-shaped St. Peter's
Square to file past the body.

There were few scenes of grief.

Many of the men wore short-sleeved sports shirts.  There were large numbers
of tourists with cameras.

Pietro Romani, a city street-sweeper, said of John Paul.  "He was too simple
a man to bear up under so much responsibility." But Paolo Moro, a tax driver
compared the last pope favorably to his predecessor Paul VI: "He was a good
Christian, a poor people's pope.  Montini was good but he left us feeling
somewhat inadequate.  Luciani gave us confidence."

The pope's reign may nevertheless prove to have some lasting effect on the
style of the Vatican.

For the first time in memory, the Vatican newspaper, the journalistically
conservative Observatore Romano, ran a man-in-the-street story quoting laymen by
name on their reaction to the pope's death.

Most of those interviewed, including a desk clerk and a Venezuelan admiral,
seem to have been questioned in the lobby of the Grand Hotel.

Only a few weeks ago Observatore was refusing to print the new pope's
off-the-cuff remarks and changing his simple "I" in speeches in the traditional
imperial "We".

The crowd in St. Peter's Square to see the transfer of the body was estimated
at 60,000 - about half the number the square can hold.

**GRAPHIC:** Picture 1, Pallbearers carry the body of Pope John Paul I across St.
Peter's Square to the basilica, UPI; Picture 2, Long lines of people wait in St.
Peter's Square to view the remains of Pope John Paul I, AP

341 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 30, 1978, PM cycle

**LENGTH:** 949 words

**BYLINE:** By EDWARD MACRI, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

Thousands of mourners, many weeping openly, filed past the body of **Pope John Paul I** today, and the cardinals of the Roman Catholic Church set the pontiff's funeral for next Wednesday and the conclave to choose his successor for Oct. 14.

The doors of Clementize Hall, where the pope's body lay in state, were eloped to the public at 4 p.m., and two hours later a [WORD ILLEGIBLE] pallbearare carried the body to nearly St. Peter's Basilica in a solemn processies of 20 cardinals. It will be open to public view again Sunday.

he Congregation of Cardinals, a daily gathering that administers church affairs after the death of a pope, held its first session today, meeting on the third floor of the orna Apostolic Palace, praying, hearing messages of condolence read and planning the mourning rites and succession time-table.

A spokesman said an outdoor funeral Mass would be celebrated on the steps of St. Peter's Basilica, the site of Pope Paul VI's funeral seven weeks ago and the place where John Paul was inaugurated to succeed him as leader of the world's 700 million Roman Catholics just four weeks ago. No other arrangements were announced.

Only 29 of the 127 cardinals attended the meeting, the rest still scattered around the world. They took oaths not to reveal deliberations of the congregation except for publicly announced decisions.

Meanwhile, workers erected the chimney above the Sistine Chapel.

This was a sign that the secret conclave to elect the next pope will again be in the Sistine Chapel and the result announced by the traditional smoke signals, white for the election and black for inconclusive votes. A formal decision on the site of the conclave is to be taken by the congregation of cardinals.

The long files of mourners, some weeping openly, moved past the body of John Paul as it lay in state in the ornate Apostolic Palace.

The huge bronze door near Bernini's colonnade at St. Peter's Square opened at 9 a.m.

3 a.m. EDT. But an estimated 6,000 persons had formed a line, six abreast

The Associated Press September 30, 1978, PM cycle

and about 200 yards long, shortly after dawn.  The crowd swelled by the minute.

During the night mourners kept a vigil in St. Peter's Square, softly saying prayers and looking to the papal palace where the red-robed body of John Paul lay in Clementine Hall.  The Vatican estimated 50,000 people filed past the body Friday.

Meanwhile, the College of Cardinals was to meet to begin once again planning a papal funeral and then finding a successor to John Paul, the humble, good-humored pastor many believed could unify the Roman Catholic Church.

Some cardinals predicted a man like him - outgoing, amiable and plain-speaking - would be named to lead the 700-million-member church divided over such issues as birth control, divorce and priestly celibacy.

"Now I cannot but pray so that the Lord may grant his church a pastor as the one he had given us just a month ago," said Cardinal Michele Pellegrino of Italy.

The pope, Cardinal Albino Luciani before his election Aug. 26, died in his bed of a heart attack while reading Thursday night, ending his 34-day reign. His private secretary found the body six hours later early Friday.  The 263rd pope would have been 66 on Oct. 17.

The first meeting of the College of Cardinals in its role as interim government was called by Cardinal Jean Villot, the French-born papal chamberlain who is running the day-to-day affairs of the church during the interregnum as he did after the death of Pope Paul VI on Aug. 6.

Vatican officials said they expected the cardinals to decide to transfer the pope's body to St. Peter's Basilica.

One of the first acts of the cardinals will be to take an oath of secrecy about everything discussed during their meetings.

Cardinals over age 80 will take part in making arrangements for John Paul's funeral and for the conclave to pick his successor, but they are barred from voting in the conclave under a 1970 decree by Paul VI.

Under church law, the conclave must convene between the 15th and 20th day after a pope's death.

