348 of 492 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**September** 30, 1978, Saturday, Final Edition

**SECTION:** First Section; A9

**LENGTH:** 110 words

**HEADLINE:** 34-Day Reign Was Shortest In 373 Years

**BYLINE:** From News Services

**DATELINE:** VATICAN CITY

**BODY:**

Not since the beginning of the 17th Century has a Roman Catholic pontiff reigned for as short a time as **Pope John Paul I,** who ruled the church for just 34 days - Aug. 26 to Sept. 28.

Pope Leo XI ruled for 18 days in 1605 - April 10 to April 27.

At least five other popes are known to have had shorter reigns than Pope John Paul.

Pope Stephen II died three days after his election in 752, before formally taking office.  Both Marcellus II, in 1555 and Urban VII, in 1590, had 13-day papacies.  Boniface VI was pope for 15 days in 896 and Theodore II 20 days in 897.

The longest papacy was that of Pius IX, who reigned for 32 years being in 1846.

349 of 492 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**September** 30, 1978, Saturday, Final Edition

**SECTION:** First Section; A10

**LENGTH:** 1397 words

**HEADLINE:** 'Little Man Accustomed to Little Things . . .'

**BYLINE:** By J. Y. Smith, Washington Post Staff Writer

**BODY:**

**Pope John Paul I,** who died in the Vatican Thursday night after a heart attack at the age of 65, was widely regarded as a man whose openness and simplicity could ease the pressures and conflict within the Roman Catholic Church.

He once described himself as "a little man accustomed to littel things and to silence." The 34 days in which he served as the 262rd successor to St. Peter and leader of the world's 600 million Roman Catholics were marked by gestures and innovatioins - even surprises - that seemed to bear out not only his simplicity but also his awareness of his churchs problems.

The first of the surprises - his election to succeed Pope PauL VI, who died Aug. 6 - was not of his doing.  It was the work of the College of Cardinals.  The new pope had been a Ibino Luciani, a cardinal and the Patriarch of Venice.

He had spent his life in the church in pastoral duties and as a teacher.  He had never been assigned to the Curis, the church's powerful central office, and his experience in foreign affairs was nonexistent.

The second surprise was the choice of the name by which he wished to be known: John for Pope John XXIII, the warm and hearty innovator who ushered in a period of change by convening the Second Vatican Council, and Paul for Pope Paul, the austere and remote churchman who sought to guide the changes while still maintaining the church's traditional opposition to artificial means of birth-control, and abortion and divorce.

John Paul set the tone of his papacy on Aug. 27, the day after his election.  Speaking to a cheering crowd gathered in St. Peter's Square, he said: TR FOR DD TWO-

"Obviously, I have not the wisdom of the heart of Pope John nor the training and culture of Pope Paul," he said.  "But I am here in their place, so I have to try and serve the church.  I hope you will help me with your prayers."

Then he told a story about his thoughts during the conclave of cardinals that had made him pope - and in doing so he broke a tradition by which all who take part in a papal election keep a vow of silence about the process.

'Little Man Accustomed to Little Things . . .' The Washington Post September 30,
1978, Saturday, Final Edition

"Yesterday morning I came to the Sistine Chapel to vote tranquilly," the new
pope said.  "But I never imagined what was to follow.  As soon as the danger (of
being elected) began for me, two colleagues near me reassured me with words of
courage.

"One said to me, 'Courage.  If God gives you a burden, He also gives you help
to carry it.' And another colleague said, 'Don't worry.  In all the world there
are so many people who pray for the new pope.'"

John Paul was apparently elected on the third ballot taken by the cardinals
meeting in conclave.  It was one of the shortest conclaves in the church's
history.

Within the first hours of his papacy, John Paul gave a televised address in
which he sent greetings to the poor and stated the church's long-held views on
contraception and related matters.

Families, he said, should be "defended from the destructive attitude of sheer
pleasure-seeking that snuffs out life."

Concerning the poor, he said: "We want to send a special greeting to all
those who are suffering at this moment.To the sick, to prisoners, to the exiled,
to the persecuted; to those who have no work or encounter difficulties in the
hard struggle for life; to those who suffer for the constructions placed against
their Catholic faith, who are unable to freely practice this faith without
losing their basic rights as free men and citizens."

John Paul became pope the moment he accepted his election.  His formal
coronation occurred on Sunday, Sept. 3, and was televised around the world.  For
all its magnificence, the ceremony was less elaborate than tradition seemed to
dictate.  Many sought further clues to the course of John Paul's papacy in the
relative simplicity.

The ceremony was conducted outdoors.  The alter was a simple wooden affair.
This pope foreswore the portable throne carried by footmen used by many of his
predecessors.  Instead, he walked to the ceremony.  He also foreswore use of the
triple crown, the papal tiara, and the use of a canopy over his throne.

In his homily, John Paul called on the world for "justice, brotherhood . . .
and hope."

It was a theme to which he returned several days later in an address to the
diplomatic corps in the Vatican.

"These principles are respect for one's neighbor, for his life and for his
spiritual and social progress, patience and the desire for reconciliation in the
fragile building up of peace," the pope said.

John Paul often was described as a "moderate conservative" on the issues
confronting the church.  He opposed the worker-priest movement in which priests
entered factories to be closer to their flocks.  He opposed communion.  As
bishop and cardinal, he disciplined priests who dissented from Pope Paul's
pronouncements against abortion and divorce.

But on his own role in the Second Vatican Council, in the course of which he
seems to have made little impression on his fellow bishops, he said, "The part

'Little Man Accustomed to Little Things . . .' The Washington Post September 30,
1978, Saturday, Final Edition

that caused me more problems was that on religious liberty."

