375 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, BC cycle

**LENGTH:** 514 words

**BYLINE:** By HUGH A. MULLIGAN, AP Special Correspondent

**DATELINE:** PORTLAND, Ore.

**BODY:**

Special Correspondent Mulligan, who covered the election of **Pope John Paul I**, is en route to Rome to cover his funeral and the next conclave. He wrote the following memoir just before leaving the Associated Press Managing Editors Association Convention.


The sudden death of John Paul I, that smiling gentleman, brings to mind how happy and satisfied were the 110 cardinal electors who chose him when they emerged from the brief conclave only a month ago.

The seven American cardinals who took part in the election seemed particularly contented with the conclave's choice of the patriarch of Venice, Albino Luciano.

"We worked hard, but there was great unity amongst us," Philadelphia's Cardinal John Krol told the few reporters waiting in the courtyard of the palace as he left the papal apartments, suitcase in hand, on the morning after the balloting.

"Your Holiness, we pledge you our loyalty and our love," Boston's Cardinal Humberto Medeiros told the newly elected pontiff as he knelt to kiss his ring in the simple but impressive installation ceremony that the new occupant of the Throne of Peter had downgraded from a Renaissance-style formal coronation, doing away with the beehive-shaped, jeweled crown.

Los Angeles Cardinal Timothy Manning told reporters how elated he and his follow American cardinals were at John Paul's stressing the pastoral role in guiding his flock in a changing, troubled world.

Reporters invited to the private audience for journalists who had covered his election and installation were surprised at John Paul's ready wit and charmed by his humility and rare use of the first person "I" instead of "we" in referring to himself as the supreme pontiff.

We remember his saying apostle to the Gentiles, were alive today, he would ask for prime time on television to help spread the message of Christ, and how he lectured us on the responsibilities of the press to concentrate on the

The Associated Press September 29, 1978, BC cycle

important, basic issues facing his reign and not the trivial details, no matter how colorful.

In the nearly 2,000-year history of the papacy, few popes have had a shorter reign.  None has had a more widely witnessed election and installation, thanks to the vast television and newspaper coverage by more than 600 journalists and camera teams from around the world.

Now, it is strange to think of the cardinals returning to Rome so soon, of the workmen rebuilding the cubicles in the Borgia apartments of the papal palace, erecting the double rows of armchairs for the cardinal electors before Michael-angelo's enormorous fresco of the Last Judgment in the Sistine Chapel, of the papal tailors in the square by the Pantheon stitching up three new sets of white vestments to cover three possible sizes of still another pope and, once again, the smashing of the Fisherman's Ring of the dead pope and the casting of a new one for his successor.

Rome, the Eternal City, has seen it all before, in sorrow and in expectation, but seldom in modern times so quickly.  As they once said of another John - John F. Kennedy - John Paul, we hardly knew you.

376 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978

**LENGTH:** 30 words

**DATELINE:** ROME

**BODY:**

The Italian radio, quoting Vatican sources, announced Friday morning that **Pope John Paul I** died in his sleep during the night.  He was 65 and had been elected just last month.

377 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 29, 1978, AM cycle

**LENGTH:** 970 words

**DATELINE:** VATICAN CITY

**BODY:**

**Pope John Paul I,** the 263rd pontiff of the Roman Catholic Church, died of a heart attack in his sleep during the night, the Vatican announced.  He was 65 and had reigned only 34 days.

The Vatican said the pontiff, leader of the world's 700 million Catholics, died about 11 p.m. - 5 p.m. EDT Thursday - and his death was discovered when his priate secretary came to wake him about 5:30 a.m. Friday.

John Paul told a general audience only two days ago that he had been previously hospitalized eight times and had four operations.

He was elected pope Aug. 26 in one of the shortest conclaves ever, and his reign was one of the briefest in the history of the 2,000-year history of the Roman Catholic Church.

Six other popes reigned for less than a month, and Stephen II's reign was the shortests of all.  He was elected March 24, and died two days later.

The Vatican announcement of John Paul's death said:

"Today Sept. 29 around 0530 the Rev. John Magee, the pope's private secretary, entered the bedroom of His Holiness John Paul I; since he had failed to see him in the chapel as usual, he looked for him in the room and he found him dead in the bed with the light on as with a person who had been reading.

"The doctor, immediately summoned, ascertained his death, presumably occurred around 2300 hours yesterday Thursday because of sudden death from acute myocardial infarction.  The venerated body will be placed on display around noon in a hall of the Apostolic Palace."

The Vatican's secretary of state, French Cardinal Jean Villot, in his capacity as papal chamberlain, again took over the leadership of the Church, as he did after the death of Pope Paul VI seven weeks ago.

Villot immediately ordered that the 112 cardinals around the world travel back to Rome to prepare for the election of the 264th pope.

Meanwhile, the great bronze door of St. Peter's Basilica was half closed in a sign of mourning and the Vatican's yellow and white flags were flown at half mast on all buildings of the tiny state.

The Associated Press September 29, 1978, AM cycle

John Paul succeeded Pope Paul VI, who died Aug. L at the age of 80.

The new pontiff took his church name both from Pope John XXIII, Paul's predecessor, and from Paul, signaling his plans to follow in their footsteps both as a humanitarian and guardian of the faith.

John Paul also had rheumatism and shortly before being chosen as pope had spent several weeks in a seaside convent in Venice sunbathing to alleviate the pain.

During his brief reign, the pontiff had already transformed the normally sedate papal audiences into informal gatherings, peppered with personal anecdotes and broken up with laughter from guests.

Just two days ago, presiding over the weekly Vatican general audience, he called up a 5th grade student and interviewed him in front of the 10,000 persons packing the hall.

"Do you always want to be in the 5th grade?" he asked the boy.

"Yes," the youth replied.  "So I don't have to change teachers."

"Well, you are different from the pope," the pontiff remarked.  "When I was in 4th grade, I worried about making it to the 5th and when in the 5th, about passing to the 6th."

Such anecdotes had emerged as trademarks of John Paul, endearing him to the public.

By contrast, his predecessor, Paul VI, was noted for his formal and intellectual approach to his general audiences, resorting to humor only on rare occasions.

Born Albino Luciani, the 263rd pontiff was the product of one of the thousands of villages that dot the Italian countryside.

"I am a little man accustomed to little things and to silence," he said before his election.

He has spent most of his life it Italy's northeast where be was born in the Alpine valley village of Forno di Canale.  His father, a socialist, was for many years a migrant worker in Switzerland.  His mother wasd a peasant, "strong and devout," as he once said.

He entered the seminary at a young age and during summer vacations returned home to work in the field.

Many in his home village remember seeing him cutting the grass wearing the black cassock that seminarians then wore.

His favorite subjects as a student were philosophy, theology and literature.

He was ordained a priest on July 7, 1935 and graduated from Rome's Gregorian University.  After graduation he went back to his native village work in the local parish, then to a nearby TOWN WHERE HE ALSO TAUGHT RELIGION IN A VOCATIONAL SCHOOL.

The Associated Press September 29, 1978, AM cycle

For the next 10 years he was deputy director in the Belluno Seminary.  In 1948, Luciani became one of the top aides of the bishop of Belluno and was put in charge of teaching religion.

He concentrated on making his teaching as simple as possible so that illiterate mountain people could understand it.  He recounted his experiences in a book titled "Catechism in Crumbs," now in its seventh edition.

He had been vicar general in Belluno for four years, when Pope John XXIII named him bishop of Vittorio Veneto, diocese south of Belluno, in 1958.

In Vittorio Veneto, the bishop was immediately confronted by a financial scandal involving two priests who had piled up debts and overdrawn checking accounts.

Luciani summoned all 400 priests in the diocese and spoke to them about the need for the church to be poor.  Then, he paid the two priests debts out of diocesan income.

During the 1962-65 Vatican Council, Luciani said it was difficult for him to change his frame of mind from pre-council church attitudes toward the more liberal teachings.

"The part that caused me more problems was that on religions liberty," he said later, referring to the council decree stating the right of full and equal liberty for believers and non-believers alike.

"For years I had been teaching . . . theories about law according to which only the true Roman Catholic religion his rights.  I convinced myself we were wrong."

.

378 of 492 DOCUMENTS

Copyright 1978 Bell Globemedia Publishing Inc. and its licensors
All Rights Reserved
The Globe and Mail (Canada)

**September** 29, 1978 Friday

**LENGTH:** 163 words

**HEADLINE:** Pope one month, John Paul dies

**BYLINE:** REUT SPCL

**DATELINE:** Vatican City ITALY

**BODY:**

VATICAN CITY (Reuter-Special) - **Pope John Paul I** has died in his sleep, only one month after becoming pontiff, an official Vatican announcement said this morning. He was 65.

