227 of 266 DOCUMENTS

Copyright 1978 Newsweek
Newsweek

**September** 4, 1978, UNITED STATES EDITION

**SECTION:** RELIGION; Pg. 42

**LENGTH:** 851 words

**HEADLINE:** A MAN OF THE PEOPLE

**BYLINE:** MERRILL SHEILS with LOREN JENKINS in Rome

**BODY:**

On his episcopal crest is emblazoned the word *Humilitas* (humility) - a thoroughly appropriate motto.  Born in 1912, the son of a socialist glassworker and a scullery maid, **Albino Luciani** never took a Vatican post, never aspired to the church's diplomatic corps.  Instead, he chose to remain in the northeastern Italian provices, concentrating on pastoral duties.  As Bishop of Vittorio Veneto from 1958 to 1969, he was fond of visiting parishioners by bicycle.  When Pope Paul IV named him Patriarch of Venice, he refused to permit the triumphal procession of gondolas and river boats that traditionally greets a new archibishop and would not wear the precious ring that symbolized the office.  "I almost want to apologize for taking on such heavy responsibility," he told his new Venetial flock.  "Be my brothers, support me, help me over my every error, save me from every weakness."

As Pope John Paul I, Luciani's responsibilities will be heavier than ever.  But in many ways, he seems ideally suited to the challenges before him.  Pastor and scholar, ascetic and wit, he shows a few signs of the Italian provincilism that Third World cardinals sought to avoid in a new Pontiff.  Friends report that he is firm in his convictions, yet able to compromise.  During Vatican Council II, for example, when most of his conservative Italian brethren clased sharply with liberal Dutch and German prelates, Luciani kept the lines of communication between the two factions open, listening carefully to all sides of the debate.

Speaking to God: To ecclesiastical conservatives, the new Pontiff offers a long history of traditionalist views.  He opposes marriages for priests, ordination for women, abortion and divorce.  He has been highly critical of homosexuality and the modernization of nun's habits ("Now even nuns are starting to dress like young ladies," he noted recently).  And he is famous for his adamant anti-Communism.  During the last Italian election, he urged Venetians to vote for the Christian Democrats, insisting that there is no possibility of reconciliation between Marxism and Roman Catholicism.  He has also chastised many modern theologians who, he thinks, have lost their fidelity to the church. "Many have forgotten that a theologian is not only he who speaks *of* God," he said once, "but he who speaks *to* Him."

At the same time, the new Pope has a strong reputation among his progressive peers as a champion of the poor.  As professor of dogmatic theology at the

A MAN OF THE PEOPLE Newsweek September 4, 1978, UNITED STATES EDITION

Belluno Seminary, in the 1940s, he concentrated on making religious teaching as simple as possible so that illiterate mountain people could comprehend it, and recounted the experience in a book called "Catechism Crumbs," now in its seventh printing.  One of his first acts as Patriarch of Venice was to urge local parishes to sell their jewels and precious stones and give the proceeds to the needy.  Parishioners in the most isolated mountain villages near Venice are accustomed to seeing the cardinal-patriarch himself wading thigh-deep through snowdrifts to pay his regular pastoral calls, greeting the faithful with a casul *Come va?"* - "How's it going?"

Friends describe Luciani as warm, cultured and catholic in his tastes.  He lives a spartan life; a friend from his native Alpine village, Canale d'Agordo, recently visited him in Venice, bringing a hamper of locally grown food, but Luiciani would accept only two walnuts-enough, he said, for his supper.  But one of his great loves is literature, and of that he can hardly get his fill.  His list of favorite writers includes names as diverse as Plutarch, Goethe, Dickens, Mark Twain and Sir Walter Scott.  Of Scott, he once wrote: "He was Scottish and Protestant.  His anti-Popism irked me, but he was a gentleman, very delicate, a clean life. . . His books always extoll worthiness, loyalty, fidelity: values which today are no longer honored the way they should be by certain Catholics."

Imaginary Letters: Luciani has also written a collection of imaginary conversations and correspondence with the "illustrious" through the ages-including G.K. Chesterton and Archduchess Maria Theresa of Austria.  U.S. Cardinal John Wright thinks the book offers a valuable insight into the new Pontiff.  "The idea was a delight, the book even more so," says Wright.  "They were the writings of a man of unusual interest who should prove to be an unusual Pope."

In the Dolomite Alps, where the new Pope was born and raised, news of his election was received with surprise and quiet celebration.  "The people are happy, but their joy is inner, rather than outer, in the style of mountain people," said one local priest who is one of Luciani's oldest friends.  "The new Pope is also this way."

Pope John Paul I would undobtedly agree.  Recently, in an interview, he called himself "a little man accustomed by little things and to silence." But called by his brother cardinals to bigger things, he accepted St. Peter's mantle with the same quick smile for the faithful, the same obedience and humility that have marked the rest of his career.

**GRAPHIC:** Picture 1, Patriarch of Venice: Luciani (left) with Paul VI, UPI; Picture 2, Luciani at 3: Son of a scullery maid, UPI

228 of 266 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

September 4, 1978, Monday, Final Edition

**SECTION:** First Section; A10

**LENGTH:** 363 words

**HEADLINE:** Italian Cardinal Credited With Key Role in Vote

**BODY:**

The election of Pope John I was greatly assisted by the efforts of a much more prominent cardinal who successfully acted as an intermediary between the right and left wings of the Roman Catholic Church, according to a priest who writes frequently on Vatican politics.

The Rev. Francis X. Murphy, writing in Newsweek, said that Giovanni Cardinal Benelli of Florence played a central role in Cardinal **Albino Luciani's** election.

Benelli, 57, a powerful Curia official for many years and a favorite of the late Pope Paul VI, had been considered by many to be a likely candidate himself.

According to Murphy's account Benelli, during the nearly three weeks between Paul's death and the opening of the conclave, sensed that a majority of the cardinals wanted a pope with no previous connections to either the Vatican's diplomatic corps or the Curia.

The conservative members of the college of cardinals had failed to agree on one candidate, according to Murphy, and 16 of the 20 Latin American cardinals, at a caucus, had urged the election of a non-Italian pope.

"In telephone calls from Florence to conservative electors, Benelli stressed Luciani's resolute opposition to communism in Italy his strong defense of the church's stand against divorce and abortion and his traditionalist theology," Murphy said.  "In calls to Third World bishops, he emphasized Luciani's working class background and genuine care for the poor."

On the first ballot, Murphy said, Giuseppe Cardinal Siri, an outspoken critic of the Second Vatican Council, had 25 votes and Luciani had 23.  Two prominent Curia officials.  Cardinals Sergio Pignedoli and Sebastiano Baggio, had 18 and 9 votes.

Murphy said the conservatives, fearing that either Baggio or Pignedoli might spurt into an insurmountable lead, shifted their support to Luciani.  Baggio, in the eyes of many cardinals, was a careerist and Pignedoli was considered too liberal.

On the second ballot, according to Murphy, Luciani received 56 votes - 19 short of the number he needed for election - and on the third ballot he received more than 90.

