452 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**August** 30, 1978, Wednesday

**SECTION:** Page 81

**LENGTH:** 105 words

**BYLINE:** BY PAUL HOFFMAN

**JOURNAL-CODE:** NYT

**ABSTRACT:**
Vatican announces that pontificate of **Pope John Paul I** will be inaugurated with
outdoor mass celebrated by John Paul in St Peter's Square at 6 pm on Sunday,
Sept 3 '78.  John Paul, who has always had aversion to ecclesiastical pomp, was
reportedly reluctant to observe traditional investiture involving Papal triple
crown tiara.  Will have to explicitly revise canon law if he wants to do away
with archaic tiara rite.Has already announced that he will eliminate gestatorial
chair, or portable Papal throne, which he considers anachronistic.  Ceremony
plans described.  Factors which led to John Paul's election reviewed (L).

454 of 492 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

August 30, 1978, Wednesday, Final Edition

**SECTION:** First Section; A20

**LENGTH:** 437 words

**HEADLINE:** No Crown for the Pope;
John Paul Limits Ritual to a Mass

**DATELINE:** VATICAN CITY

**BODY:**

   **Pope John Paul I** will have no coronation or enthronement, but instead will consecrate his pontificate by simply celebrating mass Sunday in St. Peter's Square.

   The Vatican announced yesterday that the new **pope,** formerly Cardinal **Albino Luciani,** archbishop of Venice, will celebrate the solemn mass at 6 p.m. (noon EDT) "to mark the beginning of his ministry as supreme pastor."

   Pope John Paul, 65, will walk from St. Peter's Basilica to the open-air altar on the stairs outside instead of being borne by attendants on a portable throne, as has been customary in the past.

   His decision to break away from the pomp and splendor of a formal coronation was in keeping with the relaxed style he displayed as patriarch of Venice, with his long pastoral experience, and with the self-effacing sermon he preached in St. Peter's Square on Sunday, the day after he became pope.

   He was elected Saturday by the Sacred College of Cardinals, called into conclave to name a successor to Pope Paul VI, who died Aug. 6.

   The mass Sunday will replace an ancient coronation ceremony that opened the reigns of at least 107 of John Paul's 262 predecessors.  In these rites, a gold and silver tripple crown was placed on the pope's head with the words: "Receive this tiara adorned with three crowns andknow that your are the father of princes and kings, guide of the world and vicar upon earth of Jesus Christ our savior."

   The last pope not to be crowned was Urban VII, who reigned only 12 days in 1590 and did not live to set the date for his coronation.  Pope Paul Vi had his own triple crown sold after his coronation and used the proceeds to help the poor.

   Msgr. Orazio Cocchetti, of the Vatican's office for pontifical ceremonies, told reporters that another installation rite to be eliminated is the flax-burning ceremony by which the new pope is reminded of the fleeting character of wordly glory.

No Crown for the Pope;John Paul Limits Ritual to a Mass The Washington Post
August 30, 1978, Wednesday, Final Edition

In this ritual, a priest carries a cane topped with burning flax to the pontiff and chants three times in Latin: "Holy Father, so passes the glory of the world."

"It was dropped to make for a simpler rite overall," Cocchetti said.

The White House announced yesterday that Vice President Mondale will represent President Carter at the inaugural ceremonies.  Mondale will be accompanied by his wife Joan, their son William, and "a delegation of distinguished Americans," the announcement said.

Also among the spectators will be Silvio Luciani, 78, of Marysville, Mich., a retired bricklayer who has been fond of telling friends and relatives that his younger first cousin, the patriarch of Venice, would be pope someday.

456 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 29, 1978, AM cycle

**LENGTH:** 517 words

**BYLINE:** By EDWARD MAGRI, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

   **Pope John Paul I,** intent on showing he will lead the world's Roman Catholics as a pastor and not a monarch, will walk to the much-simplified Mass that will consecrate his pontificate next Sunday and he may forgo the traditional crowning.

   The Vatican said the pope's first public Mass will not be termed the "Coronation Mass," as it has been in the past, and he will not be carried in on a portable throne on the shoulders of up to 12 men.

   "It is not known yet whether there will be the crowning or not," said the Rev. James Roach, the Vatican's English-language press spokesmen.

   But Monsignor Orazio Cocchetti of the office for pontifical ceremonies said he doubted that a tiara, the beehive-shaped triple crowns used for papal coronations for 15 centuries, would be placed on the new pontiff's head.

   "There is no shortage of tiaras around here," he said.  "They range from the bejeweled one presented by Napoleon to one made of papiermache.  But I believe none will be used this time."

   Cocchetti said Pope John Paul, elected last Saturday by the conclave of cardinals, will arrive in St. Peter's Square for the Mass on foot with other church prelates in attendance.  They will proceed from the Altar of the Confession inside St. Peter's Basilica to the open-air altar on the stairs outside.

   The Altar of the Confession is the basilica's main altar, under a dome designed by Michelangelo and above what Vatican archaeologists say is the tomb of the Apostle Peter, the first pope.

   Also being abolished is the flax-burning rite by which the new pope was reminded of the fleeting character of worldly glory, Cocchetti said.

   In this rite, a priest carried a cane topped with burning flax up to the pontiff and chanted three times in Latin:

   "Holy Father, so passes the glory of the world."

The Associated Press August 29, 1978, AM cycle          Page 261

"It was dropped to make for a simpler rite overall," Cocchetti said.

Instead of "Coronation Mass," the Vatican refers to next Sunday's rite as a solemn Mass "starting his the pope's ministry of supreme pastor."

It was announced Tuesday that Vice President Walter Mondale, his wife, Joan, and their son William will represent President Carter at the ceremonies.

Meanwhile, in one of the first manifestations of the internal church problems John Paul will face, a group of priests forced to give up their priestly functions because they married announced they were writing to the new pope asking him to reverse the church rulings that caused their situation.

John Paul's predecessor, Pope Paul VI, had restated the policy of mandatory celibacy for priests except for the traditional exception of those belonging to the Eastern rite.  Pope Paul Vi died Aug. 6 at age 80.

The new pope has not made public his feelings on the issue of mandatory celeibacy.

John Paul has said he will follow in the footsteps of Paul VI.It is also believed, however, that he may look anew at some issues of church discipline, such as ordination of women priests and celibacy, if changing them would not run counter to church doctrine.

But Vatican observers say any changes he makes probably won't be made quickly.

460 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**August** 29, 1978, Tuesday

**SECTION:** Page 68

**LENGTH:** 62 words

**BYLINE:** BY DENNIS REDMONT

**JOURNAL-CODE:** NYT

**ABSTRACT:**
Vatican officials say installation of **Pope John Paul I** will probably be the simplest and least pompous coronation in modern papal history. Say ceremony will be more of an 'enthronation' with a solemn Mass in St Peter's square. The traditional papal tiara will probably not be used. Advocates of a 'poor' church have long questioned the elaborate coronation rite (M).

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**August** 29, 1978, Tuesday

**SECTION:** Page 20

**LENGTH:** 62 words

**JOURNAL-CODE:** NYT

**ABSTRACT:**
**Pope John Paul I** reappoints Cardinal Jean Villot as Vatican secretary of state and asks other key officials of Roman Catholic Church's central administration to remain in their posts. Decision causes little surprise, but speed with which Pope made announcement is seen as gesture acknowledging work done by Cardinal Villot as interim administrative head of church (L).

