STRAND PRICE $17.50



YALLOP, DAVI/IN GOD'S NAME: AN
0-553-05073-7 RELIGION-CHRISTIANT 2/21/07
STRAND BOOK STORE

# IN GOD'S NAME

## AN INVESTIGATION INTO THE MURDER OF POPE JOHN PAUL I

### DAVID A. YALLOP



BANTAM

$16.95

This extraordinary book, product of more than three years' intensive investigation, unfolds a story so powerful in its revelations, so persuasively argued, so shocking in its inescapable conclusions that it is certain to make a stunned world take note. For, in this detailed and meticulously researched document, published simultaneously in 8 languages, the world will learn that on September 28, 1978, a murder was committed "In God's Name"—*the murder of Albino Luciani, Pope John Paul I.*

Not long after he became the 263rd successor to St. Peter, Pope John Paul I threw open the windows and shutters in the papal apartments that had been closed since the death of Pope Paul VI. And he decreed that they should stay open.

It was an act that seemed to symbolize the papacy of the man the press called the "Smiling Pope." He was the world's pastor, not its prince.

When he died suddenly just thirty-three days after his reign had begun, he had written no encyclicals, given no major speeches and made no important appointments. There simply had not been enough time. Or had there been?

As David Yallop reveals, Pope John Paul I had, by the evening of September 28, 1978, decided on startling changes that would affect the doctrine, finances and hierarchy of the Roman Catholic Church. These changes would be opposed by many, among them six powerful men who knew that the Pope's decisions could mean the end of their careers, if not their lives. Unless, of course, they acted first.

Early on the morning of September 29, Albino Luciani was found dead.

No official death certificate has ever been issued.

No autopsy was performed.

The cause of death, referred to by the Vatican in the vague terms, "possibly related to myocardial infarction," *in fact* remains unknown.

(Continued on back flap)

(Continued from front flap)

When, at 7:27 A.M. on that fateful September day, Vatican Radio announced to 800 million grief-stricken Catholics that John Paul I had succumbed to a heart attack sometime the previous evening, the cover-up of the true circumstances surrounding his death had already been underway for crucial hours—while a vow of silence was imposed on members of the Papal household, and critical evidence disappeared.

Now, in this fully documented minute-by-minute account of John Paul I's last hours and the events that followed, David Yallop reveals how the intricate web of Vatican lies was fabricated and explores the motives and opportunities of the six powerful men who stood at the center of a deadly conspiracy.

DAVID A. YALLOP is the author of four previous investigative works: *To Encourage The Others* (which caused the British government to reopen a murder case which had been closed for over twenty years); *The Day The Laughter Stopped* (the definitive biography of Fatty Arbuckle); *Beyond Reasonable Doubt?* (which led directly to the freeing of a man serving a life sentence for murder); and most recently, *Deliver Us From Evil*, an investigation into the identity of the Yorkshire Ripper. It was during that investigation that Mr. Yallop's work came to the attention of the highly-placed, secret sources within the Vatican who first convinced the author of the need for an examination of the circumstances surrounding the death of Albino Luciani. Three years of intensive investigation followed and led the author from Rome to New York, South America to London and to sources as diverse as cardinals and criminals, Mafiosi, monsignors and government agents; from private, confidential interviews to the exhaustive search through thousands of pages of previously overlooked public documents. The result is *In God's Name*—a work of monumental research and importance.

An Alternate Selection of
of The Book-of-the-Month Club.

Bantam Books, Inc.
666 Fifth Avenue
New York, New York 10103
Printed in the United States of America

## SEPTEMBER 28, 1978

On September 28, 1978, while Pope John Paul I sat down to a frugal dinner in the third-floor dining room of the Apostolic Palace within Vatican City, other men in other places were deeply anxious about the activities of the newly elected pope....

In the Vatican Bank, the lights still burned. Word had reached its head, Bishop Paul Marcinkus, that the new pope had quietly begun an investigation into the Vatican Bank and the methods Marcinkus used to run it. Paul Marcinkus was about to be removed....

At his desk, Cardinal Jean Villot, Vatican Secretary of State, studied the list of appointments, resignations, transfers, that the pope had handed him one hour previously. In Villot's mind there could be no doubt that there was to be a dramatic change—one that would constitute a betrayal of Paul VI....

In Buenos Aires, banker Roberto Calvi consulted his protector, Licio Gelli, the formidable head of the secret organization, P2. Calvi had been beset by problems even before the election of John Paul I. Now he faced total ruin....

In New York, Sicilian banker Michele Sindona was fighting extradition to Italy. If John Paul I continued to dig into the web of corruption at the Vatican Bank, the trail would lead back to Michele Sindona....

In Chicago, Cardinal John Cody received a phone call from Rome: the pope had decided that Cardinal Cody was to be replaced....

Sometime during the late evening of September 28, 1978 and the early morning of September 29, 1978, thirty-three days after his election, John Paul I died. Time of death: Unknown. Cause of death: Unknown.

On September 28, 1978 these six men—Marcinkus, Villot, Calvi, Gelli, Sindona, Cody—had a great deal to fear if the papacy of John Paul I continued. One of these six men applied the Italian Solution: The pope must die!

—*from the Prologue*

0-553-05073-7