
Tamara Carmichael
Christelette A. Hoey
Joshua Krumholz (*Pro Hac Vice*)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

ROGER R. CRANE, JR.,                    :        07 Civ. 7063 (BSJ)(FM)

                Plaintiff,    :

                                        :        **ORDER GRANTING PRO HAC VICE**
                                                 **ADMISSION OF JOSHUA KRUMHOLZ**
-against-

                                        :

                                        :

POETIC PRODUCTS LIMITED,                :

                Defendant.    :

-----------------------------------------------x

      **THIS MATTER** having come before the Court upon the application of Tamara Carmichael, a member of the bar of this Court, for entry of an Order, pursuant to Local Civil Rule 1.3(c), permitting the appearance *pro hac vice* of Joshua Krumholz, an attorney of the State of Massachusetts, on behalf of defendant, Poetic Products Limited, and the Court having considered the Affidavit of Ms. Carmichael sworn to November 9, 2007, the Verified Petition of Mr. Krumholz sworn to November 2, 2007, and the consent of all parties to Mr. Krumholz's admission, and the requirements for Mr. Krumholz's *pro hac vice* having been met; and good cause having been shown;

**IT IS SO ORDERED** on this ___25th___ day of ___November___ 2007, that the application seeking the admission *pro hac vice* of Joshua Krumholz so that he may appear and participate in this matter on behalf of the Poetic Products Limited is hereby granted; and it is

**FURTHER ORDERED** that Mr. Krumholz shall abide by the Federal Rules of Civil Procedure, the Local Civil Rules and all disciplinary rules; and it is

**FURTHER ORDERED** that Mr. Krumholz shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of Holland & Knight LLP who is a member of the bar of this Court and who shall be held responsible for them and for the conduct of this cause and of the admitted attorneys therein.

_____
Hon. Barbara S. Jones, U.S.D.J.

# 4849757_v1