Tamara Carmichael
Christelette A. Hoey
Joshua Krumholz (*Admitted Pro Hac Vice*)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER G. CRANE, JR., <br><br> Plaintiff, <br><br> v. <br><br> POETIC PRODUCTS LIMITED, <br><br> Defendant. | Case No.: 07 Civ. 7063 (BSJ)(FM) |
| POETIC PRODUCTS LIMITED, <br><br> Counterclaimant, <br><br> v. <br><br> ROGER G. CRANE, JR., <br><br> Counterclaimant Defendant. | **NOTICE OF MOTION FOR STAY OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE THAT,** upon the annexed supporting memorandum of law, the Rule 56(f) declaration of Christelette A. Hoey, and all prior pleadings filed heretofore herein, the undersigned will move this Court before the Honorable Barbara S. Jones, U.S.D.J., at the United States Courthouse, 500 Pearl Street, Courtroom 2510, New York, New York 10007, at a date and time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56(f) granting the motion to stay Plaintiff's motion for summary judgment in this matter, or, at a

# 4965121_v1

minimum, to extend the time to respond as detailed in the accompanying memorandum of law submitted by Poetic Products.

    A proposed form of order is attached hereto.

Dated: November 28, 2007

                              Respectfully Submitted,

                              HOLLAND & KNIGHT LLP

                              By: _____
                              Tamara Carmichael
                              Christelette Hoey
                              Joshua Krumholz (*Admitted Pro Hac Vice*)
                              195 Broadway, Floor 24
                              New York, New York 10007
                              (212) 513-3200 (phone)
                              (212) 385-9010 (fax)

                              Attorneys for Defendant-Counterclaimant Poetic Products Limited