Tamara Carmichael
Christelette A. Hoey
Joshua Krumholz (*Admitted Pro Hac Vice*)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER G. CRANE, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>POETIC PRODUCTS LIMITED,<br><br>    Defendant. | Case No.: 07 Civ. 7063 (BSJ)(FM) |
| POETIC PRODUCTS LIMITED,<br><br>    Counterclaimant,<br><br>v.<br><br>ROGER G. CRANE, JR.,<br><br>    Counterclaimant Defendant. | **ORDER GRANTING MOTION FOR STAY OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

**THIS MATTER** having come before the Court upon defendant-counterclaimant Poetic Products Limited's Motion to Stay Plaintiff's Motion for Summary Judgment and all papers filed in support thereof, for entry of an Order, pursuant to Federal Rule of Civil Procedure 56(f), staying Plaintiff's motion for summary judgment pending entry of a scheduling order and completion of discovery, and the Court having considered the record and pleadings in this case, and the requirements for such stay having been met; and good cause having been shown;

**IT IS SO ORDERED** on this _____ day of _____, 2007, that the application seeking the stay of Plaintiff's motion for summary judgment is hereby granted; and it is

**FURTHER ORDERED** that the parties shall complete discovery in accordance with the Scheduling Order(s) of this Court before the Court will consider the Plaintiff's motion for summary judgment.

_____
Hon. Barbara S. Jones, U.S.D.J.


# 4965297_v1