UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER R. CRANE, JR,

                         Plaintiff,

- vs -

POETIC PRODUCTS LIMITED,

                         Defendant.

POETIC PRODUCTS LIMITED,

                         Counterclaimant,

- vs -

ROGER R CRANE, JR,

                         Counterclaim Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Case No. 07 Civ. 7063 (BSJ) (FM)

**STIPULATION OF TIME FOR PLAINTIFF/COUNTERCLAIM DEFENDANT ROGER R. CRANE, JR. TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for plaintiff/counterclaim defendant ROGER R. CRANE, JR. and defendant/counterclaimant POETIC PRODUCTS LIMITED, that the time for plaintiff/counterclaim defendant to file his opposition and reply to the Motion to Stay Plaintiff's Motion for Summary Judgment and the Motion for Summary Judgment in this action is hereby extended to and includes the 4th day of January 2008. It is further stipulated and agreed that the time for defendant/counterclaimant to reply to the Motion to Stay Plaintiff's Motion for Summary Judgment in this action is hereby extended to and includes the 25th day of January 2008.

DATED:    New York, New York
               December 5, 2007

NIXON PEABODY LLP
Attorneys for Plaintiff/Counterclaim
Defendant

By: _____
Frank H. Penski
Tamar Y. Duvdevani
Alison B. Cohen
437 Madison Avenue
New York, N.Y. 100022
(212) 940-3000

HOLLAND & KNIGHT LLP
Attorneys for Defendant/Counterclaimant

By: _____
Tamara F. Carmichael
Christelette A. Hoey
195 Broadway
New York, N.Y. 10007
(212) 513-3563

SO ORDERED:

_____
HONORABLE BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dec. 7, 2007

10622809.1

2