# EXHIBIT 4

## COMPARISON BETWEEN "THE LAST CONFESSION" ("TLC"), ACT 1, AND "IN GOD'S NAME" ("IGN")

NOTE:  This submission is made to aid the Court and PPL reserves the right to supplement in the future upon development of a record and additional facts not available to it outside of discovery related to this case, including verification of Crane's statements.)

**Introductory Notes:**

- **The Last Confession will be referred to as TLC In God's Name will be referred to as IGN. The Text from The Last Confession is in italics. The Text from In God's name is in standard print. Numbers are page numbers.**
- **There may be additional instances of copying that have not yet been noted. The right to amend and add to this document is therefore fully reserved after development of additional facts through discovery.**
- **The color highlighting is used to assist in demonstrating instances of language copying. This should not be taken to be a final or determinative statement of the extent of language or other copying which Poetic Products Limited alleges as constituting infringement of its copyright in IGN. Language copying itself amounts to breach of copyright, but also indicates other forms of copying that amount to breach of copyright. The colour coding is as follows:**

  **RED: Identical wording in LC and IGN.**

  **GREEN: Similar wording in LC and IGN, including paraphrasing, synonyms, different tenses and the like.**

  **YELLOW: Expression of ideas and themes in IGN which have been copied in LC, without there necessarily being identical or similar language used. It is emphasised that this is not intended to be a "catch-all" of all copying that is not identified in the Red or Green categories, as each cited reference is a copy of PPL's expression. Accordingly, further and different instances of copying may be alleged (including those identified in footnotes), including copying of selection, coordination and arrangement of material and copying of structure and themes of IGN as well as Mr. Yallop's overall expression.**

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| IGN48/49.<br><br>Eventually a collection of the letters was published in book form, Illustrissimi the most illustrious ones.<br><br>The book is a delight. Apart from providing an invaluable insight into the mind of Albino Luciani, each letter comments on aspects of modern life……… …… Chesterton and Walter Scott receive a letter from the Patriarch, as do Goethe, Alessandro Manzoni, Marlowe and many others. There is even one addressed to Christ which begins in typical Luciani fashion.<br><br>Dear Jesus,<br><br>I have been criticized. 'He's a Bishop, he's a Cardinal,' people have said, 'he's been writing letters to all kinds of people: to Mark Twain, to Péguy, to Casella, to Penelope, to Dickens, to Marlowe, to | *TLC11*<br><br>*BENELLI: Albino, it's good to see you. I enjoyed your book.*<br><br>*LUCIANI: You did? Thank you. It was just some letters.*<br><br>*BENELLI: Yes (Smiling.) but to Mark Twain, Jules Verne…very illustrious. What brings you to Rome ?* | * Limited example by Crane in his Memo to claim no copyright protection in facts. Memo, pp. 22-23. Crane proposes that it is a fact that Pope JPI, when plain Luciani, wrote a book called *Illustrissimi,* consisting of letters written to historical and fictional figures including Mark Twain and Jules Verne and that PPL cannot as a matter of law claim that fact as its own.<br><br>* PPL has protection in the **expression of fact** that has been copied here, not the occurrence of it.<br><br>* Note the identicality/similarity of expression between the text of IGN and the Play:<br><br>IGN: The book is a delight" [not a fact but DAY's opinion].<br>TLC: I enjoyed your book.<br><br>IGN: "the most illustrious ones" [translation of the word *Illustrissimi* into English]<br>TLC: "very illustrious"<br><br>IGN: "Mark Twain, Jules Verne" [note the order of the appearance of the names and the comma between them].<br>TLC: "to Mark Twain, Jules Verne" |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Goldoni and heaven knows how many others. And not a line to Jesus Christ! <br><br> IGN148 <br><br> He quoted Mark Twain, Jules Verne and the Italian poet Trilussa. He talked of Pinocchio. Having already compared the soul to a car he now drew an analogy. <br><br> [Note from David Yallop: The extract above indicates just how detailed is the copying from my book to the play. I was puzzled to read the reference to Jules Verne in Benelli's speech, as I made no reference to Verne on page 48, but then I discovered it one hundred pages later!] | | * Similarity of copying of expression is emphasised when one looks at the other authors quoted by Crane as potential source for this passage of the Play [see Memorandum of Law pages 22-24]: <br><br> Hebblethwaite: no comment on the book being enjoyable or delightful; no use of English word "illustrious"; no reference to Twain, Verne or any names; <br><br> Greeley: mentions "Jules Verne, Mark Twain", but not in same order as in the Play and IGN; no mention of the book being enjoyable or delightful; no use of the word "illustrious"; <br><br> Murphy: mentions on "Mark Twain"; no mention of Jules Verne; no mention of the book being enjoyable or delightful; no use of the word "illustrious" |
| IGN25 <br><br> It was customary for the Patriarch of Venice to have his own boat. Luciani had neither the personal wealth nor the inclination for what | *LC12.* <br><br> *Luciani: My parishioners wanted me to have my own boat and gondolier. Can you imagine a private boat just waiting for me?* | * Another example of identicality/similarity of expression of fact and copying of selection, coordination and arrangement <br><br> *David A. Yallop ("DAY") first researched the facts and then used his |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| seemed to him an unnecessary extravagance. When he wanted to move through the canals he and Father Mario would catch a water bus. If it was an urgent appointment Luciani would telephone the local fire brigade, the carabinieri or the finance police and beg the loan of one of their boats. Eventually the three organizations worked out a roster to oblige the unusual priest. | *Benelli: I've seen your car. You could do with a boat... What do you do when you need one?*<br><br>*Luciani: Call the fire brigade. They lend me one of theirs.*<br><br>*Benelli: And if there is a fire ?