| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| and gripped Luciani Willebrands spoke quietly. 'Courage. If the Lord gives the burden, he also gives the strength to carry it.'<br><br>Riberio nodded and then added, 'The whole world prays for the new Pope | | |
| **IGN70**<br><br>There was great excitement in the Conclave. Many were now convinced that they were acting by Divine inspiration. Dispensing with the late Pope's instructions that each cardinal should swear a solemn oath each time before voting, the fourth ballot[15] began.<br><br>Luciani 99 votes<br><br>Siri 11 votes<br><br>Lorscheider 1 vote (that of Albino Luciani) | *TLC 39*<br><br>*VILLOT ....... The final tally is ninety-nine votes for Cardinal Luciani, one vote for Cardinal Lorscheider, eleven abstentions. The spotlight around LUCIANI expands slightly. VILLOT steps into it in front of LUCIANI. In a commanding voice.) Do you accept your election as Supreme Pontiff?*<br><br>*There is a long moment of silence as LUCIANI slowly raises his head and looks at* | TLC 39, 40, 42:<br>* Within his replies with regard to these particular scenes, Crane fails to acknowledge any borrowing from IGN. PPL believes that a careful study of the IGN passages quoted in the analysis of both Act 1 and Act 2 continuously show remarkable similarity of text, totality and order of presentation within TLC, unlike any other work other than IGN. PPL would also draw the reader's attention to the various footnotes within this analysis, which illustrate how Crane has taken not merely words, but the essence, the atmosphere, the mood, the emotional structure. To quote but one footnote, Footnote 11, from page 27 of my analysis of Act 1: IGN 70 sets the |

---

[15] LC 38

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| As the final vote was announced[16] there was a tremendous burst of applause from the gathering. The time was 6.05 p.m. A clique of Siri supporters, members of the intransigent right, had held out to the end. The doors of the Chapel opened and various Masters of Ceremonies came, accompanying the Camerlengo Villot, to where Albino Luciani sat. Villot spoke.<br><br>'Do you accept your canonical election as Supreme Pontiff?' | VILLOT<br><br>LUCIANI: (With a soft voice)[18] May God forgive you for what you have done. (Another pause[22] Then in a slightly louder voice[23].) I accept.<br><br>VILLOT: By what name do you wish to be called?<br><br>LUCIANI: (A short pause, LUCIANI smiles). John Paul the First.[24]<br><br>... FELICI and VILLOT walk up to LUCIANI and dress him in the robes of the Pope. They hand him | scene that is dramatised in TLC39/40. As in many other instances, IGN contains what is in effect dramatic direction that creates a picture in the eye of the reader -- that dramatic direction is copied in TLC39/40.<br><br>*Finally DAY's primary sources for what occur during this Conclave were, unlike any other author who has written on this matter, individuals who were **inside the Conclave**. The voting figures for the various ballots that I quote for example are combinations that had never appeared before publication of my book. This copied expression could only have come from IGN. |

[16] IGN sets the scene that is dramatised in LC. As in many other instances, IGN contains what is in effect dramatic direction that creates a picture in the eye of the reader -- that dramatic direction is copied in LC.

[17] David Yallop obtained the description of the scene from his named source.

[18] LC 39 has a direction to Luciani of "(With a soft voice)" for the lines in which he accepts his election as Supreme Pontiff. LC 40 has a direction to Luciani of "with a humble but radiating smile".

[19] IGN describes the scene as "All eyes were upon Luciani".

[20] IGN describes the hesitation on the part of Luciani.

[21] Compare with the description in IGN of Luciani's humility and meekness.

[22] Further hesitation, as per IGN.

[23] IGN describes the scene as "Then he added, 'I accept.' ".

