| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| which the authentic teaching of the Church on this as on any other subject was now totally within Luciani's province.<br><br>In the interview Luciani expressed qualified enthusiasm about the birth. He was concerned about the possibility of 'baby factories', a prophetic concern in view of current events in California where women are queueing to be impregnated with the sperm of Nobel prize winners.<br><br>On a more personal note to the parents of Louise Brown, Luciani said:<br><br>IGN 191<br><br>Following the example of God, who desires and loves human life, I too send my best wishes to the baby. As for her parents, I have no right to condemn them; subjectively, if they acted with good intentions and in | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| good faith, they may even have great merit before God for what they have decided and asked the doctors to do.<br><br>He then drew attention to a previous pronouncement by Pius XII which might put the act of artificial fertilization in conflict with the Church. Then, considering the view that every individual has the right to choose for him or herself, he expressed an opinion that lay at the heart of his attitude towards many moral problems. 'As for the individual conscience, I agree, it must always be followed, whether it commands or forbids; the individual though must seek always to develop a well-formed conscience.'<br><br>The element within the Vatican who believe that the only well-formed conscience is one formed exclusively by them began to mutter. | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Discreet meetings began to take place. It was clear to those who attended these meetings that Luciani had to be stopped. They talked airily of 'the betrayal of Paul', which to certain refined Roman minds is an elegant way of saying, 'I disagree'.<br><br>When news of the cautious dialogue between the Secretariat of State's office and the US State Department began to leak to this group they determined on action. The subsequent information that a delegation of officials concerned with birth control had been granted an audience with the Pope gave added urgency to those within the Vatican who considered Humanae Vitae should remain the last word on this subject.<br><br>On September 27th there appeared on the front page of L'Osservatore Romano a long article entitled | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| 'Humanae Vitae and Catholic morality'. It was written by Cardinal Luigi Ciappi, OP, theologian to the Papal household. Cardinal Ciappi had been personal theologian to Paul VI and Pius XII. Coming from such an authority, the article would appear to carry the personal imprimatur of the new Pope. It had previously been published in Lateranum to 'celebrate' the tenth anniversary of Humanae Vitae. Its re-publication was a deliberate attempt to forestall any change on the issue of birth control that Albino Luciani might wish to make. The article is a long eulogy extolling the virtues of Humanae Vitae. There are copious quotations from Paul VI, but from Luciani not a single word affirming he shared either Paul's or Ciappi's views. The reason for that is simple. Ciappi had not discussed the article with Luciani. Indeed as of | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| September 27th, 1978, Cardinal Ciappi was still awaiting a private audience with the new Pope. The first Luciani knew of the article and the views it contained was when he read it in the paper on September 27th. With rising anger he turned to page two to continue reading the article; it was, as previously noted, very long. On page two he was confronted with yet another of the Curia's efforts to undermine his position. Running over three entire columns was another article entitled 'The Risk of Manipulation in the Creation of Life'. This was a blunt, dogmatic condemnation of the birth of test tube baby Louise Brown and of all artificial fertilization.<br><br>Again there had been no reference to Luciani. The Curia knew full well that, for all L'Osservatore Romano claims to be only | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| semiofficial, such an article would be clearly seen by the world as being the views of the new Pope. The battle was well and truly joined.<br><br>On September 28th, therefore, shortly after 8.00 a.m., the Pope telephoned his Secretary of State, Villot. He demanded a full explanation of how the two articles had appeared; then he phoned Cardinal Felici in Padua where he was about to attend a spiritual retreat.<br><br>He had taken to using Felici more and more as a sounding board for his ideas. Aware that their views differed on a large range of subjects, Luciani was equally aware that Felici would respond with total honesty. The Pope also knew that, as Dean of the Sacred College, few knew their way through the machinations of the Curia better than Felici. | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ 'You recall some days ago advising me that the Curia wished me to restrain my natural exuberance?'<br><br>'It was merely a suggestion, Holiness.'<br>'Perhaps you would be kind enough to return the compliment on my behalf. Tell that little newspaper to restrain its views on such issues. Editors are like Popes. Neither is indispensable.' | | |
| *IGN 161*<br><br>Within his first week ▓▓▓ ▓▓▓▓▓▓ had given an indication of the shape of things to come. ▓▓ 'assented' to the desire of ▓▓▓▓▓▓▓ ▓▓▓▓▓ to be relieved of one of his many posts, the Office of President of the Pontifical | *TLC 49/50/51*<br><br>▓▓▓▓ ▓▓▓▓: ....... *Cardinal Gantin, it is a pleasure to see you. Did Benelli tell you why I wanted to meet ?*<br><br>*GANTIN: Yes, to talk about running the Church's organisation for* ▓▓▓▓▓▓▓▓▓▓▓ | TLC 49 [2]/50/51:<br><br>* PPL asks the reader to consider Footnotes 39 and 40 in addition to these experts of the selection, coordination, arrangement and character development between the works. |

[35] I.e. "international aid".

