**EXHIBIT 5**

## COMPARISON BETWEEN "THE LAST CONFESSION" ("TLC"), ACT TWO, AND "IN GOD'S NAME" ("IGN")

(NOTE: This submission is made to aid the Court and PPL reserves the right to supplement in the future upon development of a record and additional facts not available to PPL outside of discovery related to this case, including verification of Crane's statements. In addition, unfortunately due to time restrictions imposed by the short response deadline, PPL was unable to color code the Act II Chart at this time, which it would have done to further aid the Court had it been able to do so. Nonetheless, much of the substantial similarity between Act II of TLC and IGN is outlined below.)

**Introductory Notes:**

- **The Last Confession will be referred to as TLC In God's Name will be referred to as IGN. The Text from The Last Confession is in italics. The Text from In God's name is in standard print. Numbers are page numbers.**
- **There may be additional instances of copying that have not yet been noted. The right to amend and add to this document is therefore fully reserved after development of additional facts through discovery.**

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| IGN 168<br><br>Vincenza had worked for Luciani since his Vittorio Veneto days and she knew his ways, his habits. She had accompanied him to Venice and had been the Mother Superior of the Community of four nuns who looked after the Patriarch. In 1977 she suffered a heart attack and had been hospitalised. The doctors told her she must never work again, that she should sit and merely give instructions to the | TLC Act Two<br>TLC 64<br>VINCENZA: Did you remember to take your pill last night.<br>JOHN PAUL Yes, Sister.<br><br>VINCENZA: The doctor says it will give you more energy.<br><br>JOHNPAUL: It will not make these papers disappear any faster. | TLC 64:<br>* PPL asks that the reader compare TLC64 with IGN 167, 168, 200, 204, 217, in particular, IGN 167 which discusses DAY's expression of the Pope's predilection for coffee and sweets. Crane's claim that one of his sources was the book *His Holiness* is another example of multiple plagiarism. Bernstein and Politi lifted this material from an article in *La Stampa* dated June 10, 1984. The writer of the article, Paolo Patruno, was using IGN as his source. The first edition of IGN was published during the first week of June in 1984. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| other nuns. She had ignored the advice and continued to supervise Sister Celestina's cooking and had fussed over the Patriarch, reminding him to take his medicine for his low blood pressure….. | *VINCENZA: Would you like another cup of coffee ?*<br><br>*JOHNPAUL: Thank you, the coffee is much better this morning.* | |
| …………A lunch of minestrone or pasta, followed by whatever Vincenza had created for a second course, was served at 12.30 p.m. | *VINCENZA: I bought a proper coffee-maker yesterday.*<br><br>*JOHNPAUL: (Smiling) Perhaps the Vatican can change…….* | |
| IGN200<br>Totally unruffled by the long session with Villot he chatted amiably while Sisters Vincenza and Assunta served a dinner of clear soup, veal, fresh beans and salad. Luciani sipped a little from a glass of water while Lorenzi and Magee drank red wine.<br>IGN 204<br>The only other medicines the Pope was taking were vitamin pills three times a day with his meals and | *……VINCENZA:(Looking at tray on desk)*<br><br>*You ate all your sweets last night.*<br><br>*JOHNPAUL: (Guilty) Yes, Sister.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| a course of injections for the adrenal cortex, drugs to stimulate the gland that secretes adrenalin. Again these were taken to assist the low blood pressure. Courses of these injections were given twice yearly, in the spring and in the autumn. The proprietary drugs varied. One of them frequently used was Cortiplex. These injections were administered by Sister Vincenza. Luciani was taking a course of them during his Papacy, hence the need for Vincenza in the Papal Apartments. The drugs used for the injections, like the Effortil by the bedside, could have been tampered with easily.<br><br>IGN 167<br><br>Though his bedside alarm clock was habitually set for 4.45 a.m. in case he overslept, the Pope would be awakened by a knock on his bedroom door at 4.30 a.m. The knock informed him that Sister | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Vincenza had left a flask of coffee outside. Even this simple act had been subjected to Curial interference. In Venice the nun had been accustomed to knock on the door, call out a 'Good morning' and bring the coffee directly into Luciani's bedroom. The busy monsignors in the Vatican considered this innocent gesture to be a breach of some imaginary protocol. They remonstrated with a baffled Luciani, who agreed that the coffee could be left in his adjoining study. The habit of a coffee consumed immediately upon waking derived from a sinus operation performed many years previously. The operation had left Luciani with an unpleasant taste in his mouth when he awoke. When travelling, if coffee was not available, he would suck a sweet.<br><br>IGN 204<br><br>At 4.30 a.m. on the morning of Friday September 29th, Sister | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Vincenza carried a flask of coffee to the study as usual. A few moments later she knocked on the Pope's bedroom door and called out, 'Good morning, Holy Father'. For once there was no reply.<br>Vincenza waited for a moment then padded away quietly. At 4.45 a.m. she returned. The tray of coffee in the study was untouched. She had worked for Luciani since 1959 in Vittorio Veneto. Not once in nineteen years had he overslept. Anxiously she moved to the bedroom door and listened. There was no sound. She knocked on the door,<br><br>IGN 217<br><br>Sister Vincenza had worked with Luciani for nearly twenty years. Far from casting her eyes upon the ground at his approach she was a source of great comfort to Luciani. Indeed the man was cut off; but would a bevy of intimates have been able to prevent a solitary, mysterious | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| death? | | |
| IGN 194/195<br><br>Baggio was delighted; finally the situation had been resolved. He was less than pleased with the next decision at which Luciani had arrived. Venice was without a Patriarch. Baggio was offered the job.<br><br>Many men would have felt honoured at such an offer. Baggio was<br><br><br><br>not; he was angry. He saw his future in the short term as dominating the Puebla conference in Mexico. He believed that the Church's future lay in the Third World. In the long term he saw his place in Rome, at the heart of the action. In Venice he would be out of sight and, more important, out of mind when it came to formulating future plans. | TLC67/68<br><br>....................JOHNPAUL: You realise that the diocese of Venice is vacant.<br><br>BAGGIO:(Uncertain) Yes.<br><br>JOHNPAUL: The people of Venice are very dear to me. They need a cardinal to nourish and care for them. I want you to be that Cardinal.<br><br>BAGGIO: (Shocked) Me.<br><br>JOHNPAUL: Yes.<br><br>BAGGIO: But there is so much that I still have to do in Rome….my work…the bishops throughout the world..<br><br>JOHNPAUL: I want you to take care of Venice. | TLC67/68:<br><br>* Crane has acknowledged that his source for these pages is IGN pages 194 and 195. He cites it as fact, but ignores that it reflects DAY's expression, selection, coordination and arrangement of his personal view and his expression of that view.<br><br>* Crane purports there is an additional source, namely *A Thief in the Night*. Yet again, that aspect of that book by John Cornwell copied DAY's material. Apart from IGN, Crane quotes two other sources. Firstly, "Apparently he tried to persuade someone to accept the diocese of Venice as his replacement was rudely rejected. The Curia was freezing him out. He huddled with Baggio above some critical appointments and replacements in the world hierarchy." *Popes* 1978 p. 172. Demonstrably this alleged "source" would not assist Crane to show (copy) my expression not present in that source, namely a writer bent on showing a flaring argument between Baggio and the Pope not "huddling" with him. Crane's other non-Yallop source, Cornwell *Thief in the Night* p. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| The manner of his refusal to accept Venice astonished Luciani. Obedience to the Pope and to the Papacy had been instilled into Luciani from his earliest days in the seminary at Feltre and the obedience that Luciani had acquired had been of an unquestioning nature. Through the years as his career had progressed he had begun to question, most notably over the issues of Vatican Incorporated and Humanae Vitae, but it would have been unthinkable for Luciani publicly to lead a call to arms even on issues as important as these. This was the man who at Paul's request had written article after article that supported the Papal line, whom when writing such an article on divorce, gave it to his secretary Father Mario Senegaglia with the wry comment, 'This will bring me many headaches I am sure, when it is published, but the Pope | *BAGGIO: (getting upset) You can't mean it.*<br><br>*JOHNPAUL: I do.*<br><br>*BAGGIO: (Calmer) Thank you but I must decline.*<br><br>*JOHNPAUL You decline ?*<br><br>*BAGGIO: I am needed here in Rome.*<br><br>*JOHNPAUL: I think it is my job to decide where my cardinals are needed. I want you to go to Venice.*<br><br>*BAGGIO: No.*<br><br>*JOHNPAUL: Cardinal Baggio, the matter is not open to debate.*<br><br>*BAGGIO: I am not leaving Rome.* | 144 is equally inapplicable for such a scene, "inside the Vatican there is no such thing as masonry. I swear it. I have no doubts in my whole mind about it. They said Baggio was one ." The list of clerical masons contained within IGN lists among their number [see page 164 IGN] Cardinal Baggio. Subsequently IGN 195: There were several reasons why the Pope had concluded that Baggio should move from Rome to Venice. Not least of these was on particular name on the list of Masons which Luciani had received – Baggio, Masonic name Seba, Lodge number 85/2640. Enrolled on August 14th, 1957." Thus, the **entire** rationale of the scene, both text and emotions, can be seen to be derived from IGN pages 194 and 195. In addition, inclusion of this scene again tracks IGN selection, coordination and arrangement of themes and scenes and character development. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| has requested it.'<br> To refuse a direct request from the Pope in the<br>arrogant way Baggio was now doing was beyond belief.<br> The two men were functioning with two quite different sets of values. Luciani was<br>considering what was best for the Roman Catholic Church.<br> Baggio was considering what was best for Baggio.<br><br>There were several reasons why the Pope had concluded that<br>Baggio should move from Rome to Venice. Not least of these was one particular name on the list of Masons which Luciani had received –<br>Baggio, Masonic name Seba, Lodge number 85/2640. Enrolled on August 14th, 1957.<br><br>Luciani had made further enquiries after his conversation with Cardinal Felici. A remark of Felici's had nagged away at him. 'Some on the list are Masons. Others are | JOHNPAUL(Pause) And your oath of obedience ?<br><br>BAGGIO: I am a cardinal a prince of the church.<br><br>JOHNPAUL: I am the Pope.<br><br>BAGGIO: Your Holiness has much to learn.<br><br>JOHNPAUL: I am learning. I am not asking you to go to Venice, it is an order.<br><br>BAGGIO(Losing his temper) Not for me.<br><br>JOHNPAUL (Calm) You would defy the Pope ?<br><br>BAGGIO: It takes more than new robes to make a Pope. It takes more than patting children on the head and telling funny | |

