**EXHIBIT 6**

EXHIBIT 6

**David Yallop's further comments on Exhibit C to Mr Crane's Declaration**

<u>The Crane chart</u>

Crane has stated that his primary research and source for much of his material consisted of some 11 books and that as a part of his research he also read IGN. He seeks to continuously identify one or other of the 11 books for the source of this or that fact and then occasionally, with clear reluctance when demonstrably unable to find a passage that I have complained of within one of the 11, says that it "may have been derived from IGN". I would observe that I have yet to be shown a shred of evidence from Crane that confirms that indeed any of these various books were utilised as a source *prior* to the opening of his play in April 2007. We are expected to take his word for it, without benefit of discovery or any proof whatsoever.

Crane has stated that from his reading of IGN
<u>"David Yallop must have used the same books that were published prior to IGN as a source material for his book, in the same way as Roger Crane has in writing his play."</u>
Eliminating my own book, and two of the others published some years after IGN, and eliminating the books on his list that I have never owned or read, we are left with four. Of these ones, *Illustrissimi* was written by John Paul I, which is clearly quoted within IGN. The three others are *The Making of the Popes – 1978*, by Andrew Greeley, *The Year of the Three Popes* by Peter Hebblethwaite, copyright 1979 and *The Papacy Today*, by Francis X Murphy, copyright 1981. Unlike Crane, I interviewed at varying times all three authors. Unlike Crane, I asked for **permission** to quote from their books – which was granted. As far as I can establish, Crane has never publicly acknowledged and thanked any of the authors on his list of sources. All of the books, of course, are copyright. To the extent that these books form part of my many sources, they fall within the extensive information that I used my skill and judgment to select and arrange in order to produce the unique work that is IGN.

**Act 1**

LC11:
Crane cites *Illustrissimi*, a book by the late Albino Luciani, and for good measure alludes to three other sources, the books by Greeley, Murphy and Hebblethwaite. It is my contention that the overwhelming majority of those reading IGN in its entirety and the printed edition of Crane's script would conclude that there was a very substantial similarity between IGN and TLC. It is a similarity that takes many forms. The actual words are a key element but so are the essence, the atmosphere, the mood, the emotional structure and I believe the careful reading of these two works will demonstrate all of these various aspects. The picture, the image, the personality of Albino Luciani, i.e. John Paul I, that I drew within IGN provoked widespread comment upon the publication of my book, all of it positive, all of it indicating a portrait of Albino Luciani that was new. To quote from just one review: "….The portrayal of the hitherto little-known John Paul I is also excellently done." [*The Economist*] Crane's portrait of Albino Luciani bears a remarkable resemblance to mine. This was further confirmed by seeing the play.

1

LC12:
Crane's observation after the complained-of passage <u>"The fact that Luciani did not have his own boat and the fact that he sometimes borrowed a boat from the fire brigade may have been derived from IGN"</u> is the first of a number of examples of Crane-speak: "may have been" is Crane-speak for "was".

LC12-13:
The quote is undisputedly from IGN as textual comparison will confirm.

LC12-19:
Again, reading comparison this time not only of IGN vis-à-vis script of LC, but also of another source Crane relies on for these particular pages, namely *A Thief in the Night* by John Cornwell: Cornwell is in fact plagiarising from Yallop's IGN.

LC19:
Crane quotes at extensive length as a source *The Inner Elite* by Gary MacEin, but I would contend a more likely source is IGN 165.

LC21:
The reader will find the genesis of this scene in IGN 53. Refer: IGN 53 particularly the line
"Ottaviani mounted an angry attack on this rule."
That line sets the scene for Ottaviani in LC21.

LC21-22:
Refer IGN 199 particularly
"I share Giovanni Benelli's reservations about some of the policy initiatives that have been made in the recent past towards Eastern Europe."

LC23:
Crane, in my opinion, used IGN as a constant source reference. It may be that he claims that his particular fragment came from *Decline and Fall* but I would refer the reader to IGN 145. It seems odd that he would go looking in another book [*Decline and Fall*] when he held the self-same observation within IGN 145:
"When Albino Luciani threw open the windows of the Papal Apartments within twenty-four hours of his election, the gesture personified his entire Papacy. Fresh air and sunlight rushed into a Roman Catholic Church which had grown increasingly dark and sombre during the last years of Paul VI."

LC24:
Attributing the quote on Hamlet to Cornwell's *A Thief in the Night* is another example of Crane's borrowing from a plagiarist who took the line from IGN.

