# EXHIBIT A

**BY COURIER**
Roger Crane
c/o Alan Brodie Representation Limited
6th Floor
Fairgate House
78 New Oxford Street
London WC1A 1HB


Your Ref:

Our Ref: JHW/T3776                                            18 June 2007

Dear Sirs

**Our client: Poetic Products Limited**
**Re: "In God's Name" and "The Last Confession"**

We are instructed by Poetic Products Limited ("PPL"), the owner of copyright in the book "In God's Name" ("IGN") by David A. Yallop.

We are writing to put you on notice of a claim by PPL that the "The Last Confession" ("TLC") infringes the said copyright in that:

(i)     TLC is a copy of IGN or of a substantial part of IGN; and/or
(ii)    TLC is an adaption of IGN or of a substantial part of IGN.

The issuing of copies of TLC to the public and/or its performance on stage constitute further primary acts of infringement.

A detailed letter of claim is being prepared pursuant to the Civil Procedure Rules, Practice Direction on Protocols (Section 4) and will be served shortly.

Please indicate whether you wish us to correspond with you or whether you intend to appoint English solicitors to represent you.

We will be writing in similar terms to Oberon Books Limited and to those responsible for advertised stage performances of TLC.

Yours faithfully


**HEXTALLS LLP**

# 1748907 V1

Hextalls is a Limited Liability Partnership registered in England & Wales
A list of Member Solicitors is open for inspection at this office
any reference to a Partner denotes a Member of Hextalls LLP
Regulated by the Law Society
Registered Office: Hextalls LLP, 28 Leman Street, London  E1 8ER - Registered No: OC311837

DRAFT

COMPARISON BETWEEN "THE LAST CONFESSION" ("LC"), ACT 1,
AND "IN GOD'S NAME" ("IGN")

Notes:

- The Last Confession will be referred to as LC. In God's Name will be referred to as IGN. The Text from The Last Confession is in italics. The Text from In God's name is in standard print. Numbers are page numbers.

- This is a draft document. There are likely to be instances of copying that have not yet been noted. The right to amend and add to this document is therefore fully reserved and it is only made available at this date and stage inter alia to seek to comply, at an early stage, with the requirements of paragraph 4.1 of the Civil Procedure Rules Practice Direction on Protocols.

- In one version of this document, colour highlighting is used to assist in demonstrating instances of language copying. This should not be taken to be a final or determinative statement of the extent of language or other copying which Poetic Products Limited alleges as constituting infringement of its copyright in IGN. Language copying itself amounts to breach of copyright, but also indicates other forms of copying that amount to breach of copyright. The colour coding is as follows:

    RED: Identical wording in LC and IGN.

    GREEN: Similar wording in LC and IGN, including synonyms and different tenses and the like.

    YELLOW: Expression of ideas and themes in IGN which have been copied in LC, without there necessarily being identical or similar language used. It is emphasised that this is not intended to be a "catch-all" of all copying that is not identified in the Red or Green categories. Accordingly, further and different instances of copying may be alleged (including those identified in footnotes), including copying of selection and organisation of material and copying of structure and themes of IGN.

- In the programme for the current production of The Last Confession there is one full page photograph

1

showing Luciani surrounded by members of the Curia
as he walks in the Vatican. The photo can be found
in all editions of IGN. In the latest English
language edition, it is one of the group between
pages 120-121.

*******************************

*LC11*

**BENELLI:** █████, *it's good to see you.* █████████ ████ ████.

█████████ *You did? Thank you.* ██ ███ ████ ████ ██████.

**BENELLI:** *Yes (Smiling.) but* ██ ████ █████, *Jules Verne...* ████
████████. *What brings you to Rome ?*


IGN48/49.

Eventually ██ ████████ ██ ███ ██████ ███ █████████ ██
████ ████, ████████████ - ███ ████ ████████ ████.

███ ████ ██ ██ ███████. Apart from providing an invaluable
insight into the mind of ██████ ███████, each letter
comments on aspects of modern life……….. ….. Chesterton
and Walter Scott receive a letter from the Patriarch, as
do Goethe, Alessandro Manzoni, Marlowe and many others.
There is even one addressed to Christ which begins in
typical Luciani fashion.

Dear Jesus,

I have been criticized. 'He's a Bishop, he's a Cardinal,'
people have said, 'he's been writing letters to all kinds
of people: ██ ████ █████, to Péguy, to Casella, to
Penelope, to Dickens, to Marlowe, to Goldoni and heaven
knows how many others. And not a line to Jesus Christ!

IGN148

He quoted ████ █████, █████ █████ and the Italian poet
Trilussa. He talked of Pinocchio. Having already compared
the soul to a car he now drew an analogy.

[Note from David Yallop: The extract above indicates just
how detailed is the copying from my book to the play. I
was puzzled to read the reference to Jules Verne in

Benelli's speech, as I made no reference to Verne on page 48, but then I discovered it one hundred pages later!]

****************************

*LC page 12.*

Luciani: My parishioners wanted me to have my own boat and gondolier. Can you imagine a private boat just waiting for me ?

Benelli: I've seen your car. You could do with a boat... What do you do when you need one ?

Luciani: Call the fire brigade. They lend me one of theirs.

Benelli: And if there is a fire ?

Luciani: (smiling.) Sometimes even God has to wait.........

IGN25

It was customary for the Patriarch of Venice to have his own boat. Luciani had neither the personal wealth nor the inclination for what seemed to him an unnecessary extravagance. When he wanted to move through the canals he and Father Mario would catch a water bus. If it was an urgent appointment it would telephone the local fire brigade, the carabinieri or the finance police and ask to use one of their boats. Eventually the three organizations worked out a roster to oblige the unusual priest.

****************************

*LC Page 12.*

Lucani: When the Pope sent me to Venice the churches were empty but the streets were filled with prostitutes, with the mentally ill, with the handicapped. The City had shut its doors. I opened mine. Many priests objected to giving

*LC 13*

communion to the prostitutes and handicapped. These creatures do not understand, they said. So after mass I asked a young girl who

was afflicted with a terrible spinal disease if she knew what she had received. She said, "Yes Jesus." *I will not abandon them.*

IGN 27

The offices of the Patriarch were frequently filled with ex-prisoners, alcoholics, poor people, abandoned people, tramps, women who could no longer work as prostitutes. One such unfortunate still wears the pyjamas Luciani gave him and writes 'thank you' letters to a man no longer here to read them..................

IGN27/28.

