Using the 'official facts', many journalists fighting
deadlines filed copy which portrayed a man who did not
exist. The Economist, to take
one of several hundred examples, said of the new Pope,
'He would not be much at home in the company of ███████
████.' Research would
have revealed that ████████ ███ ████ ████ ███ ████████
█████ ████████ ██ ████ ███████ ███ ███████
█████. Further research
would have shown that Luciani had several times quoted
████ favourably in his sermons. Virtually every newspaper
and periodical in the world that carried profiles of the
new Pope made similar totally erroneous assertions.

**************************

*LC43*

*FELICI Your Holiness, we came here to discuss the details of your*
███████.

███████ *I have been thinking about that too. The coronation*
*ceremony needs to be rewritten.*

*VILLOT; It has not changed for hundreds of years.*

███████: (Softly ) ██████ ████ ██ ██ █████████.

*VILLOT Impossible ... the Pope is always crowned.*

███████: I am a priest, not a king. █████ ████ ██ ██
██████.....And ████ ████ ████ █████.

*FELICI* ███ ████ ██ ██████ ████████ ██ █████ ███ ██ █ █████ ██
████████.

███████: (Gently ████ ████ ██ ██ ███████ ██ ███ ████ ██ ███.

*VINCENZA enters with a tray of coffee. She is helped by*
*MONSIGNOR MAGEE.*

*VICENZA: The kitchen sent up some coffee. I tasted it Father, it's*
*terrible. Shall I send it back ?*

*VILLOT Sister Vicenza should really refer to you as Your Holiness or Holy Father.*

█████, *Sister Vincenza has very fixed views. I would not change them for the world.*

*VILLOT: Holy Father,* ████ ██████ *the royal "we"* ████ ███ ████.

████ █████ *(Slightly irritated) I am a priest. I will speak as a priest.*

*LC47.*

*BENELLI* ██ ███ ██ ██ *a thousand years of* ████ ███ ████████ ███ ████████ █████.........................

*One week later* ███ ██████████ ████████ ████ █████. ██████ ██ ███ ██ ██████ █ ██████████. ███ ███████ ████ █ ████████ █████ ███ ███ █████████ ████████. ███ ████ ████████ ████ ███ ████

██ ██ █████ ██ ████ █ ██████ █████ █████, ███ ██████ ██ ███████ ████████ ........ ██ █ *thousand years* ███ ████ ██ ████ ████████ █ █████ *to the sound of trumpets.* ███ ██████ ███ ████, *the trumpets were* ██████, ███████ ██ ████ ██ ████, *through his people.*

IGN149/150

On August 28th the beginning of his Papal revolution was announced. It took the form of a Vatican statement that ████ ███ ██ ███ ██████████, that ███ ███ ████ ███████ ██ ██ ███████. ████ █████ ██ █ ██████ ███████████ ███ █████ ████ ██ ██████ ███ ████ ██ █████ ████████ ████. No ostrich feathers, no six-hour ceremony. In short the ritual with which the Church demonstrated that it still lusted after temporal power was abolished. Albino Luciani had been obliged to engage in long, tedious argument with the Vatican traditionalists before his wishes prevailed. ██████ ███ █████ ████ ████ *the royal "we"*, ███ ████████████ █████ ██████ █████, ███ █████████ ████ ███ ████ ███████ ████ ███ ██████████ ██ ███████ ████████ █████ ██ ███████ ██ █ ██████ which resembled the concepts of its founder. ███ *coronation* ██████ █ ██████ ████. The absurdity of a

35

swaying Pontiff reminiscent of a Caliph from the Arabian
Nights was supplanted by a supreme ▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓
▓▓▓▓ ▓▓▓▓▓ ▓▓ ▓▓▓ ▓▓▓▓▓. ▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓
▓▓▓▓▓▓ ▓ ▓▓▓▓▓▓▓ ▓▓▓▓▓ ▓▓ ▓▓▓▓▓▓ and moved the
Church a little
farther back down the road towards Jesus Christ.

▓▓▓ ▓▓▓▓▓▓-▓▓▓▓▓▓ ▓▓▓-▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓ ▓▓▓▓▓▓▓▓▓
▓▓ ▓▓▓ ▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓▓ ▓▓▓▓ ▓▓ ▓ ▓▓▓▓▓▓▓▓ ▓
▓▓▓▓▓▓▓▓. The monarch had made way for the shepherd. The
era of the poor Church had officially begun.

**************************

LC44/45

▓▓▓▓ ▓▓▓▓ *What else would you like to discuss ?*

*VILLOT (Consulting an agenda)* ▓▓▓▓▓ ▓▓ ▓ ▓▓▓▓▓▓▓ ▓▓▓ ▓▓ ▓▓▓▓▓▓▓▓.
*▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ Committee on Population ▓▓▓*
*▓▓▓▓▓▓▓▓▓ ▓ ▓▓▓▓▓▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓▓▓.*

▓▓▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓ ▓▓▓▓▓

*VILLOT That is the problem. If you meet it will send the wrong
message to Catholics around the world. The Committee supports
artificial birth control.*

*JOHN PAUL stands and picks up a rolled map and starts to spread
it across his desk.*

*JOHN PAUL This is a map of the world(As he puts a book at each
end of the map to hold it flat, the two cardinals join him)There are
Catholics in almost every country of the world. This year the world
population reached four point four billion. Over the next year
seventy- three million children will be born, most of them in the
Third World. Every hour one thousand children under the age of
five die of malnutrition. By this time tomorrow thirty-thousand
children will be dead. Yes, I will meet with the committee.*

*VILLOT Is your Holiness suggesting that Pope Paul's encyclical on
birth control is wrong?*

*JOHN PAUL: Pope Paul did not invoke the doctrine of papal
infallibility when he signed the encyclical. He was wrong on this
issue.*

*FELICI* The issue was settled

*JOHN PAUL And the report of ninety per cent of the commission favoured permitting some form of artificial birth control. Pope Paul was talked into rejecting the commission's report. I am not bound by that decision (TO VILLOT) I want a report on every Third World country that has Catholics and I want it before I meet with the congressional committee.*

*VILLOT That will take months.*

*JOHN PAUL I intend to meet with the committee as soon as possible. There are three thousand employees in the Curia. Use whoever you need.*

IGN 155/6/7/8/9

What certain sections of the Curia had realized with a profound shock was that in electing Albino Luciani, the cardinals had given them a man who would not let the issue of birth control rest with Humanae Vitae. Careful study by members of the Curia of what Luciani had actually said, not only to his parishioners in public but to his friends and colleagues in private, quickly established that the new Pope favoured artificial birth control. The inaccurate and false picture L'Osservatore Romano painted of a man who rigorously applied the principles of Humanae Vitae was the opening shot in a counter-attack designed to hem Albino Luciani inside the strictures of his predecessor's encyclical. It was quickly followed by another blast.

