Tamara Carmichael
Christelette A. Hoey
Joshua Krumholz (*Admitted Pro Hac Vice*)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER R. CRANE, JR.,<br><br>      Plaintiff,<br><br>v.<br><br>POETIC PRODUCTS LIMITED,<br><br>      Defendant.<br><br>POETIC PRODUCTS LIMITED,<br><br>      Counterclaimant,<br><br>v.<br><br>ROGER R. CRANE, JR.,<br><br>      Counterclaimant Defendant. | Case No.: 07 Civ. 7063 (BSJ)(FM) |

## DECLARATION OF TAMARA CARMICHAEL IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT, POETIC PRODUCTS LIMITED'S, OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

TAMARA CARMICHAEL declares under penalty of perjury as follows:

  1.  I am a member of Holland & Knight LLP, counsel for the defendant-counterclaimant Poetic Products Limited ("PPL") in this action. As such, I am fully familiar

1

with the facts set forth below. I submit this declaration in support of PPL's Opposition to Plaintiff's Motion for Summary Judgment.

1. Annexed hereto as Exhibit A is a true and accurate copy of Plaintiff's Complaint filed in this action on August 8, 2007.

2. Annexed hereto as Exhibit B is a true and accurate copy of PPL's Answer, Counterclaims, and Demand for Jury Trial filed in this action on October 16, 2007.

3. Annexed hereto as Exhibit C is a true and accurate copy of Plaintiff's Answer to PPL's Counterclaim.

4. Annexed hereto as Exhibit D is a true and accurate copy of a September 20, 2007 letter from Plaintiff's counsel to PPL's counsel.

5. Annexed hereto as Exhibit E is a true and accurate copy of a September 20, 2007 email correspondence between Plaintiff's counsel and PPL's counsel, sent post receipt of Exhibit D.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated herein are true and correct.

Dated: New York, New York
       May 7, 2008

_____
TAMARA CARMICHAEL

# 5319575_v1