UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER R. CRANE, JR,

                Plaintiff,

- vs -

POETIC PRODUCTS LIMITED,

                Defendant.

POETIC PRODUCTS LIMITED,

                Counterclaimant,

- vs -

ROGER R. CRANE, JR,

                Counterclaim Defendant.

Case No. 07 Civ. 7063 (BSJ) (FM)

**REPLY DECLARATION OF TAMAR Y. DUVDEVANI**

I, TAMAR Y. DUVDEVANI, declare under penalty of perjury that the following is true and correct:

1. I am an attorney admitted to practice in the state of New York and before the United States District Court for the Southern District of New York. I am an associate of Nixon Peabody LLP, counsel to Plaintiff-Counterclaim Defendant Roger R. Crane, Jr. ("Crane"). I submit this Reply Declaration in further support of Crane's Motion for Summary Judgment and to submit to the Court the U.K. decisions cited by Crane in his Summary Judgment Opening and Reply Briefs.

2. A true and correct copy of the Chancery Division opinion in *Baigent v. Random House Group Ltd* is annexed hereto as Exhibit 1.

3. A true and correct copy of the Court of Appeal opinion in *Baigent v. Random House Group Ltd* is annexed hereto as <u>Exhibit 2</u>.

4. A true and correct copy of the High Court of Justice – Chancery Division opinion in *Ravenscroft v. Herbert et al* is annexed hereto as <u>Exhibit 3</u>.

5. A true and correct copy of the Chancery Division opinion in *Warwick Film Productions, Ltd. v. Eisinger et al.* is annexed hereto as <u>Exhibit 4</u>.

6. A true and correct copy of the Court of Appeal opinion in *Elanco Products v. Mandops (Agrochemical Specialists) Limited* is annexed hereto as <u>Exhibit 5</u>.

7. A true and complete copy of the relevant sections of PAUL EDWARD GELLER & MELVILLE B. NIMMER, INTERNATIONAL COPYRIGHT LAW AND PRACTICE is annexed hereto as <u>Exhibit 6</u>.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the forgoing is true and correct.

Executed on this 14th day of May, 2008.

<u>/s/ Tamar Duvdevani</u>
Tamar Y. Duvdevani (TD 7603)