UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER R. CRANE, JR.,

                     Plaintiff,

- vs -

POETIC PRODUCTS LIMITED,

                     Defendant.

POETIC PRODUCTS LIMITED,

                     Counterclaimant,

- vs -

ROGER R. CRANE, JR.,

                     Counterclaim Defendant.

Case No. 07 Civ. 7063 (BSJ) (FM)

FILED U.S. DC
FEB 11 2009
S.D. OF N.Y.

## TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Plaintiff Roger R. Crane, Jr. hereby appeals to the United States Court of Appeals for the Second Circuit from a Judgment entered in this action on January 14, 2009, and from the underlying Opinion and Order of this Court dated January 7, 2009 upon which the Judgment was based, that denied Plaintiff's motion for summary judgment with respect to U.K. copyright law.

Dated: New York, New York
       February 11, 2009

By:  Frank H. Penski (FP-9221)
     Tamar Y. Duvdevani (TD-1974)
     *Attorneys for Plaintiffs*
     437 Madison Avenue
     New York, New York 10022
     (212) 940-3000

To:

Tamara F. Carmichael
Holland & Knight LLP
195 Broadway
New York, NY 10007
212-513-3563
Fax: (212) 385-9010

Joshua Krumholz
Holland & Knight, L.L.P.
10 St. James Avenue
Boston, MA 02116
(617) 573-5820
*Attorneys for Defendant*

\# 12296624_1