Most of the 127 cardinals are still in their dioceses around the world and will take a few days to reach Rome.  Of them, 112 are eligible for the conclave.

But two of them, John Wright of Boston and Boleslaw Filipiak of Poland, are reportedly still bedridden by the illnesses that forced them to miss the August conclave that elected John Paul after only one day of balloting.

In comments on John Paul's sudden death, several cardinals said they would seek a candidate of the same pastoral type to be the next pope.

"He, too, will have to be a pastor," said Cardinal Marcelo Ponzales, the Spanish primate.  But Cardinal Narciso Jubany of Barcelona, Spain, predicted that the conclave will have a tougher time than the one in August.

"The next conclave won't be as short as the one which elected John Paul," he

Page 174

The Associated Press September 30, 1978, PM cycle

said.  "The problem is to pick a man who, like the pontiff now dead, can draw the approval of all the various trends in the conclave."

Pope John Paul's election after a quick two-day conclave and his humble manner and good humor had inspired confidence in many that the course he chose for the church would find wide acceptance.

Nearly a score of cardinals are considered papal possibilities, but five Italians, ranging in age from 57 to 75, are being mentioned as frontrunners. They are Salvatore Pappalardo, 60, archbishop of Palermo; Corrado Ursi, 70, archbishop of Naples: Giovanni Colombo, 75, archbishop of Milan: Giuseppe Siri, 72, archbishop of Genoa: and Giovanni Benelli, 57, archbishop of Florence.

But those who mention these five caution that frontrunners in the past have often lost out [TEXT OMITTED FROM SOURCE].

345 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**September** 30, 1978, Saturday

**SECTION:** Page 7

**LENGTH:** 20 words

**BYLINE:** BY PAUL HOFMANN

**JOURNAL-CODE:** NYT

**ABSTRACT:**
Paul Hofmann assesses short reign of **Pope John Paul I,** who died Sept 28th.
Gives detailed biography of John Paul (L).

346 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**September** 30, 1978, Saturday

**SECTION:** Page 1

**LENGTH:** 36 words

**JOURNAL-CODE:** NYT

**ABSTRACT:**
**Pope John Paul I** dies in sleep Sept 28 of heart attack.  John Paul, who was elected Aug 26, had second shortest reign in modern history of Church.  Would have been 66 years old Oct 17.  Biographical details (M).

347 of 492 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**September** 30, 1978, Saturday, Final Edition

**SECTION:** First Section; A1

**LENGTH:** 1388 words

**HEADLINE:** Grieving Throngs Pay Homage to Pope John Paul;
Thousands View Body of Pope John Paul

**BYLINE:** By Ronald Koven and Sari Gilbert, Washington Post Foreign Service

**DATELINE:** ROME

**BODY:**

The death of **John Paul I,** the smiling **pope** who had managed to win the hearts of millions in just 34 days as supreme pontiff, has left the Roman Catholic Church in a state of shock and disarray.

As cardinals from all over the world started returning to Rome yesterday - their second such somber trip to the Eternal City in less than two months - a meeting of the Sacred College of Cardinals was set for today to begin discussions of funeral arrangements and preparations for election of a successor.

Thousands of the faithful began filing past the body of John Paul, which lay in state in the Apostolic Palace of the Vatican, just hours after he was found dead in bed in his chambers early yesterday.

Doctors attributed his death, at age 65, to a heart attack, although there was no autopsy and he was not known to have had previous heart problems.

The body of the dead pope was in the traditional scarlet mourning garb with simple red slippers as it lay in state. In John Paul's clapsed hands was a black rosary, and over the hands was a bouquet of nearly black roses.

A pope's body traditionally lies in state for at least three days before the funeral, which will be set by the College of Cardinals. The conclave of 110 cardinals qualified to vote for a new pope must begin its secret deliberations between 15 and 20 days after the pope's death. This means the conclave will begin between Oct. 13 and 18.

"The Smiling Love" was the headline on the front page of the official Vatican newspaper Osservatore Romano, which was bordered in black.

In his 34-day reign, Pope John Paul changed the style of the papacy, stressing human contact and devoting his weekly audiences to chatting with members of the crowd chosen at random, rather than delivering the kind of highly intellectual homilies that his predecessor Paul VI used to deliver during his

Grieving Throngs Pay Homage to Pope John Paul;Thousands View Body of Pope John Paul The Washington Post September 30, 1978, Saturday, Final Edition

15-year papacy.

At his last public audience Wednesday, for example, John Paul picked a fifth-grade boy out of the crowd and engaged him in a dialogue about school.

But the new pope had had insufficient time to indicate a direction to his papacy.  At the same audience, the pope made the first public reference to worries about his own health.

"You should know," he said, "that the pope who is addressing you has suffered as you have.  He was hospitalized eight times and underwent four operations."

As a youth, he spent a year in a tuberculosis sanatorium.  Because of a poorly performed tonsillectomy, he also suffered periodically from laryngitis.  But, in later life, he appeared robust, and there had been no public hint of the heart trouble that felled him as he lay in bed Thursday night reading the 15th Century theological classic "The Imitation of Christ" by Thomas a Kempis.