This was a reference to the council's decree sanctioning the full rights of
religions other than Roman Catholicism.  The Catholic Church previously had held
that only Roman Catholicism had such liberties and protections.  This view had
long been espoused by Alfredo Cardinal Ottaviani, the head of the Vatican's Holy
Office and a noted conservative in curial affairs.

"For years I had been teaching Ottaviani's theories about law, according to
which only the true religion has rights," John Paul said.  "I convinced myself
we were wrong."

John Paul indicated that he would continue the ecumenism that Pope Paul had
pursued so carefully.  Like his predecessor, he also indicated that while he
would share some power with the bishops of the church, he would keep final
decisions to himself.

Albino Luciani was born in the village of Forno di Canale in the Italian
Dolomites in northern Italy on Oct. 12, 1912.  His father was a socialist who
spent some years as an itinerant worker in Switzerland.  The elder Luciani later
got a job in one of the lands in the lagoon of Venice.  The future pope once
described his motor, who came from a peasant family, as "strong and devout."

The young Luciani entered a seminary and was ordained on July 7, 1936.
During his student days he would return home to help with the farming in the
summer.  After his ordination and studies at the Gregorian University in Rome,
where he took a degree in dogmatic theology, he returned to his village - which
has been called Canale d'Agordo since 1964 - to take up the duties of a parish
priest.

From 1937 to 1947, he was deputy director of the seminary at Belluno, where
he himself had been a student.  In 1948, he became a deputy to the bishop of
Belluno.  Ten years later, Pope John XXIII made him bishop of Vittorio Veneto,
and in that post he sometimes made pastoral visits on a bicycle.

In 1969, Pope Paul named him patriarch and archbishop of Venice.  He remained
there until he assumed the papacy, becoming the third bishop of Venice to become
pope in this century (after Pius X in 1903 and John XXIII in 1958).

It was during his years in Venice that John Paul, who contributed numerous
articles to the press on church affairs, wrote a book called "Illustrissimi." It
was a collection of open letters addressed to famous figures of the past, and it
has become a best-seller since its author became pope.

In it is a letter to Charles Dickens, in which John Paul wrote: "We are in
one boat full of people . . . If we don't want to encounter serious turmoil, the
rule is this: all for one and one for all . . . The whole world is a poorhouse,
and has such need of God."

Another is addressed to Mark Twain, a favorite of John Paul, and it defines
the author's view of himself as a bishop.  After remarking that some of his
superiors were "scandalized" because he used Mark Twain Stories in his sermon,
John Paul said:

"Perhaps one should explain to them that bishops are as varied as books are.
Some resemble eagles who glide majestically at high levels.  Others are

'Little Man Accustomed to Little Things . . .' The Washington Post September 30,
1978, Saturday, Final Edition

nightingales who sing the praises of the Lord in a marvelous way.  Others,
instead, are poor wrens on the lowest bough of the ecclesiastical tree who only
squeak, seeking to offer some small thought regarding the great themes.  I
belong to the last category."

**GRAPHIC:** Picture 1, Cardinal Pericle Felici placed a simple woolen pallium
rather than a crown on Pope John Paul at his installation.  AP; Picture 2, The
future prelate, at age 3 in 1915.His father was in itinerant worker.  UPI;
Picture 3, John Paul at 15, as a student at the junior high school in Belluno,
Italy.  AP; Picture 4, Undated photo shows John Paul with parents, Bertola and
Giovanni Luciani.  AP; Picture 5, Indicative of his meetings with the public,
John Paul puts Daniele Bravo, a 5th grade pupil in Rome whom he called to the
microphone at Wednesday's audiences.  AP; Picture 6, John Paul, right, then
Albino Cardinal Luciani, patriarch of Venice, is shown in 1972 with his
predecessor, Pope Paul VI, when the latter visited that city.  AP

353 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, AM cycle

**LENGTH:** 94 words

**DATELINE:** VATICAN CITY

**BODY:**

"They kill each other, even among young people," **Pope John Paul I** said, commenting on reports of the slaying of a communist youth in an ambush in Rome.

Those apparently were his last words.  About an hour after he spoke them Thursday night, he died of a heart attack.

The pope retired to his bedroom on the third floor of the ornate, four-story Apostolic Palace shortly after 10 p.m.

Vatican sources said death came between 11 and 11:30 p.m. while John Paul either was asleep or reading "The Imitations of Christ," a 15th century book of meditations.

Case 1:07-cv-07063-BSJ-FM    Document 16-12    Filed 11/13/2007    Page 10 of 43

355 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, AM cycle

**LENGTH:** 344 words

**BYLINE:** By DANIELA PETROFF, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

They came by the thousand - workmen in overalls, students carrying books, mothers with babies - to St. Peter's Square to pay homage to **Pope John Paul I,** who is his brief pontificate had become not only their pastor but their friend.

By late Friday afternoon at least 30,000 mourners had filed past the pope's body in the 16th century Clementine Hall a few doors down from the bedroom where he died.

Renato Cerciello, 81, waited in line 1 1/2 hours and climbed the long flight of stairs with the aid of a cane. "The weight of human suffering and violence was too much for him," he said, shaking his head.

Rosetta Scarcelli came after a long bus ride with her 3-year-old son Francesco. Seeing the child, someone let her slip into the line, and she only had to wait 20 minutes. "He was too good for this world," she said as she came out of the room carrying her boy. "You know what my son said when he saw the pope lying there? 'Who killed him?' That's the kind of world we live in."