Pope John Paul had always been in frail health, and his parents summoned a priest to baptize him when he was born fearing he might not live through the day, a niece said in August.

Despite his need for regular medical attention, the 65-year-old Pope had a record of maintaining a busy pace of activity.

His health has always caused concern, his 32-year-old niece Pia said in August. He has to be careful about what he eats and about cold and heat. He is delicate, but, I advise you, he is not a travelling hospital.

Pope John Paul admitted at one time that he was inexperienced in central church government and promised to collaborate closely with his cardinals, but gave no clue to his future policies.

The Pope said that he would dedicate all his energies to the defence and the strengthening of church unity.

**LOAD-DATE:** January 11, 2007

379 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 27, 1978, AM cycle

**LENGTH:** 493 words

**BYLINE:** By HILMI TOROS, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

Within a month after his election, **Pope John Paul I** has transformed the normally sedate papal audiences into informal gatherings, peppered with his personal anecdotes and broken up with rip-roaring laughter from his guests.

On Wednesday, when the weekly general audience was divided into two groups because of an overflow of pilgrims, the 65-year-old pontiff acted as a master of ceremonies.  He called up a 5th grade Rome student from the crowd and interviewed him in front of the 10,000 persons packing the Vatican's audience hall.

"Do you always want to be in the 5th grade?" the pope asked Daniele Bravo, lowering the microphone to the boy's height.

"Yes," the youth replied to the laughter of the crowd, "so that I don't have to change teachers."

"Well, you are different from the pope," the pontiff remarked.  "When I was in 4th grade, I worried about making it to the 5th and when in the 5th, about passing to the 6th."

Such anecdotes are told with frequent timid smiles and in the familar "I" instead of the formal "we" normally used by the popes.  Mixed with occasional interviews from the crowd, they are emerging as trademarks of John Paul's papacy, endearing him to the public.

By contrasts, his predecessors, Paul VI, was noted for his formal and intellectual approach to his general audiences, resorting to humor only on rare occasions.

John Paul's relaxed and informal manner is reminiscent of the style of Pope John XXIII, who was also noted for his joviality and innovative actions, such as visiting prisoners in Rome's Queen of Heaven jail.  Both men had humble origins and served as patriarchs of Venice before ascending to the papacy.  Pope John died in 1963.

Vatican watchers say that the informal style began to emerge the moment John Paul appeared on the balcony of St. Peter's Basilica after his election and

The Associated Press September 27, 1978, AM cycle

extends even beyond his general audiences.  And they say it is getting his message across.

    In his first meeting with the public, the pontiff called a youth from Malta to the microphone and, to demonstrate the importance of the work mothers do, asked him simply, "Who takes care of you when you are sick?"

    Later, in a meeting with American bishops, Pope John Paul dismissed his aides and told the prelates, "Now you ask questions."

    On Wednesday, the pope referred to his casual manner, saying "I try to explain, word by word, the way a parish catechist religious instructor would do."

    "He says things, with his optimistic smile, that people are craving for," said Arcangelo Paglialunga, Vatican wrtier for the newspaper Il Gazzettine of Venice.

    "His working-class background helps him with the crowd.  In four Sundays well over 50,000 still came to see him."

    And the crowd is enchanted.

    "He is simpatico, gentile," remarked the young Roman student, overwhelmed with meeting the pope.

    "You feel he loves you," said 90-year-old Mrs. Caterina Pepitone of Athens, Ga., on a pilgrimage to see John Paul.

**GRAPHIC:** Laserphoto ROM 4

385 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 21, 1978, AM cycle

**LENGTH:** 447 words

**BYLINE:** By VICTOR L. SIMPSON, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

   **Pope John Paul I,** Calling himself "just a beginner," took on the issue of divorce with a group of American bishops Thursday and urged that saving troubled marriages be given top priority.

   "In particular, the indissolubility of Christian marriage is important. Although it is a difficult part of our message, we must proclaim it faithfully as part of God's word, part of the mystery of faith," the pope said.

   In his first major address on an ethical issue since his election last month, the pontiff said he intends to follow the course of his predecessor, Pope Paul VI.  "His teaching is ours," he said.

   Controversial issues such as birth control, abortion, and priestly celibacy are dividing the Roman Catholic Church, but the pope's only specific reference in Thursday's address was to marriage.

   The Roman Catholic Church does not recognize divorce and allows Catholic marriages to be declared void by church tribunals only for specific reasons such as impotence or if consent of marriage was obtained by force.

   In a throne room audience, Pope John Paul received nine bishops from Oregon, Washington, Idaho, Montana and Alaska.  They came here with 45 other American bishops currently studying at the Vatican.

   Clad in brilliant white robes and a white skull cap, the pontiff first read an address in halting English, participants said, then dismissed his aides and said to the Americans: "Now you ask me questions."

   "Pope Paul would never have done that," said Bishop Silvester Treinen of Boise, Idaho.

   Treinen said the pope told the group "I can't speak English very well" and that Bishop Anthony F. Mestice fo the Bronx, N.Y., acted as an interpreter.

   The Idaho bishop said that when one asked what should be done when someone approaches a priest with a marital problem, the pontiff replied:

   "Just be priests.  Be more pastoral and less administrative."

The Associated Press September 21, 1978, AM cycle

This is a favorite theme of the 65-year-old former patriarch of Venice, elected to the throne of Peter without any Vatican administrative or diplomatic experience.

The pope singled out for praise "those, especially priests, who work so generously and devotedly in ecclesiastical tribunals, in fidelity to the doctrine of the churhc, to safeguard the marriage bond, to give witness to its indssolubility in accordance with the teaching of Christ, and to assist families in need."

He said it was the church's task to support and defend families and that "parents with special problems are worthy of our particular pastoral care, and all our love."

At the conlcusion of the audience, the bishops shook hands with the pontiff and Bishop Robert Whelan of Fairbanks, gave him a small statue of an Eskimo.

388 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
WALL STREET JOURNAL

**September** 15, 1978, Friday

**SECTION:** Page 22, Column 3

**LENGTH:** 68 words

**BYLINE:** BY DANIEL HENNINGER

**JOURNAL-CODE:** WSJ

**ABSTRACT:**
Daniel Henninger laments that most world leaders do not have ability to describe
policy and principle in words with some measure of style.  Contends, however,
that **Pope John Paul I** may be most literate world leader today.  Explains that
based on John Paul's I published works it is evident that he is capable of
making his public statements in vivid, coherent directness not usually heard in
world (M).

Case 1:07-cv-07063-BSJ-FM    Document 16-13    Filed 11/13/2007    Page 20 of 55

Copyright 1978 Newsweek
Newsweek

**September** 11, 1978, UNITED STATES EDITION

**SECTION:**  RELIGION; Pg. 66

**LENGTH:** 547 words

**HEADLINE:** 'Pope Gianpaolo'

**BYLINE:** BETSY CARTER with LOREN JENKINS in Rome

**BODY:**

He has reigned as Pontiff for little more than a week, but already **Pope John Paul I** has infused the papacy within an informal and modest style all his own. Breaking with tradition more than 1,000 years old, the new Pope planned a simple, open-air inaugural Mass in St. Peter's Square, instead of a formal cornoation.  Rather than ride to and from the ceremony on the usual portable throne carried by twelve *palafrenieri* - footmen - he chose to walk.  And with the same humility that marked his tenure as Patriarch of Venice (NEWSWEEK, Sept. 4), he eschewed the 500-year-old papal tiara and elected simply to have the Cardinal Deacon place the pallium (a thin circular band of lamb's wool decorated with Latin crosses) upon his shoulders.

The new tone of the papacy had been apparent from the moment Pope John Paul was elected.  Jokingly, he told his brother cardinals that he hoped "God would forgive them" for tapping him as their leader, and insisted upon eating with them and sleeping in the same simple cell he had occupied before his election. And when time came for the new Pope to move to the papal apartment, three stories above St. Peter's Square, he expansively flung open the windows and shutters that had sealed it since the death of Pope Paul VI.  Henceforth, the new Pope decreed, the windows would remain open to the fresh air - and the turned off the air conditioners that had cooled Pope Paul's cloistered life.

'Like a Canary': Pope John Paul also allowed the faithful a glimpse into his private life.  He permitted his aides to leak nuggets - his preference for chamomile tea and an occasional beer when the weather is hot.  He also enjoys a glass of wine with his dinner.  But, as one Vatican source observed, the slender Pontiff "eats like a canary - very little, but a little bit of everything."