Italian Cardinal Credited With Key Role in Vote The Washington Post September 4, 1978, Monday, Final Edition
Page 45

    Murphy gave no sources for his account of the balloting in the secret conclave.

430 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 2, 1978, AM cycle

**LENGTH:** 276 words

**BYLINE:** By GEORGE W. CORNELL, AP Religion Writer

**DATELINE:** VATICAN CITY

**BODY:**

The jeweled cross that almost mystically managed to end up around the neck or in the hands of the last three popes may not be worn by another pontiff because **Pope John Paul I** gave it away for charity two years ago and it now is in a museum.

The pope was given the valuable pectoral cross while he served as Cardinal Albino Luciani of Venice.

he forsook the jewel encrusted, 4 by 5 inch cross of "historic and artistic value" for an inexpensive, simple one of gray metal.

It originally was presented by the Italian government to Pope Pius XII, who gave it to then Cardinal Angelo Roncalli, who suceeded Pius XII as Pope John XXIII in 1958.

Pope John subsequently gave the cross to then Cardinal Giovanni Montini of Milan, who became Pope Paul VI in 1963.

Pope Paul in 1972, on a visit to Venice, who four years later sold it and gave the proceeds to a school for mentally retarded children. He urged other priests to sell their valuables for the same purpose.

A Venice civic club eventually purchased the cross, and it's now among treasures in the museaum of St. Mark's Basilica in Venice.

The account was unfolded in the Vatican weekly "L'Osservators Della Domenica," which said it was uncertain whether Pope John Paul knows the cross is in St. Mark's.

The new pope won't wear a traditional cross during his papacy, instead at his in-auguration Sunday he'll don the pallium, a white shawl woven of lamb's wool. It has six black crosses embroidered along its length and symbolized pontifical authority.

Unlike a pectoral cross, the pallium can't be given away or even loaned because it's buried with the man on whom it is conferred.

432 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**September** 2, 1978, Saturday

**SECTION:** Page 116

**LENGTH:** 70 words

**BYLINE:** BY PAUL HOFMANN

**JOURNAL-CODE:** NYT

**ABSTRACT:**
**Pope John Paul I** receives nearly 1,000 journalists from many countries.  Denies accounts, previously published in newspapers, that there were factions in Church conclave that chose him as new pope.  Promises Vatican's 'frank, honest and efficacious collaboration' with news media.  In a departure from his prepared text, contends that journalists are too often dwelling on trivial aspects of religious affairs (M).

433 of 492 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**September** 2, 1978, Saturday, Final Edition

**SECTION:** First Section; A10

**LENGTH:** 286 words

**HEADLINE:** A New Pope Meets the Press

**DATELINE:** Vatican City

**BODY:**

   **Pope John Paul I,** a frequent newspaper contributor who once wanted to be a journalist, gently admonished reporters in a special audience yesterday to "focus on the heart and substance of our ministry and not the incidental details."

   His eyes twinkling behind steel-rimmed glasses, the pope said he read with some amusement the speculation on papal candidates in news reports preceding his surprise election by the College of Cardinals last Saturday.

   He likened the journalistic speculators to the Italian editor who covered the France-Prussian war "not by concentrating on the important discussions between Napoleon III and the King of Prussia but by dwelling on whether they smoked cigarettes and whether they wore red or beige pants."

   "I know people are interested in these deails," the pope said as the audience hall echoed with laughter and the applause of more than 1,000 journalists "But I hope that during my pontificate you will not only report the incidental details but also the heart of the story of the church."

   Italian experts, meanwhile, joined the Vatican's own security squads in preparing for the pope's inauguration today by drawing up massive antiterrorist measures and checking the vast square in front of St. Peter's Basilica for possible snipers' nests and danger spots.

   Security officials refused to discuss the precautions they were taking but said an "army" of about 7,000 agents and sharpshooters was being mobilized from Italy's police and armed forces and the Vatican's own corps to preserve order.

   Italian police said they were particularly concerned over protest demonstrations planned by leftist groups against some of the inauguration's more controversial guests.

**GRAPHIC:** Picture, Pope John Paul I jokes with reporters in a special audience he held for them yesterday.   UPI

Case 1:07-cv-07063-BSJ-FM    Document 16-14    Filed 11/13/2007    Page 13 of 45

Copyright 1978 The Economist Newspaper Ltd.
The Economist

**September** 2, 1978

**SECTION:** THE ECONOMIST Pg. 11

**LENGTH:** 2130 words

**HEADLINE:** John Paul's agenda

**BODY:**

"He who goes into the conclave as pope comes out a cardinal", runs the ancient Vatican saying.  In the Roman twilight of the evening of August 26th the uncertainly coloured smoke belching out of the chimney of the Sistine Chapel carried away with it the Baggios, the Bertolis, the Pignedolis and all the other papabili of the discomfited experts and deposited in the papacy the virtually unknown and almost universally ignored Cardinal **Albino Luciani,** Patriarch of Venice.The conclave, all over in 26 hours, was the shortest of the past 150 years except for the election of Pius XII in 1939.

The Roman Catholic church takes care not to reveal how such surprises come about: the rigid rules of secrecy imposed by the late pope are backed up by draconian penalties of excommunication.  The church is also skilled at making the most of the talents of whomever it decides is the best pope it has.  Nevertheless, the swiftness of the decision suggests that Cardinal Luciani must have been recognised as acceptable to a great many cardinals - if only as second choice to some of them - before the voting began.

The first votes may have tested the strength of the leading representatives of the conservative and reformist wings of the church.  But if and when neither of them proved to have the necessary majority, a near-consensus developed in favour of Cardinal Luciani.  It pulled together the powerful group of conservatives who do not want reform to erode the fundamentals of the faith (including the conservatives of the Curia, the Vatican civil service, who want to be allowed to go on running the church in peace) and a smaller but still influential group of liberals who saw in Luciani a humble man, aware of his own limitations, who would need help and might therefore allow the principle of collegiality to be transformed from a pious aspiration into a living reality for the government of the church.  Once Cardinal Luciani's name had been put forward in the first ballot, it advanced steadily and got the necessary majority - though not unanimity - on the fourth ballot.

From the moment of Pope Paul's death a month ago, it was clear that most of the cardinals did not want a pontiff hungry for change.  They were looking for a moderate, open-minded conservative, and they have got one.  After the upheavals of Pope John and the Second Vatican Council, and the hesitations and agonies of Pope Paul, they were in no mood for radical reform.  It is equally clear that they wanted a pastoral, not a diplomatic, academic or administrative, pope.  They were looking for a man of orthodoxy, safe on doctrinal essentials, but ready to travel on cautiously down the road opened up by the Vatican Council.

John Paul's agenda The Economist September 2, 1978

So Cardinal Luciani became the majority's man.
Away from flamboyance?