465 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 28, 1978, AM cycle

**LENGTH:** 522 words

**BYLINE:** By GEORGE W. CORNELL, Associated Press Religion Writer

**DATELINE:** VATICAN CITY

**BODY:**

How **Pope John Paul I** will tackle the major issues dividing the Roman Catholic Church - birth control, the ordination of women and priestly celibacy - remain a mystery, and the hints attributed to him are unclear.

There are vague signs the new pope, the surprise choice of the College of Cardinals last Saturday, may not be as solidly opposed to birth control as his predecessors. His positions on ordination of women priests and the question of whethr priests should be allowed to marry are cloudier.

Whatever he does, he likely won't do it soon. New popes rarely take up difficult issues immediately.

His only public policy statement so far was a pledge made Sunday to carry on the policies of his two immediate predecessors, Paul VI and John XXIII. But there are clues that he may look anew at some of the causes of church dissention.

When Paul VI was preparing his 1968 declaration reaffirming the ban against contraception, the new pope, then bishop of Vittorio Veneto, consulted scientists and theologians and then reportedly advised Paul against making a pronouncement on the issue.

But he was among the first to support Paul's continued ban on contraception once the papal declaration was banded down.

A Milan newspaper, II Giorno, reported Monday the new pope does not share the views of many prelates, nor of Pope Paul, on the "pill problem," and quotes him as once having said of the question:

"It is a drama, a too difficult problem. It is necessary to continue to study it, to reflect, to wait."

An estimated 80 percent of America's Catholics ignore the prohibition, which undermines the doctrine of papal obedience.

Similar challenges have arisen to the ban on ordination of women, with a support growing for such a move in the United States.

A study commissioned by American bishops several years ago found no theological grounds barring such ordinations.  Pope Paul said no on grounds women do no physicially resemble Christ.

The new pope is not on record on the issue, nor has he dealt directly with the church requiement of priestly celibacy.

But a recent magazine article he wrote on the priesthood may have alluded to such issues.  "It is not a question of defining our priesthood but of living it. The example of Christ is before our eyes - meek and humble, chaste, poor and obedient," he wrote.

As for celibacy, the church in a few instances in Europe has allowed ordination of married men, and this is common practice among Eastern Rite Catholics.  The celebracy rule is a discipline only in the Western church and can be changed.

French Cardinal Gabriel-Marie Garrone, head of the Vatican Congregation for Catholic Education, has said the priest shortage could make it necessary to permit preists to marry.

The new pope "wants to continue in the same vein as Paul and he wouldn't want to change any of these things now, and I doubt it would happen in the next year," said Cardinal George Bernard Flahiff of Winnipeg, Canada.

"Whatever he did, he would want to do it gradually.  There's a great opennese about the man.  But at this point, we can only guess how far he would go."

466 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 28, 1978, PM cycle

**LENGTH:** 662 words

**BYLINE:** An AP News Analysis, By GEORGE W. CORNELL, Associated Press Religion
Writer

**DATELINE:** VATICAN CITY

**BODY:**

   "An unknown." "Only time will tell." "Half and half," they said of the new
pope of the Roman Catholic Church.  But he quickly began filling the void with
simple candor and commitments.

   Shunning the customary pontifical "we," **pope John Paul I** told 200,000 people
jamming St. Peter's Square on Sunday: "I do not have the wisdom of heart of Pope
John XXIII.  Nor do I have the preparation and culture of Pope Paul VI.
However, I stand in their place."

   Speaking earlier to the cardinals who elected him, he reviewed the issues
confronting the church and set himself firmly to press on with reforms launched
by the 1962-65 Second Vatican Council, carefully but with vigor.

   He acknowledged the turbulence of discontent the church.  But the church "is
safe and secure, though in the midst of storms," he said confidently.

   He dedicated himself to "overcoming internal tension," reinforcing social
justice for the deprived, putting a priority one vangelism, working through the
synods of bishops and pursuing the ecumenical quest for Christian unity.

   "The mutual relationship among the churchs of the various denominations has
made constant and extraordinary advances," he said.  Yet the divisions remain a
"contradiction and a scandal."

   He pledged his attention "to everything that would favor union" without
"diluting doctrine" but also "without hesitation."

   Since he became patriarch of Venice in 1968, it has become a kind of
ecumenical center for meetings of Catholic officials with Anglicans,
Pentecostals, Jew and Protestant and Eastern Orthodox representatives of the
World Council of Churches.

   At these gatherings, Cardinal Albino Luciani demonstrated his support by
"picking up the tab," according to the Rev. Charles Long, an officer of the
Vatican Secretariat for Christian Unity.

   How Luciani emerged so quickly from far back to the field to be elected pope

of the first day of balloting was still a conclave secret.

"It's a mystery to me, and to say he's a nice guy doesn't explain the mystery at all," said the Rev. Robert Graham, a church historian and Vatican expert.

Some theorized that the fact that he had not served in the Curia, the Vatican bureaucracy, was a factor in his favor with other bishops who have had their difficulties with the Curia.

Some assessments of the pope were conflicting.  Cardinal Terence Cooke of New York called him "warm, friendly and smiling," a "humble, kind pastoral teacher who seems to be so open."

But Cardinal john Cody of Chicago said his impression was of a "very shy man." Asked about changes he might make, Cody said: "I don't see much change, but very effective continuity of program."

Several cardinals and others cited his firm commitment to stability of doctrine and moral disciplines.  In his speech to the cardinals, he declared his intent to "preserve the integrity" of the church's discipline and faith, and to get on with completing revision of the church laws so as the shore up its principles with the "solidarity and firmness of juridical structures."

Vatican scholars sat little chance of any shift in the controversial bans on laritinial contraception, married priests and ordination of women.

In his speech, the new pope recognized that "controversy and hostility" have surrounded the church in recent years, and he offered a special salute and plea to young people, many of whom have become alienated.

He called them the "hope of tomorrow" and urged them to learn to "distinguish good from bad" that they might bring "fresh energy" and "vitality" into the church and the world.

Perhaps the key sentence revealing where the new pope stood came in a reference to Pope Paul's hard work to steady the church amid the winds of change.

"Our program," Pope John Paul said, "will be to continue his."

But under Paul's leadership, the church has fallen into increasing disrarry, and whether Pope John Paul will be able to bring it back into greater cohesion remains to be seen.

470 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**August** 28, 1978, Monday

**SECTION:** Page 48

**LENGTH:** 71 words

**JOURNAL-CODE:** NYT

**ABSTRACT:**

**Pope John Paul I** outlines program of his pontificate on Aug 27, pledging
continuation of 'ecumenical thrust' to achieve unity among Christians, speech to
110 cardinals. Promises Roman Catholic Church's support for peace efforts, and
calls for efforts against violence. Advocates mutual understanding in
international life and social progress. His appearance before 100,000 people
gathered in St Peter's square noted (S).