*<br><br>*Luciani: (smiling.) Sometimes even God has to wait………* | skill as an author to create and craft the expression of such facts in a way that conveys them in readable form to his readership. That ability to use language in a way that communicates with the reader is what sets one author apart from another.  It is that expression and phrasing which PPL claims Mr Crane has taken.<br><br>* Excerpt is not an historic fact itself, but DAY's expression and summary, his view of facts and how they might have unfolded<br><br>* A comparison of the selection, coordination and arrangement between the words, and the use of identical or similar words, in the two adjoining columns reveals the very similar expression and "turn of phrase" between IGN and TLC<br><br>* DAY selected to present and express in the first sentence of each a reference to the Patriarch of Venice having his own boat. IGN refers to Luciani's parishioners wanting him to have one.<br><br>* The second sentence of IGN expresses Luciani's not having the |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | | inclination for the extravagance of a boat. The second sentence of TLC has Luciani deriding the idea of his having a private boat.<br><br>* Then, IGN sets out how Luciani would travel around Venice, stating they would "telephone the local fire brigade… and beg the loan of one of their boats". In TLC, this identical material and expression is copied in an exchange between Benelli and Luciani, with Luciani saying he would "Call the fire brigade. They lend me one of theirs".<br><br>* TLC does not just copy some words verbatim and use very similar language and expression, but structurally follows IGN.<br><br>* DAY has written many screenplays for TV and film and understands the process of dramatization. This passage (and many others) in TLC is obviously a dramatization of the equivalent text in IGN.<br><br>* An indication of just how extensively Crane has used IGN as copied from IGN can be gauged from the following Crane's Benelli: "*: I've seen your car.* |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | | ***You could do with a boat...*** <br> IGN page 60: "As the day of the Conclave drew nearer Albino Luciani had other concerns. The five-year-old Lancia 2000 had developed engine trouble. He told his secretary, Father Lorenzi, that he must get it repaired quickly." IGN 65: "… This then was the man who now merely wished to cast his vote, see a new Pope elected, climb into his repaired Lancia and to home to Venice." <br><br> Demonstrably, without the latter, we would not have the former. Crane has admitted copying part of TLC12 from IGN. In the light of the above, he might now feel inclined to admit a little more. |
| IGN 27 <br><br> The offices of the Patriarch were frequently filled with ex-prisoners, alcoholics, poor people, abandoned people, tramps, women who could no longer work as prostitutes. One such unfortunate still wears the pyjamas Luciani gave him and writes 'thank you' letters to a man no longer here to read them.............. | *TLC Page 12.* <br><br> *Luciani: When the Pope sent me to Venice the churches were empty but the streets were filled with prostitutes, with the mentally ill, with the handicapped. The City had shut its doors. I opened mine. Many priests objected to giving* | * Crane has already admitted in Exhibit C to his declaration that the bulk of this scene was "borrowed" from IGN 27 and 28. He claims that the first three lines "originated elsewhere". <br><br> * IGN 25: "The pagan city was in dire need of Christ's blessing. It was bulging with monuments and churches that proclaimed the former glories of an imperial republic, yet Albino Luciani rapidly learned that the majority of the churches within the 127 parishes were continually nearly empty. If one |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| IGN27/28.<br><br>One of the injustices that Luciani continuously worked to eliminate in Venice concerned a widely prevalent attitude towards the subnormal and the handicapped. Not only the mayor and city officials showed indifference, but Luciani found the same prejudice among some of his parish priests. When he went to give First Communion to a large group of handicapped people at St Pius X in Marghera he had to cope with a delegation of protesting priests who argued that he should not do such a thing: 'These creatures do not understand.' He instructed the group that he was personally ordering them to attend the First Communion. After the Mass he picked up a young girl suffering from spina bifida. The congregation was completely silent. | *TLC 13*<br><br>*communion to the* prostitutes and *handicapped. These creatures do not understand, they said. So after mass I asked a young girl who was afflicted with a terrible spinal disease if she knew what she had received. She said, "Yes. Jesus." I will not abandon them.* | discounted the tourists, the very young and the very old, then church attendance was appallingly low. Venice is a city that has sold its soul to tourism."<br><br>* The above extract plus the extract already quoted from IGN 27 demonstrate not only a copying of DAY's words and expression in IGN, but a copying of the very atmosphere/mood from which they are expressed or, to put it more precisely, the very expression of the fact. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| 'Do you know whom you have received today?' he asked the little girl.<br><br>'Yes Jesus.'<br><br>'And are you pleased?'<br><br>'Very.'<br><br>Luciani turned slowly and looked at the group of protesting priests.<br><br>'You see, they are better than we adults.' | | |
| IGN28/32<br><br>Because of the reluctance of the City Council to contribute to Special Work Centres, Luciani was obliged initially to rely on diocesan funds and the bank known as 'the priests' bank', Banca Cattolica del Veneto. Soon after he had been made a | *TLC 12*<br><br>*LUCIANI: I need help. Bishop Marcinkus is selling the Catholic Bank of Venice.*<br><br>*BENELLI: Yes, I know. For less than it's worth…*<br><br>*TLC 14* | * Scenes TLC11-TLC19 inclusive: The colour-codes textual comparison alongside indicates a very extensive similarity and in a considerable number of instances direct copying.<br><br>* Crane claims that much of what he says within these scenes comes from the book *A Thief in the Night* by John Cornwell. The sole purpose of Cornwell's book, however, was to investigate and examine IGN. As such, |