[24] IGN (see below) not only sets out the exact words used by Luciani, but describes Luciani's behaviour in the same way as copied by the stage direction in LC. IGN: "Luciani hesitated again. Then for the first time he smiled: 'John Paul the First'."



| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| All eyes were upon Luciani. Cardinal Ciappi described for me that moment. 'He was sitting three rows behind me. Even at the moment of his election he was hesitating. Cardinal Villot put the question to him and he continued to hesitate. Cardinals Willebrands and Ribeno were clearly encouraging him.' | a white cap. He takes off his red cap and replaces it with | |
| | TLC40 | |
| | the white one but puts it at a rakish angle. *The papal robes are noticeably too big for him.* FELICI and VILLOT step back. | |
| Luciani eventually responded. 'May God forgive you for what you have done in my regard. Then he added. 'I accept.' | ... | |
| | CONFESSOR: Why *Luciani*? *Even the robes didn't fit.* | |
| 'By what name do you wish to be called?' asked Villot. | BENELLI: *They made the papal garments in every size... except his. Nobody had his measure.* | |
| Luciani hesitated again. Then for the first time he smiled: 'John Paul the First'. | SUENENS:*(Approaching JOHN PAUL)Holy Father, thank you for saying yes.* | |
| IGN71/72 | LUCIANI: *Perhaps it would have been better if I had said no.* | |
| There is also the vital element of Luciani's personal humility. Describing the acceptance of | VILLOT and FELICI walk with LUCIANI to the front | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| the Papacy as an act of humility may appear to be contradictory. To equate the taking of supreme power with meekness is, in fact, entirely consistent if the last thing you want on earth is supreme power.<br><br>Inside the Conclave, as the new Pope was led to the Sacristy, all was joy. Outside all was confusion. While the Gammarelli brothers, tailors to the Vatican, tried to find a Papal white cassock that fitted, the cardinals were merrily burning their voting papers with the special chemical that was designed to ensure white smoke for the watching world. The watching world saw first white smoke, then a short while later, puffs of black (indicating that the Church was still without a Pope) emerge from the small chimney. The smoke had begun to emerge at 6.24 p.m. As it continued to belch out in a | *of the stage. FELICI steps forward.*<br><br>*FELICI: (To the audience.) I bring you news of great joy. We have a Pope, Cardinal Albino Luciani, who has chosen the name John Paul the First.*<br><br>*LUCIANI steps forward with a humble but radiating smile.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| variety of hues, the Gammarelli brothers inside were not having any better luck with the white cassocks. Normally before a Conclave they made three: small, medium and large. This time, working from a list of twelve papabili, they had produced four including an extra large one. The slightly-built Luciani had obviously not featured on their short-list of fancied cardinals. Eventually, nearly drowning in his new cassock, emerged from the Sacristy and, sitting on a chair in front of the altar, received each cardinal who, having kissed Luciani's hand, was then warmly embraced by the new Pope.<br><br>Suenens, one of the cardinals largely responsible for this election, observed 'Holy Father, thank you for saying "yes"'<br><br>Luciani smiled broadly at | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| him. 'Perhaps it would have been better if I had said "no".' | | |
| IGN74/75<br><br>'Yesterday morning I went to the Sistine Chapel to vote peacefully. Never could have imagined what was about to take place……..<br><br>……..Be sure of this, I do not have the wisdom of heart of Pope John, nor do I have the preparation and culture of Pope Paul. However, I now stand in their place. I will seek to serve the Church and hope that you will help me with your prayers. | *TLC 40*<br><br>*LUCIANI: This morning I went to the Sistine to vote peacefully. I never imagined what was to take place. Realise this I do not have the wisdom of heart of Pope John. Nor do I have the preparation and culture of Pope Paul. However I stand now[25] in their place. I will seek to serve the Church and hope that you will help me with your prayers.* | * Verbatim copying. |
| IGN 169<br><br>This was the daily routine of Pope John Paul – a routine that he took delight in occasionally disturbing. Without reference, he would go for walks in the Vatican | *TLC41/42*<br><br>*VILLOT: Where is his Holiness ?*<br><br>*LORENZI: He said he wanted to go for a walk around the Vatican and perhaps into Rome.* | TLC41/42:<br><br>* Though Crane admits copying one particular element for his scene 42, PPL would submit further that a word comparison of IGN 169, 59, and 154 and a consideration of the actual information contained within them will again illustrate how dependent Crane |

[25] "stand now" in LC: "now stand" in IGN.