[36] Although the dialogue is given to Gantin (see footnote below) the fact that John Paul wanted Gantin to take on the post indicates within the play that John Paul considered finance should be governed by moral and religious imperatives.

[37] These character qualities are demonstrated through the dialogue for Gantin on LC 49/50/51.

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Council, 'Cor Unum'. The job went to ▇▇▇▇▇▇ Bernard ▇▇▇▇▇. Cor Unum is one of the great funnels through which pass ▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇ ▇▇▇ ▇▇▇▇ ▇▇ ▇▇ ▇▇▇▇▇▇▇▇▇ ▇▇ ▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇▇. <br><br>To ▇▇▇▇▇▇, Cor Unum was a vital element in his philosophy that Vatican finance, like every other factor, should be inspired by the Gospel[36]. ▇▇▇▇▇ was gently replaced, but replaced nonetheless, by ▇▇▇▇▇, a man of great spirituality and transparent honesty[37]. <br><br>The Vatican village buzzed with speculation. Some proclaimed that they had never met Sindona or Calvi or any of the Milan Mafia who had infested the Vatican during Pope Paul's reign. Others in their individual bids for survival began to filter information to the Papal Apartment. | *JOHN PAUL: Are you interested?* <br><br>*GANTIN: No.* <br><br>*JOHN PAUL: (Surprised) Why not?* <br><br>*GANTIN: I will not be a party to a system that generates income through exploitation.* <br><br>*JOHN PAUL (Softly rebuking) You are talking about our Church.* <br><br>*GANTIN: And the Church should use its resources to help people learn the skills necessary for economic independence, not for investment in corporations whose purposes are incompatible with the teachings of the Church.* <br><br>*JOHN PAUL: (Beginning to smile) I am not asking you to manage the Church's assets. I am* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| A few days after the Gantin appointment the new Pope found a copy of an Italian Office of Exchange Control (UIC) circular on his desk. There was no doubt that the circular was a direct response to Il Mondo's long, open letter to the Pope outlining an untenable situation for a man committed to personal poverty and a poor Church.<br><br>The circular, signed by the Minister of Foreign Trade Rinaldo Ossola, had been sent to all Italian banks. It reminded them that the IOR, the Vatican Bank, is 'to all effects a non-residential banking institute', in other words foreign. As such, relationships between the Vatican Bank and Italian credit institutes were governed by precisely the same rules that applied to all other foreign banks.<br><br>The Minister was particularly concerned with | *only asking you to take charge of international aid.*<br><br>*GANTIN: As long as Marcinkus runs the Vatican Bank and Villot the Treasury, nothing will change.*<br><br>*JOHN PAUL: Things will change (To GANTIN) But,in the meantime, I need your help.*<br><br>*BENELLI And Marcinkus and….*<br><br>*JOHN PAUL: Marcinkus and Villot are my problem. (To GANTIN)As a personal favour to me, I would like you to accept.*<br><br>*GANTIN: Your holiness..I accept.*<br><br>*JOHN PAUL (Smiling) Good. This afternoon I will tell Cardinal Villot that you are taking over his responsibilities for international aid.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| currency abuses involving the illegal flight of money from Italy. His circular was a clear Ministerial admission that these abuses were a reality. It was seen in Italian financial circles as an attempt to curb at least one of the Vatican Bank's many dubious activities. In the Vatican City it was generally regarded as further confirmation that the death knell for Bishop Paul Marcinkus's presidency of the Bank was ringing loudly.<br><br>IGN162<br><br>Members of the Curia organized a lottery. The object was to guess on which day Marcinkus would be formally removed from the Bank. Apart from the investigation being conducted on the Pope's behalf by Cardinal Villot, the smiling Pope, with typical mountain shrewdness, opened up other lines of enquiry. He began to talk to | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Cardinal Felici about the Vatican Bank. He also telephoned Cardinal Benelli in Florence.<br><br>It was from Giovanni Benelli that the Pope learned of the Bank of Italy investigation into Banco Ambrosiano. It was typical of the way the Roman Catholic Church operated. The Cardinal in Florence told the Pope in Rome what was happening in Milan.<br><br>IGN193<br><br>First to be received was a group which included the man whom Luciani had promoted to the Presidency of Cor Unum, Cardinal Bernardin Gantin. The Pope beamed at the strong, youthful figure of Gantin, who for him represented the Church's future. During their conversation, Luciani remarked: 'It is only Jesus Christ whom we must present to the world. Apart from this we would have no | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| reason, no purpose, we would never be listened to.' | | |
| IGN162/163<br><br>It was from Giovanni Benelli that the Pope learned of the Bank of Italy investigation into Banco Ambrosiano. It was typical of the way the Roman Catholic Church operated. The Cardinal in Florence told the Pope in Rome what was happening in Milan[38].<br><br>The former number two in the Secretary of State's Department had built a strong network of contacts throughout the country. Licio Gelli of P2 would have been suitably impressed at | TLC51/52<br><br>BENELLI: Do you have Villot's report on the Bank?<br><br>JOHN PAUL: No. The report is important. But more important is the man. (MARCINKUS enters)<br><br>MARCINKUS: Your Holiness, thank you for seeing me (To BENELLI) How is Florence?<br><br>BENELLI: Beautiful but it is always a pleasure to visit Rome.<br><br>MARCINKUS: I am sure your | TLC51/52:<br><br>* PPL understands that plagiarism can take many forms, hence one reference within page IGN 197, which describes a meeting between Bishop Marcinkus and Pope John Paul I, "He had not indicated his thinking to Marcinkus but the cool politeness he had shown the man from Cicero had not passed unnoticed". DAY has seen this stage play (which is said by Crane to be like the screenplay shown to others in the U.S.) and as someone who has written a great amount of drama over the past 40 years, DAY and PPL submit it was abundantly clear that this scene very much owed a debt to IGN description and expression of a meeting between the Pope and Marcinkus. Not the fact |