8

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| not.' Luciani's problem was to resolve the genuine from the false. The enquiries had helped by producing some clarifications.<br><br>The meeting between Baggio and Luciani has been described to me as 'a very violent argument with the violence and anger entirely deriving from His Eminence. The Holy Father remained calm.'<br><br>Calm or otherwise, Luciani had an unresolved problem at lunch time. Venice was still without a leader and Baggio was insisting his place was in Rome. A thoughtful Luciani began his soup. | *stories. Thirty days ago you were a nobody in a backwater diocese preaching to empty churches and now you think you can rule the Roman Catholic church. I am staying in Rome.*<br><br>*JOHNPAUL: Maybe I am not much of a Pope, but you are going to Venice.*<br><br>*BAGGIO(Yelling) I'd sooner go to hell(LORENZI enters the room)*<br><br>*JOHNPAUL: (softly) That can be arranged.* | |
| IGN 198<br><br>000000000000000<br>Luciani discussed Baggio's refusal to accept the See of Venice and his continued determination that Baggio should go where he was told to go. 'Venice is not a tranquil bed | TLC 69/70/71<br><br>*...............JOHNPAUL: Thank you for waiting. Would you like some coffee ? (He hesitates) Sister Vincenza's new improved coffee.* | TLC 69, 70, 71<br><br>* The reader should refer to IGN 198. Crane acknowledged that at least in part these scenes were derived from IGN 196, 197, 198, 199 and 200. PPL would urge the reader in this instance to read the IGN pages very carefully, because they contain not only some of |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| of roses. It needs a man of Baggio's strength. I wish you to talk with him. Tell him that we all have to make some sacrifice at this time. Perhaps you should remind him that I had no desire for this job.' The argument would have limited value for Baggio, who himself had earnestly desired to be Paul's successor but Villot diplomatically neglected to make this point. | ***VILLOT: Thank you, yes (JOHNPAUL pours each of them a cup) Cardinal Bagggio looked upset.***<br><br>*JOHNPAUL: Yes. Tell me, is it usual for a cardinal to refuse to obey a Pope?*<br><br>*VILLOT: I don't understand.*<br><br>*JOHNPAUL I just told Cardinal Baggio that I wanted him to replace me in Venice. He said no.*<br><br>*VILLOT He said no?!*<br><br>*JOHNPAUL: Yes.*<br><br>*VILLOT: You agreed to reconsider?* | the most important information within IGN but they are also used by Crane to create some of the most important moments of his play. PPL seeks not to protect the fact of any such event(s), but the selection and presentation as to theme, character and plot development and IGN's expression of same. Some of the other sources that Crane claims to have utilised are yet again products of a previous plagiarising of IGN, most notably John Cornwell's *A Thief in the Night*.<br><br>* Author's note: These summary notes also apply to the subsequent pages covering TLC 69, 70, 71. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | *JOHNPAUL I want you to arrange for Cardinal Baggio's transfer.*<br><br>*VILLOT: If your Holiness insists.*<br><br>*JOHNPAUL: I do. Please remind him that I did not want to come to Rome. Sometimes we have to sacrifice for the good of the Church.*<br><br>*VILLOT: I do not believe that Cardinal Baggio considers becoming Pope a sacrifice, but I will remind him.* | |
| IGN196/197/198<br><br>Luciani and Villot sat sipping their camomile tea. In an attempt to get closer to his Secretary of State, the Pope had from time to time during their numerous meetings spoken to Villot in his native French. It was a gesture the Cardinal from St | *TLC69/70/71*<br><br>*JOHNPAUL: I've read your report on the Vatican Bank. I've also read Cardinal Benelli's report.*<br><br>*VILLOT: Benelli* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Amande-Tallende appreciated. He had been deeply impressed at how quickly Luciani had settled into the Papacy. The word had gone out from the Secretariat of State's office to a number of Luciani's friends and former colleagues. Monsignor Da Rif, still working at Vittorio Veneto, was one of many to be given a progress report.<br><br>From Cardinal Villot down they all admired Papa Luciani's way of working. His ability to get to the root of problems, to make decisions quickly and firmly. They were very struck with his ability to carry out his tasks. It was clear that he was a man who took decisions and stuck to them. He did not give way to pressure. In my own personal experience this ability to stick to his own line was a very remarkable feature of Albino Luciani.<br><br>During the late afternoon of September 28th Jean Villot was | *submitted a report ?*<br><br>*JOHNPAUL: I have decided to remove Bishop Marcinkus.*<br><br>*VILLOT: When ?*<br><br>*JOHNPAUL: Tomorrow.*<br><br>*VILLOT: Do you have another job for him in the Vatican ?*<br><br>*JOHNPAUL: No, he is to be transferred to Chicago.*<br><br>*VILLOT As your Holiness wishes. (Pause)*<br><br>*JOHNPAUL: How long have you been Secretary of State ?*<br><br>*VILLOT: Ten years.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| given an extended demonstration of this ability that had so impressed him during the previous month. The first problem to be discussed was the Instituto per le Opere di Religione, the Vatican Bank. Luciani was by now in possession of a great deal of highly detailed information. Villot himself had already submitted a preliminary report. Luciani had also obtained further information from Villot's deputy Archbishop Giuseppe Caprio, and from Benelli and Felici.<br><br>For Bishop Paul Marcinkus, who had initiated the plan and played such an active helping role for Calvi in the takeover of the Banca Cattolica, that chicken and a great many others were now going to come home to roost.<br><br>IGN197<br>As their conversation progressed, Luciani made it clear that he had no intention of leaving Marcinkus in | JOHNPAUL: It is a demanding job.<br><br>VILLOT: I have done my best.<br><br>JOHNPAUL: I know. You have earned the right to rest.<br><br>VILLOT(Pause) Does Your Holiness want me to retire ?<br><br>JOHNPAUL: Yes.<br><br>VILLOT: (There is a long pause) Cardinal Casaroli is a good man.<br><br>JOHNPAUL A brilliant diplomat….but he is to willing to compromise with the communists.<br><br>VILLOT: Who is to be my replacement. ? | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Vatican City, let alone the Vatican Bank. Having personally assessed the man during a 45-minute interview earlier in the month Luciani had concluded that Marcinkus might be more gainfully employed as an auxiliary bishop in Chicago. He had not indicated his thinking to Marcinkus but the cool politeness he had shown to the man from Cicero had not passed unnoticed.<br><br>Returning to his bank offices after the interview, Marcinkus later confided to a friend, 'I may not be around here much longer.'<br><br>To Calvi via the telephone and to his colleagues in the bank he observed: 'You would do well to remember that this Pope has different ideas from the last one. There are going to be changes around here. Big changes.'<br><br>Marcinkus was right. Luciani | *JOHNPAUL: Cardinal Benelli. (There is a long pause)*<br><br>*VILLOT: You are the Pope.*<br><br>*JOHNPAUL: What do you think ?*<br><br>*VILLOT Your way is not :Pope Paul's way.*<br><br>*JOHN PAUL: (Wearily) I am not Pope Paul.*<br><br>*VILLOT: I fear for the Church.*<br><br>*JOHNPAUL Why ?*<br><br>*VILLOT: Because you are wrong.*<br><br>*JOHNPAUL: How am I wrong.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| advised Villot that Marcinkus was to be removed immediately. Not in a week's or a month's time. The following day. He was to take leave of absence. A suitable post in Chicago would be found for him once the problem of Cardinal Cody had been resolved.<br><br>Villot was told that Marcinkus was to be replaced by Monsignor Giovanni Angelo Abbo, secretary of the Prefecture of Economic Affairs of the Holy See. As a key figure in the financial tribunal of the Vatican, Monsignor Abbo would demonstrably be bringing to his new job a great deal of financial expertise.<br><br>The inspiration of Pope John's first 100 days had certainly galvanized Albino Luciani. The claws of the lion which his intimates had waited to see revealed, were on full display to Villot on the evening of September 28th. Luciani, a man so unassuming and gentle, | *VILLOT Everything about you is wrong.*<br><br>*JOHNPAUL: I am what I am(Pause)*<br><br>*VILLOT: Yes.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| had, before his Papacy, seemed much smaller than his 5 ft 9 ins. To many observers over the years he had seemed to melt into the wallpaper. His manner was so quiet and calm that after a large gathering many were unaware that he had been present. Villot was left in no doubt of his presence on this evening. Luciani told him:<br><br>IGN 198<br><br>There are other changes within the Istituto per le Opere di Religione that I wish to be implemented immediately. Mennini, De Strobel and Monsignor De Bonis are to be removed. At once. De Bonis is to be replaced by Monsignor Antonetti. The other two vacancies I will discuss with Monsignor Abbo. I wish all of our links with the Banco Ambrosiano Group to be cut and the cut must happen in the very near future. It will be impossible, in my | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| view, to effect this step with the present people holding the reins.