LC25 and LC29:
"Giovanni Benelli had been manoeuvred out of Rome in 1977. His continuing efforts to have Marcinkus removed from the Vatican Bank had resulted in a cabal, which included in its members Marcinkus and Paul's secretary Monsignor Macchi, having

2

Benelli removed from the Secretariat of State's office. He had been made a cardinal and been given Florence by way of compensation."
Note: The above refers to a fragment from LC25 and a subsequent fragment from LC29 dealing with Benelli's removal from the Vatican.

I would ask the reader to compare the long rambling versions that Crane claims he used as his source for these scenes, with the above quoted IGN 199 and IGN 58, not least because the second of the sources that Crane claims to have used is a work of fiction.

LC27:
It may well be that the above lines owe their existence in part to Crane's study of the sources he acknowledges. It is my contention they also owe their existence to IGN 51.

LC31:
I would ask the reader to again compare the source that Crane claims to have used with IGN 58:
"In Florence,* Giovanni Benelli, wrongly thought by many observers to be running for the Papacy, received the Latin American specification. He smiled as he considered the qualities the Latin Americans were seeking. It read like an accurate biography of exactly the man Benelli considered should be Pope. Picking up the telephone, he dialled a number outside Florence, and moments later was engaged in animated conversation with the Belgian Cardinal, Suenens."

LC31:
The references to Pignedoli: the first two of the sources that Crane claims for the lines on Pignedoli bear but a passing relationship with the lines he uses compared with the lines from IGN 54 and IGN 58 where virtually identical observations can be found which probably explains the grudging reference the source that Crane actually used:
"The fact that the receptions Pignedoli hosted were dinner parties may have come from IGN."

LC31 and 32:
This grudging admittance of IGN as a source for Crane is something I have commented on earlier. It occurs again in LC32:
"The text of the CREP advertisement may have been derived from IGN page 59, although it may also have come from a newspaper article" – which, of course, Crane does not identify.

Crane admits his source for the next scene in question, LC32:
"The quote of Cardinal Luciani underlined above was taken from the quote in IGN page 69. "

Unfortunately Crane begins to slip back into the realms of slight uncertainty with the next scene in question, LC33:
"The text as underlined above was probably based on the passage you have identified in IGN page 55."

3

LC33:
For the next example Crane has, I think for the first time within these pages, come up with a brand new source: Himself.

LC33:
"Gantin: In the Vatican everything is confidential and nothing is secret." - of which Crane observes,
"This is Mr Crane's original language. The concept behind the language came from Mr Crane's own view of the Vatican." However, see:
**IGN Preface. Page xvi**
**"Within the Vatican there is no such thing as a private audience that remains completely private".**

LC34:
"Gantin: What we need is a Christ to drive the money lenders from the temple." Crane observes:
"This line is original to Mr Crane and is derived from his knowledge of the Bible and from having been educated by the Jesuits as a Roman Catholic."
IGN 303 quotes the famous text from Matthew 21:12/13. IGN 303 continues:
"He [Luciani] **dreamt of a Church which would dispense with the wealth, power and prestige that it had acquired through Vatican Incorporated; of a Church which would get out of the market place and reject the moneylenders where the message of Christ had become tainted;**"

LC36/37:
These scenes and the sources that Crane claims as their origin are yet another example of Crane so obviously straining to ignore his primary source, namely IGN 68, and failing. I would observe that the information contained in IGN 68 that Crane has plagiarised came from an interview with Father Bartolomeo Sorge, a Jesuit priest based in Rome. The interview like a great many of the interviews that I conducted took place in Italian. No evidence has been adduced that Crane speaks Italian, no evidence has been adduced that Crane interviewed anyone in Rome, or indeed in Italy.

LC37:
My earlier comments about Crane straining to avoid admitting IGN as a source applies again here. We are back in the "may have been taken from a section of IGN" territory, followed on this occasion by the gem although he believes "it more likely came from a newspaper article": a newspaper that neither Crane nor his lawyer Tamar Y Duvdevani within a subsequent document, namely Exhibit 3, had been able to locate or identify.

LC38 [1]:
"Crane admits that the source for the dialogue used here is IGN 163."

LC38 [2]:
Crane quotes various sources for this, among them IGN 69/70.

4

LC39, LC40, LC42:
Yet again within his replies Crane admits the occasional borrowing from IGN. As in many other instances, IGN contains what is in effect dramatic direction that creates a picture in the eye of the reader – that dramatic direction is copied in LC39/40.