One of the injustices that Luciani continuously worked to eliminate in Venice concerned a widely prevalent attitude towards the subnormal and the handicapped. Not only the mayor and city officials showed indifference, but Luciani found the same prejudice among some of his parish priests. When he went to give First Communion to a large group of handicapped people at St Pius X in Marghera he had to cope with a delegation of protesting priests who argued that he should not do such a thing. 'These creatures do not understand.' He instructed the group that he was personally ordering them to attend the First Communion. After the Mass he picked up a young girl suffering from spina bifida. The congregation was completely silent.

'Do you know whom you have received today?' he asked the little girl.

'Yes Jesus.'

'And are you pleased?'

'Very.'

Luciani turned slowly and looked at the group of protesting priests.

'You see, they are better than we adults.'

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*LC 12*

LUCIANI: I need help Bishop Marcinkus is selling the Catholic Bank of Venice.

4

BENELLI: Yes, I know. For less than it's worth ....

LC 14

BENELLI: [to VILLOT] He is selling it for far less than it is worth. Why?

VILLOT: (Dismissively.) He's an American... from Chicago....

BENELLI: Cicero to be precise. The home of the gangster, Al Capone.

LC16

MARCINKUS: Calvi has the complete confidence of myself ... and of course His Holiness.

LC17

MARCINKUS: I am accountable only to the Pope and to God.

LC18

PAUL: (To Bennelli.) It seems to be necessary. Is Luciani upset ?

BENELLI: Yes.

LC19

PAUL: He is a good man. He understands that sometimes it is necessary to sacrifice...

LC19

PAUL: (to BENELLI) Bishop Marcinkus has our complete confidence... In financial matters.

The above extracts from LC 12 to LC 19 should be considered against the following.

IGN28/32

Because of the reluctance of the City Council to
contribute to Special Work Centres, Luciani was obliged
initially to rely on diocesan funds and the bank known as
'the priests' bank', Banca
Cattolica del Veneto. Soon after he had been made a
Cardinal he became aware that it was no longer the
priests' bank. Joining the regular crowd in his outer
office who required help, he now found bishops,
monsignors and priests. In the past the bank had always
loaned money to the clergy at low interest rates. It was
a bank founded for the diocese which had previously
contributed to the vital work for that section of society
which Luciani described in the following words:

'They have no political weight. They cannot be counted on
for votes. For those reasons we must show our sense of
honour as men and Christians towards these handicapped
people.'

By mid-1972 the low interest loans had stopped. The
Venetian clergy were advised that in future they would
have to pay the full rate of interest no matter how
laudable the work. The priests complained to their
bishops. The bishops made a number of discreet enquiries.

Since 1946 the Istituto per le Opere di Religione, the
IOR, usually referred to as the Vatican Bank, had held a
majority share in Banca Cattolica del Veneto. The various
dioceses in the Veneto region also had small
shareholdings in the bank amounting to less than 5 per
cent of the bank's share.

In the normal commercial world this would make the
minority shareholder vulnerable, but this was not the
normal commercial world. A clear understanding existed
between Venice and the Vatican that the IOR's vast
shareholding (by 1972 it was 51 per cent) was an
insurance against any potential takeover by a third
party. Despite the very low interest rates charged to the
Veneto clergy the bank was one of the wealthiest in the
country. Where the priest banks the parishioner will
follow. (A significant amount of the bank's wealth was
derived from real estate holdings in Northern Italy.)
This happy arrangement had now been abruptly terminated.
The bank that the bishops believed they owned, at least
morally, had been sold over their heads without reference
to the Patriarch or any person in the Veneto region. The
man who had done the selling was Vatican Bank President,
Paul Marcinkus. The man who had done the buying was
Roberto Calvi, of Banco Ambrosiano, Milan.

6

The bishops of the region descended en masse on the
Patriarch's office in St Mark's Square. He listened
quietly as they outlined what had happened. They told him
how in the past when they had wished to raise capital
they had turned to the Vatican Bank who had loaned money,
holding their shares in Banca Cattolica as security. Now
those shares, along with a large state independently
acquired by the Vatican Bank, had been sold at a huge
profit to Calvi.

The enraged bishops pointed out to Luciani that had they
been given the opportunity they could have raised the
necessary money to repay the Vatican Bank and thereby re-
acquire their shares. What was more pertinent in their
eyes was the appalling breach of trust perpetrated by
Marcinkus, acting on behalf of the Vatican that claimed
to be the moral leader in the world; he had at the very
least displayed a total lack of morals. The fact that he
had kept the entire profit on the transaction for the
Vatican Bank may also have caused some of their anger.

The bishops urged Luciani to go directly to Rome. They
wanted Papal intervention. If that intervention took the
form of firing Paul Marcinkus it was clear that in the
Veneto region at least, not many tears would be shed.
Luciani calmly weighed the problem. Ever a prudent man,
he considered he needed more facts before laying such a
problem before Pope Paul.

Luciani began to probe quietly. He learned a great deal
about Roberto Calvi and also about a man named Michele
Sindona. What he learned appalled him. It also alerted
him to the dangers of complaining directly to the Pope.
Based on the information he had obtained it was clear
that Calvi and Sindona were highly favoured sons of the
Church and were held in great esteem by Paul VI. The man
Albino Luciani turned to was one who had become a close
friend over the previous five years. Under Secretary of
State Monsignor Giovanni Benelli.

Though Benelli was number two in the Secretariat of State
under Cardinal Villot, to all intents and purposes he ran
the department. And as Pope Paul's troubleshooter Benelli
not only knew where all the bodies were buried – he was
responsible for the placement of quite a number of them
Benelli listened while the Patriarch of Venice told his
story. When he had finished the Monsignor gave his
Eminence another cup of coffee as Luciani uttered a
qualification.

'I have not of course seen any documentary evidence.'

'I have,' responded Benelli. Calvi is now the majority
shareholder in the Banca Cattolica del Veneto. Marcinkus
sold him 37 per cent on March 30th.'

Benelli was a man who enjoyed reeling out facts and
figures. He told the wide-eyed Luciani that Calvi had
paid 27 billion lire (approximately $45 million) to
Marcinkus, how the sale was the result of a scheme
hatched jointly by Calvi, Sindona and Marcinkus, of a
company called Pacchetti which had been purchased by
Calvi from Sindona after its price had been grossly and
criminally inflated on the Milan stock exchange, of how
Marcinkus had assisted Calvi in masking the nature of
this and other operations from the eyes of Bank of Italy
officials by putting the Vatican bank facilities at the
disposal of Calvi and Sindona.

Luciani was bewildered. 'What does all this mean?' he
asked.