The Press Agency UPI discovered that Luciani had been in favour of a Vatican ruling which would allow artificial birth control. Italian newspapers also carried stories referring to the Luciani document sent to Pope Paul by Cardinal Urbani of Venice in which the strong recommendation in favour of the contraceptive pill had been made. The Curia speedily located Father Henri de Riedmatten who had been
secretary to the Papal Birth Control Commission. He described the reports that Luciani had been opposed to an encyclical that condemned artificial birth control as 'a fantasy'. Riedmatten also asserted that Luciani had never been a member of the Commission, which was accurate. He then went on to deny that Luciani had ever written a

letter or a report on the subject that had been sent to
Pope Paul.

This denial and the manner of it is an example of the
duplicity that abounds in the Curia. The Luciani document
went to Rome via Cardinal Urbani and therefore had the
Cardinal's imprimatur upon it. To deny that a document
existed, actually signed by Luciani, was technically
correct. To deny that Luciani on behalf of his fellow
bishops in the Veneto region had not forwarded such a
document to the Pope via the then Patriarch of Venice was
an iniquitous lie.

Ironically, within the first three weeks of his Papacy,
Albino ███████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████ While those steps were being taken the world's
Press, by courtesy of
L'Osservatore Romano, Vatican Radio, and off the record
briefings by certain members of the Roman Curia, had
already firmly established a
completely false image of Luciani's views.

During his Papacy Luciani referred to and quoted from a
number of the pronouncements and encyclicals that had
come from Pope Paul VI.
Notably absent was any reference to Humanae Vitae. The
defenders of the encyclical had first been alerted to the
new Pope's views when
they learned with consternation that the draft acceptance
speech, which had been prepared for Paul's successor by
the Secretariat of State's office, containing glowing
references to Humanae Vitae, had had all such references
excised by Luciani. The anti birth control element within
the Vatican then discovered that in May 1978, Albino
Luciani had been invited to attend and speak at an
International Congress being held in Milan on June 21st-
22nd. The main purpose
of the Congress was to celebrate the 10th Anniversary of
the encyclical Humanae Vitae. Luciani had let it be known
that he would
not speak at the Congress and that further he would not
attend. Among those who did attend and speak in glowing
terms about Humanae
Vitae was the Polish Cardinal Karol Wojtyla.

Now in September, while the world's Press unquestioningly
repeated the lies of L'Osservatore Romano, Albino ████████
████████



The issue was ███████████████. The 'situation' was
Humanae Vitae. As the conversation progressed ██████
heard Pope John Paul I express a view that many others,
including his private secretary Father Diego Lorenzi, had
heard many times before. Father Lorenzi is only one of a
number of people who have been able to quote to me
Luciani's exact words[27]:

I am aware of the ovulation period in a woman with its
range of fertility from twenty-four to thirty-six days.
Even if one allows a sperm life of forty-eight hours the
maximum time of possible conception is less than four
days. In a regular cycle this means four days of
fertility and twenty-four days of infertility. █████████
████████████████████████████████████████████████████████
████████████████

What had prompted this truly historic conversation had
been ████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████ and was also Vice-Chairman of the UN fund
for population activities, inter-parliamentary working
group. The story of the Luciani document to Pope Paul VI
on birth control had alerted Scheuer and his Committee to
the possibility of change in the
Church's position on birth control. ██████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████

Now that Albino Luciani was wearing the shoes of the
fisherman he determined to follow John's example of a
revolutionary 100 days. At the top of his list of
priorities of reform and change were the need to alter

---

[26] This would seem to be the basis for the scene on LC 44/45, consisting of the discussion/argument
between Pope John Paul and Villot as to birth control and the proposed audience for the US
Committee.

[27] The source for David Yallop's account of the words used by Pope John Paul was conversations
between Yallop and Lorenzi, as well as between Yallop and others.

radically the Vatican's relationship with capitalism and
the desire to alleviate the very real suffering he had
personally witnessed that had stemmed directly from
Humanae Vitae.

According to Cardinal Benelli, Cardinal ▓▓▓▓ and other
Vatican sources[28], the austere ▓▓▓▓ listened askance as
the new Pope elaborated on the problems the encyclical
had caused. It was clear from his attitude during my
interviews[29] with him that on this issue ▓▓▓▓ ▓▓▓
▓▓▓▓▓▓ ▓▓ ▓▓▓▓▓▓ ▓▓▓ ▓▓▓▓.

Only a few weeks earlier Villot had been extolling the
encyclical on the tenth anniversary of its publication.
In a letter to Archbishop John Quinn of San Francisco,
▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓'▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓ ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓. ▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓ ▓▓▓▓▓ ▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓
▓▓▓▓▓▓▓▓▓
▓▓▓▓ ▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓ ▓▓, ▓▓▓▓ ▓▓ ▓▓▓
▓▓▓▓▓▓▓▓▓ ▓▓ ▓▓▓
▓▓▓.

There was much more in a similar vein. ▓▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓▓
▓▓▓▓▓▓ ▓▓▓▓▓. ▓▓ ▓▓▓ ▓▓▓▓▓▓▓ ▓▓ ▓▓▓▓▓▓ ▓▓ ▓▓▓
▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ ▓ ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓. The coffee grew cold
as ▓▓▓▓▓▓, ▓▓▓▓▓▓ ▓▓▓▓ ▓▓▓ ▓▓▓▓, began to pace his study
and quietly talk of some of the effects that Humanae
Vitae had produced over the past decade.[30]

The encyclical which had been designed to strengthen
Papal authority by denying that there could be any change
in the traditional teaching on birth control, had had
precisely the opposite effect. The evidence was
irrefutable. In Belgium, Holland, Germany, Britain, the
United States and in many other countries there had not
only been
marked opposition to the encyclical, there had also been
marked disobedience. The maxim had rapidly become that if
one priest did not take a tolerant attitude within the
confessional the sinner shopped around for a more
liberated priest. Luciani cited examples of that
contradiction he knew of personally in the Veneto region.

---

[28] Sources found and relied upon by David Yallop for his account of the meeting between Villot and
Pope John Paul. IGN sets the scene of Villot's general reaction to John Paul's views on the effects of
the encyclical on birth control: copied in LC.