The death of John Paul leaves the church in much the same state it was when Pope Paul died in early August - without an obvious sucessor.  The new pope, who was patriarch of Venice when he was elected, was a compromise whose choice was dictated by the determination of a majority of the cardinals that they wanted an Italian but not a member of the Curia, the government of the Vatican.

That narrowed the field of *papabili* - the Italian word for possible popes - to just a few names, including Albino Cardinal Luciani, the future John Paul.

Although a majority of the college or cardinals is non-Italian for the first time in centuries, an Italian is still favored for a number of reasons:

Tradition.

Italy is not a major power and is seen in church terms to be relatively neutral mong the countries with large Catholic or Christian populations.

With the Italian government engaged in a delicate balancing act between the Communist Party and the ruling Christian Democratic Party, it is not the time for Rome to have a "foreign" pope.

A large proportion of the younger cardinals who represent the underdeveloped countries of the Third World are "Italians" - churchmen whose background, training and loyalties are Italian.

John Paul was generally regarded as a theological conservative, but he had also shown that he was capable of changing his opinion on fundamental points.

He is on record as having changed his stand on the principle of religious liberty after having listened to the debates in the Vatican II council that revised much church thinking in the 1960s.  "For years," he said, "I taught the thesis that . . . only the truth had rights.  I was convinced of my error."

Nevertheless, he dissolved the Venice branch of the Young Catholic Organization because it endorsed leaving the choice of Catholics up to individual conscience in the 1974 Italian national referendum on legalizing divorce.

Patriarch Luciani also earned a solid reputation as a dedicated

Grieving Throngs Pay Homage to Pope John Paul;Thousands View Body of Pope John
Paul The Washington Post September 30, 1978, Saturday, Final Edition

anti-Communist, and there were those who speculated that he might work against
allowing the "historic compromise" to lead to its logical outcome - a governing
coalition between the Communists and Christian Democrats.

There is much comment among Vatican observers to the effect that under his
smiling exterior, John Paul was infact an anxious man whose fatal heart attack
was the result of hypertension because of his sense of the burden represented by
leading a worldwide communion of 600 million souls.

He gave clear indications of being preoccupied by the unabating wave of
terrorism that has engulfed Italy.

Thursday night, three youths standing outside a neighborhood Communist Party
headquarters were shot at by two motorcyclists.  One of the three was killed.

The Italian news agency quoted a Vatican spokesman as saying that the pope,
told of the incident, said, "Even the young people are killing each other."

Shortly after, the pope retired to his room, and the spokesman said those may
have been his last words.

As he did in August, Jean Cardinal Villot, the chamberlain of the Vatican,
took over interim administration of the church and direction of preparations for
the funeral and for the election of a successor.  Villot is also secretary of
state, the equivalent of prime minister in the Vatican government.

"Albino, Albino, Albino," Villot called to the dead pope yesterday morning in
the church's prescribed ritual of having the chamberlain repeat three times the
pope's Christian name to verify that he is no longer living.

Also according to tradition, John Paul's papal ring will be hammered into
uselessness along with his papal seal.  The ring is known as the "fisherman's
ring," a reference to St. Peter, the fisherman disciple who was the first bishop
of Rome and was known as a "fisher of souls."

Telegrams of condolence poured into the Vatican from world leaders, including
one from President Carter.

Italian Premier Giulio Andreotti said, "His smile will remain in the memories
of all Italians as a sign of serenity and sweetness."

In their comments, a number of churchmen showed disquiet about the effect of
having to go through the election of a new pope so soon.  Alexandre Cardinal
Renard, archbishop of Lyons and primate of France, spoke of the death as a
"grave trail" for the church.

"It is obvious," he said, "that this death disconcerts us, but we Christians
know very well that God keeps his church and that, in hope, we will soon elect a
new pope.  The church continues."

This time, the arrangements can probably go forward more rapidly than they
did in August since so many of the preparations were done as recently, such as
the careful enlargement of the Sistine Chapel to make room for all the members
of the College of Cardinals during their deliberations.

When the doors to the Aposolic Palace were closed at dusk yesterday, there

Grieving Throngs Pay Homage to Pope John Paul;Thousands View Body of Pope John
Paul The Washington Post September 30, 1978, Saturday, Final Edition

were 8,000 persons still lined up to view the body.  The Italian news agency
estimated that 200,000 persons had filed past the bier four abreast during the
day.

Before the public was admitted, government leaders, high churchmen, and
journalists viewed the body.

The Communist president of the Italian Chamber of Deputies, Pietro Ingrao,
and the Communist mayor of Rome, Giulio Carlo Argan, joined top Christian
Democrats in paying their respects.  Communist Party headquarters all over Italy
joined others in putting their flags at half-staff.

Schools were closed in mourning and a strike by cabin personnel of the
Italian national airline, Alitalia, was called off out of respect for John Paul.

**GRAPHIC:** Picture, The body of Pope John Paul lies in Clementine hall of St.
Peter's Basilics, AP