A first-year mechanics student rushed to St. Peter's from his school on the outshirts of Rome. He was still carrying his school books when he walked out of the papal palace. "He seemed so nice on television. I wanted to see him in person," he said. "But he doesn't look the same. The smile is gone."

It was to this smile, which had captured the world, that Archbishop Aurelio Sabattani referred in his homily during the first Mass in St. Peter's Basilica for the deceased pope.

"He carried with him the smile of God to lift humanity from the doubt and despair it finds itself in," said Sabattani.

As she listened, a nun took out her handkerchief to dry her eyes.

When a loudspeaker announced in three languages that viewing of Pope John Paul's body would cease at 7 p.m. the thousands silently waiting their turns in St. Peter's Square made a rush for the bronze door to beat the closing time, but were turned away by security guards.

One woman who had waited three hours promised to be back Saturday morning.

The Associated Press September 29, 1978, AM cycle

"I owe it to him to say goodbye," she said.

215 of 266 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, PM cycle

**LENGTH:** 475 words

**BYLINE:** By HILMI TOROS, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

Five Italian cardinals, ranging in age from 57 to 75, were mentioned today as possible successors to Pope John Paul I.

Vatican observers expect the College of Cardinals to turn to another Italian with strong pastoral experience, as it did in electing Cardinal **Albino Luciani,** patriarch of Venice, as Pope John I on Aug. 26.

Those mentioned included Cardinal Salvatore Pappalardo, 60, archbishop of Palermo, Sicily; Cardinal Corrado Ursi, 70, archbishop of Naples: Cardinal Giovanni Colombo, 75, archbishop of Milan; Cardinal Giuseppe Siri, 72, archbishop of Genoa, and Cardinal Giovanni Benelli, 57, archbishop of Florence.

But, obervers pointed out, frontrunners often lose out - as in the last papal election.  There is a saying at the Vatican: "He who enters the conlave as a pope, leaves as a cardinal."

Luciani was seldom mentioned as a possible successor to Pope Paul.  Many had expected the new pope to emerge from the ranks of the experienced cardinals in the curia, the church's central administration.

Some even had predicted that, considering the universality of the 700-million member of Roman Catholic Church and the current dominance of non-Italian cardinals, a foreign pope might put an end to the four-century Italian domination of the papacy.

But, in 20 days of pre-conclave deliberations after the death of Paul VI, a consensus developed - reportedly with the concurrence of foreign cardinals - that the next pope should again be an Italian, but rich in pastoral, rather than bureaucratic, experience.

Uris and Siri was reported by the Italian press as having been under consideration alone with Luciani before the conclave settled on the patriach of Venice on the first day of voting.

The archbishops of Naples and Genoa are again considered among the leading "papabili," of possible popes.  Siri, a cardinal for 25 years, carries a conservative label while Ursi is considered a middle-of-the-road moderate.

The Associated Press September 29, 1978, PM cycle

Benelli, right-band man of Pope Paul VI, is said to have been influential in swinging the conclave to Luciani, but, although he has both curial and pastoral experience, he may be judged too young for the time being.  He, too, is taken as a conservative.

"If the cardinal electors wanted a pastoral pope from Italy only five weeks ago, there should be no reason for them to change in such a short time," a Vatican observer commented.

If the previous criteria, of an Italian and a pastor holds, that would work against Curia cardinals who were considered among top contenders to succeed Pope Paul VI - Sergio Pignedoli, Sebastiano Baggio and Pericle Felici.

Some of the non-Italian cardinals previously considered papabili included Cardinal Jean Villot, French head of the Vatican bureaucracy and the church's interim administrator, Argentine Eduardo Pironio and Dutch Primate Johannes Willebrands.

356 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, AM cycle

**LENGTH:** 1455 words

**BYLINE:** By VICTOR L. SIMPSON, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

A stunned Roman Catholic Church, suddenly bereft of its new leader by the "inscrutable designs of God," mourned Friday the death of **Pope John Paul I,** the humble laborer's son whose brief but cheerful reign had heartened millions throughout the world.

The 65-year-old pontiff was found dead in his bed Friday morning, stricken by a heart attack at 11 p.m. the night before.  The light was on, an opened book of meditations lay nearby and, said a senior cardinal, his face still bore "his usual smile."

John Paul reigned as pontiff of the 700-million-member church for just 34 days, the shortest pontificate in modern history.

"Providence took him away from us so suddenly," said Carlo Confalonieri, 85-year-old dean of the College of Cardinals.  "We are all with our eyes turned upward wondering about the inscrutable designs of God."

Long-time friends of the pontiff, who had a history of frail health, said John Paul may have worked himself to death.

"Evidently of late he had to undergo efforts and tensions that he probably could not physically stand," said the Rev. Mario Senigaglia, secretary to the pope when he was Cardinal Albino Luciani of Venice.

"Possibly the burden was too much to bear for the new pope," commented Vienna's Cardinal Franz Koenig upon learning the news.

As it did only 54 days ago on the death of 80-year-old Pope Paul VI, also of a heart attack, the church set into motion an ancient mourning rite and the process of choosing its 264th spiritual leader.  The conclave of cardinals to elect a successor must open within 20 days of the pontiff's death - by Oct. 18 at the latest.

Vatican observers speculated the cardinals would seek a pope like John Paul - an Italian with no links to the central church administration.  "If the cardinal electors wanted a pastoral pope from Italy only five weeks ago, there should be no reason for them to change in such a short time," one observer commented.

The Associated Press September 29, 1978, AM cycle

Speculation centered on five Italian cardinals who head major dioceses. But Cardinal Koenig told an interviewer he believes a non-Italian pope is "very likely" this time.