As one of his first official acts, Pope John Paul (quickly nicknamed Gianpaolo by Romans who found the official Giovanni Paolo an unwiedly mouthful) gave a dinner in his apartment for the Vatican's Secretary of State, Cardinal Jean Villot.  Shortly thereafter, he proclaimed that he would keep Villot in his job and reappoint all the other key officials of the Curia to the positions they had had to resign automatically at the death of Paul VI.  With characteristic candor, he admitted that he knew little about Vatican politics, and promised that the Curia would remain intact until he learned a little more about the church's vast administrative machinery.  In a midweek meeting with the College of Cardinals he vowed to place himself in their hands as a pupil: "We plan,

'Pope Gianpaolo' Newsweek September 11, 1978, UNITED STATES EDITION

therefore, to hold precious the suggestions that will come to us from such valuable advisers."

   Speaking to the Vatican's diplomatic corps late last week, Pope John Paul sounded a theme that he clearly intends to make central to his papacy.  During his reign, he said, the church will stress policies designed to enhance brotherhood and respect among people.  "These principles," he said, "are respect for one's neighbor, for his life and for his dignity, care for his spiritual and social progress, patience and the desire for reconciliation in the fragile building up of peace." They are principles fitting to the rule of a Pope who sees his role as "supreme pastor."

**GRAPHIC:** Picture, First blessing: Opening the shutters to a more relaxed papacy, Mike Norcia - Photoreporters

395 of 492 DOCUMENTS

Copyright 1978 Newsweek
Newsweek

**September** 11, 1978, UNITED STATES EDITION

**SECTION:** RELIGION; Pg. 66

**LENGTH:** 2190 words

**HEADLINE:** HOW HE WAS CHOSEN

**BYLINE:** THE REV. FRANCIS X. MURPHY

**BODY:**

The election of Cardinal Albino Luciani of Venice as Supreme Pontiff of the Roman Catholic Church took most of the world - and most Catholics - by surprise. For a special report on how Luciani was chosen Pope, NEWSWEEK turned to the Rev. Francis X. Murphy, a Redemptorist priest who specializes in Vatican politics.

It was supposed to be the most secretive conclave in the history of the Roman Catholic Church. The cardinal electors had vowed - under pain of excommunication - to burn their notes and remain forever silent about how they had come to elect the 263rd successor to Saint Peter. Yet the first to crack the seal of silence was the Pope himself. In a delightfully personal Sunday homily less than eighteen hours after his election. **Pope John Paul I** told 50,000 well-wishers in St. Peter's Square how two colleagues had sought to comfort him when the "danger" of his selection appeared certain on the final ballot. "Courage," whispered Cardinal Johannes Willebrands of Holland, who was seated on his right in the crowded Sistine Chapel. "If God gives you a burden. He also gives you the help to carry it." On his left, the Pope recalled, Cardinal Antonio Ribeirto of Portugal said: "Don't worry, in all the world there are so many people who pray for the new Pope."

The new Pope's cheerful indiscretion was sufficient to relax the fine Italian consciences of a few cardinals, who seemed anxious enough to let the world know how they had chosen the church's latest *Pontifex Maximus* . Although a few details are still uncertain, the main lines of the drama are as follows:

The death of Pope Paul VI on Aug. 6 caught conservative leaders in the Roman Curia off guard. They had complained for years that Paul was allowing the church to drift into anarchy, but they had yet to settle which among them would make the best candidate to succeed him. Rushing home from his vacation in Spain, Cardinal Pericle Felici, the savvy leader of the Curia's most intransigent bloc, telephoned several of his colleagues to suggest a strategy. They must, Felici argued, convince as many of the cardinals as possible that only a loyal member of the Curia - and a man they themselves could control - would be able to restore order to the church and present a resolute face against Marxism.

This argument was designed to appeal to key conservative cardinals - among them, Stefan Wyszynski of Poland, Juan Carlos Aramburu of Argentina, Owen McCann

Case 1:07-cv-07063-BSJ-FM    Document 16-13    Filed 11/13/2007    Page 24 of 55

of South Africa - and also to American traditionalists like John Carberry of St. Louis.  More important, it was aimed at undercutting support for two other candidates from the Curia: Cardinal Sebastiano Baggio, whom the conservatives considered a prond and unmanageable careerist, and Cardinal Sergio Pignedoli, whom they regarded as too liberal and unintelligent.

If the first round of papal politicking belonged to the Curialists, the second undoubtedly went to the cardinals from the Third World.  After an unexpected caucus, sixteen of the twenty cardinals from Latin America produced a letter urging the selection of a non-Italian Pope, thus lending their weight to similar public suggestions by Cardinal Franz Konig of Vienna and other European liberals.  In the second week of the papal interregnum, New York's Cardinal Terence Cooke hinted at a press conference of American prelates that he, too, was anxious to have a Pope who understood the church in the Third World.  As the possibility increased that a non-Italian just might get elected for the first time in four centuries, the Curia cardinals began to panic.  Shrewdly, they persuaded Cardinal Jean Villot, the papal chamberlain, to discourage the electors from holding preconclave caucuses, issuing letters or holding press conferences.

As it turned out, the most important pre-conclave conversations took place not in caucuses or at friendly dinners in Vatican apartments, but over the long-distance telephone wires.  At 7:30 in the evening on Wednesday, Aug. 16, a limousine quietly left a stately residence for Curia priests on the Rome side of the Tiber.  Inside was Cardinal Giovanni Benelli of Florence, who until last year had virtually run the Curia and the Vatican Secretariat of State as the strong-armed *Sostituto* or deputy to the ineffectual Villot.  The automobile carried Benelli back to Florence, where he was to play an even more important role as a "grand elector" for the next Pope.

Like the other Italian cardinals, Benelli thought that the next Bishop of Rome should be an Italian.  At the same time, he sensed that the dominant mood of the upcoming conclave would demand a pastoral Pontiff with no previous connections to either the Vatican's diplomatic corps or the Curia.  The Italian cardinal who best fit that bill of particulars, Benelli concluded, was Albino Luciani, Pope John XXIII's successor as Patriarch of Venice.  In telephone calls from Florence to conservative electors, Benelli stressed Luciani's resolute opposition to Communism in Italy, his strong defense of the church's stand against divorce and abortion and his traditionalist theology.  In calls to Third World bishops, he emphasized Luciani's working-class background and genuine care for the poor.

Benelli's arguments proved persuasive in the end.  "It is not important that we elect a non-Italian," said Cardinal Joseph Cordeiro, the wise and unpretentious Archbishop of Karachi, Pakistan, just before the conclave.  "We need a man who understands the poor and lives like a poor man.  We will have one this time or surely the next."

Benelli was not the only grand elector who subtly arged consideration of Luciani.  Also in Luciani's camp was Cardinal Carlo Confalonieri, 85, the influential but non-voting dean of the Sacred College of Cardinals who spoke on his behalf to those native cardinals of Africa who were unfamiliar with the little-traveled Venetian patriarch, including Hyacinthe Thiandoum of Dakar, Senegal.

HOW HE WAS CHOSEN Newsweek September 11, 1978, UNITED STATES EDITION

Cardinal Felici had got to know Luciani last spring, while preaching a weeklong retreat to the priests of Venice.  And when many of his colleagues in the Curia showed signs of supporting Cardinal Giuseppe Siri, the ultraconservative Archbishop of Genoa, Felici turned quickly to Luciani as a more electable alternative.

Among progressives, Luciani's name was known chiefly through two other influential electors, who themselves had been mentioned as *papabili* .  The first was Cardinal Aloisio Lorscheider of Fortalieza, Brazil, with whom Luciani had spent a month two years ago studying the new church movements in Latin America.  The second was Dutch Cardinal Johannes Willebrands, the Rome-based head of the Vatican's Secretariat for Christian Unity.  In recent years, Luciani had gained Willebrands's favor by permitting five ecumenical meetings to be held in Venice, two with the Protestant and Orthodox World Council of Churches and one each with Anglican, evangelical and Jewish scholars.  Athough the reasons for choosing Venice were practical enough - the archdiocese there was able to offer a splendid canal-side palazzo with wine and coffee served at rates less expensive than any place in Rome - Luciani took the trouble to address each of the sessions and acquaintedd himselft with forms of faith which few Italian bishops encounter or understand.

Luciani had also won the attention of the West German hierarchy during a visit to Cardinal Herman Volk of Mainz only months before the conclave; he had particularly impressed the German bishops with his broad knowledge of their language and of European literature.  Because they contribute generously to Third World missions, the German cardinals have considerable influence among their Third World peers.  If the Germans liked Luciani, they were apt to pull numerous votes along with them.