    The 263rd successor of St Peter is 65 years old (comparatively young for a
pope) and comes from a poor family, which is not uncommon.  His experience in
the church is less narrow than it looks.  His entire priestly life has been
passed in the same part of northern Italy, in the three dioceses of Belluno,
Vittorio Veneto and Venice, but the Patriarchate of Venice includes not only the
glories of the tourist city but the industrial power and miseries of Mestre as
well.  One of his strengths in the conclave's search for Paul's successor was
almost certainly his detailed attention in Venice to pastoral work, the daily
round of visits to the sick, to schools, factories and seminaries.  Another may
have been a sense of humour.  Pope John Paul seems to combine an unassuming
affability with an actual ability to laugh outright: the grin of delight which
marked his first appearance on the balcony at St Peter's was a marked contrast
to the tortured and nervous little smile of the arriving Pope Paul.

    The new pope is also a man of considerable personal austerity.  When he
became Patriarch of Venice his first act was to dispense with the traditionally
lavish and colourful "entry by water", and he replaced the palace staff of
butler, cook, chauffeur and the rest with three local nuns (whose chief
complaint has been that he never noticed what was on his plate).  Early on he
sold the episcopal ring and crozier, giving the proceeds to a foundation for
spastics, and exhorted his parish priests (with notable lack of success) to sell
those valuables which had no special artistic worth and give the cash to the
poor.  Now he has radically simplified the ceremonies which, this Sunday, will
inaugurate his "ministry as supreme pastor" - a phrase which, as much as his
decision to walk rather than be carried, shows the sort of pope he wants to be.
His one indulgence is a library of books collected by himself.

    For a church that has not yet fully adjusted itself to the attitudes of the
second half of the twentieth century, all this is excellent.  Perhaps the new
leader's careful choice of the episcopal motto "Humilitas" means what it is said
to mean; not so much the claim of achieved virtue but, better, the desire to
move in that direction.  The new pope is also a man of some literary skill: he
expresses himself with felicity and clarity.  He is an avid reader of newspapers
and has indulged himself in some literary flights by writing imaginary dialogues
with characters of the past ranging from St Theresa of Avila to Charles Dickens.
He speaks only fragmentary English, which is a handicap in an English-speaking
world, but is familiar with a number of English authors, including Chesterton.
Religion is not politics

    Many conservatives in many walks of life have become, once elected, the most
disarming proponents of reform.  But, at least at this moment of assuming
office, Pope John Paul brings a reputation for impeccable orthodoxy.  He appears
unsympathetic to theological pluralism - the idea that, in the fundamentals of
religious faith (as distinct from the relativities of politics), there can be
two equally valid but contradictory points of view.  He once gave a little
homily on true and false pluralism, the former being confined to incidentals,
the latter extending to essentials.  He would not be much at home in the company
of Dr Hans Kung.  In his first message to the church he stressed his desire to
continue with the ecumenical initiatives of John and Paul, but from his past
history, at least, it looks unlikely that he will budge on anything he considers
vital to Roman Catholicism.  His one past sign of heterodoxy was his choice of
the thought of Rosmini on the origin of the soul as the subject of his doctoral

John Paul's agenda  The Economist September 2, 1978

dissertation.  His selection was made at a time when Rosmini, one of the leaders of Italian liberal Catholicism in the nineteenth century, was under a cloud (since lifted), with one of his books, "The Five Wounds of the Church", having attained the unenviable distinction of being placed on the index.

In politics the new pope has been a man of the centre-right.  He has taken a strong line against the Italian parties of the left and is wholly unsympathetic to "Eurocommunism", regarding it as a threat to democratic liberties.  In the Italian election of 1976 he was forthright in his denunciation of the Communists.  He was also prominent in the campaign against divorce in Italy, a campaign which he confided to a friend he expected the church to lose, but which he felt impelled to support.  Against that, he is steeped in the social teaching of the church.  He has studied the social encyclicals of the popes from Leo XIII onwards, and the relevant documents of the Vatican Council.  He is concerned about the poor and feels that the way to help them is not by hand-outs but by social change.  He is in fact a Christian Democrat of the school of De Gasperi, the first great leader of that Italian party, and of Italy's present prime minister, Mr Andreotti.

So what can the church and the world expect from this reasonable and likeable man who now has the globe for his parish?  His policies, both ecclesiastical and lay, will be marked by the balance and equilibrium which are an intrinsic part of his style.  As his choice of title shows - John Paul I - he intends to build on the achievements of his immediate predecessors: there will be no repudiation of the Vatican Council and its reforms.  It is an open question, however, whether he will be able to move ahead and create a synthesis of his own or remain a hyphenated hybrid of the two previous papacies.

He is a man of decision, and the agonising of Pope Paul, so appealing to some and repellant to others, is unlikely to be repeated.  In the field of sex, women, divorce and marriage, there may not be any radically new paths but neither will there be a clampdown of reaction or a silencing of discussion. When the birth control controversy developed within the church in the 1960s, Luciani consulted theologians, doctors and others and finally recommended Pope Paul not to make a specific condemnation of the pill.  But once Humanae Vitae had been issued he put aside his doubts and rallied to Paul's defence.  Any change in this sphere will have to come from the emergence of a consensus fidelium , not from ex cathedra pronouncements.
Opening up the organisation

The one important area where change might come - and where it is most needed - is in the central government of the Roman Catholic church.  The new pope respects the rights of the ecclesiastical bureaucracy of the Curia, but he also takes a high view of the role of a bishop.  When Paul VI came to Pescara in 1977, Cardinl Luciani took the opportunity to emphasise in a sermon that a bishop was not an agent of a centralised empire but constituted the presence of the church in his own right.  He also holds that bishops are given a special munus , or gift, to preach the gospel quite distinct from the general obligation on all Christians to spread the good news.  So there may be important changes in the structure and role of the synod of bishops, which could make this still inchoate body a geniune partner of the pope.  Whether the new leader can do this, and bring the Curia under the effective guidance of the synod, is likely to be the decisive issue of his pontificate.  The question has not necessarily been prejudged by the fact that he has reappointed all the main officials of the Vatican's central administration; there can always be a papal reshuffle if his

ideas turn out to be different from those of some of his subordinates.

Pope John Paul's reign opens with much goodwill, both inside and outside his church.  The new pope is first and foremost a pastor, but a pastor whose career has shown a power of growth.  The man who started off by supporting Cardinal Ottaviani and his thesis that "error has no rights" ended up as a defender of the Second Vatican Council's declaration on the rights of religious liberty for all.

The non-communist two thirds of the world - and before long, perhaps, part of the communist third too - needs its largest Christian institution to be led by a man who accepts that in two important things that institution still has major unfinished business.  The widening of human consciousness which has marked the twentieth century - a jump forward in the history of the human race that may be as important as those of the fifth century before Christ and the first and fifteenth centuries of the Christian period - makes it desirable that the Roman Catholic church should be more open, more flexible in debate, less hierarchical, than it has been in the past, and still is.  It also requires that church to grasp the full implications of the fact that the half of mankind which consists of womankind, though different from men in more than purely biological ways, is neither different from nor less capable than men in the shared essentials of a human being.  But this late-twentieth century world, with its urge to openness and equality, is also a world which is starting to think that its recent preoccupation with the material aspects of life may be incomplete.  It therefore needs a church, Catholic, Orthodox, Protestant or whatever, prepared to carry the banner for the non-material aspects, and to insist that some kinds of truth - the non-political kinds - are objective and permanent.