475 of 492 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**August** 28, 1978, Monday, Final Edition

**SECTION:** First Section; A16

**LENGTH:** 696 words

**HEADLINE:** Cardinals Pleased by Conclave's Spirit of Unity

**DATELINE:** VATICAN CITY

**BODY:**

The cardinals who participated in the election of **Pope John Paul I** emerged from their isolation in the Sistine Chapel yesterday morning expressing gratification at the degree of unity that brought the quick result.

John Cardinal Krol of Philadelphia, speaking to journalists waiting for the prelates to appear, said, "We worked. It was quick, but it was a tremendous sign of unity, considering how many cardinals there were."

Later the American cardinals held a meeting with reporters on the lawn of the American College in Rome in which they described **Albino Luciani,** the new **pope,** as an outgoing, humble and forward-looking man of God.

Cardinal John Carberry of St. Louis said "none of us expected" the move toward Cardinal Luciani. "It just developed."

The process, he said, was spurred by "a great spirit of unity," adding that no special external factors had caused the unexpected choice.

"He's taught theology, and he wants to keep the church true to solid theology," said Carberry, who has been critical of elleged lax doctinal teaching in the church.

Cardinal Terence Cooke of New York said Luciani was in his mind as a possible pope at the start of the conclave. He said, however, "We did not expect the vote so soon."

He described John Paul as "a humble, kind and pastrol teacher and father - a man of God. We can look to the future with great hope knowing full well that Pope John Paul will guide us in the ways of the gospel."

Asked if Luciani's personality started the unexpected groundswell of support, Cooke said that was not the complete reason, "but it helped."

As did many of the other American cardinals Cooke spoke of the Holy Spirit as "what brought us together so marvelously. There's no question but that it was the wish of the Lord."

Cardinal Krol said he had "never seen the Holy Spirit act in such a dramatic

Cardinals Pleased by Conclave's Spirit of Unity The Washington Post August 28,
                                                                        Page 270
                        1978, Monday, Final Edition

fashion.  It was really a delightful surprise."

    Cardinal Humberto Medeiros of Boston said, "The experience filled me then and
it fills me now."

    "We were really praying up a storm," Krol said.  "There was tranquility and
serenity and in the end a sense of exhilaration.

    Cardinals John Dearden of Detroit and William Baum of Washington both
stressed that the new pope was committed to continuing ecumenical work toward
Christian unity.

    "He's very strongly dedicated to that," said Dearden, who also spoke of the
"emotion that took place" in the conclave as "really the work of the Holy
Spirit."

    When one reporter referred to Pope John Paul as a conservative, Dearden
replies, "I think you'll have to get away from that conservative label.  It's
too strong.  I'd say he's very moderate."

    Krol was asked how he would explain to Americans the fact that the new pope's
father was a socialist.

    "I'd say socialism is nothing that cannot be cured," he said, noting that the
pope was brought up in a family that was open to the influence of the church.

    One of the Italian cardinals who had been mentioned as a front-runner before
the conclave began, Giovanni Benelli of Florence, said to reporters as he left
the chapel, "We are very happy.  The fact we were so quick proves one great
truth: the great unity of the church.  That men from so many different countries
and cultures can sit down and agree on one man in less than 24 hours is witness
to this."

    "*Viet et bon* " (quick and good), said Paul Cardinal Zoungrana of Ouagadougou
in Upper Volta.  "Now let us hope for a quick consecration so we may return to
our flock in Africa."

    Several cardinals were astonished that the crowds in St. Peter's Square, as
well as Vatican Radio and all the television crews, had trouble reading the
final smoke, signals that began at 6:24 p.m. (12:24 p.m. EDT) Saturday.

    "We couldn't get it any whiter," said Cardinal Eduardo Pironio of Argentina,
one of those tending the stove.  "All 11 white chemical flares were stuffed into
the stove in hope of sending out a clear sign that a pope had been elected on
the very first day of voting."

    Journalists waiting in St. Peter's Square first called the billowing cloud
gray, then white, then gray.  They stood puzzled until - after about 54 minutes
- the election was announced.

243 of 266 DOCUMENTS

Copyright 1978 Bell Globemedia Publishing Inc. and its licensors
All Rights Reserved
The Globe and Mail (Canada)

**August** 28, 1978 Monday

**LENGTH:** 1274 words

**HEADLINE:** Catholic church gets champion of the poor     Combination of names hints new Pope's direction

**BYLINE:** William Willoughby; WS

**DATELINE:** Washington DC

**BODY:**

By WILLIAM WILLOUGHBY
Washington Star
WASHINGTON - Pope John Paul did not choose his combination name without meaningful reflection when he accepted election as the 262nd successor of St. Peter as the head of the world's 700 million Roman Catholics.

In choosing the name, the new Pope indicated the direction his reign as the church's Supreme Pontiff is expected to take. By his past performance, he is, like John XXIII, open to profound change in the church but, like Paul VI, believes that change cannot come, as he said, right now.

The choice of the name, thus, indicates he will work for the continued aggiornamento - renewal - of the church, as Pope John set it into motion, but, like Pope Paul, will not allow either worldly pressures or the humanists within the church to allow that change to become disorderly.

**Albino Luciani** was born Oct. 17, 1912, in Italy's Dolomite Alps. His early years in this impoverished, rural area ultimately would make him more than a perfunctory champion of the poor.

Life was difficult for the Luciani family, with his father serving as a migrant bricklayer in Switzerland until at last he was able to gain steady employment as a glass artisan in the island town of Murano, near the Venetian waterways.

Although his father was a socialist activist, the son, tutored years later by the leading conservative of the Catholic hierarchy, Alfredo Cardinal Ottaviani, has taken a hard line against socialist politics, saying it is not consonant with the Christian faith. He said Marxism, 'even as practiced in Italy, is incompatible with the faith.'
The young Luciani attended seminary in the town of Feltre and graduated in philosophy and theology in the seminary at Belluno. He then graduated from Rome's Gregorian University in dogmatic theology. When he

Catholic church gets champion of the poor Combination of names hints new Pope's direction The Globe and Mail (Canada) August 28, 1978 Monday

was only 22, on July 7, 1935, he was ordained.

After graduation he went back to his native village, Canale d'Agordo. Villagers still remember him cutting the grass and hay dressed in his cassock. He was to say later: I am a little man accustomed to little things and to silence.'
From his post of parish assistant he moved to assignments as a religion teacher in a mining technicians' school, and a professor of theology, morals, canon law and sacred art at the seminary in Belluno.

It was of his experiences meeting the spiritual, esthetic and educational needs of the people that he wrote about in his only book, Catechism Crumbs, his thoughts on presenting the Gospel to illiterates and the poor.
'The church's real treasures are the poor, the little ones, who should not be helped by means of mere occasional alms, but in such a way to ensure their promotion,' he wrote.

He was appointed bishop of Vittorio Veneto, a diocese near Venice, in 1958, and Pope Paul made him Patriarch of Venice on Dec. 15, 1969. He was made a cardinal on March 5, 1973, also by Pope Paul.

John Paul is the third Patriarch of Venice to become pope in the twentieth century, with Saint Pius X and John XXIII preceding him. The title patriarch is largely an honorary one in the Latin or Western church, since the Pope is also Patriarch of the West.

The new Pope, unlike Pius XII, John XXIII and Paul VI, has no diplomatic experience, usually considered along with pastoral experience a prerequisite for a modern pope.