---

[1] Attributed to Marcinkus in IGN. Dialogue of Marcinkus in LC.
[2] Attributed to Cody in IGN. Dialogue of Marcinkus in LC.
[3]

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Cardinal he became aware that it was no longer the priests' bank. Joining the regular crowd in his outer office who required help, he now found bishops, monsignors and priests. In the past the bank had always loaned money to the clergy at low interest rates. It was a bank founded for the diocese which had previously contributed to the vital work for that section of society which Luciani described in the following words:<br><br>'They have no political weight. They cannot be counted on for votes. For those reasons we must show our sense of honour as men and Christians towards these handicapped people.'<br><br>By mid-1972 the low interest loans had stopped. The Venetian clergy were advised that in future they would have to pay the full rate of interest no matter how laudable the work. The | <br>BENELLI: *[to VILLOT]* He is selling it for far less than it is worth. *Why?*<br><br>VILLOT: (Dismissively.) *He's an American… from Chicago….*<br><br>BENELLI: *Cicero, to be precise. The home of the gangster, Al Capone.*<br><br>*TLC16*<br><br><br>MARCINKUS: *Calvi has the complete confidence of myself … and of course His Holiness.*<br><br>*TLC17*<br><br>MARCINKUS: *I am accountable only to the Pope and to God.*<br><br>*TLC18*<br><br>PAUL: (To Benelli.) *It seems to be necessary. Is Luciani upset?* | there is inevitably extensive direct or indirect copying from IGN by Cornwell. As in many other aspects of IGN, the information contained within my book dealing with matters financial came to me in the first instance in the Italian language, from direct interviews, and from a wide variety of documents. That anybody, be it Cornwell, Crane *et al*, should use language so similar as that within the pages of IGN is inexplicable unless they were copying from IGN. IGN was published in June 1984; Cornwell's book was published in 1989. When Cornwell interviewed DAY in January 1988, he readily admitted that he was drawing heavily from IGN, which clearly functioned as a primer. PPL submits that Crane used the same primer. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| priests complained to their bishops. The bishops made a number of discreet enquiries.<br><br>Since 1946 the Istituto per le Opere di Religione, the IOR, usually referred to as the Vatican Bank, had held a majority share in Banca Cattolica del Veneto. The various dioceses in the Veneto region also had small shareholdings in the bank amounting to less than 5 per cent of the bank's share.<br><br>In the normal commercial world this would make the minority shareholder vulnerable, but this was not the normal commercial world. A clear understanding existed between Venice and the Vatican that the IOR's vast shareholding (by 1972 it was 51 per cent) was an insurance against any potential takeover by a third party. Despite the very low interest rates charged to the Veneto clergy the bank was one of the | *BENELLI: Yes.*<br><br>*TLC19*<br><br>*PAUL: He is a good man. He understands that sometimes it is necessary to sacrifice.*<br><br>*TLC19*<br><br>*PAUL: (to BENELLI) Bishop Marcinkus has our complete confidence... In financial matters* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| wealthiest in the country. Where the priest banks the parishioner will follow. (A significant amount of the bank's wealth was derived from real estate holdings in Northern Italy.) This happy arrangement had now been abruptly terminated. ▓▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓▓ ▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓ ▓▓▓ ▓▓▓▓▓▓▓▓ or any person in the Veneto region. ▓▓▓ ▓▓▓ ▓▓▓ ▓▓▓▓ ▓▓▓▓▓▓▓ ▓▓▓ ▓▓▓▓▓▓ ▓▓▓ Vatican Bank President, Paul Marcinkus. The man who had done the buying was Roberto Calvi, of Banco Ambrosiano, Milan. <br><br>The bishops of the region descended en masse on the Patriarch's office in St Mark's Square. He listened quietly as they outlined what had happened. They told him how in the past when they had wished to raise capital they had turned to the Vatican Bank who had loaned money, holding their | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| shares in Banca Cattolica as security. Now these shares, along with a large stake independently acquired by the Vatican Bank, had been sold at a huge profit to Calvi.<br><br>The enraged bishops pointed out to Luciani that had they been given the opportunity they could have raised the necessary money to repay the Vatican Bank and thereby re-acquire their shares. What was more pertinent in their eyes was the appalling breach of trust perpetrated by Marcinkus, acting on behalf of the Vatican that claimed to be the moral leader in the world; he had at the very least displayed a total lack of morals. The fact that he had kept the entire profit on the transaction for the Vatican Bank may also have caused some of their anger.<br><br>The bishops urged Luciani to go directly to Rome. They wanted Papal intervention. | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| If that intervention took the form of firing Paul Marcinkus it was clear that in the Veneto region at least, not many tears would be shed. Luciani calmly weighed the problem. Ever a prudent man, he considered he needed more facts before laying such a problem before Pope Paul.<br><br>Luciani began to probe quietly. He learned a great deal about Roberto Calvi and also about a man named Michele Sindona. What he learned appalled him. It also alerted him to the dangers of complaining directly to the Pope. Based on the information he had obtained it was clear that Calvi and Sindona were highly favoured sons of the Church and were held in great esteem by Paul VI. The man Albino Luciani turned to was one who had become a close friend over the previous five years. Under Secretary of State Monsignor Giovanni Benelli. | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Though Benelli was number two in the Secretariat of State under Cardinal Villot, to all intents and purposes he ran the department. And as Pope Paul's troubleshooter Benelli not only knew where all the bodies were buried – he was responsible for the placement of quite a number of them.<br><br>Benelli listened while the Patriarch of Venice told his story. When he had finished the Monsignor gave his Eminence another cup of coffee as Luciani uttered a qualification.<br><br>'I have not of course seen any documentary evidence.'<br><br>'I have,' responded Benelli. Calvi is now the majority shareholder in the Banca Cattolica del Veneto. Marcinkus sold him 37 per cent on March 30th.'<br><br>Benelli was a man who | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| enjoyed reeling out facts and figures. He told the wide-eyed Luciani that Calvi had paid 27 billion lire (approximately $45 million) to Marcinkus, how the sale was the result of a scheme hatched jointly by Calvi, Sindona and Marcinkus, of a company called Pacchetti which had been purchased by Calvi from Sindona after its price had been grossly and criminally inflated on the Milan stock exchange, of how Marcinkus had assisted Calvi in masking the nature of this and other operations from the eyes of Bank of Italy officials by putting the Vatican bank facilities at the disposal of Calvi and Sindona.<br><br>Luciani was bewildered. 'What does all this mean?' he asked.<br><br>'Tax evasion, illegal movement of shares. I also believe that Marcinkus sold the shares in your Venice bank at a deliberately low | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| ▓▓▓▓ and Calvi paid the balance, a separate 31 billion lire deal on Credito Varesino.'<br><br>Luciani became angry. 'What has all this to do with the Church of the poor? In the name of God . . .'<br><br>Benelli held up a hand to silence him. 'No, Albino, in the name of profit.'<br><br>'Does the Holy Father know these things?'<br><br>Benelli nodded.<br><br>'So?'<br><br>'So ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ Paul Marcinkus ▓▓▓▓▓▓ ▓▓ ▓▓▓ ▓▓▓▓.'<br><br>'▓▓▓▓▓▓▓▓▓▓▓▓▓▓'<br><br>'Precisely. And I must confess I fully approved. I've had cause to regret that many times.'<br><br>'Then what are we to do? | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| What am I to tell my priests and bishops?'<br><br>'You must tell them to be patient, to wait. Eventually Marcinkus will over-reach himself. His Achilles heel is his greed for Papal praise.'