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| gardens. A simple diversion, one might think, but an impromptu stroll through Vatican protocol into total confusion. He had already caused consternation within the ranks of the senior officers of the Guards by talking to men on sentry duty and also requesting that they should refrain from kneeling at his every approach. As he observed to Father Magee: 'Who am I that they should kneel to me?'<br><br>Monsignor Virgilio Noe, the Master of Ceremonies, begged him not to talk to the Guards and to content himself with a mute nod. The Pope asked why. Noe spread his hands wide in amazement. 'Holy Father, it is not done. No Pope has ever spoken to them.'<br><br>Albino Luciani smiled and continued to talk to the Guards. It was a far cry from the early days of | *VILLOT: (Disbelief) He went for a walk.*<br><br>*VINCENZA: Father Albino always goes for a walk after his siesta in the afternoon.*<br><br>*VILLOT: (TO FELICI) This is impossible.*<br><br>*FELICI: (TO LORENZI) We need to find the Holy Father. The Pope is not supposed to wander about by himself............................*<br><br>*.........................FELICI: (Picking up a book from the Pope's desk) 'On Being A Christian...'*<br><br>*VILLOT: (Looking up strangely) What ?*<br><br>*FELICI: 'On Being a Christian, by Dr Hans Kung.'*<br><br>*VILLOT: Kung !* | is upon IGN. To take one example, TLC42 has Cardinal Felici picking up a copy of a book by the theologian Hans Kung from the Pope's desk. It forms the basis for an entire scene. The particular placement of this scene in the chronological order of the play comes very shortly after the Pope's election. Kung is referred to in IGN 58, 59, 60, pages that occur shortly before the election of the Pope. On page 65 during the course of the papal election "He [Luciani] had exchanged books and letters with Hans Kung. If the Roman Curia had known that, alarm bells would have rung all over Vatican City." This information coming where it does within the book and TLC41/42 coming where they do is one of a great many examples that illustrate progressive copying not only the expression, but the selection, coordination and arrangement of plots, themes and historic fact to the extent it is based upon same.<br><br>* There is also another detailed reference to the Luciani / Kung friendship during the very early days of this new papacy. See IGN 154.<br><br>* The incidents within TLC 42 |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Paul's reign when priests and nuns would still drop to their knees to converse with the Pope even when they were carrying on a telephone conversation with him.<br><br>Luciani's attitude towards telephones also provoked alarm among many of the Curial traditionalists. They now had to contend with a Pope who considered he was capable of dialling numbers and answering phones. He phoned friends in Venice. He phoned several Mothers Superior, just for a chat. When he advised his friend Father Bartolomeo Sorges that he would like the Jesuit priest Father Dezza to hear his confession, Father Dezza phoned within the hour to arrange his visit. The voice on the telephone informed him, 'I'm sorry the Pope's secretary isn't here at the moment. Can I help?'<br><br>'Well, to whom am I speaking?' | *FELICI: ( Mildly)  Yes. (He opens the cover of the book) It is an autographed copy. ...with a note congratulating Cardinal Luciani on the publication of his book Illustrissimi, and thanks Luciani for sending him a copy.*<br><br>*VILLOT: The Pope is missing and now you tell me he is corresponding with heretics!*<br><br><br>*TLC42 CONT.*<br>*JOHN PAUL enters. He is dressed simply in an old cassock. His skull-cap is more on the side of his head than the top. It is generally in this postion even when he is formally dressed. FELICI puts the book he is holding back in the box.*<br><br>*Your Holiness, where have you been ?*<br><br>*JOHN PAUL: About.* | regarding the Pope and the Swiss Guards are admitted by Crane as coming from IGN.  Exhibit C to Crane's Declaration, again showing the copying of expression, selection, coordination and arrangement of the IGN author. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| 'The Pope.'<br><br>It simply was not done this way. It never had been and perhaps never will be again. Both of the men who functioned as Luciani's secretaries strenuously deny it ever happened. It was unthinkable. Yet it definitely happened.<br><br>Luciani began to explore the Vatican with its 10,000 rooms and halls, with its 997 stairways, 30 of them secret. He would suddenly take off from the Papal Apartments, either alone, or with Father Lorenzi for company. Equally suddenly he would appear in one of the Curial offices. 'Just finding my way about the place', he explained on one occasion to a startled Archbishop Caprio, the Deputy Head of the Secretariat of State.<br><br>They did not like it. They did not like it at all. The | *FELICI: It might not be safe.*<br><br>*JOHN PAUL: Who would want to harm the Pope ?*<br><br>*FELICI: Many people, I am afraid, Your Holiness,*<br><br>*VILLOT: At the very least you should have the Swiss guard with you.*<br><br>*JOHN PAUL: Please tell the Commander of the guards that they are not to kneel when I talk to them.*<br><br>*VILLOT: You spoke to the guards ?*<br><br>*JOHN PAUL: I wanted to know what they thought of the Vatican. (To Vicenza) Can you find us some coffee ?* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Curia were accustomed to a Pope who knew his place, one who worked through the bureaucratic channels. This one was everywhere, into everything, and worse he wanted to make changes.<br><br>IGN 59<br><br>A few days later Professor Hans Kung indicated in an interview with the Italian news magazine Panorama that in his view the entire Roman Catholic Church had and would continue to have sexual problems until something was done about Humanae Vitae. He put birth control at the head of the problems facing the new Pope. 