[38] Banco Ambrosiano was located in Milan. Benelli, the Cardinal from Florence, telling the Pope in Rome what was happening with regard to Banco Ambrosiano is a key aspect of the scene from LC 51/52 above.

[39] An interview with Marcinkus is dramatised on pages LC 51/52/54.

[40] In LC 51/52/54, John Paul does show his thinking through references such as "Hopefully, we will be able to get you home soon", rather than using just "cool politeness" to convey the message to Marcinkus. However, it would be difficult dramatically to use just cool politeness to convey to the audience John Paul's intentions.

[41] See IGN 30.

[42] See IGN/ 28-32

[43] See IGN 87, 120, 299 (references to Rothschild).

[44] See IGN 80.

[45] Note references in IGN (post) to Luciani's "cool politeness" to Marcinkus.

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| the range and the quality of information to which Benelli had access. It included very well placed sources within the Bank of Italy. These were the sources which had informed the Cardinal of the investigation taking place within Roberto Calvi's empire, an enquiry which was moving to its climax in September 1978. What particularly concerned Benelli, and subsequently Luciani, was the part of the investigation that was probing Calvi's links with the Vatican. The Bank of Italy contact was certain that the investigation would be followed by serious criminal charges against Roberto Calvi and possibly against some of his fellow directors. Equally certain was the fact that the Vatican Bank was deeply implicated in a considerable number of deals that broke a variety of Italian laws. The men at the top of the investigating team's list of potential criminals inside | *diocese misses you.......*<br><br>*.....JOHN PAUL: I understand you are from Cicero, Illinois.*<br><br>*MARCINKUS (Glancing first at BENELLI.) Yes.*<br><br>*JOHN PAUL: That's near Chicago.*<br><br>*MARCINKUS: Yes.*<br><br>*JOHN PAUL: How long have you been in Rome ?*<br><br>*MARCINKUS: Almost twenty years.*<br><br>*JOHN PAUL: You must miss Chicago. Do you still have family there ?*<br><br>*MARCINKUS: A relatives...I try to visit them whenever I can.*<br><br>*JOHN PAUL: It is unfortunate that the Church has kept you* | of a meeting itself, but the manner that the scene was played by the actor who had taken on the role of Pope John Paul I matched precisely DAY's expression and presention of DAY's description of "cool politeness" in IGN. Among Crane's sources for this scene, Cornwell's book is quoted extensively. Crane quotes Cornwell from his interview with Marcinkus, "But when I [Marcinkus] saw Pope Luciani, that time after he became Pope... I went up there for a meeting.... He thanked me for giving him all the information. He was most gracious."<br>Notwithstanding that Crane is taking that on board as a source for the presentation of the scene, the tenor, the mood, and the entire quality of that scene obeys not Cornwell's description but DAY's in IGN.<br><br>* For example, one of the lines in the scene given to John Paul, "This is the house of God, not the house of Rothschild..." Crane states that this was an "original idea" of his. Presumably Crane, who has read my book very closely, could not have missed the **at least four references** to the Rothschild family entirely. See, for example, IGN 87, 120, 299.  Again, |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| the Vatican Bank were Paul Marcinkus, Luigi Mennelli and Pellegrino De Strobel.<br><br>IGN196/197<br><br>During the late afternoon of September 28th Jean Villot was given an extended demonstration of this ability that had so impressed him during the previous month. The first problem to be discussed was the Istituto per le Opere di Religione, the Vatican Bank. Luciani was by now in possession of a great deal of highly detailed information. Villot himself had already submitted a preliminary report. Luciani had also obtained further information from Villot's deputy Archbishop Giuseppe Caprio, and from Benelli and Felici.<br><br>For Bishop Paul Marcinkus, who had initiated the plan and played such an active helping role for Calvi in the takeover of the Banca | *away from home for so long.*<br><br>*MARCINKUS It is in the service of God.*<br><br>*JOHN PAUL What do you do at the bank ?*<br><br>*MARCINKUS(Pause) I set policy.*<br><br>*JOHN PAUL: What is the policy.*<br><br>*MARCINKUS: The policy (He shrugs and smiles) is to make money.*<br><br>*BENELLI: Is that why you sold the Catholic Bank of Venice for less than it was worth ?*<br><br>*MARCINKUS: We....the Church received other favours in exchange. If you simple invest with a bank.....*[48]<br><br>*BENELLI (Interrupting) Banco Ambrosiano.* | the source for his selection and arrangement like that in IGN.<br><br>* These scenes also give at least one example of Cornwell's plagiarism from IGN, in turn copied by Crane directly or indirectly through Cornwall. It is one of the examples that Crane has relied upon when writing this scene, "Next thing, Luciani becomes Pope and Marcinkus is frightened that he's going to be sacked." |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Cattolica that chicken and a great many others were now going to come home to roost. Villot advised the Pope that inevitably word had leaked on the investigation into the Bank. The Italian Press were becoming very curious and one major story had just been published.<br><br>Newsweek magazine clearly had some excellent Vatican sources. It had learned that before the Conclave a considerable number of cardinals had requested a full report on the Vatican Bank from Villot. It had also, through its 'knowledgeable source', picked up the fact that there were moves afoot to oust Marcinkus. The magazine quoted its Curial source: 'There's some movement to get him out of there. He'll probably be made an auxiliary bishop.'<br><br>Luciani smiled. 'Does Newsweek tell me with whom I am replacing Marcinkus?' | *MARCINKUS For instance, Ambrosiano; if you simple invest, you receive one interest rate a low interest rate. But if you know people at the bank they will tell you if they have a particular project, and if you earmark your money for the project they will give you a higher rate.*<br><br>*JOHN PAUL: But, what about the nature of the project ?*<br><br>*MARCINKUS: I don't ask.*<br><br>*BENELLI Don't you think the Church should be concerned about the nature of its investment?*<br><br>*NOTE PICKING UP JUST OVER HALWAY DOWN TLC53*<br><br>*JOHNPAUL This is the house of God, not the house of Rothschild*.*<br><br>*MARCINKUS You can't run the* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Villot shook his head.<br><br>As their conversation progressed, Luciani made it clear that he had no intention of leaving Marcinkus in Vatican City, let alone the Vatican Bank. Having personally assessed the man during a 45-minute interview earlier in the month[39] Luciani had concluded that Marcinkus might be more gainfully employed as an auxiliary bishop in Chicago. He had not indicated his thinking to Marcinkus but the cool politeness he had shown to the man from Cicero had not passed unnoticed.[40]<br><br>Returning to his bank offices after the interview, Marcinkus later confided to a friend, 'I may not be around here much longer.'<br><br>To Calvi via the telephone and to his colleagues in the | *Church on Hail Marys, Your Holiness[44].*<br><br>*JOHN PAUL looks at MARCINKUS for a moment.*<br><br>*JOHN PAUL; I can try. (He stands up) It has been a pleasure meeting you Bishop[45]. Your comments should help me understand the audit.*<br><br>*MARCINKUS; (Standing) The audit.*<br><br>*BENELLI His Holiness has asked Villot to conduct an audit of the Bank.*<br><br>*TLC54*<br><br>*JOHN PAUL; (Putting his arm around MARCINKUS and walking him to the door.) Thank you again, Bishop. It has been a pleasure. (JOHN PAUL stops and holds out his ring. As MARCINKUS kisses it)* | |