<br><br>Father Magee remarked to me, in terms of a general observation, 'He knew what he wanted. He was very clear indeed about what he wanted. The manner in which he went about his aims was very delicate.'<br><br>The 'delicacy' lay in his explanation to Villot. Both men knew that Marcinkus, Mennini, De Strobel and De Bonis were all men with inextricable links not only with Calvi but also with Sindona. What was not said could not be misquoted at a later date.<br><br>Cardinal Villot noted these changes without much comment. He had been aware of a great deal over the years. Many within the Vatican considered him ineffectual but for Villot it had often been a case of deliberately looking the other way. | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| In the Vatican village it was called survival technique.<br><br>Villot considered the proposed changes that included his own 'resignation'. He was old and tired. Further, he was also seriously ill. An illness not helped by the two packs of cigarettes he smoked daily. Villot had made it plain in late August that he sought early retirement.<br>Now it had come somewhat sooner than he had bargained for. There would be a period of handover of course but to all intents and purposes his power was now ceasing. The fact that Luciani proposed to replace him with Benelli must have been particularly vexing to Villot. Benelli had been his number two in the past and it had not been the happiest of relationships.<br><br>Villot studied the notes he had made of the proposed changes.<br>Albino Luciani, placing his own handwritten notes to one side, | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| poured out more tea for both of them. Villot said, 'I thought you were considering Casaroli as my replacement?'<br><br>'I did, for a considerable time. I think much of his work is brilliant but I share Giovanni Benelli's reservations about some of the policy initiatives that have been made in the recent past towards Eastern Europe.'<br><br>Luciani waited for some sign or word of encouragement. The silence grew longer. Never during their entire relationship had Villot dropped his formality; always there was the mask, always there was the coldness. Luciani had tried directly and also via Felici and Benelli to inject some warmth into his dealings with Villot, but the cold professional aloofness that was his hallmark remained. Eventually it | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| was Luciani who broke the silence, 'Well, Eminence?'<br><br>'You are the Pope. You are free to decide.'<br><br>'Yes, yes, but what do you think?'<br><br>Villot shrugged. 'These decisions will please some and distress others. There are cardinals within the Roman Curia who worked hard to get you elected who will feel betrayed. They will consider these changes, these appointments contrary to the late Holy Father's wishes.'<br><br>Luciani smiled. 'Was the late Holy Father planning to make appointments in perpetuity? As for the cardinals who claim to have worked hard to make me Pope – understand this – I have said it many times, but clearly it needs saying yet again. I did not seek to become Pope. I did not want to be Pope. You cannot name one single cardinal | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| IGN200<br><br>to whom I proposed anything. Not one whom I persuaded in any form to vote for me. It was not my wish. It was not my doing. There are men here within Vatican City who have forgotten their purpose. They have reduced this to just another market place. That is why I am making these changes.'<br><br>'It will be said that you betrayed Paul.'<br><br>'It will also be said that I have betrayed John. Betrayed Pius. Each will find his own guiding light according to his needs. My concern is<br>that I do not betray Our Lord Jesus Christ.' | | |
| IGN202.<br><br>Albino Luciani was the first Pope to die alone for over one hundred years, but then it has been a great | *TLC 72.*<br><br>*..........BENELLI. Villot called me the next morning, his voice was* | TLC 72:<br>* Again an instance of indirect copying, this time with a source [*Pontiff*] which is factually incorrect, followed by an act of plagiarism by the authors of *His* |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| deal longer since a Pope was murdered.<br><br>IGN208/209<br><br>This morning, September 29th, 1978, about 5.30, the private Secretary of the Pope, contrary to custom not having found the Holy Father in the chapel of his private apartment, looked for him in his room and found him dead in bed with the light on, like one who was intent on reading. The physician, Dr Renato Buzzonetti, who hastened at once, verified the death, which took place presumably towards eleven o'clock yesterday evening, as 'Sudden death that could be related to acute myocardial infarction.'<br><br>Later bulletins stated that the secretary in question was Father Magee<br>who, according to the Vatican, usually said Mass<br>with the Pope at 5.30.a.m. and that | *flat without emotion. He read me the statement he was giving to Vatican Radio. "At five thirty in the morning of September the twenty-ninth, nineteen seventy eight, Monsignor Magee found the Pope dead in his bed. He was sitting up with the light on reading "The Imitation of Christ" Death was due to a heart attack." (No longer quoting from the broadcast) He died on the thirty-third day of his reign. He was the first Pope in a century to die alone.* | *Holiness*, Messrs Bernstein and Politi who yet again are utilising an Italian newspaper which owes as its source IGN, namely the article by Paolo Patruno in *La Stampa*, June 10, 1984. The journalist was using as his sole source IGN.<br><br>* NOTE. Of course the Vatican statement i.e. the one from the book which is verbatim, would, with a little research, i.e. Vatican records or newspaper accounts, probably have been available to the "playwright" but the development and expression in IGN - i.e. the marrying of the statement used in the play to DAY's comments immediately after the original statement plus the lifting of IGN's expression in the phrase "Albino Luciani was the first pope to die alone for over one hundred years.." from page 202 - strongly suggest that Crane simply lifted this selection and expression without carrying out his own elementary original research on this passage, instead opting to cobble together facts, expression and ideas DAY |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| the Pope had been reading The Imitation of Christ, the fifteenth-century work usually attributed to Thomas à Kempis. | | presented in IGN.. |
| IGN204<br><br>At 4.30 a.m. on the morning of Friday September 29th, Sister Vincenza carried a flask of coffee to the study as usual. A few moments later she knocked on the Pope's bedroom door and called out, 'Good morning, Holy Father'. For once there was no reply. Vincenza waited for a moment then padded away quietly. At 4.45 a.m. she returned. The tray of coffee in the study was untouched. She had worked for Luciani since 1959 in Vittorio Veneto. Not once in nineteen years had he overslept. Anxiously she moved to the bedroom door and listened. There was no sound. She knocked on the door, | TLC73/74/75<br><br>*The lights come up on the Pope's study. Everything has been removed except the books.*<br>*BENELLI turns and walks into the study. He walks to the door of the Pope's bedroom. The Pope's body may be visible through the door. VINCENZA enters.*<br><br>*VICENZA: May I see him ?*<br><br>*BENELLI nods and turns away from the door. She goes to the door of JOHNPAUL'S bedroom.* | TLC: 73/74/75<br><br>* PPL would ask the reader to carefully read the extracts from IGN and compare them with Crane's text for TLC 73/74/75. Crane claims as their source Pontiff 258-260, again without permission from the authors of that book but, with discovery, it is likely PPL can prove that the lines were copied from IGN, particularly pages 204, 205, 206, 207. DAY's sources for information expressed in his own words on these pages, and indeed for quite a number of the pages that follow, include Sister Vincenza and Cardinal Benelli who spoke the truth to me and Fathers Magee and Lorenzi who lied not only to me but to anyone else who had the "good fortune" to interview them. The stories told by them were expressed by DAY in his own view and words, ie, reconstructed for effective readership. DAY also selected to include same in IGN. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | *He looked so peaceful when I found him.* | With regard to the book *Pontiff*, its authors do not reveal any of their sources. |
| **IGN 205** | *BENELLI( Curious) You found him ?* | * Crane again cites the already much-discussed pages 151 and 152 from the book *His Holiness* by Bernstein and Politi. As previously recorded, this material originated from *In God's Name* and thus is an indirect infringement. |