LC43, LC47:
These scenes should be compared with IGN 149 and 150. Crane within his Exhibit C cites a variety of sources including himself but refrains including IGN whereas I believe any neutral reader will after comparing the two texts conclude that IGN should have been acknowledged as source.

LC44, LC45:
This scene is derived directly from IGN 155/6/7/8/9. The information on those pages came to me initially from Italian-speaking sources and Vatican documents but still it can be seen that Crane stubbornly clings to his much-used "may".

LC46:
Crane concedes that IGN 185 is the sole source of this passage.

LC49:
Yet again after much huffing and puffing with Crane quoting other sources, IGN 191/192 are rightfully credited as the source for the core of this scene.

LC49 [2], LC 50, LC51:

Please consider the notes in my Act One analysis and comparison.

LC51/52:
These pages are an excellent example not only of the borrowing of words, but the borrowing of my description of the atmosphere during the scene between Marcinkus and John Paul I, namely that Luciani's manner was one of "cool politeness". Among the other pages of IGN that I would ask the reader to consider as potential sources for these scenes are IGN 53, 92/93 162, 163, 196 197. References to Bishop Marcinkus's Chicago connection abound within the book. There are at least four references within the book to the Vatican / Rothschild's bank relationship, something that Pope John Paul I alludes to on Crane's page 53 which is directly followed by the Marcinkus quote, "You can't run the church on Hail Maries, your Holiness," which the reader will find on page 80 of IGN. Among the sources that Crane quotes for his scenes 51/52 are a number from the book *A Thief in the Night* by JOHN CORNWELL. Some of these, such as the reference to Bishop Marcinkus's fear that he was going to be sacked by the pope, have been plagiarised from IGN by John Cornwell, just as they are now plagiarised from the plagiariser by Crane.

LC56/57:
Crane among his comments after these pages within this section of Exhibit C declares that "this text is clearly original to LC" and that the source was his "own general experience particularly his visit to the Vatican in 1967 and his horror at the opulence of the Vatican, the home of the Roman Catholic Church". Again I would ask that the

5

reader compare these pages LC 56/7 with the IGN 11, 24 and 64, the relevant sections of which can be found within my analysis of Act One. There I believe they will find the very essence of pages LC 56/57.

CRANE has conceded here that I am the primary source for the above scenes.

LC59/60:
Crane concedes that I am the source of at least part of these pages. I think that careful comparison of these pages with the extracts from IGN 190, 191 and 192 annotated in my Act One analysis will establish that the copying is rather more than Crane has admitted, taking the Yallop line "Editors are like popes. Neither is indispensable," and putting it in the mouth of Cardinal Felici where it comes out as "Popes are like editors. Neither is indispensable," is still plagiarism. That aside, there are a number of other parts of these pages that owe their existence to the IGN pages quoted above.

LC62:
Yet again we are confronted with plagiarism by another author, namely John Cornwell in a *Thief in the Night* which has been inspired by part of IGN, and then in turn is claimed by Crane as one of his quotes. This time he surpasses himself. There are other quotes from Cornwell's book that owe their existence to IGN. There are further quotes from *His Holiness* by Bernstein and Politi that originated in IGN on a number of occasions. And then there is the business of Luciani the coffee-drinker, an aspect that features in IGN. For example, there are 21 references within IGN to Luciani's coffee-drinking and the line that Roger Crane claims as his own:"The truth is as hard to find in the Vatican as a good cup of coffee" can be found in its original form on page 153 of IGN uttered by the Pope "I have noticed two things that appear to be in very short supply in the Vatican. Honesty and a good cup of coffee." I would ask the reader to consider these sound bites, these fragments that I am quoting, such as these references to a direct line of mine, not in isolation and not only as sound bites or isolated lines, but to consider them in the totality of the entire play with the lines that precede and the lines that follow. Plagiarism can take many forms and I would repeat what I said at the outset of these notes – that plagiarism [can include] the essence, the atmosphere, the mood, the emotional structure.

**Act 2**

LC64:
The reader should compare LC64 with IGN 167, 168, 200, 204, 217, in particular, IGN 167 which explains the pope's predilection for coffee and sweets. Crane's claim that one of his sources was the book *His Holiness* is another example of multiple plagiarism. Bernstein and Politi lifted this material from an article in *La Stampa* dated June 10, 1984. The writer of the article, Paolo Patruno, was using IGN as his source. The first edition of IGN was published during the first week of June in 1984.