'Tax evasion, illegal movement of shares. I also believe
that Marcinkus sold the shares in your Venetian bank at a
deliberately low price and Calvi paid the balance, a
separate 31 billion lire deal on Credito Varesino.'

Luciani became angry. 'What has all this to do with the
Church of the poor? In the name of God . . .'

Benelli held up a hand to silence him. 'No, Albino, in
the name of profit.'

'Does the Holy Father know these things?'

Benelli nodded.

'So?'

'So you must remember who put Paul Marcinkus in charge of
our bank.'

'The Holy Father.'

'Precisely. And I must confess I fully approved. I've had
cause to regret that many times.'

'Then what are we to do? What am I to tell my priests and
bishops?'

8

'You must tell them to be patient, to wait. Eventually
Marcinkus will over-reach himself. His Achilles heel is
his greed for Papal praise.'

'But what does he want to do with all this money?'

'He wants to make more money.'

'For what purpose?'

'To make more money.'

And in the meantime should my priests get out begging
bowls and tramp through the Veneto?'

'In the meantime you must counsel patience. I know you
have it. Teach it to your priests. I'm having to apply
it.'

Albino Luciani returned to Venice and called his fellow
bishops to his office. He told them some of what had
transpired in Rome, enough to make it abundantly clear
that the Banca Cattolica was now for ever lost to the
diocese. Later some of them talked about it. They
concluded that this would never have happened in the days
of Cardinal Urbani. They felt that Luciani's innate
goodness had proved a useless weapon against the IOR.
Most of them, including Luciani, sold what remaining
shares they held in the bank to express their disapproval
of the Vatican's conduct. In Milan Roberto Calvi was
gratified to note that his brokers had acquired on his
behalf another small piece of the priests' bank in
Venice.

Albino Luciani and many others in Venice closed their
accounts at the Banca Cattolica. For the Patriarch of
Venice to move the official diocesan accounts to the
small Banco San Marco was an extraordinary step. He
confided to one colleague, 'Calvi's money is tainted. The
man is tainted. After what I have learned of Roberto
Calvi I would not leave the accounts in his bank if the
loans they granted to the diocese were totally free of
interest.'

Luciani then attempted to get the directors of Banca
Cattolica to change the name of the bank. He insisted
that for the word Catholic to appear in their title was
an outrage and a libel on all Catholics.

In Rome Pope Paul VI was made fully aware of the added
burden that had been placed on the Veneto region by the

9



████ ██ ████ Banca Cattolica. Giovanni ██████ ████ ███ Holy Father to intervene but by then the sale of █████ was already a real one. Benelli argued for the removal ██ Marcinkus. The Pope ███ ██ ███ ██ ██████ helpless glass of the shoulders but the fact that Luciani had not led an open rebellion left a deep impression on ████. At the slightest opportunity he would proclaim the goodness of the man he had appointed Patriarch of Venice. In an audience with Venetian priest Mario Ferrarese he declared three times, 'Tell the priests of Venice that they should love their Patriarch because ██ ██ ██ ████, holy, wise, learned ███.'

In September 1972, Pope Paul stayed at the Patriarch's Palace on his way to a Eucharistic Congress in Udine. In a packed St Mark's Square the Pope removed his stole and placed it over the shoulders of a blushing Luciani. The crowd went wild. Paul was not a man to make insignificant public gestures.

IGN 32

When the two men were being served coffee in the Palace he made a more private one. He indicated to Luciani that 'the little local difficulty over finance' had reached his ears. He had also heard that Luciani was trying to raise money for the creation of a work centre for the sub-normal at Marghera. He told Luciani how much he approved of such work and said that he would like to make a personal donation. Between Italians, that most voluble of races, much is often unsaid but understood.

IGN 37.

While the previous day's meeting had been largely of an informal nature, this confrontation with Marcinkus was an interrogation. On the evidence that the US Department of Justice had carefully and painstakingly acquired over more than two years, Lynch and Aronwald and FBI agents Biamonte and Tammaro had before them the man who had master-minded one of the world's greatest swindles. ██ ███ ████████ ███ ███████ ████ ███ Chicago █████ ██ Cicero's claim for world notoriety would in future be shared by Al Capone ███ ████ Marcinkus. But as Mrs Beeton observed, 'first catch your hare'.

IGN291

██████ brought many facets to his work in the Vatican Bank; not least were elements of his █████ ████████ ██ Al Capone's Cicero. 'How are your ████████ friends in

Chicago, Paul?' was a running joke in the early 1970s. It was heard less after Sindona's trial. It is not heard at all after the Calvi débâcle.

IGN39

the things that makes my position completely unique is that I am answerable only to the Pope as to how I handle those financial affairs.

IGN174

I am answerable to no one except Rome and God[2].' Events were to prove that Cody declined to be answerable to Rome. That left God.

IGN 290

In March 1982, Archbishop Marcinkus granted a rare interview. It was given to the Italian weekly Panorama. His comments about Roberto Calvi are particularly [3]illuminating, coming as they did just eight months after Calvi had been fined 13.7 million dollars and sentenced to four years' imprisonment, and only seven months after the Vatican and Marcinkus discovered (if we believe the Vatican version) that Calvi had stolen over a billion dollars and left the Vatican to pay the bill.

Calvi merits our trust. This I have no reason to doubt. We have no intention of ceding the Banco Ambrosiano shares in our possession: and furthermore, we have other investments in this group, for example in the Banca Cattolica, which are going very well.

**************************

*LC19*

*PAUL: (To BENELLI) We have been discussing the status of the new Code of Church Law with Cardinal Felici. The ever-changing, never-finished Church Law. (To FELICI.) It is a canon of law, not the Sistine Chapel. When will you be done ?*

*FELICI: These things take time.*

*BENELLI: Ten years !*

---

[1] Attributed to Marcinkus in IGN. Dialogue of Marcinkus in LC.
[2] Attributed to Cody in IGN. Dialogue of Marcinkus in LC.
[3]

IGN 165

Luciani laughed. He liked Pericle Felici. Curial to his
finger-tips, traditional in his thinking, he was
nevertheless a witty, sophisticated man of considerable
culture. 'Eminence, the revision of Canon Law that has
preoccupied so much of your time, did the Holy Father
envisage a change in the Church's position on
Freemasonry?'