[29] David Yallop interviewed Felici, who was the source for this comment. In the scene on LC 44/45, it
is clear that Felici was of the same view as Villot on the subject of birth control.

[30] LC adopts this "scene setting" from IGN on pages LC 44/45: LC has John Paul standing up (from
his desk) and uses the device of opening a map of the world to dramatise Luciani's references in IGN
to the effects of the birth control encyclical across the world.

The theory of Humanae Vitae might well look like an ideal
moral viewpoint when proclaimed from within the all-male
preserve of the Vatican. The reality Luciani had observed
in northern Italy and abroad clearly demonstrated the
inhumanity of the edict. In that decade world population
had increased by over three-quarters of a billion people.

When Villot demurred to point out that Pope Paul had
stressed the virtues of the natural method of
contraception Luciani merely smiled at him, not the full
beaming smile that the public knew; it was more of a sad
smile. 'Eminence, what can we old celibates really know
of the sexual desires of the married?'

This conversation, the first of a number the Pope had
with his Secretary of State on the subject, took place in
the Pope's study in the Papal Apartments on Tuesday,
September 19th[31]. They discussed the subject for nearly
forty-five minutes. When the meeting ended and Villot was
about to leave, Luciani walked to the door with him and
said:

Eminence. We have been discussing matters for about
forty-five minutes. If the information I have been given,
the various statistics, if that information is accurate,
then during the period of our discussion together
over one thousand children under the age of five have
died of malnutrition. During the next forty-five minutes
while you and I look forward with anticipation to our
next meal a further thousand children will die of
malnutrition. By this time tomorrow thirty thousand
children who are at this moment alive will be dead — of
malnutrition. God does not always provide.

The Secretary of State for the Vatican was apparently
unable to find an adequate exit line.

All details of the possible audience with a United States
delegation on the subject of world population, were kept a
carefully guarded secret both by the Vatican and the
State Department. Such a meeting coming so early in
Luciani's Papacy would trigger be seen as highly
significant if it became known publicly.

NOTE. There are a great many pages within IGN dealing
with the issue of birth control including

---

[31] Again, scene setting from IGN is copied in LC.
[32] IGN refers to a period of 45 minutes. LC refers to an hour.
[33] IGN refers to over 1,000 children under the age of 5 dying; LC refers to 1,000.

On pages 15 through to page 24 details of the events
leading to Pope Paul's edict Humane Vitae.
Pages 18 and 19 are particularly relevant when
considering JOHN PAUL's second speech on LC 45.

*****************************

*LC46*

*JOHN PAUL.......Certainly I am too small for great things. But I
can repeat the truth and the call of the Gospel as I did when I was a
priest in my little church at home. Men need that.*

IGN 185.

On September 7th, during a private audience[34] with Vittore
Branca at 8.00 a.m., an hour that caused Curial eyebrows
to shoot even higher,
his friend Branca expressed concern about the weight of
the Papacy. ▮▮▮▮ responded:
Yes, certainly I am too small for great things. I can
only repeat the truth and the call of the Gospel as I did
in my little church at home. Basically all men need that,
and I am the keeper of souls above all. Between the
parish priest at Canale and me there is a difference only
in the number of faithful but the task is the same,
to remember Christ and his word.

******************************

*LC 49.*

*The Pope's study. JOHN Paul enters angrily. He is carrying a
newspaper. There are large piles of paper on his desk. He is
followed by LORENZI who is carrying more papers.*

*JOHN PAUL: The Vatican press has changed my speech again.
"We" "this" "we" that I never use "we". This isn't my speech. This is
just official statements drafted by the Curia. They even have me
celebrating the tenth anniversary of Paul's encyclical against birth
control. Villot and Felici know I want to re-examine the issue.*

*LORENZI There is also an article condemning the birth of the
recent test-tube baby.*

---

[34] The audience was private and the words spoken are not therefore a matter of public record. It seems
likely that they can only have been copied from IGN.

42

JOHN PAUL: *They know about* the letter I wrote congratulating the baby. (Angry) *Damn them.*

IGN185/186/190/191/192

On September 26th, Luciani could look back with
satisfaction on his first month in the new job. It had
been a month full of powerful impact. His investigations
into corrupt and dishonest practices had thrown the
perpetrators into deep fear. His impatience with Curial
pomposity had caused outrage. Again and again he had
abandoned
officially written speeches, publicly complaining: 'This
is too Curial in style.' Or, 'This is far too unctuous.'

His verbatim words were rarely recorded by Vatican Radio
or L'Osservatore Romano, but the public heard them and so
did the other news media.

The Vatican recorded his speeches in the General
Audiences when on successive Wednesdays he spoke on
Faith, Hope and Charity. Luciani's pleas that these
virtues be shown towards, for example, drug addicts went
unrecorded by the Curia who controlled the Vatican media.

When on September 20th he uttered the memorable phrase
that it is wrong to believe 'Ubi Lenin ibi Jerusalem'
(where Lenin is, there is Jerusalem), the Curia announced
that the Pope was rejecting 'liberation theology'. He was
not. Further, Vatican Radio and L'Osservatore Romano
neglected to record Luciani's important qualification,
that
between the Church and religious salvation, and the world
and human salvation, 'There is some coincidence but we
cannot make a perfect equation.'

IGN190

The first problem he tackled was L'Osservatore Romano. In
the previous month, he had been given cause to complain
about the paper on numerous occasions. After the battle
had been won about the regal use of 'we' and 'our', where
the paper had initially insisted on substituting for the
Pope's use of the humbler first person, each day's
edition had produced further irritations for the Pope.
The paper had suffered greatly in the Curial written
speeches and ignored the rest.

████████ ████████ It even complained when Italian
journalists had accurately reported what the Pope had
said rather than what L'Osservatore Romano deemed he
should have said. Now there were
fresh problems of a far more serious nature.

A number of Curial cardinals had discovered to their
horror that shortly before the Conclave Albino Luciani
had been asked for his opinion on ███████ ██ Louise
Brown, known as 'the first ████ ████ ████', an English
girl recently born with the aid of artificial
fertilization. Luciani had been interviewed on the
subject three days before the death of Pope Paul VI but
his views were not generally known until the article
carried in Prospettive nel Mondo after his election. The
hardliners on birth control read with growing dismay the
views of the man who was now Pope.

Luciani had begun cautiously, making it clear that what
he was expressing were his own personal views, because
he, like everyone else, 'waited to hear what the
authentic teaching of the Church would be when the
experts had been consulted'. His surprise election had
produced a situation in which the authentic teaching of
the Church on
this as on any other subject was now totally within
Luciani's province.