John Paul, who would have been 66 on Oct. 17, was a dark horse before he was elected to succeed Pope Paul in the first day of balloting Aug. 26, one of the shortest conclaves this century.

A steady stream of tens of thousands of mourners - nuns in black, Italian political leaders in dark business suits, tourists in bright summery dress - filed past the pope's body as it lay in state beneath a fresco of angels in the Vatican's marble Clementine Hall, a few doors down from the bedroom where he died.

The pope was clad in red robes, white miter and red shoes. His head lay on two pillows atop the bier, a white crucifix standing, entwining a rosary. A pastoral staff rested beside the body.

"What will we do now?" asked a tearful woman praying in nearby St. Peter's Basilica. "We had such a good man and he's gone now. His whole life was in his smile."

All the church bells of Rome tolled in mourning at noon. By mid-afternoon, Vatican police estimated that up to 30,000 persons had viewed the body, lining up in silence, many saying prayers under a warm sun along the colonnades in vast St. Peter's Square.

The crowds of mourners seemed larger than those that came out to see Paul's body, although many Romans were away on vacation when the previous pontiff, who reigned for 15 years, died Aug. 6.

"Here we are again to cry for the death of another pope," Archbishop Aurelio Sabattani told thousands attending a Mass in St. Peter's. He described the dead pontiff as a man "who carried with him the smile of God."

Statesmen, churchmen and others around the world expressed their sorrow at the unexpected news of John Paul's death.

President Carter issued a statement of "deep sadness" saying, "In the brief weeks of his reign, Pope John Paul captured the imagination of his church and of the world."

The Anglican archbishop of Canterbury, Dr. Donald Coggan, called the pontiff's death a "great loss to the church and to the world and a reminder of the fragility of human life."

Nine-year-old Daniele Bravo, whose light-hearted exchange with the pope last Wednesday won world headlines, told an interviewer he was "very sorry" when his mother told him John Paul died. "He smiled all the time, he was happy all the time," the schoolboy said of the pope. "Then, he spoke in a way that also we little children were able tounderstand."

At a public audience, the pope had summoned Daniele to him and asked whether he wanted to advance beyond 5th grade. The crowd burst into cheers when the boy said "No," he wanted to keep the same teacher. The smiling pontiff told Daniele that at his age he was worried about making it to the next grade.

The Associated Press September 29, 1978, AM cycle

From the very first day of his brief reign, when he spoke of his fears, John Paul set a humble style that struck a responsive chord among Catholics and non-Catholics alike, an appeal reminiscent of the warm and open Pope John XXIII, who died in 1963 after a five-year-reign.

In the four weekly general audiences of his reign, John Paul set the tone by kissing babies, telling anecdotes and reciting passages from English and Italian literature.

Born in a north Italian mountain village, Luciani was the son of a migrant laborer who was a socialist and often had to find work in other countries. His mother was a peasant, "strong and devout," he later said. John Paul never forgot his humble origins and was frank about his lack of experience in the church's bureaucracy and diplomatic corps.

"Some bishops resemble eagles who glide majestically at high levels," the future pope wrote seven years ago. "Others are nightingales who sing the praises of the Lord in a marvelous way. Others are poor wrens on the lowest bough of the ecclesiastical tree who only chirp, seeking to offer some small thought regarding the great themes. I belong to the final category."

He called himself at another point "a little man accustomed to little things and to silence."

Luciani was ordained a priest in 1935, worked in the parish of his local village, then in a nearby town, where he taught religion. Later he was deputy director of a seminary and one of the top aides of the bishop of Belluno in northern Italy.

Pope John named him bishop of Vittorio Veneto, a diocese south of Belluno, in 1958. Pope Paul made him patriarch of Venice in 1969 and elevated him to cardinal in 1973.

Upon his election as pope, he took the names of his two immediate predecessors and said he would devote his pontificate to following their example.

He had no time to make any major pronouncements on dogma or ethics, but in an address to a group of U.S. bishops last week he said of Pope Paul, "His teaching is ours." He urged them to give special attention to saving troubled marriages.

His medical history included four operations - a relative said they were for his tonsils, a broken nose suffered in a fall and two for gallstones. He also suffered from an unspecified lung ailment and rheumatism, but he was not known to have had any chronic heart trouble.

The Vatican said the pope's body was discovered by his private secretary, the Rev. John Magee, an Irishman, at about 5:30 Friday morning after Magee found the early-rising pontiff was not in his private chapel as usual at that time.

Dr. Renato Buzzonetti, one of the pope's physicians, was called in and attributed death to "acute myocardial infarction."

The Vatican said the pope died either in his sleep or while reading the devotional book,

The Associated Press September 29, 1978, AM cycle

he Imitation of Christ."

"He lay in his bed, with the face slightly reclined on the right, with his usual smile," Confalonieri told reporters.

Vatican sources said that shortly before withdrawing to his bedroom Thursday night, Pope John Paul learned about the fatal shooting of a communist youth in an ambush by right-wing extremists in Rome.

"They kill each other, even among young people," he reportedly commented in what may have been his last words.

His reign was the shortest since that of Leo I, who died after 17 days as pope in 1605.  Five other popes have reigned for less than a month.The shortest was the reign of Stephen II in 752, who died three days after his election.

The Vatican announced that the Congregation of Cardinals, which runs the Holy See during the period between popes, will hold its first meeting at 11 a.m. Saturday to set details for the nine-day mourning period and to plan for the electoral conclave.

All cardinals in Rome attend the daily meetings of the congregation.  But the cardinals over 80 years of age are barred from the secret electoral sessions.  A total of 112 cardinals will be eligible to vote for a new pope.