Despite, this lengthening list of electors leaning toward Luciani, neither he nor anyone else entered the conclave as a front runner.  In fact, as the cardinals concelebrated their final Mass before retiring to select a Pope, there appeared to be no real factions, no over-riding issues, no compelling personalities.  Like many of his colleagues, an Asian bishop later acknowledged, "I voted the first time for a friend and the second time followed the Holy Spirit." The most serious question facing the electors, it seems, was what sort of sign the Holy Spirit would give to those who sought its direction.

The first ballot, which began shortly after 9:30 on Saturday morning, quickly established that the Curial faction had not settled on any particular candidate. When the tally was read aloud to the electors, Cardinal Giuseppe Siri, an out-spoken critic of Vatican Council II, led the list with 25 votes.  Siri, now 72, had been the leading candidate of the Curia's most reactionary faction back in 1958, when Pope John XXIII was elected, and his reemergence twenty years later (he was not a serious candidate in the intervening conclave of 1963) surprised the assembled cardinals.  Immediately following him was Luciani, the galloping dark horse, with 23 votes.  Then, in rapid succession, came Pignedoli with 18; Baggio with nine; Koenig with eight; Cardinal Paolo Bertoli, a member of several powerful Cucrial commissions, with five or six; Argentinian Eduardo Pironio, four, and Felici and Lorscheider, two each.  The remaining fifteen or sixteen votes were scattered among an equal number of favorite sons.

It is an axiom of papal elections that once a leader begins to lose support he never regains it.  In the interval of silence between the first two votes, while the new ballots were being distributed, the conservatives concluded that

HOW HE WAS CHOSEN Newsweek September 11, 1978, UNITED STATES EDITION

Siri had collected as many votes as he was likely to muster.  Their primary
concern was that the second vote might produce a spurt by either Baggio or
Pignedoli that would be difficult for a third candidate to overcome.  So the
conservatives turned to Luciani as the most attractive of the major first-round
candidates, in the hope that a surge by him would effectively eliminate the
others.  After the second ballot was counted and announced, the results showed
that Luciani had received 56 votes, just nineteen short of the
two-thirds-plus-one needed for victory.  Pignedoli followed far behind with
fifteen, and Lorscheider advanced to twelve.  Baggio received ten, Felici,
eight, and Pakistan's Cardinal Joseph Cordeiro, four.

    At lunch, shortly after noon, the conclave was all but over.  Most of the
electors had entered the Sistine Chapel with no clear candidate in mind and now,
after just a morning's deliberations, the Holy Spirit appeared to be guiding
them to a swift and unexpected choice Luciani sensed as much - "the danger," he
later called it - as he took his assigned seat at the meal.  On the way back to
the conclave, as one of his brothers embraced him, Luciani seemed awestruck.  "A
great tempest has come over me," he declared."

    When the cardinals reassembled in late afternoon for their third vote, more
than 90 of them wrote the name of Luciani on their ballots.  Pignedoli received
seventeen votes.  And there was at least one last ballot for lorscheider - cast
by Luciani himself.  The clamorous applause that greeted Lucianihs acceptance
caused the Vatican Radio and, later, press officers for the Holy See to proclaim
the final vote unanimous in favor of the smiling Patriarch of Venice.  That was
not the case, but the Luciani election came so quickly that the cardinals took
pleasure in the belief that they had indeed experienced a rare, Pentecost-like
infusion of collective grace.

    In their euphoria, the cardinals stuffed their entire stock of elevan white
chemical flares into the traditional stove so that the waiting world would
understand that they had elected a Pope on their very first day of the conclave.
"We couldn't get it any writer," explained one stove tender, Cardinal Pironio.
Despite their efforts, the smoke signals - like the meaning of the election
itself - emerged in confusing puffs of white, black and gray.

    An early analysis of the voting pattern (the exact tallies for each man may
not be verified for years) confirms the fact that Luciani was elected by a
convergence of left and right.  He himself may be a "moderate," but it was not
the middle-of-the-roaders who pushed him to the point where his candidacy took
on the aura of sanctified inevitability.

    Now that he is Pope, Luciani has given two important signs that he intends to
govern the church in a fresh manner - that the Roman numeral "I" after his
chosen name may turn out to be more significant than his decision to be called
John Paul.  First, the Pope told the cardinals that he would rule collegially
with his brother bishops, "availing ourselves of their work in the government of
the universal church." Next, he waived the traditional coronation ceremony, the
regal tiara and the papal throne which had come to symbolize the temporal power
of the papacy.  Instead, he planned to be invested with a simple wool *pallium* ,
a homely symbol that he is, after all, the shepherd of a flock that badly needs
the service of a humble servant of God.

**GRAPHIC:** Picture 1, Cardinals celebrating Mass before the conclave: After weeks
of politicking, an unexpectedly swift decision, Richard Kalvar - Magnum; Picture

HOW HE WAS CHOSEN Newsweek September 11, 1978, UNITED STATES EDITION

2, John Paul I receives New York's Cardinal Cooke, Arturo Mari - L'Osservatore Romano; Picture 3, Baggio: Hard to manage?  Frassineti-Paterno- A.G.F.; Picture 4, Pignedoli: Too liberal?  Dufoto; Picture 5, Pope-makers Siri (left), Felici (right), Frassineti-Paterno-A.G.F.; Picture 6, and Benelli: Organizing support from both right and left, Dufoto

Case 1:07-cv-07063-BSJ-FM    Document 16-13    Filed 11/13/2007    Page 29 of 55

Copyright 1978 U.S. News & World Report
U.S. News & World Report

**September 11, 1978**

**SECTION:** Pg. 20

**LENGTH:** 2050 words

**HEADLINE:** Changes Ahead for World's Catholics

**BYLINE:** David B. Richardson, the magazine's General Editor in Europe, filed this dispatch from Rome.

**DATELINE:** ROME

**HIGHLIGHT:**
The election of John Paul I to the papacy was a surprise - and others are foreshadowed for Christendom's largest faith as his reign unfolds.

**BODY:**

In his first days as Roman Catholicism's 263rd **Pope, John Paul I** is making it clear that the worldwide church is in for a papacy of prudent changes - and much pastoral warmth.

Even before his ceremonial assumption of papal rule on September 2, the 65-year-old Pontiff served notice that the "renewal" begun by Paul VI and John XXIII will go forward.

At the same time, he restated his loyalty to dogma, and retained all Vatican department heads until he learns more about his job.

What flows through this mixture is a strong and appealing individualism, often accompanied by a broad smile, that points to some surprises ahead.

His election, itself, was a surprise. As patriarch of Venice, his name was mentioned prior to balloting by fellow cardinals on August 26. But few expected him to emerge as Pope from the shortest conclave in modern times.

He became the first Pope ever to take two names as Pontiff - and the first in 1,000 years to pick an original name. He was officially installed, moreover, with an open-air high mass stripped of the traditional pomp of enthronement and coronation.

All this, say churchmen who have known him, adds up to something new in the papacy's bimillennial history.

If expectations are correct, what is likely to be forged in the crucible of rule over the world's 732 million Roman Catholics is leadership blending the

appeal of John XXIII's warmth and zest and Paul VI's methodical caution.

The new Pope told cardinals of the need both "to avoid an approach that is hesitant and fearful" and "to preserve the great discipline of the church in the life of priests and the faithful."

Some church liberals consider his first papal statements much too guarded, and one called him a "timid middle-of-the-roader." On the right, France's rebel Archbishop Marcel Lefebvre voiced concern over John Paul's election and his support for reforms carried out by his two predecessors.

Vatican observers, however, find in his early actions the confidence and authority of a pastoral bishop long used to handling difficult situations.

From the balcony of St. Peter's, as on television screens around the world, John Paul projected much of the same natural optimism and charm as did John in opening his pontificate 20 years ago.  The new Pope even put a bit of humor into his first open-air apostolic blessing to a crowd of 200,000 and drew laughter as well as cheers.

Despite his limited experience outside his native northern Italy, John Paul draws on many years of wide-ranging studies and reading.  He has been heard, in the course of conversation, to quote such authors as Dickens, Goethe, Plutarch and Mark Twain.

A quick smile.  He is not known as a charismatic figure, but some churchmen say that part of his quick acceptance by the public was due to his sunny appearance - in contrast to the solemn, often despairing image of Paul, particularly in his last ailing years.

John Paul's upbeat warmth will soon be getting major tests from the church's globe-encircling problems.

An early challenge will come in Italy, itself.  As cardinal, he said prior to the 1976 elections that "Catholics absolutely cannot give their vote to the Communist ticket or to that part of the socialists who go hand in hand with them." One third of Italy's Catholics voters did so, however.

Result today: Communists are participating in government, although not at the cabinet level, and the electorate has approved laws that relax bars to abortion, divorce and artificial means of birth control.

One of John Paul's early actions must be to sign an agreement with Italy's government for the first new concordat in nearly 50 years - one that will set a pattern for church-state relations in other mainly Catholics nations.