If Pope John Paul can add these things to his church's already existing willingness to pay more attention to the world's poor, his papacy could mark a spiritual turning point.  If he gives the college of bishops its proper place in the government of the church, and makes the Holy See a centre of guidance and service but no longer the core of a bureaucratic power structure, he will have created a mechanism through which the new spirit can operate.  Then he would be the pope the time needs.

**GRAPHIC:** Cover photo, Pastor or Pope?

434 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**September** 1, 1978, AM cycle

**LENGTH:** 523 words

**BYLINE:** By HUGH A. MULLIGAN, AP Special Correspondent

**DATELINE:** VATICAN CITY

**BODY:**

**Pope John Paul I,** a frequent newspaper contributor who once wanted to be a journalist, implored reporters in a special audience Friday to "focus on the heart and substance of our ministry and not the incidental details."

His eyes twinkling behind steel-rimmed glasses, the new pope said he read with some amusement the speculation on papal candidates in news reports preceding his surprise election by the College of Cardinals last Saturday.

He liked the journalistic speculators to the Italian editor who covered the France-Prussian War "not by concentrating on the important discussions between Napoleon III and the King of Prussia but by dwelling on the brand of cigarettes they smoked and whether they were red or gray socks."

More than 1,000 reporters, photographers and television crews from around the world thronged the golden-vaulted Hall of the Benedictions in the Apostolic Palace of the Vatican.

They heard the pontiff suddenly depart from his prepared text to lecture them gently on the basics of jounalism from the point of view of a man who once said if he hadn't become a priest, he would have become a journalist.

Acknowledging the power of television, John Paul I indicated that as far as mass communications are concerned he will be a thoroughly modern pope in reaching his worldwide flock of 700 million Roman Catholics.

He drew a laugh by topping Cardinal Desire Mercier's remark to a French reporter early this century that if the Apostle Paul were alive he would have become a journalist.

"Better yet," the pope ad-libbed, "he would not only be a journalist, he would be a director of Reuters.  And not only a director of Reuters, but St. Paul would go to Paolo Grassi director of Italian Television and ask for a bit of air time on television."

In his prepared text, the pope said he was "well aware of the importance of the media and the importance it has taken in the lives of people today."

He urged journalists to do their job "with a love for truth and for human

The Associated Press September 1, 1978, AM cycle

dignity" so the media can realize its "great possibilities" in working for peace and to "help create a world that is more just and humane."

Albino Luciani, meeting reporters for the first time as pope, has himself become in less than a week Italy's best-selling author.

His "Illustrissimi" - imaginary letters written to Charles Dickens, Pinocchio, Mark Twain and other historical and fictional characters while he was a cardinal - is the hottest book in town.

"They go as quickly as we get them," said the director of Libraria Leonie, the only bookstore in Rome with a fresh supply.  Several publishers were reported vying for the American rights.

Seeing the new pope in action at close range, the journalists were warmed by his ready smile and teasing wit.  They were also impressed with how fast he was on his feet, almost quick-stepping up the long marble chamber to the gold-and-white throne, and how rapidly he spoke in Italian in a firm and somewhat high-pitched voice.

The pope promised reporters full cooperation from the Pontifical Commissin for Social Communications, better known as the Vatican press office.

**GRAPHIC:** Laserphotos ROM1, 2

437 of 492 DOCUMENTS

Copyright 1978 Intelligence Research Ltd
All Rights Reserved
Latin America Political Report

**September 1, 1978**

**SECTION:** LAPR XII, 34; Pg. 270

**LENGTH:** 987 words

**HEADLINE:** Latin America: Puebla and the Pope

**BODY:**

If the new Pope goes to the Latin American bishops' conference in Mexico next month he will probably strengthen the hand of the conservative sectors, which are all set to confirm the retreat from Medellin. Since the new **Pope, John Paul I**, is so much an unknown quantity, the rumours about his possible presence at the third meeting of the Latin American bishops' conference, Celam, at Puebla, Mexico, next month are almost entirely speculative. He is reported to be 'interested' in Latin America, and might decide to follow in his predecessor's footsteps in confirming the importance of Celam and the Latin American Church. The impact this could have will be determined by the course of the Puebla meeting. The Pope, however, is reported to have conservative views and the conservative sectors of the Latin American hierachy exercise firm cntrol over both the organisation of the Puebla meeting and Celam, so the most likely outcome will be a victory for these sectors.

The conservatives have been working steadily since the Medellin meeting ten years earlier to correct what they see as a swing too far to the left. Medellin confirmed the commitment of the Church to the poor and oppressed of the continent, and thus to basic social change. The years after saw the development of what has been called 'liberation theology', to deepen and strengthen this commitment.

This development is one of the main areas under attack by the conservatives, who see liberation theology as only one step away from fullblown marxism, leading inevitably to the adoption of marxist positions by its proponents.

The conservatives control the mechanisms of Celam through the general secretary, the able and energetic Colombia bishop. Alfonso Lopez Trujillo. They are also reported to have received substantial fiancial support, mostly through the West German Church, and the no less substantial moral support of the Vatican. The wealthy West German Church has a special fund for Latin America, and sees the fight against communism as a key task of the Church in Latin America. The Papal nucios throughout the continent have in almost every case sided with the conservatives, and have provided a useful network of communications through which the right has been able to organise.

Lopez Trujillo's main advisers include such figures as the Belgian priest, Roger Vekemans, who has been frequently linked with the CIA's operations in Latin America, and particularly in Chile. Others are a Chilean Jesuit, Renan

Latin America: Puebla and the Pope Latin America Political Report September 1, 1978

Poblete, and a Uruguayan layman, Methol Ferre. who has found himself in the position of defending the right-wing military regimes through the logic of his fervent anti-communism.

This team has been responsible for the initial discussion documents, ostensibly based on questionnaires sent out to the four regions of the Latin America ad Caribbean churches. The four regions were grossly unevenly divided. They were: Mexico, Central America ad Panama the West Indies; the Bolivaian nations; and the southern cone--including both Brazil ad Argentina.

The role of the powerful and controversial Brazilian church was thus very much minimised. The Celam team could legitimately claim that the replies and analyses from the four regions were extremely diverse. reflecting the very different problems facing the churches in the different areas. It could also maintain that the southern cone group. which contains many of the radicals. was only one point of view among several, rather than the majority view. which numerically it is.

The Brazilian position has been further weakened by the virtual halving of its delegation to the conference. Each church is allowed one representative per five bishops, which would have given the Brazilians, with more than 300 bishops, about 70 representatives. However. the organisers apealed publicly to the Brazilians to reduce their representation to one for every ten bihops, which the Brazilians had little choice but to accept. They will have 38 representatives.

The final 200-page discussion document, which began to circulate at the end of 1977, and was ostensibly based on the questionnaire replies, then identified the key concerns of the continental Church, not as the national secuity doctrine of the military regimes, or the repression and oppression of large sectors of the population, but as the trasfomation of rural to urban societies, and the increasing secularisation of Latin American society.