He is regarded by many to be in the right wing of the church because of his traditional stand on moral issues and authority as it is vested in the bishops.

His adamant stand against worker-priests - those who work to organize workers in the class struggle - also tends to place him in the conservative category.

One of the major problems facing him is Pope Paul's Ostpolitik, or accommodation policy with Communist nations. Paul engineered the policy, even though he, too, was adamant against communism, as a realistic approach to allowing the church to co-exist in countries ruled by the Communists.

Three years ago Cardinal Luciani recommended disciplining of priests who speak out for the Communist Party or other leftist political groups. He has consistently insisted that Catholics must vote for a Catholic party when one exists - as in Italy - and two years ago he led a movement of the hierarchy that advocated that Catholics should vote for the Christian Democrats there.

Immorality in his own spiritual domain also bothered him. Cardinal Luciani often spoke against the libertarian lifestyle of Venice, a city where it is said 'only the elderly and the tourists' attend church.

Catholic church gets champion of the poor Combination of names hints new Pope's direction The Globe and Mail (Canada) August 28, 1978 Monday

The Biennale Art Show and the annual film festival held there were targets of Cardinal Luciani during his nine-year reign as Patriarch of Venice.

He would not tolerate his priests participating in pro-abortion rallies, and in 1974 sent letters to 20 or more of his priests telling them that their support was causing scandal and confusion in the diocese. He threatened to forbid them from celebrating mass if they persisted.

He is capable of change on hard issues as illustrated in his attitude toward the rights of people of religions other than Roman Catholicism. 'The thesis I found hardest to live with was the one on religious freedom,' he said of the Vatican II documents.

For years I had taught the public law theses of Cardinal Ottaviani, according to which only the truth had rights. In the end, I convinced myself we had been wrong.' The Vatican Council taught that all religions are entitled to liberty, contrasting to Cardinal Luciani's view that 'only true religion' has rights.

But he does feel that the church is being afflicted by a false sense of pluralism. Last year he criticized members of the progressivist Catholic Action movement by quoting Dominican theologian Yves Congar:
The greater part of the ideas which have been attributed to the council (Vatican II) were never set forth by the church. For many the council meant nothing more than whatever the church has done or believed before is no longer done or believed. That, they say, is the council.'
Those who hold such a view, the new Pope said, have a false notion of pluralism.

For them, pluralism is a magic light that dispels all the shadows that arise from the teaching authority of the church or from the experts on Marxism.'
He said the church proposed 'reforms for grave social problems, but these take time.' He added that impatient church members and many who had abandoned the church wanted the change 'right now]' That term means revolution.'
'Vatican I has many followers and so has (a possible) Vatican III, but Vatican II has too few,' he said.

Although outspoken on current issues, the new Pope is known as a humble and soft-spoken man. In Venice he rode a bicycle and could be seen in canal motorboats dressed in simple priest's garments rather than the elaborate vestments of the Patriarch of Venice. On those occasions he tucked his red cardinal's hat into his shirt and stuffed his gold pectoral cross into his pocket.

The new Pope dislikes labels for the hierarchy, as if they are political beings. He indicated that the bishops, like Christ, must not go by the wishes of the world or of the crowds, but must act upon the authority of the church in their ministrations.

He has remained silent on Pope Paul's controversial 'Humanae Vitae,' the encyclical on birth control, possibly because he did not believe it opportune to issue it at the time. However, there is no doubt that he agreed with the main moral thrust of the document.

Catholic church gets champion of the poor Combination of names hints new Pope's direction The Globe and Mail (Canada) August 28, 1978 Monday

Page 64

He is the first Pope to take a double name and the first in more than 1,000 years to take one which is entirely new, underscoring the significance of his choice. The last original name was Pope Landone in 913 A.D.

**LOAD-DATE:** January 11, 2007

254 of 266 DOCUMENTS

Copyright 1978 The Washington Post
The Washington Post

**August** 27, 1978, Sunday, Final Edition

**SECTION:** First Section; A20

**LENGTH:** 661 words

**HEADLINE:** John Paul 1 - 'A Little Man Accustomed to Little Things'

**BYLINE:** By Edward Magri

**DATELINE:** VATICAN CITY

**BODY:**

   **Albino Luciani,** now John Paul I, the 263rd Roman Catholic pope, is the product of one of the thousands of villages that dot the Italian countryside -- where a simple life prevails.

   "I am a little man accustomed to little things and to silence," the 65-year-old cardinal recently told a reporter.

   He had spent most of his life in Italy's Northeast where he was born at Forno di Canale, a village in an Alpine valley of the Dolomites on Oct. 17, 1912.  His father, a socialist, was for many years a migrant worker in Switzerland until he got a job in the glassworks of Murano, an island in the Venice lagoon.  His mother was a peasant, "strong and devout," as he once said.

   He entered the seminary young and during summer vacations returned home to work in the fields.

   Many in his home village, which was renamed Canale D'Agordo in 1964, remember seeing him cutting grass wearing a black cassock.

   In the seminary and then at Rome's Gregorian University, from which he was graduated in dogmatic theology, his favorite subjects were philosophy, theology and literature.  He was ordained priest on July 7, 1936, at the age of 22, and went to Rome to attend the Gregorian.  For his thesis he wrote about the philosophy of Antonio Rosmini, a 19th century priest who was for many years looked upon with distrust by the hierarchy.

   After graduation, Luciani went back to his native village to work in the local parish, then in the nearby town of Agordo where he also taught religion in a vocational school.

   For 10 years beginning in 1937 he was deputy director in the Belluno Seminary where he had studied and taught theology, ethics, church law and art history.  In 1948, Luciani became one of the top aides of the bishop of Belluno with the title of deputy vicar in charge of the teaching of religion.

He concentrated in making this teaching as simple as possible so that illiterate mountain people could understand it.  He recounted his experiences in a book entitled "Catechism in Crumbs," now in its seventh edition.

He once said: "The true treasures of the church are the poor, the little ones to be helped not merely with occasional ams but in away they can be promoted."

He had been vicar general in Belluno for four years, When Pope John XXIII named him bishop of Vittorio Veneto, a diocese south of Belluno, in 1958.

Luciani kept in constant touch with the parishes there, sometimes riding a bicycle for his pastoral visits.

During the 1962-65 Second Vatican Council Luciani said it was difficult for him to change his rame of mind from pre-council church attitudes to the more liberal teachings.

"The part that cost me more problems was that on religious liberty," he said later referring to the council's decree stating the right of full and equal liberty for believers and nonbelievers.  Referring to Alfredo Cardinal Ottaviani, the conservative former head of the Holy Office, he added: "For years I had been teaching Ottaviani's theories about law, according to which only the true (Roman Catholic) religion has rights.  I convinced myself we were wrong."

In 1969 Pope Paul named Luciani patriarch of Venice, one of Italy's most prestigious episcopal posts.  Luciani is the third patriarch of Venice to be elected pope this century, after Pius X in 1903 and John XXIII in 1958.

One of Luciani's first decisions in Venice was to allow parishes to sell jewels and precious stones in the churches and to give the proceeds to the poor. He refused to wear the customary precious ring that symbolized his office.