<br><br>'But what does he want to do with all this money?'<br><br>'He wants to make more money.'<br><br>'For what purpose?'<br><br>'To make more money.'<br><br>And in the meantime should my priests get out begging bowls and tramp through the Veneto?'<br><br>'In the meantime you must counsel patience. I know you have it. Teach it to your priests. I'm having to apply it.'<br><br>Albino Luciani returned to Venice and called his fellow | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| bishops to his office. He told them some of what had transpired in Rome, enough to make it abundantly clear that the Banca Cattolica was now for ever lost to the diocese. Later some of them talked about it. They concluded that this would never have happened in the days of Cardinal Urbani. They felt that Luciani's innate goodness had proved a useless weapon against the IOR. Most of them, including Luciani, sold what remaining shares they held in the bank to express their disapproval of the Vatican's conduct. In Milan Roberto Calvi was gratified to note that his brokers had acquired on his behalf another small piece of the priests' bank in Venice.<br><br>Albino Luciani and many others in Venice closed their accounts at the Banca Cattolica. For the Patriarch of Venice to move the official diocesan accounts to the small Banco San Marco | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| was an extraordinary step. He confided to one colleague, 'Calvi's money is tainted. The man is tainted. After what I have learned of Roberto Calvi I would not leave the accounts in his bank if the loans they granted to the diocese were totally free of interest.'<br><br>Luciani then attempted to get the directors of Banca Cattolica to change the name of the bank. He insisted that for the word Catholic to appear in their title was an outrage and a libel on all Catholics.<br><br>In Rome Pope Paul VI was made fully aware of the added burden that had been placed on the Veneto region by the sale of the Banca Cattolica. Giovanni Benelli urged the Holy Father to intervene but by then the sale to Calvi was already a reality. When Benelli argued for the removal of Marcinkus the Pope responded with an agonized helpless shrug of | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| the shoulders but the fact that Luciani had not led an open rebellion left a deep impression on Paul. At the slightest opportunity he would proclaim the goodness of the man he had appointed Patriarch of Venice. In an audience with Venetian priest Mario Ferrarese he declared three times, 'Tell the priests of Venice that they should love their Patriarch because he is a good, holy, wise, learned man.'<br><br>In September 1972, Pope Paul stayed at the Patriarch's Palace on his way to a Eucharistic Congress in Udine. In a packed St Mark's Square the Pope removed his stole and placed it over the shoulders of a blushing Luciani. The crowd went wild. Paul was not a man to make insignificant public gestures.<br><br>IGN 32<br><br>When the two men were being | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| served coffee in the Palace he made a more private one. He indicated to Luciani that 'the little local difficulty over finance' had reached his ears. He had also heard that Luciani was trying to raise money for the creation of a work centre for the sub-normal at Marghera. He told Luciani how much he approved of such work and said that he would like to make a personal donation. Between Italians, that most voluble of races, much is often unsaid but understood.<br><br>IGN 37.<br><br>While the previous day's meeting had been largely of an informal nature, this confrontation with Marcinkus was an interrogation. On the evidence that the US Department of Justice had carefully and painstakingly acquired over more than two years, Lynch and Aronwald and FBI agents Biamonte and Tammaro had before them the man who had master-minded | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| one of the world's greatest swindles. If the evidence was correct then the Chicago suburb f Cicero's claim for world notoriety would in future be shared by Al Capone and Paul Marcinkus. But as Mrs Beeton observed, 'first catch your hare'.<br><br>IGN291<br><br>Marcinkus brought many facets to his work in the Vatican Bank; not least were elements of his early childhood of Al Capone Cicero. 'How are your gangster friends in Chicago, Paul?' was a running joke in the early 1970s. It was heard less after Sindona's trial. It is not heard at all after the Calvi débâcle.<br><br>IGN39<br><br>the things that makes my position completely unique is that I am answerable only to the Pope' as to how I handle those financial affairs. |  |  |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| IGN174<br><br>I am answerable to no one except Rome and God.' Events were to prove that Cody declined to be answerable to Rome. That left God.<br><br>IGN 290<br><br>In March 1982, Archbishop Marcinkus granted a rare interview. It was given to the Italian weekly Panorama. His comments about Roberto Calvi are particularly [3]illuminating, coming as they did just eight months after Calvi had been fined 13.7 million dollars and sentenced to four years' imprisonment, and only seven months after the Vatican and Marcinkus discovered (if we believe the Vatican version) that Calvi had stolen over a billion dollars and left the Vatican to pay the bill.<br><br>Calvi merits our trust. This I have no reason to doubt. | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| We have no intention of ceding the Banco Ambrosiano shares in our possession: and furthermore, we have other investments in this group, for example in the Banca Cattolica, which are going very well | | |
| IGN  165<br><br>Luciani laughed. He liked Pericle Felici. Curial to his finger-tips, traditional in his thinking, he was nevertheless a witty, sophisticated man of considerable culture. 'Eminence, the revision of Canon Law that has preoccupied so much of your time, did the Holy Father envisage a change in the Church's position on Freemasonry?' | *TLC19*<br><br>*PAUL: (To BENELLI) We have been discussing the status of the new Code of Church Law with Cardinal Felici. The ever-changing, never-finished Church Law. (To FELICI.) It is a canon of law, not the Sistine Chapel. When will you be done?*<br><br>*FELICI: These things take time.*<br><br>*BENELLI: Ten years!* | * Crane in his Declaration Exhibit C claims that his source for this scene is a book entitled *The Inner Elite* by Gary MacEin and quotes a huge extract from Mr MacEin's book to justify that claim. PPL disputes this proposition and counters that the lines highlighted from IGN 165 in an adjoining column are a much more likely source for his copying. There is very little, if anything, within the two-page quote from *The Inner Elite* that bears any resemblance to the words uttered in TLC19.  There is at least a question of fact in this regard. |
| IGN 53<br><br>Another of the late Pope's rules quickly became the subject of furious debate | *TLC21*<br><br>*OTTAVIANI: Is he [Pope Paul] going to resign when he turns* | TLC21<br>* The genesis of this scene can be found in the text from IGN quoted in the first column, namely IGN 53. "Ottaviani mounted an angry attack on |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| during the early General Congregations. Paul had specifically excluded from the Conclave that would elect his successor all cardinals over the age of eighty. Ottaviani mounted an angry attack on this rule[4]. Supported by the 85-year-old Cardinal Confalonieri and the other over-eighties, they attempted to reverse it. Paul had fought many battles with this group. In death he won the last one. The cardinals voted to adhere to the rules. The General Congregation continued, on one occasion discussing for over an hour whether ballot papers should be folded once or twice. | *eighty? Of course not. How dare he decree that cardinals over eighty cannot vote at the next conclave !.......* | this rule." That anger is lifted by Crane and sets the emotional tenor for the entire scene. Yet another example of a copying not merely of words but of essence – emotion. With regard to the actual words, PPL can find no comparable reference within *The Year of the Three Popes*, which is the book cited by Crane as a possible source |
| IGN 199