'It is a fundamental question for Europe and the United States but above all, for the Third World . . . A revision of Humanae Vitae is necessary. Many theologians and also bishops would have no consenting to birth control, even by artificial means, if the idea could be accepted | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| that rules established in the past by Popes could be corrected.'<br><br>IGN65<br><br>He had formed friendships with many non-Catholics. The black Phillip Potter, Secretary of the World Council of Churches, had been his house guest. Others included Jews, Anglicans, and Pentecostal Christians. He had exchanged books and letters with Hans Kung. If the Roman Curia had known that, alarm bells would have rung all over Vatican City.<br><br>IGN 154<br><br>Using the 'official facts', many journalists fighting deadlines filed copy which portrayed a man who did not exist. The Economist, to take<br>one of several hundred examples, said of the new Pope, 'He would not be much at home in the company of Dr Hans Kung.' Research would | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| have revealed that Luciani and Hans Kung had exchanged very friendly letters as well as sending one another books. Further research would have shown that Luciani had several times quoted Kung favourably in his sermons. Virtually every newspaper and periodical in the world that carried profiles of the new Pope made similar totally erroneous assertions. | | |
| IGN149/150<br><br>On August 28th the beginning of his Papal revolution was announced. It took the form of a Vatican statement that there was to be no coronation, that the new Pope refused to be crowned. There would be no sedia gestatoria, the chair used to carry the Pope, no tiara encrusted with emeralds, rubies, sapphires and diamonds. No ostrich feathers, no six-hour ceremony. In short the ritual with which the Church | TLC43<br><br>FELICI: Your Holiness, we came here to discuss the details of your coronation.<br><br>JOHN PAUL: I have been thinking about that too. The coronation ceremony needs to be rewritten.<br><br>VILLOT: It has not changed for hundreds of years.<br><br>JOHN PAUL: (Softly ) There will | TLC43/47:<br>* PPL would respectfully ask the reader not only to compare the text of the two works [IGN 149/150] but also, as he or she moves forward, to be yet again aware of the various footnotes.<br><br>* Crane within his Exhibit C cites a variety of sources for these similarities including himself but refrains from including IGN. PPL submits this fact is disputed and can be disproven through discovery as Crane again tracks the selection, coordination and arrangement of DAY's presentation of his investigation in the same order and using the same expression unlike the |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| demonstrated that it still lusted after temporal power was abolished. Albino Luciani had been obliged to engage in long, tedious argument with the Vatican traditionalists before his wishes prevailed. Luciani, who never once used the royal 'we', the monarchical first person plural, was determined that the royal Papacy with its appurtenances of worldly grandeur should be replaced Church which resembled the concepts of its founder. The 'coronation' became a simple Mass. The absurdity of a swaying Pontiff reminiscent of a Caliph from the Arabian Nights was supplanted by a supreme Pastor quietly walking up the steps of the altar. With that gesture Luciani abolished a thousand years of history and moved the Church a little farther back down the road towards Jesus Christ. | be no crowning. VILLOT Impossible ... the Pope is always crowned. JOHN PAUL: I am a priest, not a king. There will be no crown.....And I walk into Saint Peter's FELICI The Pope is always carried by eight men in a throne on a platform... JOHN PAUL: (Gently) I will not be carried on the backs of men VINCENZA: enters with a tray of coffee. She is helped by MONSIGNOR MAGEE. VICENZA: The kitchen sent up some coffee. I tasted it Father, it's terrible. Shall I send it back ? VILLOT: Sister Vicenza should really refer to you as Your Holiness or Holy Father. | other theoretical sources. Crane cannot be taken at his word alone. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| The triple-decked, bee-hive shaped tiara was superseded by the pallium, a white woollen stole around the Pope's shoulders. The monarch had made way for the shepherd. The era of the poor Church had officially begun. | *JOHN PAUL: Sister Vincenza has very fixed views. I would not change them for the world.*<br><br>*VILLOT: Holy Father, you should use the royal "we" when you speak.*<br><br>*JOHN PAUL: (Slightly irritated) I am a priest. I will speak as a priest.*<br><br>*TLC47*<br><br>*BENELLI: It was as if a thousand years of dust and ceremonies had vanished overnight..........................*<br><br>*One week later the coronation ceremony took place. Except it was no longer a coronation. The ceremony, over a thousand years old, was completely rewritten. The three-crowned tiara was gone.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | *In its place, he wore a simple cloth mitre, the symbol of pastoral authority. ........ For a thousand years the Pope had been carried on a throne* to the sound of trumpets. *The throne was gone*, the trumpets were silent, instead he came on foot, *through his people.* | |
| IGN 155/6/7/8/9<br><br>What certain sections of the Curia had realized with a profound shock was that in electing Albino Luciani, the cardinals had given them a man who would not let the issue of birth control rest with Humanae Vitae. Careful study by members of the Curia of what Luciani had | TLC44/45<br><br>JOHN PAUL: *What else would you like to discuss ?*<br><br>VILLOT: (Consulting an agenda) There is a request for an audience. The United States Congressional Committee on Population has requested | TLC 44/45:<br>* As will become clear from a careful reading of the left-hand column covering these scenes [TLC44/45], the issue of birth control and the Catholic Church is one that occupied DAY greatly during the research and writing of IGN. I selected this topic for inclusion in my book, as well as my expression in presenting it. To PPL's knowledge, no-one before DAY has |