95

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| bank he observed: 'You would do well to remember that this Pope has different ideas from the last one. There are going to be changes around here. Big changes.'<br><br>Marcinkus was right. Luciani advised Villot that Marcinkus was to be removed immediately. Not in a week's or a month's time. The following day. He was to take leave of absence. A suitable post in Chicago would be found for him once the problem of Cardinal Cody had been resolved.<br><br>Villot was told that Marcinkus was to be replaced by Monsignor Giovanni Angelo Abbo, secretary of the Prefecture of Economic Affairs of the Holy See. As a key figure in the financial tribunal of the Vatican, Monsignor Abbo would demonstrably be bringing to his new job a great deal of financial | *Hopefully we will be able to get you home soon.*<br><br>*MARCINKUS looks at Benelli and leaves* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| expertise. | | |
| IGN 11<br><br>Later he talked to the 400 priests who were now answerable to him. A number of them had offered him gifts, food, money. He declined these. When they were all gathered he attempted to explain the reason: 'I come without five lire. I want to leave without five lire.'<br><br>He continued:<br><br>My dear priests. My dear faithful. I would be a very unfortunate bishop if I didn't love you. I assure you that I do, and that I want to be at your service and put at your disposal all of my poor energies, the little that I have and the little that I am.<br><br>He had the choice of living in a luxurious apartment in the city or a more spartan | *Bottom of TLC 56 then cont on TLC 57*<br><br>*The Pope moves down stage. He encounters a gardener on his knees working.*<br><br>*THOMAS: Your Holiness...*<br><br>*JOHN PAUL It is a beautiful garden. It reminds me of my old garden in the Dolomites.*<br><br>*THOMAS Thank you. Your Holiness. (He stands up and takes his hat off).*<br><br>*JOHN PAUL: What is your name ?*<br><br>*THOMAS: Thomas.*<br><br>*JOHN PAUL What does your religion mean to you Thomas ?*<br><br>*THOMAS: Mass on Sundays.* | TLC 56 / 57:<br><br>* Crane declares "the text is clearly original to TLC" and indeed it is. What is not original to his play is the setting, the location. He prays in aid two fragments from the book *Pontiff* and chooses to ignore the various IGN pages quoted in the left-hand column here, which PPL would ask the reader to carefully consider, particularly IGN 60, which describes the future JPI walking in the gardens of the Augustinian residence (which is a few yards from the Vatican just before the Conclave that elected him) and engaging in a conversation with the gardener, Brother Clemente.  Again, copying DAY's selection and presentation of context and scene in a non-factual way.<br><br>* In IGN 11 the highlighted passages that establish Luciani's desire for a simple life and his own particular choice earlier in his life of a spartan home rather than a luxurious apartment have clearly influenced the conversation that occurs in TLC 57. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| life in the Castle of San Martino. He chose the Castle.<br><br>For many bishops their life is a relatively remote one. There is an automatic gulf between them and their flock, accepted by both. The bishop is an elusive figure, seen only on special occasions. Albino Luciani took a different view of his role in Vittorio Veneto. He dressed as a simple priest and took the gospel to his people. With his priests he practised a form of democracy that was at that time extremely rare within the Church. His Presbyterial Council for example was elected entirely without nominations from the bishop.<br><br>IGN24<br><br>Vittorio Veneto, Luciani was presented with a donation of one million lire. He quietly declined | *JOHN PAUL: Anything else ?*<br><br>*THOMAS: Things I can't do.*<br><br>*JOHN PAUL (JOHN PAUL crouches down) These flowers, Thomas, you take care of them.*<br><br>*THOMAS (Crouching down too.) Yes, Holy Father.*<br><br>*JOHN PAUL; You water them, pull out the weeds, spray for insects.*<br><br>*THOMAS; Of course.