| timidly at first, then with greater force. Still there was silence. There was a light shining from under the door of the bedroom. She knocked again on the bedroom door. Still there was no answer. Opening the door she saw Albino Luciani sitting up in bed. He was wearing his glasses and gripped in his hands were some sheets of paper. His head was turned to the right and the lips were parted showing his teeth. It was not the smiling face that had so impressed the millions but an expression of agony. She felt his pulse. Recently she recounted that moment to me: | *VICENZA (Emotional) He was sitting up in bed, his glasses were still on, the head was slightly to one side, his papers were in his lap.* | |
| | *BENELLI: His papers ?* | |
| | *VINCENZA: Lists of names. He told me he was sending people home.* | |
| | *BENELLI: Villot said he was reading 'Imitation of the Life of Christ'.* | |
| 'It was a miracle that I survived. I have a bad heart. I pushed the bell to summon the secretaries, then I went out to find the other Sisters and to awaken Don Diego.' | *VINCENZA: No, he had his papers.* | |
| | *BENELLI:(Looking around)* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| The Sisters resided on the far side of the Papal Apartments. Father Magee slept upstairs in the attic area. Father Lorenzi was sleeping on a temporary basis near to the Pope's bedroom while his own room in the attic area previously occupied by Paul's secretary, Monsignor Macchi, was being re-decorated. He was shaken out of his sleep by Sister Vincenza. The Sisters resided on the far side of the Papal Apartments. Father Magee slept upstairs in the attic area. Father Lorenzi was sleeping on a temporary basis near to the Pope's bedroom while his own room in the attic area previously occupied by Paul's secretary, Monsignor Macchi, was being re-decorated. He was shaken out of his sleep by Sister Vincenza.<br><br>A number of early rising Romans had already noted with quiet satisfaction the light shining from the Pope's bedroom. It was good to | *Where are his things ?*<br><br>*VINCENZA: Cardinal Villot had everything taken away.........everything except his books............ .*<br><br>*BENELLI: Sister, did the Pope complain about any physical problem yesterday... chest pains, shortness of breath ?*<br><br>*VINCENZA: No.*<br><br>*TLC75 [CONT.]*<br><br>*VILLOT: It is now our responsibility to schedule the funeral and prepare for the conclave. We must...*<br><br>*SUENENS What about the rumours ?*<br><br>*VILLOT: What rumours?* | TLC 75/76/77/78/79:<br>TLC 75 [CONT.]<br>* As regards the question of the papers PPL would refer the reader to the notes in response to the previous TLC scene. An indication within Crane's response to PPL's initial submissions through UK counsel with respect to the |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| know you were not the only one up at such an early hour. The light had remained unnoticed throughout the night by Vatican security guards.<br><br>A half-dazed Diego Lorenzi gazed at the lifeless body of Albino Luciani. Next to respond was Father Magee. For the second time within two months he looked upon a dead Pope, but in markedly different circumstances. When Paul VI had died on August 6th, many were gathered around the death bed in Castel Gandolfo, the Papal summer residence just outside Rome. Medical bulletins gave a highly detailed account of the last twenty-four hours of Paul's life and an equally detailed account of the sequence of physical ailments that led to his death at 9.40 p.m.<br><br>Now after a mere 33 days as Pope, Albino Luciani had died alone. Cause of death? Time of death? | *SUENENS: That his body was not discovered at five thirty by Magee, but at four thirty by a nun.*<br><br>*GANTIN: And that he died reading secret papers.*<br><br>*VILLOT I can't be responsible for rumours......*<br><br>*LORSCHEIDER: Responsible newspapers are carrying the story. TLC 76 VILLOT These are lies by people trying to discredit the Vatican.*<br><br>*BAGGIO: Probably the communists.*<br><br>*BENELLI: Is Sister Vicenza a communist ?* | London play shows – and it is not for the first time – just how questionable it is that Crane did not use IGN as its source for this selection and expression, as gauged from the following:<br>"ANSA news service had claimed in a dispatch headlined VATICAN RUMORS on October 5, 1978, that, according to "indiscretions" inside the Vatican, Sister Vincenza had found the body at 4:30. Yallop maintained in his own book that in his personal interview with her, Sister Vincenza had confirmed the 4:30 timing." Night, p. 185. So if PPL must accept this at face value, without discovery or other proof, rather than attribute the information to IGN, Crane prefers to attribute it to another author who is quoting IGN. Either way this expression and selection is copied. It is notable also that a significant number of Crane's responses and indicate that many of them have been derived by punching certain enquiries into the Google search machine and this is a classic example of this research technique. The source, however, was likely IGN but additional evidence and proof is needed to prove this question of fact. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| After one of the shortest Conclaves in history, one of the shortest reigns. No Pope had died so quickly after his election for nearly 400 years. To find a briefer Papacy it is necessary to go back to 1605, to the days of the Medici Leo XI who served for 17 days. How had Albino Luciani died?<br><br>Father Magee's first action was to telephone Secretary of State Villot, residing two floors below. Less than twelve hours earlier Albino Luciani had told Villot of his impending replacement by<br><br><br>IGN 206<br><br>In God's Name<br><br>Benelli. Now, far from being a former Secretary of State, the Pope's death not only ensured he would remain in office until a successor was | *VILLOT Vincenza is in Venice.*<br><br>*BENELLI I spoke to her (TO VILLOT) Before you sent her away. (To the others) She discovered The Pope's body a little after four thirty. He was holding papers he had been working on all afternoon.*<br><br>*OTTAVIANI: Impossible.. Villot what is going on ?*<br><br>*VILLOT:(Looking around) How could I say that a nun discovered the Pope's body ?*<br><br>*OTTAVIANI:(Shocked) So you lied to the press ?*<br><br>*VILLOT Yes.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| elected, he also assumed the role of Camerlengo, virtually acting head of the Church. By 5.00 a.m. Villot was in the Pope's bedroom and had confirmed for himself that Albino Luciani was dead.<br><br>If Luciani died naturally, the subsequent actions and instructions given by Villot are completely inexplicable. His behaviour only becomes understandable when related to one specific conclusion. Either Cardinal Jean Villot was part of a conspiracy to murder the Pope, or he saw clear evidence in the Papal bedroom indicating the Pope had been murdered, and promptly determined that to protect the Church the evidence must be destroyed.<br><br>Beside the Pope's bed on a small table was the medicine that Luciani had been taking for low blood pressure. Villot pocketed the medicine and removed the notes on the Papal transfers and appointments | GANTIN: And the story about what he was reading, was that a lie ?<br><br>VILLOT: (Looking at BENELLI then speaking reluctantly) Yes.<br><br>OTTAVIANI: How could you do this ?<br><br>BAGGIO: If we tell the truth now it will only be worse.<br><br>BENELLI: You can't hide the truth.<br><br>BAGGIO: Why not ?<br><br>BENELLI: I won't hide the truth.<br><br>LORSCHEIDER: The newspapers are already saying that he might have been murdered. | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| from the dead Pope's hands. They followed the medicine into Villot's pocket. From his study desk his last Will was removed. Also to vanish from the bedroom were the Pope's glasses and slippers. None of these items has ever been seen again. Villot then created for the shocked members of the Pope's household a totally fictitious account of the circumstances leading to the finding of Luciani's body. He imposed a vow of silence concerning Sister Vincenza's discovery and instructed the household that news of the death was to be suppressed until he indicated otherwise. Then sitting in the Pope's study he began to make a series of telephone calls.<br><br>Based on the eye-witness accounts of people I have interviewed, the medicine, the glasses, the slippers and the Pope's last Will were all in the bedroom and the Papal study before Villot entered the rooms. | *OTTAVIANI: (Looking at VILLOT ) You are a fool.*<br>*TLC 77*<br>*BAGGIO: We can issue a correction and say it was a mistake.*<br><br>*OTTAVIANI gives BAGGIO a look of disdain.*<br><br>*OTTAVIANI (To BAGGIO) You are the mistake*<br><br>*BENNELLI (Slight pause) We need an autopsy.*<br><br>*VILLOT: The body has been embalmed.*<br><br>*BENNELLI I sent the embalmers away.*<br><br>*VILLOT I sent them back. The body was embalmed last night.