LC67/68:
Crane has acknowledged that his source for these pages is IGN pages 194 and 195. Yet again, he refers to an additional source, namely *A Thief in the Night*. Yet again, that aspect of that book by John Cornwell plagiarised my material.

LC69, 70, 71:
The reader should refer to IGN 198. Crane acknowledged that at least in part these scenes were derived from IGN 196, 197, 198, 199 and 200. I would urge the reader in this instance to read the IGN pages very carefully, because they contain not only some of the most important information within my book but they are also used by Crane to create some of the most important moments of his play. Some of the other sources that Crane claims to have utilised are yet again products of a previous plagiarising of IGN, most notably John Cornwell's *A Thief in the Night*. Thus we have a literary sandwich: acknowledged Yallop at the top and the bottom, plagiarised Yallop in the middle giving us the meat.

LC72:
Again, we have the makings of a Vatican sandwich, this time with two sources that are, of course, totally factually incorrect, another example of plagiarism by the authors of *His Holiness* from IGN and finally acknowledgment of IGN as a source.

LC73, 74, 75, 76, 77, 78 and 79:
At least some of the elements in those pages are drawn from IGN as careful reading of IGN 204, 205, 206, 207, 208, 209, 210, 211, 213, 214 and 215 will establish. I would also advise the reader that yet again material from my pages has been plagiarised by a great many authors including some that Crane claims as his sources. The reasons for such widespread plagiarising of these pages are varied but they include the fact that I am the only author to have interviewed at length so many of the individuals, now dead, who were concerned with the events immediately before and just after the death of Jean Paul I.

As such I am inevitably the primary source of a great deal of information concerning those events. Apart from interviewing both papal secretaries Fathers Magee and Lorenzi, I am the only author to have interviewed the late Sister Vincenza. As such, to take but one example, among the revelations in my book IGN first published in June 1984, was the fact that the Vatican had covered up the truth concerning who had found the dead pope. And a great many other aspects. The official Vatican version that the person who found His Holiness was Father Magee was a fabrication. It was in fact Sister Vincenza. I was denounced at the time of publication by among others a variety of Vatican spokesmen and also Fathers Lorenzi and Magee. Some years later

7

both priests admitted that they had lied and that they had covered up the truth. Consequently any factual information that appears in any accounts of the pope's death after June 1984 is highly likely to be using IGN as one of its primary sources, whether it is acknowledged or not. Consequently, scenes such as that recorded in LC75, 76, 77 and 78, are in the first instance derived from IGN even though Crane attributes them to subsequent sources, such as *His Holiness, Thief in the Night* etc., sources that are deliberately or inadvertently plagiarising from the original source. As such, Roger Crane is inevitably guilty of plagiarising this information from IGN.

Finally one particular source that Crane places great reliance on, Pontiff, notably pages 263 to 272, which by any criteria is a breach of the legal amount of copying permissible is a book that is very largely fictional.

LC79, 80, 81 and 82 refer IGN 207, 229, 234, 235:
Crane quotes among his sources for these scenes His Holiness by Bernstein and Politi. Yet again we are back in the world of multiple plagiarism. Their source was an article in *La Stampa* by Paolo Patruna [again] dated June 10, 1984. Signor Patruna's source was IGN.

LC89:
I think this, not for the first time, is an excellent illustration for the reader of how hard Crane strains to get off the hook of plagiarism. His character, Benelli, uttering the lines "The Lord uses us, but he does not need us. Now we will make another one." Crane observes IGN uses a similar phrase but different wording: from IGN page 210, "The Lord uses us, but does not need us. Now we will make another one."

LC91 /LC62:
It is probably a mistake by whomever Crane employed to create these pages but a speech used by Crane in his LC62 reappears in his LC91 regarding honesty and a cup of coffee. My answer is the same as before that the source is IGN 153.

Crane quotes among his sources for LC91 one that is becoming an old favourite: *His Holiness* by Bernstein and Politi, pages 151 and 152. The originating source is still the same: IGN. See IGN's 196 through to 200 for original sources. Yet again another example occurs here of plagiarism multiplied when he quotes as a source *A Thief in the Night*. Cornwell's source is drawing directly on the IGN sources quoted above published of course in IGN earlier that Cornwell's book.

LC94:
See IGN 285 for the very essence of this scene.

LC95:
Again see IGN 285.

LC96:
Again see IGN 285.

LC98:
See page 224 of IGN.

8

LC105:
See opening lines of page IGN page 248.

# 1792303 v1

9