***************************

*LC21*

*OTTAVIANI: Is he [Pope Paul] going to resign when he turns
eighty? Of course not. How dare he decree that cardinals over
eighty cannot vote at the next conclave !.......*

IGN 53

Another of the late Pope's rules quickly became the
subject of furious debate during the early General
Congregations. Paul had specifically excluded from the
Conclave that would elect his successor all cardinals
over the age of eighty. Ottaviani mounted an angry attack
on this rule[4]. Supported by the 85-year-old Cardinal
Confalonieri and the other over-eighties, they attempted
to reverse it. Paul had fought
many battles with this group. In death he won the last
one. The cardinals voted to adhere to the rules. The
General Congregation continued, on one occasion
discussing for over an hour whether ballot papers should
be folded once or twice.

******************************

*LC21*

*FELICI: [talking of Benelli] I have heard that privately he
disagrees with the Pope's willingness to negotiate with the
communists........*

*LC Page 22 continues this theme.*

IGN 199

---

[4] As in other instances, IGN here sets a scene that is adopted in LC.

Luciani and Villot are discussing the various changes
that Luciani is about to make. Villot reacts to the fact
that Benelli a man he has had a difficult relationship
with has been chosen by Luciani to replace him as
Secretary of State.

Villot studied the notes he had made of the proposed
changes. Albino Luciani, placing his own handwritten
notes to one side, poured out more tea for both of them.
Villot said, 'I thought you were considering Casaroli as
my replacement?'

'I did, for a considerable time. I think much of his work
is brilliant but I share Giovanni Benelli's reservations
about some of the policy initiatives that have been made
in the recent past towards Eastern Europe.'

NOTE: Please also see LC page 25 for further references
to this aspect all deriving, it is suggested from the
essence of the above.

                    *******************************

## LC23

*FELICI: Pope John and the Second Vatican Council said they
wanted to open the windows of the Church for a dialogue with the
world.*

IGN 145.

When Albino Luciani threw open the windows of the Papal
Apartments within twenty-four hours of his election, the
gesture personified his entire Papacy. Fresh air and
sunlight rushed into a Roman Catholic Church which had
grown increasingly dark and sombre during the last years
of Paul VI.

                    *************************

## LC 24

*FELICI: Our Hamlet Pope.*

IGN 19.

Many, including his predecessor John XXIII, have compared
Pope Paul VI with the doubt-racked Hamlet. Every Hamlet
has need of an Elsinore Castle in which to brood.
Eventually, the Pope decided that he and he alone would

make the final decision. He summoned Monsignor Agostino
Casaroli and advised him that the problem of birth
control would be removed from the competence of the Holy
Office. Then he retired to Castel Gandolfo to work upon
the encyclical.

*********************************

*LC25*

*VILLOT: Which brings us to the last item: Benelli At our last
meeting you agreed to consider the idea of a transfer. I have
drafted a list of possible positions.*

*[Note there then follows several pages where Villot and Baggio
urge the Pope to post Benelli out of Rome, which eventually
culminates with Pope Paul and Benelli on stage alone  and Paul
persuading him to leave Rome.]*

*LC29*

*PAUL: Today we will announce that we have appointed you
cardinal and assigned you to Florence. Will you go ?*

*BENELLI: Yes.*

IGN58

Giovanni Benelli had been manoeuvred out of Rome in 1977.
His continuing efforts to have Marcinkus removed from the
Vatican Bank had resulted in a cabal, which included in
its members Marcinkus and Paul's secretary Monsignor
Macchi, having Benelli removed from the Secretariat of
State's office. He had been made a cardinal and been
given Florence by way of compensation.

***************************

*LC 27.*

*PAUL: The newspapers write about us in the past tense. It is
strange to read about ourselves as if we were already dead. We
have accomplished so little.*

IGN51

14

Indeed the speculation had begun even before Pope Paul's death. Peter Hebblethwaite, an ex-Jesuit priest converted to Vatican-watching, had asked in the Spectator on July 29th, 'Who is running for Pope?' He picked out three form horses to follow - Pignedoli, Baggio and Pironio. Whether Pope Paul had read Hebblethwaite's comment that he 'cannot be expected to live very much longer' in his last few days, is not known.

Despite the pomp and ceremony, the funeral of the Pontiff was a curiously unemotional affair. It was as if his Papacy had ended long ago. After Humanae Vitae there had been no more Papal encyclicals and, apart from his courageous comments when his close friend, the former Prime Minister Aldo Moro, had been first kidnapped then murdered, there had been little from Paul over the past decade to inspire an outpouring of grief at his death: a man to respect, not one to love. There were many long and learned articles analyzing his Papacy in depth but if he is remembered at all by posterity it will be as the man who banned the Pill. It may be a cruel epitaph, an unfair encapsulation of a sometimes brilliant and often tortured mind, but what transpires in the marital bed is of more import to ordinary people than the fact that
Paul flew in many aeroplanes, went to many countries, waved at many people and suffered agonies of mind.

*****************************

*LC31*

*SUENENS: You should have stayed in Rome after the funeral. You missed all the fun.*
BENELLI: *I accomplished more* Cardinal Suenens, *in Florence using the telephone*

IGN 58.

In Florence * Giovanni Benelli, wrongly thought by many observers to be running for the Papacy, received the Latin American specification. He smiled as he considered the qualities the Latin
Americans were seeking. It read like an accurate biography of exactly the man Benelli considered should be Pope. Picking up the telephone, he dialled a number outside Florence, and moments later was engaged in animated conversation with the Belgian Cardinal, Suenens

*******************************

15

*LC31.*

*SUENENS: But it couldn't have been nearly as interesting.* Every night Pignedoli has a different group of cardinals over to dinner.  His thinking may be lightweight but his wine cellar is outstanding and he has one of the best chefs in Rome.

*BENELLI: I don't think even Pignedoli can cook his way to the Papacy.*

IGN54.

Pignedoli had been a close friend of the late Pope. Some
Italian commentators cruelly observed he was the only
friend Paul had. Certainly he appeared to be the only one
to address him by the intimate 'Don Battista'. In support
of Pignedoli Cardinal Rossi of Brazil was at pains to
remind the other cardinals of the tradition that Popes
indicated who their successor should be and insisted that
Pignedoli was 'Paul's best loved son'. Pignedoli was one
of the most progressive of the Curial cardinals and hence
disliked by most of the other Curial cardinals. He was
cultured, well-travelled and, perhaps most important for
his candidature, he had influenced either directly or
indirectly the appointments of at least 28 of his brother
cardinals.

IGN54
Attending afternoon tea on August 17th, Pignedoli
declared to a gathering of Italian cardinals which went
right across the spectrum of right, centre and left, that
in spite of all the urgings and promptings he did not
feel that he was suited for the Papacy. He suggested to
his colleagues that they should vote instead for Cardinal
Gantin. It was an imaginative suggestion.