In the interview Luciani expressed qualified enthusiasm
about the birth. He was concerned about the possibility
of 'baby factories', a
prophetic concern in view of current events in California
where women are queueing to be impregnated with the sperm
of Nobel prize winners.

On ██ ████ ████████ ████ ██ ███ ██████ of Louise Brown,
Luciani said:

IGN 191

Following the example of God, who desires and loves human
life, ██ ███ ████ ██ ████ ██████ ██ the baby. As for her
parents, I have no right to condemn them; subjectively,
if they acted with good intentions and in good faith,
they may even have great merit before God for what they
have decided and asked the doctors to do.

He then drew attention to a previous pronouncement by
Pius XII which might put the act of artificial
fertilization in conflict with the

Church. Then, considering the view that every individual has the right to choose for him or herself, he expressed an opinion that lay at the heart of his attitude towards many moral problems. 'As for the individual conscience, I agree, it must always be followed, whether it commands or forbids; the individual though must seek always to develop a well-formed conscience.'

The element within the Vatican who believe that the only well-formed conscience is one formed exclusively by them began to mutter. Discreet meetings began to take place. It was clear to those who attended these meetings that Luciani had to be stopped. They talked airily of 'the betrayal of Paul', which to certain refined Roman minds is an elegant way of saying, 'I disagree'.

When news of the cautious dialogue between the Secretariat of State's office and the US State Department began to leak to this group they determined on action. The subsequent information that a delegation of officials concerned with birth control had been granted an audience with the Pope gave added urgency to those within the Vatican who considered Humanae Vitae should remain the last word on this subject.

On September 27th there appeared on the front page of L'Osservatore Romano a long article entitled 'Humanae Vitae and Catholic morality'. It was written by Cardinal Luigi Ciappi, OP, theologian to the Papal household. Cardinal Ciappi had been personal theologian to Paul VI and Pius XII. ▮▮▮▮▮ ▮▮▮ ▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮ the article would appear to carry the personal ▮▮▮▮▮▮▮▮ ▮▮ the new Pope. It had previously been published ▮▮ Lateran to ▮ celebrate the ▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ of ▮▮▮▮▮▮ ▮▮▮▮. Its re-publication was a deliberate attempt to forestall any change on the issue of birth control that Albino Luciani might wish to make. The article is a long eulogy extolling the virtues of Humanae Vitae. There are copious quotations from Paul VI, but from Luciani not a single word affirming he shared either Paul's or Ciappi's views. The reason for that is simple. Ciappi had not discussed the article with Luciani. Indeed as of September 27th, 1978, Cardinal Ciappi was still awaiting a private audience with the new Pope. The first Luciani knew of the article and the views it contained was when he read it in the paper on September 27th. ▮▮▮▮

45

███████ ████ he turned to page two to continue reading
the article; it was, as previously noted, very long. On
page two he was confronted with yet another of the
Curia's efforts to undermine his position. Running over
three entire columns ███ █████ ███████ entitled 'The
Risk of Manipulation in the Creation of Life'. ████ ███
blunt, dogmatic ████████████ ██ ███ █████ ██ ████ ████
████ Louise Brown and of all artificial fertilization.

Again there had been no reference to Luciani. The Curia
knew full well that, for all L'Osservatore Romano claims
to be only semiofficial, such an article would be clearly
seen by the world as being the views of the new Pope. The
battle was well and truly joined.

On September 28th, therefore, shortly after 8.00 a.m.,
the Pope telephoned his Secretary of State, █████. He
demanded a full explanation of how the two articles had
appeared; then he phoned Cardinal █████ in Padua where
he was about to attend a spiritual retreat.

He had taken to using Felici more and more as a sounding
board for his ideas. Aware that their views differed on a
large range of subjects,
Luciani was equally aware that Felici would respond with
total honesty. The Pope also knew that, as Dean of the
Sacred College, few
knew their way through the machinations of the Curia
better than Felici.

███████ █████████ ███ █████ ██ ███ ███ ████████ 'You
recall some days ago advising me that the Curia wished me
to restrain my natural exuberance?'

'It was merely a suggestion, Holiness.'
'Perhaps you would be kind enough to return the
compliment on my behalf. Tell that little newspaper to
restrain its views on such issues.
Editors are like Popes. Neither is indispensable.'

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LC. *49/50/51.*

███████ ██: ...... *Cardinal Gantin, it is a pleasure to see you. Did
Benelli tell you why I wanted to meet ?*

█████: *Yes, to talk about running the Church's organisation for*
██████████ ███

46

*JOHN PAUL: Are you interested?*

*GANTIN: No.*

*JOHN PAUL: (Surprised) Why not?*

*GANTIN: I will not be a party to a system that generates income through exploitation.*

*JOHN PAUL (Softly rebuking) You are talking about our Church.*

*GANTIN: And the Church should use its resources to help people learn the skills necessary for economic independence, not for investment in corporations whose purposes are incompatible with the teachings of the Church.*

*JOHN PAUL: (.Beginning to smile) I am not asking you to manage the Church's assets. I am only asking you to take charge of international aid.*

*GANTIN: As long as Marcinkus runs the Vatican Bank and Villot the Treasury, nothing will change.*

*JOHN PAUL: Things will change (To GANTIN) But, in the meantime, I need your help.*

*BENELLI And Marcinkus and….*

*JOHN PAUL: Marcinkus and Villot are my problem. (To GANTIN)As a personal favour to me, I would like you to accept.*

*GANTIN: Your holiness..I accept.*

*JOHN PAUL (Smiling) Good. This afternoon I will tell Cardinal Villot that you are taking over his responsibilities for international aid.*

IGN 161

Within his first week the new Pope had given an indication of the shape of things to come. He 'assented' to the desire of Cardinal Villot

to be relieved of one of his many posts, the Office of
President of the Pontifical Council, 'Cor Unum'. The job
went to ████████ Bernard
██████. Cor Unum is one of the great funnels through
which pass ████████ ████████ ████ ████ ████ ████ ██ ██
████████ ██ ██ ████████ ████████.

To ███████, Cor Unum was a vital element in his
philosophy that Vatican finance, like every other factor,
should be inspired by the Gospel[35]. ████████ was gently
replaced, but replaced nonetheless, by
███████, a man of great spirituality and transparent
honesty[37].