**GRAPHIC:** Laserphotos ROM7, 19, 20, 21, 22; NY31, 39

358 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, PM cycle

**LENGTH:** 1354 words

**BYLINE:** By DENNIS REDMONT, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

   **Pope John Paul I,** the humble "little man" elected pontiff of the Roman Catholic Church just 34 days ago, died of a heart attack in his bed late Thursday.  The 65-year-old pope's reign was one of the briefest in history but his warmth and good humor had nonetheless endeared him to millions.

   An official Vatican announcement said John Paul, who had a history of health problems, died at about 11 p.m. Thursday 5 p.m. EDT while reading the 15th-century book of meditations "The Imitation of Christ."

   In death he still had his usual smile, said a senior cardinal.

   The body was discovered this morning at about 5:30 by his private secretary, the Rev. John Magee.  "Since he had failed to see him in the chapel as usual, he looked for him in the room and he found him dead in the bed with the light on," the announcement said.

   A doctor was immediately summoned, and he attributed death to "acute myocardial infarction." Monsignor Canismo Van Lierde, the Pope's vicar for Vatican City, blessed the body.

   "Providence took him away from us so suddenly," said Carlo Confalonieri, the 85-year-old dean of the College of Cardinals.  "We are all with our eyes turned upward wondering about the inscrutable designs of God."

   By noon, the body of the church's 263rd pontiff lay in state in the Vatican's Clementine Hall, just a few rooms away from the bedroom where he died.  A steady stream of people, from cardinals and political leaders to foreign tourists and housewives, filed past.

   The body lay on a velvet-draped bier, dressed in a white embroidered ankle-length robe and a red chasuble, a white mitre on his head and a pastoral staff rested alongside the body.  His hands were clasped together holding a rosary.  Behind the bier stood a tall crucifix.

   The bells of the churches of Rome tolled in unison at noon in mourning.  SOme faithful knelt in St. Peter's Square and prayed.  Messages of condolence began flowing in almost immediately from around the world.  The Italian government

The Associated Press September 29, 1978, PM cycle

declared national mourning.

In Washington, President Carter issued a statement expressing "deep sadness" and saying, "In the brief weeks of his reign, Pope John Paul captured the imagination of his church and of the world."

In the north Italian mountain hamlet where the pope was born, the 30 villagers attending morning Mass burst into tears when the parish priest interrupted the service to announce the news.

Confalonieri said in an interview: "He lay in his bed, with the face slightly reclined on the right, with his usual smile. I prayed, kissed his hand, then went to the papal chapel to say Mass."

Vatican sources said that before retiring to his bedroom Thursday night, John Paul learned about the fatal shooting of a Communist youth earlier that evening in a right-wing ambush in Rome. "They kill each other even among young people," he reportedly commented in what may have been his last words.

As it did after 80-year-old Pope paul VI died on Aug. 6, also of a heart attack, the church machinery of papal succession immediately went into motion. The Vatican's secretary of state, French Cardinal Jean Villot, who takes over church leadership during the interregnum, ordered that the 112 cardinal-electors around the world travel back to Rome to prepare for the selection of the 264th pope.

Under church law, the conclave of cardinals must meet between the 15th and the 20th day after the pope's death. The Vatican said all cardinals in Rome would meet Saturday morning to discuss plans.

The election of the little-known Cardinal Albino Luciani of Venice as pope last month had surprised Vatican observers, who believed the likely choice was among a dozen more prominent cardinals. So speculation today about a successor to John Paul was predictably subdued.

Though he reigned barely a month, Pope John Paul, son of a migrant worker, made a lasting impression with his self-effacing humor and warmth.

"I am a little man accustomed to little things and to silence," he once said.

"I never saw such eagerness in people as in the persons who listened to him," Cardinal Sebastiano Baggio, head of the Congregation for the Bishops, said today.

"Possibly the burden was too much to bear for the new pope," said Vienna's Cardinal Franz Koenig on hearing the news.

Only two days ago, the pope appeared in good spirits during his customary Wednesday general audience and he referred to his own health.

Addressing the sick in the audience, the pontiff said:

"Know that the pope understands and loves you; the pope has been in the hospital eight times and has had four operations."

A relative said recently he had undergone surgery for his tonsils, to set a broken nose after a fall and twice for gallstones. He also had rheumatism.

The Associated Press September 29, 1978, PM cycle

"His health has always caused concern," the relative, John Paul's 32-year-old niece Pia Luciania, said in an interview several days after his election as pope.  "He is delicate, but, I advise you, he is not a traveling hospital."

His reign as supreme leader of the world's 700 million Roman Catholics was the shortest since that of Leo I, who died after 17 days as pope in 1605.  Five other popes have reigned for less than one month.  Stephen II had the shortest tenure, dying three days after his election in 752.

When he was elected, little was known of how John Paul would address the major issues facing the church, and the brevity of his time on the Throne of St. Peter left those questions largely unanswered.

In his first major address Aug. 27, he appealed for a "new order" with greater justice, peace and sincere cooperation among peoples of the world.  In his only extended public statement on a specific issue - divorce - he told a group of American bishops last week, "The indissolubility of Christian marriage is important . . . We must proclaim it faithfully as part of Gods' word . . ."

Cardinal Luciani's view of himself seemed crystalized in a "letter" to American author Mark Twain, part of a series of notes addressed to historical and literary figures.

"Some bishops resemble eagles who flide majestically to high levels," he wrote.  "Others are nightingales who sing the praises of the Lord in a marvelous way.  Others are poor wrens on the lowest bough of the ecclesiastical tree who only squeak, seeking to offer some small thought regarding the great themes.  I belong to the final category."