More broadly, he is reported to be deeply concerned about signs of a turning away from the church on the part of Roman Catholics in the United States and Western Europe.

In those parts of the world, church attendance in down alarmingly and old teachings on moral issues generate controversy among Catholics - the more so since Paul VI's encyclical Humanae Vitae in 1968, which firmly restated papal opposition to birth control in all forms, including the Pill.

Prior to that encyclical, as a consultant to the papal commission on birth

control, the future Pope appeared to swing to the commission's majority view favoring some modification of the traditional ban on contraception, then later registered his support for Pope Paul's stand. Since then, however, he has dwelled more than once on the possibility of allowing "individual conscience" to be a Catholic's guide in certain moral matters - but only "after informing himself on God's dictates."

He also has gone out of his way to keep in touch with church leaders in Holland and West Germany who are shunned for their progressive views by most of Italy's conservative clergy.

Even so, the new Pope flatly rejects the liberal view that the losses come from the church's refusal to ease its strictness on moral questions. From his own pastoral experience, he holds that much can be done to strengthen the faith among Catholics by improving religious teaching, fostering basic family values, and giving youth a sense of commitment. In his message to the cardinals, he said: "The church's first duty is that of evangelization."

Because he believes almost as strongly that Roman Catholicism can grow and florish best in a setting of close ties with other Christian faiths, one of his high priorities will be revival of the ecumenical moves Paul VI began, then let languish in recent years. With Anglicans and Lutherans still showing great interest in closer ties, John Paul promised "prayerful attention to everything that would favor union . . . without diluting doctrine but, at the same time, without hesitancy."

Many churchmen from Africa, Asia and Latin America, too, undoubtedly will expect much from his deep concern for the poor and oppressed.

As the son of a socialist bricklayer, he believes strongly that Roman Catholicsm must seek a humbler image as a church for the improverished. In Venice, the future Pope - then Cardinal Albino Luciani - focused on the industrial belt of Mestre across the lagoon, paying little heed to local and visiting aristocrats who long have loomed large in the Church of St. Mark. He was known as "the bicycling patriarch" who popped up in factories, union halls, hospitals and canal ferries in a simple clerical uniform.

In his busy days after becoming Pope, John Paul conferred with senior Vatican diplomats about the conference of Latin American bishop in Puebla, Mexico, scheduled for October. He gave a go-ahead for what seems sure to become a showdown for conservatives and liberals in the Latin American hierarchy.

This conference will focus on the issue: How far should Roman Catholics go in backing revolutionary movements aimed at authoritarian regimes that repress human rights? Already, in some Latin countries, priests teach a "liberation theology" linking Marx with Christ in a call to "social action."

Western Hemisphere cardinals urged the Pope to attend the opening of the conference because of his interest in the underprivileged. No decision has yet been made on this invitation.But Vatican analysts predict that for the present, he is likely to avoid such showdowns- and deny support to any movement seen as endorsing Marxism or indirect incitement to violence.

Despite his anti-Communism, the new Pope so far shows no intention of veering from Pope Paul's policy of Ostpolitik, or active discussions with Communist leaders in Eastern Europe, aimed at improving the lot of the Roman Catholics

Changes Ahead for World's Catholics U.S. News & World Report September 11, 1978

they rule.

The new Pontiff has talked with Poland's Cardinal Stefan Wyszynski, who thinks the Vatican approach "too soft," and with Ostpolitik main defender, Archbishop Agostino Casaroli, secretary of the Vatican's Council for Public Affairs - in effect, its foreign office.  "If there's a change," says a Vatican diplomat, "it would probably involve seeking stricter standards of accountability for the Communist government.  They would be asked to do more than they have been in making good on promised concessions."

Handling the Curia.  On such issues, Pope John Paul I is beginning as an "outsider" in the Vatican, knowing little about the workings of the Curia's bureaucracy.  His quick election to the papacy, many believe, came largely from the desire of many of the world's pastoral leaders to reduce the influence of the Curia on such matters as drafting documents, executing controversial policies and placing personnel.

Even so, it is far from clear that the new Pope can succeed in "taming" the Curia more than any of his predecessors did.

Some churchmen draw a parallel with the difficulties experienced by President Carter, who entered office with promises of bringing in new ideas and vigor from "outsiders" to offset an encrusted "establishment." They also point out that Pope Paul, himself a Curia veteran and knowledgeable in its ways, tried internationalizing and streamlining to reduce its powers - yet the "old guard" prevailed in the end.

On this front, too, the new Pope is proceeding cautiously, renaming all department heads to their posts as an offset to his own inexperience.

Some, however, expect that John Paul will replace most of these men as their five-year terms runout in one to three years.  A few are ill or near the compulsory retirement age of 75.

Meantime, he will need all of the Curia's expertise to solve a continuing worry of this rich and global church: money.

Despite properties and investments worth billions, the Vatican cannot meet the cost of its contribution to Roman Catholicism's global expansion in programs, personnel, conferences, travel and mission work.

Much of the church's heralded wealth is tied up in art, antiquities or nonprofit properties.  While investments in New York and other stock markets abroad come to about 200 million dollars and bank accounts come to 250 million or more, the Vatican's investment policy is conservative - and so are returns.

Recently, it came out that the Vatican has been running on operating deficit at least since 1973.  This year it is expected to reach 15 million dollars on a budget said to be about 75 million.

To make up the difference, the Vatican must draw on the so-called Peter's Pence collection made around the world once a year for the Pope's use.

Despite the worry about money and many other matters, the new papacy still is capable of exerting broad influence in world affairs.

Changes Ahead for World's Catholics U.S. News & World Report September 11, 1978

No longer can the Pope dictate to nations on the world's crises, or even to the church's own members on such matters as birth control.

Yet the warmth and adaptability of John Paul I will add greatly to what many politicians and churchmen describe as the Holy See's real strength: the Pope's moral leadership. As the world's most visible religious figure, and the one with the largest following, he acts as mankind's "moral conscience" on issue ranging from human rights to the threat of nuclear war.

What vigor, will and imagination does John Paul bring to the papacy?

He is said to be in sound health, with no major complications from a youthful bout with tuberculosis and an ulcer in later years. He is moderate in eating and the use of wine and tobacco, has done more bicycling and walking than most men his age, and even in the confines of the Vatican will probably want to continue exercising.

As other see him. Despite a background largely confined to one corner of Italy, with very little traveling, he is seen by fellow prelates as impressive culturally, highly articulate, inquisitive and a man of depth. He is a pungent and lively writer and speaker.

Perhaps more importantly, those who know him best say he has a rare flexibility that has caused him to shift his position on some doctrinal and theological issues. They have found, too, that there is a good deal of mental toughness behind his genial smile - and verbal bite when needed.

"John Paul will not set the religious world afire with radical innovations," says a bishop who has known him more than 20 years, "but he is not a man who will temporize, either, where there is a clear need and opportunity.

**GRAPHIC:** Picture 1, Smiling informality has brought quick popularity to Pope John Paul I. UPI; Picture 2, Diplomats accredited to Vatican came to Consistorial Hall for audience with new Pontiff. UPI; Map, For the New Pope, a World of 732 Million Roman Catholics.

397 of 492 DOCUMENTS

Copyright 1978 U.S. News & World Report
U.S. News & World Report


**September 11, 1978**

**SECTION:** Pg. 21

**LENGTH:** 320 words

**HEADLINE:** John Paul I, In His Own Words-

**BODY:**

What kind of a man is **Pope John Paul I** and where will he lead the church? People are getting some hints about his character and ideas from statements he made both before and after assuming office.  Among them:

On the papacy.  "It requires especially three things: continuous and involved teaching, a dialogue unknown in previous times, and loyalty to the Second Vatican Council."

On careers.  "If I hadn't been a bishop, I would have wanted to be a journalist."

On change. "It is necessary to know how to build on top of what exists, often being content with what we already have."

On ecumenism.  "We intend to dedicate our considered attention to everything that can favor union, without doctrinal retreats but also without hesitation."

On the poor.  "The real treasures of the church are the poor, the disinherited, the small ones who must be helped."

On divorce.  "Divorce is like the sword of Damocles handing over marital love.  It generates uncertainty, fear and suspicion."

On communism.  "Catholics absolutely cannot give their vote to the ticket of the Communists and to that part of the socialists that go hand in hand with them."

On church authority.  "Christ himself - and not the grass roots - confers authority on the Pope and the bishops, also specifying in what way to exercise it . . . to the full and only advantage of the faithful who appear as younger brothers to their pastors rather than subjects, embarked on the vessel of the church not as passengers but as a co-responsible crew."