Most episcopal conferences did not manage to discuss this document until March and April, but it was then heavily criticised by most, and in some cases rejected outright (by the Brazilians and Panamanians). The radicals had no alternative proposal, however, nor had they any mechanism for distibuting and discussing one. Although small infomal groups had been meeting throughout the continent to discuss ad prepare for the Puebla meeting, the radical bishops themselves had no structure for meeting to organise. One attept to meet, in Ecuador in August 1976 (LA X, 33) was broken up by the government, many thought at the instigation of the nuncio. The bishops were detained and then deported as 'subversives'.

The Brazilians and the Panamanians did produce a short document for discussion, and the Celam team which met in July had to take account of the criticisms. It has now apparently re-drafted a more moderate version, aimed at capturing the centre ground. But at Puebla, unlike Medelin, the bishops will not be allowed to bring advisers with them. At Medelin these advisers were on hand to draft new sections for the final document, as new areas of discussion were identified. Their absence from Puebla will make it almost impossible for the bishops to produce anything similar to the Medellin statement. In aother move to restrict debate, members of some organisations which had observer status at Medelin have been told that they will not be welcome at Puebla.

439 of 492 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**September** 1, 1978, Friday, Final Edition

**SECTION:** First Section; Around The World; A23

**LENGTH:** 68 words

**HEADLINE:** Pope on World Problems

**BYLINE:** From new services and staff reports

**DATELINE:** VATICAN CITY

**BODY:**

**Pope John Paul I** said the Vatican will aid in "the search for better solutions to the great problems" of the world.

Meeting with foreign diplomats accredited to the Vatican, the pontiff said the Roman Catholic Church's role in world affairs should be to help in "forming consciences . . . regarding the fundamental principle that guarantee authentic civilization and real brotherhood between peoples."

233 of 266 DOCUMENTS

Copyright 1978 Facts on File, Inc.
Facts on File World News Digest

September 1, 1978

SECTION: WORLD AFFAIRS

PAGE: Pg. 657 A1

LENGTH: 2066 words

HEADLINE: Cardinal **Albino Luciani** of Venice Elected Pope; New Pontiff Takes the Name of John Paul 1;
Chosen on First Day of Balloting

BODY:

**Albino Luciani,** 65, a cardinal since 1973 and patriarch of Venice since 1969, was elected 264th * Pope of the Roman Catholic Church Aug. 26 by the Sacred College of Candinals of their first day of balloting.  [See p. 601F2]

* According to the Vatican annual, 263 popes preceded Luciani.  Other sources put the number at 262-264.

He became Pope, succeeding Paul VI who died Aug. 6, the moment he told the cardinals in the conclave that he accepted his election.

Luciani took the name John Paul I.  In Latin it was *Joannes Paulus Primus,* and was the first new name chosen by a new Pope in a millenium.  He also assumed the titles: Bishop of Rome, Vicar of Jesus Christ, successor of the Prince of the Apostles, Supreme Pontiff of the Universal Church, Patriarch of the West, Primate of Italy, Archbishop and Metropolitan of the Province of Rome, Sovereign of the State of Vatican City.

Luciani's election and the speed with which it was accomplished were unexpected.  London's Sunday Times headlined him as "The Unknown Pope," and Time magazine called it "an instant conclave." His name had not been mentioned among the five or so likely candidates and several days of voting had been predicted.

In accordance with Vatican law, the secret conclave of cardinals for the election of a Pope had been shut away from the outside world in the walled-off Vatican Palace.  The St. Damasus Court with its surrounding apartments, where the cardinals had sleeping quarters, the Sistine-Chapel, where the voting was conducted, and the Pauline Chapel were all carefully sealed.

The daily schedule provided for two morning and two afternoon ballots by the cardinals until an accord of two-thirds plus one, required for the election of the new primate, was reached.

Ballots were burned in a stove in the Sistine Chapel after each two votes.  Chemicals were mixed with the paper after indecisive voting sessions to produce

Cardinal Albino Luciani of Venice Elected Pope; New Pontiff Takes the Name of
John Paul 1;Chosen on First Day of Balloting Facts on File World News Digest
September 1, 1978

black smoke, which, when seen rising from a stovepipe running to the top of the
chapel, was a signal to the outside world that a Pope had not yet been chosen.
White smoke, produced by burning the ballots with different chemicals, was the
signal that the church ahd a Pope.  (Formerly, wet straw burned with the ballots
had produced black smoke.  Burned alone, the ballots produced white smoke.)

    Two ballots were held during the morning of Aug. 26, but black smoke signaled
to the thousands assembled in St. Peter's Square that no agreement had been
searched.  Just before 6:30 p.m., a puff of white smoke appeared to the cheers
of the crowd.  (There was some confusion as the smoke appeared gray to many
observers.)

    Later the senior cardinal appeared on the cantral balcony of St. Peter's
facade and announced in Latin, *Habemus Papam* -- "We have a pope!" The rest of
the cardinals (110) who took part in the conclave, in a blaz of scarlet, filled
the loggias on either side.  A cross appeared over the central balustrade and
Pope John Paul, in a white cassock surmounted by a purple cape, appeared.  The
throng roared and responded with "amen" after he gave the traditional blessing,
*"urbi et orbi,"* asking God to bles sthe city of Rome and the world.

    His choice of a double papal name, the first in the history of the church,
was called significant by theologians, who interpreted it as a declaration of
intention to continue the work of his two predecessors.  The new Pope, speaking
after appearing on the basilica balcony Aug. 27 for the Angelus, the noon-day
prayer, told the vast crowd gathered in the square that he had taken the name
John because Pope John XXIII had consecrated him as a bishop, and Paul because
Paul had made him a cardinal.

    Smiling, he recounted that when the voting in the conclave turned in his
favor the cardinal seated next to him whispered, "Courage.  If God gives a
burden, he gives the strength to carry it." And the cardinal on the other side
said, "Courage.  In all the world there are so many people who pray for the new
Pope." John Paul added, "When the moment came, I accepted it." The crowd roared
with joy and laughter.

    The morning of Aug. 27, in a talk following a televised mass celebrated in
the Sistine Chapel with the cardinals who had remained in sealed conclave
overnight, he laid out the general lines of his pontificate.

    The new pontiff said his goal was "to preserve intact the great discipline of
the church" and that he would naturally pursue authentic doctrine.  He went on
to say he wanted to follow the principles of Vatican Council II, which set in
motion modernization of the church, and that he would encourage the drive to
ecumenism.  John Paul, with a long pastoral background among the poor, indicated
clearly he would seek to be aware of the temper of the times in restructuring
the church's way of life.

    In prior statements, he had taken traditional views on divorce, priestly
celibacy, ordination of women, and abortion.  Luciani was reported open to
modification of artificial birth control edicts in the 1960s until Pope Paul's
1968 encyclical opposing it.  "There can be pluralism in fields where opinions
differ" he said once, "but not on dogma."