Yet when the ferment stirred by the Vatican Council reached Venice Luciani appeared to be on the conservative side.  He was against worker-priests -- those who went into the factories and fields to labor alongside the laity -- and criticized unions over strikes and workers demonstrations.

In 1975 he recommended discipline for priests who spoke out in favor of the Communist Party or other leftist groups.

**GRAPHIC:** Picture, POPE JOHN PAUL . . . "accustomed to silence"

478 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 27, 1978, AM cycle

**LENGTH:** 353 words

**BYLINE:** By DANIELA PETROFF, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

The first group to meet with **Pope John Paul I** Sunday were six cardinals who had been barred from voting in the papal election because they were over 80 years old.

The six, all residents of Rome, were among 15 cardinals banned by age from the conclave that on Saturday elected John Paul to lead the Roman Catholic Church.

A decree excluding those cardinals who at the time of a papal election had reached the age of 80 was issued by the new pope's predecessor, Paul VI, in 1973.

Among those who met with pope John Paul and by his personal invitation attended the Mass celebrated in the Sistine Chapel by the 110 cardinal electors was 87-year-old Cardinal Pietro Parente.

"It is a good choice," he told The Associated Press in an interview. "The ex-Cardinal Luciani is far from the extremists. He is a simple persons, very personable, democratic and intelligent. A good, good choice. It filled me with joy to greet him this morning."

Also present in the Sistine Chapel Sunday morning was the 85-year-old dean of the College of Cardinals, Carloc Confalonieri, former head of the Sacred Congregation of Bishops and the man who two weeks ago read the homily at the funeral of Paul VI.

On Friday, Cardinal Confalonieri had watched his younger colleagues file into the Sistine Chapel, viewing the procession on a black and white television set in his apartment.

After reminiscing about the last conclave 15 years ago, when he was one of the voters who elected Paul VI, he watched in silence as the doors to the Sistine closed, shutting in the cardinal electors, and shutting out the rest of the world.

"I know they will choose well," he said in an interview on Italian television.

The Associated Press August 27, 1978, AM cycle

He repeated those words when he heard the conclave's choice for the next pope, Albino Luciani, patriarch of Venice.

"The church has chosen well," he said.  "Luciani is a bishop who always fully did his duty.  He reflects a lot, he writes well and he speaks well."

Sunday morning, Confalonieri greeted his new pontiff and the two embraced as the College of Cardinals, electors and non-electors, filed out of the chapel.

479 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 27, 1978, AM cycle

**LENGTH:** 943 words

**BYLINE:** By HUGH A. MULLIGAN, Associated Press Special Correspondent

**DATELINE:** VATICAN CITY

**BODY:**

   AP Special Correspondent Hugh Mulligan was present when the doors of the conclave were unlocked Sunday morning and he talked with some of the 111 cardinals of the Roman Catholic church as they emerged from the secret meeting that elected **Pope John Paul I.** Here is his account.


   Cardinals emerging from the unlocked conclave gates praised the unity of minds that resulted in the quick election of **Pope John Paul I.**

   They did not appear worn by their 53-hours in seclusion in the Sistine Chapel and even had a good word for the conclave cooking, often maligned in the past.

   "Hi guys," Philadelphia's Cardinal John Krol greeted the few journalists waiting in the Borgia courtyard just beyond the big wheel used to pass in the food. "We worked," he said.  "It was quick, but it was a tremendous sign of unity, considering how many cardinals there were."

   Asked if he had been assigned a small room, the tall 67-year-old cardinal replied with a question and a laugh:

   "Were there any other kind?  Mine was listed as a private apartment.  It was 8-feet-wide-by-12-feet-long.  One thing, though, the bed was long enough.  I'm well over six feet, but I was tired each night and slept like a rock."

   Krol said the food was fine and the Sisters of St. Martha, who do the cooking, had een given a bad press after previous conclaves.  "At any college, it's fashionable to knock the food.  I guess the College of Cardinals is no different, but I had no complaints."

   Several cardinals were astonished that the crowds in St. Peter's Square, as well as Vatican Radio and all the TV crews, had trouble reading the final smoke signals that at 6:24 p.m. 12:24 p.m. EDT Saturday signaled election of a new pope.

   "We couldn't get it any whiter," said Argentine Cardinal Eduardo Pironio, one of those tending the stove. "All eleven white chemical flares were stuffed into the stove in hopes of sending out a clear sign that a pope had been elected on the very first day of voting."

Journalists looking for a "puff of smoke" - black for unsuccessful balloting, white for a new pope - first called the billowing cloud gray, then white, then gray.  They stood puzzled while smoke poured forth for about 22 minutes, some joking that the chapel was on fire.  About 54 minutes after the first puff, the election was announced.

The new pope, John Paul I, kept the cardinals sequestered until 9:30 a.m. Sunday, talking with them and celebrating Mass.

As the cardinals emerged from the Borgia apartments, their living quarters during the conclave, workmen were taking down the heavy wooden planks that had sealed out like outside world.  Some cardinals carried their own suitcase, walking an obstacle course between carpenters and white-coated waiters carrying out baskets of bread, boxes of pasta and several cases of wine and Lowenbrau beer.  One cardinal carried a prayerbock and a blue electric fan.

"The food was most delicious," said Cardinal Emmanuel Nsubuga of Kampala, Uganda.  "We picked from a menu whatever is wanted: steak or fish, and, of course, always spaghetti.  There was wine, mineral water, soft drinks."

Helping Cardinal Justinus Darmojuwono of Indonesia into a taxi, the Ugandan cardinal said the menu held only one disappointment for him.  "I am an African and there were no bananas."

Two cardinals who had been mentioned as pre-conclave papal candidates emerged smiling from the lock-up area: three-time conclavavist Giuseppe Siri, the archbishop of Genoa, and Giovanni Benelli, the archbishop of Florence.

"Weren't we quick?" Observed Cardinal Siri, extending his ringed finger to the dozens of nuns in the courtyard who applauded each exiting cardinal and lined up to kiss their rings.

"We are very happy." beamed Cardinal Benelli.  "The fact we were so quick proves one great truth: the great unity of the church.  That men from so many different countries and cultures can sit down the agree on one man in less than 24 hours in witness to this."

"Vite at bon" - quick and good, said Cardinal Paul Zoungrana of Ouagadougou in Upper Volta.  "Now let us hope for a quick consecration so we may return to our flock in Africa." The cardinal reached into his robes to tip the white-jacketed waiter who had carried out his suitcase, but the man refused the offering and instead fell to his knees on the cobblestones and kissed the cardinal's ring.  Zoungrana rewarded him with a blessing.

Other little conclave secrets came out with the released cardinals and their luggage.  It was learned that on his first night as a pope, Albino Luciani ate the same food as the others in the Borgia dining room and slept in his same tiny cell, Number 60.

Cardinal Antonio Ribeiro, the Patriarch of Lisbon, who had the seat next ot the future pope in the Sistine Chapel, said the "Holy Spirit brushed against him while I was seated beside him."

The Sisters of St. Martha, still in their cooking aprons, were both shy and discreet.  "I am bound by conclave secrecy." said one of the nuns, turning back all questions about the meals they served the 110 cardinals and one new pope.