Luciani and Villot are discussing the various changes that Luciani is about to make. Villot reacts to the fact that Benelli a man he has had a difficult | *TLC21*

*FELICI: [talking of Benelli] I have heard that privately he disagrees with the Pope's willingness to negotiate with the communists........* | * Refer IGN 199, particularly "I share Giovanni Benelli's reservations about some of the policy initiatives that have been made in the recent past towards Eastern Europe.' |

[4] As in other instances, IGN here sets a scene that is adopted in LC.

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| relationship with has been chosen by Luciani to replace him as Secretary of State.<br><br>Villot studied the notes he had made of the proposed changes. Albino Luciani, placing his own handwritten notes to one side, poured out more tea for both of them. Villot said, 'I thought you were considering Casaroli as my replacement?'<br><br>'I did, for a considerable time. I think much of his work is brilliant but I share Giovanni Benelli's reservations about some of the policy initiatives that have been made in the recent past towards Eastern Europe.'<br><br>NOTE: Please also see TLC page 25 for further references to this aspect all deriving, it is suggested, from the essence of the above. | *TLC Page 22 continues this theme.* | |
| IGN 145.<br><br>When Albino Luciani threw open the windows of the Papal Apartments within | *TLC23*<br><br>*FELICI: Pope John and the Second Vatican Council said they* | * PPL submits that the quote from IGN 145 in the first column is the inspiration for TLC23 as the alternative source cited by Crane, namely *Decline and Fall.* A question of fact for proof in |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| twenty-four hours of his election, the gesture personified his entire Papacy. Fresh air and sunlight rushed into a Roman Catholic Church which had grown increasingly dark and sombre during the last years of Paul VI. | *wanted to open the windows of the Church for a dialogue with the world.* | discovery is needed to prove this fact. |
| IGN 19.<br><br>Many, including his predecessor John XXIII, have compared Pope Paul VI with the doubt-racked Hamlet. Every Hamlet has need of an Elsinore Castle in which to brood. Eventually, the Pope decided that he and he alone would make the final decision. He summoned Monsignor Agostino Casaroli and advised him that the problem of birth control would be removed from the competence of the Holy Office. Then he retired to Castel Gandolfo to work upon the encyclical. | *TLC 24*<br><br>*FELICI: Our Hamlet Pope.* | * PPL's comment concerning TLC23 also applies here to TLC24. Attributing the quote on Hamlet to Cornwell's *A Thief in the Night* is another example of Crane's borrowing from a plagiarist who took the line from IGN. |
| IGN58<br><br>Giovanni Benelli had been | *TLC25* | * TLC25/ 29 See also IGN 199 in particular: |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| manoeuvred out of Rome in 1977. His continuing efforts to have Marcinkus removed from the Vatican Bank had resulted in a cabal, which included in its members Marcinkus and Paul's secretary Monsignor Macchi, having Benelli removed from the Secretariat of State's office. He had been made cardinal and been given Florence by way of compensation. | *VILLOT: Which brings us to the last item: Benelli. At our last meeting you agreed to consider the idea of a transfer. I have drafted a list of possible positions.*<br><br>*[Note there then follow several pages where Villot and Baggio urge the Pope to post Benelli out of Rome, which eventually culminates with Pope Paul and Benelli on stage alone and Paul persuading him to leave Rome.]*<br><br>*TLC29*<br><br>*PAUL: Today we will announce that we have appointed you cardinal and assigned you to Florence. Will you go?*<br><br>*BENELLI: Yes.* | "The fact that Luciani proposed to replace him [Villot] with Benelli must have been particularly vexing to Villot. Benelli had been his number two in the past and it had not been the happiest of relationships."<br><br>* IGN 58 and IGN 199 therefore contain all of the ingredients relating to DAY's expression and arrangement of presentation of his views regarding attempts to remove Benelli from Rome that are to be found in pages TLC25-29 inclusive. |
| IGN51<br><br>Indeed the speculation had begun even before Pope Paul's death. Peter | *TLC 27.*<br><br>*PAUL: The newspapers write about us in the past tense. It is* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Hebblethwaite, an ex-Jesuit priest converted to Vatican-watching, had asked in the Spectator on July 29th, 'Who is running for Pope?' He picked out three form horses to follow – Pignedoli, Baggio and Pironio. Whether Pope Paul had read Hebblethwaite's comment that he 'cannot be expected to live very much longer' in his last few days, is not known.<br><br>Despite the pomp and ceremony, the funeral of the Pontiff was a curiously unemotional affair. It was as if his Papacy had ended long ago. After Humanae Vitae there had been no more Papal encyclicals and, apart from his courageous comments when his close friend, the former Prime Minister Aldo Moro, had been first kidnapped then murdered, there had been little from Paul over the past decade to inspire an outpouring of grief at his death: a man to respect, not | *strange to read about ourselves as if we were already dead. We have accomplished so little.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| one to love. There were many long and learned articles analyzing his Papacy in depth but if he is remembered at all by posterity it will be as the man who banned the Pill. It may be a cruel epitaph, an unfair encapsulation of a sometimes brilliant and often tortured mind, but what transpires in the marital bed is of more import to ordinary people than the fact that Paul flew in many aeroplanes, went to many countries, waved at many people and suffered agonies of mind. | | |
| IGN 58.<br><br>In Florence,* Giovanni Benelli, wrongly thought by many observers to be running for the Papacy, received the Latin American specification. He smiled as he considered the qualities the Latin Americans were seeking. It read like an accurate biography of exactly the man | *TLC31*<br><br>*SUENENS: You should have stayed in Rome after the funeral. You missed all the fun.*<br>*BENELLI: I accomplished more, Cardinal Suenens, in Florence using the telephone.* | * TLC31 is a very good example of what might be termed Roger Crane's "classroom copying". Thus the words from IGN "In Florence, Giovanni Benelli" and "Picking up the telephone, he dialled a number outside Florence, and moments later was engaged in animated conversation with the Belgian Cardianl Suenens" morph within Crane's TLC 31 into Benelli saying "I accomplished more, Cardinal Suenens, in Florence using the telephone."  DAY created this |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Benelli considered should be Pope. Picking up the telephone he dialled a number outside Florence, and moments later was engaged in animated conversation with the Belgian Cardinal, Suenens | | sentence and it reflects his expression of events, not a fact itself for copying. |
| IGN58<br><br>In Rome Pignedoli continues to give lavish dinner parties, Curial cardinals continued to lobby discreetly on behalf of Siri and the Vatican Press Office maintained its policy of giving the world's commentators the minimum of co-operation, as the date of what Peter Nichols of The Times called 'The World's Most Secret Ballot' drew nearer. | *TLC31.*<br><br>**SUENENS: But it couldn't have been nearly as interesting.** Every night Pignedoli has different group of cardinals over dinner. *His thinking may be lightweight* but his wine cellar is outstanding and he has one of the best chefs in Rome<br><br>*BENELLI: I don't think even Pignedoli can cook his way to the Papacy.* | * Crane acknowledges copying in Exhibit C to his Declaration stating that "The fact that the receptions that Pignedoli hosted were dinner parties may have come from IGN."<br><br>* With regard to the other lines, the non-DAY sources that Crane attributes for these words give us the following: "Pignedoli made all the receptions, but his reputation as a lightweight has been growing…. *The Making of the Popes*" by Andrew Greeley<br>"The curial mistrust of Pignedoli was no secret. He was said to be naïve and light-weight intellectually."- *The Year of Three Popes,* by Peter Hebblethwaite.<br><br>* Neither of these claimed sources bears the slightest resemblance to the words that Crane uses and demonstrably shows that IGN was the source for the entire passage. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| IGN51.<br><br>Within twenty-four hours of Paul's death, with his body unburied and his Papacy unevaluated, ladbrokes the London bookmakers, had opened a book on the Papal election. The Catholic Herald, while carrying a front-page article criticizing the action, took care to let its readers know the current odds.<br><br>Cardinal Pignedoli was favourite at 5-2. Cardinals Baggio and Poletti were joint second favourites at 7-2, followed by Cardinal Benelli at 4-1. Also strongly fancied was Cardinal Willebrands at 8-1. Cardinal Koenig was quoted at 16-1. England's Cardinal Hume was 25-1. These surprisingly long odds on the Englishman could perhaps be attributed to a statement Hume had made to the effect | *TLC31:*<br><br>*SUENENS: The London bookmakers have published odds on a number of candidates. Pignedoli is the favourite, so perhaps they don't share your views about his chef. Siri is second, Felici is third-he claims he supports Siri - and your are listed fourth at four to one.*<br><br>*BENELLI: And Luciani?*<br><br>*SUENENS: Who?*<br><br>*BENELLI: Luciani - Patriarch of Venice.*<br><br>*SUENENS: Not listed, of course* | |