[26] This would seem to be the basis for the scene on LC 44/45, consisting of the discussion/argument between Pope John Paul and Villot as to birth control and the proposed audience for the US Committee.

[27] The source for David Yallop's account of the words used by Pope John Paul was conversations between Yallop and Lorenzi, as well as between Yallop and others.

[28] Sources found and relied upon by David Yallop for his account of the meeting between Villot and Pope John Paul. IGN sets the scene of Villot's general reaction to John Paul's views on the effects of the encyclical on birth control: copied in LC.

[29] David Yallop interviewed Felici, who was the source for this comment. In the scene on LC 44/45, it is clear that Felici was of the same view as Villot on the subject of birth control.

[30] LC adopts this "scene setting" from IGN on pages LC 44/45: LC has John Paul standing up (from his desk) and uses the device of opening a map of the world to dramatise Luciani's references in IGN to the effects of the birth control encyclical across the world.

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| actually said, not only to his parishioners in public but to his friends and colleagues in private, quickly established that the new Pope favoured artificial birth control. The inaccurate and false picture L'Osservatore Romano painted of a man who rigorously applied the principles of Humanae Vitae was the opening shot in a counter-attack designed to hem Albino Luciani inside the strictures of his predecessor's encyclical. It was quickly followed by another blast.<br><br>The Press Agency UPI discovered that Luciani had been in favour of a Vatican ruling which would allow artificial birth control. Italian newspapers also carried stories referring to the Luciani document sent to Pope Paul by Cardinal Urbani | meeting with Your Holiness<br><br>JOHN PAUL: When would they like to meet?<br><br>VILLOT: That is the problem. If you meet it will send the wrong message to Catholics around the world. The Committee supports artificial birth control.<br><br>JOHN PAUL: stands and picks up a rolled map and starts to spread it across his desk.<br><br>JOHN PAUL: This is a map of the world (As he puts a book at each end of the map to hold it flat, the two cardinals join him) There are Catholics in almost every country of the world. This year the world population reached four point four billion. Over the next year seventy- three million children | researched Luciani's involvement with this issue so fully. Much of the information on this controversy and Luciani's position had never been made public before publication of IGN, and the expression of this information could not have reasonably been derived from any other source. If one examines Crane's claimed sources and compares them carefully with these two scenes it is obvious that DAY's expression contained in them is very significant. Again one should carefully consider the implications of the various footnotes. Crane's scenes were in PPL's opinion derived directly from IGN155/6/7/8/9. The information on these pages came to initially from Italian-speaking sources and Vatican documents but still it can be seen that Crane in attempting to direct reference to sources other than IGN is unable to do so definitively, instead cling to his uncertain and much-used "may". This evidences that it is possible, and PPL submits likely, that the direct source of this expression was IGN and Crane has not stated conclusively otherwise. |

[31] Again, scene setting from IGN is copied in LC.
[32] IGN refers to a period of 45 minutes. LC refers to an hour.
[33] IGN refers to over 1,000 children under the age of 5 dying: LC refers to 1,000.