*<br><br>*JOHN PAUL: Do you think they know it ? (Pause) God cares for you whether you know it or not. (JOHN PAUL stands and gestures with his hand) What do you think of all this..the Vatican ?*<br><br>*THOMAS: (Stands and looks around) A palace your Holiness.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| the gift and after suggesting that the people should donate it to their own personal charities reminded them what he had told his priests Before leaving when he had arrived in the diocese eleven years earlier: 'I came without five lire. I want to leave without five lire.' Albino Luciani took with him to Venice a small pile of linen, a few sticks of furniture and his books.<br><br>On February 8th, 1970, the new Patriarch, now Archbishop Luciani, entered Venice. Tradition decreed that the entry of a new Patriarch be a splendid excuse for a gaily bedecked procession of gondolas, brass bands, parades and countless speeches. Luciani had always had an intense dislike of such pomp and ceremony. He cancelled the ritual welcome and confined himself to a speech during which he referred not only to the | *JOHN PAUL: A palace?*<br><br>*THOMAS: (Now uncertain) A palace ..for the Pope..for you to live in.*<br><br>*JOHN PAUL (Looking around) It does look like a palace..but it is a church.*<br><br>*THOMAS: It has guards Your Holiness, a church doesn't have guards.*<br><br>*JOHN PAUL You are right..Do you think this is where the Pope should live ? (Silence) Where should the Bishop of Rome live ?*<br><br>*THOMAS (CONFUSED)..With his people.*<br><br>*JOHN PAUL. Yes with his people.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| historic aspects of the city but acknowledged that his diocese also contained industrial areas such as Mestre and Marghera. 'This was the other Venice,' Luciani observed, 'with few monuments but so many factories, houses, spiritualproblems, souls. And it is to this many-faceted city that Providence now sends me. Signor Mayor, the first Venetian coins, minted as long ago as A.D. 850, had the motto "Christ, save Venice". I make this my own with all my heart and turn it into a prayer, "Christ, bless Venice".' <br><br><br> IGN60 <br><br> Remaining aloof from the wheeling and dealing, Luciani walked in the gardens of the Augustinian residence which overlook St Peter's, where he engaged | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Brother Clemente in conversation. Clemente was perspiring as he laboured among the flower beds. Luciani recalled that when he was a boy he had worked in the fields. 'Then I had callouses on my hands. Now I have callouses in my brain.' | | |
| IGN183/184<br><br>Luciani wished to treat Rome as his new parish, to wander through the streets as he had in Venice and his other dioceses. For a Head of State to behave in such a manner presented problems. The Curia flatly declared the idea not only unthinkable, but unworkable. The city would be thrown into constant chaos if the Holy Father went on walkabouts. Luciani abandoned the idea but only for a modified version. He told the Vatican office that he wished to visit every hospital, church and refuge centre in Rome and | TLC58/59<br><br>*JOHN PAUL. Thank you Thomas.*<br><br>*JOHN PAUL steps forward to meet VILLOT and FELICI. THOMAS waits for a moment then exits.*<br><br>*VILLOT You shouldn't talk to people like that.*<br><br>*JOHN PAUL looks inquisitively at VILLOT*<br><br>*VILLOT (Defensively) Popes don't speak to gardeners.* | TLC 58/59/60:<br><br>* Crane concedes that IGN is the source of at least part of these pages of expression, selection, theme and plot as I have expressed it. PPL submits that careful comparison of these pages with the extracts from IGN 190, 191 and 192 [46]annotated in DAY's Act 1 analysis will establish that the copying is rather more than Crane has admitted, taking the DAY created line "Editors are like popes. Neither is indispensable," and putting it in the mouth of Cardinal Felici where it comes out as "Popes are like editors. Neither is indispensable," is still plagiarism. That aside, there are a number of other parts of these pages that owe their existence to the IGN pages quoted above. |