*<br><br>*BENELLI: Last night!* |  |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| After his initial visit and examination all the items had vanished.<br><br>News of the death was given to Cardinal Confalonieri, the 86-yearold Dean of the Sacred College. Then to Cardinal Casaroli, head of Vatican diplomacy. Villot instructed the nuns on the switchboard to locate his deputy and the number three in the Church hierarchy, Archbishop Giuseppe Caprio, who was on holiday in Montecatini. Only then did he telephone Doctor Renato Buzzonetti, deputy head of the Vatican's health service. Next he rang the guard room of the Swiss Guard. Speaking to Sergeant Hans Roggan, Villot told him to come immediately to the Papal Apartments.<br>Father Diego Lorenzi, the only man to have accompanied Luciani from Venice, wandered shocked and bewildered through the Apartments. He had lost a man who over the past two years had been | *BAGGIO (Loudly) There will not be an autopsy.*<br><br>*GANTIN: Why not?*<br><br>*BAGGIO: There is no precedent.*<br><br>*SUENENS: Cardinal Felici, you are the expert.*<br><br>*FELICI: I don't know.*<br><br>*OTTAVIANI: If we have lied about the time, about the papers, people will think we have lied about the cause of death.*<br><br>*FELICI There will always be rumours.*<br><br>*OTTAVIANI (Heated) Rumours about murder ?* |  |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| 207<br><br>a second father. In tears he attempted to understand, to find some meaning. When Villot eventually decided that the world could know, millions would share Lorenzi's grief and bewilderment.<br><br>Despite Villot's stricture that the news must not leak out, Diego Lorenzi telephoned Luciani's doctor, Antonio Da Ros. He had been Luciani's physician for over twenty years. Lorenzi vividly remembers the doctor's reaction. 'He was shocked. Stunned. Unable to believe it.<br>He asked me the cause but I didn't know. Doctor Da Ros was equally mystified. He said he would drive to Venice immediately and catch a plane to Rome.' | *VILLOT: (Trying to switch topics) We need to set a date for his funeral.*<br><br>*BENELLI:(Not playing that game) What happened to his things ? His personal effects, his papers?*<br><br>*VILLOT: I had them removed. His watch, glasses, pictures, that sort of thing were sent to his family.*<br><br>*BENELLI: And his papers? TLC 78*<br>*VILLOT: They were confidential. They were destroyed.*<br><br>*GANTIN: Why ?*<br><br>*VILLOT: I am Secretary of State. It was my* | TLC 78<br>* Beside the Pope's bed on a small table was the medicine that Luciani had been taking for low blood pressure. Villot pocketed the medicine and removed the notes on the Papal transfers and appointments from the dead Pope's hands. They followed the medicine into |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Lorenzi's next phone call was to Albino's niece Pia, who was probably closer to her uncle than any other member of the family. Diego Lorenzi would appear to have been the only member of the Church to appreciate that even Popes have relatives. Lorenzi naturally felt that the family warranted a personal phone call rather than hearing the news on the radio.<br><br>'We found him this morning. You need a great faith now.' Many were going to be in need of a great faith. Many were going to have to suspend belief to swallow what Villot and his colleagues would say within the next few days.<br><br><br><br><br>IGN207<br><br>Dr Buzzonetti made a brief | *decision.*<br><br>*BENELLI: What about his pills*<br><br>*VILLOT: Pills ?*<br><br>*BENELLI: His pills, the coffee he drank that night, the tray of sweets he kept on his desk ?*<br><br>*VILLOT: I gave instructions to remove everything.*<br><br>*BENELLI: They were thrown out ?*<br><br>*VILLOT: Yes.*<br><br>*BENELLI: Then we will do an autopsy.*<br><br>*FELICI: An autopsy is ugly.* | Villot's pocket. From his study desk his last Will was removed. Also to vanish from the bedroom were the Pope's glasses and slippers. None of these items has ever been seen again. Villot then created for the shocked members of the Pope's household a totally fictitious account of the circumstances leading to the finding of Luciani's body. He imposed a vow of silence concerning Sister Vincenza's discovery and instructed the household that news of the death was to be suppressed until he indicated otherwise. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| examination of the body. He advised Villot that the cause of death was acute myocardial infarction, a heart attack. The doctor put the time of death at about 11.00 p.m. on the previous evening.<br><br>To determine the time of death as 11.00 p.m. and the cause as<br><br><br>IGN 208<br><br>In God's Name<br><br>myocardial infarction after such a brief external examination is a medical impossibility.<br><br>Villot had already decided before Buzzonetti's examination, which took place at approximately 6 a.m., that the body of Albino Luciani should be immediately embalmed. Even before his phone call to Cardinal Confalonieri at 5.15 a.m. Villot had put into motion the | BENELLI: So is the possibility of murder.<br><br>BAGGIO: (Abruptly) There will not be an autopsy.<br><br>Everyone looks at BAGGIO because of the force of his comment.<br><br><br>BAGGIO: (Trying to come up with a reason) How will we look, the Church look ? It will only confirm people's suspicions and they will never believe the results anyway.<br><br>OTTAVIANI: I agree with Benelli.<br><br>FELICI: (Sarcastically) That the Pope was murdered ? | <br><br><br><br>TLC 79<br><br>IGN 210<br><br>* When Cardinal Benelli finally emerged from his room at 9.00 a.m. he was immediately surrounded by reporters. With tears still running down his face he said: 'The Church has lost the right man for the right moment. We are very distressed. We are left frightened. Man cannot explain such a thing. It is a moment which limits and conditions us.'<br><br>Back in the Vatican Villot's plans for an immediate embalming had run into trouble. Cardinals Felici in |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| initial course of action to ensure a rapid embalmment. The Signoracci brothers Ernesto and Renato had embalmed the last two Popes. Now, a dawn telephone call and a Vatican car that arrived at 5.00 a.m. were the opening acts in what was to prove a long day for the Signoracci brothers. For them to have been contacted so early clearly establishes that the Vatican had spoken to the Institute of Medicine, who employ the brothers, and given instructions between 4.45 a.m. and 5.00 a.m.<br><br>At 7.00 a.m., more than two hours after the death had been discovered by Sister Vincenza, the world at large remained ignorant of the fact that Pope John Paul I was no more. The Vatican village, meanwhile, was totally ignoring Villot's edict. Cardinal Benelli in Florence heard the news by telephone at 6.30 a.m. Grief-stricken and openly crying, he immediately | *OTTAVIANI: That we should have an autopsy to prove he wasn't.*<br><br>*FELICI: (Trying to avoid an autopsy) What we need is an informal investigation to see if there is any need for an autopsy. A very quiet inquiry.*<br>*TLC 79*<br>*OTTAVIANI: Let's carve the poor bastard up, prove he wasn't murdered and be done with it.*<br><br>*VILLOT I don't know……….*<br><br>*FELICI: (Interrupting) As head of the Supreme Court, I will conduct the investigation*<br><br>*OTTAVIANI: No. As Senior Cardinal I will head the investigation.* | Padua and Benelli in Florence, who knew very precisely the nature of the changes Luciani had been about to make were particularly disturbed and indicated so in telephone conversations with Villot. Already there were murmurs in Italy that an autopsy should be performed. It was a view that in the circumstances Benelli and Felici were inclined at least to consider. If the body were embalmed then a subsequent autopsy would be useless if the cause of death was poison.<br><br>Officially the Vatican created the impression that the body of Pope John Paul I was embalmed before being put on public display in the Sala Clementina at noon on Friday. In fact the mourners that day gazed upon an unembalmed Luciani in his natural state. Father Diego Lorenzi:<br><br>The body was taken from the private apartment to the Clementina Hall in the Papal Apartment. At that |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| retired to his room and began to pray.<br>All the hopes dreams, aspirations were shattered. The plans Luciani had made, the changes, the new direction, all had come to nothing. When a Pope dies, all decisions yet to be publicly announced, die with him. Unless his successor decides to carry them through.<br><br>By 7.20 a.m. the bells in the parish church in Albino Luciani's birthplace, Canale D'Agordo, were tolling. Vatican Radio remained silent<br>on the death. Finally at 7.27 a.m., some two-and-three-quarter hours after the death had been discovered by Sister Vincenza, Cardinal Villot felt sufficiently in control of events:<br><br>"This morning, September 29th, 1978, about 5.30, the private Secretary of the Pope, contrary to custom not having found the Holy Father in the chapel of his | *FELICI: I will assist.