Gantin, the black Cardinal of Benin, was 56 years of age.
There was therefore very little chance of his election
because of his relative youth. The ideal age was felt to
be late 60s. Pignedoli was 68. Further, Gantin was black.
Racialism is not confined to one side of the Tiber.
Putting forward Gantin's name could well attract votes
for Pignedoli from the Third World whose cardinals held a
vital 35 votes.

IGN58,

[redacted] Pignedoli [redacted] dinner [redacted], Curial cardinals continued to lobby discreetly on behalf of Siri and the Vatican Press Office maintained its policy of giving the world's commentators the minimum of co-operation, as the date of what Peter Nichols of The Times called 'The World's Most Secret Ballot' drew nearer.

*****************************

*LC31:*

*SUENENS:* The London bookmakers have published odds on a number of candidates. Pignedoli is the favourite, *so perhaps they don't share your views about his chef. Siri is second, Felici is third-he claims he supports Siri - and* you are listed fourth *at four to* one.

*BENELLI: And* Luciani *?*

*SUENENS: Who ?*

*BENELLI:* Luciani *- Patriarch of Venice.*

*SUENENS:* Not listed, of course

IGN51.

Within twenty-four hours of Paul's death, with his body unburied and his Papacy unevaluated, [redacted] the London bookmakers, had opened a book on the Papal election. The Catholic Herald, while carrying a front-page article criticizing the action, took care to let its readers know the current odds.

Cardinal Pignedoli was favourite at 5-2. Cardinals Baggio and Poletti were joint second favourites at 7-2, followed by Cardinal Benelli at 4-1. Also strongly fancied was Cardinal Willebrands at 8-1. Cardinal Koenig was quoted at 16-1. England's Cardinal Hume was 25-1. These surprisingly long odds on the Englishman could perhaps be attributed to a statement Hume had made to the effect that he did not have the qualities for the job. Longest odds were quoted for Cardinal Suenens. Albino Luciani did not appear in the list of Papal runners.

---
[5] I.e. Benelli

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*LC32*

*SUENENS: ... And then there is* ███ *....*

*BENELLI: What is* ███ *?*

*SUENENS:* ███████████████████████████████████████

*BENELLI : I assume it doesn't include any cardinals.*

*SUENENS: Correct ... Listen to their criteria. (SUENENS takes out a piece of paper and reads from it).* ███████████████ ████████████████ *(Looking up) That's the heading. (Continuing his reading)* ████████████████████████ ████████████████████████████████ ████████████████████████████████ *It goes on: (Back to paper)* ████████████████████████████████ ████████████████████████████████ ████

IGN58/59.

The Latin American cardinals were not the only group to
formulate a document that amounted to a job description.
A week earlier, a group of Catholics calling themselves
████ (████████████████████████████████████)
held a *Press conference in the Columbus Hotel, Rome.* The
brave man chosen to field questions from over 400
reporters was Father Andrew Greeley. Not himself a member
of CREP, Greeley and a group of theologians had drawn up
the job description on behalf of the Committee.

There were to be many critics of the document. Much of
the criticism was banal, much was dismissive. Undoubtedly
the signatories appeared to be looking for an
extraordinary man. It is equally without doubt that the
document showed a deep love for the Roman Catholic
Church. These men cared desperately about the nature and
quality of the new Papacy. To dismiss men of the quality
of Hans *Kung*, Yves Congar and Edward Schillebeeck
requires a mentality bordering on spiritual sterility.
Professor Kung, for example, is in the view of many who
are qualified to judge, the most brilliant Catholic
theologian alive today. All the signatories of the press
release have impressive records.

18

HELP WANTED

A hopeful, holy man who can smile.

Interesting work, guaranteed income, residence comes with position. Protection by proven security organization. Apply College of Cardinals, Vatican City.

Thus began the job description. It went on to describe
the man they would like chosen by the secret Conclave. It
did not matter, they stated, if he was Curial or non-
Curial; Italian or non-Italian; whether he was of the
First, Second or Third World. It did not matter if he was
an intellectual or non-intellectual, whether he was a
diplomat or pastor, progressive or moderate, an efficient
administrator or lacking in administrative experience . .
. What was needed, the theologians said, at this present
critical time in history was 'a man of holiness, a man of
hope, a man of joy. A holy man who can smile. A Pope not
for all Catholics but for all peoples. A man totally free
from the slightest taint of financial organizational
wheeling and dealing.' It went on to list other vital
essentials. Reading the qualifications needed and
comparing it with the list of leading candidates, the
overriding impression is one of deep, urgent need
bordering on desperation.

***************************

LC32.

BENELLI: They have described Luciani.

SUENENS: You can't be serious ? (Pause) When I supported Paul
at the last conclave at least I knew he wanted to be Pope. The
Press asked Luciani yesterday. He told them, 'You can't make
gnocchi out of this dough.'

IGN69

'You can't make gnocchi out of this dough,' Luciani had
remarked to several well-wishers before the Conclave. It
now appeared that a significant number of his fellow
cardinals disagreed with this self-evaluation.

***************************

LC33

*GANTIN: (To BENELLI)) ............They asked me to come and see you. (Pause) Baggio met recently with Marcinkus. He told Marcinkus that if he became Pope he would keep him in charge of the Vatican Bank.*

IGN 55.

In a curious manoeuvre to assist his own candidature, Baggio contacted Paul Marcinkus and assured him that he would be confirmed in his past post of the Vatican Bank if Baggio were elected. Bishop Marcinkus, unlike the cardinals who had been dispossessed by the late Pope's rules, was still running the Bank. There was no public indication that he would not continue to do so. The gesture by Baggio mystified Italian observers. If they had been able to persuade any of the cardinals present during the private General Congregations to talk, the move by Baggio would have taken on a deeper significance.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*LC33.*

*GANTIN: In the Vatican everything is confidential and nothing is secret.*

IGN Preface xvii

Within the Vatican there is no such thing as a private audience that remains completely private

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*LC34*

*GANTIN: What we need is a Christ to drive the money-lenders from the temple.*

IGN 303

And Jesus went into the temple of God, and cast out all them that sold and bought in the temple, and overthrew the tables of the moneychangers, and the seats of them that sold doves,

And said unto them, It is written. My house shall be called the house of prayer; but ye have made it a den of thieves.