The Vatican village buzzed with speculation. Some
proclaimed that they had never met Sindona or Calvi or
any of the Milan Mafia who had infested the Vatican
during Pope Paul's reign. Others in their individual bids
for survival began to filter information to the Papal
Apartment.

A few days after ███ ███████ ███████████ the new Pope
found a copy of an Italian Office of Exchange Control
(UIC) circular on his desk.
There was no doubt that the circular was a direct
response to Il Mondo's long, open letter to ███ ████
outlining an untenable situation for a man committed to
personal poverty and a poor Church.

The circular, signed by the Minister of Foreign Trade
Rinaldo Ossola, had been sent to all Italian banks. It
reminded them that the
IOR, the Vatican Bank, is 'to all effects a non-
residential banking institute', in other words foreign.
As such, relationships between the
Vatican Bank and Italian credit institutes were governed
by precisely the same rules that applied to all other
foreign banks.

The Minister was particularly concerned with currency
abuses involving the illegal flight of money from Italy.
His circular was a clear Ministerial admission that these
abuses were a reality. It was seen in Italian financial
circles as an attempt to curb at least one of the
Vatican Bank's many dubious activities. In the Vatican
City it was generally regarded as further confirmation

---

[35] I.e. "international aid".

[36] Although the dialogue is given to Gantin (see footnote below) the fact that John Paul wanted Gantin
to take on the post indicates within the play that John Paul considered finance should be governed by
moral and religious imperatives.

[37] These character qualities are demonstrated through the dialogue for Gantin on LC 49/50/51.

that the death knell for Bishop Paul ███████ ███████████ ██ ███ ████ was ringing loudly.

IGN162

Members of the Curia organized a lottery. The object was to guess on which day ████████ would be formally removed from ███ ████. Apart from the investigation being conducted on the Pope's behalf by Cardinal Villot, the smiling Pope, with typical mountain shrewdness, opened up other lines of enquiry. He began to talk to Cardinal Felici about the Vatican Bank. He also telephoned Cardinal Benelli in Florence.

It was from Giovanni Benelli that the Pope learned of the Bank of Italy investigation into Banco Ambrosiano. It was typical of the way
the Roman Catholic Church operated. The Cardinal in Florence told the Pope in Rome what was happening in Milan.

IGN193

First to be received was a group which included the man whom ███████ had promoted to the Presidency of Cor Unum, ████████ Bernardin ██████. The Pope beamed at the strong, youthful figure of ██████, who for him represented the Church's future. During their conversation, ████████ remarked: 'It is only Jesus Christ whom we must present to the world. Apart from this we would have no reason, no purpose, we would never be listened to.'

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*LC51/52*

*█████: Do you have ██████ report ██ ███ ████?*

*████ ████: No. The ██████ is important. But more important is the man. (█████████ enters)*

*█████████: Your Holiness, thank you for seeing me (To █████) How is ███████ ?*

*█████: Beautiful but it is always a pleasure ██ ████ █████.*

*█████████: I am sure your diocese misses you.......*

*.....JOHN PAUL: I understand you are from Cicero, Illinois.*

*MARCINKUS (Glancing first at BENELLI.) Yes.*

*JOHN PAUL: That's near Chicago.*

*MARCINKUS: Yes.*

*JOHN PAUL: How long have you been in Rome ?*

*MARCINKUS: Almost twenty years.*

*JOHN PAUL: You must miss Chicago. Do you still have family there ?*

*MARCINKUS: A relatives...I try to visit them whenever I can.*

*JOHN PAUL: It is unfortunate that the Church has kept you away from home for so long.*

*MARCINKUS: It is in the service of God.*

*JOHN PAUL: What do you do at the bank ?*

*MARCINKUS (Pause) I set policy.*

*JOHN PAUL: What is the policy.*

*MARCINKUS: The policy (He shrugs and smiles) is to make money.*

*BENELLI: Is that why you sold the Catholic Bank of Venice for less than it was worth ?*

*MARCINKUS: We....the Church received other favours in exchange. If you simple invest with a bank.....[38]*

*BENELLI (Interrupting) Banco Ambrosiano.*

*MARCINKUS: For instance, Ambrosiano; if you simple invest, you receive one interest rate a low interest rate. But if you know people*

---

[38] See IGN 30.
[39] See IGN/ 28-32

*at the bank they will tell you if they have a particular* ███████ *,and if you earmark your money for the* ███████ *they will give you a higher rate.*

███████*: But, what about the nature of the* ███████ *?*

███████*: I don't ask.*

███████ *Don't you think the Church should be concerned about the nature of its investment?*

## NOTE PICKING UP JUST OVER HALWAY DOWN LC53

███████ *This is the house of God, not the house of* ███████[40]*.*

███████ *You can't run the Church on Hail Marys, Your Holiness*[41]*.*

███████ *looks at* ███████ *for a moment.*

███████*; I can try. (He stands up) It has been a pleasure meeting you Bishop*[42]*. Your comments should help me understand the* ████*.*

███████*: (Standing)* ███████

███████ *His Holiness has* ██████ ██████ ███████████████████ ████*.*

*LC54*

███████*; (Putting his arm around* ███████ *and walking him to the door.) Thank you again,* ███████
*It has been a pleasure. (JOHN PAUL stops and holds out his ring. As* ███████ *kisses it) Hopefully we will be able to get you home soon.*

███████ *looks at* ███████ *and leaves*

---

[40] See IGN 87, 120, 299 (references to Rothschild).
[41] See IGN 80.
[42] Note references in IGN (post) to Luciani's "cool politeness" to Marcinkus.

51

IGN162/163

It was from Giovanni [redacted] that [redacted] learned of the
Bank of Italy investigation into [redacted]. It was
typical of the way the Roman Catholic Church operated.
The Cardinal in [redacted] told [redacted] what was
happening in Milan[43].

The former number two in the Secretary of State's
Department had built a strong network of contacts
throughout the country. Licio Gelli of P2 would have been
suitably impressed at the range and the quality of
information to which [redacted] had access. It included very
well placed sources within the Bank of Italy. These were
the sources which had informed the Cardinal of the
investigation taking place within Roberto Calvi's empire,
an enquiry which was moving to its climax in September
1978. What particularly concerned [redacted], and
subsequently [redacted], was the part of the investigation
that was probing Calvi's links with the Vatican. The Bank
of Italy contact was certain that the investigation would
be followed by serious criminal charges against Roberto
Calvi and possibly against some of his fellow directors.
Equally certain was the fact that the Vatican Bank was
deeply implicated in a considerable number of [redacted] that
broke a variety of Italian laws. The men at the top of
the investigating team's list of potential criminals
inside the Vatican Bank were Paul [redacted], Luigi
Mennelli and Pellegrino De Strobel.