During the 1962-65 Vatican Council, Luciani said it was difficult for him to change his frame of mind from pre-council church attitudes toward the more liberal teachings.

"The part that caused me more problems was that on religious liberty," he said later, referring to the council decree stating the right of full and equal liberty for believers and non-believers alike.

"For years I had been teaching . . . theories about law according to which only the true Roman Catholic religion has rights.  I convinced myself we were wrong."

Born in the mountain village of Forno di Canale in northeastern Italy, he had said before his election as pope: "I am a little man accustomed to little things and to silence."

His father, a socialist, was for many years a migrant worker in Switzerland.  His mother was a peasant, "strong and devout," as he once said.  After entering the seminary at a young age, he would return home to work in the fields during summer vacations.

He was ordained a priest July 7, 1935, and graduated from Rome's Gregorian University.  He returned to his native village to work in the local parish, then to a nearby town where he also taught religion in a vocational school.

For the next 10 years he was deputy director in the Belluno Seminary.  In 1948, Luciani became one of the top aides of the bishop of Belluno and was put

The Associated Press September 29, 1978, PM cycle

in charge of teaching religion.  In that role, he worked to simplify catechism instruction as much as possible for illiterate mountain people, an experience recounted in a book titled "Catechism in Crumbs."

   He had been vicar general in Belluno for four years when Pope John XXIII named him bishop of Vittorio Veneto, a diocese south of Belluno, in 1958.  He was made patriarch of Venice in 1969.

359 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, AM cycle

**LENGTH:** 852 words

**HEADLINE:** TODAY'S FOCUS: The 34 Days

**BYLINE:** By EDWARD MAGRI, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

In a little more than a month, **Pope John Paul I** achieved the broad popularity that for 15 years had eluded Paul VI, his austere predecessor.

From the moment he stood smiling on St. Peter's balcony to be introduced to the world as the 263rd pontiff until his last audiences with bishops and prelates Thursday, Pope John Paul struck a responsive note from those who saw and listened to him.

His simple manners and speech quickly endeared him to the Romans who always looked upon Paul VI as rather aloof. Pope John Paul's smile seemed contagious, and he immediately drew large crowds at his public appearances.

"St. Peter's square was jammed to the brim for the noon blessing the past two Sundays - something that has occurred only very seldom previously," said Carlo Confalonieri, the 85-year--old cardinal dean.

"It was the first time I met him privately and I found he was the hearty and happy man everybody was talking about. We left his room filled with joy," said the Rev. Henri De Riedmatten, a Swiss who was one of the prelates received by the pope Thursday morning.

Here is a brief summary of some of Pope John Paul's activities in his 34 days as pontiff:

Aug. 26: Cardinal Albino Luciani, 65, is elected pope on the first day of balloting in one of the shortest conclaves ever. He appears briefly at St. Peter's balcony, saying bluntly that he had been surprised at his own election.

Aug. 27: In a speech to the cardinals he pledges to seek continued fulfillment of the Second Vatican Ecumenical Council and more discipline in the church.

Aug. 28: Reconfirms in their jobs all the Vatican-based cardinals and prelates.

TODAY'S FOCUS: The 34 Days The Associated Press September 29, 1978, AM cycle

Aug. 29: Decides to do without the portable throne and the coronation rite for his inauguration Mass.

Aug. 30: In a speech to the cardinals he says he will respect "legitimate autonomy" of local churches but stresses need for "unity of discipline as well as faith."

Aug. 31: Addressing the diplomatic corps, the pope vows to continue the work of his predecessor in human rights, disarmament and peace.

Sept. 1: Meets journalists and asks them to "focus on the heart and substance of our ministry and not the incidental details."

Sept. 2: Welcomes leaders of other Christian churches as "brothers" and prays with them on the eve of his installation.

Sept. 3: Pope John Paul is officially installed in a simple outdoor Mass without the pomp of the past.

Sept. 4: Meets official delegates who attended his inauguration mass and tells them the Vatican has "no miracle solutions" for world problems but is at the service of man.

Sept. 5: Metropolitan Nikodim of Leningrad, a Russian Orthodox prelate, dies of a heart attack in the arms of the pope during an audience. Nikodim, 49, had attended the inaugural Mass.

Sept. 6: Tells a general audience to pray for success at the Camp David Mideast peace meeting.

Sept. 7: Reminds the clergy of Rome, his diocese, of the need for discipline and sacrifice.

Sept. 10: Calls for more prayers for the Camp David meeting; says the Lord "is father, but even more, mother."

Sept. 12: Prays at the tomb of Paul VI in St. Peter's grottos.

Sept. 13: Tells a general audience the church is like a mother in treating sick children. He says: I had to take you from one doctor to the next and stay up for entire nights.'"

Sept. 14: Meets his first cousin and closest American relative, Silvio Luciani, 79, of Port Huron, Mich.

Sept. 16: Meets President Mohamed Siad Barre of Somalia.

Sept. 17: Speaking on the eve of a new school term in Italy, the pope says that in his youth "no one came to tell me 'you will be pope.' If they had only told me, I would have studied more. I would have prepared myself. Now I am old, there is no more time."

Sept. 19: Receives a delegation of the Syrian-Orthodox church.

Sept. 20: Addressing a weekly general audience, he warns against confusing Christian social justice with Marxism, saying: "It is wrong to say . . . that where is Lenin there is Jerusalem."

TODAY'S FOCUS: The 34 Days The Associated Press September 29, 1978, AM cycle

Sept. 21: In a letter to the Turin archbishop, he describes as "a happy opportunity to strengthen faith" the display of the holy shroud, the linen in which Catholics believe Jesus Christ was buried.