On his new challenge.  "I do not have the wisdom or the heart of Pope John XXIII.  Nor do I have the preparation and culture of Pope Paul.  However, I stand in their place.  I must try to serve the church.  I hope you will help me with your prayers."

Page 233

John Paul I, In His Own Words- U.S. News & World Report September 11, 1978


    On his role.  "We make no distinction as to race or ideology but seek to
secure for the world the dawn of a more serene and joyful day."

398 of 492 DOCUMENTS

Copyright 1978 U.S. News & World Report
U.S. News & World Report

**September 11, 1978**

**SECTION:** Pg. 23

**LENGTH:** 80 words

**HEADLINE:** Where Catholics Are Most Concentrated

**BODY:**

Share of Roman Catholics in Population

| | |
|---|---|
| Latin America | 89.3% |
| Western Europe | 70.5% |
| Oceania | 25.1% |
| U.S.-Canada | 24.2% |
| Eastern Europe | 17.6% |
| Africa | 12.2% |
| Asia | 2.4% |

Thus, **Pope John Paul I** becomes the spiritual leader of nearly 1 of every 5 persons on earth - 18.3 percent.

And more millions are being added.

If membership continues to grow at the 54 percent pace of 1956-76, Roman Catholics will total more than 1 billion in the year 2000.

399 of 492 DOCUMENTS

Copyright 1978 U.S. News & World Report
U.S. News & World Report

September 11, 1978

SECTION: Pg. 23

LENGTH: 520 words

HEADLINE: What U.S. Churchmen Expect of the New Pope

BODY:

Broadly, American religious leaders see in **Pope John Paul I** a lovable man whose personality could greatly raise the papacy's spiritual power.

In all major faiths, churchmen seem to like his personal approach - though some wonder about his views.

Within Catholicism, mainstream conservatives view him as a man who can help restore the power of traditional teachings. "I think he will be rather uncompromising on important issues such as birth control and maintaining central authority," says Patrick Riley, editor of the influential and conservative weekly National Catholic Register.

One moved urged by traditionalists is a crackdown on Roman Catholic theologians whose fastselling books are challenging the church's teaching on issues that range from papal infallibility to sexual morality.

Noting that John Paul in the past has called such works "theological fictions," some conservatives expect him to act firmly against scholars who publish their views without their bishops' imprimaturs - seals of church approval.

Some liberal Catholics voice doubts about his conservative background, yet most applaud his humility and personable informality. "Clearly John Paul isn't going to act triumphantly, waving his papal sword - and thank God for that," says the Rev. Timothy Healy, president of Georgetown University.

Activists also are encouraged by the Pontiff's concern for the poor, his upbringing as the son of a socialist worker and his lack of ties to the Vatican bureaucracy. Some would feel reassured by such actions as selling Vatican treasures on behalf of the poor, attending an October meeting in Mexico of Latin American bishops as a sign of support for the oppressed, and replacing conservative Italians who dominate the Curia.

Similarly, Sister Margaret Traxler, cofounder of the Chicago-based National Coalition of American Nuns, calls on John Paul to take up the issue of women's admission to the priesthood.

Page 236
What U.S. Churchmen Expect of the New Pope U.S. News & World Report September 11, 1978

Catholic-Jewish cooperation is likely to increase under John Paul because of the "warmest respect," he always gave Jews as archbishop, says Rabbi Marc Tanenbaum, head of interreligious affairs for the American Jewish Committee.

One big improvement, he adds, could be the establishment of diplomatic relations between the Vatican and Israel - a move that Pope Paul VI once initiated but then halted after Arab countries made threats of reprisals.

From some Protestants comes the hope that the new Pope will follow John XXIII's example in addressing his spiritual guidance to all faiths and nationalities.

The Rev. James Crumley, president-elect of the Lutheran Church in America, praised John Paul's first address. He said it gave priority to "the pastoral responsibility of the church . . . an emphasis on the care of people in their relationship to God and to each other."

Says C. Brownlow Hastings, assistant director of the department of interfaith witness of the evangelical Southern Baptist Convention: "It seems he has 'the heart of a pastor,' a traditional expression that is one of the highest compliments a Baptist can pay to anyone, in or out of church."

**GRAPHIC:** Picture, For U.S. Cardinal John Krol, a papal greeting.  UPI

223 of 266 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**September** 8, 1978, Friday, Final Edition

**SECTION:** Metro; Religion; B6

**LENGTH:** 616 words

**HEADLINE:** Portrayal of New Pope As Conservative Scored;
Paper's Findings Differ

**BYLINE:** By Marjorie Hyer, Washington Post Staff Writer

**BODY:**

The National Catholic Reporter has accused the Vatican-controlled newspaper, L'Osservatore Romano, of bad-mouthing - from the Reporter's viewpoint - Pope John Paul by painting him as a staunch conservative.

In a copyrighted story by veteran Vatican reporter Peter Hebblethwaite, the lay-edited, liberal-oriented Reporter examines the record of **Albino Luciani** as priest and bishop. Their findings differed sharply from L'Osservatore Romano's characterization that Hebbleth-waite claimed "gave the world the impression that Pope John Paul was a diehard conservative, an ecclesiastical version of Barry Goldwater."

Hebblethwaite's study portrays the pope as a churchman committed to the reforms of the Second Vatican Council, to broadening the base of decision-making in the church and to the avoidance of Vatican politicking.

During the Second Vatican Council, according to Hebblethwaite, the then bishop of Vitoria Veneto "lived alone in the Roman Minor Seminary, stayed out of the intrigues of his fellow Italian bishops and used the time, in his own words, 'for study and conversion.'"

Within his diocese, following the council, Hebblethwaite continued, the future pontiff's priorities were "liturgical reform, the need for the church to be genuinely poor and the theological formation of the clergy." In addition, Luciani was said to actively encourage his priests to update their training by reading journals of contemporary theological thought.

"He ran his diocese on collegial lines," Hebblethwaite reported. "He always accepted the decision of the pastoral council, even when he personally disagreed with it."

The Reporter article said that Bishop Luiciani "accepted the principle" of priests and lay members having some voice in the selection of their bishops, possibly by their proposing "four or five candidates to the pope, who then would be free to choose from among them."

Hebblethwaite wrote that "style is the key" to Pope John Paul. "He is not

Portrayal of New Pope As Conservative Scored;Paper's Findings Differ The
Washington Post September 8, 1978, Friday, Final Edition

pompous." The writer recalled the jocularity of the new pope's appearance at his
first Angelus, the day after his election, and predicted: "There will be more
laughter in St. Peter's Square."

Hebblethwaite criticized L'Osservatore Romano's widely quoted biography "Four
points in particularly were stressed and none were reassuring," he wrote.  "John
Paul was said to have denied that any crisis of priestly identity existed,'
which is rather like denying that grass is green.

"He was said to have denounced 'false pluralism' while advocating something
called 'sacred pluralism'.  He also denounced, it was alleged, theologians who
were more interested in personal glory than in orthodox.  And, reportedly, he
was an intrepid and unquestioning supporter of Humanae Vitae.

"All of this suggested a negative pontificate in which condemnations and
excommunications would fly thick through the air," he wrote.

Hebblethwaite's version of how the voting went at the secret conclave had
Sergio Cardinal Pignedoli (a progressive) and Giuseppe Cardinal Siri of Genoa (a
conservative) ahead of Luciani on the first ballot.

Franz Cardinal Koenig of Vienna, Eduardo Cardinal Pironio of Argentina and
Joseph Cardinal Cordeiro of Karachi each received "a scattering" of votes, he
wrote.

Luciani continued to gain strength until, on the fourth ballot, he received
the required two-thirds plus one majority.

The Reporter article clears up one other mystery of the papal conclave,
namely the chimney that refused to produce the white smoke signaling the
selection despite the addition of chemicals for that purpose.

Said Hebblethwaite, the reason the smoke came out black at first: "they had
forgotten to clean the chimney."

Case 1:07-cv-07063-BSJ-FM     Document 16-13     Filed 11/13/2007     Page 46 of 55

Copyright 1978 The Washington Post
The Washington Post

**September** 8, 1978, Friday, Final Edition

**SECTION:** Metro; Religion; B6

**LENGTH:** 460 words

**HEADLINE:** Gold and Silver Tiara Symbol Of Outmoded Glory of Papacy

**BYLINE:** By Kathleen G. Rhodes, Washington Post Staff Writer

**BODY:**

   In 1963 Pope Paul VI made a dramatic break with tradition when he celebrated his coronation mass outdoors in St. Peter's Square.  Last Sunday, **Pope John Paul I** followed **Pope** Paul's lead toward demystifying the papacy by declining to be crowned with the papal tiara, a 10-pound crown of gold and silver that traditionally has been part of the papal enthronement ceremony.