    Observers considered him flexible and thus dangerous to label as a liberal,
moderate or conservative.  He had taken a staunch anti-communist stand, "Marxism
is incompatible with Christianity." But he was not known for being active

Cardinal Albino Luciani of Venice Elected Pope; New Pontiff Takes the Name of
John Paul 1;Chosen on First Day of Balloting Facts on File World News Digest
September 1, 1978

politically.

   He was said to be personally affable and modest.  Luciani described himself,
"I am only a little man, accustomed to little things, and to silence."

   *Earlier Years* -- Pope John Paul I was born Oct. 17, 1912 at Forno di Canale,
(renamed Canale D'Agordo in 1964), a village in northeastern Italy where he
spent most of his life.  His father, a socialist, was a worker in Switzerland
for many years and later was employed by the Murano glassworks in Venice.  His
mother was a peasant, whom Luciani described as "strong and devout."

   Sickly as a child, Luciani had a two-year siege of tuberculosis as a young
man.

   He entered the seminary at a young age and was ordained a priest July 7,
1936, when 22 years old.  He studied theology at several Indian church
institutions, including the Gregorian University in Rome, where he later taught.
After graduation, Luciani worked in his native parish and taught religion at a
vocational school in a nearby town.

   Regarded as an intellectual, he was deputy director of the Belluno Seminary
for 10 years, where he taught theology, ethics, church law and art history.  In
1948, Luciani became deputy vicar in charge of the teacing of religion.  He was
vicar general from 1954 to 1958, when Pope John XXIII named him bishop of
Vittorio Veneto.

   The future Pope had concentrated on teaching illiterate mountain people as
simply as possible so they could understand, and he wrote a book of his
experiences, *Catechism in Crumbs*.

   He fulfilled a pastoral role for 20 years, and never served in the Curia
(church bureaucracy) or outside of Italy.

   In 1969, Luciani was named patriarch of Venice, one of the most prestigious
church posts.  (He was the third patriarch to be elected Pope in the 20th
century, after Pius X and John XXIII.) One of his first decisions as Venetian
patriarch was to allow parishes to sell church jewels and precious stones for
the benefit of the poor and handicapped.

   *Vatican Aides Reappointed* -- Vatican officials announced Aug. 28 that Pope
John Paul I had reinstated the heads of the departments that administer the
affiars of the church, and that he would have no coronation or enthronement.
His pontificate would be consecrated Sept. 3 by a celebration of mass in St.
Peter's Square.

   *Cardinals Praise Conclave's Unity* -- The 111 cardinals who assembled Aug. 25
to elect the successor to Pope Paul VI, emerged (minus one) from their isolation
Aug. 27.  A spokesman expressed gratification "that men from so many different
countries and cultures can sit down and agree on one man in less than 24 hours."

   Under a new rule instituted in 1975, voting rights in the Sacred College were
limited to prelates under 80 years of age.  Fifteen of the total 130 cardinals
were eliminated by the rule.  (Of the 115 entitled to vote, more than 100 had
been appointed by Pope Paul.) Death eliminated the last Chinese cardinal and
three others were too sick to make the trip.  Of the record 111 cardinals
participating (former conclaves rarely exceeded 60 or 70 prelates), only 10 were

Cardinal Albino Luciani of Venice Elected Pope; New Pontiff Takes the Name of
John Paul 1;Chosen on First Day of Balloting Facts on File World News Digest
September 1, 1978

cardinals at earlier conclaves and only 27 were Italian.

The deliberation began one day before the expiration of the 20-day limit to
convene after the last pontiff's death, to limit imposed by Pope Paul VI
himself.  Because of the number of cardinals participating, the absence of a
leading candidate and philosophical questions about the future direction of the
church, a longer conclave have been expected.

During the 20th century, no papel election had taken longer than four days,
however, Pope Pius XII (a well-known protege of his predecessor) was elected in
one day, and Pope John XXIII and Pope Paul VI in two days.  The longest
conclave, in the 13th century, took nearly three years.

*Pope Paul VI Laid to Rest* -- A solemn, simple service in St. Peter's Square
Aug. 12 paid homage to Pope Paul VI.  An estimated 100,000 mourners gathered for
the requiem mass, celebrated by the more than 100 cardinals present in Rome.

It was the first time such a service had been conducted outdoors and the
first time all the cardinals had served as celebrants.  The two-hour funeral,
which began at sunset, was televised live by satellite to more than 94 countries
and tens of millions of viewers.

At the foot of the last flight of steps to the basilica from the square was
an altar, covered in white linen and draped with a tapestry.  A single
10-foot-high candle burned at one side and a crucifix stood at the other.  Pope
Paul's plain wooden coffin lay at the foot of the altar.  In deference to his
wishes for simplicity, the regular mass was used and there were no flowers.

The central theme was not one mourning the pontiff's death but celebrating
his dedicated life and spiritual rebirth.  The opening psalm was by the Sistine
choir and the mass exhorted the mourners *"Sursum corda"* -- "Lift up your
hearts." The Gospel of St. John rested on top of the coffin, open to the passage
in which Jesus asked Peter, "Dost thou love me?= and Jesus directed Peter "Feed
my sheep."

The most poignant moment came when the service was over.  The coffin lifted
by 12 men, was being carried slowly up the steps to the crypt in the basilica
when a throng in the square suddenly burst into applause and cheers went up.
Tourists, who did not realize it was intended as a token of respect, appeared
shocked.

A Roman women was quoted, "They are saying goodbye.  They are sorry that they
did not realize until too late that he was a good Pope, a great Pope.  They only
knew it a few months ago when he made his appeal for the life of Aldo Moro.  He
had much feeling you see, but he could not transmit it." [See p. 313F3]

The applause went on for several minutes and the bells tolled.

Attending the funeral were more than double the number of foreign dignitaries
that attended Pope John's service in 1963.  The number, dramatized by costumes
of the world, was attributed to Pope Paul's efforts to establish Vatican ties
with the nations of Asia, Africa, South America and Eastern Europe.  The U.S.
delegation was headed by Rosalynn Carter, wife of President Carter, and included
Sen. Edward M. Kennedy (D, Mass).

The Vatican estimated that on Aug. 10 and Aug. 11 at least 160,000 persons

Cardinal Albino Luciani of Venice Elected Pope; New Pontiff Takes the Name of
John Paul 1;Chosen on First Day of Balloting Facts on File World News Digest
September 1, 1978

had filed past the catafalque each day, 12 abreast at the rate of 200 a minute.
During the nine-day mourning period, 500,000 pilgrims were estimated to have
passed the pontiff's coffin.

Pope Paul's last testament had specifically requested that he be buried in
the "truth earth" with no "special tomb or monument." In accordance with his
wishes, his grave in the grottoes was covered with a slab of beige travertine
marble at floor level.  A simple plaque bore the Latin inscription *Paulus VI*
and the letters *"XP,"* the Greek monogram for "Christ."

In his last testament, Pope Paul asked the forgiveness of "anyone I may have
offended, not served or not loved enough."