The Associated Press August 27, 1978, AM cycle          Page 275

But Sister Paula, who seemed to be in charge, said the recipes were a
"segreto professionale" - a professional secret - rather than a religious one.
She said the conclavists ate well and many had complimented the nuns on the
food.

Her comments were reinforced by Vatican security men and one Swiss guard who
went to work on one of the large left-over cream cakes brought out from the
dining are.

"Living in a conclave is like being on retreat, but it was a beautiful
experience," concluded Detroit's Cardinal John Dearden.  "Everybody did a good
job - including us."

480 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 27, 1978, AM cycle

**LENGTH:** 506 words

**BYLINE:** By GEORGE W. CORNELL, Associated Press Religion Writer

**DATELINE:** VATICAN CITY

**BODY:**

American cardinals Sunday described the new **Pope, John Paul I** was a warm, humble, forward-looking man of God, swept quickly into office by the force of the Holy Spirit.

"It couldn't have happened in a more dramatic fashion," said Cardinal John Krol of Philadelphia.  He spoke of the sense of spiritual presence in the secret conclave that in one day elected Cardinal Albino Luciani of Venice as the leader of the world's 700 million Roman Catholics.  "We were praying up a storm," Krol added.

Cardinal Terence Cooke of New York called the new pope a "warm, friendly and smiling man who seemed to be so open," adding, "I think everybody will love him."

Asked at a news conference if Luciani's personality spawned the sudden, surprise groundswell of support that led to his election, Cooke said that wasn't the full reason, "but it helped."

Like the others, Cooke spoke of the Holy Spirit as "what brought us together so marvelously.  There's no question but that it was the wish of the Lord."

Cardinal John Carberry of St. Louis said the election process was spurred by "a great spirit of unity," adding that no special external factors had caused the unexpected choice.

"He taught theology, and he wants to keep the church true to solid theology," said Carberry, who has been critical of alleged lax doctrinal teaching in the church.

The cardinals sat at a long table hastily set up on the lawn of the North American College in Rome, shaded with umbrella pines and facing an array of microphones and TV cameras.

Several cited the new pope's choice of the name of his two immediate predecessors, the sunny, innovative Pope John XXIII and the careful, intellectual Paul VI as a key to the new pope's course.

"I don't see much change, but he will be very effective at continuity of

program," said Cardinal John Cody of Chicago.

Cardinals John Dearden of Detroit and William Baum of Washington both stressed that the new pope was committed to continuing ecumenical work toward Christian unity.

"He's very strong dedicated to that," said Dearden, who also spoke of the "emotion that took place" in the conclave as "really the work of the Holy Spirit.

"There were no factions of any kind," he said.

When one reporter referred to the new pope as a conservative, Dearden replied, "I think you'll have to get away from that conservative label. It's too strong.  I'd say he's very moderate."

"A synthesis of John and Paul who will carry through the work of the Second Vatican Council," said Cardinal Humberto Medeiros of Boston.

To a question about the church's ban on contraception, which has caused wide dissent, Krol said he was sure there'd be no change.

"Whatever is doctrinal, he will not change," agreed Cardinal Timothy Manning of Los Angeles.

The cardinals said there was a celebrative mood at the dinner they shared with the new pope Saturday night after his election, and that all of them, including the new pope, slept in the same improvised "cells" assigned to them by lot at the start of the conclave.

482 of 492 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 27, 1978, AM cycle

**LENGTH:** 867 words

**BYLINE:** By HILMI TOROS, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

   **Pope John Paul I** humbly pledged Sunday in his first message to the world to follow the programs of Pope Paul VI, and appealed for "a new order" with more justice, a more stable peace and more sincere cooperation among peoples of the world.

   In his first full day as pontiff, John Paul, 65, looked out at 200,000 people gathered to greet him in St. Peter's Square and told them: "I do not have the wisdom or the heart of the Pope John or the preparation or culture of Pope Paul. But I am in their place.  I must try to serve the church.I hope you will help me with your prayers."

   He praised Pope Paul, who died Aug. 6 at age 80, as a "great and humble man.

   "Our program will be to continue his," the new pope said.

   Earlier, in a 30-minute speech in Latin to the cardinals who Saturday elected him the 263rd leader of the world's 700 million Roman Catholics, he pledged to pursue the reformist policies of both his immediate predecessors, Paul VI and John XXIII.

   When one reporter refered to John Paul as a conservative, Cardinal John Dearden of Detroit said, "I think you'll have to get away from that conservative label.  It's too strong.  I'd say he's very moderate."

   Under reforms initiated by Pope Paul VI, the directorships of the various Vatican departments became vacant when the papacy did.  This means John Paul can appoint his own staff to run the Vatican his way if he choses to do so.

   "Humility is his strength," the Venice daily Il Gazzettino said of the new pope.  "But beware, his humility has a special meaning - he is a free man."

   The Vatican said the new pope, the former patriarch of Venice Cardinal Albino Luciani, will be crowned next Sunday.  Coronation details were not disclosed.

   In his first message, the new pope made no mention of his church's ban on birth control, an issue troubling many Catholics in the United States and Europe, but he referred indirectly to abortion by denouncing "destructive ideologies of selfishness which extinguish human life."

The Rome daily Il Messaggero said that after a year-long study and talks with theologians and physicians, Luciani had advised Pope Paul VI against making a pronouncement on the birth control pill.  But once the late pontiff banned it in his 1968 encyclical, the then-bishop became one of the first to speak out in support of the ban.

The cardinals remained in seclusion Saturday night, after the surprise election of the new pope in one of the shortest conclaves on record, less than 24 hours.  The meeting was disbanded Sunday.

The new pope slept in the same tiny cell in the Apostolic Palace assigned to him before the conclave.  He had breakfast with the 110 cardinals and then celebrated Mass with them in the Sistine Chapel before delivering his message to the world.

There was confusion in St. Peter's Square Saturday where thousands of persons had gathered to watch for the white smoke from the Sistine Chapel chimney that would indicate a new pope had been chosen.

The smoke that came out after the afternoon voting ranged from white to black to grey over a 22-minute period.  It was not clear until the balcony doors of St. Peter's Basilica swung open, almost an hour later, and Cardinal Pericle Felici announced "Habemus papam" - "We have a pope" - that a pope had been chosen.

On Sunday, John Paul, wearing a yellow gold miter and dark red cape unveiled a six-point program for his pontificate.

Sitting under Michelangelo's "Last Judgment" in the Sistine Chapel, he said he would continue implementing the decisions of the Second Vatican Council and would stress church discipline.

He stressed evangelization as the church's first duty: pledged to go ahead with ecumenism, or inter-faith unity, "without doctrinal ceding but also without hesitation;" carry forward "with patience and firmness" the dialogue with non-Christians; and help peace initiatives in "the turbulent world."

He said that when he entered the secret conclave Friday night, "I never imagined what was about to happen." The election surprised most Vatican observers as well since Luciani, who lacking diplomatic and curial experience, had not been considered a leading candidate.

Cardinal Franz Koenig of Austria said pre-conclave meetings showed that Italian cardinals didn't object to a non-Italian pope while foreigners were content to extend the four-century Italian domination of the papacy.

"But, in my view," Cardinal Keonig said in reference to political violence and instability in Italy, "cardinals thought that because of the delicate situation in Italy, it was more opportune to lean once again toward an Italian pope."