---

[5] I.e. Benelli

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| that he did not have the qualities for the job. Longest odds were quoted for Cardinal Suenens. Albino Luciani did not appear in the list of Papal runners. | | |
| IGN58/59.<br><br>The Latin American cardinals were not the only group to formulate a document that amounted to a job description. A week earlier, a group of Catholics calling themselves CREP (Committee for the Responsible Election of the Pope) held a Press conference in the Columbus Hotel, Rome. The brave man chosen to field questions from over 400 reporters was Father Andrew Greeley. Not himself a member of CREP, Greeley and a group of theologians had drawn up the job description on behalf of the Committee.<br><br>There were to be many critics of the document. Much of the criticism was banal, much was dismissive. | *TLC32*<br><br>*SUENENS: ... And then there is CREP....*<br><br>*BENELLI: What is creep ?*<br><br>*SUENENS: Committee for the Responsible Election of the Pope.*<br><br>*BENELLI : I assume it doesn't include any cardinals.*<br><br>*SUENENS: Correct ... Listen to their criteria. (SUENENS takes out a piece of paper and reads from it). Help wanted. A hopeful, holy man who can smile. (Looking up) That's the heading. (Continuing his reading) Interesting work, guaranteed income, residence comes with* | * Crane admits that this or that scene "may have been" is yet again in evidence in his document where he attempts to rebut PPL's initial submissions (Exhibit C to his Declaration). "The text of the CREP advertisement may have been derived from IGN page 59, although it may also have come from a newspaper article" – which, of course, Crane does not identify.  PPL submits discovery will show conclusively that it does not exist. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Undoubtedly the signatories appeared to be looking for an extraordinary man. It is equally without doubt that the document showed a deep love for the Roman Catholic Church. These men cared desperately about the nature and quality of the new Papacy. To dismiss men of the quality of Hans *Kung*, Yves Congar and Edward Schillebeeck requires a mentality bordering on spiritual sterility. Professor Kung, for example, is in the view of many who are qualified to judge, the most brilliant Catholic theologian alive today. All the signatories of the press release have impressive records.<br><br>HELP WANTED<br><br>A hopeful, holy man who can smile.<br><br>Interesting work, guaranteed income, residence comes with position. Protection by proven security | position. Protection by proven security organisation. Apply College of Cardinals, Vatican City' *It goes on: (Back to paper) A Pope not for all Catholics but for all peoples. A man totally free from the slightest taint of financial wheeling and dealing.'* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| organization. Apply College of Cardinals, Vatican City.<br><br>Thus began the job description. It went on to describe the man they would like chosen by the secret Conclave. It did not matter, they stated, if he was Curial or non-Curial; Italian or non-Italian; whether he was of the First, Second or Third World. It did not matter if he was an intellectual or non-intellectual, whether he was a diplomat or pastor, progressive or moderate, an efficient administrator or lacking in administrative experience . . . What was needed, the theologians said, at this present critical time in history was 'a man of holiness, a man of hope, a man of joy. A holy man who can smile. A Pope not for all Catholics but for all peoples. A man totally free from the slightest taint of financial organizational wheeling and dealing.' It went on to list | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| other vital essentials. Reading the qualifications needed and comparing it with the list of leading candidates, the overriding impression is one of deep, urgent need bordering on desperation. | | |
| IGN69<br><br>'You can't make gnocchi out of this dough,' Luciani had remarked to several well-wishers before the Conclave. It now appeared that a significant number of his fellow cardinals disagreed with this self-evaluation. | *TLC32*<br><br>*BENELLI: They have described Luciani.*<br><br>*SUENENS: You can't be serious? (Pause) When I supported Paul at the last conclave at least I knew he wanted to be Pope. The Press asked Luciani yesterday. He told them, 'You can't make gnocchi out of this dough.'* | * Crane admits that the quote from Luciani has been copied from IGN page 69; without the quote, of course, the rest of that fragment from TLC32 is meaningless. Crane again copies DAY's selection of quoted passages, one of a wide array that were available, as well as DAY's selection and arrangement of presentation of the information. |
| IGN 55<br><br>In a curious manoeuvre to assist his own candidature, Baggio contacted Paul Marcinkus and assured him that he would be confirmed in his post as Head of the Vatican Bank if Baggio were | *TLC33*<br><br>*GANTIN: (To BENELLI))*<br>*.............They asked me to come and see you. (Pause) Baggio met recently with Marcinkus. He told Marcinkus that if he become* | * Crane admits that this is copied from IGN 55 stating "The text as underlined above was probably based on the passage you have identified on IGN 55." Exhibit C to Declaration. Again, this section reflects DAY's presentation and expression of his story. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| elected. Bishop Marcinkus, unlike the cardinals who had been dispossessed by the late Pope's rules, was still running the Bank. There was no public indication that he would not continue to do so. The gesture by Baggio mystified Italian observers. If they had been able to persuade any of the cardinals present during the private General Congregations to talk, the move by Baggio would have taken on a deeper significance. | *Pope he will keep him in charge of the Vatican Bank.* | * Note that this is approximately half-way through Act 1 with a striking amount of copying admitted and clearly established as to expressions that are both textual and mood/atmospheric. |
| IGN Preface xvii<br><br>Within the Vatican there is no such thing as a private audience that remains completely private | *TLC33*<br><br>*GANTIN: In the Vatican everything is confidential and nothing is secret.* | * Crane's observation on this fragment is "This is Mr Crane's original language. The concept behind the language came from Mr Crane's own view of the Vatican" - which I believe to be another example of "classroom copying" of the expression contained in IGN preface xvii: "Within the Vatican there is no such thing as a private audience that remains completely private." |
| IGN 303<br><br>And Jesus went into the | *TLC34* | * Crane claims that this line is original to him and is derived from his knowledge of the Bible and having |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| And Jesus went into the temple of God, and cast out all them that sold and bought in the temple, and overthrew the tables of the moneychangers, and the seats of them that sold doves,<br><br>And said unto them, It is written. My house shall be called the house of prayer; but ye have made it a den of thieves.<br><br>Matthew 21:12/13<br><br><br>IGN 303 Continued<br><br>Albino Luciani had a dream. He dreamt of a Roman Catholic Church which would truly respond to the needs of its people on vital issues such as birth control. He dreamt of a Church which would dispense with the wealth, power and prestige that it had acquired through Vatican Incorporated; of a Church which would get out of the market place and reject the | GANTIN: What we need is a Christ to drive the money-lenders from the temple | to him and is derived from his knowledge of the Bible and having been educated as a Roman Catholic by the Jesuits. DAY too was educated by the Jesuits as a Roman Catholic but would never dream of others paraphrasing one of the most famous texts from the Bible, namely Matthew 21:12/13 in the same manner and using the same expression as DAY.<br><br>* PPL draws the reader's attention to IGN 303 in the first column and suggest that a combination of the passages from Matthew and the words contained in IGN 303, at the very least, have inspired Crane to put such words into Gantin's mouth. PPL would also refer the reader to the following words from the Preface pages xvi – xvii: "As such this book is not an attack on "The Faith" of the Church's devout millions who follow it. What they hold sacred is too important to be left in the hands of men who have conspired to drag the message of Christ into the muddy market place – a conspiracy that has met with frightening success." |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| moneylenders where the message of Christ had become tainted; of a Church that would once again rely upon what has always been its greatest asset, its source of true power, its greatest claim to a unique prestige: the Gospel. | | |
| IGN 66<br>Siri 25 votes. Luciani 23 votes. Pignedoli 18 votes. Lorscheider 12 votes Baggio 9 votes.<br><br>IGN 67<br>Unaware of the identities of his supporters Luciani concluded that this aberration would correct itself at the second vote, and reaching for another voting card wrote the name of Alois Lorscheider upon it. | TLC 35.<br><br>SUENENS: Luciani has twenty votes, Siri has twenty-five and Pignedoli has dropped to fifteen. Baggio has nine. You [BENELLI] have twenty...... If you can get Pignedoli to release his supporters and swing the South Americans from Lorscheider to you... | |
| IGN68 | TLC 36 | * These scenes (36-37) and the sources that Crane claims as their |