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| of Venice in which the strong recommendation in favour of the contraceptive pill had been made. The Curia speedily located Father Henri de Riedmatten who had been secretary to the Papal Birth Control Commission. He described the reports that Luciani had been opposed to an encyclical that condemned artificial birth control as 'a fantasy'. Riedmatten also asserted that Luciani had never been a member of the Commission, which was accurate. He then went on to deny that Luciani had ever written a letter or a report on the subject that had been sent to Pope Paul.<br><br>This denial and the manner of it is an example of the duplicity that abounds in the Curia. The Luciani document went to Rome via Cardinal Urbani and therefore had the Cardinal's imprimatur upon it. To deny that a document existed, | *will be born, most of them in the Third World. Every hour one thousand children under the age of five die of malnutrition. By this time tomorrow thirty-thousand children will be dead. Yes, I will meet with the committee.*<br><br>*VILLOT: Is your Holiness suggesting that Pope Paul's encyclical on birth control is wrong?*<br><br>*JOHN PAUL: Pope Paul did not invoke the doctrine of papal infallibility when he signed the encyclical. The issue needs further study.*<br><br>*FELICI: The issue was studied.*<br><br>*JOHN PAUL: And the report of ninety per cent of the commission favoured permitting some form of artificial birth control. Pope Paul was talked into rejecting the commission's report. I am not bound by his decision. (TO* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| actually signed by Luciani, was technically correct. To deny that Luciani on behalf of his fellow bishops in the Veneto region had not forwarded such a document to the Pope via the then Patriarch of Venice was an iniquitous lie.<br><br>Ironically, within the first three weeks of his Papacy, Albino Luciani had already taken the first significant steps towards reversing the Roman Catholic Church's position on birth control. While those steps were being taken the world's Press, by courtesy of L'Osservatore Romano, Vatican Radio, and off the record briefings by certain members of the Roman Curia, had already firmly established a completely false image of Luciani's views.<br><br>During his Papacy Luciani referred to and quoted from a number of the pronouncements and | *VILLOT) I want a report on every Third World country that has Catholics and I want it before I meet with the congressional committee.*<br><br>*VILLOT: That will take months.*<br><br>*JOHN PAUL: I intend to meet with the committee as soon as possible. There are three thousand employees in the Curia. Use whoever you need.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
| --- | --- | --- |
| encyclicals that had come from Pope Paul VI. Notably absent was any reference to Humanae Vitae. The defenders of the encyclical had first been alerted to the new Pope's views when they learned with consternation that the draft acceptance speech, which had been prepared for Paul's successor by the Secretariat of State's office, containing glowing references to Humanae Vitae, had had all such references excised by Luciani. The anti birth control element within the Vatican then discovered that in May 1978, Albino Luciani had been invited to attend and speak at an International Congress being held in Milan on June 21st-22nd. The main purpose of the Congress was to celebrate the 10th Anniversary of the encyclical Humanae Vitae. Luciani had let it be known that he would not speak at the Congress | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| and that further he would not attend. Among those who did attend and speak in glowing terms about Humanae Vitae was the Polish Cardinal Karol Wojtyla.<br><br>Now in September, while the world's Press unquestioningly repeated the lies of L'Osservatore Romano, Albino Luciani was heard in the Papal Apartment talking to his Secretary of State, Cardinal Villot 'I will be happy to talk to this United States delegation on the issue. To my mind we cannot leave the situation as it currently stands.'<br><br>The issue was world population. The 'situation' was Humanae Vitae. As the conversation progressed Villot heard Pope John Paul I express a view that many others, including his private secretary Father Diego Lorenzi, had heard many times before. Father | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Lorenzi is only one of a number of people who have been able to quote to me Luciani's exact words[27]:<br><br>I am aware of the ovulation period in a woman with its range of fertility from twenty-four to thirty-six hours. Even if one allows a sperm life of forty-eight hours the maximum time of possible conception is less than four days. In a regular cycle this means four days of fertility and twenty-four days of infertility. How on earth can it be a sin to say instead of twenty-four days twenty-eight days?<br><br>What had prompted this truly historic conversation had been a tentative approach to the Vatican from the American Embassy in Rome. The American Embassy had been contacted by the State Department in Washington and also by US Congressman James Scheuer. The Congressman headed a House Select Committee on Population and | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| was also Vice-Chairman of the UN fund for population activities, inter-parliamentary working group. The story of the Luciani document to Pope Paul VI on birth control had alerted Scheuer and his Committee to the possibility of change in the Church's position on birth control. It seemed to Scheuer that it was unlikely that his group would obtain an audience with Luciani so soon in his Papacy but he still considered it worth the effort of putting pressure on the State Department and also through the Embassy in Rome on the Vatican. Scheuer was destined to hear some good news.