---

[46] MY PAGE 63 OF ACT 1 COMPARISON INSERT NEAR TOP OF PAGE IGN 192

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| gradually work his way round what he regarded as his parish. For a man bent on being ▓▓▓▓▓▓▓ the reality on his own doorstep presented a powerful challenge.<br><br>Rome has a Catholic population of two-and-a-half million. It should have been producing at least seventy new priests per year. When Luciani became Pope it was producing six. The religious life of Rome<br><br>IGN184<br><br>was being maintained by enormous importations of clergy from outside. Many parts of the city were, in reality, pagan, with Church attendances of less than 3 per cent of the population. Here, in the heart of the Faith, cynicism abounded.<br><br>The city that was now home to Luciani was also home to the Communist Mayor Carlo Argan – a Communist Mayor in | *JOHN PAUL My father was a bricklayer. (Pause as VILLOT digests this unpleasant fact) It is time for me to visit Rome. I want to see every section, on foot.*<br><br>*VILLOT Impossible.*<br><br>*JOHN PAUL That word again.*<br><br>*FELICI Thousands of people would flock to see you. The city would come to a halt.*<br><br>*JOHN PAUL (Thinking)* ▓▓▓▓▓▓ *?*<br><br>▓▓▓▓ *Of course.*<br><br>*JOHN PAUL It is* ▓▓▓▓▓▓ ▓▓▓▓ *to visit the sick and, as Bishop of Rome, to visit my churches.* ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| a city whose major industry, religion, is rivalled only by the crime rate. One of the new titles Luciani had acquired was Bishop of Rome, a city that had been without a bishop, in the sense that Milan, Venice, Florence and Naples had a bishop, for over a century. It showed.<br><br>As Pia lunched with the Pope, Don Diego was involved in a loud, lengthy argument with a Curial official who refused even to consider the Papal wish to visit various parts of Rome. Luciani interrupted his conversation with Pia.<br><br>'Don Diego. Tell him it must be done. Tell him the Pope wishes it.'<br><br>Lorenzi conveyed the Papal instruction, only to be met with a refusal. He turned to the Pope. 'They say it can't be done, Holy Father, because it's never been done before.' | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Pia sat, fascinated, as the game of Vatican tennis continued. Eventually ▓▓▓▓▓ apologized to his niece for the interruption and ▓▓▓ ▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓. Smiling at Pia, he observed: 'If the Roman Curia permits, your Uncle hopes to visit the Lebanon before Christmas.' | | |
| IGN190<br><br>The first problem he tackled was ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓. In the previous month, he had been given cause to complain about the paper on numerous occasions. After the battle had been won about the regal use of 'we' and 'our', which the paper had initially insisted on substituting for the Pope's use of the humbler first person, each day's edition had produced further irritations for the Pope. The paper had adhered rigidly to the Curial-written speeches and ignored | *TLC59/60*<br><br>*JOHN PAUL (Starts to leave and then stops)And another thing: The article ▓▓ ▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓ about birth control.*<br><br>*VILLOT: An excellent article.*<br><br>*JOHN PAUL: People who read this article will assume the opinions in it are mine.*<br><br>*FELICI: The opinions in the article are consistent with the position of the Church.* | |

---

[47] LC reverses the words, stating "Popes are like editors" and puts them into the mouth of Felici.

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| his own personal comments. It even complained when Italian journalists had accurately reported what the Pope had said rather than what L'Osservatore Romano deemed he should have said. Now there were fresh problems of a far more serious nature.<br><br>A number of Curial cardinals had discovered to their horror that shortly before the Conclave Albino Luciani had been asked for his opinion on the birth of Louise Brown, known as 'the first test tube baby', an English girl recently born with the aid of artificial fertilization. Luciani had been interviewed on the subject three days before the death of Pope Paul VI but his views were not generally known until the article carried in Prospettive nel Mondo after | *JOHN PAUL: (Becoming angry[48])* *they are not consistent with my position and you know it.* *...(Calmer) Before Paul's enycyclical I submitted a report recommending that some form of artifical birth control be permitted in marriage.Last week the Vatican press denied my report ever existed.*<br><br>*VILLOT: We have located every copy. They are now locked in the Vatican archives.*<br><br>*JOHN PAUL That denial was a lie.*<br><br>*FELICI: It is the function of the Curia to protect a Pope from the possible mistakes that he made earlier in his life.*<br><br>*JOHN PAUL: I will decide if there were mistakes, not the* | |

[48] Anger was not an emotion for which John Paul 1 was known. The references in IGN to him being angry are therefore unusual.