*<br><br>*BENELLI: And so will I. We will need Lorenzi.*<br><br>*VILLOT: I sent him north. I don't think..........*<br><br>*BENELLI:We will need to speak to him and Monsignor Magee.* | time no embalming had been done. Papa Luciani was dressed by Father Magee, Monsignor Noè and myself. I stayed with the body as did Magee until 11.00 a.m. The Signoracci came at that time and the body was taken to the Sala Clementina.<br>Meanwhile the debate about an autopsy was growing among the minority of Cardinals who were gathering in Rome. If Albino Luciani<br>had been an ordinary citizen of Rome there would have been no debate. There would have been an immediate autopsy. Italian law states that no embalming can be undertaken until at least 24 hours after<br>death without dispensation from a magistrate. If an Italian citizen had died in similar circumstances to those of Luciani there would have been an immediate autopsy. The moral would appear to be that Italian citizens who wish to ensure that after their death the correct legal steps |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| private apartment, looked for him in his room and found him dead in bed with the light on, like one who was intent on reading. The physician, Dr Renato Buzzonetti, who hastened at once, verified the death, which took place presumably towards eleven o'clock yesterday evening, as 'Sudden death that could be related to acute myocardial infarction.'"<br><br>Later bulletins stated that the secretary in question was Father Magee<br>who, according to the Vatican, usually said Mass with the Pope at 5.30<br><br>IGN 209<br><br>a.m., and that the Pope had been reading The Imitation of Christ, the fifteenth-century work usually attributed to Thomas à Kempis.<br><br>Along with the medicine, the Papal notes, the Will, the glasses and | | are taken, should not become Head of State of the Roman Catholic Church.<br><br>For men with nothing to hide, the actions of Villot and other members of the Roman Curia continued to be incomprehensible. When men conspire to cover up it is inexorably because there is something to cover.<br><br>* These statements are made in attempt by PPL, within the limited time to respond, to give more meaningful shape and correct positions to some of the various extracts from IGN that appear in the first column by utilising that information in the summary notes column to illustrate potential DAY sources. Looking at Crane's claims concerning his various sources for this section I note that for TLC 79 he cites *His Holiness* pages 151-152. Yet again this is an example of "borrowings" from a borrower who copied from IGN. There is also a most extraordinary number of pages emanating from *Pontiff* that Crane claims as his sources for these scenes. I refer |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| the slippers, Sister Vincenza and her discovery of the body at 4.45 a.m. had vanished. Even with two-and-three-quarter hours in which to concoct a story, Villot and those who advised him made a botch of it. While every newspaper and radio and television station in the free world was carrying stories based on the Vatican bulletins, Villot was having difficulties keeping his ship watertight.<br><br>The idea of placing a book that Luciani revered into his dead hands might have seemed inspired thinking to Villot. The problem was that there was not a copy in the Pope's bedroom. Further there was not a copy in the entire Papal Apartment. Luciani's copy was still in Venice and when a few days earlier he had wished to quote accurately from the book, Lorenzi was sent to borrow a copy from his Vatican confessor. Don | | specifically to Exhibit C, document 15-10, pages 6-14 inclusive. PPL respectfully submits that the pages are what PPL would refer to as "tosh" - fictional nonsense that includes KGB responsibility for the death of the Pope. Quite why they are included in this document I have no idea. They certainly have no bearing whatsoever on these or any other scenes within IGN or TLC. |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Diego had returned the copy before the Pope's death. His complaints about an obvious fabrication could not be stilled. The Vatican continued to maintain that particular lie until October 2nd – for four days. Within those first four days the false information given out by the Vatican had become in the minds of the people, the reality, the truth.<br><br>IGN 210<br><br>When Cardinal Benelli finally emerged from his room at 9.00 a.m. he was immediately surrounded by reporters. With tears still running down his face he said: 'The Church has lost the right man for the right moment. We are very distressed. We are left frightened. Man cannot explain such a thing. It is a moment which limits and conditions us.'<br><br>Back in the Vatican Villot's plans | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| for an immediate embalming had run into trouble. Cardinals Felici in Padua and Benelli in Florence, who knew very precisely the nature of the changes Luciani had been about to make were particularly disturbed and indicated so in telephone conversations with Villot. Already there were murmurs in Italy that an autopsy should be performed. It was a view that in the circumstances Benelli and Felici were inclined at least to consider. If the body were embalmed then a subsequent autopsy would be useless if the cause of death was poison.<br><br>Officially the Vatican created the impression that the body of Pope John Paul I was embalmed before being put on public display in the Sala Clementina at noon on Friday. In fact the mourners that day gazed upon an unembalmed Luciani in his natural state. Father Diego Lorenzi:<br><br>The body was taken from the private | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| apartment to the Clementina Hall in the Papal Apartment. At that time no embalming had been done. Papa Luciani was dressed by Father Magee, Monsignor Noè and myself. I stayed with the body as did Magee until 11.00<br><br><br><br>211<br><br>a.m. The Signoracci came at that time and the body was taken to the Sala Clementina.<br>Meanwhile the debate about an autopsy was growing among the minority of Cardinals who were gathering in Rome. If Albino Luciani<br>had been an ordinary citizen of Rome there would have been no debate. There would have been an immediate autopsy. Italian law states that no embalming can be undertaken until at least 24 hours | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| after death without dispensation from a magistrate. If an Italian citizen had died in similar circumstances to those of Luciani there would have been an immediate autopsy. The moral would appear to be that Italian citizens who wish to ensure that after their death the correct legal steps are taken, should not become Head of State of the Roman Catholic Church.<br><br>For men with nothing to hide, the actions of Villot and other members of the Roman Curia continued to be incomprehensible. When men conspire to cover up it is inexorably because there is something to cover.<br><br>IGN213.<br><br>During the course of the day everything else within the Papal Apartments belonging to Albino Luciani was removed, including his letters, notes, books, and the small | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| handful of personal mementoes such as the photograph of his parents with an infant Pia. Villot's colleagues from the Secretariat of State removed all the confidential papers. Rapidly all material evidence that Albino Luciani had ever lived and worked there was boxed and carried away. By 6.00 p.m. the entire 19 rooms of the Papal Apartments were totally bereft of anything remotely associated with the Papacy of Luciani. It was as if he had never been there, never existed. At 6.00 p.m. the Papal Apartments were sealed by Cardinal Villot. They were to remain unopened until a successor had been elected.<br><br>Unobtrusively the nuns and the two secretaries left. Magee kept as a memento the cassette tapes used by Luciani to improve his English. Lorenzi took with him a jumble of images and memories. Carefully avoiding the waiting reporters, the group took up residence in a house | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| run by the Sisters of Maria Bambina.<br><br>John Magee was destined to be a secretary to a Pope for a third time, a unique and remarkable achievement. Diego Lorenzi, the intense young Italian, was totally devastated by the death of a man he loved. He would return to northern Italy to work at a small school. Vincenza would be sent even further north to an obscure convent. The Vatican machine would ensure that neither was easy to locate with this virtual banishment.<br><br>After the doors of the Clementina Hall closed to the public at 6.00 p.m. on Friday September 29th, surely the most relieved man in the Vatican was Villot. Finally the work of the body technicians could begin. Once the body had been embalmed it would be a difficult task during any subsequent autopsy to discover and establish poison within the body. If the Pope had indeed died because of | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| acute myocardial infarction the embalming fluids would not destroy the naturally damaged blood vessels.