Matthew 21:12/13


IGN 303 Continued

Albino Luciani had a dream. He dreamt of a Roman Catholic Church which would truly respond to the needs of its people on vital issues such as birth control. He dreamt of a Church which would dispense with the wealth, power and prestige that it had acquired through Vatican Incorporated; of a Church which would get out of the market place and reject the moneylenders where the message of Christ had become tainted; of a Church that would once again rely upon what has always been its greatest asset, its source of true power, its greatest claim to a unique prestige: the Gospel.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*LC 35.*

*SUENENS: Luciani has twenty votes, Siri has twenty-five and Pignedoli has dropped to fifteen. Baggio has nine. You [BENELLI] have twenty...... If you can get Pignedoli to release his supporters and swing the South Americans from Lorscheider to you...*


IGN 66
Siri 25 votes. Luciani 23 votes. Pignedoli 18 votes. Lorscheider 12 votes Baggio 9 votes.

IGN 67
Unaware of the identities of his supporters Luciani concluded that this aberration would correct itself at the second vote, and reaching for another voting card wrote the name of Alois Lorscheider upon it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*LC 36*

*BENELLI: Cardinal Lorscheider, I am glad to see you. Cardinal Luciani thinks it may be time for a non-Italian Pope.*

---
[6] See LC 36 below, where Bennelli states that Luciani was supporting Lorscheider.

*LORSCHEIDER: The Papacy has been Italian for five hundred years. One might think it is time for a change.*

*BENNELLI: He is telling the cardinals that you should be Pope.*

*LORSCHEIDER: I know.*

*BENELLI: What do you think of Luciani ?*

LC 37

*LORSCHEIDER: He visited me in Rio last year. He is a charming and gentle man, more knowledgeable than some people believe. But, he is no administrator.*

*BENELLI: You have said the next Pope should be a holy man, a good pastor, a man of hope. You have described Luciani.*

*LORSCHEIDER: He would need a strong Secretary of State.*

*BENELLI: Yes*

IGN68

```
The third ballot would be crucial. Siri and Luciani were
finely balanced. While a very troubled Patriarch of
Venice picked at his food,
others were busy. Giovanni Benelli talked quietly to the
cardinals from Latin America⁹. They had made their point,
he assured them, but
clearly a Pope from the Third World was not going to
emerge during this Conclave. Did they want a man like
Siri with his reactionary views on the throne? Why not a
man who, if not from the Third World, clearly loved it?
It was no secret, Benelli told them, that Luciani was
voting for their own Aloisio Lorscheider.
```

IGN 68 CONT.

---

[7] Similar to words attributed in IGN (page 68) to Father Sorge.

[8] Words attributed in IGN (page 68) to Father Sorge.

[9] Lorscheider was a Brazilian Cardinal. The scene at LC 36/37 can be seen as derived from this account in IGN.

In fact Benelli was in danger of gilding the lily. The
cardinals from Latin America had done their homework to a
far greater degree than
any other geographical group. Aware that their chances of
electing Lorscheider were not great they had, before the
Conclave, prepared a
short list of non-Curial Italians. One of the men with
whom they discussed the list was Father Bartolomeo Sorge,
a Jesuit priest based
in Rome. During a two-hour discussion Sorge pointed out
the various aspects for and against each of the
possibles. The name that had
emerged was Albino Luciani. Father Sorge recalled for me
his final words of advice to the group of cardinals:

"If you want to elect a Pope who will help to build up
the Church in the world, then you should vote for
Luciani. But remember he is not a man who is accustomed
to governing, consequently he
will need a good Secretary of State."

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*LC37.*

*BENELLI: Have you heard that the first test-tube
baby was recently born in England?*

*LORSCHEIDER: Yes.*

*BENELLI: Many church leaders condemned the birth.*

*LORSCHEIDER I know.*

*BENELLI: I would like to read you a letter from Cardinal Luciani.
(BENELLI takes out a paper, reading.) "I send the most heartfelt
congratulations to the English baby girl whose conception took
place artificially. As for her parents, I have no
right to condemn them. If they acted with honest intentions and in
good faith, they may even have great merit before God for what
they wanted and asked the doctors to carry out." He concludes by
saying that the individual conscience must always be followed.
However, each individual must seek to develop a well-formed
conscience.*

IGN

A number of Curial cardinals had discovered to their
horror that shortly before the Conclave Albino Luciani
had been asked for his opinion on the birth of Louise
Brown, known as 'the first test tube baby', an English
girl recently born as a result of artificial
fertilization. Luciani had been interviewed on the
subject three days before the death of Pope Paul VI but
his views were not generally known until the article
carried in Prospettive nel Mondo after his election. The
hardliners on birth control read with growing dismay the
views of the man who was now Pope.

Luciani had begun cautiously, making it clear that what
he was expressing were his own personal views, because
he, like everyone else, 'waited to hear what the
authentic teaching of the Church would be when the
experts had been consulted'. His surprise election had
produced a situation in which the authentic teaching of
the Church on this as on any other subject was now
totally within Luciani's province.

In the interview Luciani expressed qualified enthusiasm
about the birth. He was concerned about the possibility
of 'baby factories', a prophetic concern in view of
current events in California where women are queueing to
be impregnated with the sperm of Nobel prize winners.

On a more personal note to the parents of Louise Brown,
Luciani said:

Following the example of God, who desires and loves human
life, I too send my best wishes to the baby. As for her
parents, I have no right to condemn them; subjectively,
if they acted with good intentions and in good faith,
they may even have great merit before God for what they
have decided and asked the doctors to do.

He then drew attention to a previous pronouncement by
Pius XII which might put the act of artificial
fertilization in conflict with the Church. Then,
considering the view that every individual has the right
to choose for him or herself, he expressed an opinion
that lay at the heart of his attitude towards many moral
problems. As for the individual conscience, I agree, it
must always be followed, whether it commands or forbids;
the individual though must seek always to develop a well-
formed conscience.

*****************************

24

*LC 38*

*LORSCHEIDER: He is still no match for Felici, Baggio and the rest of the Curia.*

*BENELLI: You are wrong. Yes, he is gentle, yes he is humble, and he can take a long time to make up his mind, sometimes too long...but when he is committed to a course of action he is like a rock.*

IGN 163

Benelli had learned over nearly a decade that one did not influence Luciani by strenuously urging a particular course of action. He told me[10]:

With Pope Luciani, you laid out the facts, made your own recommendation, then gave him time and space to consider having absorbed all the available information, he would decide and when Pope Luciani decided, nothing, and understand me on this, nothing would move or shift him. Gentle, yes. Humble, yes. But when committed to a course of action, like a rock.