IGN196/197

During the late afternoon of September 28th Jean Villot
was given an extended demonstration of this ability that
had so impressed him during the previous month. The first
problem to be discussed was the Istituto per le Opere di
Religione, the Vatican Bank. [redacted] was by now in
possession of a great deal of highly detailed
information. [redacted] himself had already submitted a
preliminary [redacted]. [redacted] had also obtained further
information from Villot's deputy Archbishop Giuseppe
Caprio, and from [redacted] and Felici.

For [redacted] Paul [redacted], who [redacted] the plan and
played such an active helping role for Calvi in the
[redacted] that chicken and a great
many others were now going to come home to roost. Villot

---

[43] Banco Ambrosiano was located in Milan. Benelli, the Cardinal from Florence, telling the Pope in
Rome what was happening with regard to Banco Ambrosiano is a key aspect of the scene from LC
51/52 above.

advised the Pope that inevitably word had leaked on the
investigation into ███████. The Italian Press were
becoming very curious and one major story had just been
published.

Newsweek magazine clearly had some excellent Vatican
sources. It had learned that before the Conclave a
considerable number of cardinals ███ ████████ █ ████
██████ ██ ███ ███████ ████ ████ ██████. It had also,
through its 'knowledgeable source', picked up the fact
that there were moves afoot to oust Marcinkus. The
magazine quoted its
Curial source: 'There's some movement to get him out of
there. He'll probably be made an auxiliary bishop.'

████████ smiled. 'Does Newsweek tell me with whom I am
replacing █████████?'

Villot shook his head.

As their conversation progressed, ████████ made it clear
that he had no intention of leaving █████████ in Vatican
City, let alone ███
Vatican ████. Having personally assessed ███ ███ during a
45-minute interview earlier in the month[44] ███████ had
concluded that █████████
might be more gainfully employed as an auxiliary bishop
in ███████. He had not indicated his thinking to
█████████ but the cool politeness
he had shown to ███ ███ ████ █████ had not passed
unnoticed.[45]

Returning to his bank offices after the interview,
█████████ later confided to a friend, 'I may not be
around here much longer.'

To Calvi via the telephone and to his colleagues in the
bank he observed: 'You would do well to remember that
████ ████ has different ideas from the last one. There
are going to be changes around here. Big changes.'

█████████ was right. ████████ advised Villot that
Marcinkus was to be removed immediately. Not in a week's
or a month's time. The following day. He was to take
leave of absence. A suitable post in

---

[44] An interview with Marcinkus is dramatised on pages LC 51/52/54.
[45] In LC 51/52/54, John Paul does show his thinking through references such as "Hopefully, we will be
able to get you home soon", rather than using just "cool politeness" to convey the message to
Marcinkus. However, it would be difficult dramatically to use just cool politeness to convey to the
audience John Paul's intentions.

Chicago would be found for him once the problem of
Cardinal Cody had been resolved.

Villot was told that Marcinkus was to be replaced by
Monsignor Giovanni Angelo Abbo, secretary of the
Prefecture of Economic Affairs of the Holy See. As a key
figure in the financial tribunal of the Vatican,
Monsignor Abbo would demonstrably be bringing to his new
job a great deal of financial expertise.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Bottom of LC 56 then cont on LC 57*

*The Pope moves down stage. He encounters a gardener on his knees working.*

*THOMAS: Your Holiness...*

*JOHN PAUL It is a beautiful garden. It reminds me of my old garden in the Dolomites.*

*THOMAS Thank you. Your Holiness. (He stands up and takes his hat off)*

*JOHN PAUL: What is your name ?*

*THOMAS: Thomas.*

*JOHN PAUL What does your religion mean to you Thomas ?*

*THOMAS: Mass on Sundays.*

*JOHN PAUL: Anything else ?*

*THOMAS: Things I can't do.*

*JOHN PAUL (JOHN PAUL crouches down) These flowers, Thomas, you take care of them.*

*THOMAS (Crouching down too.) Yes, Holy Father.*

*JOHN PAUL; You water them, pull out the weeds, spray for insects.*

*THOMAS; Of course.*

*JOHN PAUL: Do you think they know it ? (Pause) God cares for you whether you know it or not. (JOHN PAUL stands and gestures with his hand) What do you think of all this..the Vatican ?*

*THOMAS: (Stands and looks around) A palace your Holiness.*

*JOHN PAUL: A palace?*

*THOMAS: (Now uncertain) A palace ..for the Pope..for you to live in.*

*JOHN PAUL (Looking around) It does look like a palace..but it is a church.*

*THOMAS: It has guards Your Holiness, a church doesn't have guards.*

*JOHN PAUL You are right..Do you think this is where the Pope should live ? (Silence) Where should the Bishop of Rome live ?*

*THOMAS (CONFUSED)..With ▮▮▮▮▮▮.*

*JOHN PAUL. Yes with ▮▮▮▮▮▮.*

IGN 11

Later he talked to the 400 priests who were now answerable to him. A number of them had offered him gifts, food, money. He declined these. When they were all gathered he attempted to explain the reason: 'I come without five lire. I want to leave without five lire.'

He continued:

My dear priests. My dear faithful. I would be a very unfortunate bishop if I didn't love you. I assure you that I do, and that I want to be at your service and put at your disposal all of my poor energies, the little that I have and the little that I am.

He had the choice of living in a luxurious apartment in
the city or a more spartan life in the Castle of San
Martino. He chose the Castle.

For many bishops their life is a relatively remote one.
There is an automatic gulf between them and their flock,
accepted by both. The
bishop is an elusive figure, seen only on special
occasions. Albino Luciani took a different view of his
role in Vittorio Veneto. He dressed
as a simple priest and took the gospel to his people
With his priests he practised a form of democracy that
was at that time extremely rare
within the Church. His Presbyterial Council for example
was elected entirely without nominations from the bishop.

IGN24.

Vittorio Veneto, Luciani was presented with a
donation of one million lire. He quietly declined the
gift and after suggesting that the people should donate
it to their own personal charities reminded them what he
had told his priests Before leaving when he had arrived
in the diocese eleven years earlier: 'I came without five
lire. I want to leave without five lire.' Albino Luciani
took with him to Venice a small pile of linen, a few
sticks of furniture and his books.