Sept. 23: Leaves the Vatican for the first and only time as pope and says Mass in te Lateran Basilica, his cathedral as bishop of Rome.

Sept. 24: At Sunday noon blessing, he speaks against violence and says: "People sometimes say we are in a rotten and dishonest society.  This is not true.  There are still many good people, so many honest people . . . Violence can't do anything but love can."

Sept. 26: Holds his last public appearance before an audience of 17,000 and speaks of the "twin loves" of God and of the neighbor.

Sept. 27: Meets Patriarch Maximos Hakim of Syria and Archbishop Joseph Tawil of West Newton, Mass., the last American prelate to see the pope alive.

Sept. 28: Sees Cardinal Julio Rosales of Cebu, Philippines, and nine other bishops in his last audience.

Sept. 29: The Vatican announces Pope John Paul was found dead in his bed and that doctors say he probably died before midnight Sept. 28.

**GRAPHIC:** Laserphoto NY46

362 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, PM cycle

**LENGTH:** 120 words

**DATELINE:** ADELAIDE, Australia

**BODY:**

The brother of **Pope John Paul I** said today the pontiff's death of a heart attack shocked him because his brother's health had been relatively good.  "But everyone must be prepared for death," said Eduardo Luciani.

He said the emtional burdens carried by the pope may have hit his brother particularly hard.

The 50-year-old Luciani, who is head of the Venice Chamber of Commerce, is here with a Venetian trade mission.

Although the 65-year-old pope had a history of health problems, Luciani said he had not suffered much serious illness.

Speaking softly with reporters, Luciani told of how his older brother had cared for him and the rest of the family while their laborer father was away working in Germany.

364 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, AM cycle

**LENGTH:** 591 words

**BYLINE:** By DENNIS REDMONT, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

A self-effacing but business-like French cardinal has been saddled with the burden of running the Roman Catholic Church for the second time in two months.

While all major decisions affecting the 700 million member church - from the appointment of bishops to the Vatican's stand on test-tube babies - await the next pope, many of the day-to-day decisions will again be made by Cardinal Jean Villot, a 73-year-old Frenchman known for hard work and a quiet sense of humor.

Villot and the Congregation of Cardinals, in its daily meetings will administer the Vatican until a successor is chosen to **Pope John Paul I,** who died Thursday night - 34 days after his investiture.

Villot is secretary of state, or premier, of the Vatican state, a position that Pope John Paul reconfirmed from Pope Paul VI, who died Aug. 6.

In addition, Pope Paul had nominated Villot his "camerlengo," or "chamberlain," to run the Vatican between the time of his death and the election of a successor. With John Paul's death, Villot retains that position too.

As chamberlain, Villot will be the chairman for the second time in succession of the secret conclave that will gather in the Sistine Chapel to begin chosing a new pope, probably in the second half of October.

Cardinals who attended the conclave last month told of the businesslike fashion that marked the meetings in the chapel.

"Villot was his firm and quiet self," one of them said. "He insisted on a minimum interval between ballots, and got on with the business at hand."

Villot himself also could be considered a possible candidate to become pope, with his blend of teaching, pastoral experience and Vatican diplomacy.

Villot, a tall, bespectacled, dark-haired man, was appointed secretary of state by Pope Paul VI in 1969 and was made chamberlain one year later.

Despite the power figure of Assistant Secretary of State Cardinal Giovanni Benelli, a conservative, Villot nevertheless exerted behind-the-scenes influence as a conciliator.

The Associated Press September 29, 1978, AM cycle

"Let's not overdramatize things," has been one of his stock remarks.

In recent years, Villot's health has declined.  He cannot stand for long periods and he has discontinued the after-lunch walks he once enjoyed.

Once a chain smoker, he has given up his favorite acrid French cigarettes for health reasons.

One of Villot's first acts under John Paul was to start giving up so many of the positions he held in the Vatican administration.  But he was reconfirmed in his secretary of state's position within two days.

Born in Saint-Amant-Tallende in central France on Oct. 11, 1905, Villot studied classics, philosophy and theology at the Catholic Institute of Paris. Ordained a priest at the age of 25, he spent four years in Rome researching his doctoral dissertation at the Vatican library and simultaneously studying church law at the Angelicum College.

In 1939, he was appointed professor of moral theology at the Catholic University of Lyons, started serving as secretary of the French Bishops' Conference in 1950 and was appointed bishop in 1954.

In 1955 he became archbishop of Lyons, France's oldest diocese, and was made a cardinal immediately by Pope Paul VI.  Two years later he was called to Rome to head the congregation to the clergy.

Pope Paul did not always follow Villot's advice, often preferring that of Cardinal Benelli, whom the pontiff had once called his "jewel."

For example, Villot was reportedly overruled when he favored leniency for priests in the Netherlands who wanted to marry but still remain in the ministry.

366 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, PM cycle

**LENGTH:** 197 words

**DATELINE:** VATICAN CITY

**BODY:**

   In the 34-days papacy, **Pope John Paul I** made no major pronouncements on Christian dogma or ethics, but had urged efforts to save troubled marriages.

   In an address to a group of America bishops eight days ago, the pope said he intended to follow the course of his immediate predecessor, Paul VI. "His teaching is ours," the pontiff said.

   Asking for priority to help save marriages, the pope told the American bishops, "In particular, the indissolubility of Christian marriage is important."

   The pope, who died Thursday night after suffering a heart attack, had yet to take a stand on the controversial issues dividing the Roman Catholic Church, including birth control, abortion and priestly celibacy.