   Assuming that future popes follow the trend toward removing the regal trappings from the papacy, the tiara may become for future generations one of the more obvious symbols of papal days gone by.

   In fact, the tiara worn by Pope Paul is on permanent display at the National Shrine of the Immaculate Conception here in Washington and has been drawing large numbers of tourists this summer.  According to Bill Grillo, assistant director of the shrine, the number of visitors to view the display this year has increased two-thirds over the normal summer flow.

   "Apparently," Grillo said, "tourists are finding out while they are in Washington that the tiara is here and they are stopping by to see it."

   The tiara's journey to the shrine's crypt gallery, where it sits on a pedestal enclosed in a glass case, began in 1964 when Pope Paul laid his coronation crown on the altar of St. Peter's and announced that he was giving it to the poor of the world.  Francis Cardinal Spellman of New York later announced the tiara, set with diamonds, emeralds, rubies and aquamarines and estimated at the time to be worth $17,500, would be sent to the United States by the Vatican in recognition of American generosity to the hungry and dispossessed people of the world.

   Im 1968 after touring the United States, the crown was presented by Archbishop Luigi Raimondi, apostolic delegate to the United States, to Msgr. William McDonough, the shrine's director.

   The tiara, now estimated by Grillo to be worth $35,000, is protected by a motion alarm system.  Enclosed in the glass case with the tiara is a stole worn by Pope John XXII at the opening of the Second Vatican Council and a commemorative coin marking Pope Paul's address to the U.N. in 1966.

Gold and Silver Tiara Symbol Of Outmoded Glory of Papacy The Washington Post
September 8, 1978, Friday, Final Edition


In keeping with the concern Pope Paul expressed for the poor by giving away the tiara, an offering box has been placed next to the display.  Contributions are sent to Mother Teresa of Calcutta, an Indian nun who ministers to the poor. Visitors contributed more than $30,000 last year, Grillo said.

When Mother Teresa visited the shrine in 1975, many thought she would be repulsed by its grandeur.  But, Grillo said, she thought the shrine a worthwhile structure and was pleased people would have the opportunity to view the tiara and contribute to her efforts as well.

The display is open to visitors seven days a week, 7 a.m. to 7 p.m.

**GRAPHIC:** Picture, Tiara of Pope Paul and stole of Pope John on display at National Shrime., By Laura Levine - The Washington Post

Case 1:07-cv-07063-BSJ-FM    Document 16-13    Filed 11/13/2007    Page 49 of 55

Copyright 1978 Newsweek
Newsweek

September 4, 1978, UNITED STATES EDITION

SECTION: RELIGION; Pg. 40

LENGTH: 2664 words

**HEADLINE:** 'We Have a Pope'

**BYLINE:** RUSSELL WATSON with LOREN JENKINS and ELAINE SCIOLINO in Rome

**BODY:**

The crowd in St. Peter's Square grew slowly. Several hundred people were on hand by late morning to see black smoke spill from the chimney of the Sistine Chapel, indicating that the 111 cardinals inside had voted inconclusively on a new Pope for the Roman Catholic Church. By late afternoon, 10,000 people had arrived when a thin stream of grayish smoke issued from the chimney. "It's black," shrugged a nun as she turned to leave. "We will have to come back tomorrow." But then white smoke puffed out, followed by a billow that some took for black, others for white. Finally, after nearly an hour of confusion, Cardinal Pericle Felici appeared on the Vatican balcony to announce in Latin: "I bring you great joy. We have a Pope." Pronouncing each syllable carefully, Felici revealed the name: Cardinal **Albino Luciani,** 65, Patriarch of Venice.

PROGRESS AND ORDER

The identity of the new Pope and the speed with which he was elected were stunning surprises. The cardinals had decided to avoid a long fight by settling quickly on a compromise candidate known both for personal affability and doctrinal conservatism. The Pontiff acted just as swiftly to show that he meant to be a Pope of unity. In a break with church tradition, he selected two names: John Paul I. It was a well-though-out tribute to the Pope's immediate predecessors, John XXIII and Paul VI, and a sign that the new Vicar of Christ intended his reign to be both progressive and orderly. "He is telling us that he represents neither retrogression nor revolution," said a Latin American priest in St. Peter's Square. "What our new Pope represents is continuity."

A few minutes later, the balconies across the facade of St. Peter's filled with scarlet-clad cardinals, while down in the square, the Swiss Guards in their baroque costumes marched into position through a rapidly swelling crowd. Then John Paul walked out onto the central the faithful knelt and wept; others cheered wildly and waved their handkerchiefs. "We never heard of him before," said English tourist Wendy Ward as she watched with her husband. "But we're glad we came."

Those who knew him described John Paul as an easygoing man with a gentle sense of humor and a talent for conciliation (page 42). His coronation-which will take place this Sunday-was expected to be simple, in accord with his own humble origins, his ascetic tastes and his deeply felt concern for the poor.

'We Have a Pope' Newsweek September 4, 1978, UNITED STATES EDITION

Above all, the new Pope was a pastor.  Unlike many cardinals, he has never served in the Vatican bureaucracy; indeed, he has rarely traveled very far from his birth-place in northern Italy.

But these seemed to be some steel behind John Paul's ready smile. Theologically, the new Pontiff is a conservative.  He opposes divorce, marriage for priests and abortion.  He is a staunch anti-Communist who urges his flock to vote for Christian politicians.  He is unbending on matters of faith.  "There can be pluralism in fields where opinions differ," he said once, "but not on dogma." The new Pope believes firmly in discipline and authority.  "He is a man open to considering new ideas," a priest who worked with him in Venice said last week.  "But when he was told to do something by his superiors, he did it without a murmur of complaint or questioning."

FIRST DUTY

John Paul gave the first signals of the direction of his Pontificate the morning after his election when, wearing a white miter and green vestment, he sat on a throne before the Sistine Chapel altar to address the cardinals.  "We want to preserve intact the great discipline of the church," he declared.  ". . . We want to remind the church that its first duty remains that of evangelization . . . We intent to dedicate our considered attention to everything that can favor [ecumenical] union, without doctrinal retreat but also without hesitation." The new Pope warned against man's temptation to substitute himself for God, which could "reduce the land to a desert, the individual to an automaton, brotherly living together to planned collectivization, often introducing death where God wants life."

Later, addressed a throng in St. Peter's Square, the Pontiff paid high tribute to his two predecessors.  "I don't have the wisdom or heart of Pope John or the preparation and culture of Pope Paul-but I am in their place . . . I hope you will help me with your prayers."

Cardinal Luciani's election was preceded by subtle yet intense politicking. The cardinals were divided into camps loosely defeined as conservative, moderate and liberal on matters of religious and social policy.  Some electors, including cardinals from the Third World, wanted a non-Italian Pope; others lobbied, less radically, for choosing an Italian who did not belong to the powerful and authoritarian ranks of the Roman Curia.  According to Vatican sources, half a dozen or so *papabili* (potential popes) on the Curia realized even before the conclave began that none of them could win.  So they began to search for an Italian candidate who would be acceptable to the Curia, narrowing the Field to Cardinal Antonio Poma, Archbishop of Bologna; Cardinal Salvatore Pappalardo, Archbishop of Palermo, and Luciani of Venice.

IMPORTANT ELECTOR

The prime mover behind Luciani's candidacy was Cardinal Giovanni Benelli, Archbishop of Florence.  Himself regarded as a future Pope (but at 57 too young for this conclave), Benelli was from the beginning one of the Pope-makers, or "grand electors," as they are known.  He had served Pope Paul VI as a strong-willed chief of staff for a decade before winning his cardinal's hat last year and was perhaps the single most important elector at the conclave.  One of Benelli's objectives was to block a leading conservative candidate and old Curial foe, Cardinal Sebastiano Baggio, 65, head of the powerful Sacred Congregation for Bishops.  When other candidates more to the liking of Benelli

and his allies faltered in the pre-conclave discussions, it was the Archbishop of Florence who first proposed Luciani's name. All that remained was to test the strength of the various candidates in the first ballot or two.

Finally, last Friday, the solemn ritual of the election began. Walking two by two resplendent in their vivid red robes, the 111 princes of the church filed into the Sistine Chapel, singing "Veni Creator Spiritus" (Come Creator Spirit). Taking their places along twelve long beige tables at which they sat during the voting, they listened to Papal Chamberlain Cardinal Jean Villot say a brief Prayer. Then all unauthorized personnel were commanded to clear the conclave precincts and the bronze gates clanked shut.