**GRAPHIC:** Picture, Pope John Paul I waves to the throng in St. Peter's Square
Aug. 26 following the announcement of his election as pontiff by the College of
Cardinals. Wide World Photos

441 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 31, 1978, PM cycle

**LENGTH:** 525 words

**BYLINE:** By GEORGE W. CORNELL, AP Religion Writer

**DATELINE:** VATICAN CITY

**BODY:**

  **Pope John Paul I** is simplifying his inauguration Sunday to emphasize the
humility and dedication to religion that he wants to characterize his reign,
Vatican sources say.

  "It's a matter of getting rid of some of the trappings of the past denoting
the pope as a civil ruler or king," the Rev. John Long of the Vatican
Secretariat for Christian Unity said as details of the ceremony were released
Wednesday.

  The pope has chosen to have a thin, circular band of white wool, called a
pallium, placed on his shoulders rather than be crowned with the beehive shaped
tiara used for 15 centuries.  And he will not be carried to or from the ceremony
on the traditional portable throne.

  The "coronation" designation has been removed from the Mass that will be held
outdoors in St. Peter's Square, as Pope Paul VI's was.  Instead the Vatican says
it will be the Mass "solemnly marking the beginning of the minstry as Sunpreme
Pastor."

  John Paul will also break with tradition by concelebrating the Mass with all
the cardinals in Rome, those barred from the electoral conclave by the 80-year
age limit as well as those who elected him.

  The Vatican said the pope will wear a white cassock and cape and over them a
gilded chasuble, a hooded garment.  The cardinals will wear white bishops'
miters, red cassocks, capes and chasubles.

  The pope will say a prayer on the tomb of St. Peter, inside the basilica,
then during the singing of the hymn "Veni Creator Spiritus" - "Come Creator
Spirit" - will walk in procession with the cardinals throught the central front
door to the portable altar outside.  He will kiss the altar, seat himself and
receive the pallium from Cardinal Pericle Felici, the Italian dean of the
cardinal deacons.  The wool band, which is adorned with white and black crosses,
symbolizes the pope's role as patriarch of the Western Church.

  The Vatican has not announced what words will be recited during the placing
of the pallium.  In the past, when the triple tiara was placed it was

The Associated Press August 31, 1978, PM cycle

accompanied by a tribute to the pope as "the father of princes and kings, guide of the world and vicar upon the earth of Christ Jesus our Savior."

The cardinals will file before him to pledge their obedience, and the Mass will also include an address, or homily, by the pope.

Pope John Paul acknowledged his lack of Vatican expertise in an address to a gathering of cardinals Wednesday and told them he will be the humble pupil of experienced church officials to learn how to manage the 700-million-member Roman Catholic Church.

He also said he will try to follow a middle course between those who seek more local autonomy for the bishops and those who advise strict adherence to papal directives.

Departing from his text, he joked that he knew "only the Pontificaly Yearbook," the Who's Who of church officials.

"We plan, therefore, to treasure the suggestions that will come to us from our worthy co-workers," he said.  "We will be placing ourselves, one might say, in the school of those who, through well-deserved experience and recognition in these matters of great importance, deserve our full trust and our appreciative recognition."

443 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 31, 1978, PM cycle

**LENGTH:** 755 words

**BYLINE:** By HILMI TOROS, Associated Press Writer

**DATELINE:** ROME

**BODY:**

Italy's leading economic weekly accused the Vatican bank today of helping some of the country's richest people evade the laws against the transfer of capital abroad.  It appealed to **Pope John Paul I** to impose "order and morality" on the church's finances.

In an open letter to the new pope, Paolo Panerai, editor of Il Mondo, said the Vatican's financial dealings included "speculation in unhealthy waters." Il Mondo is published by the Milan daily Corriers della Sera.  Italy's largest and one of its most respected newspapers.

"Is it right that the Vatican operates in markets like a speculator?" Panerai wrote.  "Is it right that it has a bank whose acts help Italians transfer capital and evade taxes?"

There was no immediate comment from the Vatican.

The editor said the Vatican, "despite reforms by Pope Paul VI, continues to live with a dramatic contradiction in the most temporal manifestation of the earth: money."

"Believe us, Your Holiness, we understand well the exigencies of the Vatican to have financil autonomy to sustain its apparatus, to spread the faith, in additiion to pious works.  We believe that is right.  But don't you think, Your Holiness, that to achieve those objectives there are ways other than the most unscrupulous channels that capitalism offers?"

Panerai said the Vatican is heavily involved in stock and money markets and that the director of its bank, Bishop Paul Marcinkus of Cicero, Ill., "is the only bishop who sits on the board of directors of a lay bank in one of the fiscal paradises of capitalism: the Cisalphine Overseas Bank of Nassau."

Accompanying the open letter was an unsigned report titled "The Wealth of Peter," that claimed Marcinkus also looks after Vatican investments in various parts of the world through the Continental Illinois Bank of Chicago.

The report said the Vatican bank, called the Institute for Religious Works, holds deposits estimated at $2 billion and its 7,000 depositors include "some of

The Associated Press August 31, 1978, PM cycle

the biggest Italian industrialists and businessmen." It did not give any names.

It said these men use the accounts to transfer their holdings abroad in violation of currency laws forbidding transfer of capital earned in Italy.

Il Mondo said the Vatican lost about $80 million in the collapse of the banking empire of fugitive Sicilian financier Michele Sindona, who was convicted in absentia of bank fraud and sentenced to 31 1/2 years in jail. Sindona is fighting extradition from New York.

The paper said the Vatican has extensive investments in gold and stocks in the United States, including shares in General Motors, General Electric, Shell and Gulf Oil, Bethlehem Steel, IBM, TWA and Pan American.

"As for real estate, the Vatican can be considered one of the biggest property holders in the world. In Rome alone, the Holy See owns 5,000 rented apartments, which brings in 3 billion lire, or $4 million dollars, a year."

Last year the independent weekly L'Europe reported that the Vatican and its religious orders own at least a quarter of Rome's real estate and sells these properties at Windfall profits without paying Italian taxes. It also accused the Vatican of turning historic religious buildings into modern hotels and banks.

The Vatican newspaper L'Osservatore Romano called the L'Europeo report "methodical scandalism" and "anticlericalism" aimed at driving religious institutions out of Rome. It denied the Vatican evades taxes and said it holds property other than churches and religious institutes because of its "developing needs."

Some transactions are made, the paper said, not for speculation but "for functional necessity or for charity."

Vatican finances are secret, but last week the Turin daily La Stampa, quoting "financial experts," estimated the Vatican's wealth in real estate and other investments at between $600 million and $720 million.

The Holy See gives hints of its financial status only by refuting reports that it is rich. In 1970, when published reports put the Vatican's capital investment in and out of Italy at $12 billion dollars, the Vatican said the total actually was under $130 million.

Pope Paul VI often referred to the financial difficulties of the church, brushing aside reports of fabulous Vatican riches. He once said that the church "must be poor and appear poor." And his successor was noted for cost-cutting while patriarch of Venice, authorizing his churches to sell gold to help the handicapped.

"The true treasures of the church are its poor," the new pope once remarked.