Cardinal Terence Cooke of New York described the new pope as a "warm friendly and smiling man" and said: "I think everyone will love him."

As patriarch of Venice, Luciani had a reputation as a simple man, riding in the canal boats and mingling with the people.

The Associated Press August 27, 1978, AM cycle          Page 280

His first address as pope included a special greeting "to those who suffer at this time - the sick, the prisoners, the exiled, the persecuted, the unemployed." He warned of the temptation "to substitute God" and turn the world into "a desert, the human into an atom, fraternal living into planned collecitivization."

483 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**August** 27, 1978, Sunday

**SECTION:** Page 74

**LENGTH:** 48 words

**BYLINE:** BY INA LEE SELDEN

**JOURNAL-CODE:** NYT

**ABSTRACT:**
Profile of newly elected **Pope John Paul I. Pope John Paul I** is generally viewed as conservative theologian who supported decisions of Vatican II but showed no desire to go beyond them.  Is former Patriarch of Venice who denounced what he considered city's free-and-easy life style (L).

484 of 492 DOCUMENTS

Copyright 1978 The New York Times Company: Abstracts
Information Bank Abstracts
NEW YORK TIMES

**August** 27, 1978, Sunday

**SECTION:** Page 47, Column 1

**LENGTH:** 82 words

**BYLINE:** BY GEORGE W CORNELL

**JOURNAL-CODE:** NYT

**ABSTRACT:**
Scholars see signs of flexibility and moderation in **Pope John Paul I's** choice of
papal name. Theologians in Vatican and elsewhere feel choice is an indication
that new pontiff is committed to pursuing reforms of Second Vatican Council.
Record also indicates, however, that John Paul I holds unshakeably to some of
positions which have caused wide dissent in the Church, such as ban on
contraception. John Paul I's previous career reviewed. Observers and Church
officials comment (M).

260 of 266 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 26, 1978, AM cycle

LENGTH: 519 words

BODY:

The highest-ranking American cardinal called Pope John Paul I "witty" and "urbane," proclaiming that the pontiff's election Saturday was a "stroke of good fortune for the intellectual life and for simplicity of soul."

But Cardinal John J. Wright, who was eligible to vote at the conclave of cardinals but did not because he is recuperating from eye surgery in Boston, held an advantage over most American Catholics because he had met the new pontiff when he was still Cardinal **Albino Luciani,** patriarch of Venice, Italy.

Most American Catholics reacted with surprise to the rapid election of a man who was not prominently mentioned as a successor to the late Pope Paul VI.

At New York's St. Patrick's Cathedral, worshippers appeared pleased by the conclave's choice, but the most commonly asked question was, "Luciani who?" One man said, "Wow!  Really: I never would have guessed him!" "

The most Rev. Thomas C. Kelly, general secretary of the National Conference of Catholic Bishops, called the new pontiff "a man of great spirituallity, of compassion for the troubled, of concern for the errant, and of love for humanity."

Kelly said John Paul will exhibit "moderation in the affiars of men . . . and great vitality in proclaiming the word of God."

Archbishop Jean Jadot, apostolic delegate from the Vatican to the United States, said the new pope comes from a "laboring family," which means, Jadot said, that "his heart is open to the poor." He also said that John Paul is interested in the "great problems of justice and peace."

The decision of the 263rd pope to take the names of his two immediate predecessors was bailed by Cardinal Lawrence Sheeban, retired archbishop of Baltimore.

"I am delighted that the new pope has taken the name he has, which indicates that he intends to carry out the policies of Paul and John XXIII, Sheehun said.

"I think he has broken ground by choosing a double name . . . I certainly think it indicates that he intends to carry forward the new spirit that has appeared in the church" since John's tenure from 1958-63, said Sheehan.

President Carter, speaking "on behalf of the American people," said the new pope's voice "will be hard and echoed by people of good will throughout the

The Associated Press August 26, 1978, AM cycle          Page 78

world,"

     In a congratulatory telegram released Saturday night, the new York-based
American Jewish Committee pledged cooperation with the new pontiff.

     "In a world that is threatened by potential nuclear destruction and haunted
by vast human needs of the poor and deprived, we pledge to cooperate with Pope
John Paul not only in promoting improved understanding between Catholics and
Jews but as well in advancing the cause of world peace, human rights, and social
justice," the telegram said.  Across the United States, Catholics were urged to
pray for the new pope, and church leaders pledged to support him.  The bishop of
Rhode Island, the Most Rev. Louis E. Gelineau, said he would arrange a special
Mass of Thanksgiving.

     He said the rapidly election of Luciani is evidence the cardinals "were
pretty sure of themsleves . . . and that gives me a great deal of assurance."

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 26, 1978, AM cycle

**LENGTH:** 762 words

**BYLINE:** By EDWARD MAGRI, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

**Albino Luciani,** now John Paul I, the 263rd Roman Catholic pope, is the product of one of the thousands of villages that dot the Italian countryside - where a simple life prevails.

"I am a little man accustomed to little things and to silence," the 65-year-old cardinal recently told a reporter.

He had spent most of his life in Italy's Northeast where he was born at Forno di Canale, a village in an Alpine valley of the Dolomites on Oct. 17, 1912. His father, a socialist, was for many years a migrant worker in Switzerland until he got a job in the glassworks of Murano, an island in the Venice Lagoon. His mother was a peasant, "strong and devout," as he once said.

He entered the seminary very young and during summer vacations returned home to work in the fields.

Many in his home village, which was renamed Canale D'Agordo in 1964, remember seeing him cutting the grass wearing the black cassock seminarians then wore.

In the seminary and then at Rome's Gregorian University, from which he was graduated in dogmatic theology, his favorite subjects were philosophy, theology and literature. He was ordained priest on July 7, 1935, at the age of 22, and went to Rome to attend the Gregorian. For his graduating theses he wrote about the philosophy of Antonio Rosmini, a 19th-century priest who was for many years looked upon with distrust by the hierarchy.

After graduation, Luciani went back to his native village to work in the local parish, then in the nearby town of Agordo where he also taught religion in a vocational school.

From 1937 on and for 10 years he was deputy director in the Belluno Seminary where he had studied and taught theology, ethics, church law and art history. In 1948, Luciani became one of the top aides of the bishop of Belluno with the title of deputy vicar in charge of catechetics, the teaching of religion.

He concentrated in making this teaching as simple as possible so that illiterate mountain folks could understand it. He recounted his experiences in

a book entitled "Catechism in Crumbs," now in its seventh edition.

He once said: "The true treasures of the church are the poor, the little ones to be helped not merely with occasional alms but in a way they can be promoted."

He was vicar general in Belluno for four years, when Pope John XXIII named him bishop of Vittorio Veneto, south of Belluno, in 1958.

In Vittorio Veneto, the 46-year-old bishop was confronted by a financial scandal involving two priests who had piled up debts and overdrawn checking accounts.  Luciani summoned all the 400 priests in the diocese and spoke to them about the need for the church to be poor.  Then, he paid the two priests' debts out of diocesan income.

Luciani kept in constant touch with the parishes in the diocese, sometimes riding a bicycle for his "pastoral" visits.