6 See LC 36 below, where Benelli states that Luciani was supporting Lorscheider.

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| The third ballot would be crucial. Siri and Luciani were finely balanced. While a very troubled Patriarch of Venice picked at his food, others were busy. Giovanni Benelli talked quietly to the cardinals from Latin America[7]. They had made their point, he assured them, but clearly a Pope from the Third World was not going to emerge during this Conclave. Did they want a man like Siri with his reactionary views on the throne? Why not a man who, if not from the Third World, clearly loved it? It was no secret, Benelli told them, that Luciani was voting for their own Aloisio Lorscheider.<br><br>IGN68 CONT.<br><br>In fact Benelli was in danger of gilding the lily. | BENELLI: *Cardinal Lorscheider, I am glad to see you. Cardinal Luciani thinks it may be time for a non-Italian Pope.*<br><br>LORSCHEIDER: *The Papacy has been Italian for five hundred years. One might think it is time for a change.*<br><br>BENELLI: He is telling the cardinals that you should be Pope<br><br>LORSCHEIDER: *I know.*<br><br>BENELLI: *What do you think of Luciani ?*<br><br>TLC 37<br><br>LORSCHEIDER: *He visited me in Rio last year. He is a charming and gentle man, more* | origin are yet another example of Crane straining to ignore his primary source, namely IGN 68, and failing. PPL submits that the information contained in IGN 68 that Crane has plagiarised came from an interview with Father Bartolomeo Sorge, a Jesuit priest based in Rome. The interview, like a great many of the interviews that DAY conducted, took place in Italian. No evidence has been adduces that Crane speaks Italian, no evidence has been adduced that Crane interviewed anyone in Rome, or indeed in Italy. PPL asks the reader to compare the extracts quoted from IGN 68 with the sources that Crane says he used. 'Greeley continues that "doubtless someone in the papal entourage must be an efficient administrator... it is not necessary for the Pope" '. Crane attributes that to *Pontiff* by Gordon Thomas and Max Morgan-Witts. In doing so he incorrectly quotes the authors, but more importantly, the comments by Greeley were not made about John Paul I; in fact, they were not made about any specific individual at all. Greeley was in fact speaking in |

---

[7] Lorscheider was a Brazilian Cardinal. The scene at LC 36/37 can be seen as derived from this account in IGN.
[8] Similar to words attributed in IGN (page 68) to Father Sorge.
[9] Words attributed in IGN (page 68) to Father Sorge.