<br><br>Now that Albino Luciani was wearing the shoes of the fisherman he determined to follow John's example of a revolutionary 100 days. At the top of his list of priorities of reform and | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| change were the need to alter radically the Vatican's relationship with capitalism and the desire to alleviate the very real suffering he had personally witnessed that had stemmed directly from Humanae Vitae.<br><br>According to Cardinal Benelli, Cardinal Felici and other Vatican sources[28], the austere Villot listened askance as the new Pope elaborated on the problems the encyclical had caused. It was clear from his attitude during my interviews[29] with him that on this issue Felici was heavily in sympathy with Villot.<br><br>Only a few weeks earlier Villot had been extolling the encyclical on the tenth anniversary of its publication. In a letter to Archbishop John Quinn of San Francisco, Villot reaffirmed Paul's opposition to artificial contraception. The Secretary of State had | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| stressed how important Paul had considered this teaching to be, that it was 'according to God's Law'.<br><br>There was much more in a similar vein. Now, less than two months later, he was obliged to listen to Paul's successor taking a reverse position. The coffee grew cold as Luciani, rising from his desk, began to pace his study and quietly talk of some of the effects that Humanae Vitae had produced over the past decade.[30]<br><br>The encyclical which had been designed to strengthen Papal authority by denying that there could be any change in the traditional teaching on birth control, had had precisely the opposite effect. The evidence was irrefutable. In Belgium, Holland, Germany, Britain, the United States and in many other countries there had not only been marked opposition to the | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| encyclical, there had also been marked disobedience. The maxim had rapidly become that if one priest did not take a tolerant attitude within the confessional the sinner shopped around for a more liberated priest. Luciani cited examples of that contradiction he knew of personally in the Veneto region.<br><br>The theory of Humanae Vitae might well look like an ideal moral viewpoint when proclaimed from within the all-male preserve of the Vatican. The reality Luciani had observed in northern Italy and abroad clearly demonstrated the inhumanity of the edict. In that decade world population had increased by over three-quarters of a billion people.<br><br>When Villot demurred to point out that Pope Paul had stressed the virtues of the natural method of contraception Luciani merely | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| smiled at him, not the full beaming smile that the public knew; it was more of a sad smile. 'Eminence, what can we old celibates really know of the sexual desires of the married?'<br><br>This conversation, the first of a number the Pope had with his Secretary of State on the subject, took place in the Pope's study in the Papal Apartments on Tuesday, September 19th[31]. They discussed the subject for nearly forty-five minutes. When the meeting ended and Villot was about to leave, Luciani walked to the door with him and said:<br><br>Eminence. we have been discussing birth control for about forty-five minutes. If the information I have been given, the various statistics, if that information is accurate, then during the period of time we have been talking over, one thousand children under the age of five have | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| died of malnutrition. During the next forty five minutes while you and I look forward with anticipation to our next meal a further thousand children will die of malnutrition. By this time tomorrow thirty thousand children who at this moment are alive will be dead – of malnutrition. God does not always provide.<br><br>The Secretary of State for the Vatican was apparently unable to find an adequate exit line.<br><br>All details of the possible audience with a United States delegation, on the subject of population, were kept a carefully guarded secret both by the Vatican and the State Department. Such a meeting coming so early in Luciani's Papacy would rightly be seen as highly significant if it became known publicly.<br><br>NOTE. There are a great many pages within IGN dealing | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| with the issue of birth control including On pages 15 through to page 24 details of the events leading to Pope Paul's edict Humane Vitae. Pages 18 and 19 are particularly relevant when considering JOHN PAUL's second speech on TLC 45. | | |
| IGN 185<br><br>On September 7th, during a private audience[34] with Vittore Branca at 8.00 a.m., an hour that caused Curial eyebrows to shoot even higher, his friend Branca expressed concern about the weight of the Papacy. Luciani responded: Yes, certainly I am too small for great things. I can only repeat the truth and the call of the Gospel as I did in my little church at home. Basically all men need this, and I am the keeper of souls above all. Between the parish priest at | *TLC46*<br><br>*JOHN PAUL ......Certainly I am too small for great things. But I can repeat the truth and the call of the Gospel as I did when I was a priest in my little church at home. Men need that.* | * TLC46: Crane acknowledges that he has taken this scene from IGN 185. This scene represents DAY's reconstruction and expression of an event which was verbatim copied by TLC. |