[49] IGN has the words as those of Luciani (Pope John Paul 1) and the other way around "Editors are like Popes".

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| his election. The hardliners on birth control read with growing dismay the views of the man who was now Pope.<br><br>Luciani had begun cautiously, making it clear that what he was expressing were his own personal views, because he, like everyone else, 'waited to hear what the authentic teaching of the Church would be when the experts had been consulted'. His surprise election had produced a situation in which the authentic teaching of the Church on this as on any other subject was now totally within Luciani's province.<br><br>In the interview Luciani expressed qualified enthusiasm about the birth. He was concerned about the possibility of 'baby factories', a prophetic concern in view of current events in California where women are queueing to be impregnated with the sperm of Nobel prize | *Curia. I did not want to become Pope. The Cardinals in the infinite wisdom elected me, and I foolishly accepted. But now I am the Pope.*<br><br>*VILLOT: No Pope can function without the assistance of the Curia.*<br><br>*JOHN PAUL (Coldly) It appears that no Pope can function with its assistance. It is the function of the Pope to set policy, to govern, not the Curia and not the Vatican press.*<br><br>*VILLOT: The press was merely following the policy set out by Pope Paul.*<br><br>*JOHN PAUL: By attacking a newborn baby, a baby I had just congratulated in a letter. Furious My church will not make war on babies.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| winners.<br><br>On a more personal note to the parents of Louise Brown, Luciani said:<br><br>IGN 191<br><br>Following the example of God, who desires and loves human life, I too send my best wishes to the baby. As for her parents, I have no right to condemn them; subjectively, if they acted with good intentions and in good faith, they may even have great merit before God for what they have decided and asked the doctors to do.<br><br>He then drew attention to a previous pronouncement by Pius XII which might put the act of artificial fertilization in conflict with the Church. Then, considering the view that every individual has the right to choose for him or herself, he expressed an opinion that lay at the | *FELICI. The article condemned artificial conception, not the child.*<br><br>*JOHN PAUL: The article condemned both (Pause. Calmly and icily.) Cardinal Felici, last week you told me that the Curia wanted me to restrain what it called my 'natural exuberance.'*<br><br>*FELICI. It was merely a suggestion, Your Holiness.*<br><br>*JOHN PAUL: I want you to return the compliment on my behalf. Tell that little newspaper to restrain its views. Editors are not indispensable. (Turns and exits).*<br><br>*......FELICI. Popes are like editors, neither is indispensable.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| heart of his attitude towards many moral problems. 'As for the individual conscience, I agree, it must always be followed, whether it commands or forbids; the individual though must seek always to develop a well-formed conscience.'<br><br>The element within the Vatican who believe that the only well-formed conscience is one formed exclusively by them began to mutter. Discreet meetings began to take place. It was clear to those who attended these meetings that Luciani had to be stopped. They talked airily of 'the betrayal of Paul', which to certain refined Roman minds is an elegant way of saying, 'I disagree'.<br><br>When news of the cautious dialogue between the Secretariat of State's office and the US State Department began to leak to this group they determined | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| on action. The subsequent information that a delegation of officials concerned with birth control had been granted an audience with the Pope gave added urgency to those within the Vatican who considered Humanae Vitae should remain the last word on this subject.<br><br>On September 27th there appeared on the front page of ~~Osservatore Romano~~ a long ~~article~~ entitled 'Humanae Vitae and Catholic morality'. It was written by Cardinal Luigi Ciappi, OP, theologian to the Papal household. Cardinal Ciappi had been personal theologian to Paul VI and Pius XII. ~~Coming from such an authority,~~ ~~the article would appear to carry the personal imprimatur of the new Pope.~~ It had previously been published in Laterano to 'celebrate' the tenth anniversary of Humanae Vitae. ~~Its re-publication~~ | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| was a deliberate attempt to forestall any change on the issue of birth control that Albino Luciani might wish to make. The article is long eulogy extolling the virtues of Humanae Vitae. There are copious quotations from Paul VI, but from Luciani not a single word affirming he shared either Paul's or Ciappi's views. The reason for that is simple. Ciappi had not discussed the article with the new Pope. Indeed as of September 27th, 1978, Cardinal Ciappi was still awaiting a private audience with the new Pope. The first Luciani knew of the article and the views it contained was when he read it in the paper on September 27th. With rising anger he turned to page two to continue reading the article; it was, as previously noted, very long. On page two he was confronted with yet another of the Curia's efforts to | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| undermine his position. Running over three entire columns was another article entitled 'The Risk of Manipulation in the Creation of Life'. This was a blunt, dogmatic condemnation of the birth of test tube baby Louise Brown and of all artificial fertilisation.<br><br>Again there had been no reference to Luciani. The Curia knew full well that, for all L'Osservatore Romano claims to be only semiofficial, such an article would be clearly seen by the world as being the views of the new Pope. The battle was well and truly joined.