<br><br>. Of<br>greater pertinence perhaps was the statement that the Italian reporters<br><br><br>In God's Name-pages 18/1/07 10:55 am Page 214<br>214<br><br>In God's Name<br><br>had finally managed to extract from Cardinal Villot: 'When I saw His Holiness yesterday evening, he was in perfectly good health, totally lucid and he had given me full instructions for the next day.'<br><br>Behind closed doors in the Clementina Hall the lengthy process of<br>embalming continued for three | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| hours. The care and preservation of the body was the responsibility of Professor Cesare Gerin, but the actual embalming work was performed by Professor Marracino and Ernesto and Renato Signoracci. When the two Signoracci brothers had examined the body before it had been moved to the Clementina, they had concluded from the lack of rigor mortis and the temperature of the body that death had taken place not at 11.00 p.m. on the 28th but between 4.00 a.m. and 5.00 a.m. on the 29th. They were given independent confirmation of their conclusion by Monsignor Noè, who advised the brothers that the Pope had died shortly before 5.00 a.m. I have interviewed both brothers at length on three separate orcasions. They are adamant that death occurred between 4.00 a.m. and 5.00 a.m. and that the Pope's body was discovered within one hour of his | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| death.<br>If they are accurate then either the Pope was still alive when Sister Vincenza entered his bedroom or he was barely dead. Only a full autopsy would have resolved these conflicting opinions.<br><br>At the Vatican's insistence, no blood was drained from the body, neither were any organs removed. Injections of formalin and other preserving chemicals were made into the body through the femoral arterial and vein passages. The entire process took over three hours. The reason the process took so long was because, contrary to normal practice when the blood is drained or cleared with a solution of salt water that is circulated around the body, the Vatican was adamant that no blood should be drawn off. A small quantity of blood would of course have been more than sufficient for a forensic scientist to establish the presence of any poisonous substances. | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| The cosmetic treatment given to the body eliminated the expression of anguish upon the face. The hands that had gripped the now missing sheets of paper were clasped around a rosary. Cardinal Villot finally retired to bed shortly before midnight.<br><br>Pope Paul VI, in keeping with Italian law, had not been embalmed until twenty-four hours after his death. Although there had been allegations of medical incompetence after Paul had died, there had not been a single suggestion of foul play. Now with not only the general public but radio and television stations and the press urging an autopsy, the body of Albino Luciani had been embalmed some twelve hours after it had been discovered.<br><br><br>In God's Name-pages 18/1/07 10:55 am Page 215<br>We Are Left Frightened | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| 215<br><br>By Saturday September 30th, one particular question was being asked with increasing urgency. 'Why no autopsy?' The news media began to seek an explanation for such a sudden unheralded death. The Curia had been very quick to remind enquiring reporters of an off-thecuff remark Albino Luciani had made during his last General Audience on Wednesday, September 27th. Turning to a group of sick and handicapped people in the Nervi Hall, Luciani had said, 'Remember your Pope has been in hospital eight times and had four operations'.<br><br>The Vatican Press Office began to respond to requests for details of Luciani's health by repeating the late Pope's phrase. They used it so excessively it began to take on the quality of a telephone answering machine, with a comparable lack of | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| satisfaction to callers.<br><br>The various media recalled that – Luciani had not appeared to be in ill health during his brief Papacy. On the contrary, they observed, he appeared to be the picture of health, full of life and zest. Others, who had known Luciani for considerably longer, began to be contacted for their views.<br><br>When Monsignor Senigaglia, Luciani's secretary in Venice for over six years, revealed that the late Pope had undergone a full medical check up shortly before leaving Venice for the Conclave and the medical examination had 'been favourable in all respects' the demands for an autopsy grew louder.<br><br>When a variety of Italian medical experts began to state categorically the need for an autopsy to ascertain the precise cause of death the panic within the Vatican | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| reached new heights. It was clear that while doctors were prepared to put forward a variety of reasons that could have been contributory factors (the sudden stress of becoming Pope was a particular favourite), none was prepared to accept without an autopsy the Vatican's assertion that Albino Luciani died of myocardial infarction.<br><br>The Vatican countered by stating that it was against Vatican rules for an autopsy to be performed. This was yet another lie passed out to the world's Press. Further questioning by Italian journalists established that the Vatican was referring to the Apostolic Constitution announced by Pope Paul VI in 1975. This was the document which laid down the procedures for electing his successor, with its search for bugs in the Conclave area and its instructions on the size of voting cards. Careful | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| reading of the document establishes that Paul had failed to cover the possibility of any controversy over the cause of his death. An autopsy was neither banned nor approved. It was simply not referred to. | | |
| IGN207/208<br><br>Dr Buzzonetti made a brief examination of the body. He advised Villot that the cause of death was acute myocardial infarction, a heart attack. The doctor put the time of death at about 11.00 p.m. on the previous evening.<br><br>To determine the time of death as 11.00 p.m. and the cause as myocardial infarction after such a brief external examination is a medical impossibility.<br><br>Villot had already decided before Buzzonetti's examination, which took place at approximately 6 a.m., that the body of Albino Luciani should be immediately embalmed. | *TLC79*<br><br>*OTTAVIANI: Dr Buzzonetti, you are the director of the Vatican Health service.*<br><br>*BUZZONETTI: That is correct Your Eminence.*<br><br>*OTTAVIANI: (Smiling benignly at him) We would like to ask you a few questions about the morning you examined the body.*<br><br>*FELICI: Everything that is said here is completely confidential. Even the fact that we've* | * PPL respectfully requests that the reader refer to a considerable number of IGN pages that cover the information contained in this and some of the subsequent pages of TLC. Kindly refer to IGN 207 then pages IGN 220 through to IGN 240 inclusive. These contain the essential expression and portrayal in IGN surrounding the death of Pope John Paul I, of which there are many historical facts.<br><br>Craned copied IGN. The first of the sources that Crane claims to have used is yet again *His Holiness* and yet again that source is reliant via two Italian newspapers on IGN as the original source.<br><br>Crane's third source is Cornwell's "A Thief in the Night" which relies heavily on IGN for its primary information namely the questions that Cornwell asks Buzzonetti can be directly linked |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Even before his phone call to Cardinal Confalonieri at 5.15 a.m. Villot had put into motion the initial course of action to ensure a rapid embalmment. The Signoracci brothers Ernesto and Renato had embalmed the last two Popes. Now, a dawn telephone call and a Vatican car that arrived at 5.00 a.m. were the opening acts in what was to prove a long day for the Signoracci brothers. For them to have been contacted so early clearly establishes that the Vatican had spoken to the Institute of Medicine, who employ the brothers, and given instructions between 4.45 a.m. and 5.00 a.m.<br><br>IGN 216<br><br>It is abundantly clear that Paul's life could have been The subject of prolonged. The medical treatment he had been given during his last days, had in the opinion of many of the world's experts, left a great deal to be | *had this meeting.*<br><br>*BUZONETTI: I understand.*<br><br>*OTTAVIANI: You determined the cause of death.*<br><br>*BUZONETTI: An acute myocardial infarction…that is heart failure. Your Eminence.*<br><br>*OTTAVIANI: (Nodding, and looking at a paper)And you estimated his death occurred at approximately p.m. ?*<br><br>*BUZONETTI: Probably while his Holiness was still awake.*<br><br>*OTTAVIANI: Why do you say that ?*<br><br>*BUZONETTI: The state of rigor of the body…also* | back to IGN. |