NOTE The Play skips the second ballot and proceeds to the third ballot.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*LC38.*

*VILLOT: (Reading from the paper) The ballots have been tallied. Cardinal Luciani has received sixty-eight votes, Cardinal Siri fifteen votes. No other candidate has received more than two votes. I suggest that we immediately[11] conduct a fourth ballot. Do you agree ?*

*The cardinals all nod their heads .One or two say "agreed."*

*LUCIANI: (He bows his head and says softly) No. Please no.*

---

[10] Bennelli was David Yallop's personal source for this information.

[11] See IGN 70 (below) where it is stated that the Conclave dispensed with the late Pope's instructions that each cardinal should swear a solemn oath each time before voting and the fourth ballot began. The suggestion from Villot to move immediately to conduct the fourth ballot can be seen to be derived from that.

[12] This direction to Luciani is very similar to the description in IGN of Lucinai's behaviour "With a hand to his forehead he was heard to murmur".

*LORSCHEIDER[13]* (He grips LUCIANI's arm.) *If the Lord gives the burden, he also gives the strength to carry it.*

*GANTIN[14]* (He grips LUCIANI's other arm.) *The whole world prays for a new Pope.*

IGN 69 70

Emerging from his cell at 4.00 p.m. Luciani was warmly embraced by Cardinal Joseph Malula from Zaire. Full of joy Malula offered his congratulations.

Luciani shook his head sadly. 'A great storm is troubling me,' he said as the two men made their way back for the third ballot.

Luciani  58 votes

Siri  15 votes

Pignedoli 10 votes

The remaining 18 votes on the ballot were scattered. Albino Luciani was now within seven votes of the Papacy. With a hand to the forehead he was heard to murmur, 'No. Please no.'

It was Cardinals Willebrands and Riberio, seated either side of Luciani, who heard the entreaty. Both men instinctively reached out and gripped Luciani Willebrands spoke quietly. 'Courage. If the Lord gives the burden, he also gives the strength to carry it.'

Riberio nodded and then added, 'The whole world prays for the new Pope.'

*************************

*LC 39.*

*VILLOT: ........The final tally is ninety-nine votes for Cardinal Luciani, one vote for Cardinal Lorscheider, eleven* abstentions. *The*

---

[13] IGN had these identical words spoken by Lorscheider, with the same account of the speaker gripping Luciani.

[14] IGN attributes these words to Riberio. Note the same action in gripping Luciani as described in IGN.

*spotlight around LUCIANI expands slightly.* **VILLOT** *steps into it in front of* LUCIANI*. In a commanding voice.)* Do you accept your election as Supreme Pontiff?

There is a long moment of silence – as LUCIANI slowly raises his head and looks at VILLOT.

**LUCIANI**: With a soft voice– May God forgive you for what you have done. (Another pause– Then in a slightly louder voice–.) *I accept.*

**VILLOT**: *By what name do you wish to be called?*

**LUCIANI**: *(A short pause.* LUCIANI smiles*).* John Paul the First.–

*... FELICI and VILLOT walk up to LUCIANI and dress him in the robes of the Pope. They hand him a white cap. He takes off his red cap and replaces it with*

*LC40.*

*the white one but puts it at a rakish angle.* The papal robes are noticeably too big for him. *FELICI and VILLOT step back.*

...

**CONFESSOR**: Why Luciani ? Even the robes didn't fit.

**BENELLI**: They made the papal garments in every size... except his. Nobody had his measure.

**SUENENS**:*(Approaching JOHN PAUL)*Holy Father, thank you for saying yes.

**LUCIANI**: *Perhaps it would have been better if I had said no.*

---

[15] IGN describes the scene as "All eyes were upon Lucinani".

[16] IGN describes the hesitation on the part of Luciani.

[17] Compare with the description in IGN of Luciani's humility and meekness.

[18] Further hesitation, as per IGN.

[19] IGN describes the scene as "Then he added, 'I accept.' ".

[20] IGN (see below) not only sets out the exact words used by Luciani, but describes Luciani's behaviour in the same way as copied by the stage direction in LC. IGN: "Luciani hesitated again. Then for the first time he smiled: 'John Paul the First'."

*VILLOT and FELICI walk with LUCIANI to the front of the stage. FELICI steps forward.*

*FELICI: (To the audience.) I bring you news of ▮▮▮▮ ▮▮▮. We have a Pope, Cardinal Albino Luciani, who has chosen the name John Paul the First.*

*LUCIANI steps forward with a ▮▮▮▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮*

IGN70

There was great excitement in the Conclave. Many were now convinced that they were acting by Divine inspiration. Dispensing with the late Pope's instructions that each cardinal should swear a solemn oath each time before voting, the ▮▮▮▮▮▮ ▮▮▮▮▮▮▮[21] began.

Luciani 99 votes

Siri 11 votes

Lorscheider 1 vote (that of Albino Luciani)

As the final vote was announced[22] there was a tremendous burst of applause from the gathering. The time was 6.05 p.m. A clique of Siri
supporters, members of the intransigent right, had held out to the end. The doors of the Chapel opened and various Masters of Ceremonies came, accompanying the Camerlengo Villot, to where Albino Luciani sat. Villot spoke.

'Do you accept your canonical election as Supreme Pontiff?'

All eyes were upon Luciani. Cardinal Ciapci described for me that moment[23] 'He was sitting three rows behind me. Even at the moment of his election he was hesitating. Cardinal Villot put the question to him and he continued to hesitate. Cardinals Willebrands and Ribeno were
clearly encouraging him.'

---

[21] LC 38

[22] IGN sets the scene that is dramatised in LC. As in many other instances, IGN contains what is in effect dramatic direction that creates a picture in the eye of the reader – that dramatic direction is copied in LC.

[23] David Yallop obtained the description of the scene from his named source.



Luciani ████████████████. 'May God forgive you for what you have done ████████' ████████ 'I accept.'

'By what name do you wish to be called?' ████ Villot.

Luciani ████████████ Then for the first time ██ smiled: 'John Paul the First'.

IGN71/72

There is also the vital element of Luciani's personal humility. Describing ████████████████████████ ████████████ may appear to be contradictory. To equate ████████████████████████████ is, in fact, entirely consistent if the last thing you want on earth is supreme power.