On February 8th, 1970, the new Patriarch, now Archbishop
Luciani, entered Venice. Tradition decreed that the entry
of a new Patriarch be
a splendid excuse for a gaily bedecked procession of
gondolas, brass bands, parades and countless speeches.
Luciani had always had an intense dislike of such pomp
and ceremony. He cancelled the ritual welcome and
confined himself to a speech during which he referred not
only to the historic aspects of the city but acknowledged
that his diocese also contained industrial areas such as
Mestre and Marghera. 'This was the other Venice,' Luciani
observed, 'with few monuments
but so many factories, houses, spiritualproblems, souls.
And it is to this many-faceted city that Providence now
sends me. Signor Mayor, the first Venetian coins, minted
as long ago as A.D. 850, had the motto "Christ, save
Venice". I make this my own with all my heart and turn it
into a prayer, "Christ, bless Venice".'

IGN60

56

Remaining aloof from the wheeling and dealing, Luciani walked in the gardens of the Augustinian residence which overlook St Peter's, where he engaged Brother Clemente in conversation. Clemente was perspiring as he laboured among the flower beds. Luciani recalled that when he was a boy he had worked in the fields. 'Then I had callouses on my hands. Now I have callouses in my brain.'

*******************************

*LC58/59*

*JOHN PAUL. Thank you Thomas.*

*JOHN PAUL steps forward to meet VILLOT and FELICI. THOMAS waits for a moment then exits*

*VILLOT You shouldn't talk to people like that.*

*JOHN PAUL looks inquisitively at VILLOT*

*VILLOT (Defensively) Popes don't speak to gardeners.*

*JOHN PAUL My father was a bricklayer. (Pause as VILLOT digest this unpleasant fact) It is time for me to visit Rome. I want to see every section, on foot.*

*VILLOT Impossible.*

*JOHN PAUL That word again.*

*FELICI Thousands of people would flock to see you. The city would come to a halt.*

*JOHN PAUL (Thinking)* Rome has hospitals *?*

VILLOT *Of course.*

*JOHN PAUL It is* the duty of a pastor *to visit the sick and, as Bishop of Rome ,to visit my churches.* You will organise visits to *every hospital,* every *church,* every orphanage... And do not tell me it's impossible.

IGN183/184

Luciani wished to treat Rome as his new parish, to wander
through the streets as he had in Venice and his other
dioceses. For a Head of State to behave in such a manner
presented problems. The Curia flatly declared the idea
not only unthinkable, but unworkable. The city would be
thrown into constant chaos if the Holy Father went on
walkabouts. Luciani abandoned the idea but only for a
modified version. ██ ████ ███ ███████ █████████ ████ ██
████████ ██ █████ ███████, ██████ ███ ██████ █████
██ █████ and gradually work his way round what he regarded
as his parish. For a man bent on being █ ████████ ████
the reality on his own doorstep presented a powerful
challenge.

Rome has a Catholic population of two-and-a-half million.
It should have been producing at least seventy new
priests per year. When Luciani became Pope it was
producing six. The religious life of Rome

IGN184

was being maintained by enormous importations of clergy
from outside. Many parts of the city were, in reality,
pagan, with Church attendances of less than 3 per cent of
the population. Here, in the heart of the Faith, cynicism
abounded.

The city that was now home to Luciani was also home to
the Communist Mayor Carlo Argan – a Communist Mayor in a
city whose major industry, religion, is rivalled only by
the crime rate. One of the new titles Luciani had
acquired was Bishop of Rome, a city that had been without
a bishop, in the sense that Milan, Venice, Florence and
Naples had a bishop, for over a century. It showed.

As Pia lunched with the Pope, Don Diego was involved in a
loud, lengthy argument with a Curial official who refused
even to consider
the Papal wish to visit various parts of Rome. Luciani
interrupted his conversation with Pia.

'Don Diego. Tell him it must be done. Tell him the Pope
wishes it.'

Lorenzi conveyed the Papal instruction, only to be met
with a refusal. He turned to the Pope. 'They say it can't
be done, Holy Father, because it's never been done
before.'

Pia sat, fascinated, as the game of Vatican tennis
continued. Eventually ███████ apologized to his niece for
the interruption and ███████
███████████████████ ██████ Villot. Smiling at Pia,
he observed: 'If the Roman Curia permits, your Uncle
hopes to visit the Lebanon before Christmas.'

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*LC59/60*

*JOHN PAUL: (Starts to leave and then stops)And another thing:
The article in the Vatican Press about birth control*

*VILLOT: An excellent article.*

*JOHN PAUL: People who read this article will assume the opinions
in it are mine.*

*FELICI: The opinions in the article are consistent with the position
of the Church.*

*JOHN PAUL: (Becoming angry) They are not consistent with my
position and you know it. ...(Calmer) Before Paul's enycyclical I
submitted a report recommending that some form of artifical birth
control be permitted in marriage.Last week the Vatican press
denied my report ever existed.*

*VILLOT: We have located every copy. They are now locked in the
Vatican archives.*

*JOHN PAUL That denial was a lie.*

*FELICI It is the function of the Curia to protect a Pope from the
possible mistakes that he made earlier in his life.*

*JOHN PAUL I will decide if there were mistakes, not the Curia. I
did not want to become Pope. The Cardinals in the infinite wisdom
elected me, and I foolishly accepted.But now I am the Pope.*

*VILLOT: No Pope can function without the assistance of the Curia.*

---

[46] Anger was not an emotion for which John Paul 1 was known. The references in IGN to him being
angry are therefore unusual.

**JOHN PAUL** *(Coldly)* It appears that no Pope can function with its assistance. *It is the function of the Pope to set policy, to govern, not the Curia and not the Vatican press.*

**VILLOT:** The press was merely following the policy set out by Pope Paul.

**JOHN PAUL**: *By attacking a newborn baby, a baby I had just congratulated in a letter* Cardinal *My church will not make war on babies.*

**FELICI:** The article condemned artificial conception, not the child.

**JOHN PAUL**: The article condemned both *(Pause. Calmly and icily.)* Cardinal **Felici**, last week you told me that the Curia wanted me to restrain *what it called* my 'natural exuberance.'

**FELICI:** It was merely a suggestion, Your Holiness.

**JOHN PAUL**: I want you to *return the compliment on my behalf. Tell that little newspaper to restrain its views.* Editors are not indispensable *(Turns and exits).*

...... **FELICI: Popes are like editors**, neither is indispensable.