   He was reported to have urged Paul VI privately against making a pronouncement on birth control 10 years ago.  But once Pope Paul VI issued his ban on artificial birth control in his Humanae Vitae encyclical, the then Bishop Albino Luciani became one of the first prelates to publicly support it.

   The day after his Aug. 26 election, the pope appealed for "a new order" with more justice, a more stable peace and more sincere cooperation among peoples of the world.

367 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, PM cycle

**LENGTH:** 297 words

**DATELINE:** VATICAN CITY

**BODY:**

**Pope John Paul I,** whose death was attributed to a heart attack, had often been in frail health, but he was not known to have a history of heart ailments.

"His health has always caused concern," his 32-year-old niece Pia Luciania told The Associated Press in a telephone interview Aug. 29, three days after his election as pope. "He has to be careful about what he eats and about cold and heat. He is delicate, but, I advise you, he is not a traveling hospital."

When he was born Oct. 17, 1912, Albino Lucianio was so tiny that his mother Bortola summoned a priest to baptize him that same day and in the same room where he was born.

"Albino was born such a frail thing that everybody thought he could hardly survive," his niece said.

She said her uncle twice entered a sanitorium for treatment of a "general lung condition" and underwent surgery four times - to remove his tonsils, to set a broken nose after a fall and twice for gallstones. The family once feared he might be suffering tuberculosis but doctors ruled that out, she said.

John Paul also suffered from rheumatism. Shortly before being elected pope Aug. 26, he spent several weeks at a seaside convent in Venice sunbathing to alleviate the pain.

One of John Paul's first acts as pope was to summon to the Apostolic Palace a nun, Sister Vincenza, who had watched over him for a decade, assisting him with a spray inhaler to ease breathing difficulties and, as Pia said, "to remind him when he has to take a pill or syrup."

In his last general audience, on Wednesday, the pope sought to convey his feelings for the ill by referring to his four operations and noting that he had been hospitalized eight times.

"Know that the pope understands and love you," he said to sick people in the audience.

372 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, PM cycle

**LENGTH:** 574 words

**BODY:**

Roman Catholics around the United States, stunned by the sudden passing of "a beautiful and good man," said the death of **Pope John Paul I** today was a particularly harsh blow because the pontiff had appeared to be in such robust health.

"It was a terrible shock to hear of the death of the Holy Father," said Cardinal John Carberry, archbishop of St. Louis.

Cardinal Terence Cooke, visiting from New York, and Archbishop John Quinn of San Francisco were "too shaken to comment" when they heard about the pope's death, said the Rev. Miles Riley, director of communications for the San Francisco Archdiocese.

Cooke and Quinn, president of the National Conference of Catholic Bishops, planned a mass this morning at St. Mary's Cathedral in San Francisco. They had been scheduled to fly to Rome Sunday for an audience with John Paul, Riley said.

Cardinal John Cody of Chicago made immediate plans to fly to Rome. Spokesmen for many of the other seven U.S. cardinals said comment would be made later today.

The White House said President Carter would have no immediate comment.

A New Jersey parish priest expressed disbelief upon being awakened with news of the pope's death.

"I don't believe you now," said the Rev. Tad Stasik of St. Benedict's Church in Newark.

"It's sad, unbelievable, because I saw him yesterday on television and he is - he was - healthy man," Stasik said.

"It certainly is most sudden and shocking," said Bishop James Niedergeses of Nashville this morning. "I can hardly believe I'm awake. We are profoundly shocked at the sad news.

"It just seemed to be so unbelievable because we had no indictions of any bad health - a complete surprise. I can't recall any pope that had such a short reign," Neidergeses said.

John Paul, 65, died of a heart attack in his sleep. His 34-day reign as the 263rd pope was one of the briefest in the 2,000-year history of the Roman

The Associated Press September 29, 1978, PM cycle

Catholic Church.

   After his selection in one of the shortest conclaves ever, his health had always been delicate and that he had been treated twice at a sanatorium for a lung condition.

   Monsignor Loyola O'Dougherty, vicar general of the Diocese of Tucson, Ariz., said he was "flabbergasted."

   "I think the hopes of the world, Catholics and others, have been shattered," said O'Dougherty.  "I'm sure it's going to stun every Catholic, this event.  This struck me so forcefully because he seemed to be in such remarkably good health.  All of us looked forward to several years of action and inspiration from the man."

   Bishop James Rausch, bishop of the Diocese of Phoenix, said he spoke with 10 other church officials shortly after learning of John Paul's death and all were "struck and dumbfounded by the news."

   "I join all Catholics throughout the world in expressing the sadness and grief at the death of a beautiful and good man," said Rausch.  "The church had seemed to call for this wonderful man to lead us into the troubled waters God had other designs.  One's response must be one of faith."

   New York Gov. Hugh Carey, who early last month attended the funeral of Pope Paul VI in Rome as part of the official U.S. delegation, said in Albany that John Paul had "brought a promise of new greatness to the papacy with his rare combination of grace and humility as well as innovation and tradition."

   "I pray not only for the repose of his soul, but for the hope we find another with his great gifts," Carrey said in a statement.

373 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, PM cycle

**LENGTH:** 82 words

**DATELINE:** VATICAN CITY

**BODY:**

At least six of the 263 popes of the Roman Catholic Church had shorter reigns than **Pope John Paul I,** who died Thursday in the 34th day of his papacy.

Pope Stephen II died three days after his election in 752. Both Marcellus II, in 1555, and Urban VII, in 1590, had 13-day papacies. Boniface VI was pope for 15 days in 896 while Leo XI served 17 days in 1605 and Theodore II 20 days in 897.

The longest papacy was that of Pius IX, who reigned for 32 years beginning in 1846.