Pope Paul had laid down strict new security rules for the selection of his successor. As a first order of business, Villot made each cardinial take an oath of "inviolable secrecy" on the Bible. Then the 75 Vatican officials, doctors, workers and nuns who served the conclave took a similar pledge. Electronic experts swept the area to eliminate possible bugging devices, and an inspection team of four cardinals searched the premises for cameras. Every cardinal retired to his own "cell," a room in one of the palace residences. Each contained the same spartan furnishings: a hospital cot, a desk and reading lamp, a wash table with porcelain basin, and a priedieu under a crucifix for prayer.

MIXED SIGNALS

Early Saturday morning, after Mass and breakfast, the cardinals filed into the Sistine Chapel to begin the balloting. By papal edict, they were not allowed to debate or make speeches. Each cardinal received one rectangular ballot on which he wrote the name of his choice and carefully folded the ballot into four. In order of precedence, he stood up, wafted the folded paper so fellow cardinals could see it, then marched forward to the marble altar under Michelangelo's soaring fresco of "The Last Judgement." "I call to witness Christ the Lord who will be my judge, that my vote is given to the one before God I consider should be elected," each cardinal intoned as he dropped his ballot in an embossed silver chalice.

Two votes were taken without success. The ballots were fed into the iron stove set up in the chapel's far corner and were mixed with a chemical that produced a puff of black smoke above the Sistine chimney. That afternoon, when white smoke should have signaled the election of John Paul I, the chemicals were apparently mixed with less precision. "Is it black or white?" a woman asked a priest, as if he knew more about the theological shades of smoke than she. "I'm sure of it.It's just the reflection against the sun that makes it look gray." In the end, the Vatican radio had to announce that the smoke was white. "This is the last time the cardinals will use smoke signals," predicted the Rev. Hugh Nolan of Valley Forge, Pa.

FITTING OUT

Inside the chapel, after the balloting, Villot turned to Luciani and asked: "Do you accept your canonical election as Supreme Pontiff?" Luciani replied in the affirmative. Then Villot asked: "By what name do you wish to be called?" John Paul's reply was duly noted on an official document, witnessed by two cardinals and solemly read to the assembled conclave.

Accompanied by the papal master of ceremonies, and still wearing his scarlet

'We Have a Pope' Newsweek September 4, 1978, UNITED STATES EDITION

robes, Pope John Paul walked to the sacristy where three papal mozzettas were laid out.  Since the death of Paul, the Gammarelli family-who are the papal tailors-had busily snipped and stitched outfits in three different sizes, and John Paul chose the one that fit him best.  After changing, he returned to the armchair before the Sistine altar, and one by one the princes of the church approached, kissed the Pontiff's hand and were embraced in turn.  Finally, Villot placed the "piscatorial" ring, with the image of Peper the Fisherman, on the Pope's finger and intoned the "Te Deum," the hymm of thanksgiving to God.  Then John Paul was introduced to the world.

    A stern prospect awaits him.  Seldom has a new Pontiff faced such a welter of conflicting issues.  Since the death of Pope John XXIII in 1963, the church has been torn over the reforms urged by Vatican Council II.  To traditionalists, such changes as ending the use of Latin in the liturgy and promising a new spirit of collegiality amongst the Pope's fellow bishops threaten to erode the rock on which cartholicism is built."The fruits of vatican II," says Archbishop Marcel Lefebvre, the French arch-tradionalist, "are bitter fruits that are destroying the church." It was the special genius of Paul, an intelligent and diplomatic man, to keep such moderate reform alive.  But progressive Catholics deeply resent some of Paul's more conservative decisions, chiefly his stand against birth control, marriage of priests and the ordination of women, it is more than a struggle between liberal and conservative: the church-particularly in Europe and the U.S.-confronts a profound crisis of authority.

    VOLATILE ISSUES

    Many Roman Catholics are severely disenchanted with the Vatican's position on sexual behavior.  Indeed, the church has found it increasingly difficult to reconcile its rigid moral standards with the actual practice of its parishioners.  Surveys in the U.S. have shown a significant shift away from the church's ban on contraception and toward a greater tolerance of nonmarital intercourse.  A small group of American Theologians, in a 1977 report on "Human Sexuality," sharply challenged the Vatican's stand.  Instead of the "natural law" that forbids any sexual behavior not aimed at procreation and unity of marriage partners, they suggested that morality of sexual conduct should be measured by whether it is "self-liberating, other-enriching, honest, faithful, socially responsible, life-serving and joyous." <such debate obviously exacerbates the antagonisms within the church.

    An equally volatile issue is social justice.  In Latin America, bishops want Roman Catholicism to be a champion of the poor.  They have been so successful that conservative Catholics worry that the church is little more than Marxism advancing under the flag of Christianity.  In some of these countries, local priests have established "base communities" where the poor are taught a "theology of liberation," wedding Marx and Jesus as a kind of social consciousness-raising.  Powerful Vatican officials view this activism with alarm.

    LUKEWARM SUPPORT

    Pope Paul, however, was not among them.  Unlike any other modern Pontiff, he traveled widely, visiting Latin America, Asia and Africa.Among his appointments were nineteen Asian and black African cardinals, and his 1967 encyclical Populorum Progressio, a fervent call for social and economic justice, stirred the enthusiasm of impovenished Third World Catholics.  But his efforts, while

'We Have a Pope' Newsweek September 4, 1978, UNITED STATES EDITION

they were applauded by progressives, won lukewarm support within the
conservative Curia.

Amid these antagonisms-and often because of them-the church had been drained
by a steady loss of crediblity.  In Italy, according to one estimate, religion
is taken seriously by only about a quarter of all Italians.  Little more than a
third of the Catholics in northern Europe regularly attend Mass.  West Germany
alone has experienced a drop of Between 60,000 and 70,000 annually.  In Latin
America, which is 90 percent Catholic, the faith is practiced by only about one
in twenty.  By contrast, attendance is up in Eastern Europe and some countries
in Africa.

While many ordinary people are turning away from the church, so are young men
deciding not to enter the priesthood.  There is a severe shortage of priests in
the U.S., and in France only 100 were ordained last year.  Even many of those
with a vocation to the priesthood lose their enthusiasm and resign.  According
to Vatican statistics, there are 3,000 resignations annually, and this figure
does not include thousands more who simply quit without seeking church approval.

His church beset by disillusion and division, Pope John Paul may have to face
such delicate issues squarely.  Even though he takes the traditional view on
birth control and priestly celibacy, he may be compelled to reopen the
questions.  The growing cultural diversity of the church may lead him to expand
the principal of collegiality with his bishops.The ecumenical movement, which
stagnated under Paul VI, is badly in need of revival.  And in an increasingly
secular age, the new Pontiff must find ways to speak for a renewed sense of the
spirit.

An a non-Curial Pope, John Paul can be expected to overhaul the Vatican
bureaucracy, bringing in new cardinals and bishops to fill key offices.  John
Paul is apt to make clear-cut decisions, unlike Pope Paul, who was a "yes, but"
executive and whose poor health made his papacy moribund in recent years.  But
John Paul is unlikely to promote rapid change.  Bishop Thomas Kelly, secretary
of the National Conference of U.S. Catholic Bishops, predicted: "His will be a
voice of moderation in the affairs of men, of stability and balance in the
church and of great vitality in proclaiming the word of God." Less
optimistically, a Jesuit theologian in Rome described the new Pope as "a genial,
pleasant man who will make the swings to doctrinal conservatism palatable."

LIVING PRIESTHOOD

A man's habits and attitudes can change when the power of the papacy-and,
Catholics believe, the guidance of the Holy Spirit-are confered upon him.  But
judging from his record as far, John Paul I will place a higher value on the
pastoral mission than on reform.  "I hear people saying: the priest has lost his
identity card," he once wrote.  "It is not so . . . [It] is not a question of
defining our priesthood but of living it." As for change, the new Pope believes
that "it is necessary to know how to build on top of what exists, often being
content with what we already have." The biggest challenge facing John Paul I may
be to persuade 700 million Catholics to be content with the church they already
have.

GRAPHIC: Picture 1, Pope John Paul I, Roma's Press; Picture 2, Spectators in St.
Peter's Square catch their first glimpse of the new Pope, UPI; Picture 3, John
Paul appears on Vatican balcony: A deeply felt concern for the poor, AP; Picture

'We Have a Pope' Newsweek September 4, 1978, UNITED STATES EDITION     Page 41

4, cardinals at service, AP; Picture 5, Sistine Chapel, Alain Keler - Sygma; The vote surprised the world; Picture 6, Vatican Palace "cell": For the cardinals, spartan furnishings, AP; Picture 7, 8, Behind closed doors: In the end, a decision to avoid a long fight, UPI; Picture 9, St. Peter's Mass: Before the conclave, electors take Communion, UPI