Case 1:07-cv-07063-BSJ-FM    Document 16-14    Filed 11/13/2007    Page 38 of 45

446 of 492 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**August** 31, 1978, Thursday, Final Edition

**SECTION:** First Section; A29

**LENGTH:** 408 words

**HEADLINE:** Teacher-Priest Who Reads Twain Says He Now Is a Pupil;
**Pope John Paul I** Looks to the Curia To Teach Him the Ways of the Vatican

**BYLINE:** From News Services

**DATELINE:** VATICAN CITY

**BODY:**

Acknowledging his lack of Vatican expertise, **Pope John Paul I** told a gathering of cardinals yesterday that he will become the pupil of experienced church officials, learning how to "carry the cross" of managing the Roman Catholic Church.

The Pope also confirmed arrangements of the late Pope Paul VI for the Latin American bishops conference at Puebla, Mexico, but did not say whether he would attend it.

John Paul confirmed the Oct. 12-28 dates set by Paul, who died Aug. 6. He kept Sebastiano Cardinal Baggio of Italy, Aloisio Cardinal Lorscheider of Brazil and Bishop Ernesto Corripio Ahumada of Mexico as presiding officers, and confirmed Archbishop Alfonso Lopez Trijillo of Columbia as secretary general.

In his speech to the Cardinals, the new pontiff indicated that he will try to follow a middle course between those who seek more local autonomy for bishops and those who advise strict adherence to papal directives.

The Pope said it was "no problem" for him to recognize his lack of experience in dealing with the Roman Curia, the backbone of the church administration.

During most of his religious career, John Paul worked as a local-level priest, educator and bishop. He is the first pope elected in 75 years without a background in the church's diplomatic corps or as a member of the Curia.

John Paul, who was elected by the conclave of cardinals last Saturday, joked that he knew "only the pontifical yearbook," the Who's Who listing of church officials.

"We plan, therefore, to treasure the suggestions that will come to us from our worthy co-workers," he said. "We will be placing ourselves, one might say, in the school of those who, through well-deserved experience and recognition in these matters of great importance, deserve our full trust and our appreciative recognition."

Teacher-Priest Who Reads Twain Says He Now Is a Pupil;Pope John Paul I Looks to the Curia To Teach Him the Ways of the Vatican The Washington Post August 31, 1978, Thursday, Final Edition

Vatican officials said the former Albino Cardinal Luciani of Venice won election as pope with many more required.  John Paul said that the electoral support he drew "continues to surprise and confuse us."

The new pope said that Paul VI, once approached him for coming too seldom to meet him at the Vatican.

"I told him," John Paul said, "I'm very busy in Venice.  Besides, I believes Your Holiness has plenty of troubles.  I, thanks to God, don't have many.  Therefore, I don't feel like adding afflictions to one who already is afflicted."

The new Pope will be formally installed Sunday at a Mass consecrating his pontificate.

**GRAPHIC:** Picture, The pope greets John Cardinal Krol of Philadelphia at yesterday's meeting.  UPI

447 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 30, 1978, AM cycle

**LENGTH:** 377 words

**DATELINE:** VATICAN CITY

**BODY:**

   **Pope John Paul I** has chosen to wear a simple wool stole at his inaguration before world dignitaries Sunday instead of donning the traditional ornate crown worn by his predecessors, the Vatican announced.

   In another departure from tradition, the pope will con-celebrate an open-air Mass in St. Peter's square with the cardinals who elected him and those who were barred from the conclave by the 80-year age limit.

   The announcement Wednesday came in the official detailed description of the ceremony released in Latin by the office of pontifical ceremonies on order of the new pope.

   Pope John Paul will be sitting in his chair when Italian Cardinal Pericle Felici, dean of the cardinal deacons, places on his shoulders the "pallium," a white wool band with white and black crosses, symbolizing the pope's role as patriarch of the Western Church.

   The pallium replaces the beehive-shaped tiara or triple crown used in the ceremony for the last 15 centuries.  Tradition calls for the tall crown to be placed on the pontiff's head, followed by recitation of a formula recalling the pope's power as "the father of princes and kings, guide of the world and vicar upon the earth of Christ Jesus our Savior."

   By simplifying what was once one of the most magnificent papal rites, Pope John Paul stressed the religious aspect of his office rather than on the vestiges of temporal authority.

   He said he will not use the portable throne on which his predecessors were carried to and from the ceremony.  But aides said he might choose to use the throne in the future, possibly for his weekly public audiences to be more visible to the people.

   The new pope will wear a white cassock and cape and above them a gilded chasuble, a hooded garment.  Cardinals will wear white miters, red cassocks and capes topped by chasubles.

   The pope will say a prayer on the tomb of St. Peter, then during the singing of the hymn of "Veni Creator Spiritus" or, "Come, Creator Spirit," the pope and cardinals in procession will walk out to the square for the Mass.

The Associated Press August 30, 1978, AM cycle

There, after kissing the altar, Pope John Paul will accept the pallium and the cardinals will file before him to pledge their obedience.

The Mass will conclude with hymns, Bible readings and a homily by the pope.

450 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 30, 1978, AM cycle

**LENGTH:** 421 words

**BYLINE:** By EDWARD MAGRI, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

Acknowledging his lack of Vatican expertise, **Pope John Paul I** told a gathering of cardinals Wednesday he will become the humble pupil of experienced church officials, learning how to "carry the cross" of managing the 700-million-member Roman Catholic Church.

In his speech, the new pontiff inducated that he will try to follow a middle course between those who seek more local autonomy for bishops and those who advise strict adherence to papal directives.

The pope said it was "no problem" for him to recognize his lack of experience in dealing with the Roman Curia, the backbone of the church administration.

During most of his religious career, John Paul worked as a local-level priest, educator and bishop. he is the first pope elected in 75 years without a background in the church's diplomatic corps or as a member of the Curia.

The pontiff said he intends to rely on the veterans in the Roman Curia. On Monday, he reinstated those whose executive jobs had expired upon the death of Pope Paul VI.

"We plan, therfore, to treasure the suggestions that will come to us from our worthy co-workers. We will be placing ourselves, one might say, in the school of those who, through well-deserved experience and recognition in these matters of great importance, deserve our full trust and our appreciative recognition."

John Paul said that the electoral support he drew "continues to surprise and confuse us."

Vatican officials said the former Cardinal Albino Luciani of Venice won election as pope with many more votes than the minimum 75 out of 111 required.

The pontiff said be envied the cardinals who would be able to go back to their dioceses "and are anticipating the joy of seeing your congregations, whom you know so well and love so deeply.

Again leaving his written text, the pope paused to chat with the cardinals about his election. He said that during the final balloting Italian Cardinal Pericle Felici gave him "a message for the new pope" in an envelope.

The Associated Press August 30, 1978, AM cycle        Page 256

"I opened it and what was in there?  A small way of the cross on a leaflet.
This is the road of the popes.  But in the way of the cross one of the
characters is also Simon of Cyrene.  I hope my brethren cardinals will help this
poor Christ, vicar of Christ, to carry the cross with their collaboration."

On Thursday the pope will meet the diplomatic corps and on Friday he is
scheduled to receive journalists and photographers who covered his election.

He will be formally installed in a Mass Sunday consecrating his pontificate.