During the 1962-65 Vatican Council Luciani said it was difficult for him to change his frame of mind from pre-council church attitudes to the more liberal teachings.

"The part that cost me more problems was that on religious liberty," he said later, re-ring to the council's decree stating the right of full and equal liberty for believers and non-believers.  Referring to Cardinal Alfredo Ottaviani, the conservative former head of the Holy Office, he added: "For years I had been teaching Ottaviani's theories about law, according to which only the true Roman Catholic religion has rights.  I convinced myself we were wrong."

After 11 years in Vittorio Veneto, Pope Paul named Luciani patriarch of Venice, one of Italy's most prestigious episcopal posts.  Luciani is the third patriarch of Venice to be elected pope this century, after Pius X in 1903 and John XXIII in 1958.

One of Luciani's first decisions in Venice was to allow parishes to sell jewels and precious stones in the churches and to give the proceeds to the poor. He refused to wear the customary precious ring that symbolized his office.

But when the ferments stirred by the Vatican Council reached Venice and its industrial mainland of Mestre, Luciani appeared to be on the conservative side. He was against worker priests - those who went into the factories and fields to labor with the laity and criticized unions over strikes and workers' demonstrations.

In 1975 he recommended disciplinary punishment for priests who spoke out in favor of the Communist Party or other leftist groups.

But his insistence has been on keeping in line with the liberalizing Second Vatican Council, which opened under the reign of Pope John XXIII and ended under Pope Paul VI.

263 of 266 DOCUMENTS

Copyright 1978 Associated Press
All Rights Reserved

The Associated Press

**August** 26, 1978, AM cycle

**LENGTH:** 1036 words

**BYLINE:** By DENNIS REDMONT, Associated Press Writer

**DATELINE:** VATICAN CITY

**BODY:**

Cadinal **Albino Luciani,** an Italian prelate who is considered a moderate, was elected Saturday as the 263rd pope and spiritual leader of the world's 700 million Roman Catholics.The new pope, considered a surprise choice, took the name of John Paul I.

They are the names of his two immediate predecessors, Paul VI and John XXIII, and were taken by the 65-year-old Luciani after his election by the 111 cardinals voting in a secret conclave in the Sistine Chapel. His choice indicated he plans to follow in the footsteps of Paul and John and their reform policies.

The papal election was clouded in confusion for the world watching outside the sealed chapel and depending on puffs of smoke from a chimney for first word of an election.

White smoke signifies the election of a new pope, but the smoke that fluttered from the chapel roof ranged from white to black to grey. Black would have meant the ballots of an inconclusive vote were being burned, as they were after two unsuccessful votes Saturday morning.

The confusion ended at sunset as the doors of the main balcony at St. Peter's Basilica opened. Cardinal Pericle Felici emerged and made the traditional announcement in latin. "Annuntio vobis gaudium magnum. Habemus Papam," "to announce to you great joyful news. We have a pope."

He was followed to the balcony by Luciani, already clad in the vestments of pope, who offered the traditional blessing, "Urbi et Orbi" - "To the city of Rome and the world." The new pope waved with both hands to the throng gathered below in St. Peter's Square.

The new pontiff appeaed 67 minutes after the first puff of smoke rose from the chimney.

The bells of all churches in Rome began 10 minutes of chimes to salute Pope John Paul I.

The new pope holds a degree in theology. During the 11 years he was bishop

The Associated Press August 26, 1978, AM cycle          Page 84

of Vittorio Veneto he gave priority to pastoral activities in his diocese.

Luciani's surprise election recalled that of John XXIII in 1958, one of the new pope's predecessors as Patriarch of Venice.  John Paul, like John XXIII, was not considered a leading candidate.

Unlike his three predecessors, John Paul has no diplomatic experience.  He appeared also to be the first pope to take two names.

Paul VI died Aug. 6 at age 80 after 15 years as pope.

While bishop, Luciani was fond of bicycling around his diocese.

During the second Vatican Council, when most Italian bishops clashed with their German and Dutch peers over progressive proposals, he kept open a dialogue between both sides.

Luciani's lightning election recently only Pope Pius XII was elected within 24 hours - confounded most pre-conclave predictions.

The new pope is thin, wears glasses and has short cropped dark hair.

He drew cheers from the crowd in St. Peter's square as he emerged for the first time in papal vestments, which had been tailored in three sets in advance to fit any likely candidate.

His high-pitched voice cracking with emotion, the new pontiff gave his first blessing to thousands gathered in St. Peter's Square and to millions of others watching on a worldwide television hookup.

Luciani became a cardinal after 11 years at Vittorio Veneto in the foothills of the Alps near Venice.  He distinguished himself by his works on catechism, or Catholic education.

As Patriarch of Venice he greeted Pope Paul on one of his trips to Udine in 1972 on the occasion of an Italian eucarhistic conference.

The actual vote of the cardinals is sealed in secrecy by an oath taken when they first began the conclave on Friday.  Traditionally the winner must have received a majority of two-thirds plus one, but on orders from the late Pope Paul all ballots and personal notes were to be burned after the election.

The first two rounds of balloting failed to produce a pope.  But after the afternoon sessions opened, the color of the smoke pouring from the chapel seemed to be white, then black, then grey, leaving observers uncertain over whether a pope was chosen or not until it was announced from the balcony.

The pope is believed by catholics to be the successor to St. Peter, who according to church tradition was chosen by Christ to head his church on earth.

The cardinals, locked in the Sistine Chapel, woke about 7 a.m. and before starting the vote celebrated masses at three different altars.

It took one day voting to elect Pius XII in 1939, three days for John XXIII in 1958 and two for Paul VI in 1963.

Out of 111 cardinals in the conclave, 100 were in it for the first time since

The Associated Press August 26, 1978, AM cycle          Page 85

they were appointed by Paul VI.  August 26, 1978, AM cycle

   John Paul's quick election also came as a surprise.  The cardinals had only
entered the conclave Friday.  The number of ballots taken was secret, but it was
believed there were two in the morning session.  The cardinals began their
afternoon deliberations at 4:30 p.m. 10:30 a.m. EDT and in less three hours the
formal announcement of the election was made.

   The new pope decided to keep the cardinals sequestered in the conclave until
9:30 a.m. Sunday 3:30 a.m. EDT in order to talk with them, as Pope Paul had
done.

   Carlo Confalonieri, dean of the College of Cardinals, said John Paul's
coronation probably will take place Sept. 3 - next Sunday.

   "Luciani is a bishop who always fully did his duty," Cardinal Confalonieri
said.  "He reflects a lot, he writes well and he speaks well.  The church has
chosen well."

   President Carter, vacationing in Wyoming, sent congratulations to John Paul
and a prayer that his voice on behalf of peace and justice will be heard and
echoed by people of good will throughout the world," the White House announced.

   Luciani, son of a socialist glass-worker, was born near Belluno in northern
Italy.  He was ordained a Priest at age 22, became patriarch of Venice nine
years ago and a cardinal in 1973.

   In the area of church policies, Luciani was fully behind Pope Paul in his
opposition to any form of artificial birth control or any change in the church's
firm opposition to abortion.

   Church cources said John Paul is expected to carry on the reforms of the
1962-65 Vatican Council that broadened the Church's international outlook and
led to closer relations with other Christian and non-Christian creeds.