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| The cardinals from Latin America had done their homework to a far greater degree than any other geographical group. Aware that their chances of electing Lorscheider were not great they had, before the Conclave, prepared a short list of non-Curial Italians. One of the men with whom they discussed the list was Father Bartolomeo Sorge, a Jesuit priest based in Rome. During a two-hour discussion Sorge pointed out the various aspects for and against each of the possibles. The name that had emerged was Albino Luciani. Father Sorge recalled for me his final words of advice to the group of cardinals:<br><br>"If you want to elect a Pope who will help to build up the Church in the world, then you should vote for Luciani. But remember he is not a man who is accustomed to governing, consequently he | *knowledgeable than some people believe. But, he is no administrator*<br><br>*BENELLI: You have said the next Pope should be a holy man, a good pastor, a man of hope. You have described Luciani.*<br><br>*LORSCHEIDER: He would need a strong Secretary of State*<br><br>*BENELLI: Yes* | total abstract. Crane's quote in this section of TLC could only reasonably have come from IGN and is an expression of DAY's interview, not a fact itself. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| ▆▆▆ need a good Secretary of State ." | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| IGN 190 / 191 A<br><br>A number of Curial cardinals had discovered to their horror that shortly before the Conclave Albino Luciani had been asked for his opinion on the birth of Louise Brown, known as 'the first test tube baby', an English girl recently born with the aid of artificial fertilization. Luciani had been interviewed on the subject three days before the death of Pope Paul VI but his views were not generally known until the article carried in Prospettive nel Mondo after his election. The hardliners on birth control read with growing dismay the views of the man who was now Pope.<br><br>Luciani had begun cautiously, making it clear that what he was expressing were his own personal views, because he, like everyone else, 'waited to hear what the authentic teaching of the Church would be when the | *TLC37*<br><br>*BENELLI: Have you heard that the first test-tube baby was recently born in England?*<br><br>*LORSCHEIDER: Yes.*<br><br>*BENELLI: Many church leaders condemned the birth.*<br><br>*LORSCHEIDER I know.*<br><br>*BENELLI: I would like to read you a letter from Cardinal Luciani. (BENELLI takes out a paper, reading.) "I send the most heartfelt congratulations to the English baby girl whose conception took place artificially. As far as her parents are concerned I have no right to condemn them. If they acted with honest intentions and in good faith, they may even have great merit before God for what they wanted and asked the doctors to* | TLC 37 [CONTD.]<br>* PPL submits that impressions that Crane frequently strains to avoid naming IGN as a source are reinforced here as Crane is back to "may have been taken from a section of IGN" territory, followed on this occasion by the statement that although he believes "it more likely came from a newspaper article": a newspaper that neither Crane nor his counsel within a subsequent document, namely Exhibit 3 to the Duvdevani Declaration has been able to locate or identify. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| experts had been consulted'. His surprise election had produced a situation in which the authentic teaching of the Church on this as on any other subject was now totally within Luciani's province.<br><br>In the interview Luciani expressed qualified enthusiasm about the birth. He was concerned about the possibility of 'baby factories', a prophetic concern in view of current events in California where women are queueing to be impregnated with the sperm of Nobel prize winners.<br><br>On a more personal note to the parents of Louise Brown, Luciani said:<br><br>Following the example of God, who desires and loves human life, I too send my best wishes to the baby. As for her parents, I have no right to condemn them; subjectively, if they acted with good intentions and in | *carry out.*" *He concludes by saying that the individual conscience must always be followed. However, each individual must seek to develop a well-formed conscience* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| good faith, they may even have great merit before God for what they have decided and asked the doctors to do.<br><br>He then drew attention to a previous pronouncement by Pius XII which might put the act of artificial fertilization in conflict with the Church. Then, considering the view that every individual has the right to choose for him or herself, he expressed an opinion that lay at the heart of his attitude towards many moral problems. As for the individual conscience, I agree, it must always be followed, whether it commands or forbids; the individual though must seek always to develop a well-formed conscience.' | | |
| IGN 163<br><br>Benelli had learned over nearly a decade that one did | *TLC 38*<br><br>*LORSCHEIDER: He is still no match for Felici, Baggio and the* | TLC 38:<br>* Crane admits that the dialogue used by Benelli in this scene is based upon the quote in IGN page 163. **Benelli** |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| not influence Luciani by strenuously urging a particular course of action. He told me[10]:<br><br>With Pope Luciani, you laid out the facts, made your own recommendation, then gave him time and space to consider. Having absorbed all the available information he would decide and when Pope Luciani decided, nothing, and understand me on this, nothing would move or shift him. Gentle, yes. Humble, yes. But when committed to a course of action, like a rock.<br><br>NOTE The Play skips the second ballot and proceeds to the third ballot. | *rest of the Curia.*<br><br>*BENELLI: You are wrong. Yes he is gentle, yes he is humble, and he can take a long time to make up his mind, sometimes too long...but when he is committed to a course of action he is like a rock.* | **was my personal source for this information. Author's note: I interviewed Cardinal Giovanni Benelli several times in Italy during my research.** Again, Crane copies the selection of quotes and presentation of themes and information, verbatim and in substantial part. |
| IGN 69, 70<br><br>Emerging from his cell at 4.00 p.m. Luciani was warmly embraced by Cardinal Joseph Malula from Zaire. Full of | *TLC38/ 2*<br><br>*VILLOT: (Reading from the paper) The ballots have been tallied. Cardinal Luciani has* | * TLC 38/2: Crane cites IGN along with other (possible) sources.  However, IGN presents the totality of selection and order copied by Crane, not other sources. |

---

[10] Benelli was David Yallop's personal source for this information.

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| joy Malula offered his congratulations.<br><br>Luciani shook his head sadly. 'A great storm is troubling me,' he said as the two men made their way back for the third ballot.<br><br>Luciani 68 votes<br><br>Siri 15 votes<br><br>Pignedoli 10 votes<br><br>The remaining 18 votes on the ballot were scattered. Albino Luciani was now within seven votes of the Papacy. With a hand to his forehead he was heard to murmur, 'No. Please no.'<br><br>It was Cardinals Willebrands and Riberio, seated either side of Luciani, who heard the entreaty. Both men instinctively reached out | *received sixty-eight votes, Cardinal Siri fifteen votes. No other candidate has received more than two votes. I suggest that we immediately[11] conduct a fourth ballot. Do you agree ?*<br><br>*The cardinals all nod their heads .One or two say "agreed,"*<br><br>*LUCIANI: (He bows his head and says softly ) No. Please no.*<br><br>*LORSCHEIDER[13] (He grips LUCIANI'S arm) If the Lord gives the burden, he also gives the strength to carry it.*<br><br>*GANTIN[14] (He grips LUCIANI'S other arm) The whole world prays for a new Pope.* | |

[11] See IGN 70 (below) where it is stated that the Conclave dispensed with the late Pope's instructions that each cardinal should swear a solemn oath each time before voting and the fourth ballot began. The suggestion from Villot to move immediately to conduct the fourth ballot can be seen to be derived from that.

[12] This direction to Luciani is very similar to the description in IGN of Luciani's behaviour "With a hand to his forehead he was heard to murmur".

[13] IGN had these identical words spoken by Lorscheider, with the same account of the speaker gripping Luciani.

[14] IGN attributes these words to Riberio. Note the same action in gripping Luciani as described in IGN.

47