[34] The audience was private and the words spoken are not therefore a matter of public record. It seems likely that they can only have been copied from IGN.

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Canale and me there is a difference only in the number of faithful but the task is the same, to remember Christ and his word. | | |
| IGN185/186/190/191/192<br><br>On September 26th, Luciani could look back with satisfaction on his first month in the new job. It had been a month full of powerful impact. His investigations into corrupt and dishonest practices had thrown the perpetrators into deep fear. His impatience with Curial pomposity had caused outrage. Again and again he had abandoned officially written speeches, publicly complaining: 'This is too Curial in style.' Or, 'This is far too unctuous.'<br><br>His verbatim words were rarely recorded by Vatican Radio or L'Osservatore Romano, but the public heard them and so did the other news media. | *TLC 49*<br><br>*The Pope's study. JOHN PAUL enters angrily. He is carrying a newspaper. There are large piles of paper on his desk. He is followed by LORENZI who is carrying more papers.*<br><br>*JOHN PAUL: The Vatican press has changed my speech again. "We" this "we" that, I never use "we". This isn't my speech. This is just official statements drafted by the Curia. They even have me celebrating the tenth anniversary of Paul's encyclical against birth control. Villot and Felici know I want to re-examine the issue.*<br><br>*LORENZI There is also an article condemning the birth of the* | * TLC 49: Crane admits that the core of the scene has been lifted from IGN 191/192, again copying DAY's expression, selection and coordination of content, character and theme. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| The Vatican recorded his speeches in the General Audiences when on successive Wednesdays he spoke on Faith, Hope and Charity. Luciani's pleas that these virtues be shown towards, for example, drug addicts went unrecorded by the Curia who controlled the Vatican media.<br><br>When on September 20th he uttered the memorable phrase that it is wrong to believe 'Ubi Lenin ibi Jerusalem' (where Lenin is, there is Jerusalem), the Curia announced that the Pope was rejecting 'liberation theology'. He was not. Further, Vatican Radio and L'Osservatore Romano neglected to record Luciani's important qualification, that between the Church and religious salvation, and the world and human salvation, 'There is some coincidence but we cannot make a perfect equation.' | *recent test-tube baby.*<br><br>*JOHN PAUL: They know about the letter I wrote congratulating the baby. (Angry) Damn them.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| IGN190<br><br>The first problem he tackled was L'Osservatore Romano. In the previous month, he had been given cause to complain about the paper on numerous occasions. After the battle had been won about the regal use of 'we' and 'our', which the paper had initially insisted on substituting for the Pope's use of the humbler first person, each day's edition had produced further irritations for the Pope. The paper had adhered rigidly to the Curial written speeches and ignored his own personal comments. It even complained when Italian journalists had accurately reported what the Pope had said rather than what L'Osservatore Romano deemed he should have said. Now there were fresh problems of a far more serious nature.<br><br>A number of Curial cardinals | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| had discovered to their horror that shortly before the Conclave Albino Luciani had been asked for his opinion on the birth of Louise Brown, known as 'the first test tube baby', an English girl recently born with the aid of artificial fertilization. Luciani had been interviewed on the subject three days before the death of Pope Paul VI but his views were not generally known until the article carried in Prospettive nel Mondo after his election. The hardliners on birth control read with growing dismay the views of the man who was now Pope.<br><br>Luciani had begun cautiously, making it clear that what he was expressing were his own personal views, because he, like everyone else, 'waited to hear what the authentic teaching of the Church would be when the experts had been consulted'. His surprise election had produced a situation in | | |