<br><br>On September 28th, therefore, shortly after 8.00 a.m., the Pope telephoned his Secretary of State, Villot. He demanded a full explanation of how the two articles had appeared; then he phoned Cardinal Felici in Padua where he was about to attend a spiritual | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| retreat.<br><br>He had taken to using Felici more and more as a sounding board for his ideas. Aware that their views differed on a large range of subjects, Luciani was equally aware that Felici would respond with total honesty. The Pope also knew that, as Dean of the Sacred College, few knew their way through the machinations of the Curia better than Felici.<br><br>Luciani expressed his anger at the two articles. 'You recall some days ago advising me that the Curia wished me to restrain my natural exuberance?'<br><br>'It was merely a suggestion, Holiness.'<br><br>'Perhaps you would be kind enough to return the compliment on my behalf. Tell that little newspaper to restrain its views on such issues. | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Editors are like Popes'. Neither is indispensable.' | | |
| IGN 153<br>….To another friend in the north he (LUCIANI) observed. I have noticed two things that appear in very short supply in the Vatican. Honesty and a good cup of coffee.<br><br>Pages 196 to 200<br>These which recount in full a meeting between Luciani and Villot that took place on the afternoon and early evening of September 28th 1978<br>detail the changes that JOHN PAUL proposed to make they included removing Marcinkus,Villot and Baggio.<br><br><br>NOTE. That concludes the text analysis of the first act of The Last Confession and the extracts from In God's name that have been plagiarised. | *TLC62*<br>**BENELLI: He called me in Florence. His voice was quiet, calm. I could feel his resolve.**<br><br>**CONFESSOR: What did he say ?**<br><br>**BENELLI: That the truth is as hard to find in the Vatican as a good cup of coffee. He asked me to come back to Rome,to come back as secretary of State. He was going to remove them all, Villot,Marcinkus, Baggio. He said it was time to send people home.** | TLC 62:<br>* Yet again we are confronted with copying by another author, namely John Cornwell in a *Thief in the Night*, which has been inspired by part of IGN, and then in turn is copied directly or indirectly by Crane as one of his quotes. This language was first expressed by DAY. Further, this example is more eggregious by Crane. There are other quotes from Cornwell's book that owe their existence to IGN. There are further quotes from *His Holiness* by Bernstein and Politi that originated in IGN on a number of occasions. And then there is the business of Luciani the coffee-drinker, an aspect that features in IGN. For example, there are 21 references within IGN to Luciani's coffee-drinking and the line that Roger Crane claims as his own: "The truth is as hard to find in the Vatican as a good cup of coffee" can be found in its original form on page 153 of IGN uttered by the Pope "I have noticed two things that appear to be in very short supply in the Vatican. Honesty and a good cup of coffee." PPL asks that the reader to consider |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | | these sound bites, these fragments that are quoted, such as these references are to a direct line of DAY's, not in isolation and not only as sound bites or isolated lines, but to consider them in the totality of the entire play with the lines that precede and the lines that follow. PPL understands plagiarism can take many forms and it submits that plagiarism [can include] the essence, the atmosphere, the mood, the emotional structure, such as what was copied in this example.<br><br>* Crane has chosen within his Exhibit C at this stage of his attempted rebuttal to lump together a whole range of claimed sources for a variety of TLC pages. These include quoting Cornwell regarding John Paul I's changes as a source. The source in question derived much of his information from *In God's Name*. Another extract from Cornwell's book that Crane claims as a source is: "Villot enters the Pope's study and they talk for one hour and fifteen minutes. Various Vatican sources will later claim that the interview was acrimonious, charged with emotion." *Night*, page 319. Cornwell's source for this information is *In God's Name*. Another Crane source quoted is: "Another |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | | widely disseminated pious lie was that the pope [John Paul I] had been holding in his hand the rough draft of a homily her was preparing. <u>But soon enough, word got out that the pope had been involved in a harsh discussion with his secretary of state [Cardinal Villot] about forthcoming personnel changes in the curia</u> and the Italian Church and that on the night of his death, he had phoned Cardinal Giovanni Colombo, archbishop of Milan to ask his advice.<br><br>This led some monsignors in the Curia to whisper that the sheet of papers found in Luciani's hand dealt with appointments and transfers -- notes for reshaping the balance of power with the church. Pope John Paul I's notes were never published. In keeping with the usual practice, Secretary of State Villot ordered the removal of every personal item belonging to the Pontiff, including his glasses, his slippers, and above all the medicines on his night table." *His Holiness* pp. 151-152<br><br>This entire quote does not originate within the book *His Holiness.* The authors of that book used as their source *La Stampa,* June 10, 1984. The |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | | author of that newspaper article Paolo Patruno used as his source *In God's Name*. Given further time, I would be able to cite a great many other instances of multiple plagiarism and PPL reserves the right to do so in discovery. |

# 5323877_v1

116