52

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| desired.<br>From his Cape Town Hospital, Dr Christian Barnard, when informed that Pope Paul had not been placed in an intensive care unit, said: 'If this was to happen in South Africa, the doctors responsible would have been denounced to their Medical Association for negligence.'<br><br>One of the principal doctors in control of Pope Paul's treatment had been Dr Renato Buzzonetti, the deputy head of the Vatican medical services. Now the same doctor, who in Dr Barnard's view had acted negligently in August, had performed a medical impossibility in determining the cause of Albino Luciani's lonely death. Without an autopsy<br>his conclusion was totally without meaning. | *his glasses were still on and the light by his bed was on.*<br><br>*OTTAVIANI (Pause) I see….*<br><br>*FELICI: Was there any evidence of some other cause of death ?*<br><br>*BUZONNETTI: Such as ?*<br><br>*FELICI: Anything unusual ?*<br><br><br>*BUZZONETTI: No.*<br><br>*OTTIAVIANI: Did you see any evidence that the Pope had been murdered ?*<br><br>*BUZZONETTI: Of course not.*<br><br>*OTTAVIANI: No, of course* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | *not.*<br><br>*BENELLI: (To the CONFESSOR) So simple,isn't it ? (BENELLI moves towards the others*<br><br>*OTTAVIANI: (He looks at FELICI) Thank you very much doctor. (BUZZONETTI starts to leave).*<br><br>*BENELLI: Before determining that the Pope died of a heart attack how often had you examined him?*<br><br>*BUZZINETTI: His doctor was Dr Da Ros in Venice. I had never examined him.*<br><br>*OTTAVIANI Never ?*<br><br>*BUZZONETTI Not until he died.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | *BENELLI: Have you ever spoken to Dr Da Ros ?*<br><br>*BUZZONETTI: Last week. He told the Pope was in excellent health.*<br><br>*OTTAVINI He's dead.*<br><br>*BUZZONETTI: Before his death, he was in excellent health.*<br><br>*BENELLI Did you speak to Dr Da Ros after he died ?*<br><br>*BUZZONETTI: No.*<br><br>*BENELLI: Did you ask anyone if he had any symptoms ,chest pains, shortness of breath ?*<br><br>*BUZZONETTI: (Becoming uncomfortable.) No…I assume that if someone* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | *had noticed anything they would have told me.* | |
| | *OTTAVIANI: No one told you about any symptoms?* | |
| | *BUZZONETTI: That is correct.* | |
| | *BENELLI: Then doctor, what was the basis for your diagnosis ?* | |
| | *BUZZONETTI: Of course a confident diagnosis can only be made after an autopsy and pathological examination.* | |
| | *BENELLI I am aware of that. What was the basis for your diagnosis?* | |
| | *BUZZONETTI: (A pause) He died suddenly, while reading in his bed. His complexion was slightly pale. These facts are* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | *consistent with a heart attack.*<br><br>*BENELLI: I have spoken to a number of heart specialists: They tell that when people die of a heart attack, they are not found sitting up in bed with their glasses on. There is usually a tightness in the chest, often accompanied by severe pain along the left side. The Pope would have reacted to the pain He would have made some effort to get help, to stay alive.*<br><br>*BUZZONETTI:*<br>*(Reluctantly) Perhaps.*<br><br>*BENELLI There were alarm buttons on either side of the Pope's bed, centimetres from his hands.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | *Would a heart attack have prevented him from pushing one of the buttons?*<br><br>*BUZZONETTI:*<br>*(Reluctantly) Not usually.*<br><br>*BENELLI: If, somehow, it did, wouldn't there*<br><br><br>*still be some evidence of an attempt to reach them ?(Pause) Did you see any evidence of such an effort ?*<br><br>*BUZZONETTI: No*<br><br>*BENELLI: So how can you say that the Pope died . of a heart attack?*<br><br>*BUZZONETTI: I…..He was the Pope. It must have been a heart attack.* | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | BENELLI: *Did you see any evidence of poison?*<br><br>BUZZONETTI: *(Shocked) No. Who would want to murder the Pope?*<br><br>OTTAVIANI: *No one. Are you finished Cardinal Benelli?*<br><br>BENELLI: *Yes.*<br>*(BUZZONETTI exits)*<br><br>OTTAVIANI: *God help us if we're ever sick. (To FELICI) Where did we get him ?* | |
| IGN210<br>Cardinal Baggio, one of the men whom Luciani had determined to move out of Rome was less fulsome. 'The Lord uses us but does not need us.' He said this early in the morning after he had seen the dead body. He continued, 'He was like a | TLC89<br><br>BENELLI: *Did you read what Baggio said to the press when asked about John Paul's death ?*<br><br>GANTIN: *No.* | IGN210<br>* Cardinal Baggio, one of the men whom Luciani had determined to move out of Rome was less fulsome. 'The Lord uses us but does not need us'. He said this early in the morning after he had seen the dead body. He continued, 'He was lie a parish priest for the Church.'Asked what would |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| parish priest for the Church.' Asked what would happen now he responded calmly, 'Now we will make another one.' | BENELLI: The Lord uses us, but he does not need us. Now we will make another one. | happen now he responded calmly, 'Now we will make another one.' Importantly, Crane again selected the same information as in IGN for inclusion and presention as TLC. |
| IGN201

Shortly after a pleasant, uneventful supper, the Pope went back to his study to consider the notes he had used during his discussions with Villot. At 8.45 p.m. Lorenzi connected him with Cardinal Colombo in Milan. The Cardinal declined to be interviewed but other sources indicate that they discussed the changes Luciani intended to make. Clearly there was no dissension. Cardinal Colombo has gone as far as recalling, 'He spoke to me for a long time in a completely normal tone from which no physical illness could be inferred. He was full of serenity and hope. His final greeting was "pray".' | TLC91

SUENENS: I spoke to Luciani the day he died. (BENELLI stops and looks at SUENENS) He told me about his meeting with Baggio. He also told me about his meeting with Villot and his decision on Marcinkus.

BENELLI: What happened ?

SUENENS: He was sending them home.

NOTE. The above scene dramatizes the following conversation and replaces Cardinal Colombo with Cardinal | * Yet again Crane's source is the Bernstein and Poletti book *His Holiness* pages 150-152. Their sources are two Italian newspapers Circa June 1984 and their sources are IGN. Crane again selected the same information as in IGN for inclusion and presention as TLC |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| | *Suenens,* | |
| **IGN 197**<br><br>Luciani advised Villot that Marcinkus was to be removed immediately. Not in a week's or a month's time. The following day. He was to take leave of absence. A suitable post in Chicago would be found for him once the problem of Cardinal Cody had been resolved. | | |
| **IGN199**<br>Cardinal Pericle Felici was to become Vicar of Rome, replacing Cardinal Ugo Poletti, who would replace Benelli as Archbishop of Florence. Benelli was to become Secretary of State. He would take over Villot's job. | | |

| IN GOD'S NAME | THE LAST CONFESSION | SUMMARY NOTES |
|---|---|---|
| Villot considered the proposed changes that included his own 'resignation'. He was old and tired. Further, he was also seriously ill. An illness not helped by the two packs of cigarettes he smoked daily. Villot had made it plain in late August that he sought early retirement.<br>Now it had come somewhat sooner than he had bargained for. There would be a period of handover of course but to all intents and purposes his power was now ceasing. The fact that Luciani proposed to replace him with Benelli must have been particularly vexing to Villot. Benelli had been his number two in the past and it had not been the happiest of relationships. | | |
| IGN201<br><br>Shortly after a pleasant, uneventful supper, the Pope went back to his study to consider the notes he had used during his discussions with Villot. At 8.45 p.m. Lorenzi | TLC92<br><br>NOTE. They are discussing Pope Paul.<br><br>BENELLI: What was his greatest achievement ? | * If the reader could kindly consult the index within IGN specifically the entries for John Paul I on birth control. Particularly IGN 196-200 and IGN 285.<br>Crane again selected the same information as in IGN for inclusion and presention as TLC |