Inside the Conclave, as the new Pope was led to the Sacristy, ████████. Outside all was confusion. While the Gammarelli brothers, tailors
to the Vatican, tried to find a Papal white cassock that ████ted, the cardinals were merrily burning their voting papers with the special
chemical that was designed to ensure white smoke for the watching world. The watching world saw first white smoke, then a short while later, puffs of black (indicating that the Church was still without a Pope) emerge from the small chimney. The smoke had begun to emerge at 6.24 p.m. As it continued to belch out in a variety of hues, the Gammarelli brothers inside were not having any better luck with the white cassocks. Normally before a Conclave they made three:
small, medium and large. ████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████
Eventually, ████████████████████████████ ████████ from the Sacristy and, sitting on a chair in front of the altar, received each cardinal who, having kissed Luciani's hand, was then warmly embraced by the new Pope.

████████ one of the cardinals largely responsible for this election, observed 'Holy Father, thank you for saying "yes"'

---

[24] LC 39 has a direction to Luciani of "(With a soft voice)" for the lines in which he accepts his election as Supreme Pontiff. LC 40 has a direction to Luciani of "with a humble but radiating smile".

Luciani smiled broadly at him. "Perhaps it would have been better if I had said "no".

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LC 40

**LUCIANI:** *This morning I went to the Sistine to vote peacefully. I never imagined what was to take place. Really, this I do not have the wisdom or heart of Pope John. Nor do I have the preparation and culture of Pope Paul. However I stand now[25] in their place. I will seek to serve the Church and hope that you will help me with your prayers.*

**IGN74/75**

'Yesterday morning I went to the Sistine Chapel to vote peacefully. I never could I have imagined what was about to take place.......

.......Be sure of this. I do not have the wisdom or heart of Pope John, nor do I have the preparation and culture of Pope Paul. However, I now stand in their place. I will seek to serve the Church and I hope that you will help me with your prayers.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LC41/42

**VILLOT: Where is his Holiness ?**

**LORENZI:** He said he wanted to go for a *walk around the Vatican and perhaps into Rome.*

**VILLOT: (Disbelief)** He went for a *walk.*

**VINCENZA:** Father Albino always goes for a *walk after his siesta in the afternoon.*

**VILLOT: (TO FELICI) This is impossible.**

---

[25] "stand now" in LC: "now stand" in IGN.

*FELICI: (TO LORENZI) We need to find the Holy Father. The Pope is not supposed to wander about by himself…………………………*

*…………………….FELICI: (Picking up a book from the Pope's desk) 'On Being A Christian…'*

*VILLOT: (Looking up strangely) What ?*

*FELICI: 'On Being a Christian, by Dr Hans Kung.'*

*VILLOT: Kung !*

*FELICI: ( Mildly)  Yes. (He opens the cover of the book) It is an autographed copy … with a note congratulating Cardinal Luciani on the publication of his book 'Illustrissimi', and thanks Luciani for sending him a copy*

*VILLOT: The Pope is missing and now you tell me he is corresponding with heretics*

*LC42 CONT*
*JOHN PAUL enters. He is dressed simply in an old cassock. His skull-cap is more on the side of his head than the top. It is generally in this postion even when he is formally dressed. FELICI puts the book he is holding back in the box.*

*Your Holiness, where have you been ?*

*JOHN PAUL: About.*

*FELICI: It might not be safe.*

*JOHN PAUL: Who would want to harm the Pope ?*

*FELICI: Many people, I am afraid, Your Holiness,*

*VILLOT: At the very least you should have the Swiss guard with you.*

*JOHN PAUL: Please tell the Commander of the guards that they are not to kneel when I talk to them.*

31

*VILLOT: You spoke to the guards ?*

*JOHN PAUL: I wanted to know what they thought of the Vatican. (To Vicenza) Can you find us some coffee ?*

IGN 169



██████████████████████████████████████ – a
routine that he took delight in occasionally disturbing.
Without reference, ████████████████████ in the Vatican
gardens. A simple diversion, one might think, but ██
██████████████████████████████ and ████████████
█████████████████████████████████████████████
███████████
██████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████

Monsignor Virgilio Noe, the Master of Ceremonies, begged
him not to ████████████████ and to content himself with
a mute nod. The Pope asked why. Noe spread his hands wide
in amazement. 'Holy Father, it is not done. No Pope has
ever ████████████████.'

Albino Luciani smiled and continued to talk to the
Guards. It was a far cry from the early days of Paul's
reign when priests and nuns would still drop to their
knees to converse with the Pope even when they were
carrying on a telephone conversation with him.

Luciani's attitude towards telephones also provoked alarm
among many of the Curial traditionalists. They now had to
contend with a
Pope who considered he was capable of dialling numbers
and answering phones. He phoned friends in Venice. He
phoned several Mothers Superior, just for a chat. When he
advised his friend Father Bartolomeo Sorges that he would
like the Jesuit priest Father Dezza to hear his
confession, Father Dezza phoned within the hour to
arrange his visit. The voice on the telephone informed
him, 'I'm sorry the
Pope's secretary isn't here at the moment. Can I help?'

'Well, to whom am I speaking?'

'The Pope.'

It simply was not done this way. It never had been and
perhaps never will be again. Both of the men who
functioned as Luciani's secretaries strenuously deny it
ever happened. It was unthinkable. Yet it definitely
happened.

Luciani began to explore the Vatican with its 10,000
rooms and halls, with its 997 stairways, 30 of them
secret. He would suddenly take off from the Papal
Apartments, either alone, or with Father Lorenzi for
company. Equally suddenly he would appear in one of the
Curial offices. 'Just finding my way about the place', he
explained on
one occasion to a startled Archbishop Caprio, the Deputy
Head of the Secretariat of State.

They did not like it. They did not like it at all. The
Curia were accustomed to a Pope who knew his place, one
who worked through the bureaucratic channels. This one
was everywhere, into everything, and worse he wanted to
make changes.

IGN 59

A few days later Professor Hans Kung indicated in an
interview with the Italian news magazine Panorama that in
his view the entire Roman Catholic Church had and would
continue to have sexual problems until something was done
about Humanae Vitae. He put birth control at the head of
the problems facing the new Pope. 'It is a
fundamental question for Europe and the United States but
above all, for the Third World . . . A revision of
Humanae Vitae is necessary. Many theologians and also
bishops would have no consenting to birth control, even
by artificial means, if the idea could be accepted that
rules established in the past by Popes could be
corrected.'

IGN65

He had formed friendships with many non-Catholics. The
black Phillip Potter, Secretary of the World Council of
Churches, had been his house guest. Others included Jews,
Anglicans, and Pentecostal Christians. He had exchanged
books and letters with Hans Kung. If the Roman Curia had
known what alarm bells would have rung all over Vatican
City.

IGN 154.

33