IGN190

The first problem he tackled was L'Osservatore Romano. In
the previous month, he had been given cause to complain
about the paper on numerous occasions. After the battle
had been won about the regal use of 'we' and 'our', which
the paper had initially insisted on substituting for the
Pope's use of the humbler first person, each day's
edition had produced further irritations for the Pope.
The paper had adhered rigidly to the Curial-written
speeches and ignored his own
personal comments. It even complained when Italian
journalists had accurately reported what the Pope had
said rather than what L'Osservatore Romano deemed he
should have said. Now there were
fresh problems of a far more serious nature.

---

[47] IGN has the words as those of Luciani (Pope John Paul 1) and the other way around "Editors are like Popes".

A number of Curial cardinals had discovered to their
horror that shortly before the Conclave Albino Luciani
had been asked for his opinion on the birth of Louise
Brown, known as 'the first test tube baby', an English
girl recently born with the aid of artificial
fertilization. Luciani had been interviewed on the
subject three days before the death of Pope Paul VI but
his views were not generally known until the article
carried in Prospettive nel Mondo after his election. The
hardliners on birth control read with growing dismay the
views of the man who was now Pope.

Luciani had begun cautiously, making it clear that what
he was expressing were his own personal views, because
he, like everyone else, 'waited to hear what the
authentic teaching of the Church would be when the
experts had been consulted'. His surprise election had
produced a situation in which the authentic teaching of
the Church on this as on any other subject was now
totally within Luciani's province.

In the interview Luciani expressed qualified enthusiasm
about the birth. He was concerned about the possibility
of 'baby factories', a
prophetic concern in view of current events in California
where women are queueing to be impregnated with the sperm
of Nobel prize winners.

On a more personal note to the parents of Louise Brown,
Luciani said:

IGN 191

Following the example of God, who desires and loves human
life, I too send my best wishes to the baby. As for her
parents, I have no right to condemn them; subjectively,
if they acted with good intentions and in good faith,
they may even have great merit before God for what they
have decided and asked the doctors to do.

He then drew attention to a previous pronouncement by
Pius XII which might put the act of artificial
fertilization in conflict with the
Church. Then, considering the view that every individual
has the right to choose for him or herself, he expressed
an opinion that lay at the
heart of his attitude towards many moral problems. 'As
for the individual conscience, I agree, it must always be
followed, whether it
commands or forbids; the individual though must seek
always to develop a well-formed conscience.'

The element within the Vatican who believe that the only
well-formed conscience is one formed exclusively by them
began to mutter. Discreet meetings began to take place.
It was clear to those who attended these meetings that
Luciani had to be stopped. They talked airily of 'the
betrayal of Paul', which to certain refined Roman minds
is an elegant way of saying, 'I disagree'.

When news of the cautious dialogue between the
Secretariat of State's office and the US State Department
began to leak to this group they determined on action.
The subsequent information that a delegation of officials
concerned with birth control had been granted an audience
with the Pope gave added urgency to those within the
Vatican who considered Humanae Vitae shouldremain the
last word on this subject.

On September 27th there appeared on the front page of
███████████████ a long ███████ entitled 'Humanae
Vitae and Catholic morality'. It was written by Cardinal
Luigi Ciappi, OP,
theologian to the Papal household. Cardinal Ciappi had
been personal theologian to Paul VI and Pius XII. ████████
████████████████████████
████████████████     It had previously been published in
Laterano to 'celebrate' the
tenth anniversary of Humanae Vitae. ████████████████
████████████████████████████████████████
████████████████████
████████████████████████████████████ ██ ████████████ ██
████████████████████████████████ █████████████ █████
████████████████
████████████████████████████ █████████████ ████
████████████████████████████████████████
████████████████████ Indeed as of September 27th, 1978,
Cardinal Ciappi was still awaiting a private audience
with
the new Pope. The first Luciani knew of the article and
the views it contained was when he read it in the paper
on September 27th. ████
████████ █████ he turned to page two to continue reading
████████; it was, as previously noted, very long. ██
████████████████████████████████████████
████████████████████████. Running over
three entire columns was another ███████ entitled 'The
Risk of Manipulation in the Creation of Life'. ██████████
████████████████████████████████████████████
████████████████████████████████████████

62

Again there had been no reference to Luciani. The Curia
knew full well that, for all ▇▇▇▇▇▇▇▇▇▇▇▇▇ claims
to be only semiofficial, ▇▇▇▇ ▇▇ article would be ▇▇▇▇▇▇
▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇▇▇ the views of the new Pope. The
battle was well and truly joined.

On September 28th, therefore, shortly after 8.00 a.m.,
the Pope telephoned his Secretary of State, ▇Villot▇. He
demanded a full explanation of how the two articles had
appeared; then he phoned Cardinal ▇Felici▇ in Padua where
he was about to attend a spiritual retreat.

He had taken to using ▇Felici▇ more and more as a sounding
board for his ideas. Aware that their views differed on a
large range of subjects,
Luciani was equally aware that ▇Felici▇ would respond with
total honesty. The Pope also knew that, as Dean of the
Sacred College, few
knew their way through the machinations of the Curia
better than ▇Felici▇.

▇Luciani▇ expressed his ▇anger▇ at the two ▇articles▇. ▇You
recall some days ago advising me that the Curia ▇wished▇ ▇me
to restrain▇ my natural
exuberance?▇

▇It was merely a suggestion,▇ ▇Holiness.▇

▇Perhaps you would be kind enough▇ to return the
compliment on my behalf. Tell that little newspaper to
restrain its views on such issues.
▇Editors are like Popes▇. Neither is indispensable.▇

**************************

LC62.
*BENELLI: He called me in Florence. His voice was quiet, calm. I
could feel his resolve.*

*CONFESSOR: What did he say ?*

*BENELLI:* ▇That the truth is as hard to find▇ *in the Vatican* ▇as a good
cup of coffee▇. *He asked me to come back to Rome, to come back as
secretary of State.* ▇He was going to send us ▇all▇
▇▇, Villot, Marcinkus, Baggio▇. *He said it was time to send people
home.*

---

[48] LC reverses the words, stating "Popes are like editors" and puts them into the mouth of Felici.

IGN. 153.
…..To another friend in the north he (LUCIANI) observed.
I have noticed two things that appear in very short
supply in the Vatican. Poverty and a good cup of coffee.

Pages 196 to 200
These which recount in full a meeting between Luciani and
Villot that took place on the afternoon and early evening
of September 28th 1978
detail the changes that JOHN PAUL proposed to make they
included returning Marcinkus.Villot and Baggio.


NOTE. That concludes the text analysis of the first act
of The Last Confession and the extracts from In God's
name that have been plagiarised.